# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC and<br>INTELLECTUAL VENTURES II LLC,<br><br>    *Plaintiffs*,<br><br>v.<br><br>AMERICAN AIRLINES, INC.,<br><br>    *Defendant*. | C.A. No. 4:24-CV-980<br><br>**JURY TRIAL DEMANDED** |

## INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC'S CORPORATE DISCLOSURE STATEMENT

Plaintiff Intellectual Ventures I LLC and Intellectual Ventures II LLC ("Plaintiffs"), file this disclosure statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and state the following:

Plaintiffs certify that there are no parents, subsidiaries, and/or affiliates of said parties that have issued shares or debt securities to the public.

Dated: November 2, 2024

Respectfully submitted,

By: /s/ *Allen F. Gardner*
Allen F. Gardner (TX Bar No. 24043679)
allen@allengardnerlaw.com
ALLEN GARDNER LAW, PLLC
609 S. Fannin
Tyler, Texas 75701
Telephone: (903) 944-7537
Facsimile: (903) 944-7856

Jonathan K. Waldrop (CA Bar No. 297903)
(Admitted in this District)
jwaldrop@kasowitz.com
Darcy L. Jones (CA Bar No. 309474)
(Admitted in this District)
djones@kasowitz.com
Marcus A. Barber (CA Bar No. 307361)
(Admitted in this District)
mbarber@kasowitz.com
John W. Downing (CA Bar No. 252850)
(Admitted in this District)
jdowning@kasowitz.com
Heather S. Kim (CA Bar No. 277686)
(Admitted in this District)
hkim@kasowitz.com
ThucMinh Nguyen (CA Bar No. 304382)
(Admitted in this District)
tnguyen@kasowitz.com
Jonathan H. Hicks (CA Bar No. 274634)
(Admitted in this District)
Jhicks@kasowitz.com
**KASOWITZ BENSON TORRES LLP**
333 Twin Dolphin Drive, Suite 200
Redwood Shores, California 94065
Telephone: (650) 453-5170
Facsimile: (650) 453-5171

**Attorneys for Plaintiffs**
**INTELLECTUAL VENTURES I LLC and**
**INTELLECTUAL VENTURES II LLC**

## **CERTIFICATE OF SERVICE**

A true and correct copy of the foregoing instrument was served or delivered electronically via U.S. District [LIVE] – Document Filing System, to all counsel of record, on this 2nd day of November, 2024.

                                                   */s/ Allen F. Gardner*
                                                 Allen F. Gardner