AO 120 (Rev. 08/10)

| TO: | **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313-1450** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR**<br>**TRADEMARK** |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court _____Eastern District of Texas_____ on the following

☐ Trademarks or   ☑ Patents.   ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO. | DATE FILED | U.S. DISTRICT COURT<br>Eastern District of Texas |
|---|---|---|
| PLAINTIFF<br>INTELLECTUAL VENTURES I LLC and<br>INTELLECTUAL VENTURES II LLC | | DEFENDANT<br>American Airlines, Inc. |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 8,332,844 | 12/11/2012 | INTELLECTUAL VENTURES II LLC |
| 2 | 8,407,722 | 3/26/2013 | INTELLECTUAL VENTURES I LLC |
| 3 | 7,949,785 | 5/24/2011 | INTELLECTUAL VENTURES I LLC |
| 4 | 8,027,326 | 9/27/2011 | INTELLECTUAL VENTURES I LLC |
| 5 | SEE ATTACHED | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |
|---|---|

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

**Copy 1—Upon initiation of action, mail this copy to Director**   **Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director**   **Copy 4—Case file copy**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC and<br>INTELLECTUAL VENTURES II LLC,<br><br>    *Plaintiffs*,<br><br>v.<br><br>AMERICAN AIRLINES, INC.,<br><br>    *Defendant*. | C.A. No. _____<br><br>**ADDENDUM TO**<br>**REPORT ON THE FILING OR**<br>**DETERMINATION OF AN ACTION**<br>**REGARDING A PATENT OR**<br>**TRADEMARK**<br><br>JURY TRIAL DEMANDED |

| Patent or Trademark No. | Date of Patent Or Trademark | Holder of Patent or Trademark |
|---|---|---|
| 7,324,469 | 1/29/2008 | INTELLECTUAL VENTURES II LLC |
| 7,257,582 | 8/14/2007 | INTELLECTUAL VENTURES I LLC |