IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC AND INTELLECTUAL VENUTRES II, LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>AMERICAN AIRLINES, INC.,<br><br>    Defendant. | Civil Action No.  4:24-cv-00980<br><br><br>JURY TRIAL |

### DEFENDANT AMERICAN AIRLINES, INC.'S NOTICE OF APPEARANCE

Please take notice that John B. Campbell is entering an appearance for Defendant, American Airlines, Inc. in the above referenced cause:

    John B. Campbell
    Texas State Bar No. 24036314
    **MCKOOL SMITH, P.C.**
    303 Colorado Street, Suite 2100
    Austin, Texas 78701
    Telephone: (512) 692-8700
    Facsimile: (512) 692-8744

    Mr. Campbell is admitted to practice in the Eastern District of Texas.

|  |  |
|---|---|
| Dated: November 19, 2023. | **MCKOOL SMITH, P.C.**<br><br>/s/ *John B. Campbell*<br>John B. Campbell<br>Texas State Bar No. 24036314<br>jcampbell@McKoolSmith.com<br>Kyle Ryman<br>Texas State Bar No. 24125394<br>kryman@mckoolsmith.com<br>Kenneth M. Scott<br>Texas State Bar No. 24137497<br>kscott@McKoolSmith.com<br>**MCKOOL SMITH, P.C.**<br>303 Colorado Street Suite 2100<br>Austin, TX 78701<br>Telephone: (512) 692-8700<br>Telecopier: (512) 692-8744<br><br>ATTORNEYS FOR DEFENDANT<br>AMERICAN AIRLINES, INC. |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's ECF system on November 19, 2024.

/s/ *John B. Campbell*
John B. Campbell