UAET (02-2008)



## Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

---

**CASE AND DEADLINE INFORMATION**

Civil Action No.: 4-24-cv-00980

Name of party requesting extension: American Airlines, Inc.

Is this the first application for extension of time in this case?  ☑ Yes

☐ No

If no, please indicate which application this represents:  ☐ Second

☐ Third

☐ Other _____

Date of Service of Summons: 11/5/2024

Number of days requested:  ☐ 30 days

☐ 15 days

☑ Other _45_ days

New Deadline Date: 1/10/2025    *(Required)*

---

**ATTORNEY FILING APPLICATION INFORMATION**

Full Name: John B. Campbell, Jr.

State Bar No.: 24036314

Firm Name: McKool Smith, P.C.

Address: 303 Colorado Street, Suite 2100

Austin, TX 78701

Phone: 512-692-8700

Fax: 512-692-8744

Email: jcampbell@McKoolSmith.com

---

A certificate of conference does not need to be filed with this unopposed application.