# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC AND INTELLECTUAL VENUTRES II, LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>AMERICAN AIRLINES, INC.,<br><br>    Defendant. | Civil Action No.  4:24-cv-00980<br><br><br>JURY TRIAL |

## DEFENDANT AMERICAN AIRLINES, INC.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Civil Procedure Rule 7.1, Defendant American Airlines, Inc. hereby states that it is a wholly owned subsidiary of American Airlines Group, Inc.

Dated: November 19, 2024.

McKool Smith, P.C.

/s/ *John B. Campbell*
John B. Campbell
Texas State Bar No. 24036314
jcampbell@McKoolSmith.com
Kyle Ryman
Texas State Bar No. 24125394
kryman@mckoolsmith.com
Kenneth M. Scott
Texas State Bar No. 24137497
kscott@McKoolSmith.com
McKool Smith, P.C.
303 Colorado Street Suite 2100
Austin, TX 78701
Telephone: (512) 692-8700
Telecopier: (512) 692-8744

ATTORNEYS FOR DEFENDANT
AMERICAN AIRLINES, INC.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's ECF system on November 19, 2024.

/s/ John B. Campbell
John B. Campbell