## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | |
|---|---|
| **INTELLECTUAL VENTURES I LLC AND INTELLECTUAL VENUTRES II, LLC,** | |
| **Plaintiff,** | **Civil Action No.  4:24-cv-00980** |
| **vs.** | |
| **AMERICAN AIRLINES, INC.,** | **JURY TRIAL** |
| **Defendant.** | |

### DEFENDANT AMERICAN AIRLINES, INC.'S NOTICE OF APPEARANCE

Please take notice that Kyle Ryman is entering an appearance for Defendant, American Airlines, Inc. in the above referenced cause:

Kyle Ryman
Texas State Bar No. 24125394
**McKool Smith, P.C.**
303 Colorado Street, Suite 2100, Austin, Texas 78701
Telephone: (512) 692-8700
Facsimile: (512) 692-8744

Mr. Ryman is admitted to practice in the Eastern District of Texas.

Dated: November 19, 2023.

**MCKOOL SMITH, P.C.**

/s/ *Kyle Ryman*

John B. Campbell
Texas State Bar No. 24036314
jcampbell@McKoolSmith.com
Kyle Ryman
Texas State Bar No. 24125394
kryman@mckoolsmith.com
Kenneth Scott
Texas State Bar No. 24137497
kscott@McKoolSmith.com
**MCKOOL SMITH, P.C.**
303 Colorado Street Suite 2100
Austin, TX 78701
Telephone: (512) 692-8700
Telecopier: (512) 692-8744

ATTORNEYS FOR DEFENDANT
AMERICAN AIRLINES, INC.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has

been served on all counsel of record via the Court's ECF system on November 19, 2024.

/s/ *Kyle Ryman*

Kyle Ryman