# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| **INTELLECTUAL VENTURES I LLC AND INTELLECTUAL VENUTRES II, LLC,**<br><br>    **Plaintiff,**<br><br>    vs.<br><br>**AMERICAN AIRLINES, INC.,**<br><br>    **Defendant.** | Civil Action No. 4:24-cv-00980<br><br><br>**JURY TRIAL** |

## DEFENDANT AMERICAN AIRLINES, INC.'S NOTICE OF APPEARANCE

Please take notice that Kenneth M. Scott is entering an appearance for Defendant, American Airlines, Inc. in the above referenced cause:

Kenneth M. Scott
Texas State Bar No. 24137497
kscott@McKoolSmith.com
**MCKOOL SMITH, P.C.**
303 Colorado St., Suite 2100
Austin, Texas 78701
Telephone: (512) 692-8700
Facsimile: (512) 692-8744

Mr. Scott is admitted to practice in the Eastern District of Texas.

<table>
<tr><td>Dated: November 19, 2023.</td><td>**MCKOOL SMITH, P.C.**<br><br>/s/ *Kenneth M. Scott*<br>John B. Campbell<br>Texas State Bar No. 24036314<br>jcampbell@McKoolSmith.com<br>Kyle Ryman<br>Texas State Bar No. 24125394<br>kryman@mckoolsmith.com<br>Kenneth M. Scott<br>Texas State Bar No. 24137497<br>kscott@McKoolSmith.com<br>**MCKOOL SMITH, P.C.**<br>303 Colorado Street Suite 2100<br>Austin, TX 78701<br>Telephone: (512) 692-8700<br>Telecopier: (512) 692-8744<br><br>ATTORNEYS FOR DEFENDANT<br>AMERICAN AIRLINES, INC.</td></tr>
</table>

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's ECF system on November 19, 2024.

/s/ *Kenneth M. Scott*
Kenneth M. Scott

2