IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC AND INTELLECTUAL VENTURES II LLC,<br><br>    Plaintiffs,<br><br>    v.<br><br>AMERICAN AIRLINES, INC.,<br><br>    Defendant. | Civil Action No. 4:24-cv-980-ALM<br><br>JURY TRIAL |

**UNOPPOSED SECOND MOTION TO EXTEND TIME TO RESPOND TO THE COMPLAINT**

Defendant American Airlines, Inc. (American) respectfully moves the Court to extend the deadline for American to respond to the Complaint to January 27, 2025. Plaintiffs Intellectual Ventures I LLC and Intellectual Ventures II LLC (collectively, Intellectual Ventures) do not oppose.

Good cause supports the requested extension. FED. R. CIV. P. 6(b)(1)(A). This is a patent-infringement suit with six patents at issue. Dkt.1 at 1. Given that and the ongoing holiday season, counsel for American requires an additional fifteen-day extension (sixty days total, given the first forty-five day extension, 11/20/2024 Minute Order) to prepare American's response. Because that date falls on a Saturday, American requests the Court extend American's deadline to respond to the following Monday, January 27, 2025.

American respectfully requests the Court grant this Unopposed Second Motion to Extend Time to Respond to the Complaint, and enter the proposed order attached as "Exhibit 1."

Dated: December 20, 2024.                   **MCKOOL SMITH, P.C.**

/s/ *John B. Campbell*
John B. Campbell
Texas State Bar No. 24036314
jcampbell@McKoolSmith.com
Kyle N. Ryman
Texas State Bar No. 24125394
kryman@McKoolSmith.com
Kenneth M. Scott
Texas State Bar No. 24137497
kscott@McKoolSmith.com
**MCKOOL SMITH, P.C.**
303 Colorado Street Suite 2100
Austin, TX 78701
Telephone: (512) 692-8700
Telecopier: (512) 692-8744

Emily Tannenbaum
New York State Bar No. 5928130
etannenbaum@McKoolSmith.com
**MCKOOL SMITH, P.C.**
1301 Avenue of the Americas, Floor 32
New York, New York
Telephone: (212) 402-9400
Telecopier: (212) 402-9444

Clara Bourget
California State Bar No. 356959
cbourget@McKoolSmith.com
**MCKOOL SMITH, P.C.**
300 South Grand Avenue, Suite 2900
Los Angeles, CA 90071
Telephone: (213) 692-1200
Telecopier: (213) 694-1234

ATTORNEYS FOR Defendant
AMERICAN AIRLINES, INC.

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's ECF system on December 20, 2024.

/s/ *John B. Campbell*
John B. Campbell

**CERTIFICATE OF CONFERENCE**

I hereby certify that counsel for Defendant has complied with the meet and confer requirement in Local Rule CV-7(h) and this motion is unopposed.

/s/ *John B. Campbell*
John B. Campbell