# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC AND INTELLECTUAL VENTURES II LLC, <br><br> Plaintiffs, <br><br> v. <br><br> AMERICAN AIRLINES, INC., <br><br> Defendant. | Civil Action No. 4:24-cv-980-ALM <br><br> JURY TRIAL |

## ORDER GRANTING DEFENDANT'S
## UNOPPOSED SECOND MOTION TO EXTEND TIME TO
## RESPOND TO THE COMPLAINT

On December 20, 2024, Defendant American Airlines, Inc. filed an unopposed second motion to extend its deadline to respond to the Complaint until January 27, 2025 (the Motion). After considering the Motion, and the arguments therein, the Motion is GRANTED.

It is therefore ORDERED that the deadline for Defendant American Airlines, Inc. to respond to the Complaint is January 27, 2025.

**SIGNED this 26th day of December, 2024.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE