IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| **INTELLECTUAL VENTURES I LLC AND INTELLECTUAL VENUTRES II, LLC,**<br><br>　　　　Plaintiff,<br><br>vs.<br><br>**AMERICAN AIRLINES, INC.,**<br><br>　　　　Defendant. | Civil Action No. 4:24-cv-00980<br><br><br>JURY TRIAL |

**DECLARATION OF KYLE RYMAN IN SUPPORT OF DEFENDANT AMERICAN AIRLINES, INC.'S PARTIAL MOTION TO DISMISS**

I, Kyle Ryman, hereby state as follows:

　　1.　　I am an attorney at McKool Smith, P.C., and counsel for American Airlines, Inc. ("American") in this action.

　　2.　　I provide this declaration in support of Defendant American Airlines, Inc.'s Partial Motion to Dismiss.

　　3.　　**Exhibit 1** is a true and correct copy of excerpts from the Prosecution History of U.S. Patent 8,332,844.

　　4.　　**Exhibit 2** is a true and correct copy of excerpts from the Prosecution History of U.S. Patent 7,949,785.

　　5.　　**Exhibit 3** is a true and correct copy of excerpts from the Prosecution History of U.S. Patent No. 8,407,722.

　　6.　　**Exhibit 4** is a true and correct copy of additional excerpts from the Prosecution History of U.S. Patent 8,407,722.

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 27th day of January, 2025 in Georgetown, Texas.

*/s/ Kyle Ryman*
Kyle Ryman
