# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC AND INTELLECTUAL VENUTRES II, LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>AMERICAN AIRLINES, INC.,<br><br>    Defendant. | Civil Action No.  4:24-cv-00980<br><br><br>JURY TRIAL |

## ORDER ON DEFENDANT AMERICAN AIRLINES, INC.'S
## PARTIAL MOTION TO DISMISS

The Court has considered the Defendant, American Airlines, Inc.'s ("American") Partial Motion to Dismiss (the "Motion").  The Court is of the opinion that the Motion should be GRANTED.

IT IS THEREFORE ORDERED that:

1. The Motion is GRANTED;

2. Plaintiffs Intellectual Ventures I LLC and Intellectual Ventures II LLC's ("IV") claims for direct infringement of United States Patent Nos. 8,332,844 (the "'844 Patent"), 8,407,722 (the "'722 Patent"), 7,949,785 (the "'785 Patent"), and 7,257,582 (the "'582 Patent") (collectively, the "Cloud Computing Patents") are DISMISSED without prejudice; and

3. IV's claims for indirect infringement of the Cloud Computing Patents and also United States Patent Nos. 8,027,326 (the "'326 Patent") and 7,324,469 (the "'469 Patent") are DISMISSED without prejudice.