**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC, | ) ) ) | |
| *Plaintiffs*, | ) ) | **C.A. No. 4:24-cv-00980-ALM** |
| v. | ) ) ) | **JURY TRIAL DEMANDED** |
| AMERICAN AIRLINES, INC. | ) ) | |
| *Defendant*. | ) | |

## UNOPPOSED MOTION FOR EXTENSION OF TIME

**TO THE HONORABLE COURT:**

Plaintiffs Intellectual Ventures I LLC and Intellectual Ventures II LLC (collectively, "Intellectual Ventures" or "Plaintiffs"), pursuant to the Court's Standing Order Regarding Motions for Extension of Time, respectfully submit this Unopposed Motion for Extension of Time to respond to Defendant American Airlines, Inc.'s ("American Airlines" or "Defendant") Motion to Dismiss Plaintiffs' Complaint and extend to the following deadlines:

| Item | Current Deadline | Amended Deadline |
|---|---|---|
| Plaintiffs to respond to Defendants' Motion to Dismiss Plaintiffs' Complaint | February 10, 2025 | March 12, 2025 |
| Defendants to file a reply in Support of its Motion to Dismiss Plaintiffs' Complaint | | |

The above extensions do not change the date of any hearing, trial, or other Court date, or extend any deadline of a final submission that affects the Court's ability to hold a scheduled hearing, trial or Court event.

Dated:  February 10, 2025

RESPECTFULLY SUBMITTED,

By: */s/ Allen F. Gardner*
Allen F. Gardner (TX Bar No. 24043679)
allen@allengardnerlaw.com
**ALLEN GARDNER LAW, PLLC**
609 S. Fannin
Tyler, Texas 75701
Telephone: (903) 944-7537
Facsimile: (903) 944-7856

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that a copy of the foregoing document was served on all parties who have appeared in this case on February 10, 2025 via the Court's CM/ECF system.

<u>/s/ Allen F. Gardner</u>
Allen F. Gardner (TX Bar No. 24043679)

## **CERTIFICATE OF CONFERENCE**

The undersigned certifies that counsel for Plaintiffs conferred with counsel for Defendants via electronic mail concerning the relief requested in this motion, and Defendants represent that they are unopposed to the relief requested in this motion.

/s/ *Jonathan K. Waldrop*
Jonathan K. Waldrop