**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC, | ) ) ) | |
| *Plaintiffs*, | ) ) | **C.A. No. 4:24-cv-00980-ALM** |
| v. | ) ) ) | **JURY TRIAL DEMANDED** |
| AMERICAN AIRLINES, INC. | ) ) | |
| *Defendant*. | ) | |

**ORDER GRANTING THE UNOPPOSED MOTION FOR EXTENSION OF TIME**

Plaintiffs Invention Investment Fund I, L.P., Invention Investment Fund II, LLC and Intellectual Ventures I LLC and Intellectual Ventures II LLC ("Plaintiffs") submitted this Motion to extend deadlines to file a response and to Defendants' Motion to Dismiss Plaintiffs' Complaint. After consideration of same and the interests of justice, such Motion is GRANTED in its entirety, and it is ordered that the following amended deadline shall apply:

| Item | Current Deadline | Amended Deadline |
|---|---|---|
| Plaintiffs to respond to Defendants' Motion to Dismiss Plaintiffs' Complaint | February 10, 2025 | March 12, 2025 |
| Defendants to file a reply in Support of its Motion to Dismiss Plaintiffs' Complaint | | |