IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC, | ) ) ) |
| *Plaintiffs*, | ) Civil Action No. 4:24-cv-00980-ALM ) |
| v. | ) ) ) **JURY TRIAL DEMANDED** |
| AMERICAN AIRLINES, INC. | ) ) |
| *Defendant*. | ) |

## ORDER GRANTING THE UNOPPOSED MOTION FOR EXTENSION OF TIME

Plaintiffs Invention Investment Fund I, L.P., Invention Investment Fund II, LLC and Intellectual Ventures I LLC and Intellectual Ventures II LLC submitted an Unopposed Motion for Extension of Time (Dkt. #18) to file a response to Defendants' Motion to Dismiss Plaintiffs' Complaint. The Court finds the Motion should be and hereby is GRANTED, and it is ORDERED that the following amended deadline shall apply:

| Item | Current Deadline | Amended Deadline |
|---|---|---|
| Plaintiffs to respond to Defendants' Motion to Dismiss Plaintiffs' Complaint | February 10, 2025 | March 12, 2025 |
| Defendants to file a reply in Support of its Motion to Dismiss Plaintiffs' Complaint | | |

IT IS SO ORDERED.

SIGNED this 12th day of February, 2025.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE