# EXHIBIT 2

Query    Reports ▾    Utilities ▾    Help    Log Out

# Select A Case

**Intellectual Ventures I LLC is a plaintiff in 31 cases.**

| | | | |
|---|---|---|---|
| [1:10-cv-01065-LPS](#) | Intellectual Ventures I LLC et al v. Xilinx Inc. | filed 12/08/10 | closed 05/02/14 |
| [1:10-cv-01066-SLR-MPT](#) | Intellectual Ventures I LLC et al v. Hynix Semiconductor Inc. et al | filed 12/08/10 | closed 10/10/12 |
| [1:10-cv-01067-LPS](#) | Intellectual Ventures I LLC v. Symantec Corporation et al. | filed 12/08/10 | closed 04/11/16 |
| [1:11-cv-00792-SLR](#) | Intellectual Ventures I LLC et al v. Canon Inc. et al | filed 09/09/11 | closed 01/07/16 |
| [1:11-cv-00908-RGA-MPT](#) | Intellectual Ventures I LLC et al v. Motorola Mobility LLC | filed 10/06/11 | closed 01/26/18 |
| [1:11-cv-01025-SLR-SRF](#) | Intellectual Ventures I LLC et al v. Nikon Corporation et al | filed 10/26/11 | closed 05/20/15 |
| [1:12-cv-00193-LPS](#) | Intellectual Ventures I LLC et al v. AT&T Mobility LLC et al | filed 02/16/12 | closed 12/11/17 |
| [1:12-cv-01581-LPS](#) | Intellectual Ventures I LLC v. Trend Micro Incorporated et al | filed 11/21/12 | closed 09/24/18 |
| [1:13-cv-00440-LPS](#) | Intellectual Ventures I LLC v. Symantec Corp. | filed 03/18/13 | closed 02/16/17 |
| [1:13-cv-00453-JFB-SRF](#) | Intellectual Ventures I LLC et al v. Toshiba Corporation et al | filed 03/20/13 | closed 08/28/17 |
| [1:13-cv-00473-SLR](#) | Intellectual Ventures I LLC et al v. Canon Inc. et al. | filed 03/25/13 | closed 01/07/16 |
| [1:13-cv-00474-SLR-SRF](#) | Intellectual Ventures I LLC v. Ricoh Americas Corporation et al | filed 03/25/13 | closed 01/13/17 |

| 1:13-cv-01274-SLR | Intellectual Ventures I LLC et al v. Manufacturers and Traders Trust Company | filed 07/24/13 | closed 09/02/15 |
| 1:13-cv-01632-LPS | Intellectual Ventures I LLC v. T-Mobile USA Inc. et al | filed 10/01/13 | closed 07/01/19 |
| 1:13-cv-01634-LPS | Intellectual Ventures I LLC v. Nextel Operations Inc. et al | filed 10/01/13 | closed 07/01/19 |
| 1:13-cv-01636-LPS | Intellectual Ventures I LLC v. United States Cellular Corporation | filed 10/01/13 | closed 10/04/17 |
| 1:13-cv-01649-LPS | Intellectual Ventures I LLC et al v. AT&T Mobility LLC et al | filed 10/04/13 | closed 10/07/13 |
| 1:13-cv-01650-LPS | Intellectual Ventures I LLC et al v. Leap Wireless International Inc. et al | filed 10/04/13 | closed 10/07/13 |
| 1:13-cv-01652-LPS | Intellectual Ventures I LLC et al v. Nextel Operations Inc. et al | filed 10/04/13 | closed 10/07/13 |
| 1:13-cv-01654-LPS | Intellectual Ventures I LLC et al v. T-Mobile USA Inc. et al | filed 10/04/13 | closed 10/07/13 |
| 1:13-cv-01655-LPS | Intellectual Ventures I LLC et al. v. United States Cellular Corporation | filed 10/04/13 | closed 10/11/13 |
| 1:13-cv-01668-LPS | Intellectual Ventures I LLC v. AT & T Mobility LLC et al | filed 10/07/13 | closed 12/12/17 |
| 1:13-cv-01669-LPS | Intellectual Ventures I LLC v. Cricket Communications Inc. | filed 10/07/13 | closed 12/12/17 |
| 1:13-cv-01670-LPS | Intellectual Ventures I LLC v. Nextel Operations Inc. et al | filed 10/07/13 | closed 06/09/17 |
| 1:13-cv-01671-LPS | Intellectual Ventures I LLC v. T-Mobile USA Inc. et al. | filed 10/07/13 | closed 08/10/17 |
| 1:13-cv-01672-LPS | Intellectual Ventures I LLC v. United States Cellular Corporation | filed 10/07/13 | closed 08/10/17 |
| 1:15-cv-00799-LPS | Intellectual Ventures I LLC v. AT & T Mobility LLC et al | filed 09/09/15 | closed 12/11/17 |

| | | | |
|---|---|---|---|
| 1:15-cv-00800-LPS | Intellectual Ventures I LLC v. T-Mobile USA Inc. et al | filed 09/09/15 | closed 10/04/17 |
| 1:22-cv-01350-GBW-CJB | Intellectual Ventures I LLC et al v. Hewlett Packard Enterprise Company | filed 10/13/22 | closed 01/26/23 |
| 1:23-cv-00489-JNR | Intellectual Ventures I LLC v. Extreme Networks, Inc. | filed 05/04/23 | closed 08/09/23 |
| 1:23-cv-00865-JLH | Intellectual Ventures I LLC v. Ubiquiti, Inc. | filed 08/08/23 | |

Query    Reports ▾    Utilities ▾    Help    Log Out

# Select A Case

**Intellectual Ventures II LLC is a plaintiff in 40 cases.**

| | | | |
|---|---|---|---|
| [1:10-cv-01065-LPS](#) | Intellectual Ventures I LLC et al v. Xilinx Inc. | filed 12/08/10 | closed 05/02/14 |
| [1:10-cv-01066-SLR-MPT](#) | Intellectual Ventures I LLC et al v. Hynix Semiconductor Inc. et al | filed 12/08/10 | closed 10/10/12 |
| [1:11-cv-00792-SLR](#) | Intellectual Ventures I LLC et al v. Canon Inc. et al | filed 09/09/11 | closed 01/07/16 |
| [1:11-cv-00908-RGA-MPT](#) | Intellectual Ventures I LLC et al v. Motorola Mobility LLC | filed 10/06/11 | closed 01/26/18 |
| [1:11-cv-01025-SLR-SRF](#) | Intellectual Ventures I LLC et al v. Nikon Corporation et al | filed 10/26/11 | closed 05/20/15 |
| [1:12-cv-00193-LPS](#) | Intellectual Ventures I LLC et al v. AT&T Mobility LLC et al | filed 02/16/12 | closed 12/11/17 |
| [1:13-cv-00440-LPS](#) | Intellectual Ventures I LLC v. Symantec Corp. | filed 03/18/13 | closed 02/16/17 |
| [1:13-cv-00453-JFB-SRF](#) | Intellectual Ventures I LLC et al v. Toshiba Corporation et al | filed 03/20/13 | closed 08/28/17 |
| [1:13-cv-00473-SLR](#) | Intellectual Ventures I LLC et al v. Canon Inc. et al. | filed 03/25/13 | closed 01/07/16 |
| [1:13-cv-00474-SLR-SRF](#) | Intellectual Ventures I LLC v. Ricoh Americas Corporation et al | filed 03/25/13 | closed 01/13/17 |
| [1:13-cv-01274-SLR](#) | Intellectual Ventures I LLC et al v. Manufacturers and Traders Trust Company | filed 07/24/13 | closed 09/02/15 |
| [1:13-cv-01631-LPS](#) | Intellectual Ventures II LLC v. AT&T Mobility LLC et al | filed 10/01/13 | closed 12/11/17 |

| 1:13-cv-01633-LPS | Intellectual Ventures II LLC v. T-Mobile USA Inc. et al | filed 10/01/13 | closed 10/04/17 |
| 1:13-cv-01635-LPS | Intellectual Ventures II LLC v. Nextel Operations Inc. et al | filed 10/01/13 | closed 10/04/17 |
| 1:13-cv-01637-LPS | Intellectual Ventures II LLC v. United States Cellular Corporation | filed 10/01/13 | closed 10/04/17 |
| 1:13-cv-01649-LPS | Intellectual Ventures I LLC et al v. AT&T Mobility LLC et al | filed 10/04/13 | closed 10/07/13 |
| 1:13-cv-01650-LPS | Intellectual Ventures I LLC et al v. Leap Wireless International Inc. et al | filed 10/04/13 | closed 10/07/13 |
| 1:13-cv-01652-LPS | Intellectual Ventures I LLC et al v. Nextel Operations Inc. et al | filed 10/04/13 | closed 10/07/13 |
| 1:13-cv-01654-LPS | Intellectual Ventures I LLC et al v. T-Mobile USA Inc. et al | filed 10/04/13 | closed 10/07/13 |
| 1:13-cv-01655-LPS | Intellectual Ventures I LLC et al. v. United States Cellular Corporation | filed 10/04/13 | closed 10/11/13 |
| 1:13-cv-01668-LPS | Intellectual Ventures I LLC v. AT & T Mobility LLC et al | filed 10/07/13 | closed 12/12/17 |
| 1:13-cv-01669-LPS | Intellectual Ventures I LLC v. Cricket Communications Inc. | filed 10/07/13 | closed 12/12/17 |
| 1:13-cv-01670-LPS | Intellectual Ventures I LLC v. Nextel Operations Inc. et al | filed 10/07/13 | closed 06/09/17 |
| 1:13-cv-01671-LPS | Intellectual Ventures I LLC v. T-Mobile USA Inc. et al. | filed 10/07/13 | closed 08/10/17 |
| 1:13-cv-01672-LPS | Intellectual Ventures I LLC v. United States Cellular Corporation | filed 10/07/13 | closed 08/10/17 |
| 1:14-cv-01229-LPS | Intellectual Ventures II LLC v AT&T Mobility LLC et al | filed 09/25/14 | closed 12/12/17 |
| 1:14-cv-01230-LPS | Intellectual Ventures II LLC v Cricket Communications Inc. | filed 09/25/14 | closed 12/12/17 |

| 1:14-cv-01231-LPS | Intellectual Ventures II LLC v Nextel Operations Inc. et al | filed 09/25/14 | closed 05/09/18 |
|---|---|---|---|
| 1:14-cv-01232-LPS | Intellectual Ventures II LLC v T-Mobile USA Inc. et al | filed 09/25/14 | closed 05/09/18 |
| 1:14-cv-01233-LPS | Intellectual Ventures II LLC v. United States Cellular Corporation | filed 09/25/14 | closed 05/09/18 |
| 1:15-cv-00446-SLR-SRF | Intellectual Ventures II LLC v. Canon Inc. and Canon U.S.A., Inc. | filed 06/02/15 | closed 01/07/16 |
| 1:15-cv-00447-SLR-SRF | Intellectual Ventures II LLC v. Canon Inc. and Canon U.S.A., Inc. | filed 06/02/15 | closed 01/07/16 |
| 1:17-cv-00294-LPS-CJB | Intellectual Ventures II LLC v. Honda Motor Co., Ltd. et al | filed 03/20/17 | closed 10/13/17 |
| 1:17-cv-00295-LPS-CJB | Intellectual Ventures II LLC v. Aisin Seiki Co., Ltd. et al | filed 03/20/17 | closed 10/13/17 |
| 1:17-cv-00296-LPS-CJB | Intellectual Ventures II LLC v. Bayerische Motoren Werke AG et al | filed 03/20/17 | closed 10/16/17 |
| 1:17-cv-00297-LPS-CJB | Intellectual Ventures II LLC v. Denso Corporation et al | filed 03/20/17 | closed 10/13/17 |
| 1:17-cv-00298-LPS-CJB | Intellectual Ventures II LLC v. Mitsuba Corporation, et al | filed 03/20/17 | closed 10/13/17 |
| 1:17-cv-00299-LPS-CJB | Intellectual Ventures II LLC v. Nidec Corporation, et al | filed 03/20/17 | closed 10/13/17 |
| 1:17-cv-00300-LPS-CJB | Intellectual Ventures II LLC v. Toyota Motor Corporation, et al | filed 03/20/17 | closed 10/13/17 |
| 1:22-cv-01350-GBW-CJB | Intellectual Ventures I LLC et al v. Hewlett Packard Enterprise Company | filed 10/13/22 | closed 01/26/23 |