IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC AND INTELLECTUAL VENUTRES II, LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>AMERICAN AIRLINES, INC.,<br><br>    Defendant. | Civil Action No.  4:24-cv-00980<br><br><br>JURY TRIAL |

### ORDER ON DEFENDANT AMERICAN AIRLINES, INC.'S MOTION TO SEVER AND STAY CLAIMS AGAINST VIASAT'S IN-FLIGHT CONNECTIVITY SYSTEMS

The Court has considered the Defendant, American Airlines, Inc.'s ("American") Motion to Sever and Stay Claims Against Viasat's In-Flight Connectivity Systems (the "Motion"). The Court is of the opinion that the Motion should be GRANTED.

IT IS THEREFORE ORDERED that:

1. The Motion is GRANTED; and

2. Plaintiffs Intellectual Ventures I LLC and Intellectual Ventures II LLC's ("IV") claims regarding Viasat's in-flight connectivity systems are SEVERED and STAYED until final resolution of *Viasat, Inc. v. Intellectual Ventures*, No. 24-56, in the District of Delaware.