AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

Intellectual Ventures I LLC and Intellectual Ventures II LLC
*Plaintiff*
v.
American Airlines, Inc.
*Defendant*

Case No. 4:24-cv-00980-ALM

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Intellectual Ventures I LLC and Intellectual Ventures II LLC.

Date: February 28, 2025

*/s/ Jonathan K. Waldrop*
*Attorney's signature*

Jonathan K. Waldrop (CA Bar No. 297903)
*Printed name and bar number*

333 Twin Dolphin Drive, Suite 200
Redwood Shores, California 94065
*Address*

jwaldrop@kasowitz.com
*E-mail address*

(650) 453-5170
*Telephone number*

(650) 453-5171
*FAX number*