UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC and<br>INTELLECTUAL VENTURES II LLC,<br><br> *Plaintiffs,*<br><br> v.<br><br>AMERICAN AIRLINES INC.,<br><br> *Defendant.* | C.A. No. 4:24-cv-00980-ALM<br><br>**JURY TRIAL DEMANDED** |

**ORDER DENYING MOTION TO SEVER AND STAY CLAIMS AGAINST
VIASAT'S IN-FLIGHT CONNECTIVITY SYSTEMS,
OR IN THE ALTERNATIVE TO ALLOW 90 DAYS FOR LIMITED DISCOVERY**

 Before the Court is the Motion to Sever and Stay Claims Against Viasat's In-Flight Connectivity Systems ("Motion") filed by Defendant American Airlines, Inc. (Dkt. No. 20), the subsequent briefing by the parties, as well as all exhibits thereto.

 Upon consideration of all of the foregoing, the Court **DENIES** the Motion, or in the Alternative **GRANTS** the parties 90 days for limited discovery.