IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC and<br>INTELLECTUAL VENTURES II LLC,<br><br>    *Plaintiffs*,<br><br>  v.<br><br>AMERICAN AIRLINES, INC.<br><br>    *Defendant*. | )<br>)<br>)<br>)  **C.A. No. 4:24-cv-00980-ALM**<br>)<br>)<br>)  **JURY TRIAL DEMANDED**<br>)<br>)<br>)<br>) |

## UNOPPOSED SECOND MOTION FOR EXTENSION OF TIME

**TO THE HONORABLE COURT:**

Plaintiffs Intellectual Ventures I LLC and Intellectual Ventures II LLC (collectively, "Intellectual Ventures" or "Plaintiffs"), pursuant to the Court's Standing Order Regarding Motions for Extension of Time, respectfully submit this Second Unopposed Motion for Extension of Time to respond to Defendant American Airlines, Inc.'s ("American Airlines" or "Defendant") Motion to Dismiss Plaintiffs' Complaint and extend to the following deadlines:

| Item | Current Deadline | Amended Deadline |
|---|---|---|
| Plaintiffs to respond to Defendants' Motion to Dismiss Plaintiffs' Complaint | March 12, 2025 | March 19, 2025 |

The above extensions do not change the date of any hearing, trial, or other Court date, or extend any deadline of a final submission that affects the Court's ability to hold a scheduled hearing, trial or Court event.

Dated:  March 11, 2025                                  RESPECTFULLY SUBMITTED,

        By: /s/ *Jonathan K. Waldrop*
            Jonathan K. Waldrop (CA Bar No. 297903)
            (Admitted in this District)
            jwaldrop@kasowitz.com
            **KASOWITZ BENSON TORRES LLP**
            333 Twin Dolphin Drive, Suite 200
            Redwood Shores, California 94065
            Telephone: (650) 453-5170
            Facsimile: (650) 453-5171

            Allen F. Gardner (TX Bar No. 24043679)
            Allen@allengardnerlaw.com
            ALLEN GARDNER LAW, PLLC
            609 S. Fannin
            Tyler, TX 75701
            Phone: (903) 944-7537
            Fax: (903) 944-7856

            *Attorneys for Plaintiff*
            *INTELLECTUAL VENTURES I LLC and*
            *INTELLECTUAL VENTURES II LLC*

## **CERTIFICATE OF SERVICE**

  The undersigned certifies that a copy of the foregoing document was served on all parties who have appeared in this case on March 11, 2025 via the Court's CM/ECF system.

               /s/ Allen F. Gardner
               Allen F. Gardner (TX Bar No. 24043679)

**CERTIFICATE OF CONFERENCE**

The undersigned certifies that counsel for Plaintiffs conferred with counsel for Defendants via electronic mail concerning the relief requested in this motion, and Defendants represent that they are unopposed to the relief requested in this motion.

/s/ *Jonathan K. Waldrop*
Jonathan K. Waldrop
