IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| INTELLECTUAL VENTURES I LLC and <br> INTELLECTUAL VENTURES II LLC, <br><br> *Plaintiffs*, <br><br> v. <br><br> AMERICAN AIRLINES, INC. <br><br> *Defendant*. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | C.A. No. 4:24-cv-00980-ALM <br><br><br> **JURY TRIAL DEMANDED** |

**ORDER GRANTING THE UNOPPOSED MOTION FOR EXTENSION OF TIME**

Plaintiffs Invention Investment Fund I, L.P., Invention Investment Fund II, LLC and Intellectual Ventures I LLC and Intellectual Ventures II LLC ("Plaintiffs") submitted this Second Motion to extend deadlines to file a response and to Defendants' Motion to Dismiss Plaintiffs' Complaint. After consideration of same and the interests of justice, such Motion is GRANTED in its entirety, and it is ordered that the following amended deadline shall apply:

| Item | Current Deadline | Amended Deadline |
|---|---|---|
| Plaintiffs to respond to Defendants' Motion to Dismiss Plaintiffs' Complaint | March 12, 2025 | March 19, 2025 |