IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC, | ) ) ) |
| *Plaintiffs*, | ) ) C.A. No. 4:24-cv-00980-ALM ) |
| v. | ) ) JURY TRIAL DEMANDED |
| AMERICAN AIRLINES, INC. | ) ) ) |
| *Defendant*. | ) |

## ORDER GRANTING THE UNOPPOSED MOTION FOR EXTENSION OF TIME

Before the Court is Plaintiffs Invention Investment Fund I, L.P., Invention Investment Fund II, LLC and Intellectual Ventures I LLC and Intellectual Ventures II LLC Second Motion (Dkt. #24) to extend the deadline to file a response to Defendants' Motion to Dismiss Plaintiffs' Complaint. After consideration of same, the Court finds the Motion should be and hereby is GRANTED in its entirety, and it is ordered that the following amended deadline shall apply:

| Item | Current Deadline | Amended Deadline |
|---|---|---|
| Plaintiffs to respond to Defendants' Motion to Dismiss Plaintiffs' Complaint | March 12, 2025 | March 19, 2025 |

IT IS SO ORDERED.

SIGNED this 12th day of March, 2025.

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE