AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

Intellectual Ventures I LLC and Intellectual Ventures II LLC
*Plaintiff*
v.
American Airlines, Inc.
*Defendant*

Case No. 4:24-cv-00980-ALM

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Intellectual Ventures I LLC and Intellectual Ventures II LLC.

Date: March 13, 2025

*/s/ Darcy L. Jones*
*Attorney's signature*

Darcy L. Jones (CA Bar No. 309474)
*Printed name and bar number*

333 Twin Dolphin Drive, Suite 200
Redwood Shores, California 94065
*Address*

djones@kasowitz.com
*E-mail address*

(650) 453-5170
*Telephone number*

(650) 453-5171
*FAX number*