AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
__Eastern__ District of __Texas__

| | |
|---|---|
| Intellectual Ventures I LLC and Intellectual Ventures II LLC | ) |
| *Plaintiff* | ) |
| v. | ) Case No. 4:24-cv-00980-ALM |
| American Airlines, Inc. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Intellectual Ventures I LLC and Intellectual Ventures II LLC                                               .

Date: March 13, 2025

*/s/ Marcus A. Barber*
*Attorney's signature*

Marcus A. Barber (CA Bar No. 307361)
*Printed name and bar number*

333 Twin Dolphin Drive, Suite 200
Redwood Shores, California 94065
*Address*

mbarber@kasowitz.com
*E-mail address*

(650) 453-5170
*Telephone number*

(650) 453-5171
*FAX number*