IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC AND INTELLECTUAL VENUTRES II, LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>AMERICAN AIRLINES, INC.,<br><br>    Defendant. | Civil Action No.  4:24-cv-00980<br><br><br>JURY TRIAL |

### DEFENDANT AMERICAN AIRLINES, INC.'S NOTICE OF APPEARANCE

Please take notice that Casey L. Shomaker is entering an appearance for Defendant, American Airlines, Inc. in the above referenced cause:

    Casey L. Shomaker
    Texas State Bar No. 24110359
    **MCKOOL SMITH, P.C.**
    300 Crescent Court, Suite 1500
    Dallas, Texas 75201
    Telephone: (214) 978-4000
    Facsimile: (214) 978-4044

Ms. Shomaker is admitted to practice in the Eastern District of Texas.

| | |
|---|---|
| Dated: March 24, 2025. | **MCKOOL SMITH, P.C.**<br><br>/s/ *Casey L. Shomaker*<br>Casey L. Shomaker<br>Texas State Bar No. 24110359<br>cshomaker@McKoolSmith.com<br>**McKool Smith, P.C.**<br>300 Crescent Court, Suite 1500<br>Dallas, TX 75201<br>Telephone: (214) 978-4000<br>Facsimile: (214) 978-4044<br><br>John B. Campbell<br>Texas State Bar No. 24036314<br>jcampbell@McKoolSmith.com<br>Kyle Ryman<br>Texas State Bar No. 24125394<br>kryman@mckoolsmith.com<br>Kenneth M. Scott<br>Texas State Bar No. 24137497<br>kscott@McKoolSmith.com<br>**MCKOOL SMITH, P.C.**<br>303 Colorado Street Suite 2100<br>Austin, TX 78701<br>Telephone: (512) 692-8700<br>Telecopier: (512) 692-8744<br><br>ATTORNEYS FOR DEFENDANT<br>AMERICAN AIRLINES, INC. |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's ECF system on March 24, 2025.

/s/ *Casey L. Shomaker*
Casey L. Shomaker