# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | |
|---|---|
| **INTELLECTUAL VENTURES I LLC AND INTELLECTUAL VENUTRES II, LLC,** | **Civil Action No.  4:24-cv-00980** |
| **Plaintiff,** | |
| vs. | **JURY TRIAL** |
| **AMERICAN AIRLINES, INC.,** | |
| **Defendant.** | |

## DEFENDANT AMERICAN AIRLINES, INC.'S NOTICE OF APPEARANCE

Please take notice that Alan P. Block is entering an appearance for Defendant, American

Airlines, Inc. in the above referenced cause:

Alan P. Block
CA State Bar No. 143783
**MCKOOL SMITH, P.C.**
One California Plaza
300 South Grand Avenue, Suite 2900
Los Angeles, CA 90071
Telephone: (213)694-1200
Facsimile: (213) 694-1234

Mr. Block is admitted to practice in the Eastern District of Texas.

Dated: March 24, 2025.

**MCKOOL SMITH, P.C.**

/s/ *Alan P. Block*

Alan P. Block
California State Bar No. 143783
ablock@mckoolsmith.com
**MCKOOL SMITH, P.C.**
300 South Grand Avenue, Suite 2900
Los Angles, CA 90071
Telephone: (213) 694-1054
Telecopier: (213) 694-1234


John B. Campbell
Texas State Bar No. 24036314
jcampbell@McKoolSmith.com
Kyle Ryman
Texas State Bar No. 24125394
kryman@mckoolsmith.com
Kenneth M. Scott
Texas State Bar No. 24137497
kscott@McKoolSmith.com
**MCKOOL SMITH, P.C.**
303 Colorado Street Suite 2100
Austin, TX 78701
Telephone: (512) 692-8700
Telecopier: (512) 692-8744

Casey L. Shomaker
Texas State Bar No. 24110359
cshomaker@McKoolSmith.com
**McKool Smith, P.C.**
300 Crescent Court, Suite 1500
Dallas, TX 75201
Telephone: (214) 978-4000
Facsimile: (214) 978-4044

ATTORNEYS FOR DEFENDANT
AMERICAN AIRLINES, INC.

2

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has

been served on all counsel of record via the Court's ECF system on March 24, 2025.


*/s/ Alan P. Block*
Alan P. Block