# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| **INTELLECTUAL VENTURES I LLC AND INTELLECTUAL VENUTRES II, LLC,**<br><br>**Plaintiff,**<br><br>vs.<br><br>**AMERICAN AIRLINES, INC.,**<br><br>**Defendant.** | **Civil Action No. 4:24-cv-00980**<br><br><br>**JURY TRIAL** |

## DEFENDANT AMERICAN AIRLINES, INC.'S UNOPPOSED MOTION TO EXTEND THE DEADLINE TO FILE A REPLY TO THE PLAINTIFFS' RESPONSE TO THE DEFENDANT'S MOTION TO DISMISS (DKT. 31)

Defendant American Airlines, Inc. files this Unopposed Motion to Extend the Deadline to file a Reply to the Plaintiffs' Response to the Defendant's Motion to Dismiss (Dkt. 31).

Defendant's reply to the Motion to Dismiss is currently due on Thursday, March 27, 2025. Defendant requests a one-week extension of time until Thursday, April 3, 2025 to reply to the response filed by Plaintiffs. Plaintiffs do not oppose this Motion. The brief extension is not sought for the purposes of delay. Additionally, the extension does not change the date of any hearing, trial, or other Court date, or extend any deadline of a final submission that affects the Court's ability to hold a scheduled hearing, trial or Court event.

Wherefore, the Defendant respectfully requests the Court allow the Defendant until Thursday, April 3, 2025 to file the reply to the Plaintiffs' Response to the Motion to Dismiss (Dkt. 31).

Dated: March 25, 2025.

**MCKOOL SMITH, P.C.**

/s/ *John B. Campbell*
John B. Campbell
Texas State Bar No. 24036314
jcampbell@McKoolSmith.com
Kyle Ryman
Texas State Bar No. 24125394
kryman@mckoolsmith.com
Kenneth M. Scott
Texas State Bar No. 24137497
kscott@McKoolSmith.com
**MCKOOL SMITH, P.C.**
303 Colorado Street Suite 2100
Austin, TX 78701
Telephone: (512) 692-8700
Telecopier: (512) 692-8744

Emily Tannenbaum
New York State Bar No. 5928130
etannenbaum@mckoolsmith.com
**MCKOOL SMITH, P.C.**
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (212) 402-9400
Telecopier: (212) 402-9444

Casey L. Shomaker
Texas State Bar No. 24110359
cshomaker@mckoolsmith.com
**McKool Smith, P.C.**
300 Crescent Court, Suite 1500
Dallas, TX 75201
Telephone: (214) 978-4000
Facsimile: (214) 978-4044

Alan P. Block
California State Bar No. 143783
ablock@mckoolsmith.com
**MCKOOL SMITH, P.C.**
300 South Grand Avenue, Suite 2900
Los Angeles, CA 90071
Telephone: (213) 694-1054
Telecopier: (213) 694-1234

ATTORNEYS FOR DEFENDANT
AMERICAN AIRLINES, INC.

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule CV-7(i), I hereby certify that counsel for the parties have complied with the meet and confer requirement set forth in Local Rule CV-7(h) and this motion is filed unopposed.

/s/ *John B. Campbell*
John B. Campbell

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's ECF system on March 25, 2025.

*/s/ John B. Campbell*
John B. Campbell