# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC and<br>INTELLECTUAL VENTURES II LLC,<br><br>          *Plaintiffs*,<br><br>          v.<br><br>AMERICAN AIRLINES, INC.<br><br>          *Defendant*. | C.A. No. 4:24-cv-00980-ALM<br><br>**JURY TRIAL DEMANDED** |

## PLAINTIFFS' UNOPPOSED MOTION TO EXTEND THE PARTIES' RULE 26 REPORT

NOW COMES, Plaintiffs Intellectual Ventures I LLC and Intellectual Ventures II LLC (collectively "Plaintiffs"), and files this unopposed motion to extend the Parties' Rule 26 Report.

1. This Honorable Court entered an Order Governing Proceedings directing the Parties to file their Rule 26 Conference Report by March 25, 2025.

2. Counsel for Defendant American Airlines, Inc. ("Defendant") stated that it is not opposed to this motion to extend.

3. The Parties request one week to file their Rule 26 Report; until and through April 1, 2025.

4. Defendant will not be prejudiced.

5. This Motion is not filed for purposes of delay, but so that justice may be done.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs respectfully request that this Court grant this Unopposed Motion to Extend the Parties' Rule 26 report for one week, until April 1, 2025.

Dated: March 25, 2025                    RESPECTFULLY SUBMITTED,

By: /s/ *Jonathan K. Waldrop*
Jonathan K. Waldrop (CA Bar No. 297903)
(Admitted in this District)
jwaldrop@kasowitz.com
**KASOWITZ BENSON TORRES LLP**
333 Twin Dolphin Drive, Suite 200
Redwood Shores, California 94065
Telephone: (650) 453-5170
Facsimile: (650) 453-5171

Allen F. Gardner (TX Bar No. 24043679)
Allen@allengardnerlaw.com
ALLEN GARDNER LAW, PLLC
609 S. Fannin
Tyler, TX 75701
Phone: (903) 944-7537
Fax: (903) 944-7856

*Attorneys for Plaintiffs*
*INTELLECTUAL VENTURES I LLC and*
*INTELLECTUAL VENTURES II LLC*

## CERTIFICATE OF CONFERENCE

The undersigned certifies that counsel for Plaintiffs conferred with counsel for Defendant via electronic mail concerning the relief requested in this motion, and Defendant represents that it is not opposed to the relief requested in this motion.

/s/ *Jonathan K. Waldrop*
Jonathan K. Waldrop

## **CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the foregoing document was served on all parties who have appeared in this case on March 25, 2025, via the Court's CM/ECF system.

/s/ Allen F. Gardner
Allen F. Gardner (TX Bar No. 24043679)
