IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC AND INTELLECTUAL VENUTRES II, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN AIRLINES, INC.,<br><br>Defendant. | Civil Action No.  4:24-cv-00980<br><br><br>JURY TRIAL |

ORDER ON DEFENDANT AMERICAN AIRLINES, INC.'S
PARTIAL MOTION TO DISMISS

BEFORE THE COURT is the Defendant, American Airlines, Inc.'s Unopposed Motion to Extend the Deadline to file a Reply to the Plaintiffs' Response to the Defendant's Motion to Dismiss (Dkt. #34).  The Court has considered the Motion and finds that it should be GRANTED.

It is therefore ORDERED that the deadline for the Defendant, American Airlines, Inc. to file its Reply to the Plaintiffs' Response to the Motion to Dismiss is Thursday, April 3, 2025.

**IT IS SO ORDERED.**
**SIGNED this 27th day of March, 2025.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE