**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC, | ) ) ) | |
| *Plaintiffs*, | ) ) | **C.A. No. 4:24-cv-00980-ALM** |
| v. | ) ) | |
| | ) | **JURY TRIAL DEMANDED** |
| AMERICAN AIRLINES, INC. | ) ) | |
| *Defendant*. | ) | |

### ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO EXTEND THE PARTIES' RULE 26 REPORT

The Court, having considered Plaintiffs' Unopposed Motion to Extend time for the parties to file their Rule 26 Report (Dkt. #35), finds that the motion should be GRANTED.

It is therefore ORDERED that the parties shall file their Rule 26 Report on or before April 1, 2025.

**IT IS SO ORDERED.**

**SIGNED this 27th day of March, 2025.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE