IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC AND INTELLECTUAL VENUTRES II, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN AIRLINES, INC.,<br><br>Defendant. | Civil Action No.  4:24-cv-00980<br><br><br>JURY TRIAL |

**DEFENDANT AMERICAN AIRLINES, INC.'S UNOPPOSED MOTION FOR WITHDRAWAL OF KYLE N. RYMAN AS COUNSEL**

American Airlines, Inc., Defendant in the above-referenced matter, respectfully requests the Court remove Kyle N. Ryman as counsel of record in this case.  Mr. Ryman is leaving the McKool Smith, P.C. firm, and Defendant consents to his withdrawal.  The undersigned attorneys at McKool Smith, P.C. remain as counsel for Defendant.

This requested withdrawal of counsel will not cause a continuance or delay in this case.

Accordingly, Defendant respectfully requests the Court enter an order reflecting this withdrawal and that all necessary changes be made to the Court's records and ECF.

| | |
|---|---|
| Dated: March 31, 2025. | **MCKOOL SMITH, P.C.**<br><br>/s/ *John B. Campbell*<br>John B. Campbell<br>Texas State Bar No. 24036314<br>jcampbell@McKoolSmith.com<br>Kenneth Scott<br>Texas State Bar No. 24137497<br>kscott@McKoolSmith.com<br>**MCKOOL SMITH, P.C.**<br>303 Colorado Street Suite 2100<br>Austin, TX 78701<br>Telephone: (512) 692-8700<br>Telecopier: (512) 692-8744<br><br>Emily Tannenbaum<br>New York State Bar No. 5928130<br>etannenbaum@mckoolsmith.com<br>**MCKOOL SMITH, P.C.**<br>1301 Avenue of the Americas, 32nd Floor<br>New York, NY 10019<br>Telephone: (212) 402-9400<br>Telecopier: (212) 402-9444<br><br>Casey L. Shomaker<br>Texas State Bar No. 24110359<br>cshomaker@mckoolsmith.com<br>**McKool Smith, P.C.**<br>300 Crescent Court, Suite 1500<br>Dallas, TX 75201<br>Telephone: (214) 978-4000<br>Facsimile: (214) 978-4044<br><br>Alan P. Block<br>California State Bar No. 143783<br>ablock@mckoolsmith.com<br>**MCKOOL SMITH, P.C.**<br>300 South Grand Avenue, Suite 2900<br>Los Angeles, CA 90071<br>Telephone: (213) 694-1054<br>Telecopier: (213) 694-1234<br><br>ATTORNEYS FOR DEFENDANT<br>AMERICAN AIRLINES, INC. |

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's ECF system on March 31, 2025.

                                                     /s/ *John B. Campbell*
                                                     John C. Campbell