IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC AND INTELLECTUAL VENUTRES II, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> AMERICAN AIRLINES, INC., <br><br> Defendant. | Civil Action No.  4:24-cv-00980 <br><br><br> JURY TRIAL |

ORDER ON DEFENDANT AMERICAN AIRLINES, INC.'S
MOTION TO WITHDRAW KYLE N. RYMAN

BEFORE THE COURT is the Defendant, American Airlines, Inc.'s Unopposed Motion to Withdraw Kyle N. Ryman from this case.  The Court has considered the Motion and finds that it should be GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED and DECREED that Mr. Ryman is removed as counsel of record for American Airlines, Inc.  The Clerk of the Court is hereby directed to make the appropriate changes to the case docket and ECF notifications.