# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC and ) <br> INTELLECTUAL VENTURES II LLC, ) <br> ) <br> *Plaintiffs*, ) <br> ) <br> v. ) <br> ) <br> AMERICAN AIRLINES, INC. ) <br> ) <br> *Defendant*. ) | C.A. No. 4:24-cv-00980-ALM <br><br> **JURY TRIAL DEMANDED** |

## PLAINTIFFS' UNOPPOSED MOTION TO EXTEND THE PARTIES' RULE 26 REPORT

NOW COMES, Plaintiffs Intellectual Ventures I LLC and Intellectual Ventures II LLC (collectively "Plaintiffs"), and files this unopposed motion to extend the Parties' Rule 26 Report.

1. This Honorable Court entered an Order Governing Proceedings directing the Parties to file their Rule 26 Conference Report by March 25, 2025. Counsel for Plaintiffs' previously requested a one week extension to file their Rule 26 Report through April 1, 2025.

2. The reason for this request is that the parties are working on reaching mutual-agreement regarding the proposed schedule to submit to the Court. They have a few remaining issues to work through, but they are hopeful that this additional amount of time will allow for agreement to be reached. Counsel for Defendant American Airlines, Inc. ("Defendant") stated that it is not opposed to this motion to extend.

3. The Parties request a three-day extension to file their Rule 26 Report; until and through Friday, April 4, 2025.

4. Defendant will not be prejudiced.

5. This Motion is not filed for purposes of delay, but so that justice may be done.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs respectfully request that this Court grant this Unopposed Motion to Extend the Parties' Rule 26 report for one week, until April 8, 2025.

Dated: April 1, 2025                            RESPECTFULLY SUBMITTED,

By: /s/ *Jonathan K. Waldrop*
    Jonathan K. Waldrop (CA Bar No. 297903)
    (Admitted in this District)
    jwaldrop@kasowitz.com
    **KASOWITZ BENSON TORRES LLP**
    333 Twin Dolphin Drive, Suite 200
    Redwood Shores, California 94065
    Telephone: (650) 453-5170
    Facsimile: (650) 453-5171

    Allen F. Gardner (TX Bar No. 24043679)
    Allen@allengardnerlaw.com
    ALLEN GARDNER LAW, PLLC
    609 S. Fannin
    Tyler, TX 75701
    Phone: (903) 944-7537
    Fax: (903) 944-7856

    *Attorneys for Plaintiffs*
    *INTELLECTUAL VENTURES I LLC and*
    *INTELLECTUAL VENTURES II LLC*

**CERTIFICATE OF CONFERENCE**

The undersigned certifies that counsel for Plaintiffs conferred with counsel for Defendant via electronic mail concerning the relief requested in this motion, and Defendant represents that it is not opposed to the relief requested in this motion.

/s/ *Jonathan K. Waldrop*
Jonathan K. Waldrop

**CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the foregoing document was served on all parties who have appeared in this case on April 1, 2025, via the Court's CM/ECF system.

/s/ Allen F. Gardner
Allen F. Gardner (TX Bar No. 24043679)