IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC and<br>INTELLECTUAL VENTURES II LLC,<br><br>    *Plaintiffs*,<br><br>v.<br><br>AMERICAN AIRLINES, INC.<br><br>    *Defendant*. | )<br>)<br>)<br>) **C.A. No. 4:24-cv-00980-ALM**<br>)<br>)<br>)<br>) **JURY TRIAL DEMANDED**<br>)<br>)<br>)<br>) |

**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO EXTEND THE PARTIES' RULE 26 REPORT**

This Court considered the Plaintiffs' Unopposed Motion to Extend time for the parties to file their Rule 26 Report, and the Court finds that it should be, GRANTED.

ITS IS THEREFORE ORDERED that the Plaintiffs' motion to extend time for the parties to file their Rule 26 Report, is hereby GRANTED, and the parties shall file same on or before April 4, 2025.