**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC, | ) ) ) | |
| *Plaintiffs*, | ) ) | **Civil Action No. 4:24-cv-00980-ALM** |
| v. | ) ) ) | **JURY TRIAL DEMANDED** |
| AMERICAN AIRLINES, INC. | ) ) | |
| *Defendant*. | ) | |

## ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO EXTEND THE PARTIES' RULE 26 REPORT

Before the Court is Plaintiffs' Unopposed Motion to Extend Time (Dkt. #39) for the parties to file their Rule 26 Report.  The Court finds that the motion should be GRANTED.

ITS IS THEREFORE ORDERED that Plaintiffs' motion to extend time for the parties to file their Rule 26 Report is hereby GRANTED, and the parties shall file same on or before April 4, 2025.

**IT IS SO ORDERED.**

**SIGNED this 2nd day of April, 2025.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE