**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC and<br>INTELLECTUAL VENTURES II LLC,<br><br>        *Plaintiffs*,<br><br>v.<br><br>AMERICAN AIRLINES, INC.<br><br>        *Defendant*. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    **C.A. No. 4:24-cv-00980-ALM**<br><br>    **JURY TRIAL DEMANDED** |

**JOINT MOTION TO EXTEND THE DEADLINE
TO SERVE INFRINGEMENT AND INVALIDITY CONTENTIONS**

Plaintiff Intellectual Ventures I LLC and Intellectual Ventures II LLC, ("IV" or "Plaintiff") and Defendant American Airlines, Inc. ("American Airlines") (collectively, the "Parties") jointly file this Motion to Extend the Deadline to Serve Infringement and Invalidity Contentions.

Plaintiff's infringement contentions is currently due on Monday, May 19, 2025. Defendant's invalidity contentions is currently due on Monday, June 16, 2025. The Parties agree to a four-day extension of time until Friday, May 23, 2025 to serve infringement contentions and Friday, June 20, 2025 to serve invalidity contentions. The brief extension is not sought for the purposes of delay. Additionally, the extension does not change the date of any hearing, trial, or other Court date, or extend any deadline of a final submission that affects the Court's ability to hold a scheduled hearing, trial or Court event.

Wherefore, the Parties respectfully request the Court allow Plaintiff until Friday, May 23, 2025 to serve infringement contentions and Defendant until Friday, June 20, 2025 to serve invalidity contentions.

Dated: May 16, 2025                                     RESPECTFULLY SUBMITTED,

By: /s/ *Jonathan K. Waldrop*
　　Jonathan K. Waldrop (CA Bar No. 297903)
　　(Admitted in this District)
　　jwaldrop@kasowitz.com
　　**KASOWITZ BENSON TORRES LLP**
　　333 Twin Dolphin Drive, Suite 200
　　Redwood Shores, California 94065
　　Telephone: (650) 453-5170
　　Facsimile: (650) 453-5171

　　Allen F. Gardner (TX Bar No. 24043679)
　　Allen@allengardnerlaw.com
　　ALLEN GARDNER LAW, PLLC
　　609 S. Fannin
　　Tyler, TX 75701
　　Phone: (903) 944-7537
　　Fax: (903) 944-7856

　　*Attorneys for Plaintiff*
　　*INTELLECTUAL VENTURES I LLC and*
　　*INTELLECTUAL VENTURES II LLC*

　　**MCKOOL SMITH, P.C.**

　　*/s/ Casey L. Shomaker*
　　Casey L. Shomaker
　　Texas State Bar No. 24110359
　　cshomaker@mckoolsmith.com
　　**McKool Smith, P.C.**
　　300 Crescent Court, Suite 1500
　　Dallas, TX 75201
　　Telephone: (214) 978-4000
　　Facsimile: (214) 978-4044
　　John B. Campbell
　　Texas State Bar No. 24036314
　　jcampbell@McKoolSmith.com
　　Kyle Ryman
　　Texas State Bar No. 24125394
　　kryman@mckoolsmith.com
　　Kenneth M. Scott
　　Texas State Bar No. 24137497
　　kscott@McKoolSmith.com
　　**MCKOOL SMITH, P.C.**
　　303 Colorado Street Suite 2100
　　Austin, TX 78701
　　Telephone: (512) 692-8700
　　Telecopier: (512) 692-8744

Emily Tannenbaum
New York State Bar No. 5928130
etannenbaum@mckoolsmith.com
**MCKOOL SMITH, P.C.**
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (212) 402-9400
Telecopier: (212) 402-9444
Casey L. Shomaker
Texas State Bar No. 24110359
cshomaker@mckoolsmith.com
**McKool Smith, P.C.**
300 Crescent Court, Suite 1500
Dallas, TX 75201
Telephone: (214) 978-4000
Facsimile: (214) 978-4044
Alan P. Block
California State Bar No. 143783
ablock@mckoolsmith.com
**MCKOOL SMITH, P.C.**
300 South Grand Avenue, Suite 2900
Los Angeles, CA 90071
Telephone: (213) 694-1054
Telecopier: (213) 694-1234

*Attorneys for Defendant*
*AMERICAN AIRLINES, INC.*

## CERTIFICATE OF CONFERENCE

The undersigned certifies that counsel for Plaintiffs and Defendant conferred via electronic mail concerning the relief requested in this motion, and Plaintiffs and Defendant represent that they jointly request this relief.

/s/ *Jonathan K. Waldrop*
Jonathan K. Waldrop

## **CERTIFICATE OF SERVICE**

Pursuant to Local Rule 5.1, I hereby certify that the foregoing document was electronically filed with the Clerk of Court using the CM/ECF filing system, which will generate and send an e-mail notification of said filing to all counsel of record, on May 16, 2025.

/s/ *Jonathan K. Waldrop*
Jonathan K. Waldrop