**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC and<br>INTELLECTUAL VENTURES II LLC,<br><br>　　　　　　*Plaintiffs*,<br><br>　　v.<br><br>AMERICAN AIRLINES, INC.<br><br>　　　　　　*Defendant*. | )<br>)<br>)<br>)  **C.A. No. 4:24-cv-00980-ALM**<br>)<br>)<br>)  **JURY TRIAL DEMANDED**<br>)<br>)<br>)<br>) |

**ORDER ON MOTION TO EXTEND THE DEADLINE
TO SERVE INFRINGEMENT AND INVALIDITY CONTENTIONS**

BEFORE THE COURT is a Joint Motion to Extend the Deadline to Serve Infringement and Invalidity Contentions by Plaintiff Intellectual Ventures I LLC and Intellectual Ventures II LLC, ("IV" or "Plaintiffs") and Defendant American Airlines, Inc. ("American Airlines"). The Court has considered the Motions and finds that it should be GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED and DECREED that the deadline for Plaintiffs to serve infringement contentions is Friday, May 23, 2025 and Defendant to serve invalidity contentions is Friday, June 20, 2025.