**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC and<br>INTELLECTUAL VENTURES II LLC,<br><br>*Plaintiffs*,<br><br>v.<br><br>AMERICAN AIRLINES, INC.<br><br>*Defendant*. | )<br>)<br>)<br>)  **C.A. No. 4:24-cv-00980-ALM**<br>)<br>)<br>)  **JURY TRIAL DEMANDED**<br>)<br>)<br>) |

**ORDER GRANTING PLAINTIFFS' MOTION TO SEAL**

Before the Court is Plaintiffs' Opposed Motion to File Under Seal Plaintiffs' Motion for Leave to File Amended Complaint filed by Plaintiffs Intellectual Ventures I LLC and Intellectual Ventures II LLC ("IV"). IV moves the Court to file the following documents under seal: Plaintiffs' Motion for Leave to File Amended Complaint.

This Court having considered Plaintiffs' Motion and related materials, IT IS HEREBY ORDERED that Plaintiffs' Motion be GRANTED. It is therefore ORDERED that Plaintiffs' Motion to Seal Plaintiffs' Motion for Leave to File Amended Complaint.

**SIGNED** this ____ day of May, 2025.

_____
**AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE**