# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC and <br> INTELLECTUAL VENTURES II LLC, <br><br> *Plaintiffs*, <br><br> v. <br><br> AMERICAN AIRLINES, INC. <br><br> *Defendant*. | C.A. No. 4:24-cv-00980-ALM <br><br> **JURY TRIAL DEMANDED** |

## ORDER ON MOTION TO EXTEND THE DEADLINE
## TO SERVE INFRINGEMENT AND INVALIDITY CONTENTIONS

BEFORE THE COURT is a Joint Motion to Extend the Deadline to Serve Infringement and Invalidity Contentions by Plaintiff Intellectual Ventures I LLC and Intellectual Ventures II LLC, ("IV" or "Plaintiffs") and Defendant American Airlines, Inc. ("American Airlines"). The Court has considered the Motions and finds that it should be GRANTED.

It is therefore ORDERED that the deadline for Plaintiffs to serve infringement contentions is Friday, May 23, 2025, and Defendant to serve invalidity contentions is Friday, June 20, 2025.

**IT IS SO ORDERED.**

**SIGNED this 27th day of May, 2025.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE