# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| **INTELLECTUAL VENTURES I LLC AND INTELLECTUAL VENTURES II, LLC,**<br><br>  Plaintiff,<br><br>vs.<br><br>**AMERICAN AIRLINES, INC.,**<br><br>  Defendant. | Civil Action No. 4:24-cv-00980<br><br>JURY TRIAL |

## ORDER ON DEFENDANT AMERICAN AIRLINES, INC.'S
## MOTION TO ENFORCE LOCAL RULES AND STRIKE PLAINTIFFS' MOTION FOR LEAVE

BEFORE THE COURT is the Defendant, American Airlines, Inc.'s Motion to Enforce Local Rules and Strike Plaintiffs' Motion for Leave. The Court has considered the Motion and finds that it should be GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED and DECREED that Plaintiffs' Motion for Leave to File Amended Complaint is hereby stricken.