# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC and <br> INTELLECTUAL VENTURES II LLC, <br><br> *Plaintiffs*, <br><br> v. <br><br> AMERICAN AIRLINES, INC. <br><br> *Defendant*. | ) <br> ) <br> ) <br> ) C.A. No. 4:24-cv-00980-ALM <br> ) <br> ) <br> ) **JURY TRIAL DEMANDED** <br> ) <br> ) <br> ) <br> ) |

## JOINT MOTION FOR EXTENSIONS OF TIME

**TO THE HONORABLE COURT:**

Plaintiffs Intellectual Ventures I LLC and Intellectual Ventures II LLC (collectively, "Plaintiffs") and Defendant American Airlines, Inc. ("Defendant"), pursuant to the Court's Standing Order Regarding Motions for Extension of Time, respectfully submit this Joint Motion for Extensions of Time to complete briefing on: (1) Plaintiffs' Opposed Sealed Motion For Leave to File Amended Complaint ("Plaintiffs' Motion for Leave") (dkt. 48) and (2) Defendant's Opposed Motion to Strike Opposed Sealed Motion for Leave to File Amended Complaint ("Defendant's Motion to Strike") (dkt. 50) as follows:

| Item | Current Deadline | Amended Deadline |
|---|---|---|
| Defendant's time to respond to Plaintiffs' Motion for Leave | June 10, 2025 | June 24, 2025 |
| Plaintiffs' time to file reply in support of their Motion for Leave | June 17, 2025 | July 8, 2025 |
| Plaintiffs' time to respond to Defendant's Motion to Strike | June 20, 2025 | July 7, 2025 |
| Defendant's time to file a reply in support of its Motion to Strike | June 27, 2025 | July 21, 2025 |

The above extensions do not change the date of any hearing, trial, or other Court date, or extend any deadline of a final submission that affects the Court's ability to hold a scheduled hearing, trial or Court event.

Dated: June 10, 2025  RESPECTFULLY SUBMITTED,

By: */s/ Allen F. Gardner*
Allen F. Gardner (TX Bar No. 24043679)
allen@allengardnerlaw.com
**ALLEN GARDNER LAW, PLLC**
609 S. Fannin
Tyler, Texas 75701
Telephone: (903) 944-7537
Facsimile: (903) 944-7856

Jonathan K. Waldrop (CA Bar No. 297903)
(Admitted in this District)
jwaldrop@kasowitz.com
Darcy L. Jones (CA Bar No. 309474)
(Admitted in this District)
djones@kasowitz.com
Marcus A. Barber (CA Bar No. 307361)
(Admitted in this District)
mbarber@kasowitz.com
John W. Downing (CA Bar No. 252850)
(Admitted in this District)
jdowning@kasowitz.com
Heather S. Kim (CA Bar No. 277686)
(Admitted in this District)
hkim@kasowitz.com
ThucMinh Nguyen (CA Bar No. 304382)
(Admitted in this District)
tnguyen@kasowitz.com
**KASOWITZ BENSON TORRES LLP**
333 Twin Dolphin Drive, Suite 200
Redwood Shores, California 94065
Telephone: (650) 453-5170
Facsimile: (650) 453-5171

| | |
|---|---|
| Dated: June 10, 2025 | By: */s/ John B. Campbell (with permission by Allen F. Gardner)*<br>John B. Campbell<br>Texas State Bar No. 24036314<br>jcampbell@McKoolSmith.com<br>Kenneth M. Scott<br>Texas State Bar No. 24137497<br>kscott@McKoolSmith.com<br>**MCKOOL SMITH, P.C.**<br>303 Colorado Street Suite 2100<br>Austin, TX 78701<br>Telephone: (512) 692-8700<br>Telecopier: (512) 692-8744<br><br>Casey L. Shomaker<br>Texas State Bar No. 24110359<br>cshomaker@mckoolsmith.com<br>**MCKOOL SMITH, P.C.**<br>300 Crescent Court Suite 1200<br>Dallas, TX 75201<br>Telephone: (214) 978-4218<br>Telecopier: (214) 978-4044<br><br>Emily Tannenbaum<br>New York State Bar No. 5928130<br>**MCKOOL SMITH, P.C.**<br>1301 Avenue of the Americas, 32nd Floor<br>New York, NY 10019<br>Telephone: (212) 402-9400<br>Telecopier: (212) 402-9444 |

## **CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the foregoing document was served on all parties who have appeared in this case on June 10, 2025 via the Court's CM/ECF system.

>*/s/ Allen F. Gardner*
>Allen F. Gardner (TX Bar No. 24043679)

## CERTIFICATE OF CONFERENCE

      Plaintiffs and Defendant have conferred regarding the relief requested in this motion, and it is jointly submitted.

*/s/ Allen F. Gardner*
Allen F. Gardner (TX Bar No. 24043679)

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC and ) <br> INTELLECTUAL VENTURES II LLC, ) <br> ) <br> *Plaintiffs*, ) <br> ) <br> v. ) <br> ) <br> AMERICAN AIRLINES, INC. ) <br> ) <br> *Defendant*. ) | **C.A. No. 4:24-cv-00980-ALM** <br><br> **JURY TRIAL DEMANDED** |

## ORDER GRANTING JOINT MOTION FOR EXTENSIONS OF TIME

Plaintiffs Intellectual Ventures I LLC and Intellectual Ventures II LLC (collectively, "Plaintiffs") and Defendant American Airlines, Inc. ("Defendant") submitted this Joint Motion to extend deadlines to complete briefing on: (1) Plaintiffs' Opposed Sealed Motion For Leave to File Amended Complaint ("Plaintiffs' Motion for Leave") (dkt. 48) and (2) Defendant's Opposed Motion to Strike Opposed Sealed Motion for Leave to File Amended Complaint ("Defendant's Motion to Strike") (dkt. 50). After consideration of the same and the interests of justice, such Motion is GRANTED in its entirety, and it is ordered that the following amended deadlines shall apply:

| Item | Current Deadline | Amended Deadline |
|---|---|---|
| Defendant's time to respond to Plaintiffs' Motion for Leave | June 10, 2025 | June 24, 2025 |
| Plaintiffs' time to file reply in support of their Motion for Leave | June 17, 2025 | July 8, 2025 |
| Plaintiffs' time to respond to Defendant's Motion to Strike | June 20, 2025 | July 7, 2025 |
| Defendant's time to file a reply in support of its Motion to Strike | June 27, 2025 | July 21, 2025 |