# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC, | ) ) ) |
| *Plaintiffs*, | ) C.A. No. 4:24-cv-00980-ALM ) |
| v. | ) ) |
| AMERICAN AIRLINES, INC. | ) JURY TRIAL DEMANDED ) ) |
| *Defendant*. | ) ) |

## ORDER GRANTING JOINT MOTION FOR EXTENSIONS OF TIME

Plaintiffs Intellectual Ventures I LLC and Intellectual Ventures II LLC (collectively, "Plaintiffs") and Defendant American Airlines, Inc. ("Defendant") submitted this Joint Motion to extend deadlines to complete briefing on: (1) Plaintiffs' Opposed Sealed Motion For Leave to File Amended Complaint ("Plaintiffs' Motion for Leave") (dkt. 48) and (2) Defendant's Opposed Motion to Strike Opposed Sealed Motion for Leave to File Amended Complaint ("Defendant's Motion to Strike") (dkt. 50). After consideration of the same and the interests of justice, such Motion is GRANTED in its entirety, and it is ordered that the following amended deadlines shall apply:

| Item | Current Deadline | Amended Deadline |
|---|---|---|
| Defendant's time to respond to Plaintiffs' Motion for Leave | June 10, 2025 | June 24, 2025 |
| Plaintiffs' time to file reply in support of their Motion for Leave | June 17, 2025 | July 8, 2025 |
| Plaintiffs' time to respond to Defendant's Motion to Strike | June 20, 2025 | July 7, 2025 |
| Defendant's time to file a reply in support of its Motion to Strike | June 27, 2025 | July 21, 2025 |