# EXHIBIT A

| | |
|---|---|
| **From:** | ThucMinh Nguyen |
| **To:** | John B. Campbell; Allen Gardner |
| **Cc:** | Casey L. Shomaker; Clara Bourget; Emily Tannenbaum; Kenneth Scott; Alan Block; AA_Intellectual_Ventures; Jonathan K. Waldrop; John Downing; Intellectual Ventures |
| **Subject:** | RE: Intellectual Ventures I LLC et al. v. American Airlines, Inc \| C.A. No. 4:24-cv-00980 |
| **Date:** | Friday, May 23, 2025 9:43:32 PM |
| **Attachments:** | image001.png<br>image002.png |

John,

We are filing our forthcoming Opposed Motion for Leave to Amend the Complaint. There are confidential licensing information referenced in the Amended Complaint. Therefore, we will be filing a motion to seal. We assume that American is also opposed to this Motion to Seal and will indicate as such.

Many thanks,
Minh

---

**From:** ThucMinh Nguyen
**Sent:** Friday, May 23, 2025 4:45 PM
**To:** 'John B. Campbell' <jcampbell@McKoolSmith.com>; Allen Gardner <Allen@allengardnerlaw.com>
**Cc:** Casey L. Shomaker <cshomaker@McKoolSmith.com>; Clara Bourget <cbourget@McKoolSmith.com>; Emily Tannenbaum <etannenbaum@McKoolSmith.com>; Kenneth Scott <kscott@McKoolSmith.com>; Alan Block <ABlock@McKoolSmith.com>; AA_Intellectual_Ventures <AA_Intellectual_Ventures@mckoolsmith.com>; Jonathan K. Waldrop <JWaldrop@kasowitz.com>; John Downing <JDowning@kasowitz.com>; Intellectual Ventures <IntellectualVentures@kasowitz.com>
**Subject:** RE: Intellectual Ventures I LLC et al. v. American Airlines, Inc \| C.A. No. 4:24-cv-00980

John,

Following up on the below. Please let us know American's position on IV's Motion for Leave to File an Amended Complaint. As previously indicated, we are readily available to meet and confer today. If we do not hear from you, we will assume that American opposes the Motion for Leave and will indicate as such in our forthcoming motion.

Regards,
Minh

---

**From:** John B. Campbell <jcampbell@McKoolSmith.com>
**Sent:** Friday, May 23, 2025 6:54 AM
**To:** ThucMinh Nguyen <TNguyen@kasowitz.com>; Allen Gardner <Allen@allengardnerlaw.com>
**Cc:** Casey L. Shomaker <cshomaker@McKoolSmith.com>; Clara Bourget <cbourget@McKoolSmith.com>; Emily Tannenbaum <etannenbaum@McKoolSmith.com>; Kenneth Scott <kscott@McKoolSmith.com>; Alan Block <ABlock@McKoolSmith.com>;

AA_Intellectual_Ventures <AA_Intellectual_Ventures@mckoolsmith.com>; Jonathan K. Waldrop <JWaldrop@kasowitz.com>; John Downing <JDowning@kasowitz.com>; Intellectual Ventures <IntellectualVentures@kasowitz.com>
**Subject:** RE: Intellectual Ventures I LLC et al. v. American Airlines, Inc | C.A. No. 4:24-cv-00980

Minh,

It is not appropriate to "assume" American's position on an issue. See L.R. 7(h).

Of course, to have a "sincere effort in which the participants present the merits of their respective positions" in a meet and confer, L.R. 7(h), American needs a copy of the proposed amended complaint. It's difficult to form a view on a proposed amended complaint without understanding the scope of the proposed amendment(s). American understands that IV is refusing to provide a copy of the proposed amended complaint unless American agrees not to use providing the proposed amended complaint as a basis for the declaratory judgment action. We will discuss IV's request with our client and let you know if American agrees.

Thanks,
John

**McKool Smith** | John B. Campbell
Principal | Austin, TX | Tel: (512) 692-8730

NOTICE OF CONFIDENTIALITY: The information contained in and transmitted with this e-mail is SUBJECT TO THE ATTORNEY-CLIENT and ATTORNEY WORK PRODUCT PRIVILEGE and is CONFIDENTIAL. It is intended only for the individual or entity designated above. You are hereby notified that any dissemination, distribution, copying, use or reliance upon the information contained in and transmitted with this e-mail by or to anyone other than the addressee designated above by the sender is unauthorized and strictly prohibited. If you have received this e-mail in error, please notify the sender by reply immediately. Any e-mail erroneously transmitted to you should be immediately destroyed.

**From:** ThucMinh Nguyen <TNguyen@kasowitz.com>
**Sent:** Thursday, May 22, 2025 5:31 PM
**To:** John B. Campbell <jcampbell@McKoolSmith.com>; Allen Gardner <Allen@allengardnerlaw.com>
**Cc:** Casey L. Shomaker <cshomaker@McKoolSmith.com>; Clara Bourget <cbourget@McKoolSmith.com>; Emily Tannenbaum <etannenbaum@McKoolSmith.com>; Kenneth Scott <kscott@McKoolSmith.com>; Alan Block <ABlock@McKoolSmith.com>; AA_Intellectual_Ventures <AA_Intellectual_Ventures@mckoolsmith.com>; Jonathan K. Waldrop <JWaldrop@kasowitz.com>; John Downing <JDowning@kasowitz.com>; Intellectual Ventures <IntellectualVentures@kasowitz.com>
**Subject:** RE: Intellectual Ventures I LLC et al. v. American Airlines, Inc | C.A. No. 4:24-cv-00980

John,

We attempted to reach you earlier by telephone to discuss our forthcoming motion for leave to amend the complaint but were unable to connect with you.

As previously indicated, the amended complaint will include additional patents, and we intend

to file our motion tomorrow. At this time, we are not in a position to provide a draft of the amended complaint absent an enforceable agreement that American and its affiliates will not seek a declaratory judgment.

Please return our call or let us know a convenient time to discuss. If we do not hear from you, we will assume that American opposes the motion and will indicate as such in our motion.

Regards,
Minh

**From:** John B. Campbell <jcampbell@McKoolSmith.com>
**Sent:** Thursday, May 22, 2025 5:25 AM
**To:** ThucMinh Nguyen <TNguyen@kasowitz.com>; Allen Gardner <Allen@allengardnerlaw.com>
**Cc:** Casey L. Shomaker <cshomaker@McKoolSmith.com>; Clara Bourget <cbourget@McKoolSmith.com>; Emily Tannenbaum <etannenbaum@McKoolSmith.com>; Kenneth Scott <kscott@McKoolSmith.com>; Alan Block <ABlock@McKoolSmith.com>; AA_Intellectual_Ventures <AA_Intellectual_Ventures@mckoolsmith.com>; Jonathan K. Waldrop <JWaldrop@kasowitz.com>; John Downing <JDowning@kasowitz.com>; Intellectual Ventures <IntellectualVentures@kasowitz.com>
**Subject:** RE: Intellectual Ventures I LLC et al. v. American Airlines, Inc | C.A. No. 4:24-cv-00980

Minh,

Thanks for following up a few hours after sending the original request. We appreciate IV generally identifying the high-level purpose for amending its complaint (to add patents) in this latest request. Please provide a draft of the proposed amended complaint along with a red-line for American's consideration. Once we've had a chance to review and discuss with our client, we will provide times to meet and confer.

Thanks,
John



John B. Campbell
Principal
Austin, TX
Tel: (512) 692-8730
www.mckoolsmith.com

NOTICE OF CONFIDENTIALITY: The information contained in and transmitted with this e-mail is SUBJECT TO THE ATTORNEY-CLIENT and ATTORNEY WORK PRODUCT PRIVILEGE and is CONFIDENTIAL. It is intended only for the individual or entity designated above. You are hereby notified that any dissemination, distribution, copying, use or reliance upon the information contained in and transmitted with this e-mail by or to anyone other than the addressee designated above by the sender is unauthorized and strictly prohibited. If you have received this e-mail in error, please notify the sender by reply immediately. Any e-mail erroneously transmitted to you should be immediately destroyed.

**From:** ThucMinh Nguyen <TNguyen@kasowitz.com>
**Sent:** Wednesday, May 21, 2025 3:21 PM
**To:** Allen Gardner <Allen@allengardnerlaw.com>

**Cc:** Casey L. Shomaker <cshomaker@McKoolSmith.com>; Clara Bourget <cbourget@McKoolSmith.com>; John B. Campbell <jcampbell@McKoolSmith.com>; Emily Tannenbaum <etannenbaum@McKoolSmith.com>; Kenneth Scott <kscott@McKoolSmith.com>; Alan Block <ABlock@McKoolSmith.com>; AA_Intellectual_Ventures <AA_Intellectual_Ventures@mckoolsmith.com>; Jonathan K. Waldrop <JWaldrop@kasowitz.com>; John Downing <JDowning@kasowitz.com>; Intellectual Ventures <IntellectualVentures@kasowitz.com>
**Subject:** Re: Intellectual Ventures I LLC et al. v. American Airlines, Inc | C.A. No. 4:24-cv-00980

Counsel,

Following up on our meet and confer request below. IV intends to move for leave to add additional patents in the case against American by this Friday. We are happy to meet and confer with American to discuss, but we need to schedule the meet and confer. Otherwise we will assume American is opposed.

Many thanks,
Minh


On May 21, 2025, at 7:36 AM, Allen Gardner <Allen@allengardnerlaw.com> wrote:

> Casey,
>
> We'd like to confer regarding a motion for leave to file an amended complaint. When are you folks available to confer regarding this matter?
>
> Sincerely,
>
> Allen F. Gardner
> Allen Gardner Law, PLLC
> 609 S. Fannin
> Tyler, Texas 75701
> allen@allengardnerlaw.com
> www.allengardnerlaw.com
> Ph:  903-944-7537
> F:    903-944-7856
>
>
> Do Justice.  Love Mercy.  Walk Humbly.
>
> CONFIDENTIALITY NOTICE: The messages contained in this email, including any and all accompanying attachments, are for the sole use of the intended recipient(s), are

confidential, and may be privileged. If you have received this email in error, you are hereby notified that any use, dissemination, distribution, or reproduction of this transmission is prohibited. If you are not the intended recipient, please destroy all copies of the original transmission and contact the sender by calling 903-944-7537 immediately. Furthermore, please virus-check and scan all attachments prior to opening and/or use.  Finally, this email does not contain any tax advice.

---

**From:** Casey L. Shomaker <cshomaker@McKoolSmith.com>
**Sent:** Friday, May 16, 2025 9:06 AM
**To:** ThucMinh Nguyen <TNguyen@kasowitz.com>
**Cc:** Clara Bourget <cbourget@McKoolSmith.com>; John B. Campbell <jcampbell@McKoolSmith.com>; Emily Tannenbaum <etannenbaum@McKoolSmith.com>; Kenneth Scott <kscott@McKoolSmith.com>; Alan Block <ABlock@McKoolSmith.com>; AA_Intellectual_Ventures <AA_Intellectual_Ventures@mckoolsmith.com>; Allen Gardner <Allen@allengardnerlaw.com>; Jonathan K. Waldrop <JWaldrop@kasowitz.com>; John Downing <JDowning@kasowitz.com>; Intellectual Ventures <IntellectualVentures@kasowitz.com>
**Subject:** RE: Intellectual Ventures I LLC et al. v. American Airlines, Inc | C.A. No. 4:24-cv-00980

Hi Minh,

These look good. You may add my signature and file.

Thanks,

<image001.png>  <image002.png>

NOTICE OF CONFIDENTIALITY: The information contained in and transmitted with this e-mail is SUBJECT TO THE ATTORNEY-CLIENT and ATTORNEY WORK PRODUCT PRIVILEGE and is CONFIDENTIAL. It is intended only for the individual or entity designated above. You are hereby notified that any dissemination, distribution, copying, use or reliance upon the information contained in and transmitted with this e-mail by or to anyone other than the addressee designated above by the sender is unauthorized and strictly prohibited. If you have received this e-mail in error, please notify the sender by reply immediately. Any e-mail erroneously transmitted to you should be immediately destroyed.

---

**From:** ThucMinh Nguyen <TNguyen@kasowitz.com>
**Sent:** Thursday, May 15, 2025 7:26 PM
**To:** Casey L. Shomaker <cshomaker@McKoolSmith.com>
**Cc:** Clara Bourget <cbourget@McKoolSmith.com>; John B. Campbell <jcampbell@McKoolSmith.com>; Emily Tannenbaum <etannenbaum@McKoolSmith.com>; Kenneth Scott <kscott@McKoolSmith.com>; Alan Block <ABlock@McKoolSmith.com>; AA_Intellectual_Ventures <AA_Intellectual_Ventures@mckoolsmith.com>; Allen Gardner <Allen@allengardnerlaw.com>; Jonathan K. Waldrop <JWaldrop@kasowitz.com>; John

Downing <JDowning@kasowitz.com>; Intellectual Ventures <IntellectualVentures@kasowitz.com>
**Subject:** RE: Intellectual Ventures I LLC et al. v. American Airlines, Inc | C.A. No. 4:24-cv-00980

Casey,

Attached is a draft of the motion for extension. Please let us know if you have edits and whether we have your consent to file.

Many thanks,
Minh

---

**From:** ThucMinh Nguyen <TNguyen@kasowitz.com>
**Sent:** Thursday, May 15, 2025 1:08 PM
**To:** Casey L. Shomaker <cshomaker@mckoolsmith.com>
**Cc:** Clara Bourget <cbourget@mckoolsmith.com>; John B. Campbell <jcampbell@mckoolsmith.com>; Emily Tannenbaum <etannenbaum@mckoolsmith.com>; Kenneth Scott <kscott@mckoolsmith.com>; Alan Block <ABlock@mckoolsmith.com>; AA_Intellectual_Ventures <AA_Intellectual_Ventures@mckoolsmith.com>; Allen Gardner <Allen@allengardnerlaw.com>; Jonathan K. Waldrop <JWaldrop@kasowitz.com>; John Downing <JDowning@kasowitz.com>; Intellectual Ventures <IntellectualVentures@kasowitz.com>
**Subject:** Re: Intellectual Ventures I LLC et al. v. American Airlines, Inc | C.A. No. 4:24-cv-00980

Many thanks Casey.

We will send you a draft of the unopposed motion for extension shortly.

Best,
Minh

> On May 15, 2025, at 1:06 PM, Casey L. Shomaker <cshomaker@mckoolsmith.com> wrote:
>
> Minh,
>
> We agree to the below modifications.

Thanks,

**McKool Smith** | Casey L. Shomaker
Associate | Dallas, TX | Tel: (214) 978-4218

NOTICE OF CONFIDENTIALITY: The information contained in and transmitted with this e-mail is SUBJECT TO THE ATTORNEY-CLIENT and ATTORNEY WORK PRODUCT PRIVILEGE and is CONFIDENTIAL. It is intended only for the individual or entity designated above. You are hereby notified that any dissemination, distribution, copying, use or reliance upon the information contained in and transmitted with this e-mail by or to anyone other than the addressee designated above by the sender is unauthorized and strictly prohibited. If you have received this e-mail in error, please notify the sender by reply immediately. Any e-mail erroneously transmitted to you should be immediately destroyed.

**From:** ThucMinh Nguyen <TNguyen@kasowitz.com>
**Sent:** Thursday, May 15, 2025 2:52 PM
**To:** Casey L. Shomaker <cshomaker@McKoolSmith.com>; Clara Bourget <cbourget@McKoolSmith.com>; John B. Campbell <jcampbell@McKoolSmith.com>; Emily Tannenbaum <etannenbaum@McKoolSmith.com>; Kenneth Scott <kscott@McKoolSmith.com>; Alan Block <ABlock@McKoolSmith.com>; AA_Intellectual_Ventures <AA_Intellectual_Ventures@mckoolsmith.com>
**Cc:** Allen Gardner <Allen@allengardnerlaw.com>; Jonathan K. Waldrop <JWaldrop@kasowitz.com>; John Downing <JDowning@kasowitz.com>; Intellectual Ventures <IntellectualVentures@kasowitz.com>
**Subject:** RE: Intellectual Ventures I LLC et al. v. American Airlines, Inc | C.A. No. 4:24-cv-00980

Casey,

We propose the below changes to the scheduling order, with all other deadlines remaining unchanged. Please let us know whether American is agreeable and we will circulate a draft of the unopposed motion for extension.

| Event | Current Date | Proposed New Date |
|---|---|---|
| Infringement Contentions | May 19, 2025 | May 23, 2025 |
| Invalidity Contentions | June 16, 2025 | June 20, 2025 |

Many thanks,
Minh

**From:** Casey L. Shomaker <cshomaker@McKoolSmith.com>
**Sent:** Thursday, May 15, 2025 6:50 AM
**To:** ThucMinh Nguyen <TNguyen@kasowitz.com>; Clara Bourget <cbourget@McKoolSmith.com>; John B. Campbell

<jcampbell@McKoolSmith.com>; Emily Tannenbaum <etannenbaum@McKoolSmith.com>; Kenneth Scott <kscott@McKoolSmith.com>; Alan Block <ABlock@McKoolSmith.com>; AA_Intellectual_Ventures <AA_Intellectual_Ventures@mckoolsmith.com>
**Cc:** Allen Gardner <Allen@allengardnerlaw.com>; Jonathan K. Waldrop <JWaldrop@kasowitz.com>; John Downing <JDowning@kasowitz.com>; Intellectual Ventures <IntellectualVentures@kasowitz.com>
**Subject:** RE: Intellectual Ventures I LLC et al. v. American Airlines, Inc | C.A. No. 4:24-cv-00980

**ALERT: THIS IS AN EXTERNAL EMAIL. DO NOT CLICK ON ANY LINK, ENTER A PASSWORD, OR OPEN AN ATTACHMENT UNLESS YOU KNOW THAT THE MESSAGE CAME FROM A SAFE EMAIL ADDRESS.**

Minh,

Because IV's requested extension will impact the claim construction deadlines, can you send over a proposal for how those deadlines should likewise be modified?

Thanks,

NOTICE OF CONFIDENTIALITY: The information contained in and transmitted with this e-mail is SUBJECT TO THE ATTORNEY-CLIENT and ATTORNEY WORK PRODUCT PRIVILEGE and is CONFIDENTIAL. It is intended only for the individual or entity designated above. You are hereby notified that any dissemination, distribution, copying, use or reliance upon the information contained in and transmitted with this e-mail by or to anyone other than the addressee designated above by the sender is unauthorized and strictly prohibited. If you have received this e-mail in error, please notify the sender by reply immediately. Any e-mail erroneously transmitted to you should be immediately destroyed.

**From:** ThucMinh Nguyen <TNguyen@kasowitz.com>
**Sent:** Wednesday, May 14, 2025 6:54 PM
**To:** Casey L. Shomaker <cshomaker@McKoolSmith.com>; Clara Bourget <cbourget@McKoolSmith.com>; John B. Campbell <jcampbell@McKoolSmith.com>; Emily Tannenbaum <etannenbaum@McKoolSmith.com>; Kenneth Scott <kscott@McKoolSmith.com>; Alan Block <ABlock@McKoolSmith.com>; AA_Intellectual_Ventures <AA_Intellectual_Ventures@mckoolsmith.com>
**Cc:** Allen Gardner <Allen@allengardnerlaw.com>; Jonathan K. Waldrop

<JWaldrop@kasowitz.com>; John Downing <JDowning@kasowitz.com>; Intellectual Ventures <IntellectualVentures@kasowitz.com>

**Subject:** Intellectual Ventures I LLC et al. v. American Airlines, Inc | C.A. No. 4:24-cv-00980

Counsel,

Please let us know whether American would agree to a short extension of the deadline for IV to serve infringement contentions from Monday, May 19 to Friday, May 23. IV would, of course, be amenable to a reciprocal extension of the deadline for American to serve invalidity contentions.

Many thanks,

Minh

ThucMinh Nguyen
Kasowitz Benson Torres LLP
333 Twin Dolphin Drive, Suite 200
Redwood Shores, CA 94065
Tel.   (650) 453-5420
Fax.  (650) 362-9302
TNguyen@kasowitz.com

This e-mail and any files transmitted with it are confidential and may be subject to the attorney-client privilege. Use or disclosure of this e-mail or any such files by anyone other than a designated addressee is unauthorized. If you are not an intended recipient, please notify the sender by e-mail and delete this e-mail without making a copy.