# EXHIBIT B

| | |
|---|---|
| **From:** | txedCM@txed.uscourts.gov |
| **To:** | txedcmcc@txed.uscourts.gov |
| **Subject:** | Activity in Case 4:24-cv-00980-ALM Intellectual Ventures I LLC et al v. American Airlines, Inc. Motion to Seal |
| **Date:** | Saturday, May 24, 2025 12:17:07 AM |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

# U.S. District Court

# Eastern District of TEXAS [LIVE]

## Notice of Electronic Filing

The following transaction was entered by Waldrop, Jonathan on 5/24/2025 at 0:15 AM CDT and filed on 5/24/2025

**Case Name:**     Intellectual Ventures I LLC et al v. American Airlines, Inc.
**Case Number:**   4:24-cv-00980-ALM
**Filer:**         Intellectual Ventures I LLC
                   Intellectual Ventures II LLC

**Document Number:** 47

**Docket Text:**
**OPPOSED MOTION to Seal by Intellectual Ventures I LLC, Intellectual Ventures II LLC. (Attachments: # (1) Exhibit A, # (2) Proposed Order)(Waldrop, Jonathan)**


**4:24-cv-00980-ALM Notice has been electronically mailed to:**

Alan Peter Block     ablock@mckoolsmith.com, alan-block-6525@ecf.pacerpro.com

Allen Franklin Gardner     allen@allengardnerlaw.com, 3032063420@filings.docketbird.com

Casey Shomaker     cshomaker@mckoolsmith.com

Clara Bourget     cbourget@mckoolsmith.com

Darcy Lachelle Jones     djones@kasowitz.com, autodocket@kasowitz.com, courtnotices@kasowitz.com, kdean@kasowitz.com, mhulbert@kasowitz.com

Emily Tannenbaum     etannenbaum@mckoolsmith.com

Heather S. Kim     hkim@kasowitz.com, autodocket@kasowitz.com,

courtnotices@kasowitz.com, NWashington@kasowitz.com

John Bruce Campbell , Jr    jcampbell@mckoolsmith.com, drobinson@mckoolsmith.com, john-campbell-5697@ecf.pacerpro.com, kjackson@mckoolsmith.com

John W Downing    jdowning@kasowitz.com, autodocket@kasowitz.com, cene@kasowitz.com, courtnotices@kasowitz.com

Jonathan Keith Waldrop    jwaldrop@kasowitz.com, autodocket@kasowitz.com, courtnotices@kasowitz.com, mhulbert@kasowitz.com

Kenneth Scott    kscott@mckoolsmith.com

Marcus Alan Barber    mbarber@kasowitz.com, autodocket@kasowitz.com, courtnotices@kasowitz.com, mhulbert@kasowitz.com

Thucminh Nguyen    tnguyen@kasowitz.com, courtnotices@kasowitz.com

**4:24-cv-00980-ALM Notice will not be electronically mailed to**:

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1041545818 [Date=5/24/2025] [FileNumber=15255992-0] [4731bc17aa18ee1a57a2422be2a68e6889bacfbd0c72969ccda30445744e17a3683505773ac28a5a40908ccf2a6c31982a8a3bc32c644246480411e77094340e]]
**Document description:** Exhibit A
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1041545818 [Date=5/24/2025] [FileNumber=15255992-1] [70e83a904dd5edc58a662d533c198123c894588a9dd67178650f33f0073ab290d3acfd6c5fd81758a2b1ad8352c6a34e7752cc2b2137dd29549726f4d2eb70a5]]
**Document description:** Proposed Order
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1041545818 [Date=5/24/2025] [FileNumber=15255992-2] [a6580ed3ed3c80e3209d12d82732897af034621c45f198a355dd7aaea116b61a6bbabb55efd5958fc1b00bacf19e517317f7bef32736800666ba2bf3dddd0d16]]