IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| **INTELLECTUAL VENTURES I LLC AND INTELLECTUAL VENTURES II, LLC,**<br><br>  Plaintiff,<br><br>vs.<br><br>**AMERICAN AIRLINES, INC.,**<br><br>  Defendant. | Civil Action No.  4:24-cv-00980<br><br><br>JURY TRIAL |

**ORDER DENYING PLAINTIFFS' OPPOSED MOTION TO FILE UNDER SEAL PLAINTIFFS' MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**

BEFORE THE COURT is Plaintiffs' Opposed Motion to File Under Seal Plaintiffs' Motion for Leave to File Amended Complaint. Having considered this Motion, it is hereby **DENIED.**

IT IS THEREFORE **ORDERED, ADJUGED and DECREED** that Plaintiffs' Motion to File Under Seal is DENIED and Plaintiffs' will be required to file their Motion for Leave to File Amended Complaint publicly no later than \_\_\_\_**.**