IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| INTELLECTUAL VENTURES I LLC and<br>INTELLECTUAL VENTURES II LLC, | )<br>)<br>) | |
| *Plaintiffs*, | )<br>) | C.A. No. 4:24-cv-00980-ALM |
| v. | )<br>)<br>) | **JURY TRIAL DEMANDED** |
| AMERICAN AIRLINES, INC. | )<br>) | |
| *Defendant*. | ) | |

## ORDER GRANTING JOINT MOTION FOR EXTENSIONS OF TIME

Plaintiffs Intellectual Ventures I LLC and Intellectual Ventures II LLC and Defendant American Airlines, Inc. submitted a Joint Motion (Dkt. #51) to extend deadlines to complete briefing on: (1) Plaintiffs' Opposed Sealed Motion For Leave to File Amended Complaint ("Plaintiffs' Motion for Leave") (Dkt. #48) and (2) Defendant's Opposed Motion to Strike Opposed Sealed Motion for Leave to File Amended Complaint ("Defendant's Motion to Strike") (Dkt. #50). The Court finds the Motion is GRANTED in its entirety, and it is ordered that the following amended deadlines shall apply:

| Item | Current Deadline | Amended Deadline |
|---|---|---|
| Defendant's time to respond to Plaintiffs' Motion for Leave | June 10, 2025 | June 24, 2025 |
| Plaintiffs' time to file reply in support of their Motion for Leave | June 17, 2025 | July 8, 2025 |
| Plaintiffs' time to respond to Defendant's Motion to Strike | June 20, 2025 | July 7, 2025 |
| Defendant's time to file a reply in support of its Motion to Strike | June 27, 2025 | July 21, 2025 |

IT IS SO ORDERED.

SIGNED this 12th day of June, 2025.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE