# EXHIBIT F

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | | |
|---|---|---|
| BARKAN WIRELESS ACCESS TECHNOLOGIES, L.P., | § § § § | Case No. 2:16-CV-00293-JRG-RSP |
| *Plaintiff*, | § § | |
| v. | § § | |
| CELLCO PARTNERSHIP (DBA VERIZON WIRELESS), VERIZON COMMUNICATIONS INC., | § § § | |
| *Defendants*. | § § | |

## <u>ORDER</u>

Before the Court is Plaintiff's motion to compel Defendant Verizon's discovery response. Dkt. No. 39. The Certificate of Conference attached to the motion does not reflect that the parties have met and conferred in a manner compliant with Local Rule 7(h). The motion to compel is therefore **DENIED** without prejudice. Plaintiff may refile the motion if the dispute remains unresolved after the requisite Rule 7(h) conference.

**SIGNED this 27th day of February, 2017.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE