# EXHIBIT G

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| THE QUANTUM WORLD CORPORATION | § § § | |
| vs. | § | CASE NO. 2:07-CV-24-CE |
| ATMEL CORPORATION, ET AL. | § § § | |

## ORDER

Before the court is Lenovo's Motion to Enlarge Time to File its Original Cross-Complaint Against Atmel and Winbond (Dkt. No. 172). The Court has read the motion, particularly the certificate of conference. In light of Lenovo's failure to comply with Local Rule CV-7, the Court denies the motion. Lenovo is free to renew its motion at a later date upon completion of both the substantive and procedural components of Local Rule CV-7.

SIGNED this 26th day of November, 2008.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE