# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| **INTELLECTUAL VENTURES I LLC AND INTELLECTUAL VENTURES II, LLC,**<br><br>Plaintiff,<br><br>vs.<br><br>**AMERICAN AIRLINES, INC.,**<br><br>Defendant. | Civil Action No.  4:24-cv-00980<br><br>JURY TRIAL |

### ORDER DENYING PLAINTIFFS' OPPOSED MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

BEFORE THE COURT is Plaintiffs' Opposed Motion for Leave to File Amended Complaint. The Court having considered the Motion, Response and all replies, finds that it should be **DENIED.**

IT IS THEREFORE **ORDERED, ADJUGED and DECREED** that Plaintiffs' Motion for Leave to File Amended Complaint is hereby denied.