**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC and<br>INTELLECTUAL VENTURES II LLC,<br><br>    *Plaintiffs*,<br><br>v.<br><br>AMERICAN AIRLINES, INC.<br><br>    *Defendant*. | )<br>)<br>)<br>) **C.A. No. 4:24-cv-00980-ALM**<br>)<br>)<br>) **JURY TRIAL DEMANDED**<br>)<br>)<br>)<br>) |

**NOTICE OF CHANGE OF FIRM NAME AND CONTACT INFORMATION**

TO THE HONORABLE JUDGE OF SAID COURT:

  PLEASE TAKE NOTICE THAT Kasowitz Benson Torres LLP has changed its name to Kasowitz LLP as of June 25, 2025.

  PLEASE ALSO TAKE NOTICE THAT the following attorneys have changed their contact information effective immediately:

  Jonathan K. Waldrop, Darcy L. Jones, Marcus A. Barber, John W. Downing, Heather S. Kim, and ThucMinh Nguyen.

  The new contact information for the above attorneys is as follows:

| OLD CONTACT INFORMATION: | NEW CONTACT INFORMATION: |
|---|---|
| Kasowitz LLP<br>333 Twin Dolphin Drive<br>Suite 200<br>Redwood Shores, California 94065<br>Telephone: (650) 453-5170<br>Facsimile: (650) 453-5171 | Kasowitz LLP<br>101 California Street<br>Suite 3950<br>San Francisco, CA 94111<br>Telephone: (415) 421-6140<br>Facsimile: (415) 358-4408 |

Please take notice of these changes and update your records accordingly.

Dated: July 2, 2025                          RESPECTFULLY SUBMITTED,

By: */s/ Jonathan K. Waldrop*
Jonathan K. Waldrop (CA Bar No. 297903)
(Admitted in this District)
jwaldrop@kasowitz.com
Darcy L. Jones (CA Bar No. 309474)
(Admitted in this District)
djones@kasowitz.com
Marcus A. Barber (CA Bar No. 307361)
(Admitted in this District)
mbarber@kasowitz.com
John W. Downing (CA Bar No. 252850)
(Admitted in this District)
jdowning@kasowitz.com
Heather S. Kim (CA Bar No. 277686)
(Admitted in this District)
hkim@kasowitz.com
ThucMinh Nguyen (CA Bar No. 304382)
(Admitted in this District)
tnguyen@kasowitz.com
**KASOWITZ LLP**
101 California Street
Suite 3950
San Francisco, CA 94111
Telephone: (415) 421-6140
Facsimile: (415) 358-4408

Allen F. Gardner (TX Bar No. 24043679)
allen@allengardnerlaw.com
ALLEN GARDNER LAW, PLLC
609 S. Fannin
Tyler, Texas 75701
Telephone: (903) 944-7537
Facsimile: (903) 944-7856

**Attorneys for Plaintiffs
INTELLECTUAL VENTURES I LLC and
INTELLECTUAL VENTURES II LLC**

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing instrument was served or delivered electronically to all counsel of record on this 2nd day of July, 2025, via the Court's CM/ECF system.

>*/s/ Jonathan K. Waldrop*
>Jonathan K. Waldrop