**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC and<br>INTELLECTUAL VENTURES II LLC,<br><br>*Plaintiffs*,<br><br>v.<br><br>AMERICAN AIRLINES, INC.<br><br>*Defendant*. | )<br>)<br>)<br>) **C.A. No. 4:24-cv-00980-ALM**<br>)<br>)<br>) **JURY TRIAL DEMANDED**<br>)<br>)<br>) |

**JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER**

WHEREAS, Plaintiffs Intellectual Ventures I LLC and Intellectual Ventures II LLC and Defendant American Airlines, Inc., respectfully and jointly move the Court for entry of the Agreed Protective Order, attached hereto as Exhibit A.

1

Dated: July 29, 2025                                          RESPECTFULLY SUBMITTED,

| | |
|---|---|
| By: */s/ John B. Campbell* | By: */s/ Jonathan K. Waldrop* |
| John B. Campbell | Jonathan K. Waldrop (CA Bar No. 297903) |
| Texas State Bar No. 24036314 | (Admitted in this District) |
| jcampbell@McKoolSmith.com | jwaldrop@kasowitz.com |
| Kenneth M. Scott | Darcy L. Jones (CA Bar No. 309474) |
| Texas State Bar No. 24137497 | (Admitted in this District) |
| kscott@McKoolSmith.com | djones@kasowitz.com |
| **MCKOOL SMITH, P.C.** | Marcus A. Barber (CA Bar No. 307361) |
| 303 Colorado Street Suite 2100 | (Admitted in this District) |
| Austin, TX 78701 | mbarber@kasowitz.com |
| Telephone: (512) 692-8700 | John W. Downing (CA Bar No. 252850) |
| Telecopier: (512) 692-8744 | (Admitted in this District) |
| | jdowning@kasowitz.com |
| Casey L. Shomaker | Heather S. Kim (CA Bar No. 277686) |
| Texas State Bar No. 24110359 | (Admitted in this District) |
| cshomaker@mckoolsmith.com | hkim@kasowitz.com |
| **MCKOOL SMITH, P.C.** | ThucMinh Nguyen (CA Bar No. 304382) |
| 300 Crescent Court Suite 1200 | (Admitted in this District) |
| Dallas, TX 75201 | tnguyen@kasowitz.com |
| Telephone: (214) 978-4218 | **KASOWITZ LLP** |
| Telecopier: (214) 978-4044 | 101 California Street, Suite 3950 |
| | San Francisco, CA 94111 |
| Emily Tannenbaum | Telephone: (415) 421-6140 |
| New York State Bar No. 5928130 | Facsimile: (415) 358-4408 |
| **MCKOOL SMITH, P.C.** | |
| 1301 Avenue of the Americas, 32nd Floor | Allen F. Gardner (TX Bar No. 24043679) |
| New York, NY 10019 | allen@allengardnerlaw.com |
| Telephone: (212) 402-9400 | **ALLEN GARDNER LAW, PLLC** |
| Telecopier: (212) 402-9444 | 609 S. Fannin |
| | Tyler, Texas 75701 |
| **Attorneys for Defendant** | Telephone: (903) 944-7537 |
| **AMERICAN AIRLINES, INC.** | Facsimile: (903) 944-7856 |
| | |
| | **Attorneys for Plaintiffs** |
| | **INTELLECTUAL VENTURES I LLC** |
| | **and INTELLECTUAL VENTURES II** |
| | **LLC** |

## **CERTIFICATE OF CONFERENCE**

Plaintiffs and Defendant have conferred regarding the relief requested in this motion, and it is jointly submitted.

*/s/ Jonathan K. Waldrop*
Jonathan K. Waldrop

**CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the foregoing document was served on all parties who have appeared in this case on July 29, 2025, via the Court's CM/ECF system.

*/s/ Jonathan K. Waldrop*
Jonathan K. Waldrop (CA Bar No. 297903)
