# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC and<br>INTELLECTUAL VENTURES II LLC,<br><br>        *Plaintiffs*,<br><br>        v.<br><br>AMERICAN AIRLINES, INC.<br><br>        *Defendant*. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   **C.A. No. 4:24-cv-00980-ALM**<br><br>**JURY TRIAL DEMANDED** |

## JOINT CLAIM CONSTRUCTION STATEMENT

Pursuant to the Court's Scheduling Order (Dkt. 44), Plaintiffs Intellectual Ventures I LLC and Intellectual Ventures II LLC (collectively, "Plaintiffs" or "IV") and Defendant American Airlines, Inc. ("American") (collectively, "Parties") hereby provide the following Joint Claim Construction Statement for the terms, phrases, and clauses appearing in the asserted claims of U.S. Patent Nos. 7,949,785 ("the '785 Patent"), 8,332,844 ("the '844 Patent"), 8,407,722 ("the '722 Patent"), 7,257,582 ("the '582 Patent"), 7,324,469 ("the '469 Patent"), and 8,027,326 ("the '326 Patent") (collectively, the "Asserted Patents" or "Patents-in-Suit").[1]

**I.     LIST OF AGREED CONSTRUCTIONS**

The Parties currently do not agree on any constructions.

**II.    LIST OF DISPUTED TERMS FOR CONSTRUCTION**

The Parties' list of disputed terms for construction is shown below. IV's proposed claim construction and identification of intrinsic record and extrinsic evidence for these terms is provided

---

[1] IV contends that the Asserted Patents include U.S. Patent Nos. 7,721,282, 7,822,841, 8,352,584, 10,103,845, 7,712,080, and 11,032,000. American disagrees as the Court has not yet ruled on IV's Motion for Leave (Dkt. 48), so the Asserted Patents are limited to those identified in the operative, original complaint (Dkt. 1).

in Exhibit A. American's proposed claim construction and identification of intrinsic record and extrinsic evidence for these terms is provided in Exhibit B.

    1.    **U.S. Patent No. 7,949,785**

- network address (claims 30 and 37)
- network route director (claim 30)

    2.    **U.S. Patent No. 8,332,844**

- root image (claims 7 and 11)

    3.    **U.S. Patent No. 7,257,582**

- partition (claim 1)
- descriptions of all of said partitions (claim 1)
- on a first-come/first-served basis (claim 1)
- simultaneously executing at least a respective one of the subtasks of the computer-executable process in each of at least some of said processors on a respective one of the partitions (claim 1)

    4.    **U.S. Patent No. 8,407,722**

- input source (claim 14)
- identify a category of the update message based on the input source (claim 14)

    5.    **U.S. Patent No. 7,324,469**

- a remote location (claim 24)
- a relatively high volume of transient traffic (claim 24)

## III.    ANTICIPATED LENGTH OF TIME FOR CLAIM CONSTRUCTION HEARING

IV anticipates that 2 hours are necessary for the Claim Construction Hearing. American anticipates that 4 hours are necessary for the Claim Construction Hearing.

**IV.     WITNESS FOR THE CLAIM CONSTRUCTION HEARING**

The Parties do not anticipate calling any witnesses at the claim construction hearing at this time.

**V.     OTHER ISSUES FOR A PREHEARING CONFERENCE**

The Parties do not anticipate addressing any other issues at a prehearing conference at this time.

**VI.    ESTIMATED NUMBER OF PAGES FOR CLAIM CONSTRUCTION BRIEFS**

The Parties' estimate that the following number of pages should be allocated to each respective brief: 30 pages for IV's opening brief, 30 pages for American's responsive brief, and 10 pages for IV's reply brief.

Dated: August 4, 2025 RESPECTFULLY SUBMITTED,

By: */s/ John B. Campbell*  
John B. Campbell  
Texas State Bar No. 24036314  
jcampbell@mckoolsmith.com  
Kenneth M. Scott  
Texas State Bar No. 24137497  
kscott@mckoolsmith.com  
**MCKOOL SMITH, P.C.**  
303 Colorado Street Suite 2100  
Austin, TX 78701  
Telephone: (512) 692-8700  
Telecopier: (512) 692-8744  

Casey L. Shomaker  
Texas State Bar No. 24110359  
cshomaker@mckoolsmith.com  
**MCKOOL SMITH, P.C.**  
300 Crescent Court Suite 1200  
Dallas, TX 75201  
Telephone: (214) 978-4218  
Telecopier: (214) 978-4044  

Emily Tannenbaum  
New York State Bar No. 5928130  
**MCKOOL SMITH, P.C.**  
1301 Avenue of the Americas, 32nd Floor  
New York, NY 10019  
Telephone: (212) 402-9400  
Telecopier: (212) 402-9444  

By: */s/ Jonathan K. Waldrop*  
Jonathan K. Waldrop (CA Bar No. 297903)  
(Admitted in this District)  
jwaldrop@kasowitz.com  
Darcy L. Jones (CA Bar No. 309474)  
(Admitted in this District)  
djones@kasowitz.com  
Marcus A. Barber (CA Bar No. 307361)  
(Admitted in this District)  
mbarber@kasowitz.com  
John W. Downing (CA Bar No. 252850)  
(Admitted in this District)  
jdowning@kasowitz.com  
Heather S. Kim (CA Bar No. 277686)  
(Admitted in this District)  
hkim@kasowitz.com  
ThucMinh Nguyen (CA Bar No. 304382)  
(Admitted in this District)  
tnguyen@kasowitz.com  
**KASOWITZ LLP**  
101 California Street, Suite 3950  
San Francisco, CA 94111  
Telephone: (415) 421-6140  
Facsimile: (415) 358-4408  

Allen F. Gardner (TX Bar No. 24043679)  
allen@allengardnerlaw.com  
**ALLEN GARDNER LAW, PLLC**  
609 S. Fannin  
Tyler, Texas 75701  
Telephone: (903) 944-7537  
Facsimile: (903) 944-7856  

**Attorneys for Plaintiffs**  
**INTELLECTUAL VENTURES I LLC and**  
**INTELLECTUAL VENTURES II LLC**

4

**CERTIFICATE OF SERVICE**

    The undersigned certifies that a copy of the foregoing document was served or delivered electronically to all counsel on August 4, 2025, via the Court's CM/ECF system.

                                  */s/ Jonathan K. Waldrop*
                                  Jonathan K. Waldrop (CA Bar No. 297903)