**Exhibit B**
**Defendant American Airlines, Inc.'s**
**P.R. 4-3 Disclosures**

I.   U.S. Patent No. 8,332,844

| Claim Term/Phrase | Construction | Intrinsic Evidence | Extrinsic Evidence |
|---|---|---|---|
| root image (claims 7 and 11) | a read-only base set of data blocks, operating beneath the file system, that provide the common portion of the application environment | '844 Patent at Figs. 2, 3A-3B, 5; Abstract; 2:14-18; 2:35-48; 2:61-63; 5:27-32; 5:40-58; 6:38-43; 7:26-37; 7:58-62; 8:13-15; 9:20-21; 9:39-49; 10:37-40. | The testimony of Dr. Michael Goodrich regarding the proper construction of this term. |

II.  U.S. Patent No. 8,407,722

| Claim Term/Phrase | Proposed Construction | Intrinsic Evidence | Extrinsic Evidence |
|---|---|---|---|
| input source (claim 14) | information provider and/or dynamic content provider | '722 Patent at Figs. 1, 2, 3, 5, 7, 8, 10; Abstract; 3:15-18; 3:27-29; 3:39-46; 3:65-4:1; 11:21-25; 11:38-57; 12:2-4; 12:8-13; 12:23-31; 13:17-23; 13:26-14:22; 15:42-50; 15:55-58; 16:60-62; 17:36-44; 17:45-55; 18:3-11; 18:52-54; 18:66-19:2; 19:14-18; 21:53-61; 21:62-67. | The testimony of Dr. Michael Goodrich regarding the proper construction of this term. |
| identify a category of the update message based on the input source (claim 14) | identify a category of the update message based on the information provider or dynamic content provider but not on the category/topic of the message content | '722 Patent at 18:52-54; Reply Under 37 C.F.R. § 1.116, February 9, 2012 at 18-19; Brief on Appeal Under 37 C.F.R. § 41.37, March 30, 2006 at 13-17. | The testimony of Dr. Michael Goodrich regarding the proper construction of this term. |

**Exhibit B**
**Defendant American Airlines, Inc.'s**
**P.R. 4-3 Disclosures**

### III. U.S. Patent No. 7,949,785

| Claim Term/Phrase | Proposed Construction | Intrinsic Evidence | Extrinsic Evidence |
|---|---|---|---|
| network address (claims 30 and 37) | Internet protocol or IP address | '785 Patent at Figs. 5A-5B, 6B, 7, 21, 24-26; Abstract; 1:38-50; 1:59-66; 4:20-22; 4:47-54; 5:15-24; 5:51-57; 9:13-17; 10:32-39; 10:42-51; 12:8-17; 12:57-60; 13:6-9; 14:10-18; 14:34-15:16; 15:25-37; 26:1-5; 26:39-43; 33:42-64. | *Network Address*, Computer-dictionary-online.org, https://www.computer-dictionary-online.org/definitions-n/network-address.html ("1. The network portion of an IP address. …") (last visited July 14, 2025).<br><br>Applicant Arguments/Remarks Made in an Amendment in response to Ex Parte Reexamination Non-Final Action, dated Jan. 8, 2025, at pg. 12-13.<br><br>The testimony of Dr. Michael Goodrich regarding the proper construction of this term. |
| network route director (claim 30) | a publicly addressable device configured to route encapsulated packets to and from entities located in a private network portion of a virtual network | '785 Patent at Figs. 6B, 12B, 19; 10:24-31; 11:9-13; 13:28-32; 13:51-54; 14:43-46; 15:6-15; 15:38-41; 20:61-65; 21:1-7; 28:25-27; 32:23-37; 32:53-62; 33:18-25. | Applicant Arguments/Remarks Made in an Amendment in response to Ex Parte Reexamination Non-Final Action, dated Jan. 8, 2025, at pg. 19.<br><br>The testimony of Dr. Michael Goodrich regarding the proper construction of this term. |

Exhibit B
**Defendant American Airlines, Inc.'s**
**P.R. 4-3 Disclosures**

## IV. U.S. Patent No. 7,324,469

| Claim Term/Phrase | Proposed Construction | Intrinsic Evidence | Extrinsic Evidence |
|---|---|---|---|
| a remote location a experiencing a relatively high volume of transient traffic<br><br>(claim 24) | a fixed remote location experiencing a relatively high volume of transient traffic | 469 Patent at Figs. 1-4; 1:34-56; 2:34-42; 3:43-67; 4:17-24; 5:4-7; 5:32-35; 5:60-63; 6:7-10. | *Location*, Merriam-Webster, https://www.merriam-webster.com/dictionary/location (last visited July 14, 2025).<br><br>The testimony of Dr. Michael Goodrich regarding the proper construction of this term. |
| a relatively high volume of transient traffic<br>(claim 24) | Indefinite as to "relatively high" and "transient" | 469 Patent at 1:34-56; 2:34-42; 3:1-23; 3:43-67; 4:17-24. | The testimony of Dr. Michael Goodrich regarding the indefiniteness of these terms. |

3

**Exhibit B**
**Defendant American Airlines, Inc.'s**
**P.R. 4-3 Disclosures**

V.    U.S. Patent No. 7,257,582

| Claim Term/Phrase | Proposed Construction | Intrinsic Evidence | Extrinsic Evidence |
|---|---|---|---|
| partition (claim 1) | well-defined part of the input file | '582 Patent at Figs. 1, 2, 3, 4; Abstract; 1:61-2:2; 2:5-12; 2:25-20; 3:22-63; 3:67-4:3; 4:16-18; 4:52-55; 5:27-33; 5:34-38; 5:49-53; 5:60-6:3; 6:17-18; 6:38-40. | The testimony of Dr. Michael Goodrich regarding the proper construction of this term. |
| descriptions of all of said partitions (claim 1) | statements giving a characteristic(s) of all of the well-defined parts of the input file for use in distributing the load without a special load process, wherein such statements are distinct from the input file itself | '582 Patent at 2:28-30; 3:13-2; 3:52-59; 3:64-67; 4:11-12; 4:16-21; 6:11-12; First Amendment, March 2, 2007, at 2; First Amendment, March 2, 2007, at 7. | *description*, Merriam-Webster, https://www.merriam-webster.com/dictionary/description ("b : a statement or account giving the characteristics of someone or something") (last visited July 14, 2025).<br><br>The testimony of Dr. Michael Goodrich regarding the proper construction of this term. |
| on a first-come/first-served basis (claim 1) | selecting the earliest unprocessed partition for execution without the use of a control process that uses load information for such selection | '582 Patent at 1:61-2:2; 2:8-11; 4:1-3; First Amendment, March 2, 2007, at 6 | The testimony of Dr. Michael Goodrich regarding the proper construction of this term. |
| simultaneously executing at least a respective one of the subtasks of the computer-executable process in each of at least some of said processors on a respective one of the partitions (claim 1) | Indefinite | | The testimony of Dr. Michael Goodrich regarding the indefiniteness of this term. |

4