IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC AND INTELLECTUAL VENUTRES II, LLC,<br><br>            Plaintiff,<br><br>    vs.<br><br>AMERICAN AIRLINES, INC.,<br><br>            Defendant. | Civil Action No.  4:24-cv-00980<br><br><br>JURY TRIAL |

## DEFENDANT AMERICAN AIRLINES, INC.'S NOTICE OF COMPLIANCE WITH PATENT RULE 4-3

Patent Rule 4-3 requires that "[e]ach party shall also simultaneously serve a disclosure of expert testimony consistent with Fed. R. Civ. P. 26(a)(2)(B(i)-(ii) or 26(a)(2)(C) for any expert on which it intends to rely to support its proposed claim construction or indefiniteness position or to oppose any other party's proposed claim construction or indefiniteness position." *See also Uniloc 2017 LLC v. Samsung Electronics America, Inc.*, Case No. 2-18-cv-00508, Dkt. 59 at 2-3 (E.D. Tex. Jan. 5, 2020).

While American was unable to "simultaneously" serve expert declarations because IV did not serve an expert declaration, American otherwise complied with Patent Rule 4-3.

1

| | |
|---|---|
| Dated: August 5, 2025 | /s/ *John B. Campbell*<br>John B. Campbell<br>Texas State Bar No. 24036314<br>jcampbell@McKoolSmith.com<br>Kenneth M. Scott<br>Texas State Bar No. 24137497<br>kscott@McKoolSmith.com<br>**MCKOOL SMITH, P.C.**<br>303 Colorado Street Suite 2100<br>Austin, TX 78701<br>Telephone: (512) 692-8700<br>Telecopier: (512) 692-8744<br><br>Emily Tannenbaum<br>New York State Bar No. 5928130<br>etannenbaum@mckoolsmith.com<br>**MCKOOL SMITH, P.C.**<br>1301 Avenue of the Americas, 32nd Floor<br>New York, NY 10019<br>Telephone: (212) 402-9400<br>Telecopier: (212) 402-9444<br><br>Casey L. Shomaker<br>Texas State Bar No. 24110359<br>cshomaker@mckoolsmith.com<br>**McKool Smith, P.C.**<br>300 Crescent Court, Suite 1500<br>Dallas, TX 75201<br>Telephone: (214) 978-4000<br>Facsimile: (214) 978-4044<br><br>Alan P. Block<br>California State Bar No. 143783<br>ablock@mckoolsmith.com<br>**MCKOOL SMITH, P.C.**<br>300 South Grand Avenue, Suite 2900<br>Los Angeles, CA 90071<br>Telephone: (213) 694-1054<br>Telecopier: (213) 694-1234<br><br>ATTORNEYS FOR DEFENDANT<br>AMERICAN AIRLINES, INC. |

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served on all counsel of record via email on August 5, 2025.

*/s/ John B. Campbell*
John B. Campbell
