# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC and <br> INTELLECTUAL VENTURES II LLC, <br><br> *Plaintiffs*, <br><br> v. <br><br> AMERICAN AIRLINES, INC. <br><br> *Defendant*. | ) <br> ) <br> ) <br> ) **C.A. No. 4:24-cv-00980-ALM** <br> ) <br> ) <br> ) **JURY TRIAL DEMANDED** <br> ) <br> ) <br> ) |

## ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

Before the Court is Plaintiffs' Opposed Motion for Leave to File Amended Complaint (Dkt. #48). The Court, having considered Plaintiffs' Motion and related materials, including the Response, Reply, and Sur-Reply thereto, finds that Plaintiffs' Motion should be and hereby is GRANTED. As the Clerk does not remove and file exhibits attached to motions for leave, Plaintiffs are directed to file Plaintiffs' Amended Complaint for Patent Infringement without delay.

**IT IS SO ORDERED.**

**SIGNED this 19th day of August, 2025.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE