# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| **INTELLECTUAL VENTURES I LLC AND INTELLECTUAL VENTURES II, LLC,**<br><br>    Plaintiff,<br><br>vs.<br><br>**AMERICAN AIRLINES, INC.,**<br><br>    Defendant. | Civil Action No.  4:24-cv-00980<br><br><br>JURY TRIAL |

### ORDER ON DEFENDANT AMERICAN AIRLINES, INC.'S
### MOTION TO ENFORCE LOCAL RULES AND STRIKE PLAINTIFFS' MOTION FOR LEAVE

Before the Court is Defendant American Airlines, Inc.'s Motion to Enforce Local Rules and Strike Plaintiffs' Motion for Leave (Dkt. #50). The Court has considered the Motion, Response, and Reply thereto and finds that the Motion should be DENIED.

IT IS SO ORDERED.

SIGNED this 19th day of August, 2025.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE