IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| **INTELLECTUAL VENTURES I LLC AND INTELLECTUAL VENTURES II, LLC,**<br><br>　　**Plaintiff,**<br><br>　vs.<br><br>**AMERICAN AIRLINES, INC.,**<br><br>　　**Defendant.** | Civil Action No.  4:24-cv-00980<br><br>JURY TRIAL |

### ORDER DENYING PLAINTIFFS' OPPOSED MOTION TO FILE UNDER SEAL PLAINTIFFS' MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

　　Before the Court is is Plaintiffs' Opposed Motion to File Under Seal Plaintiffs' Motion for Leave to File Amended Complaint (Dkt. #47). The Court, having considered this Motion, Response, Reply, and Sur-Reply thereto, finds the Motion should be and hereby is DENIED.

　　It is therefore ORDERED that Plaintiffs shall file their Motion for Leave to File Amended Complaint publicly no later than **5 days from the date of this Order**.

　　**IT IS SO ORDERED.**

　　**SIGNED this 19th day of August, 2025.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE