**Exhibit 12 to Complaint**
**Intellectual Ventures I LLC and Intellectual Ventures II LLC**

**Example American Count 5 Systems and Services**
**U.S. Patent No. 7,324,469 ("'469 Patent")**

The Accused Systems and Services include without limitation American systems and services that provide onboard WiFi in its airplanes; all past, current, and future systems and services that operate in the same or substantially similar manner as the specifically identified systems and services; and all past, current, and future American systems and services that have the same or substantially similar features as the specifically identified systems and services ("Example American Count 5 Systems and Services" or "American Systems and Services").

On information and belief, the American Systems and Services provide onboard WiFi in its airplanes.

## Wi-Fi and connectivity



## Inflight Wi-Fi

Upgraded, high-speed Wi-Fi is available to buy on select domestic flights. Browse the internet, check emails and stream video services like Netflix, Hulu and HBO faster than ever before.

Source: https://www.aa.com/i18n/travel-info/experience/entertainment/wi-fi-and-connectivity.jsp. [1]

---

[1] All sources cited in this document were publicly accessible as of the filing date of the Complaint.

## American Airlines Wi-Fi Subscription Plan

**Live Chat**
Air: Inflight Wi-Fi portal choose Contact Us

Ground: support.aainflight.com

**Phone:**
1-844-994-4646

**Email:**
subscription.wifi@aa.com »

The inflight Wi-Fi portal will display "Wi-Fi Onboard (provided by Intelsat)"

Your credit card statement charges will appear as "AA WIFI"

## Intelsat

**Live Chat**
Air: Inflight Wi-Fi portal choose Contact Us

Ground: https://care.inflightinternet.com

**Phone:**
1-877-350-0038

**Email:**
support@wifionboard.com »

The inflight Wi-Fi portal will display "Wi-Fi Onboard (provided by Intelsat)"

Your credit card statement charges will appear as "WIFIONBOARD"

Source: https://www.aa.com/i18n/travel-info/experience/entertainment/wi-fi-and-connectivity.jsp.

American has partnered with third parties, such as Intelsat, Viasat, GoGo, and Panasonic, to provide satellite-based WiFi to customers during American flights.



Source: https://www.intelsat.com/wp-content/uploads/2021/07/21GO-055-Rebrand-PassengerExperience-v4.2.pdf.
Source: https://www.satellitetoday.com/mobility/2023/12/01/intelsat-wins-american-airlines-ifc-deal-to-connect-500-regional-jets/.

American has partnered with other third parties, such as Intelsat, Viasat, GoGo, and Panasonic, to provide WiFi to customers during American flights. On information and belief, such WiFI services include satellite-based WiFi services that work in a manner similar to Intelsat's satellite-based WiFi solution, as described below.

## Viasat

**Live Chat**
Air: Inflight Wi-Fi portal choose Contact Us

Ground: https://inflight.viasat.com/AAL 🖻

**Phone:**
1-888-649-6711

The inflight Wi-Fi portal will display "Connected by Viasat"

Your credit card statement charges will appear as "VIASAT IN-FLIGHT WIFI 888-649-6711 CA"

## Panasonic

**Phone:**
1-866-924-3715

**Email:**
aawifihelp@panasonic.aero »

The inflight Wi-Fi portal will display "Service provided by Panasonic"

Your credit card statement charges will appear as "AA-WIFI BY PANASONIC"

Source: https://www.aa.com/i18n/travel-info/experience/entertainment/wi-fi-and-connectivity.jsp.

Source: https://www.panasonic.aero/our-offerings/in-flight-connectivity.

Source: https://www.viasat.com/content/dam/us-site/aviation/documents/565522_In-flight_Connectivity_011_aag.pdf.

# How to connect

American's domestic narrowbody aircraft are equipped with either <mark>Gogo 2Ku or ViaSat Ka</mark>, both satellite Wi-Fi products that operate via satellites in the sky instead of towers on the ground. Once onboard, customers can connect to American's Wi-Fi signal on their personal device. From there, customers can log in to the provider's portal and choose to purchase internet, watch free live TV or stream hundreds of other complimentary entertainment options.

Source: https://news.aa.com/news/news-details/2019/American-Airlines-Now-Offers-More-Aircraft-with-High-Speed-Wi-Fi-Than-Any-Other-Airline/default.aspx.



Source: https://cdn.gogoair.com/medialibrary/gogo/media/public/pdfs/brochures/gogo-brochure-2ku.pdf.

| U.S. Patent No 7,324,469 (Claim 24) | |
|---|---|
| **Claim(s)** | **Example American Count 5 Systems and Services** |
| [24.pre] An Internet Hotspot comprising: | To the extent this preamble is limiting, on information and belief, the American Count 5 Systems and Services include an Internet Hotspot.<br><br>On information and belief, American has partnered with Intelsat, Viasat, GoGo, and Panasonic to provide its passengers with in-flight Wi-Fi connectivity.[2] American's aircrafts are equipped with Intelsat, Viasat, GoGo, and Panasonic's In-Flight Connectivity system.<br><br><br><br>Source: https://www.aa.com/i18n/travel-info/experience/entertainment/wi-fi-and-connectivity.jsp. |

---

[2] Plaintiffs' identification of In-Flight Connectivity (IFC) providers is based on publicly available information. To the extent American uses other satellite-based providers for IFC, Plaintiffs reserve the right to investigate such implementations of IFC.

| U.S. Patent No7,324,469 (Claim 24) | |
|---|---|
| **Claim(s)** | **Example American Count 5 Systems and Services** |
| [24.a] a satellite dish communicating with the Internet via one or more data links with a satellite; | On information and belief, the American Count 5 Systems and Services include a satellite dish communicating with the Internet via one or more data links with a satellite.<br><br>On information and belief, American's aircrafts are equipped for example with Intelsat's Global Connectivity system (GCS). Intelsat's GCS includes a satellite antenna mounted about the plane that communicates with the Internet using a satellite with a ground station.<br><br>What is Wi-Fi Onboard (part of Intelsat)?<br><br>With high-speed satellite Wi-Fi service provided by Wi-Fi Onboard (part of Intelsat), you can connect wirelessly to the internet using your personal electronic device like a laptop, tablet or smartphone.<br><br>Source: Support Home Page (aainflight.com).<br><br>**Intelsat Global Connectivity Solution**<br><br>The global coverage and scalable capacity of the Intelsat Global Network enables streaming-quality Wi-Fi and Live TV to the entire cabin. Our access technology features a unique dual-phased-array antenna and proprietary modem for unsurpassed performance and industry-leading system availability. Intelsat can also help you efficiently manage the bandwidth you need to provide the service you want so you get the most out of your investment.<br><br>Intelsat's open architecture design leverages today's Ku-band satellites and offers future-ready performance with high-throughput satellites (HTS). This allows Intelsat Commercial Aviation to deliver on the coverage and capacity needs for commercial airlines with global flight routes today—and tomorrow.<br><br>The Intelsat Commercial Aviation Portfolio delivers best-in-class inflight experiences through powerful, integrated onboard systems, aero networks, and support.<br><br>Source: https://www.intelsat.com/wp-content/uploads/2021/07/21GO-055-Rebrand-PassengerExperience-v4.2.pdf. |

| U.S. Patent No7,324,469 (Claim 24) | |
|---|---|
| **Claim(s)** | **Example American Count 5 Systems and Services** |
| | <br><br>Source: https://www.intelsat.com/wp-content/uploads/2021/07/21GO-055-Rebrand-PassengerExperience-v4.2.pdf. |

| U.S. Patent No7,324,469 (Claim 24) | |
|---|---|
| **Claim(s)** | **Example American Count 5 Systems and Services** |
| |  Source: https://www.intelsat.com/wp-content/uploads/2023/06/SatelliteConnectivitySolutions2KuESA.pdf.  |

| U.S. Patent No7,324,469 (Claim 24) ||
| --- | --- |
| **Claim(s)** | **Example American Count 5 Systems and Services** |
| | Source: https://www.intelsat.com/wp-content/uploads/2023/06/SatelliteConnectivitySolutions2KuESA.pdf. |
| | Evidence to Intelsat is exemplary. On information and belief, satellite-based IFC solutions provided by Viasat, GoGo, and Panasonic practice this limitation for the same reasons that Intelsat does. |
| [24.b] at least one router operatively coupled to the satellite dish; | On information and belief, the American Count 5 Systems and Services include at least one router operatively coupled to the satellite dish. |
| | On information and belief, American's aircrafts are equipped with Intelsat's GCS that include a router that is connected to a satellite antenna mounted about the plane that communicates with the Internet using a satellite with a ground station. |

| U.S. Patent No 7,324,469 (Claim 24) | |
|---|---|
| **Claim(s)** | **Example American Count 5 Systems and Services** |
| | <br>Source: https://www.intelsat.com/wp-content/uploads/2021/07/21GO-055-Rebrand-PassengerExperience-v4.2.pdf. |

| U.S. Patent No 7,324,469 (Claim 24) | |
|---|---|
| **Claim(s)** | **Example American Count 5 Systems and Services** |
| | <br><br>Source: https://www.intelsat.com/wp-content/uploads/2023/06/SatelliteConnectivitySolutions2KuESA.pdf. |

| U.S. Patent No7,324,469 (Claim 24) | |
|---|---|
| **Claim(s)** | **Example American Count 5 Systems and Services** |
| | 

Source: https://www.intelsat.com/wp-content/uploads/2023/06/SatelliteConnectivitySolutions2KuESA.pdf.

On information and belief, Intelsat offers WiFi solutions, used on American airplanes, that support satellite-based WiFi, and are connected to satellite equipment. |

| U.S. Patent No 7,324,469 (Claim 24) | |
|---|---|
| **Claim(s)** | **Example American Count 5 Systems and Services** |
| |  Source: https://www.intelsat.com/wp-content/uploads/2023/06/SatelliteConnectivitySolutions2KuESA.pdf.  |

| U.S. Patent No7,324,469 (Claim 24) | |
|---|---|
| **Claim(s)** | **Example American Count 5 Systems and Services** |
| | Source: https://www.intelsat.com/wp-content/uploads/2023/06/SatelliteConnectivitySolutions2KuESA.pdf. |
| | Evidence to Intelsat is exemplary. On information and belief, satellite-based IFC solutions provided by Viasat, GoGo, and Panasonic practice this limitation for the same reasons that Intelsat does. |
| [24.c] a subscriber access unit operatively coupled between the satellite dish and the at least one router, the subscriber access unit being capable of authenticating a subscription account associated with a user prior to allowing the user access to the Internet; and | On information and belief, the American Count 5 Systems and Services include a subscriber access unit operatively coupled between the satellite dish and the at least one router, the subscriber access unit being capable of authenticating a subscription account associated with a user prior to allowing the user access to the Internet.<br><br>On information and belief, Intelsat's GCS includes a satellite antenna, multiple WAPs, and an onboard server that hosts information passenger-focused services.<br><br>**In-cabin Network**<br><br>The In-cabin Network consists of the essential airborne hardware that interfaces with aircraft access technology to power the passenger experience. The Onboard Server enables wireless content access via any device, including seatback screens over the dedicated In-cabin Network.<br><br>Source: https://www.intelsat.com/wp-content/uploads/2023/06/SatelliteConnectivitySolutions2KuESA.pdf. |

| U.S. Patent No 7,324,469 (Claim 24) | |
| --- | --- |
| **Claim(s)** | **Example American Count 5 Systems and Services** |
| | 

Source: https://www.intelsat.com/wp-content/uploads/2023/06/SatelliteConnectivitySolutions2KuESA.pdf. |

| U.S. Patent No 7,324,469 (Claim 24) | |
|---|---|
| **Claim(s)** | **Example American Count 5 Systems and Services** |
| | GSO Satellite Access Technology<br><br>**Signal Transmission**<br><br>**2Ku Antenna**<br>• Two large aperture phased-array antennas<br>• Advanced beam forming and steering<br><br>**A791 (Taurus) MODMAN**<br>Hosts the next-generation modem which modulates and demodulates L-band signals<br><br>**KANDU**<br>Provides power to the satellite antennas and uses aircraft navigational data to control its movement<br><br>**KRFU**<br>Upconverts L-Band signals from the modem to Ku-band and amplifies them for transmission to the satellite<br><br>Source: https://www.intelsat.com/wp-content/uploads/2023/06/SatelliteConnectivitySolutions2KuESA.pdf.<br><br>NGSO Satellite Access Technology<br><br>**Signal Transmission**<br><br>**ESA Antenna**<br>• Electronically-steered array<br>• Multi-orbit (GEO/LEO) antenna solution<br>• Coverage over every route<br><br>**A791 (Taurus) MODMAN**<br>Hosts the next-generation modem which modulates and demodulates L-band signals<br><br>**PSU**<br>Power supply unit. Supplies power to both the Rx and Tx antenna arrays<br><br>**ACMU**<br>Antenna-pointing and networking data unit |

| U.S. Patent No 7,324,469 (Claim 24) | |
|---|---|
| **Claim(s)** | **Example American Count 5 Systems and Services** |
| | Source: https://www.intelsat.com/wp-content/uploads/2023/06/SatelliteConnectivitySolutions2KuESA.pdf.<br><br><br><br>Source: https://www.intelsat.com/wp-content/uploads/2021/07/21GO-055-Rebrand-PassengerExperience-v4.2.pdf.<br><br>On information and belief, American passengers authenticate themselves on the american.com web portal to access in-flight Wi-Fi for example through the subscriber access unit. The authentication completes when the user enters their login credentials on the portal. Limited free Wi-Fi is available to |

| U.S. Patent No 7,324,469 (Claim 24) | |
| --- | --- |
| **Claim(s)** | **Example American Count 5 Systems and Services** |
| | passengers, and upgraded high-speed WiFi is available to certain American members or can be purchased. |

Wi-Fi and connectivity



Inflight Wi-Fi

Upgraded, high-speed Wi-Fi is available to buy on select domestic flights. Browse the internet, check emails and stream video services like Netflix, Hulu and HBO faster than ever before.

Source: https://www.aa.com/i18n/travel-info/experience/entertainment/wi-fi-and-connectivity.jsp.

Pricing

You can always access aa.com for free during your flight.

Source: https://www.aa.com/i18n/travel-info/experience/entertainment/wi-fi-and-connectivity.jsp.

| U.S. Patent No7,324,469 (Claim 24) | |
|---|---|
| **Claim(s)** | **Example American Count 5 Systems and Services** |
| | How do I connect to Wi-Fi Onboard (part of Intelsat) in flight? Use your Wi-Fi-enabled device to search and connect to the 'aainflight.com' Wi-Fi signal. If you're not redirected, open a browser and enter aainflight.com. Source: https://support.aainflight.com/. How do I connect to my American Airlines Wi-Fi Subscription Plan in flight? 1. Enable Wi-Fi on your device 2. Search and connect to the 'aainflight.com' Wi-Fi signal 3. Launch your web browser and go to aainflight.com and select 'Log in' 4. Enter your AAdvantage number or username and password Source: https://support.aainflight.com/. |

| U.S. Patent No7,324,469 (Claim 24) | |
|---|---|
| **Claim(s)** | **Example American Count 5 Systems and Services** |
| | ## In-cabin Network<br><br>The In-cabin Network consists of the essential airborne hardware that interfaces with aircraft access technology to power the passenger experience. The Onboard Server enables wireless content access via any device, including seatback screens over the dedicated In-cabin Network.<br><br><br><br>**A791 MODMAN**<br>The A791 MODMAN serves as both modem and onboard server in Service Bulletin (SB) and Linefit (LF) configurations.<br><br>**In-cabin axWAP**<br>Wireless Access Points provide the Wi-Fi signal to devices in the cabin and support the latest 802.11 standards, including 802.11ax.<br><br>Source: https://www.intelsat.com/wp-content/uploads/2023/06/SatelliteConnectivitySolutions2KuESA.pdf. Evidence to Intelsat is exemplary. On information and belief, satellite-based IFC solutions provided by Viasat, GoGo, and Panasonic practice this limitation for the same reasons that Intelsat does. |

| U.S. Patent No7,324,469 (Claim 24) | |
|---|---|
| **Claim(s)** | **Example American Count 5 Systems and Services** |
| [24.d] a web-ready device operatively coupled to the at least one router, the web-read device having a browser application operating thereon for accessing the Internet; | On information and belief, the American Count 5 Systems and Services include a web-ready device operatively coupled to the at least one router, the web-read device having a browser application operating thereon for accessing the Internet.<br><br>On information and belief, American enables access to onboard WiFi through seatback and/or user devices that include a browser application for Internet accessibility.<br><br>⌃ What devices can I use to access free entertainment?<br><br>You can access free entertainment on Apple iOS, Android, macOS and Windows. The browsers we support are Chrome, Safari and Edge.<br><br>Source: https://support.aainflight.com/. |

| U.S. Patent No7,324,469 (Claim 24) | |
|---|---|
| **Claim(s)** | **Example American Count 5 Systems and Services** |
| | <br><br>Source: https://support.aainflight.com/. |

| U.S. Patent No 7,324,469 (Claim 24) | |
|---|---|
| **Claim(s)** | **Example American Count 5 Systems and Services** |
| |  |
| | Source: https://entertainment.aa.com/en/how-to-watch. |

| U.S. Patent No7,324,469 (Claim 24) | |
|---|---|
| **Claim(s)** | **Example American Count 5 Systems and Services** |
| | <br><br>Source: https://www.intelsat.com/wp-content/uploads/2021/07/21GO-055-Rebrand-PassengerExperience-v4.2.pdf. |

| U.S. Patent No7,324,469 (Claim 24) | |
|---|---|
| **Claim(s)** | **Example American Count 5 Systems and Services** |
| | **Intelsat Global Connectivity Solution**<br><br>The global coverage and scalable capacity of the Intelsat Global Network enables streaming-quality Wi-Fi and Live TV to the entire cabin. Our access technology features a unique dual-phased-array antenna and proprietary modem for unsurpassed performance and industry-leading system availability. Intelsat can also help you efficiently manage the bandwidth you need to provide the service you want so you get the most out of your investment.<br><br>Intelsat's open architecture design leverages today's Ku-band satellites and offers future-ready performance with high-throughput satellites (HTS). This allows Intelsat Commercial Aviation to deliver on the coverage and capacity needs for commercial airlines with global flight routes today—and tomorrow.<br><br>The Intelsat Commercial Aviation Portfolio delivers best-in-class inflight experiences through powerful, integrated onboard systems, aero networks, and support.<br><br>Source: https://www.intelsat.com/wp-content/uploads/2021/07/21GO-055-Rebrand-PassengerExperience-v4.2.pdf.<br><br>Evidence to Intelsat is exemplary. On information and belief, satellite-based IFC solutions provided by Viasat, GoGo, and Panasonic practice this limitation for the same reasons that Intelsat does. |
| [24.e] wherein the satellite dish, at least one router and the subscriber access unit are located in a remote location a experiencing a relatively high volume of transient traffic; | On information and belief, the American Count 5 Systems and Services include a satellite dish, at least one router, and a subscriber access unit, where the satellite dish, at least one router and the subscriber access unit are located in a remote location a experiencing a relatively high volume of transient traffic. |

| U.S. Patent No 7,324,469 (Claim 24) | |
|---|---|
| **Claim(s)** | **Example American Count 5 Systems and Services** |
| | **Intelsat Global Connectivity Solution**<br><br>The global coverage and scalable capacity of the Intelsat Global Network enables streaming-quality Wi-Fi and Live TV to the entire cabin. Our access technology features a unique dual-phased-array antenna and proprietary modem for unsurpassed performance and industry-leading system availability. Intelsat can also help you efficiently manage the bandwidth you need to provide the service you want so you get the most out of your investment.<br><br>Intelsat's open architecture design leverages today's Ku-band satellites and offers future-ready performance with high-throughput satellites (HTS). This allows Intelsat Commercial Aviation to deliver on the coverage and capacity needs for commercial airlines with global flight routes today—and tomorrow.<br><br>The Intelsat Commercial Aviation Portfolio delivers best-in-class inflight experiences through powerful, integrated onboard systems, aero networks, and support.<br><br>Source: https://www.intelsat.com/wp-content/uploads/2021/07/21GO-055-Rebrand-PassengerExperience-v4.2.pdf. |

| U.S. Patent No7,324,469 (Claim 24) | |
|---|---|
| **Claim(s)** | **Example American Count 5 Systems and Services** |
| | <br>Source: https://www.intelsat.com/wp-content/uploads/2021/07/21GO-055-Rebrand-PassengerExperience-v4.2.pdf. |

| U.S. Patent No7,324,469 (Claim 24) | |
|---|---|
| **Claim(s)** | **Example American Count 5 Systems and Services** |
| | ## Reliable, High-speed Inflight Internet — Everywhere, All the Time<br><br>The Intelsat 2Ku Onboard System includes all the onboard hardware and software needed to deliver inflight internet access to passengers around the globe.<br><br>The heart of the system is the satellite access technology that includes two antennas—one for the forward link, which transmits data to the aircraft, and one for the return link, which receives data.<br><br>Built to deliver significantly more bandwidth to aircraft, our high-throughput modem minimizes service disruptions associated with beam switching, allowing faster satellite handoffs and a more consistent passenger experience.<br><br>Source: https://www.intelsat.com/wp-content/uploads/2023/06/SatelliteConnectivitySolutions2KuESA.pdf.<br><br>**Enable unique inflight experiences**<br><br>**Connectivity and Entertainment Services**<br>• Wi-Fi internet packages for messaging, browsing, and streaming<br>• Live TV: With the high bandwidth delivered by Intelsat 2Ku access technology, your passengers can watch live sports, news, or other live broadcasts on their own devices or the seatback<br>• Seatback integration with existing third-party IFE systems: Integrate connectivity with existing seatback IFE systems to enhance the passenger experience<br><br>Source: https://www.intelsat.com/wp-content/uploads/2023/06/SatelliteConnectivitySolutions2KuESA.pdf. |

| U.S. Patent No 7,324,469 (Claim 24) | |
|---|---|
| **Claim(s)** | **Example American Count 5 Systems and Services** |
| | Evidence to Intelsat is exemplary. On information and belief, satellite-based IFC solutions provided by Viasat, GoGo, and Panasonic practice this limitation for the same reasons that Intelsat does. |
| [24.f] wherein the user may authenticate the subscription account and access the Internet at the remote location by establishing a data connection between the web-ready device and the router. | On information and belief, the American Count 5 Systems and Services include WiFi where the user may authenticate the subscription account and access the Internet at the remote location by establishing a data connection between the web-ready device and the router.<br><br>On information and belief, American passengers authenticate themselves on the american.com web portal to access in-flight Wi-Fi. The authentication completes when the user enters their login credentials on the portal. Limited free Wi-Fi is available to passengers, and upgraded high-speed WiFi is available to certain American members or can be purchased.<br><br>Wi-Fi and connectivity<br><br><br><br>Inflight Wi-Fi<br><br>Upgraded, high-speed Wi-Fi is available to buy on select domestic flights. Browse the internet, check emails and stream video services like Netflix, Hulu and HBO faster than ever before.<br><br>Source: https://www.aa.com/i18n/travel-info/experience/entertainment/wi-fi-and-connectivity.jsp. |

| U.S. Patent No 7,324,469 (Claim 24) | |
|---|---|
| Claim(s) | Example American Count 5 Systems and Services |
| | Pricing<br><br>You can always access aa.com for free during your flight.<br><br>Source: https://www.aa.com/i18n/travel-info/experience/entertainment/wi-fi-and-connectivity.jsp.<br><br>How do I connect to Wi-Fi Onboard (part of Intelsat) in flight?<br><br>Use your Wi-Fi-enabled device to search and connect to the 'aainflight.com' Wi-Fi signal. If you're not redirected, open a browser and enter aainflight.com.<br><br>Source: https://support.aainflight.com/.<br><br>How do I connect to my American Airlines Wi-Fi Subscription Plan in flight?<br><br>1. Enable Wi-Fi on your device<br>2. Search and connect to the 'aainflight.com' Wi-Fi signal<br>3. Launch your web browser and go to aainflight.com and select 'Log in'<br>4. Enter your AAdvantage number or username and password<br><br>Source: https://support.aainflight.com/.<br><br>On information and belief, upon authentication the user may access the Internet through onboard WiFi, where a connection is established with onboard software and/or hardware including a router. |

| U.S. Patent No 7,324,469 (Claim 24) | |
|---|---|
| **Claim(s)** | **Example American Count 5 Systems and Services** |
| | ## Reliable, High-speed Inflight Internet — Everywhere, All the Time<br><br>The Intelsat 2Ku Onboard System includes all the onboard hardware and software needed to deliver inflight internet access to passengers around the globe.<br><br>The heart of the system is the satellite access technology that includes two antennas—one for the forward link, which transmits data to the aircraft, and one for the return link, which receives data.<br><br>Built to deliver significantly more bandwidth to aircraft, our high-throughput modem minimizes service disruptions associated with beam switching, allowing faster satellite handoffs and a more consistent passenger experience.<br><br>Source: https://www.intelsat.com/wp-content/uploads/2023/06/SatelliteConnectivitySolutions2KuESA.pdf. |

| U.S. Patent No7,324,469 (Claim 24) | |
|---|---|
| **Claim(s)** | **Example American Count 5 Systems and Services** |
| |  Source: https://www.intelsat.com/wp-content/uploads/2021/07/21GO-055-Rebrand-PassengerExperience-v4.2.pdf. |

| U.S. Patent No 7,324,469 (Claim 24) | |
|---|---|
| **Claim(s)** | **Example American Count 5 Systems and Services** |
| |  Source: https://www.intelsat.com/wp-content/uploads/2023/06/SatelliteConnectivitySolutions2KuESA.pdf. On information and belief, Intelsat offers WiFi solutions, used on American airplanes, that support satellite-based WiFi. |

| U.S. Patent No7,324,469 (Claim 24) | |
|---|---|
| **Claim(s)** | **Example American Count 5 Systems and Services** |
| |  |

Source: https://www.intelsat.com/wp-content/uploads/2023/06/SatelliteConnectivitySolutions2KuESA.pdf.

| U.S. Patent No7,324,469 (Claim 24) | |
|---|---|
| **Claim(s)** | **Example American Count 5 Systems and Services** |
| | Source: https://www.intelsat.com/wp-content/uploads/2023/06/SatelliteConnectivitySolutions2KuESA.pdf. |
| | Evidence to Intelsat is exemplary. On information and belief, satellite-based IFC solutions provided by Viasat, GoGo, and Panasonic practice this limitation for the same reasons that Intelsat does. |