# Exhibit H

**Amendment Under 37 C.F.R. § 1.116**
**Expedited Procedure – Art Unit 2194**

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re application of:
TUTTLE *et al.*
Appl. No.: 11/396,251
Filed: March 30, 2006
For: **Asynchronous Messaging Using a Node Specialization Architecture in the Dynamic Routing Network**

Confirmation No.: 1129
Art Unit: 2194
Examiner: DAO, TUAN C.
Atty. Docket: 2222.775000E

## Reply Under 37 C.F.R. § 1.116

***Mail Stop AF***

Commissioner for Patents
PO Box 1450
Alexandria, VA 22313-1450

Sir:

In reply to the Final Office Action dated **December 30, 2011,** ("Office Action"), Applicants submit the following Amendment and Remarks.

**Status of the Claims** is reflected in the listing of claims which begins on page **2** of this paper.

**Remarks and Arguments** begin on page **16** of this paper.

It is not believed that extensions of time or fees for net addition of claims are required beyond those that may otherwise be provided for in documents accompanying this paper. However, if additional extensions of time are necessary to prevent abandonment of this application, then such extensions of time are hereby petitioned under 37 C.F.R. § 1.136(a), and any fees required therefor (including fees for net addition of claims) are hereby authorized to be charged to our Deposit Account No. 19-0036.

## *Status of the Claims*

This listing of claims will replace all prior versions, and listings, of claims in the application.

1-25. (Cancelled)

26. (Previously Presented) A method comprising:

receiving, using a processing device, an update message from an input source, the update message identifying a live object and containing data for updating a property of the live object;

identifying a category of the update message based on the input source;

determining a node having a node type to which the update message is to be routed based on a mapping of categories of update messages to node types, the mapping controlling an amount of update message traffic through nodes of a routing network;

routing, using the processing device, the update message to the node having the determined node type;

causing the node, through the update message, to determine a client, different from the input source, that has registered for updates of the live object;

causing the node to route the update message from the node to the client; and

causing the client to process the update message and to update the property of the live object.

27. (Cancelled)

28. (Previously Presented) The method of claim 26, further comprising:

causing the node to extract an object ID from the update message, to establish a connection with the client, and to determine if the client has registered for updates of the live object based on the object ID.

29. (Previously Presented) The method of claim 28, further comprising:

causing the node to determine at least one client proxy with which the client communicates;

causing the node to route the update message to the client proxy; and

causing the client proxy to route the update message to the client to determine the connection.

30. (Previously Presented) The method of claim 29, further comprising causing the node to maintain client registration information concerning the client connection.

31. (Previously Presented) The method of claim 29, further comprising causing the node to maintain client registration information concerning the client connection at the client proxy.

32. (Cancelled)

33. (Previously Presented) A routing network comprising:

a gateway device configured to:

receive an update message from an input source, the update message identifying a live object and containing data for updating a property of the live object,

identify a category of the update message based on the input source;

determine a node having a node type to which the update message is to be routed based on a mapping of a categories of update messages to node types, the mapping controlling an amount of update message traffic through nodes of a routing network; and

route the update message; and

the node configured to:

receive the update message from the gateway device, wherein the node is configured to be mapped to the node type,

determine a client, different from the input source, that has registered for updates of the live object, and

route the update message from the node to the client, wherein the client is adapted to process the update message and to update the property of the live object.

34. (Previously Presented) The routing network of claim 33, wherein the node is configured to extract an object ID from the update message and to determine a connection to the client to route the data to the client.

35. (Previously Presented) The routing network of claim 34, wherein the node is configured to determine the connection by determining at least one client proxy with which the client communicates and to route the update message to the client proxy.

36. (Previously Presented) The routing network of claim 35, wherein client registration information concerning the client connection is configured to be maintained at the node.

37. (Previously Presented) The routing network of claim 35, wherein client registration information concerning the client connection is configured to be maintained at the client proxy.

38. (Previously Presented) The routing network of claim 33, wherein:

the gateway device is configured to route the update message to the node adapted to receive messages of more than one message category, and

the node is configured to determine a connection with at least one client proxy with which the client communicates and to route the data to the client proxy.

39. (Previously Presented) A method comprising:

providing, using a processing device of an input source, a data representation to a client device, different from the input source, coupled to a routing network, wherein the data representation includes at least one live object recognizable by the client device, and causing the client device to respond to the live object of the data representation by

determining an object ID of the live object and to register for updates of the live object with the routing network, such that registering the client device with the routing network provides client connection information to a node in the routing network; and

sending, using the processing device of the input source, an update message to the routing network, wherein the update message identifies the live object and contains update data that updates a property of the live object,

wherein a gateway device at the routing network is configured to identify a category of the update message based on the input source, to determine a node type to which the identified category maps, and to route the update message to the node, having the node type, at the routing network,

wherein the node is configured to identify the client device as a registered device and to route the update message to the client device, and

wherein the client device processes the update message upon receipt to update the property of the live object at the client device.

40. (Previously Presented) The method of claim 39, wherein providing the data representation to the client device includes providing the live object that causes the client device to register with a client proxy of the routing network.

41. (Previously Presented) The method of claim 39, wherein providing the data representation to the client device includes providing the live object that causes the client device to register with the node of the routing network.

42. (Previously Presented) The method of claim 39, wherein providing the data representation to the client device includes providing an activation module that is executed by the client device and that registers the live object with the routing network.

43. (Previously Presented) The method of claim 42, wherein providing the activation module includes providing the activation module that is configured to determine a node type that handles registration and that causes the client device to register with the node corresponding to the node type.

44. (Previously Presented) The method of claim 42, wherein providing the activation module includes providing the activation module that is configured to determine a message category of the data representation and that causes the client device to register with a node having a node type corresponding to the message category.

45. (Previously Presented) An apparatus comprising:

an input source device configured to provide a data representation to a client device, different from the input source, coupled to a routing network, wherein the data representation includes at least one live object that is recognizable by the client device, and that causes the client device to determine an object ID of the live object to register for updates of the live object with the routing network, such that registering the client device with the routing network provides client connection information to the routing network,

wherein the input source device is configured to route an update message to the routing network, wherein the update message identifies the live object and contains update data for updating a property of the live object,

wherein a gateway device at the network is configured to identify a category of the update message based on the input source, to determine a node type to which the identified category maps, and to route the update message to a node of the node type at the routing network,

wherein the node is configured to identify the client device as a registered device and route the update message containing the update data to the client device, and

wherein the client device is configured to process the update message upon receipt to update the property of the live object at the client device.

46. (Previously Presented) The apparatus of claim 45, wherein the live object of the data representation is configured to cause the client device to register with a client proxy of the routing network.

47. (Previously Presented) The apparatus of claim 45, wherein the live object of the data representation is configured to cause the client device to register with the node of the routing network.

48. (Previously Presented) The apparatus of claim 45, wherein the received data representation includes an activation module that is configured to be executed by the client device and adapted to register the live object with the routing network.

49. (Previously Presented) The apparatus of claim 48, wherein the activation module is configured to determine a node type for handling registration and to cause the client device to register with the node of the node type.

50. (Previously Presented) The apparatus of claim 48, wherein the activation module determines a message category of the data representation and causes the client device to register with the node having a node type corresponding to the message category.

51. (Previously Presented) An article of manufacture including a computer-readable storage medium having instructions stored thereon, execution of which by a computing device causes the computing device to perform operations comprising:

providing, using a processing device of an input source, a data representation to a client device, different from the input source, coupled to a routing network, wherein the data representation includes at least one live object that is recognizable by the client device, and that causes the client device to respond to the live object by determining an object ID of the live object to register for updates of the live object with the routing network, such that registering the client device with the routing network provides client connection information to the routing network; and

sending, using the processing device of the input source, an update message to the routing network, wherein the update message identifies the live object and contains update data for updating a property of the live object,

wherein a gateway device at the routing network is configured to identify a category of the update message based on the input source, to determine a node type to which the identified category maps, and to route the update message to a node of the node type at the routing network,

wherein the node is configured to identify the client device as a registered device and to route the update message to the client device, and

wherein the client device is configured to process the update message upon receipt to update the property of the live object at the client device.

52. (Previously Presented) The article of manufacture of claim 51, wherein the live object of the data representation causes the client device to register with a client proxy of the routing network.

53. (Previously Presented) The article of manufacture of claim 51, wherein the live object of the data representation causes the client device to register with the node of the routing network.

54. (Previously Presented) The article of manufacture of claim 51, wherein the received data representation includes an activation module executed by the client device and adapted to register the live object with the routing network.

55. (Previously Presented) The article of manufacture of claim 54, wherein the activation module determines a node type that handles registration and causes the client device to register with the node of the node type.

56. (Previously Presented) The article of manufacture of claim 54, wherein the activation module determines a message category of the data representation and causes the client device to register with the node having a node type corresponding to the message category.

57. (Previously Presented) A non-transitory computer readable storage medium having instructions stored thereon, the instructions comprising:

instructions for providing a data representation to a client device coupled to a routing network, wherein the data representation includes at least one live object recognizable by the client device, and wherein the client device is configured to respond to the live object of the data representation by determining an object ID of the live object to register for updates of the live object with the routing network, such that registering the client device with the routing network provides client connection information to the routing network; and

instructions for providing, using a processing device of an input source, different from the client device, an update message to the routing network, wherein the update message identifies the live object and contains update data for updating a property of the live object,

wherein a gateway device at the routing network is configured to identify a category of the update message based on the input source, to determine a node type to which the identified category maps, and to route the update message to a node of the node type at the routing network,

wherein the node is configured to identify the client device as a registered device and to route the update message containing the update data to the client device, and

wherein the client device is configured to process the update message upon receipt to update the property of the live object at the client device.

58. (Previously Presented) The non-transitory computer readable storage medium of claim 57, wherein the live object of the data representation causes the client device to register with a client proxy of the routing network.

59. (Previously Presented) The non-transitory computer readable storage medium of claim 57, wherein the live object of the data representation causes the client device to register with the node of the routing network.

60. (Previously Presented) The non-transitory computer readable storage medium of claim 57, wherein the data representation includes an activation module that is executed by the client device and that is adapted to register the live object with the routing network.

61. (Previously Presented) The non-transitory computer readable storage medium of claim 60, wherein the activation module determines a node type for handling registration and causes the client device to register with the node of the node type.

62. (Previously Presented) The non-transitory computer readable storage medium of claim 60, wherein the activation module determines a message category of the data representation and causes the client device to register with the node having the node type corresponding to the message category.

63. (Previously Presented) A method comprising:

providing a live object to a client device;

sending, using a processing device of an input source, different from the client device, an update message to a routing network identifying the live object and containing update data to update the live object at the client device,

wherein in response to determining that the client device is registered to receive update data for the live object, causing a category of the update message to be identified based on the input source, a node type associated with the category be determined, and the update message be routed from the gateway device to a node having the node type at the routing network, and causing the node to route the update message to the client device.

64. (Previously Presented) An apparatus comprising:

an input source arranged to provide a live object to a client device, different from the input source; and

the input source arranged to provide an update message to a routing network identifying the live object and containing update data for updating the live object,

wherein the routing network is configured to identify a category of the update message based on the input source, determine a node type associated with the category, and to route the update message from a gateway device at the routing network to a node having the node type at the routing network, and wherein the node is configured to route the update message to the client device if the client device is registered to receive the update data for the live object.

65. (Cancelled)

66. (Previously Presented) A non-transitory computer readable storage medium having instructions stored thereon, the instructions comprising:

instructions for providing a live object to a client device; and

instructions for providing an update message from an input source, different from the client device, to a routing network identifying the live object and containing update data for updating the live object at the client device,

wherein a category of the update message is identified based on the input source, a node type associated with the category is determined, and the update message is routed from a gateway device at the routing network to a node having the node type at the

routing network, wherein the update message is routed from the node to the client device in response to a determination that the client device is registered to receive the update data for the live object.

67. (Previously Presented) The routing network of claim 33, wherein the node type is configured to identify the node that receives the update message from the gateway device.

68. (Previously Presented) The method of claim 26, wherein the property of the live object has a direct effect on a visual representation of the live object in a data representation, has an effect on an internal aspect of the live object and has no effect on the visual representation of the live object in the data representation, or has a direct effect on one aspect of the visual representation of the live object in the data representation and has no effect on other aspect of the visual representation of the live object in the data representation.

## *Remarks*

Reconsideration of this Application is respectfully requested.

Claims 26, 28-31, 33-64, and 66-68 are pending in the application, with claims 26, 33, 39, 45, 51, 57, 63, 64, and 66 being the independent claims. No claim amendments are sought.

Based on the following remarks, Applicants respectfully request that the Examiner reconsider all outstanding rejections and that they be withdrawn.

### *Rejections under 35 U.S.C. § 103*

**Claims 26, 28, 33, 34, 39, 42-45, 48-51, 54-57, 60-62, 67, and 68**

Claims 26, 28, 33, 34, 39, 42-45, 48-51, 54-57, 60-62, 67, and 68 were rejected under 35 U.S.C. § 103(a) as allegedly being unpatentable over U.S. Patent No 6,091,724 to Chandra et al. ("Chandra") in view of U.S. Patent No. 6,510,323 to Stocker et al. ("Stocker") and further in view of U.S. Patent No. 6,324,578 to Trenbeath et al. ("Trenbeath"). Applicants respectfully traverse this rejection.

Independent claims 26, 33, 39, 45, 51, and 57 recite features that distinguish over the applied references. For example, claim 26 recites, *inter alia*, (emphasis added):

> ***identifying a category of the update message based on the input source.***

Independent claim 33 recites similar distinguishing features, using its respective language. Further, independent claim 39recites, *inter alia*, (emphasis added):

> wherein a gateway device at the routing network is configured to ***identify a category of the update message based on the input source***, to determine a node type to which the identified category maps, and to route the update

> message to the node, having the node type, at the routing network.

Independent claims 45, 51, and 57 recite similar distinguishing features, using their respective language.

These features are neither disclosed nor suggested by the applied references.

The Examiner, for example, on page 3 of the Office Action relies on columns 1:25-35 and 5:45-65 of Chandra (in view of paragraphs 103 and 105 of the specification of instant application) to allegedly show the above-noted distinguishing features of independent claims 26, 33, 39, 45, 51, and 57. Applicants respectfully disagree.

Chandra discloses a method for "routing messages within a network using the data content of the message." (Chandra, Title.) When discussing the background art, Chandra discloses that (emphasis added):

> One example of a system that includes such a network environment is a publish/subscribe system. In publish/subscribe systems, publishers post messages and ***subscribers independently specify categories of events in which they are interested.*** The system takes the posted messages and includes in each message header the destination information of those subscribers indicating interest in the particular message. The system then uses the destination information in the message to forward the message through the network to the appropriate subscribers.
>
> (Chandra, 1:26-35.)

This section of Chandra, relied on by the Examiner, merely discloses that subscribers can specify categories of event in which they are interested. This is not the same as "identify a category of the update message based on the input source," as recited in claims 26, 33, 39, 45, 51, and 57, using their respective language.

Chandra further discusses the content based subscription, where "one or more of the clients can specify a subscription. Each subscription provides a set of conditions indicating the types of messages those clients are interested in receiving." (Chandra, 5:45-48.) Chandra discloses that (emphasis added):

> Consider an example in which messages are related to the stock market. In such an example, a subscription may have the following three fields (or attributes): stock issue, stock price and stock value. The client specifies values for these fields, e.g., IBM, 100, 200, and then, these fields are used to determine if the client is interested in a particular message. ***If the data content of the message matches the specified values of the subscription, then the message is delivered to the one or more subscribers (or clients) of that subscription.*** It will be apparent to those skilled in the art that the use of three fields in the subscription is only one example. Subscriptions may include any number of desired fields and tests may include relationships other than equality. Further, the stock market scenario is only one example. Messages and subscriptions can be used for any type of data or events.
>
> (Chandra, 5:53-67.)

This section of Chandra, relied on by the Examiner, discloses that if the ***data content of the message*** matches the specified values of the subscription, then the message is delivered to the one or more subscribers (or clients) of that subscription. This is not the same as "identify a category of the update message based on the input source," as recited in claims 26, 33, 39, 45, 51, and 57, using their respective language.

The Examiner, for example, on page 3 of the Office Action, relies on the above sections of Chandra to allegedly show "identifying each category based on the category/topic of the message content." By this statement, the Examiner appears to agree that Chandra teaches identifying categories **based on category/topic of the message content**. In contrast, claims 26, 33, 39, 45, 51, and 57 recite, *inter* alia,

"identify a category of the update message based on the input source," using their respective language.

The Office Action, for example, on pages 4 and 5, states, which Applicants do not acquiesce to, that Stocker teaches "GIMR 300 determining a message control node 210 to send a general information message 220 to MSS 110," "if the cell serving mobile station in part of the served area 195, the step 430 is entered," "determining if the served area ... associated with the MS 100," "routing the update message to the node having determined node type," and "sending general message invocation ... to determined message control nod." However, the Office Action does not use Stocker to disclose, nor does it teach or suggest, at least the above-noted distinguishing features of claims 26, 33, 39, 45, 51, and 57. Therefore, Stocker does not cure the deficiencies of Chandra.

Further, the Office Action, for example, on page 5, states, which Applicants do not acquiesce to, that Trenbeath teaches "subscribed clients C, D, E receives [sic] update data, attached data object in update messages from a publishing client A." However, the Office Action does not use Trenbeath to disclose, nor does it teach or suggest, at least the above-noted distinguishing features of claims 26, 33, 39, 45, 51, and 57. Therefore, Trenbeath does not cure the deficiencies of Chandra and Stocker. Thus, the combination of Chandra, Stocker, and Trenbeath does not render the claims obvious.

Applicants therefore respectfully request the reconsideration and withdrawal of the rejection of claims 26, 33, 39, 45, 51, and 57 under 35 U.S.C. § 103(a). Accordingly, at least based on their respective dependencies to claims 26, 33, 39, 45, 51, and 57,

claims 28, 34, 42-44, 48-50, 54-56, 60-62, 67, and 68 should be found allowable over the applied references, as well as for their additional distinguishing features.

**Claims 29-31 and 35-38**

Claims 29-31 and 35-38 were rejected under 35 U.S.C. § 103(a) as allegedly being unpatentable over Chandra in view of Stocker, further in view of Trenbeath, and in further view of U.S. Patent No. 7,209,959 to Campbell et al. ("Campbell"). Applicants respectfully traverse this rejection.

Dependent claims 29-31 and 35-38 are allowable at least because they recite all of the features of independent claims 26 and 33, from which they depend. As discussed above, Chandra, Stocker, and Trenbeath, taken alone or in combination, fail to disclose all of the features of claims 26 and 33.

Further, the Office Action, on pages 30-34, states, which Applicants do not acquiesce to, that Campbell teaches "causing the node to determine at least one client proxy with which the client communicates; causing the node to route to the client proxy; and causing the client proxy to rout the data to the client to determine the connection," "client information is extracted and replaced with predetermined substitute information at server proxy which is considered as a client proxy," and "wherein the node is configured to determine a connection by determining at least one client proxy with which the registered client communicates and to route the data to the client proxy." However, the Office Action does not use Campbell to disclose, nor does it teach or suggest, at least the above-noted distinguishing features of claims 26 and 33. Therefore, Campbell does not cure the deficiencies of Chandra, Stocker, and Trenbeath.

Accordingly, at least based on their respective dependencies to claims 26 and 33, claims 29-31 and 35-38 should be found allowable over the applied references, as well as for their additional distinguishing features.

**Claims 40, 41, 46, 47, 52, 53, 58, and 59**

Claims 40, 41, 46, 47, 52, 53, 58, and 59 were rejected under 35 U.S.C. § 103(a) as allegedly being unpatentable over Chandra in view of Stocker, further in view of Trenbeath, and in further view of U.S. Patent No. 6,314,459 to Freeman ("Freeman"). Applicants respectfully traverse this rejection.

Dependent claims 40, 41, 46, 47, 52, 53, 58, and 59 are allowable at least because they recite all of the features of independent claims 39, 45, 51, and 57, from which they depend. As discussed above, Chandra, Stocker, and Trenbeath, taken alone or in combination, fail to disclose all of the features of claims 39, 45, 51, and 57.

Further, the Office Action, on pages 35-38, states, which Applicants do not acquiesce to, that Freeman teaches "wherein providing the data representation to the client device includes providing the live object that causes the client device to register with a client proxy of the routing network," "wherein providing the data representation to the client device includes providing the live object that causes the client device to register with the node of the routing network," "wherein the live object of the data representation is configured to cause the client device to register with a client proxy of the routing network," and "wherein the live object of the data representation is configured to cause the client device to register with the node of the routing network," However, the Office Action does not use Freeman to disclose, nor does it teach or

suggest, at least the above-noted distinguishing features of claims 39, 45, 51, and 57. Therefore, Freeman does not cure the deficiencies of Chandra, Stocker, and Trenbeath.

Accordingly, at least based on their respective dependencies to claims 39, 45, 51, and 57, claims 40, 41, 46, 47, 52, 53, 58, and 59 should be found allowable over the applied references, as well as for their additional distinguishing features.

**Claims 63, 64, and 66**

Claims 63, 64, and 66 were rejected under 35 U.S.C. § 103(a) as allegedly being unpatentable over Chandra in view of Stocker. Applicants respectfully traverse this rejection.

Independent claims 63, 64, and 66 recite features that distinguish over the applied references. For example, independent claim 63recites, *inter alia*, (emphasis added):

> wherein in response to determining that the client device is registered to receive update data for the live object, ***causing a category of the update message to be identified based on the input source***, a node type associated with the category be determined, and the update message be routed from the gateway device to a node having the node type at the routing network, and causing the node to route the update message to the client device.

Further, independent claim 64 recites, *inter alia*, (emphasis added):

> wherein the routing network is configured to ***identify a category of the update message based on the input source***, determine a node type associated with the category, and to route the update message from a gateway device at the routing network to a node having the node type at the routing network, and wherein the node is configured to route the update message to the client device if the client device is registered to receive the update data for the live object.

Also, independent claim 66 recites, *inter alia*, (emphasis added):

> wherein ***a category of the update message is identified based on the input source***, a node type associated with the category is determined, and the update message is routed from a gateway device at the routing network to a node having the node type at the routing network, wherein the update message is routed from the node to the client device in response to a determination that the client device is registered to receive the update data for the live object.

As discussed above with respect to independent claims 26, 33, 39, 45, 51, and 57, Chandra and Stocker, taken alone or in combination, fail to disclose the above-noted distinguishing features of claims 63, 64, and 66. Applicants therefore respectfully request the reconsideration and withdrawal of the rejection of claims 63, 64, and 66 under 35 U.S.C. § 103(a).

## *Conclusion*

All of the stated grounds of rejection have been properly traversed, accommodated, or rendered moot. Applicants therefore respectfully request that the Examiner reconsider all presently outstanding rejections and that they be withdrawn. Applicants believe that a full and complete reply has been made to the outstanding Office Action and, as such, the present application is in condition for allowance. If the Examiner believes, for any reason, that personal communication will expedite prosecution of this application, the Examiner is invited to telephone the undersigned at the number provided.

Prompt and favorable consideration of this Amendment and Reply is respectfully requested.

Respectfully submitted,

STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.

Glenn J. Perry
Attorney for Applicants
Registration No. 28,458

Date: 9 Feb. 2012

1100 New York Avenue, N.W.
Washington, D.C. 20005-3934
(202) 371-2600

1465715_1.DOCX