# **Exhibit I**

Search a word or phrase

Skip to

View synonyms for **relatively** ↗

| American | British |

# relatively 🔊

[**rel**-*uh*-tiv-lee]    ◉ Phonetic (Standard)   ○ IPA

## adverb

in a relative manner.
> *a relatively small difference.*

*Archaic.*
with reference (usually followed by *to* ).
in proportion (usually followed by *to* ).

Advertisement