# **<u>Exhibit J</u>**

Search a word or phrase

Skip to

View synonyms for **transient** ↗

American | British

# transient 

[**tran**-sh*uh*nt, -zh*uh*nt, -zee-*uh*nt]
◉ Phonetic (Standard)  ○ IPA

## adjective

not lasting, enduring, or permanent; transitory.

lasting only a short time; existing briefly; temporary.
> *transient authority.*

**Synonyms:** evanescent, fugitive, flying, fleeting
**Antonyms:** permanent

staying only a short time.
> *the transient guests at a hotel.*

*Philosophy.*, transeunt.

Advertisement