# EXHIBIT A

# Casey L. Shomaker

| | |
|---|---|
| **From:** | Casey L. Shomaker |
| **Sent:** | Tuesday, August 19, 2025 3:37 PM |
| **To:** | Intellectual Ventures; Allen Gardner |
| **Cc:** | AA_Intellectual_Ventures |
| **Subject:** | IV v. AA - Joint Mtn to Amend |
| **Attachments:** | IV v. AA - Proposed Schedule [8.19.25].docx |

Counsel,

In view of the Court's order on IV's Motion to Amend and the upcoming claim construction deadlines, American proposes the parties jointly move to amend the scheduling order. The attached schedule generally tracks the present, but has been adjusted to the expected filing date of IV's Amended Complaint.

Please provide any proposed edits by EOD tomorrow so we can finalize by the end of the week.

Thank you,

**McKool Smith** | Casey L. Shomaker
Associate | Dallas | (214) 978-4218

1

| | |
|---|---|
| Tuesday, August 19, 2025 | Filing of Amended Complaint |
| Thursday, October 23, 2025 | Deadline to Respond to Amended Complaint |
| Friday, February 6, 2026 | Serve Initial Disclosures |
| Friday, March 13, 2026 | P.R. 3-1 Disclosure of Asserted Claims and Infringement Contentions (and P.R. 3-2 document production) to be served. |
| Monday, March 30, 2026 | Join Additional Parties. |
| Friday, April 10, 2026 | P.R. 3-3 Invalidity Contentions (and P.R. 3-4 document production) to be served. To extent not already required to be disclosed, exchange Mandatory Disclosures on all issues, including damages. |
| Monday, April 20, 2026 | Parties to exchange proposed terms for construction and identify any claim element governed by 35 U.S.C. § 112, ¶ 6 (P.R. 4-1). |
| Monday, May 4, 2026 | Parties to exchange preliminary proposed claim construction and extrinsic evidence supporting same (P.R. 4-2). |
| Friday, February 6, 2026 | Parties' Final Amended Pleadings **(A motion for leave is required.)** |
| Monday, May 25, 2026 | Joint Claim Construction and Prehearing Statement to be filed (P.R. 4-3). Provide an estimate of how many pages are needed to brief the disputed claims. |
| Tuesday, May 19, 2026 | Respond to Amended Pleadings |
| Monday, June 1, 2026 | Completion date for discovery on claim construction (P.R. 4-4) |
| Tuesday, June 16, 2026 | Opening claim construction brief (P.R. 4-5(a)). |
| Tuesday, June 30, 2026 | Responsive claim construction brief (P.R. 4-5(b)). |
| Tuesday, July 7, 2026 | Reply claim construction brief (P.R. 4-5(c)). |
| Tuesday, July 7, 2026 | Submit technology synopsis/tutorial (both hard copy and disk). |
| Monday, July 27, 2026 | **Parties to file joint claim construction and chart (P.R. 4-5(d)).** Parties shall work together to agree on as many claim terms as possible. |
| Tuesday, August 4, 2026 | Proposed Claim Construction hearing **August 4, 2026,** at **9:00 a.m.** at the Paul Brown United States Courthouse, 101 E. Pecan Street, Sherman, Texas 75090. |
| Friday, August 28, 2026 | Privilege Logs to be exchanged by parties (or a letter to the Court stating that there are no disputes as to claims of privileged documents). |
| Tuesday, September 8, 2026 | Deadline for Initial Mandatory Disclosure of all persons, documents, data compilations and tangible things, which are relevant to a claim or defense of any party and which has not previously been disclosed. This deadline is not an extension of earlier deadlines set out in this court's order or the Patent Rules, nor an excuse to delay disclosure of information. It is a "catchall" deadline for provision of all remaining information which may be relevant to a claim or defense of any party at trial. |

| | |
|---|---|
| Friday, January 15, 2027 | Deadline to Complete Fact Discovery and File Motions to Compel Discovery. |
| Monday, February 15, 2027 | Parties with burden of proof to designate Expert Witnesses other than claims construction experts and provide their expert witness reports, to include for ALL experts all information set out in Rule 26(a)(2)(B). |
| Monday, March 8, 2027 | Comply with P.R. 3-7. (Designation of Willfulness Opinions). |
| Monday, March 15, 2027 | Parties to Designate Expert Witnesses on issues for which the parties do not bear the burden of proof, and provide their expert witness report, to include for ALL experts all information set out in Rule 26(2)(B).<br><br>**Note: Objections to any expert, including *Daubert* motions, shall be filed within 3 weeks after the expert's Report has been disclosed. Such objections and motions are limited to ten pages each.** |
| Friday, April 16, 2027 | Expert Discovery Deadline. All expert discovery must be served in time to be completed by this date. |
| Monday, May 17, 2027 | Deadline to File Dispositive Motions and any other motions that may require a hearing.  Regardless of how many dispositive motions a party files, each party is limited to a total of sixty pages for such  motions.  Each individual motion shall comply with Local Rule CV-7.<br>**Responses to motions shall be due in accordance with Local Rule CV-7(e).** |
| Monday, June 7, 2027 | Deadline to File Replies in support of Dispositive Motions. |
| Monday, June 21, 2027 | Deadline to File Sur-Replies in support of Dispositive Motions. |
| Monday, June 28, 2027 | Notice of intent to offer certified records. |
| Monday, June 28, 2027 | Counsel and unrepresented parties are each responsible for contacting opposing counsel and unrepresented parties to determine how they will prepare the Joint Final Pretrial Order (*See* www.txed.uscourts.gov) and Proposed Jury Instructions and Verdict Form (or Proposed Findings of Fact an Conclusions of Law in nonjury cases). |
| Tuesday, July 6, 2027 | Deposition Designation due. Each party who proposes to offer a deposition shall serve on all other parties a disclosure identifying the line and page numbers to be offered. All other parties will have seven calendar days to serve a response with any objections and request cross- examination line and page numbers to be included. Counsel must consult on any objections, and only those which cannot be resolved shall be presented to the Court.<br><br>The party who filed an initial Video Deposition Designation is responsible for preparation of the final edited video in |

| | |
|---|---|
| | accordance with all parties' designations, the applicable Federal Rules of Civil Procedure, and the Court's rulings on objections.<br><br>Serve witness list.<br><br>Serve exhibit list.<br><br>Exchange proposed jury instructions and verdict forms. |
| Tuesday, July 20, 2027 | Serve objections to deposition designations; serve rebuttal deposition designations.<br><br>Serve objections and rebuttals to witness lists and exhibits lists. |
| Tuesday, July 27, 2027 | Motions *in limine* due.<br><br>File Joint Final Pretrial Order. Exchange Exhibits and deliver copies to the court. At this date, all that is required to be submitted to the court is a hyperlinked exhibit list on disk (2 copies) and no hard copies. |
| Tuesday, August 10, 2027 | Response to motions *in limine* due.<br><br>File objections to witnesses, deposition extracts, and exhibits, listed in pre-trial order. (This does not extend the deadline to object to expert witnesses). If numerous objections are filed the court may set a hearing prior to the final pretrial conference.<br><br>File Proposed Jury Instructions/Form of Verdict (or Proposed Findings of Fact and Conclusions of Law).<br><br>If Parties will be requesting daily copy of the transcript during trial, they must notify the Court's court reporter, Chris Bickham, Chris_Bickham@txed.uscourts.gov, by this date. |
| Tuesday, August 11, 2027 | Final Pretrial Conference at 1:00 p.m. at the Paul Brown United States Courthouse, 101 E. Pecan Street, Sherman, Texas 75090. |
| TBD | 10:00 a.m. Jury Selection and Trial at the Paul Brown United States Courthouse located at 101 East Pecan Street in Sherman, Texas. |