# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC, | § § § § | |
| *Plaintiffs,* | § § | Civil Action No. 4:24-cv-980 |
| v. | § § | Judge Mazzant |
| AMERICAN AIRLINES, INC., | § § § | |
| *Defendant.* | § | |

## ORDER

Pending before the Court is Motion for Entry of Docket Control Order per Court's Oral Order by American Airlines, Inc. (Dkt. #79). Having considered the Motion and the relevant pleadings, the Court finds that the Motion should be **GRANTED in part** and **DENIED in part**. The Court hereby amends the Scheduling Order as follows:

| DATE | EVENT |
|---|---|
| November 20, 2025 | P.R. 3-1 Disclosure of Asserted Claims and Supplemental Infringement Contentions (and P.R. 3-2 document production) to be served. |
| December 15, 2025 | Deadline to add parties. |
| December 15, 2025 | P.R. 3-3 Supplemental Invalidity Contentions (and P.R. 3-4 document production) to be served.  To extent not already required to be disclosed, exchange Mandatory Disclosures on all issues, including damages. |
| December 16, 2025 | Submit technology synopsis (both hard copy and disk). |
| December 22, 2025 | Parties to exchange proposed supplemental terms for construction and identify any claim element governed by 35 U.S.C. § 112, ¶ 6 (P.R. 4-1). |
| December 29, 2025 | Privilege Logs to be exchanged by parties (or a letter to the Court stating that there are no disputes as to claims of privileged documents). |
| January 2, 2026 | Parties to file joint claim construction and chart (P.R. 4-5(d)).  Parties shall work together to agree on as many claim terms as possible. |

| | |
|---|---|
| January 13, 2026 | Parties to exchange supplemental preliminary proposed claim construction and extrinsic evidence supporting same (P.R. 4-2). |
| **January 22, 2026** | **Claim construction hearing at 9:00 am** at the Paul Brown United States Courthouse, 101 E. Pecan Street, Sherman, Texas. |
| February 9, 2026 | Parties' final amended pleadings.<br>(A motion for leave to amend is required.) |
| 30 days after entry of the claim construction order | Mediation deadline. |
| February 12, 2026 | Supplemental Joint Claim Construction and Prehearing Statement to be filed (P.R. 4-3).  Provide an estimate of how many pages are needed to brief the disputed claims. |
| February 18, 2026 | Deadline for Initial Mandatory Disclosure of all persons, documents, data compilations, and tangible things, which are relevant to a claim or defense of any party and which has not previously been disclosed.  This deadline is not an extension of earlier deadlines set out in this court's order or that Patent Rules, nor an excuse to delay disclosure of information.  It is a catchall deadline for provision of all remaining information that may be relevant to a claim or defense of any party at trial. |
| March 2, 2026 | Response to amended pleadings. |
| March 13, 2026 | Completion date for discovery on claim construction (P.R. 4-4). |
| March 18, 2026 | Parties with burden of proof to designate Expert Witnesses other than claims construction experts and provide their expert witness reports, to include for ALL experts all information set out in Rule 26(2)(B). |
| March 30, 2026 | Opening supplemental claim construction brief (P.R.4-5(a)). |
| April 1, 2026 | Parties designate expert witnesses on issues for which the parties do not bear the burden of proof, and provide their expert witness report, to include for ALL experts all information set out in Rule 26(2)(B).<br><br>Objections to any expert, including *Daubert* motions, shall be filed within 3 weeks of the Expert Report disclosure.  Such objections and motions are limited to ten pages. |
| April 13, 2026 | Responsive claim construction brief (P.R. 4-5(b)). |
| April 15, 2026 | Comply with P.R. 3-7 on designation of willfulness opinions. |
| April 15, 2026 | Discovery deadline.  All discovery must be served in time to be completed by this date. |

| | |
|---|---|
| April 15, 2026 | Deadline to file dispositive motions and any other motions that may require a hearing.  Regardless of how many dispositive motions a party files, each party is limited to a total of sixty pages for such motions.  Each individual motion shall comply with Local Rules CV-7.<br><br>Responses to motions shall be due in accordance with Local Rule CV-7(e). |
| April 20, 2026 | Reply claim construction brief (P.R. 4-5(c)). |
| December 15, 2026 | Notice of intent to offer certified records. |
| December 15, 2026 | Counsel and unrepresented parties are each responsible for contacting opposing counsel and unrepresented parties to determine how they will prepare the Joint Final Pretrial Order (*See* www.txed.uscourts.gov) and Proposed Jury Instructions and Verdict Form (or Proposed Findings of Fact and Conclusions of Law in nonjury cases)). |
| December 18, 2026 | Motions in limine due.<br><br>File Joint Final Pretrial Order (*See* www.txed.uscourts.gov). Exchange Exhibits and deliver copies to the court.  At this date, all that is required to be submitted to the court is a hyperlinked exhibit list on disk (2 copies) and no hard copies.<br><br>If Parties will be requesting daily copy of the transcript during trial, they must notify the Court's court reporter, Chris Bickham, Chris_Bickham@txed.uscourts.gov by this date. |
| December 22, 2026 | Deposition Designations due.  Each party who proposes to offer a deposition shall serve on all other parties a disclosure identifying the line and page numbers to be offered.  All other parties will have seven calendar days to serve a response with any objections and requesting cross examination line and page numbers to be included.  Counsel must consult on any objections and only those that cannot be resolved shall be presented to the court.<br><br>The party who served the initial Video Deposition Designation is responsible for preparation of the final edited video in accordance with all parties' designations and the court's rulings on objections. |

| | |
|---|---|
| January 5, 2027 | Responses to motions in limine due.<br><br>File objections to witnesses, depositions extracts, and exhibits, listed in pre-trial order.  This does not extend the deadline to object to expert witnesses.  If numerous objections are filed, the court may set a hearing prior to docket call.<br><br>File Proposed Jury Instructions and Form of Verdict (or Proposed Findings of Fact and Conclusions of Law). |
| **January 19, 2027** | **Final Pretrial Conference at 9:00 a.m.** at the Paul Brown United States Courthouse located at 101 East Pecan Street in Sherman, Texas. |
| **TBD** | **Jury selection and trial** at 10:00 a.m. at the Paul Brown United States Courthouse located at 101 East Pecan Street in Sherman, Texas. |

**IT IS SO ORDERED.**

**SIGNED** this 8th day of September, 2025.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE