# EXHIBIT 6

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC, | ) )  ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| AMERICAN AIRLINES, INC., | ) ) |
| Defendant. | ) ) |

Case No. 4:24-cv-980

**DECLARATION OF MICHAEL T. GOODRICH
IN SUPPORT OF CLAIM CONSTRUCTION**

I, Michael T. Goodrich, hereby declare as follows:

1.    I have been retained as an expert witness by American Airlines, Inc. ("American Airlines") to provide information to the Court concerning patent claims from the perspective of the "person of ordinary skill in the art" ("POSITA"). The opinions set forth below are true to the best of my knowledge, and if called to testify, I can testify competently to them.

2.    I have reviewed United States Patent No. 8,332,844 ("the '844 Patent"), United States Patent No. 8,407,722 ("the '722 Patent"), United States Patent No. 7,949,785 ("the '785 Patent"), United States Patent No. 7,324,469 ("the '469 Patent"), and United States Patent No. 7,257,582 ("the '582 Patent") (collectively, the "Patents-in-Suit"), as well as their file histories, the November 2, 2024 Complaint, and other documents cited in this declaration.

3.    A list of other recent cases in which I have signed a Protective Order or have testified as an expert either at a trial, hearing, or deposition, or have submitted statements/opinions, is attached in Appendix A of this declaration.

4.    My time is being billed at a rate of $800 per hour plus any direct expenses incurred. My compensation is based solely on the amount of time that I devote to activity related to this case and is in no way affected by any opinions that I render. I receive no other compensation from work on this action. My compensation is not dependent on the outcome of this matter.

## I.  QUALIFICATIONS

5.    I summarize some of the relevant information regarding my CV (Appendix A) as follows. I received a Bachelor of Arts degree in Mathematics and Computer Science from Calvin University, in Grand Rapids, Michigan, in 1983, a Master of Science (M.S.) degree in Computer Science from Purdue University, in West Lafayette, Indiana, in 1985, and a Ph.D. in Computer Science from Purdue University in 1987.

6.    I am a Distinguished Professor in the Department of Computer Science at the University of California, Irvine, where I have been a faculty member since 2001. The Distinguished Professor title is a campus-level distinction and is reserved for faculty who have achieved the highest levels of scholarship over the course of their careers. Prior to this, I was a professor in the Department of Computer Science at Johns Hopkins University from 1987-2001.

7.    I have authored or coauthored over 350 publications, including several widely adopted books, such as *Data Structures and Algorithms in Java*, *Data Structures and Algorithms in C++*, *Data Structures and Algorithms in Python*, *Introduction to Computer Security*, and *Algorithm Design and Applications*. Altogether, my publications have, according to Google Scholar, been cited over 18,500 times. My publications include contributions to data structures and algorithms, information visualization, networking, graph algorithms, computational geometry, distributed and parallel algorithms, cloud security, information security and privacy, and algorithm engineering. For example, using the indexing of publications listed in my CV, I have publications on networking and parallel and distributed computing, including publications Ch-1, Ch-3, Ch-6, Ch-10, J-1, J-5, J-7, J-10, J-16, J-19, J-24, J-30, J-38, J-56, J-61, J-69, J-96, C-1, C-2, C-7, C-25, C-26, C-39, C-106, C-112, C-127, C-137, C-228, C-230. Also, several of my textbooks include entire chapters on software engineering, and several of my publications, including Ch-8, Ch-12, J-45, C-53, C-62, C-63, C-64, are on algorithm engineering. In addition, I have many publications on topics specifically relevant to the subjects of the Patents-in-Suit, as I explain below.

8.    The '722 Patent is directed to routing/transferring information "through digital networks and in particular to transferring information for remotely updating content at client devices through the digital networks." '722 Patent at 1:24-27. Publications of mine that are relevant to this subject include my coauthored publications J-84 and C-165, in which my

coauthors and I provide a category-based method for routing messages along short paths in networks given only simple categorical information about recipients. In this paper, we introduced a network property called "membership dimension," which characterizes the memory space required to maintain relationships between participants and categories in a network. We show that any connected network can have a system of categories that will support greedy routing, but these categories can be made to have small membership dimension if and only if the underlying network exhibits a small-world phenomenon. In my publications J-69, C-137, C-242, C-247, my coauthors and I study methods for greedy routing in a network, where nodes are assigned geometric coordinates and messages are routed by having each node send a message to a neighbor that is closest to the destination based on geometric distance. In addition, I have also coauthored publications on tracing or tracking paths in networks, as well as mapping networks using trace-routing information, including publications C-228, C-229, C-230, C-233. In my publication J-56, "Achieving Communication Efficiency through Push-Pull Partitioning of Semantic Spaces to Disseminate Dynamic Information," my coauthors and I addressed the problem that many applications need to disseminate dynamic information from a server to various clients but can suffer from heavy communication costs. Data caching at a client can help mitigate these costs, particularly when individual PUSH-PULL decisions are made for the different semantic regions in the data space. The server is responsible for notifying the client about updates in the PUSH regions. The client needs to contact the server for queries that ask for data in the PULL regions. We called the idea of partitioning the data space into PUSH-PULL regions to minimize communication cost "data gerrymandering." In this paper, we presented solutions to technical challenges in adopting this simple but powerful idea. We gave a provably optimal-cost dynamic programming algorithm for data gerrymandering on a single query attribute, and we proposed a

3

family of efficient heuristics for gerrymandering on multiple query attributes. We also handled the dynamic case in which the workloads of queries and updates evolve over time.

9.     The '785 Patent is directed to maintaining virtual communication networks and routing messages in such networks. '785 Patent at 5:48-60. Publications of mine that are relevant to this subject include those cited above as relevant for the '722 Patent. In addition, in publications C-168 and C-182, my coauthors and I show how to route messages in virtual anonymizing networks so as to protect the privacy of the routes, including the sources and destinations of the messages. Also, in publication C-134, my coauthors and I studied the problem of securely searching for resources in peer-to-peer virtual networks where we allow for a constant fraction of the peers to act maliciously. We presented schemes that achieve scalability and load balancing and have small authentication overhead for searching and retrieving information in such virtual peer-to-peer networks.

10.     The '844 Patent is directed to technology for caching and indexing for block-level distributed application management. "The technology involves storing blocks of a root image on a first storage unit and storing blocks of leaf images on respective second storage units. The leaf images include additional data blocks not previously contained in the root image and changes made by respective compute nodes to the blocks of the root image." '844 Patent at 2:35-43. Further, the '844 Patent discloses that it operates at the block level, below the file system, and is therefore file system and operating system independent. '844 Patent at 5:63-6:3. Publications of mine that are relevant to this subject include my publication C-126, in which my coauthors and I studied the problem of authenticated storage, where one can outsource a file system to an untrusted server and yet ensure the file-system's integrity. We introduced "Athos," a platform-independent and user-transparent architecture for authenticated outsourced storage. Using light-weight cryptographic primitives and efficient data-structuring techniques, we designed

4

authentication schemes that allow a client to efficiently verify that the file system is fully consistent with the exact history of updates and queries requested by the client, and which supports this authentication at the block level. In my publication C-203, my coauthors and I introduced "Accountable Storage," which is a framework enabling a client to outsource file blocks to a server while being able (any time after outsourcing) to provably compute how many bits in these blocks were discarded or corrupted by the server. With our accountable storage scheme, a client can be compensated with a dollar amount proportional to the number of corrupted bits (which the client can now provably compute). We integrated our protocol with Bitcoin, supporting automatic compensations. In addition, I have several additional publications on external-memory data structures and algorithms, which operate on memory blocks at a level below the file system, including my publications J-26, C-31, C-33, C-41, C-127, C-156, C-161, C-163, C-166, C-167, C-177, C-208, C-211, C-257.

11.    The '582 Patent is directed to "the field of sharing data and workload between possibly heterogeneous computer systems." "More specifically, it deals with a way to split the performance of a given task among a plurality of processing units which can all access, directly or indirectly, the input data and the devices on which the output data is to be stored." Further, the '582 Patent states that "[s]ort applications, statistical analysis batch applications and report writing applications and database queries are examples of applications that can readily enjoy this invention." '582 Patent at 1:11-21. Publications of mine that are relevant to this subject include Ch-1, Ch-3, Ch-6, Ch-10, J-1, J-5, J-7, J-10, J-16, J-19, J-30, J-56, J-61, J-69, J-96, C-1, C-2, C-25, C-26, C-39, C-106, C-112, C-137, C-228, C-230. Further, in publication J-24, my coauthor and I presented parallel algorithms for sorting applications where data is maintained in linked lists rather than arrays. We showed how to exploit the locality of our approach to sort a set of elements as well as solve the set expression evaluation problem, which is a problem with

applications to database querying and logic-programming. In my publication J-38, I studied the parallel sorting problem for bulk-synchronous parallel computer systems, which allow for general processor-to-processor communication rounds provided each processor sends and receives a bounded number of items in any round. I provided a parallel sorting method that uses an internal computation time that is optimal for any comparison-based sorting algorithm, and such that the algorithm performs load balancing so that the number of communication rounds is asymptotically optimal for the full range of values for the number of processors. In my publication C-164, my coauthors and I studied the MapReduce distributed computing framework from an algorithmic standpoint, providing a generalization of the previous algorithmic models for MapReduce. We presented optimal solutions for the fundamental problems of all-prefix-sums, sorting and multi-searching, as well as fixed-dimensional linear programming and 2-D and 3-D convex hulls. Additional work of mine directed to parallel sorting and database operations includes my publications C-7, C-34, C-127, C-140, C-191, C-236.

12.    The '469 Patent is directed to providing rural hotspots (such as for Wi-Fi access) "to enable wireless and hard wired, satellite distributed Internet access for anyone with a PC or other web-ready device (wireless ready or cabled) and a valid credit card." These hotspots can be located in rest areas, restaurants, truck stops, rural hotels, conference centers, motels and state park lodges, and are for transient travelers to obtain Wi-Fi access to the Internet. '469 Patent at 1:34-46. Publications of mine that are relevant to this subject include those cited above as relevant for the '722 Patent. In addition, in publication C-155, my coauthors and I studied the problem of assigning a moving point to a base-station region that contains it. For instance, the moving object could represent a cellular phone, and the base station could represent the coverage zones of cell towers. The optimization goal in this problem is to minimize the number of handovers that occur when the point moves outside its currently assigned region and must be assigned to a new one.

6

We studied this problem in terms of a competitive analysis comparing our methods against an algorithm for the offline version of this problem, when object motions are known in advance and a simple greedy strategy suffices to determine an optimal assignment of objects to base stations with as few handovers as possible.

13.    My research has been supported by grants from the Defense Advanced Research Projects Agency ("DARPA"), the National Security Agency ("NSA"), the Office of Naval Research ("ONR"), the Army Research Office ("ARO"), and the National Science Foundation ("NSF").

14.    In addition, I have consulting experience in matters involving algorithms, cryptography, machine learning, digital rights management, computer security, mobile devices (including power management), networking, software, video streaming, and storage technologies.

15.    I am a Fellow of the American Association for the Advancement of Science ("AAAS"), a Fellow of the Institute of Electrical and Electronics Engineers ("IEEE"), and a Fellow of the Association for Computing Machinery ("ACM"), as well as being named as a Foreign Member of the Royal Danish Academy of Sciences and Letters. I am also a recipient of a Fulbright Scholarship (for senior specialist service to University of Aarhus, Denmark). In addition, I am a recipient of the IEEE Computer Society Technical Achievement Award ("for outstanding contributions to the design of parallel and distributed algorithms for fundamental combinatorial and geometric problems") and the Pond Award for Excellence in Undergraduate Teaching. Also, I am an ACM Distinguished Scientist.

16.    My study of computer and network security topics began as an undergraduate student and continued in graduate school, where my Ph.D. research involved the study of computer system components operating in parallel. My study and interest in computer security

continued after my Ph.D., as detailed above and in my CV. In addition, I have reviewed and evaluated research papers on computer security, including cryptography, beginning with work as an associate editor for Journal of Computer & System Sciences, as well as my service on program committees of peer-reviewed Computer Science conferences, including the Conference on Electronic Publishing and the Information Superhighway and the ACM Symposium on Theory of Computing (STOC), the latter for which I chaired and edited the conference proceedings.

17.    I am a co-inventor on several U.S. patents, including U.S. Patent No. 7,257,711, "Efficient Authenticated Dictionaries with Skip Lists and Commutative Hashing," which discloses secure distributed data authentication schemes. I am also co-inventor of U.S. Patent No. 7,299,219, "High Refresh-Rate Retrieval of Freshly Published Content using Distributed Crawling," which discloses a technology for quickly retrieving website data that can change frequently, so as to be stored in a search engine. I am also co-inventor of U.S. No. Patent 8,681,145, "Attribute Transfer Between Computer Models Including Identifying Isomorphic Regions in Polygonal Meshes," which teaches how to map one mesh-based computer model to another. In addition, I am co-inventor of U.S. Patent No. 9,152,716, "Techniques for Verifying Search Results Over a Distributed Collection," which discloses a system for searching the Internet so as to produce verifiable search results that can be produced by a search engine.

18.    I have taught courses at Johns Hopkins University, Brown University, and University of California, Irvine, at both the undergraduate and graduate levels. Topics of my courses have included computer security, algorithms, data structures, information visualization, computer graphics, networking, algorithm engineering, computational geometry, and parallel processing. In addition, I have mentored 26 PhD students over the years, who have written their PhD theses on topics in algorithms, data structures, information visualizations, networking, parallel processing, and computer security and privacy.

19.    I have served as an editor on several technical journals, including Computational Geometry: Theory and Applications, Journal of Computer & System Sciences, Journal of Graph Algorithms and Applications, Int. Journal of Computational Geometry & Applications, and Information Processing Letters. I have also served on many program committees (PCs) for top conferences and workshops in Computer Science, including serving as PC chair in several instances. Examples include ACM Symposium on Computational Geometry ("SoCG"), ACM Symposium on Theory of Computing ("STOC"), Workshop/Symposium on Algorithms and Data Structures ("WADS"), Algorithm Engineering and Experimentation ("ALENEX"), which I cofounded with Dr. Catherine McGeoch in 1999), IEEE Symposium on Foundations of Computer Science ("FOCS"), ACM-SIAM Symposium on Discrete Algorithms (SODA), International Symposium on Graph Drawing ("GD"), International Colloquium on Automata, Languages, and Programming ("ICALP"), ACM Conference on Computer and Communications Security ("CCS"), European Symposium on Algorithms ("ESA"), IEEE International Parallel and Distributed Processing Symposium ("IPDPS"), ACM Symposium on Parallel Algorithms and Architectures ("SPAA"), ACM Symposium on Advances in Geographic Information Systems ("GIS"), IEEE Symposium on Security and Privacy ("S&P"), IEEE International Conference on Big Data, IEEE International Conference on Data Engineering ("ICDE"), and International Symposium on Algorithms and Computation ("ISAAC"), and DAGS Conference on Electronic Publishing and the Information Superhighway.

## II.  PERSON OF ORDINARY SKILL IN THE ART

20.    I understand that the factors to be considered in determining the level of ordinary skill in the art to be: (1) the educational level of active workers in the field, including the named inventors of the patent; (2) the type of problems encountered in the art; (3) prior art solutions to those problems; (4) the rapidity with which innovations are made; and (5) the sophistication of

9

the technology in the art. I further understand that in a given case, every factor may not be present, and one or more factors may predominate.

21.     Based on my review of the Patents-in-Suit and my consideration of the abovementioned factors, it is my opinion that a person of ordinary skill in the art ("POSITA") as of the respective priority dates for the Patents-in-Suit would have had a Bachelor's degree in electrical engineering, computer science, or the like, and/or two or more years of industry experience in networking and distributed computing. Additional experience may make up for a lack of education and vice versa. For example, each of the Patents-in-Suit discloses inventions involving computational devices and networking.

22.     Based on my training and experience, I believe that I am a person of greater-than-ordinary skill in the relevant art, and I have been since at least the priority dates of the Patents-in-Suit, which I understand permits me to give an opinion about the qualifications of one of ordinary skill at the time of the invention. In addition, I have taught Computer Science topics, including distributed computing and networking, since before the priority dates of the Patents-in-Suit, which provides me with additional experience regarding the knowledge of a person of ordinary skill in the art.

## III.  LEGAL UNDERSTANDINGS

23.     I understand that claim construction is the process by which a court determines, as a matter of law, the scope and meaning of terms used in the claims of a patent. I further understand that the goal of this process is to give claim terms the ordinary and customary meaning they would have had to a person of ordinary skill in the art (POSITA) as of the effective filing date, after reading the entire patent and prosecution history.

24.     I understand that the prosecution history of a patent can inform the meaning of some claim language and must be taken into account in construing the claims.

10

25.    I further understand that it is possible that the specification or prosecution history may reveal a special definition given to a claim term by the patentee that differs from the meaning it would otherwise have to a POSITA. In such cases, I understand that the patentee's definition usually controls.

26.    I understand that the patentee may also disavow the full scope of a claim term through clear and unmistakable statements in the specification or prosecution history.

27.    I understand that, in some cases, the court may consider extrinsic evidence, such as technical dictionaries, treatises, and expert opinions, to understand the underlying technology and the way in which claim terms would be understood by a POSITA at the relevant time. However, such extrinsic evidence should not be used to vary, contradict, expand, or limit the claim language from how it is defined in the specification or prosecution history.

28.    I understand that a patent claim may be held invalid for indefiniteness if the claim, viewed in light of the specification and prosecution history, fails to inform with reasonable certainty those skilled in the art about the scope of the invention. I further understand that definiteness is to be evaluated from the perspective of someone with skill in the relevant art at the time the invention was made (pre-AIA) or at the time the patent was filed (post-AIA).

## IV.    OVERVIEW OF THE PATENTS-IN-SUIT

### A.    The '785 Patent

29.    U.S. Patent No. 7,949,785 (the '785 Patent), "Secure Virtual Community Network System," to Hasan S. Alkhatib et al., was filed March 31, 2003, and issued May 24, 2011. The '785 Patent is directed to maintaining virtual communication networks and routing messages in such networks. '785 Patent at 5:48-60. It discloses a private virtual dynamic network for computing devices coupled to public networks or private networks. This enables computing

devices anywhere in the world to join into private enterprise intranets and communicate with each other. '785 Patent at Abstract. The '785 Patent illustrates an embodiment in Figure 5b:



Fig. 5b

'785 Patent at Fig. 5b.

## B. The '844 Patent

30.    U.S. Patent No. 8,332,844 (the '844 Patent), "Root Image Caching and Indexing for Block-Level Distributed Application Management," to Pradip Kukarni et al., was filed February 21, 2007, and issued December 11, 2012. The '844 Patent is directed to technology for caching and indexing for block-level distributed application management. "The technology involves storing blocks of a root image on a first storage unit and storing blocks of leaf images on respective second storage units. The leaf images include additional data blocks not previously

contained in the root image and changes made by respective compute nodes to the blocks of the root image." '844 Patent at 2:35-43. Further, the '844 Patent discloses that it operates at the block level, below the file system, and is therefore file system and operating system independent. '844 Patent at 5:63-6:3. The '844 Patent illustrates its system for root image caching and indexing in a block-level distributed application environment in Figure 2:



FIG. 2

'844 Patent at Fig. 2.

### C. The '582 Patent

31.    U.S. Patent No. 7,257,582 (the '582 Patent), "Load Balancing with Shared Data," to Michael Rothschild, was filed February 27, 2003, and issued August 14, 2007. The '582 Patent discloses a method for logically subdividing a computer executable process into subtask partitions and distributing descriptions of the partitions to perform the subtasks in a first-come/first-served basis and then combining (e.g., "merging") all the subtask outputs into at least one output. '582 Patent at Abstract, claim 1. This method is illustrated, for example, in Figure 1:



*Fig. 1*

'582 Patent at Fig. 1.

### D. The '722 Patent

32.    U.S. Patent No. 8,407,722 (the '722 Patent), "Asynchronous Messaging Using a Node Specialization Architecture in the Dynamic Routing Network," to Timothy Tuttle and Karl E. Rumelhart, was filed March 30, 2006, and issued March 26, 2013. The '722 Patent is directed to routing/transferring information "through digital networks and in particular to transferring information for remotely updating content at client devices through the digital networks." '722 Patent at 1:24-27. It illustrates its system, e.g., in Figure 3:



Fig. 3

'722 Patent at Fig. 3.

33.    Further, the '722 Patent discloses the following architecture diagram:



Fig. 7

'722 Patent at Fig. 7.

34.     For example, this figure illustrates input sources 710 (at the top) providing data representations to client devices 712 (at the bottom). Clients register for object updates using an object ID determined by the client by providing client connectivity information to a node 732 in the routing network 714. An input source can then send an update message to the routing network 714 that identifies a so-called "live" object that contains update data. A gateway device 724 identifies a category of the update data based on the input source to determine a node type and to route the update to the node (having that node type) and that node routes the update to the client device. See, e.g., '722 Patent at 15:42-19:25, claim 14.

### E. The '469 Patent

35.     U.S. Patent No. 7,324,469 (the '469 Patent), "Satellite Distributed High Speed Internet Access," to W. David Wilson, was filed September 27, 2004, and issued January 29, 2008. The '469 Patent is directed to providing rural hotspots (such as for Wi-Fi access) "to enable wireless and hard wired, satellite distributed Internet access for anyone with a PC or other web-ready device (wireless ready or cabled) and a valid credit card." These hotspots can be located in rest areas, restaurants, truck stops, rural hotels, conference centers, motels and state park lodges, and are for transient travelers to obtain Wi-Fi access to the Internet. '469 Patent at 1:34-46. The system of the '469 Patent is illustrated in its Figure 1:



FIG.1

'469 Patent at Fig. 1.

## V.  CLAIM CONSTRUCTIONS

### A.  The '785 Patent

36.    Claim 30 recites:

30. A virtual network manager, comprising:

a network interface configured for data communication via a virtual network that is defined by a domain name having an associated public network address;

a memory and a processor to implement a register module configured to register devices in a virtual network, the register module further configured to:

 receive a registration request from an agent associated with a device;

 distribute a virtual network address to the device when the device is registered in the virtual network, the device being identified to other devices in the virtual network by the virtual network address; and

a DNS server for the virtual network, the DNS server configured to[:]

 receive a DNS request from a first device in the virtual network, and

17

return [a] a <u>network address</u> associated with a <u>network route director</u>, [b] a private network address associated with a second device in the virtual network, and [c] a virtual network address associated with the second device.

### i. "network address"

37.     Claim 30 of the '785 Patent requires "return[ing] a network address associated with a network route director[.]" '785 Patent at 36:52-53. In my opinion, a POSITA would have understood "network address" to mean an "IP address."

38.     I understand that a patentee can serve as their own lexicographer, and in the case of the term "network address," a POSITA would have understood that the patentee defined "network address" in the specification as an IP address.

39.     For example, Figure 7—described in the specification as "a flow chart describing the overall process for communicating" ('785 Patent at 8:16-17)—confirms that the VCN Manager itself performs the role of the DNS server for the virtual network. Step 654 shows the originating device issuing "a DNS request … to the VCN Manager 510 for the domain name of the intended destination. '785 Patent at 14:32-34. The next step, Step 656, follows with the VCN Manager providing the triplet of addresses—a public IP address for the Network Route Director, along with a private IP address and a virtual IP address for the destination.

40.     Notably, the '785 Patent relies on IP addresses, such as those forming the returned triplet, as a core aspect of the described invention, and at many points uses the term "IP address" interchangeably or synonymously with "network address." *See, e.g.,* '785 Patent at 1:44-45, 1:48-50, 9:15-17, 10:17-39, 10:42-50, 12:48-53, 13:33-40, 27:1-5, 28:30-33.

41.     In addition, the '785 Patent highlights that in Step 2406, the VCN Manager furnishes the DNS request response by including the public IP address of Route Director 2204, as well as both the private IP address and the virtual IP address for member M1. *See* '785 Patent at 14:34-40, 31:24-33.

42. Additionally, in its response to the Office Action during reexamination, the patent owner explained that the DNS reply generated by the VCN Manager includes an IP address, confirming that this IP address is precisely the "network address" recited in the claims.

43. For instance, the patent holder noted that "the response from the DNS server includes a numeric IP address" and explained that "a DNS request is responsible for resolving a domain name, such as www.example.com, into its corresponding IP address (e.g., 93.184.216.34) so that devices can locate and communicate with the server hosting the desired resource." Applicant Arguments/Remarks Made in an Amendment in response to Ex Parte Reexamination Non-Final Action, dated Jan. 8, 2025, at pg. 12-13. These representations show that the "network address" described in the claims corresponds to an IP address returned by a DNS server.

44. The patentee's definition is confirmed by the general definition of "network address". For example, htttps://www.Computer-dictionary-online.org defines "network address" as "[t]he network portion of an IP address. …" https://www.computer-dictionary-online.org/definitions-n/network-address.html (last visited July 14, 2025). A POSITA would have understood that this definition of "network address" is consistent with the use of that term by the patent owner for the '785 Patent in the claims and during reexamination.

45. Therefore, based on the above analysis, I conclude that "network address" in claim 30 would have been understood by a POSITA when reading the claims in view of the specification and prosecution history as "IP address."

### ii. "network route director"

46. Claim 30 of the '785 Patent requires "return[ing] a network address associated with a network route director[.]" In my opinion, a POSITA would have understood "network route director" to mean "a publicly addressable device configured to route encapsulated packets to and from entities located in a private network portion of a virtual network."

19

47.    During reexamination, the patent owner stated that "the problem of the current invention [] is how to route through a route director to the virtual address." Applicant Arguments/Remarks Made in an Amendment in response to Ex Parte Reexamination Non-Final Action, dated Jan. 8, 2025, at pg. 19. One of skill in the art would understand this explanation, by emphasizing its reliance on "the current invention," to definitively narrow the understanding of the "network route director" so that it must route packets to a virtual address. Given the patent owner's contention that the invention seeks to resolve the challenge of directing traffic through a network route director, the network route director recited in the claims must necessarily perform the step of routing data to a virtual address.

48.    Furthermore, in light of the specification and claims of the '785 Patent—which describe a communication flow between a private source or "first" device and a private destination or "second" device—such routing must encompass the transmission of communications from the private first/source device to the private second/destination device.

49.    For example, the '785 Patent has the following disclosure:

Network Route Directors (NRDs) 520 facilitate routing traffic into and out of private address domains without requiring reconfiguration of a firewall 517 protecting the domain 550. As in UDP encapsulation, a special field in the system join packet (explained below) tells the Member Agent which TCP encapsulation port to use as the source port. The NRD will then re-encapsulate virtual-traffic in UDP-encapsulation before passing it on to other elements of the virtual network.

'785 Patent at 13:51-59; *see also id.* at 13:6-7, 27:13-15, 28:26-27, 32:53-59.

50.    Therefore, in view of the above, a "network route director" in claim 30 would have been understood by a POSITA as "a publicly addressable device configured to route encapsulated packets to and from entities located in a private network portion of a virtual network."

**B. The '844 Patent**

51.    Claim 7 recites:

7. A method for providing data to a plurality of compute nodes, comprising:

storing blocks of a <u>root image</u> of said compute nodes on a first storage unit;

storing leaf images for respective compute nodes on respective second storage units,

> said leaf images including only additional data blocks not previously contained in said root image and changes made by respective compute nodes to the blocks of the root image,

> wherein said leaf images of respective compute nodes do not include blocks of said root image that are unchanged by respective compute nodes; and

caching blocks of said root image that have been accessed by at least one of said compute nodes in a cache memory.

### i. "root image"

52.    Claim 7 of the '844 Patent requires "storing blocks of a root image of said compute nodes." In my opinion, a POSITA would have understood "root image" to mean "a read-only base set of data blocks, operating beneath the file system, that provide the common portion of the application environment."

53.    Looking first to the claim language, the claims provide a description of what a "root image" is: "blocks of a root image" ('844 Patent at 11:29) and "blocks of said root image" ('844 Patent at 11:37, 11:39, 11:57). Hence, a person of ordinary skill in the art would have understood that a root image is a set of data blocks.

54.    Additionally, I understand that a patentee can serve as their own lexicographer, and in the case of the term "root image," a person of ordinary skill in the art would have understood that the patentee defined "root image" in the specification of the '844 Patent as "a read-only base image (or 'root' image) of the application environment ...." '844 Patent at 2:13-14.

55.    Further, the specification of the '844 Patent indicates that invention "involves storing blocks of a root image of the compute node on a first storage unit." For example, the '844 Patent has the following disclosure: "Step 310 involves storing blocks of a root image of the

compute node on a first storage unit. By storing data at the block level, embodiments are able to operate beneath the file system and thus are designed to be file system and operating system independent." '844 Patent at 7:58-62.

56.    Thus, a POSITA would have understood that a read-only base set of data blocks, operating beneath the file system, that provide the common portion of the application environment, would be a root image.

57.    Further, a POSITA would have understood that the '844 Patent distinguishes descriptions of root images from the files themselves, that is, the blocks of data for a root image.

58.    For example, the '844 Patent has the following disclosure:

For example, a particular file on the root image may comprise twenty blocks of data (e.g., blocks 1-20). One compute node (e.g., compute node 220a) desires to make a change to this file which involves a modification of only a few specific blocks of the file (e.g., blocks 4-9). In this example, only the modified blocks (e.g., blocks 4-9) will be stored in the compute node's leaf image (e.g., leaf image stored on second storage device 250a) plus some small overhead.

'844 Patent at 5:51-58.

59.    Thus, based on this analysis, I conclude that a POSITA would have understood "root image" to mean "a read-only base set of data blocks, operating beneath the file system, that provide the common portion of the application environment."

### C. The '582 Patent

60.    Claim 1 recites:

1. A method of effecting on a preexisting input file a computer-executable process comprised of a plurality of subtasks, the method comprising the steps of:

(a) automatically determining file allocation and logically subdividing records of said input file into a plurality of <u>partitions</u>;

(b) distributing <u>descriptions of all of said partitions</u> to each of a plurality of subtask processors

c) <u>simultaneously executing at least a respective one of the subtasks of the computer-executable process in each of at least some of said processors on a respective one of the partitions</u> with each subtask reading and processing the respective partition so as to process the respective partition and produce respective subtask output and;

d) thereafter repeating step (c) in at least some of the subtask processors each with another unprocessed partition on a <u>first-come/first-served basis</u>; and

(e) generating at least one output combining all of the subtask outputs and reflecting the processing of all of said subtasks.

### i. "partition"

61.     Claim 1 of the '582 Patent requires "logically subdividing records of said input file into a plurality of partitions." '582 Patent at 6:47-49. Claim 1 further requires "distributing descriptions of all of said partitions to each of a plurality of subtask processor" '582 Patent at 6:50-51. In my opinion, a POSITA would have understood that the patentee defined "partition" in the specification as "a well-defined part of the input or output."

62.     I understand that a patentee can serve as their own lexicographer, and in the case of the term "partition," a person of ordinary skill in the art would have understood that the patentee defined "partition" in the specification of the '582 Patent as "a well-defined part of the input or output."

63.     For example, the '582 Patent has the following disclosure:

A logical partition in this context is a well-defined part of the input or output. A very simple way to define a partition, which in many cases is the most efficient, would be to define the partitions as consecutive ranges on the input or output, ranging from one relative byte address to another relative byte address or from one relative track address to another.

'582 Patent at 3:36-41.

64.     Thus, a POSITA would have understood that a well-defined part of the input, such as specified by ranges of address indices, would be a partition.

### ii. "descriptions of all of said partitions"

65.    Claim 1 of the '582 Patent requires "distributing descriptions of all of said partitions to each of a plurality of subtask processors." In my opinion, "descriptions of all of said partitions" would have been understood by a POSITA when reading the claims in view of the specification and the prosecution history as "statements giving a characteristic(s) of all of the well-defined parts of the input file for use in distributing the load without a special load process, wherein such statements are distinct from the input file itself."

66.    A POSITA would have understood that the '582 Patent distinguishes descriptions of partitions from the partitions themselves, that is, the bytes of data for a partition.

67.    For example, the '582 Patent has the following disclosure:

> Note that the logical partition does not rely on actual reading of the file. The actual reading of the file is reserved to the subtasks which read the partitions allocated to them. A splitting function may be allocating offset 0 to offset 100000 to a first partition, offset 100001 to 200000 to the second partition, offset 200001 to 300000 to the third partition and 300001 to the end of the file to a fourth partition.

'582 Patent at 3:52-59.

68.    During prosecution, the applicant for the '582 Patent confirmed that descriptions of partitions are distinguished from the partitions themselves through claim amendments and distinctions between the amended claims and the asserted prior art.

62.    First, as originally filed, claim 1(b) referred to distributing the partitions themselves: "(b) distributing said partitions to a plurality of processors and activating respective subtasks of the computer-executable process in each of said processors, each subtask reading and processing said partitions on a first come first serve basis." Original Application at 15 (emphasis added).

69.    After the examiner rejected claim 1 over the cited prior art, the applicant amended claim 1(b) to specify that descriptions of the partitions are distributed, not the partitions

24

themselves: "(b) distributing <u>descriptions of all of</u> said partitions to <u>each of</u> a plurality of <u>subtask</u> processors ~~and activating~~. . ." First Amendment, March 2, 2007, at 2 (underlining and strikethrough in original).

64.    Second, during prosecution of the '582 Patent, the applicant responded to the examiner's rejection of the pending claims by distinguishing prior art and stating that "The amended claims, refer to a distribution of a description of the work to be done. The sharing process can use such a description to distribute the load without a special load process." First Amendment, March 2, 2007, at 7. It is my understanding that a patent applicant's statements during prosecution to distinguish the claims over the prior art may show that the applicant disavowed claim scope.

70.    Thus, it would have been clear to a POSITA that "descriptions" of partitions are different from the partitions themselves in the context of the '582 Patent. For example, based on the above-cited portion of the specification of the '582 Patent, a POSITA would understand that the intervals, [0,100000], [100001,200000], [200001,300000], [300001,end] to be descriptions of partitions, which are different than the data itself for each of the ranges of the data.

71.    This is confirmed by the fact that, in the context of claim 1, a POSITA would have understood that if each subtask can access a shared memory containing the input data, it is not necessary to send the partitions themselves to the subtasks. Instead, the method can more efficiently send descriptions of the partitions to the subtasks and each subtask can then, in turn, read the contents of its assigned partition.

72.    This aspect of the invention would further have been understood by a POSITA given that the title of the invention is "Load Balancing with Shared Data," and the specification states that "all the input and output files are shared by the potentially heterogeneous systems" and "[t]he input file may be a memory resident list." '582 Patent at 4:11-12, 6:11-12. See also, e.g., '582 Patent at 4:16-21. Further, the '582 Patent discloses that "[t]he input file can reside on

a directly attached storage or on a storage area network (SAN) or on a network attached storage (NAS) and can be derived therefrom." '582 Patent at 2:28-30.

73.     Further, claim 1(b) refers to "descriptions" of all of said partitions. The applicant of the '582 Patent did not provide a special definition for the term "descriptions" in the specification and therefore a POSITA would have understood that the term "descriptions," in the context of claim 1 and the '582 Patent, to have its ordinary meaning to a POSITA. The term "descriptions" is defined by Merrian-Websters as "a statement or account giving the characteristics of someone or something." https://www.merriam-webster.com/dictionary/description (last visited July 18, 2025). A POSITA would have understood that this definition of "description" is consistent with the use of that term by the applicant for the '582 Patent in the claims and during prosecution.

74.     Therefore, based on above analysis, I conclude that "descriptions of all of said partitions" would have been understood by a POSITA when reading the claims in view of the specification and the prosecution history as "statements giving a characteristic(s) of all of the well-defined parts of the input file for use in distributing the load without a special load process, wherein such statements are distinct from the input file itself."

### iii.   "first-come/first-served basis"

75.     Claim 1(d) of the '582 Patent requires "repeating step (c) in at least some of the subtask processors each with another unprocessed partition on a first-come/first-served basis." In my opinion, a POSITA would have understood "first-come/first-served basis" to mean "selecting the earliest unprocessed partition for execution without the use of a control process that uses load information for such selection." A POSITA would have also understood that whether a partition is the "earliest" unprocessed partition would have been determined by the ordering of the partitions determined in step (a) of claim 1.

76.    During prosecution, the applicant distinguished prior art, stating that "[the prior art] systems rely on a special control process that uses load information to distribute the load between processors that share the load. With the instant invention as defined in the claims there is no such special process. . . Instead, the load sharing is done as a byproduct of the fact that the load-sharing process take parts of the load on a first-come/first-served basis." First Amendment, March 2, 2007, at 6. From the applicant's distinction of the claims over the prior art, a POSITA would have understood that this selection is done without the use of a control process that uses load information for such a selection and instead is done according to an ordering of the partitions determined in step (a) of claim 1 ("automatically determining file allocation and logically subdividing records of said input file into a plurality of partitions").

77.    A POSITA would have understood, therefore, in the invention of the '582 Patent, once descriptions of partitions have been sent to the subtasks, "[e]ach such Sub Task then repeatedly tries to allocate for itself and then process, an input partition that has not been allocated yet." '582 Patent at 4:1-3. A POSITA would have understood that in such a system, it is possible for each subtask to repeatedly try to allocate for itself the earliest unallocated partition in an ordered list of partitions (e.g., ordered by index range in the input file), which a POSITA would have understood to satisfy a "first-come/first-served" ordering. The '582 Patent also discloses the possible use of a job scheduler, which is an alternative way of allocating unprocessed partitions to subtasks, which also would allocate subtasks in a "first-come/first-served" basis by choosing the earliest unprocessed partition in the list and assigning it to the next available subtask processor. See, e.g., '582 Patent at 3:13-2, 3:64-67.

78.    Based on the above analysis, I therefore conclude that in the context of claim 1 a POSITA would have understood "first-come/first-served basis" to mean "selecting the earliest unprocessed partition for execution without the use of a control process that uses load information

for such selection." A POSITA would have also understood that whether a partition is the "earliest" unprocessed partition would have been determined by the ordering of the partitions determined in step (a) of claim 1 ("automatically determining file allocation and logically subdividing records of said input file into a plurality of partitions").

> ### iv. "simultaneously executing at least a respective one of the subtasks of the computer-executable process in each of at least some of said processors on a respective one of the partitions"

79.    Claim 1 of the '582 Patent requires "simultaneously executing at least a respective one of the subtasks of the computer-executable process in each of at least some of said processors on a respective one of the partitions." In my opinion, a POSITA could not have ascertained the meaning of the phrase "simultaneously executing at least a respective one of the subtasks of the computer-executable process in each of at least some of said processors on a respective one of the partitions" with "reasonable certainty" from the patent's specification and prosecution history.

80.    For example, a POSITA would have understood that the '582 Patent is directed to parallel processing, where multiple processors execute processes simultaneously to perform a task, such as a sorting task, statistical analysis task, reporting task, or database querying task. See, e.g., '582 Patent at 1:28-44, 2:28-38, and in the disclosed "Objects of the Invention":

OBJECTS OF THE INVENTION

The principal object of the present invention is to enable the decomposition of a certain type of linear processes that currently use a single computer, into equivalent parallel processes that can efficiently use any number of potentially heterogeneous computers, taking the available capacity of each of these computers into account while optimizing execution.

A more general object is to improve processing efficiency of certain processes.

It is also an object to obtain better processor utilization.

'582 Patent at 1:45-57.

28

81.    This understanding is further supported by the word "simultaneous" in the specification of the '582 Patent to refer to parallel actions of at least two subtasks that are executing at the same time. See, e.g., '582 Patent at 5:54-6:3. This is also confirmed to a POSITA in the extended example illustrated in Fig. 4 and explained in the specification of the '582 Patent at 6:14-42. In addition, parallel processing is further required by the limitations of claim 1 itself, which recites in part, "(b) distributing descriptions of all of said partitions to each of a plurality of subtask processors;" hence, a POSITA would have understood that performing claim 1 requires a plurality of subtask processors.

82.    Accordingly, a POSITA would have understood that simultaneously executing subtasks can only occur when there are at least two subtask processors executing at the same time, by the plain and ordinary meaning of "simultaneously." In contrast, claim 1 recites "simultaneously executing at least a respective **one** of the subtasks of the computer-executable process in each of at least some of said processors on a respective one of the partitions." [Emphasis added.] Given the knowledge of the POSITA regarding parallel processing and the express requirements for a plurality of subtask processors in the claim, a POSITA would be unable to reasonably determine what it means to simultaneously execute one subtask by itself, as is encompassed by limitation "c)". Therefore, I conclude that a POSITA could not have ascertained the meaning of this limitation with "reasonable certainty" from the patent's specification and prosecution history.

### D.  The '722 Patent

83.    Claim 14 recites:

14. A method comprising:

providing, using a processing device of an <u>input source</u>, a data representation to a client device, different from the input source, coupled to a routing network,

29

wherein the data representation includes at least one live object recognizable by the client device, and

causing the client device to respond to the live object of the data representation by determining an object identifier (ID) of the live object and to register for updates of the live object with the routing network, such that registering the client device with the routing network provides client connection information to a node in the routing network; and

sending, using the processing device of the input source, an update message to the routing network, wherein the update message identifies the live object and contains update data that updates a property of the live object,

wherein a gateway device at the routing network is configured to <u>identify a category of the update message based on the input source</u>, to determine a <u>node type</u> to which the identified category maps, and to route the update message to the node, having the node type, at the routing network,

wherein the node is configured to identify the client device as a registered device and to route the update message to the client device, and

wherein the client device processes the update message upon receipt to update the property of the live object at the client device.

### i. "input source"

84.     Claim 14 of the '722 Patent requires "providing, using a processing device of an input source, a data representation to a client device, different from the input source, coupled to a routing network, . . ." '722 Patent at 23:55-57. In my opinion, a POSITA would have understood that the patentee defined "input source" in the specification as "information provider and/or dynamic content provider."

85.     I understand that a patentee can serve as their own lexicographer, and in the case of the term "input source," a person of ordinary skill in the art would have understood that the patentee defined "input source" in the specification as "information provider and/or dynamic content provider." '722 Patent at 3:15-18 and 13:26-27.

### ii. "identify a category of the update message based on the input source"

86.     Claim 14 of the '722 Patent requires "a gateway device at the routing network is configured to identify a category of the update message based on the input source, to determine a node type to which the identified category maps, and to route the update message to the node, having the node type, at the routing network." '722 Patent at 24:3-8. In my opinion, a POSITA would have understood "identify a category of the update message based on the input source" to mean "identify a category of the update message based on the information provider or dynamic content provider but not on the category/topic of the message content."

87.     During prosecution, the applicant distinguished prior art that categorized messages based on the category/topic of the message from the claims, which instead categorized messages based on the input source: "The Examiner, for example, on page 3 of the Office Action, relies on the above sections of Chandra to allegedly show 'identifying each category based on the category/topic of the message content.' By this statement, the Examiner appears to agree that Chandra teaches identifying categories **based on category/topic of the message content**. In contrast, claims 26, 33, 39, 45, 51, and 57 recite, *inter* alia, 'identify a category of the update message <u>based on the input source</u>,' using their respective language." Reply Under 37 C.F.R. § 1.116, February 9, 2012 at 18-19 (emphasis in original); see also Brief on Appeal Under 37 C.F.R. § 41.37, March 30, 2006 at 13-17.

### E. The '469 Patent

88.     Claim 24 recites:

> 24. An Internet Hotspot comprising:
>
> a satellite dish communicating with the Internet via one or more data links with a satellite;
>
> at least one router operatively coupled to the satellite dish;

a subscriber access unit operatively coupled between the satellite dish and the at least one router,

    the subscriber access unit being capable of authenticating a subscription account associated with a user prior to allowing the user access to the Internet; and

a web-ready device operatively coupled to the at least one router,

    the web-read device having a browser application operating thereon for accessing the Internet;

wherein the satellite dish, at least one router and the subscriber access unit are located in a <u>remote location</u> a experiencing a <u>relatively high volume of transient traffic</u>;

wherein the user may authenticate the subscription account and access the Internet at the remote location by establishing a data connection between the web-ready device and the router.

### i. "remote location"

89.     Claim 24 of the '469 Patent requires "at least one router and the subscriber access unit are located in a remote location." In my opinion, a POSITA would have understood "remote location" in the context of claim 24 of the '469 Patent to mean "a fixed remote location."

90.     The '469 Patent specification discloses a system for providing an Internet hotspot to rural locations by using a satellite to provide Internet access to travelers at rural locations, such as rest areas, restaurants, truck stops, rural hotels, conference centers, motels, and state park lodges:

> The present invention provides rural "Hotspots" (such as Wi-Fi access, for example) to enable wireless and hard wired, satellite distributed Internet access for anyone with a PC or other web-ready device (wireless ready or cabled) and a valid credit card or prepaid coupon. The "Hotspots" can be located anywhere there is 120 volt electricity available, either from an electric utility service or from an on-site power source such as a solar panel with a bridged access point, and enough space to house the transceiver and mount a satellite dish. These "Hotspots" would best be located in areas that experience high volume transient traffic, such as rest area, restaurants, truck stops, rural hotels, conference centers, motels and state park lodges.

'469 Patent at 3:43-55.

91.    A POSITA would understand, therefore, that in the invention of the '469 Patent the hotspot is in a fixed location, and the users must move to be in proximity of the hotspot. Indeed, the '469 Patent states, "Since the signal is always 'live,' all a potential wireless user would have to do is to move within the transceiver's field (an approximately radius of 0.2 to 0.4 miles when an amplifier used, in an exemplary embodiment) and turn on his/her wireless ready PC to know the service was available." '469 Patent at 3:55-60.

92.    Furthermore, every figure depicting the invention is limited to a fixed "Rural Location." '469 Patent at Figs. 1-4. None of the "exemplary embodiments" in the specification of the '469 Patent discuss a *mobile* remote location. *E.g.,* '469 Patent at 4:17-24, 5:4-7, 5:32-35; 5:60-63; 6:7-10. Alternative embodiments of the invention discuss increased coverage in the context of "large or multi-floor sites." '469 Patent at 3:67.

93.    Accordingly, in my opinion, the proper construction for "a remote location" in the context of claim 24 of the '469 Patent is "a fixed remote location."

### ii.   "a relatively high volume of transient traffic"

94.    Claim 24 of the '469 Patent requires a "relatively high volume of transient traffic." In my opinion, a POSITA could not have ascertained the meaning of the phrase "relatively high volume of transient traffic" with reasonable certainty from the patent's specification and prosecution history.

95.    Claim 24 of the '469 Patent recites in part, "a relatively high volume of transient traffic." However, based on my reading of its specification and file history, the '469 Patent does not define what it means by a "relatively high volume" of transient traffic. Accordingly, a POSITA would be unable to reasonably determine whether a hotspot router and subscriber access unit are located in a remote location experiencing a relatively high volume of transient traffic.

For example, the '469 Patent specification does not provide a threshold value or quantile value which a POSITA could use to determine whether a particular remote location is experiencing a "relatively high" volume of transient traffic. Accordingly, in my opinion, the term "relatively high volume" in claim 24 of the '469 Patent is indefinite.

96. Claim 24 of the '469 Patent further recites in part, "transient traffic." However, based on my reading of its specification, the '469 Patent does not define what it means by "transient traffic" other than places such as rest areas, restaurants, truck stops, rural hotels (but apparently not hotels in general), conference centers, motels, and state park lodges. '469 Patent 1:41-44.

97. A POSITA would have understood that the '469 Patent is using the term "transient" to refer to person who is staying or working in a place for only a short time, but it does not specify a threshold or quantile value for what would constitute enough (or too much) time to qualify as "transient".

98. For example, a POSITA would be at a loss as to whether the time period to apply is even in minutes, hours, or days, or how would this differ from a location that does not receive transient traffic, e.g., because its visitors stay for a "longer" time or because its visitors come back repeatedly. Accordingly, in my opinion, the term "transient traffic" in claim 24 of the '469 Patent is indefinite.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this _4th__ day of August 2025 at Irvine, California.

Michael T. Goodrich, Ph.D.

# Appendix A

CURRICULUM VITAE
**Michael T. Goodrich**

Dept. of Computer Science                    E-mail: mike.t.goodrich (at) gmail.com
Bren School of Info. & Computer Sciences          http://www.ics.uci.edu/~goodrich/
University of California, Irvine
Irvine, CA 92697-3435

**CITIZENSHIP:** U.S.A.

**EDUCATION**

| | | |
|---|---|---|
| Ph.D. | 1987 | *Efficient Parallel Techniques for Computational Geometry* |
| | | Computer Science, Purdue Univ. (Mikhail J. Atallah, advisor) |
| M.S. | 1985 | Computer Science, Purdue Univ. |
| B.A. | 1983 | Mathematics and Computer Science, Calvin Univ. |

**PROFESSIONAL EXPERIENCE**

| | |
|---|---|
| July '19 to present | Distinguished Professor, Dept. of Computer Science |
| | Univ. of California, Irvine |
| March '10 to present | Technical Director, Center for Algorithms and Theory of Computation |
| | Univ. of California, Irvine |
| April '07 to June '19 | Chancellor's Professor, Dept. of Computer Science |
| | Univ. of California, Irvine |
| July '12 to June '13 | Chair, Dept. of Computer Science |
| | Univ. of California, Irvine |
| October '06 to June '12 | Assoc. Dean for Faculty Dev., Bren School of Info. and Comp. Sci. |
| | Univ. of California, Irvine |
| July '01 to March '07 | Professor, Dept. of Computer Science |
| | Univ. of California, Irvine |
| Fall '00 | Visiting Professor of Computer Science |
| | Brown Univ. |
| July '96 to June '02 | Professor of Computer Science (on leave, from July '01) |
| | Johns Hopkins Univ. |
| July '92 to June '96 | Associate Professor of Computer Science |
| | Johns Hopkins Univ. |
| Spring '94 | Visiting Associate Professor of Computer Science |
| | Univ. of Illinois, Urbana-Champaign |
| July '87 to June '92 | Assistant Professor of Computer Science |
| | Johns Hopkins Univ. |
| Aug. '83 to June '87 | Teaching Assistant, Research Assistant |
| | Purdue Univ. |
| Summer '83 | Summer intern |
| | Argonne National Laboratory |

**RESEARCH INTERESTS**

Algorithm and data structure design
Networking and parallel and distributed computing
Computer security and information assurance and privacy
Machine learning and computer vision
Databases and high-performance data management
Information visualization and graph drawing
Computational geometry and computer graphics

## PRIZES, HONORS, AND AWARDS

- *Compere Loveless Fellowship in Computer Sciences*, Purdue Univ., 1985
- *Research Initiation Award*, National Science Foundation, 1988
- *Oraculum Award for Excellence in Teaching*, Johns Hopkins, 1993, 1994, 1995
- *ACM Recognition of Service Award*, 1996
- *Robert B. Pond, Sr. Award for Excellence in Undergraduate Teaching*, Johns Hopkins, 1998
- *Elected Senior Member*, the Institute of Electrical and Electronics Engineers (IEEE), 1999
- *Spirit of Technology Transition Award*, DARPA Dynamic Coalitions Program, 2002
- *Brown Univ. Award for Technological Innovation* (with Roberto Tamassia, Nikos Triandopoulos, Danfeng Yao, and D. Ellis), 2006
- *ACM Distinguished Scientist*, 2006
- *Edward J. McCluskey Technical Achievement Award*, IEEE Computer Society, "for outstanding contributions to the design of parallel and distributed algorithms for fundamental combinatorial and geometric problems," 2006
- *Fulbright Scholar*, for senior specialist service to University of Aarhus, Denmark, 2007
- *Fellow of the San Diego Supercomputer Center*, 2007
- *Fellow of the American Association for the Advancement of Science (AAAS)*, "for distinguished contributions to parallel and distributed algorithms for combinatorial and geometric problems, and excellence in teaching, academic and professional service, and textbook writing," 2007
- *Named as Chancellor's Professor*, for "demonstrated unusual academic merit and whose continued promise for scholarly achievement is unusually high," Univ. of California, Irvine, 2007
- *Fellow of the Institute of Electrical and Electronics Engineers (IEEE)*, "for contributions to parallel and distributed algorithms for combinatorial and geometric problems," 2009
- *Fellow of the ACM*, "for contributions to data structures and algorithms for combinatorial and geometric problems," 2009
- *ICS Dean's Award for Research*, "for contributions in the area of parallel and distributed algorithms," 2014
- *Chancellor's Award for Excellence in Fostering Undergraduate Research*, Univ. of California, Irvine, 2016
- *Faculty Mentor of the Month*, Undergraduate Research Opportunities Program (UROP), Univ. of California, Irvine, April 2016
- *Elected as a foreign member*, Royal Danish Academy of Sciences and Letters, April 2018
- *Named as Distinguished Professor*, for achieving "the highest levels of scholarship" over the course of a career and having "earned national and international level distinctions and honors of the highest level," Univ. of California, Irvine, 2019
- *Recipient, Alejandro López-Ortiz Best Paper Award*, for "Zip-zip Trees: Making Zip Trees More Balanced, Biased, Compact, or Persistent," 18th Algorithms and Data Structures Symposium, 2023.
- *Recipient, SIGMOD Research Highlight Award*, for "History-Independent Dynamic Partitioning: Operation-Order Privacy in Ordered Data Structures," 2024. This award recognizes research projects that exemplify core database research and that address an important problem, represent a definitive milestone in solving the problem, and have the potential of significant impact.
- *Distinguished Science Alumni Award*, Purdue University, 2025.

## PUBLICATIONS

**Google Scholar Citation Statistics:**

- Total citations: over 18,500
- H-index (top H publications with at least H citations): 75

**Patents and Patent Applications:**

P-1. Michael T. Goodrich and Roberto Tamassia, "An Efficient Dynamic Distributed Cryptographic Accumulator," International Patent Application Pub. No. WO 02/39212, May 16, 2002.

P-2. Giuseppe Ateniese, Breno de Medeiros, and Michael T. Goodrich, "Intermediated Delivery Scheme for Asymmetric Fair Exchange of Electronic Items," U.S. Patent Application Pub. No. US 2004/0073790, April 15, 2004.

P-3. Michael T. Goodrich and Roberto Tamassia, "Efficient Authenticated Dictionaries with Skip Lists and Commutative Hashing," U.S. Patent No. 7,257,711, August 14, 2007.

P-4. Jacob W. Green, John L. Schultz, Yair Amir, and Michael T. Goodrich, "High Refresh-Rate Retrieval of Freshly Published Content using Distributed Crawling," U.S. Patent No. 7,299,219, November 20, 2007.

P-5. Roberto Tamassia, Michael T. Goodrich, and Nikos Triandopoulos, "Super-efficient Verification of Dynamic Outsourced Databases," International Patent Application Pub. No. WO 2008/014002, January 31, 2008.

P-6. Michael T. Goodrich, Roberto Tamassia, and Nikos Triandopoulos, "Load-balanced Distributred Authentication Structures," International Patent Application Pub. No. WO 2008/014004, January 31, 2008.

P-7. Michael T. Goodrich, Danfeng Yao, and Roberto Tamassia, "Notarized Federated Identity Management," International Patent Application Pub. No. WO 2008/020991, February 21, 2008.

P-8. Roberto Tamassia, Michael T. Goodrich, Nikos Triandopoulos, and Charalampos Papmanthou, "Authentication for Operations over an Outsourced File System Stored by an Untrusted Unit," International Patent Application Pub. No. WO 2008/147400, December 4, 2008.

P-9. Rasmus Tamstorf, Michael T. Goodrich, David Eppstein, "Attribute Transfer Between Computer Models Including Identifying Isomorphic Regions in Polygonal Meshes," U.S. Patent No. 8,681,145, March 25, 2014.

P-10. Nikos Triandopoulos, Michael T. Goodrich, Duy Nguyen, Olga Ohrimenko, Charalampos Papmanthou, Roberto Tamassia, Cristina V. Lopes, "Techniques for Verifying Search Results Over a Distributed Collection," U.S. Patent No. 9,152,716, October 6, 2015.

**Books and Monographs:**

B-1. Michael T. Goodrich and Roberto Tamassia, *Data Structures and Algorithms in Java*, John Wiley and Sons, Inc., 1998.

B-2. Michael T. Goodrich and Catherine C. McGeoch, eds., *Algorithm Engineering and Experimentation*, Lecture Notes in Computer Science (LNCS), Vol. 1619, Springer, 1999.

B-3. Michael T. Goodrich and Roberto Tamassia, *Data Structures and Algorithms in Java, Second Edition*, John Wiley and Sons, Inc., 2001.

B-4. Michael T. Goodrich and Roberto Tamassia, *Algorithm Design: Foundations, Analysis, and Internet Examples*, John Wiley and Sons, Inc., 2002.

B-5. Michael T. Goodrich and Stephen G. Kobourov, eds., *10th Int. Symp. on Graph Drawing* (GD), Lecture Notes in Computer Science, Vol. 2528, Springer, 2002.

B-6. Michael T. Goodrich, Roberto Tamassia, and David Mount, *Data Structures and Algorithms in C++*, John Wiley and Sons, Inc., 2004.

B-7. Michael T. Goodrich and Roberto Tamassia, *Data Structures and Algorithms in Java, Third Edition*, John Wiley and Sons, Inc., 2004.

B-8. Michael T. Goodrich and Roberto Tamassia, *Data Structures and Algorithms in Java, Fourth Edition*, John Wiley and Sons, Inc., 2006.

B-9. Michael T. Goodrich and Roberto Tamassia, *Data Structures and Algorithms in Java, Fifth Edition*, John Wiley and Sons, Inc., 2011.

B-10. Michael T. Goodrich and Roberto Tamassia, *Introduction to Computer Security*, Addison-Wesley, 2011.

B-11. Michael T. Goodrich, Roberto Tamassia, and David Mount, *Data Structures and Algorithms in C++, Second Edition*, John Wiley and Sons, Inc., 2011.

B-12. Michael T. Goodrich, Roberto Tamassia, and Michael Goldwasser, *Data Structures and Algorithms in Python*, John Wiley and Sons, Inc., 2013.

B-13. Michael T. Goodrich, Roberto Tamassia, and Michael Goldwasser, *Data Structures and Algorithms in Java, Sixth Edition*, John Wiley and Sons, Inc., 2014.

B-14. Michael T. Goodrich and Roberto Tamassia, *Algorithm Design and Applications*, Wiley, 2015.

B-15. Michael T. Goodrich and Roberto Tamassia, *Algorithm Design and Applications*, interactive e-book, `www.zybooks.com/catalog/goodrich-algorithm-design-and-applications/`, zyBooks (a division of Wiley), 2022.

**Book Chapters:**

Ch-1. Mikhail J. Atallah and Michael T. Goodrich, "Deterministic Parallel Computational Geometry," in *Synthesis of Parallel Algorithms*, J.H. Reif, ed., Morgan Kaufmann, 497–536, 1993.

Ch-2. Michael T. Goodrich, "The Grand Challenges of Geometric Computing," in *Developing a Computer Science Agenda for High-Performance Computing*, Uzi Vishkin, ed., ACM Press, 64–68, 1994.

Ch-3. Michael T. Goodrich, "Parallel Algorithms in Geometry," *CRC Handbook of Discrete and Computational Geometry*, J.E. Goodman and J. O'Rourke, eds., CRC Press, Inc., 669–682, 1997.

Ch-4. Michael T. Goodrich and Kumar Ramaiyer, "Geometric Data Structures," *Handbook of Computational Geometry*, J.-R. Sack and J. Urrutia, eds., Elsevier Science Publishing, 463–489, 2000.

Ch-5. Michael T. Goodrich and Roberto Tamassia, "Simplified Analyses of Randomized Algorithms for Searching, Sorting, and Selection," *Handbook of Randomized Computing*, S. Rajasekaran, P.M. Pardalos, J.H. Reif, and J.D.P. Rolim, eds., Kluwer Academic Publishers, Vol. 1, 23–34, 2001.

Ch-6. Michael T. Goodrich, "Parallel Algorithms in Geometry," *Handbook of Discrete and Computational Geometry, Second Edition*, J.E. Goodman and J. O'Rourke, eds., Chapman & Hall/CRC Press, Inc., 953–967, 2004. (Revised version of Ch-3.)

Ch-7. Christian A. Duncan and Michael T. Goodrich, "Approximate Geometric Query Structures," *Handbook of Data Structures and Applications*, Chapman & Hall/CRC Press, Inc., 26-1–26-17, 2005.

Ch-8. Michael T. Goodrich, Roberto Tamassia, and Luca Vismara, "Data Structures in JDSL," *Handbook of Data Structures and Applications*, Chapman & Hall/CRC Press, Inc., 43-1–43-22, 2005.

Ch-9. YounSun Cho, Lichun Bao and Michael T. Goodrich, "Secure Location-Based Access Control in WLAN Systems," *From Problem Toward Solution: Wireless and Sensor Networks Security*, Zhen Jiang and Yi Pan, eds., Nova Science Publishers, Inc., Chapter 17, 2007.

Ch-10. Michael T. Goodrich and Michael J. Nelson, "Distributed Peer-to-Peer Data Structures," *Handbook of Parallel Computing: Models, Algorithms and Applications*, R. Rajasekaran and J. Reif, eds., CRC Press, 17-1–17-17, 2008.

Ch-11. Christian A. Duncan and Michael T. Goodrich, "Planar Orthogonal and Polyline Drawing Algorithms," *Handbook of Graph Drawing and Visualization*, CRC Press, Inc., 223–246, 2013.

Ch-12. Michael T. Goodrich, Roberto Tamassia, and Luca Vismara, "Data Structures in JDSL," *Handbook of Data Structures and Applications*, 2nd edition, Chapman and Hall/CRC, Taylor & Francis, Inc., 43-1–43-22, 2018.

**Journal Papers:**

J-1. Mikhail J. Atallah and Michael T. Goodrich, "Efficient Parallel Solutions to Some Geometric Problems," *Journal of Parallel and Distributed Computing*, **3**(4), 1986, 492–507.

J-2. Michael T. Goodrich, "Finding the Convex Hull of a Sorted Point Set in Parallel," *Information Processing Letters*, **26**, 1987, 173–179.

J-3. Hossam A. ElGindy and Michael T. Goodrich, "Parallel Algorithms for Shortest Path Problems in Polygons," *The Visual Computer*, **3**(6), 1988, 371–378.

J-4. Mikhail J. Atallah and Michael T. Goodrich, "Parallel Algorithms For Some Functions of Two Convex Polygons," *Algorithmica*, **3**, 1988, 535–548.

J-5. Mikhail J. Atallah, Richard Cole, and Michael T. Goodrich, "Cascading Divide-and-Conquer: A Technique for Designing Parallel Algorithms," *SIAM Journal on Computing*, **18**(3), 1989, 499–532.

J-6. Michael T. Goodrich, "Triangulating a Polygon in Parallel," *Journal of Algorithms*, **10**, 1989, 327–351.

J-7. Michael T. Goodrich and Mikhail J. Atallah, "On Performing Robust Order Statistics in Tree-Structured Dictionary Machines," *Journal of Parallel and Distributed Computing*, **9**(1), 1990, 69–76.

J-8. Michael T. Goodrich and Jack S. Snoeyink, "Stabbing Parallel Segments with a Convex Polygon," *Computer Vision, Graphics and Image Processing*, **49**, 1990, 152–170.

J-9. John K. Johnstone and Michael T. Goodrich, "A Localized Method for Intersecting Plane Algebraic Curve Segments," *The Visual Computer*, **7**(2–3), 1991, 60–71.

J-10. Michael T. Goodrich, "Intersecting Line Segments in Parallel with an Output-Sensitive Number of Processors," *SIAM Journal on Computing*, **20**(4), 1991, 737–755.

J-11. Richard Cole and Michael T. Goodrich, "Optimal Parallel Algorithms for Point-Set and Polygon Problems," *Algorithmica*, **7**, 1992, 3–23.

J-12. Michael T. Goodrich, "A Polygonal Approach to Hidden-Line and Hidden-Surface Elimination," *Computer Vision, Graphics, and Image Processing: Graphical Models and Image Processing*, **54**(1), 1992, 1–12.

J-13. Michael T. Goodrich, Steven B. Shauck, and Sumanta Guha, "Parallel Methods for Visibility and Shortest Path Problems in Simple Polygons," *Algorithmica*, **8**, 1992, 461–486, with addendum in *Algorithmica*, **9**, 1993, 515–516.

J-14. Michael T. Goodrich, Colm Ó'Dúnlaing, and Chee Yap "Constructing the Voronoi Diagram of a Set of Line Segments in Parallel," *Algorithmica*, **9**, 1993, 128–141.

J-15. Michael T. Goodrich, "Constructing the Convex Hull of a Partially Sorted Set of Points," *Computational Geometry: Theory and Applications*, **2**, 1993, 267–278.

J-16. Michael T. Goodrich, "Constructing Arrangements Optimally in Parallel," *Discrete and Computational Geometry*, **9**, 1993, 371–385.

J-17. Michael T. Goodrich, Mikhail J. Atallah, and Mark H. Overmars, "Output-Sensitive Methods for Rectilinear Hidden Surface Removal," *Information and Computation*, **107**(1), 1993, 1–24.

J-18. Mikhail J. Atallah, Paul H. Callhan, and Michael T. Goodrich, "P-Complete Geometric Problems," *Int. Journal of Computational Geometry & Applications*, **3**(4), 1993, 443–462.

J-19. Mikhail J. Atallah, Michael T. Goodrich, and S. Rao Kosaraju, "Parallel Algorithms for Evaluating Sequences of Set-Manipulation Operations," *Journal of the ACM*, **41**(6), 1994, 1049–1088.

J-20. Michael T. Goodrich, "Efficient Piecewise-Linear Function Approximation Using the Uniform Metric," *Discrete and Computational Geometry*, **14**, 1995, 445–462.

J-21. Hervé Brönnimann and Michael T. Goodrich, "Almost Optimal Set Covers in Finite VC-Dimension," *Discrete and Computational Geometry*, **14**, 1995, 463–479.

J-22. Michael T. Goodrich, "Planar Separators and Parallel Polygon Triangulation," *J. Computer and System Sciences*, **51**(3), 1995, 374–389.

J-23. Michael T. Goodrich, Mujtaba R. Ghouse, and Jonathan Bright, "Sweep Methods for Parallel Computational Geometry," *Algorithmica*, **15**(2), 1996, 126–153.

J-24. Michael T. Goodrich and S. Rao Kosaraju, "Sorting on a Parallel Pointer Machine with Applications to Set Expression Evaluation," *Journal of the ACM*, **43**(2), 1996, 331–361.

J-25. Ashim Garg, Michael T. Goodrich, and Roberto Tamassia, "Planar Upward Tree Drawings with Optimal Area," *International Journal of Computational Geometry & Applications*, **6**(3), 1996, 333–356.

J-26. Mark H. Nodine, Michael T. Goodrich, and Jeffrey S. Vitter, "Blocking for External Graph Searching," *Algorithmica*, **16**(2), 1996, 181–214.

J-27. Richard Cole, Michael T. Goodrich, Colm Ó Dúnlaing, "A Nearly Optimal Deterministic Parallel Voronoi Diagram Algorithm," *Algorithmica*, **16**, 1996, 569–617.

J-28. Gautam Das and Michael T. Goodrich, "On the Complexity of Optimization Problems for 3-Dimensional Convex Polyhedra and Decision Trees," *Computational Geometry: Theory and Applications*, **8**, 1997, 123–137.

J-29. Michael T. Goodrich and Roberto Tamassia, "Dynamic Ray Shooting and Shortest Paths in Planar Subdivisions via Balanced Geodesic Triangulations," *J. Algorithms*, **23**, 1997, 51–73.

J-30. Mujtaba R. Ghouse and Michael T. Goodrich, "Fast Randomized Parallel Methods for Planar Convex Hull Construction," *Computational Geometry: Theory and Applications*, **7**, 1997, 219–235.

J-31. L. Paul Chew, Michael T. Goodrich, Daniel P. Huttenlocher, Klara Kedem, Jon M. Kleinberg, and Dina Kravets, "Geometric Pattern Matching under Euclidean Motion," *Computational Geometry: Theory and Applications*, **7**, 1997, 113-124.

J-32. Michael T. Goodrich and Edgar A. Ramos, "Bounded-Independence Derandomization of Geometric Partitioning with Applications to Parallel Fixed-Dimensional Linear Programming," *Discrete & Computational Geometry*, **18**(4), 1997, 397–420.

J-33. Michael T. Goodrich, "An Improved Ray Shooting Method for Constructive Solid Geometry Models via Tree Contraction," *International Journal of Computational Geometry & Applications*, **8**(1), 1998, 1–23.

J-34. Gill Barequet, Amy J. Briggs, Matthew T. Dickerson, and Michael T. Goodrich, "Offset-Polygon Annulus Placement Problems," *Computational Geometry: Theory and Applications*, **11**(3–4), 1998–99, 125–141.

J-35. Michael T. Goodrich and Roberto Tamassia, "Dynamic Trees and Dynamic Point Location," *SIAM J. Comput.*, **28**(2), 1999, 612–636.

J-36. Gill Barequet, Stina S. Bridgeman, Christian A. Duncan, Michael T. Goodrich, and Roberto Tamassia, "GeomNet: Geometric Computing Over the Internet," *IEEE Internet Computing*, **3**(2), 1999, 21–29.

J-37. Michael T. Goodrich, Joseph S.B. Mitchell, and Mark W. Orletsky, "Approximate Geometric Pattern Matching Under Rigid Motion," *IEEE Trans. on Pattern Analysis and Machine Intelligence*, **21**(4), 1999, 371–379.

J-38. Michael T. Goodrich, "Communication-Efficient Parallel Sorting," *SIAM Journal on Computing*, **29**(2), 1999, 416–432.

J-39. Christian A. Duncan, Michael T. Goodrich, Stephen G. Kobourov, "Balanced Aspect Ratio Trees and Their Use for Drawing Very Large Graphs," *Journal of Graph Algorithms and Applications*, **4**(3), 2000, 19–46. Also available at www.cs.brown.edu/publications/jgaa/.

J-40. Michael T. Goodrich and Christopher G. Wagner, "A Framework for Drawing Planar Graphs with Curves and Polylines," *Journal of Algorithms*, **37**, 2000, 399–421.

J-41. Christian A. Duncan, Michael T. Goodrich, Stephen G. Kobourov, "Balanced Aspect Ratio Trees: Combining the Benefits of $k$-D Trees and Octrees," *J. Algorithms*, **38**, 2001, 303–333.

J-42. Gill Barequet, Matthew T. Dickerson, and Michael T. Goodrich, "Voronoi Diagrams for Polygon-Offset Distance Functions," *Discrete and Computational Geometry*, **25**(2), 2001, 271–291.

J-43. C.C. Cheng, Christian A. Duncan, Michael T. Goodrich, and Stephen G. Kobourov, "Drawing Planar Graphs with Circular Arcs," *Discrete and Computational Geometry*, **25**(3), 2001, 405–418.

J-44. Nancy M. Amato, Michael T. Goodrich, and Edgar A. Ramos, "A Randomized Algorithm for Triangulating a Simple Polygon in Linear Time," *Discrete and Computational Geometry*, **26**(2), 2001, 245–265.

J-45. Roberto Tamassia, Michael T. Goodrich, Luca Vismara, Mark Handy, Galina Shubina, Robert Cohen, Benoît Hudson, Ryan S. Baker, Natasha Gelfand, and Ulrik Brandes, "JDSL: The Data Structures Library in Java," *Dr. Dobbs Journal*, **323**, 2001, 21–31.

J-46. Gill Barequet, Danny Z. Chen, Ovidiu Daescu, Michael T. Goodrich, and Jack S. Snoeyink, "Efficiently Approximating Polygonal Paths in Three and Higher Dimensions," *Algorithmica*, **33**(2), 2002, 150–167.

J-47. Timothy M. Chan, Michael T. Goodrich, S. Rao Kosaraju, and Roberto Tamassia, "Optimizing Area and Aspect Ratio in Straight-Line Orthogonal Tree Drawings," *Computational Geometry: Theory and Applications*, **23**(2), 2002, 153–162.

J-48. Christian A. Duncan, Michael T. Goodrich, and Stephen G. Kobourov, "Planarity-Preserving Clustering and Embedding for Large Planar Graphs," *Computational Geometry: Theory and Applications*, **24**(2), 2003, 95–114.

J-49. Adam L. Buchsbaum and Michael T. Goodrich, "Three-Dimensional Layers of Maxima," *Algorithmica*, **39**, 2004, 275–286.

J-50. Gill Barequet, Michael T. Goodrich, and Chris Riley, "Drawing Graphs with Large Vertices and Thick Edges," *J. of Graph Algorithms and Applications* (JGAA), **8**(1), 2004, 3–20.

J-51. Gill Barequet, Michael T. Goodrich, Aya Levi-Steiner, and Dvir Steiner, "Contour Interpolation by Straight Skeletons," *Graphical Models* (GM), **66**(4), 2004, 245–260.

J-52. Pawel Gajer, Michael T. Goodrich, and Stephen G. Kobourov, "A Multi-Dimensional Approach to Force-Directed Layouts of Large Graphs," *Computational Geometry: Theory and Applications*, **29**(1), 3–18, 2004.

J-53. Gill Barequet, Prosenjit Bose, Matthew T. Dickerson, and Michael T. Goodrich, "Optimizing a Constrained Convex Polygonal Annulus," *J. of Discrete Algorithms* (JDA), **3**(1), 1–26, 2005.

J-54. Amitabha Bagchi, Adam L. Buchsbaum, and Michael T. Goodrich, "Biased Skip Lists," *Algorithmica*, **42**(1), 31–48, 2005.

J-55. Matthew T. Dickerson, David Eppstein, Michael T. Goodrich, Jeremy Yu Meng, "Confluent Drawings: Visualizing Non-planar Diagrams in a Planar Way," *J. of Graph Algorithms and Applications* (JGAA), **9**(1), 31–52, 2005.

J-56. Amitabha Bagchi, Amitabh Chaudhary, Michael T. Goodrich, Chen Li, and Michal Shmueli-Scheuer, "Achieving Communication Efficiency through Push-Pull Partitioning of Semantic Spaces to Disseminate Dynamic Information," *IEEE Trans. on Knowledge and Data Engineering* (TKDE), **18**(10), 1352–1367, 2006.

J-57. David Eppstein, Michael T. Goodrich, and Jeremy Yu Meng, "Confluent Layered Drawings," *Algorithmica*, **47**(4), 439–452, 2007.

J-58. Amitabha Bagchi, Amitabh Chaudhary, David Eppstein, and Michael T. Goodrich, "Deterministic Sampling and Range Counting in Geometric Data Streams," *ACM Transactions on Algorithms*, **3**(2), Article 16, 2007, 18 pages.

J-59. David Eppstein, Michael T. Goodrich, and Daniel S. Hirschberg, "Improved Combinatorial Group Testing Algorithms for Real-World Problem Sizes," *SIAM Journal on Computing*, **36**(5), 1360–1375, 2007.

J-60. David Eppstein, Michael T. Goodrich, and Jonathan Z. Sun, "Skip Quadtrees: Dynamic Data Structures for Multidimensional Point Sets," *Int. Journal on Computational Geometry and Applications*, **18**(1/2), 131–160, 2008.

J-61. Michael T. Goodrich, "Probabilistic Packet Marking for Large-Scale IP Traceback," *IEEE/ACM Transactions on Networking*, **16**(1), 15–24, 2008.

J-62. Michael T. Goodrich and Daniel S. Hirschberg, "Improved Adaptive Group Testing Algorithms with Applications to Multiple Access Channels and Dead Sensor Diagnosis," *Journal of Combinatorial Optimization*, **15**(1), 95–121, 2008.

J-63. Michael T. Goodrich, Roberto Tamassia, and Danfeng Yao, "Notarized Federated ID Management and Authentication," *Journal of Computer Security*, **16**(4), 399–418, 2008.

J-64. Michael T. Goodrich, "Pipelined Algorithms to Detect Cheating in Long-Term Grid Computations," *Theoretical Computer Science*, **408**, 199–207, 2008.

J-65. David Eppstein, Michael T. Goodrich, Ethan Kim, and Rasmus Tamstorf, "Motorcycle Graphs: Canonical Quad Mesh Partitioning," *Computer Graphics Forum*, special issue on papers from 6th European Symp. on Geometry Processing (SGP), **27**(6), 1477–1486, 2008.

J-66. Michael T. Goodrich, Michael Sirivianos, John Solis, Claudio Soriente, Gene Tsudik, Ersin Uzun, "Using Audio in Secure Device Pairing," *Int. J. Security and Networks*, **4**(1/2), 57–68, 2009.

J-67. Michael T. Goodrich, "On the Algorithmic Complexity of the Mastermind Game with Black-Peg Results," *Information Processing Letters*, **109**, 675–678, 2009.

J-68. David Eppstein, Michael T. Goodrich, Ethan Kim, and Rasmus Tamstorf, "Approximate Topological Matching of Quad Meshes," *The Visual Computer*, **25**(8), 771–783, 2009.

J-69. David Eppstein and Michael T. Goodrich, "Succinct Greedy Geometric Routing Using Hyperbolic Geometry," *IEEE Transactions on Computers*, **60**(11), 1571–1580, 2011. Posted online Dec. 2010, IEEE Computer Society Digital Library.

J-70. David Eppstein, Michael T. Goodrich, and Darren Strash, "Linear-Time Algorithms for Geometric Graphs with Sublinearly Many Edge Crossings," *SIAM Journal on Computing*, **39**(8), 3814–3829, 2010.

J-71. Michael T. Goodrich, Roberto Tamassia, and Nikos Triandopoulos, "Efficient Authenticated Data Structures for Graph Connectivity and Geometric Search Problems," *Algorithmica*, **60**(3), 505–552, 2011.

J-72. David Eppstein and Michael T. Goodrich, "Straggler Identification in Round-Trip Data Streams via Newton's Identities and Invertible Bloom Filters," *IEEE Transactions on Knowledge and Data Engineering* (TKDE), **23**(2), 297–306, 2011.

J-73. Christian A. Duncan, Michael T. Goodrich, Stephen G. Kobourov, "Planar Drawings of Higher-Genus Graphs," *Journal of Graph Algorithms and Applications*, **15**(1), 7–32, 2011.

J-74. Matthew T. Dickerson, Michael T. Goodrich, Thomas D. Dickerson, and Ying Daisy Zhuo "Round-Trip Voronoi Diagrams and Doubling Density in Geographic Networks," *Transactions on Computational Science*, M.L. Gavrilova et al. (Eds.), Vol. 14, LNCS 6970, 211–238, 2011.

J-75. Michael T. Goodrich, "Randomized Shellsort: A Simple Data-Oblivious Sorting Algorithm," *Journal of the ACM*, **58**(6), Article No. 27, 2011.

J-76. Christian A. Duncan, David Eppstein, Michael T. Goodrich, Stephen G. Kobourov, and Martin Nöllenburg, "Lombardi Drawings of Graphs," *Journal of Graph Algorithms and Applications (JGAA)*, **16**(1), 85–108, 2012.

J-77. Erin Wolf-Chambers, David Eppstein, Michael T. Goodrich, and Maarten Löffler, "Drawing Graphs in the Plane with a Prescribed Outer Face and Polynomial Area," *Journal of Graph Algorithms and Applications (JGAA)*, **16**(2), 243–259, 2012.

J-78. Michael T. Goodrich, Duy Nguyen, Olga Ohrimenko, Charalmpos Papamanthou, Roberto Tamassia, Nikos Triandopoulos, and Cristina V. Lopes, "Efficient Verification of Web-Content Searching Through Authenticated Web Crawlers," *Proc. VLDB*, **5**(10):920-931, 2012.

J-79. David Eppstein, Michael T. Goodrich, Darren Strash, and Lowell Trott, "Extended Dynamic Subgraph Statistics Using h-Index Parameterized Data Structures," *Theoretical Computer Science*, **447**, 44–52, 2012.

J-80. Michael T. Goodrich, "Learning Character Strings via Mastermind Queries, With a Case Study Involving mtDNA," *IEEE Transactions on Information Theory*, **58**(11), 6726–6736, 2012.

J-81. Arthur U. Asuncion and Michael T. Goodrich, "Nonadaptive Mastermind Algorithms for String and Vector Databases, with Case Studies," *IEEE Transactions on Knowledge and Data Engineering* (TKDE), **25**(1), 131–144, 2013.

J-82. Christian A. Duncan, David Eppstein, Michael T. Goodrich, Stephen G. Kobourov, and Martin Nöllenburg, "Drawing Trees with Perfect Angular Resolution and Polynomial Area," *Discrete & Computational Geometry*, **49**(2), 157–182, 2013.

9

J-83. Elaine Angelino, Michael T. Goodrich, Michael Mitzenmacher and Justin Thaler, "External Memory Multimaps," *Algorithmica*, **67**(1), 23–48, 2013.

J-84. David Eppstein, Michael T. Goodrich, Maarten Löffler, Darren Strash and Lowell Trott, "Category-Based Routing in Social Networks: Membership Dimension and the Small-World Phenomenon," *Theoretical Computer Science*, **514**, 96–104, 2013.

J-85. Michael T. Goodrich, "Spin-the-bottle Sort and Annealing Sort: Oblivious Sorting via Round-robin Random Comparisons," *Algorithmica*, **68**(4), 835–858, 2014.

J-86. Michael J. Bannister, William E. Devanny, David Eppstein, and Michael T. Goodrich, "The Galois Complexity of Graph Drawing: Why Numerical Solutions are Ubiquitous for Force-Directed, Spectral, and Circle Packing Drawings," *Journal of Graph Algorithms and Applications*, **19**(2), 619–656, 2015.

J-87. Christian Duncan, David Eppstein, Michael T. Goodrich, Stephen G. Kobourov and Maarten Löffler, "Planar and Poly-Arc Lombardi Drawings," *Journal of Computational Geometry* (JoCG), **9**(1), 328–355, 2018.

J-88. Gill Barequet, David Eppstein, Michael T. Goodrich, and Nil Mamano, "Stable-Matching Voronoi Diagrams: Combinatorial Complexity and Algorithms," *Journal of Computational Geometry* (JoCG), **11**(1), 26–59, 2020.

J-89. Michael T. Goodrich, Zhanhang Marco Liang, and Shuang Zhao, "Inverse-Rendering Based Analysis of the Fine Illumination Effects in the Salvator Mundi," *Leonardo*, **53**(4), 380–386, 2020.

J-90. William E. Devanny, Michael T. Goodrich, Sandy Irani, "A Competitive Analysis for the Start-Gap Algorithm for Online Memory Wear Leveling," *Information Processing Letters*, **116**, 106042, 2021.

J-91. Gill Barequet, Minati De, and Michael T. Goodrich, "Convex-Straight-Skeleton Voronoi Diagrams for Segments and Convex Polygons," *Algorithmica*, **83**(7), 2245–2272, 2021.

J-92. Giordano Da Lozzo, David Eppstein, Michael T. Goodrich, and Siddharth Gupta, "C-Planarity Testing of Embedded Clustered Graphs with Bounded Dual Carving-Width," *Algorithmica*, **83**(8), 2471–2502, 2021.

J-93. Michael Shindler, Michael T. Goodrich, Ofek Gila, Michael B. Dillencourt, "Beyond Big O: Teaching Experimental Algorithmics," *Journal of Computing Sciences in Colleges*, **37**(10), 23–36, 2022.

J-94. Pratibha Choudhary, Michael T. Goodrich, Siddharth Gupta, Hadi Khodabandeh, Pedro Matias, and Venkatesh Raman, "Improved Kernels for Tracking Paths," *Information Processing Letters*, **181**, 106360, 1–11, 2023.

J-95. Michael B. Dillencourt and Michael T. Goodrich, "Simplified Chernoff Bounds with Powers-of-Two Probabilities," *Information Processing Letters*, **182**, 106397, 1–7, 2023.

J-96. Shanshan Han, Vishal Chakraborty, Michael T. Goodrich, Sharad Mehrotra, Shantanu Sharma, "VEIL: A Storage and Communication Efficient Volume-Hiding Algorithm," *Proc. ACM Management of Data* (SIGMOD), **1**(4), 265:1-265:27, 2023.

J-97. Michael B. Dillencourt, Michael T. Goodrich, and Michael Mitzenmacher, "Leveraging Parameterized Chernoff Bounds for Simplified Algorithm Analyses," *Information Processing Letters*, **187**, 106516, 1–7, 2025.

J-98. Michael T. Goodrich, "A Lower Bound for the Quickhull Convex Hull Algorithm that Disproves the Quickhull Precision Conjecture," *Information Processing Letters*, **189**, 106558, 1–7, 2025.

J-99. Michael A. Bender, Martin Farach-Colton, Michael T. Goodrich, and Hanna Komlos, "History-Independent Dynamic Partitioning: Operation-Order Privacy in Ordered Data Structures," *ACM SIGMOD Record*, **54**(1), 17–26, 2025.

**Papers in Proceedings:**

C-1. Mikhail J. Atallah and Michael T. Goodrich, "Efficient Parallel Solutions to Geometric Problems," *1985 IEEE Int. Conf. on Parallel Processing (ICPP)*, 411–417. (Proceedings version of J-1.)

C-2. Francine Berman, Michael T. Goodrich, Charles Koelbel, W.J. Robison III, and Karen Showell, "Prep-P: A Mapping Preprocessor for CHiP Computers," *1985 IEEE Int. Conf. on Parallel Processing*, 731–733.

C-3. Mikhail J. Atallah and Michael T. Goodrich, "Parallel Algorithms For Some Functions of Two Convex Polygons," *24th Allerton Conf. on Communication, Control and Computing*, 1986, 758–767. (Proceedings version of J-4.)

C-4. Mikhail J. Atallah and Michael T. Goodrich, "Efficient Plane Sweeping in Parallel," *2nd ACM Symp. on Computational Geometry* (SoCG), 1986, 216–225.

C-5. Michael T. Goodrich, "A Polygonal Approach to Hidden-Line Elimination," *25th Allerton Conf. on Communication, Control, and Computing*, 1987, 849–858. (Proceedings version of J-12.)

C-6. Mikhail J. Atallah, Richard Cole, and Michael T. Goodrich, "Cascading Divide-and-Conquer: A Technique for Designing Parallel Algorithms," *28th IEEE Symp. on Foundations of Computer Science* (FOCS), 1987, 151-160. (Proceedings version of J-5.)

C-7. Mikhail J. Atallah, Michael T. Goodrich, and S. Rao Kosaraju, "Parallel Algorithms for Evaluating Sequences of Set-Manipulation Operations," *3rd Aegean Workshop on Computing* (AWOC), *Lecture Notes in Computer Science* (LNCS): 319, Springer, 1988, 1–10. (Proceedings version of J-19.)

C-8. Richard Cole and Michael T. Goodrich, "Optimal Parallel Algorithms for Polygon and Point-Set Problems," *4th ACM Symp. on Computational Geometry* (SoCG), 1988, 201–210. (Proceedings version of J-11.)

C-9. Michael T. Goodrich, "Intersecting Line Segments in Parallel with an Output-Sensitive Number of Processors," *1989 ACM Symp. on Parallel Algorithms and Architectures* (SPAA), 127–137. (Proceedings version of J-10.)

C-10. Michael T. Goodrich and S. Rao Kosaraju, "Sorting on a Parallel Pointer Machine with Applications to Set Expression Evaluation," *30th IEEE Symp. on Foundations of Computer Science* (FOCS), 1989, 190–195. (Proceedings version of J-24.)

C-11. Michael T. Goodrich, Colm Ó'Dúnlaing, and Chee Yap "Constructing the Voronoi Diagram of a Set of Line Segments in Parallel," *Lecture Notes in Computer Science 382, Algorithms and Data Structures* (WADS), Springer, 1989, 12–23. (Proceedings version of J-14.)

C-12. Michael T. Goodrich and Jack S. Snoeyink, "Stabbing Parallel Segments with a Convex Polygon," *Lecture Notes in Computer Science 382, Algorithms and Data Structures* (WADS), Springer, 1989, 231–242. (Proceedings version of J-8.)

C-13. John K. Johnstone and Michael T. Goodrich, "A Localized Method for Intersecting Plane Algebraic Curve Segments," *New Advances in Computer Graphics: Proc. of Computer Graphics International '89*, R.A. Earnshaw, B. Wyvel, eds., Springer, 1989, 165–181. (Proceedings version of J-9.)

C-14. Mikhail J. Atallah, Paul H. Callhan, and Michael T. Goodrich, "P-Complete Geometric Problems," *2nd ACM Symp. on Parallel Algorithms and Architectures* (SPAA), 1990, 317–326. (Proceedings version of J-18.)

C-15. Richard Cole, Michael T. Goodrich, Colm Ó Dúnlaing, "Merging Free Trees in Parallel for Efficient Voronoi Diagram Construction", *17th Int. Conf. on Automata, Languages, and Programming* (ICALP), 1990, 432–445. (Proceedings version of J-27.)

C-16. Michael T. Goodrich, Mikhail J. Atallah, and Mark H. Overmars, "An Input-Size/Output-Size Trade-Off in the Time-Complexity of Rectilinear Hidden-Surface Removal", *17th Int. Conf. on Automata, Languages, and Programming* (ICALP), 1990, 689–702. (Proceedings version of J-17.)

C-17. Michael T. Goodrich, Mujtaba R. Ghouse, and Jonathan Bright, "Generalized Sweep Methods for Parallel Computational Geometry," *2nd ACM Symp. on Parallel Algorithms and Architectures* (SPAA), 1990, 280–289. (Proceedings version of J-23.)

C-18. Michael T. Goodrich, "Applying Parallel Processing Techniques to Classification Problems in Constructive Solid Geometry," *1st ACM-SIAM Symp. on Discrete Algorithms* (SODA), 1990, 118–128. (Proceedings version of J-33.)

C-19. Michael T. Goodrich, Steven B. Shauck, and Sumanta Guha, "Parallel Methods for Visibility and Shortest Path Problems in Simple Polygons," *6th ACM Symp. on Computational Geometry* (SoCG), 1990, 73–82. (Proceedings version of J-13.)

C-20. Mujtaba R. Ghouse and Michael T. Goodrich, "In-Place Techniques for Parallel Convex Hull Algorithms," *3rd ACM Symp. on Parallel Algorithms and Architectures* (SPAA), 1991, 192–203. (Proceedings version of J-30.)

C-21. Michael T. Goodrich, "Constructing Arrangements Optimally in Parallel," *3rd ACM Symp. on Parallel Algorithms and Architectures* (SPAA), 1991, 169–179. (Proceedings version of J-16.)

C-22. Michael T. Goodrich and Roberto Tamassia, "Dynamic Trees and Dynamic Point Location," *23rd ACM Symp. on Theory of Computing* (STOC), 1991, 523–533. (Proceedings version of J-35.)

C-23. Michael T. Goodrich, "Using Approximation Algorithms to Design Parallel Algorithms that May Ignore Processor Allocation," *32nd IEEE Symp. on Foundations of Computer Science* (FOCS), 1991, 711–722.

C-24. Michael T. Goodrich, "Planar Separators and Parallel Polygon Triangulation," *24th ACM Symp. on Theory of Computing* (STOC), 1992, 507–516. (Proceedings version of J-22.)

C-25. Michael T. Goodrich, Yossi Matias, Uzi Vishkin, "Approximate Parallel Prefix Computation and Its Applications," *7th IEEE Int. Parallel Processing Symp* (IPPS), 1993, 318–325.

C-26. Mujtaba R. Ghouse and Michael T. Goodrich, "Experimental Evidence for the Power of Random Sampling in Practical Parallel Algorithms," *7th IEEE Int. Parallel Processing Symp* (IPPS), 1993, 549–556.

C-27. L. Paul Chew, Michael T. Goodrich, Daniel P. Huttenlocher, Klara Kedem, Jon M. Kleinberg, and Dina Kravets, "Geometric Pattern Matching under Euclidean Motion," *5th Canadian Conf. on Computational Geometry* (CCCG), 1993, 151–156. (Proceedings version of J-31.)

C-28. Michael T. Goodrich, "Geometric Partitioning Made Easier, Even in Parallel," *9th ACM Symp. on Computational Geometry* (SoCG), 1993, 73–82.

C-29. Michael T. Goodrich and Roberto Tamassia, "Dynamic Ray Shooting and Shortest Paths via Balanced Geodesic Triangulations," *9th ACM Symp. on Computational Geometry* (SoCG), 1993, 318–327. (Proceedings version of J-29.)

C-30. Ashim Garg, Michael T. Goodrich, and Roberto Tamassia, "Area-Efficient Upward Tree Drawings," *9th ACM Symp. on Computational Geometry* (SoCG), 1993, 359–368. (Proceedings version of J-25.)

C-31. Mark H. Nodine, Michael T. Goodrich, and Jeffrey S. Vitter, "Blocking for External Graph Searching," *12th ACM Symp. on Principles of Database Systems* (PODS), 1993, 222–232. (Proceedings version of J-26.)

C-32. Esther M. Arkin, Michael T. Goodrich, Joseph S.B. Mitchell, David Mount, and Steven S. Skiena, "Point Probe Decision Trees for Geometric Concept Classes," *Lecture Notes in Computer Science 709: Algorithms and Data Structures* (WADS), Springer, 1993, 95–106.

C-33. Michael T. Goodrich, Jyh-Jong Tsay, Darren E. Vengroff, and Jeffrey S. Vitter, "External-Memory Computational Geometry," *34th IEEE Symp. on Foundations of Computer Science* (FOCS), 1993, 714–723.

C-34. Michael T. Goodrich, Yossi Matias, and Uzi Vishkin, "Optimal Parallel Approximation Algorithms for Prefix Sums and Integer Sorting," *5th ACM-SIAM Symp. on Discrete Algorithms* (SODA), 1994, 241–250.

C-35. Hervé Brönnimann and Michael T. Goodrich, "Almost Optimal Set Covers in Finite VC-Dimension," *10th ACM Symp. on Computational Geometry* (SoCG), 1994, 293–302. (Proceedings version of J-21.)

C-36. Michael T. Goodrich, "Efficient Piecewise-Linear Function Approximation Using the Uniform Metric," *10th ACM Symp. on Computational Geometry* (SoCG), 1994, 322–331. (Proceedings version of J-20.)

C-37. Mikhail J. Atallah, Michael T. Goodrich, and Kumar Ramaiyer, "Biased Finger Trees and Three-Dimensional Layers of Maxima," *10th ACM Symp. on Computational Geometry* (SoCG), 1994, 150–159.

C-38. Michael T. Goodrich, Joseph S.B. Mitchell, and Mark W. Orletsky, "Practical Methods for Approximate Geometric Pattern Matching under Rigid Motions," *10th ACM Symp. on Computational Geometry* (SoCG), 1994, 103–112. (Proceedings version of J-37.)

C-39. Nancy M. Amato, Michael T. Goodrich, Edgar A. Ramos, "Parallel Algorithms for Higher-Dimensional Convex Hulls," *35th IEEE Symp. on Foundations of Computer Science* (FOCS), 1994, 683–694.

C-40. Paul J. Tanenbaum, Michael T. Goodrich, and Edward R. Scheinerman, "Characterization and Recognition of Point-Halfspace and Related Orders," *2nd Int. Symp. on Graph Drawing* (GD), Lecture Notes in Computer Science 894, Springer, 1994, 234–245.

C-41. Yi-Jen Chiang, Michael T. Goodrich, Edward F. Grove, Roberto Tamassia, Darren E. Vengroff, and Jeffrey S. Vitter, "External-Memory Graph Algorithms," *6th ACM-SIAM Symp. on Discrete Algorithms* (SODA), 1995, 139–149.

C-42. Nancy M. Amato, Michael T. Goodrich, and Edgar A. Ramos, "Computing Faces in Segment and Simplex Arrangements," *27th ACM Symp. on Theory of Computing* (STOC), 1995, 672–682.

C-43. Paul H. Callhan, Michael T. Goodrich, and Kumar Ramaiyer, "Topology B-Trees and Their Applications," *1995 Workshop on Algorithms and Data Structures* (WADS), Lecture Notes in Computer Science 955, Springer, 381–392.

C-44. Gautam Das and Michael T. Goodrich, "On the Complexity of Approximating and Illuminating Three-Dimensional Convex Polyhedra," *1995 Workshop on Algorithms and Data Structures* (WADS), Lecture Notes in Computer Science 955, Springer, 74–85. (Proceedings version of J-28.)

C-45. Michael T. Goodrich, "Fixed-Dimensional Parallel Linear Programming via Relative $\epsilon$-Approximations," *7th ACM-SIAM Symp. on Discrete Algorithms* (SODA), 1996, 132–141. (Proceedings version of J-32.)

C-46. Marek Chrobak, Michael T. Goodrich, and Roberto Tamassia, "Convex Drawings of Graphs in Two and Three Dimensions," *12th ACM Symp. on Computational Geometry* (SoCG), 1996, 319–328.

C-47. Michael T. Goodrich, "Communication-Efficient Parallel Sorting," *28th ACM Symp. on Theory of Computing* (STOC), 1996, 247–256. (Proceedings version of J-38.)

C-48. Timothy M. Chan, Michael T. Goodrich, S. Rao Kosaraju, and Roberto Tamassia, "Optimizing Area and Aspect Ratio in Straight-Line Orthogonal Tree Drawings," *4th Int. Symp. on Graph Drawing* (GD), Lecture Notes in Computer Science 1190, Springer, 1996, 63–75. (Proceedings version of J-47.)

C-49. Michael T. Goodrich, "Randomized Fully-Scalable BSP Techniques for Multi-Searching and Convex Hull Construction," *8th ACM-SIAM Symp. on Discrete Algorithms* (SODA), 1997, 767–776.

C-50. Christian A. Duncan, Michael T. Goodrich, and Edgar A. Ramos, "Efficient Approximation and Optimization Algorithms for Computational Metrology," *8th ACM-SIAM Symp. on Discrete Algorithms* (SODA), 1997, 121–130.

C-51. Michael T. Goodrich, Mark W. Orletsky, and Kumar Ramaiyer, "Methods for Achieving Fast Query Times in Point Location Data Structures," *8th ACM-SIAM Symp. on Discrete Algorithms* (SODA), 1997, 757–766.

C-52. Michael T. Goodrich, Leonidas J. Guibas, John Hershberger, Paul J. Tanenbaum, "Snap Rounding Line Segments Efficiently in Two and Three Dimensions," *13th ACM Symp. on Computational Geometry* (SoCG), 1997, 284–293.

C-53. Gill Barequet, Stina S. Bridgeman, Christian A. Duncan, Michael T. Goodrich, and Roberto Tamassia, "Classical Computational Geometry in GeomNet," *13th ACM Symp. on Computational Geometry* (SoCG), 1997, 412–414.

C-54. Gill Barequet, Amy J. Briggs, Matthew T. Dickerson, Cristian Dima, and Michael T. Goodrich, "Animating the Polygon-Offset Distance Function," *13th ACM Symp. on Computational Geometry* (SoCG), 1997, 479–480, and the *Video Review for the 13th ACM Symp. on Computational Geometry* (SoCG).

C-55. Gill Barequet, Amy J. Briggs, Matthew T. Dickerson, and Michael T. Goodrich, "Offset-Polygon Annulus Placement Problems," *1997 Workshop on Algorithms and Data Structures* (WADS), 1997, 378–391. (Proceedings version of J-34.)

C-56. Gill Barequet, Matthew T. Dickerson, and Michael T. Goodrich, "Voronoi Diagrams for Polygon-Offset Distance Functions," *1997 Workshop on Algorithms and Data Structures* (WADS), 1997, 200–209. (Proceedings version of J-42.)

C-57. Natasha Gelfand, Michael T. Goodrich, and Roberto Tamassia, "Teaching Data Structure Design Patterns," *29th ACM SIGCSE Technical Symp. on Computer Science Education*, 1998, 331–335.

C-58. Michael T. Goodrich and Roberto Tamassia, "Teaching the Analysis of Algorithms with Visual Proofs," *29th ACM SIGCSE Technical Symp. on Computer Science Education*, 1998, 207–211.

C-59. Gill Barequet, Danny Z. Chen, Ovidiu Daescu, Michael T. Goodrich, and Jack S. Snoeyink, "Efficiently Approximating Polygonal Paths in Three and Higher Dimensions," *1998 ACM Symp. on Computational Geometry* (SoCG), 1998, 317–326. (Proceedings version of J-46.)

14

C-60. Michael T. Goodrich and Christopher G. Wagner, "A Framework for Drawing Planar Graphs with Curves and Polylines," *6th Int. Symp. on Graph Drawing* (GD), Lecture Notes in Computer Science 1547, Springer, 1998, 153–166. (Proceedings version of J-40.)

C-61. Christian A. Duncan, Michael T. Goodrich, Stephen G. Kobourov, "Balanced Aspect Ratio Trees and Their Use for Drawing Very Large Graphs," *6th Int. Symp. on Graph Drawing* (GD), Lecture Notes in Computer Science 1547, Springer, 1998, 111–124. (Proceedings version of J-39.)

C-62. Michael T. Goodrich, Mark Handy, Benoît Hudson, and Roberto Tamassia, "Abstracting Positional Information in Data Structures: Locators and Positions in JDSL," *Object-Oriented Programming, Systems, Languages & Applications (OOPSLA) '98 Technical Notes*, 1998.

C-63. Michael T. Goodrich and John G. Kloss II, "Tiered Vector: An Efficient Dynamic Array for JDSL," *Object-Oriented Programming, Systems, Languages & Applications (OOPSLA) '98 Technical Notes*, 1998.

C-64. Michael T. Goodrich, Mark Handy, Benoît Hudson, and Roberto Tamassia, "Accessing the Internal Organization of Data Structures in the JDSL Library," *Int. Workshop on Algorithm Engineering and Experimentation* (ALENEX), Springer, Lecture Notes in Computer Science, Vol. 1619, 1999, 124–139.

C-65. Christian A. Duncan, Michael T. Goodrich, Stephen G. Kobourov, "Balanced Aspect Ratio Trees: Combining the Benefits of $k$-D Trees and Octrees," *10th ACM-SIAM Symp. on Discrete Algorithms* (SODA), 1999, 300–309. (Proceedings version of J-41.)

C-66. Ryan S. Baker, Michael Boilen, Michael T. Goodrich, Roberto Tamassia, and B. Aaron Stibel, "Testers and Visualizers for Teaching Data Structures," *30th ACM SIGCSE Technical Symp. on Computer Science Education*, 1999, 261–265.

C-67. Michael T. Goodrich and Roberto Tamassia, "Using Randomization in the Teaching of Data Structures and Algorithms," *30th ACM SIGCSE Technical Symp. on Computer Science Education*, 1999, 53–57. (Proceedings version of Ch-5.)

C-68. Gill Barequet, Christian Duncan, Michael T. Goodrich, Sudodh Kumar, Mihai Pop, "Efficient Perspective-Accurate Silhouette Computation," *15th ACM Symp. on Computational Geometry* (SoCG), 1999, 417–418, and the *Video Review for the 15th ACM Symp. on Computational Geometry* (SoCG).

C-69. C.C. Cheng, Christian A. Duncan, Michael T. Goodrich, and Stephen G. Kobourov, "Drawing Planar Graphs with Circular Arcs," *7th Int. Symp. on Graph Drawing* (GD), Lecture Notes in Computer Science 1731, Springer, 1999, 117–126. (Proceedings version of J-43.)

C-70. Christian A. Duncan, Michael T. Goodrich, and Stephen G. Kobourov, "Planarity-Preserving Clustering and Embedding for Large Planar Graphs," *7th Int. Symp. on Graph Drawing* (GD), Lecture Notes in Computer Science 1731, Springer, 1999, 186–196. (Proceedings version of J-48.)

C-71. Michael T. Goodrich and J.G. Kloss II, "Tiered Vectors: Efficient Dynamic Arrays for Rank-Based Sequences," *1999 Workshop on Algorithms and Data Structures* (WADS), Lecture Notes in Computer Science 1663, Springer, 1999, 205–216.

C-72. Michael T. Goodrich, "Competitive Tree-Structured Dictionaries," *11th ACM-SIAM Symp. on Discrete Algorithms* (SODA), 2000, 494–495.

C-73. Nancy M. Amato, Michael T. Goodrich, and Edgar A. Ramos, "Computing the Arrangement of Curve Segments: Divide-and-Conquer Algorithms via Sampling," *11th ACM-SIAM Symp. on Discrete Algorithms* (SODA), 2000, 705–706.

C-74. S. Bridgeman, Michael T. Goodrich, Stephen G. Kobourov, and Roberto Tamassia, "PILOT: An Interactive Tool for Learning and Grading," *31st ACM SIGCSE Technical Symp. on Computer Science Education*, 2000, 139–143.

C-75. S. Bridgeman, Michael T. Goodrich, Stephen G. Kobourov, and Roberto Tamassia, "SAIL: A System for Generating, Archiving, and Retrieving Specialized Assignments in LaTeX," *31st ACM SIGCSE Technical Symp. on Computer Science Education*, 2000, 300–304.

C-76. Nancy M. Amato, Michael T. Goodrich, and Edgar A. Ramos, "Linear-Time Triangulation of a Simple Polygon Made Easier Via Randomization," *16th ACM Symp. on Computational Geometry* (SoCG), 2000, 201-212. (Proceedings version of J-44.)

C-77. Adam L. Buchsbaum, Michael T. Goodrich, and Jeffery R. Westbrook, "Range Searching Over Tree Cross Products," *8th European Symp. on Algorithms* (ESA), Lecture Notes in Computer Science 1879, Springer, 2000, 120–131.

C-78. Christian A. Duncan, Matthew T. Dickerson, and Michael T. Goodrich, "$k$-D Trees are Better When Cut on the Longest Side," *8th European Symp. on Algorithms* (ESA), Lecture Notes in Computer Science 1879, Springer, 2000, 179–190.

C-79. Pawel Gajer, Michael T. Goodrich, and Stephen G. Kobourov, "A Fast Multi-Dimensional Algorithm for Drawing Large Graphs," *8th Int. Symp. on Graph Drawing* (GD), Lecture Notes in Computer Science 1984, Springer, 2001, 211–221. (Proceedings version of J-52.)

C-80. Giuseppe Ateniese, Breno de Medeiros, and Michael T. Goodrich, "TRICERT: A Distributed Certified E-mail Scheme," *Network and Distributed Systems Security Symp.* (NDSS), 2001, 47–56.

C-81. Michael T. Goodrich and Roberto Tamassia, "Teaching Internet Algorithmics," *32nd ACM SIGCSE Technical Symp. on Computer Science Education*, 2001, 129–133.

C-82. Mihai Pop, Gill Barequet, Christian A. Duncan, Michael T. Goodrich, Wenjing Hwang, and Sudodh Kumar, "Efficient Perspective-Accurate Silhouette Computation and Applications," *17th ACM Symp. on Computational Geometry* (SoCG), 2001, 60–68.

C-83. Michael T. Goodrich and Roberto Tamassia, "Implementation of an Authenticated Dictionary with Skip Lists and Commutative Hashing," *DARPA Information Survivability Conf. & Exposition II* (DISCEX), IEEE Press, 2001, 68–82.

C-84. Amitabha Bagchi, Amitabh Chaudhary, Rahul Garg, Michael T. Goodrich, and Vijay Kumar, "Seller-Focused Algorithms for Online Auctioning," *2001 Workshop on Algorithms and Data Structures* (WADS), Lecture Notes in Computer Science 2125, Springer, 2001, 135–147.

C-85. Aris Anagnostopoulos, Michael T. Goodrich, Roberto Tamassia, "Persistent Authenticated Dictionaries and Their Applications," *Information Security Conf.* (ISC), Lecture Notes in Computer Science 2200, Springer, 2001, 379–393.

C-86. Matthew T. Dickerson and Michael T. Goodrich, "Matching Points to a Convex Polygonal Boundary," *13th Canadian Conf. on Computational Geometry* (CCCG), 2001, 8 pages.

C-87. Michael T. Goodrich, Roberto Tamassia, and Jasminka Hasic, "An Efficient Dynamic and Distributed Cryptographic Accumulator," *5th Information Security Conf.* (ISC), Lecture Notes in Computer Science 2433, Springer, 2002, 372–388.

C-88. Adam L. Buchsbaum and Michael T. Goodrich, "Three-Dimensional Layers of Maxima," *10th European Symp. on Algorithms* (ESA), Lecture Notes in Computer Science 2461, Springer, 2002, 257–267. (Proceedings version of J-49.)

C-89. Amitabha Bagchi, Adam L. Buchsbaum, and Michael T. Goodrich, "Biased Skip Lists," *13th Int. Symp. on Algorithms and Computation* (ISAAC), Lecture Notes in Computer Science 2518, Springer, 2002, 1–13. (Proceedings version of J-54.)

C-90. Michael T. Goodrich, "Efficient Packet Marking for Large-Scale IP Traceback," *9th ACM Conf. on Computer and Communications Security* (CCS), 2002, 117–126. (Proceedings version of J-61.)

C-91. Michael T. Goodrich, Roberto Tamassia, Nikos Triandopoulos, and Robert Cohen, "Authenticated Data Structures for Graph and Geometric Searching," *RSA Conf.— Cryptographers' Track* (CT-RSA), Lecture Notes in Computer Science 2612, Springer, 2003, 295–313. (Proceedings version of J-71.)

C-92. Michael T. Goodrich, Michael Shin, Roberto Tamassia, and William H. Winsborough, "Authenticated Dictionaries for Fresh Attribute Credentials," *1st Int. Conf. on Trust Management* (iTrust), Lecture Notes in Computer Science 2692, Springer, 2003, 332–347.

C-93. Gill Barequet, Michael T. Goodrich, Aya Levi-Steiner, and Dvir Steiner, "Straight-Skeleton Based Contour Interpolation," *14th ACM-SIAM Symp. on Discrete Algorithms* (SODA), 2003, 119–127. (Proceedings version of J-51.)

C-94. Gill Barequet, Michael T. Goodrich, and Chris Riley, "Drawing Graphs with Large Vertices and Thick Edges," *2003 Workshop and Data Structures and Algorithms* (WADS), Lecture Notes in Computer Science 2748, Springer, 2003, 281–293. (Proceedings version of J-50.)

C-95. Amitabha Bagchi, Amitabh Chaudhary, Michael T. Goodrich, and Shouhuai Xu, "Constructing Disjoint Paths for Secure Communication," *17th Int. Symp. on Distributed Computing* (DISC), Lecture Notes in Computer Science 2848, Springer, 2003, 181–195.

C-96. Matthew T. Dickerson, David Eppstein, Michael T. Goodrich, Jeremy Yu Meng, "Confluent Drawings: Visualizing Non-planar Diagrams in a Planar Way," *11th Int. Symp. on Graph Drawing* (GD), Lecture Notes in Computer Science 2912, Springer, 2003, 1–12. (Proceedings version of J-55.)

C-97. Franz-Josef Brandenberg, David Eppstein, Michael T. Goodrich, Stephen G. Kobourov, Giuseppe Liotta, Petra Mutzel, "Selected Open Problems in Graph Drawing," *11th Int. Symp. on Graph Drawing* (GD), Lecture Notes in Computer Science 2912, Springer, 2003, 515–539.

C-98. Amitabha Bagchi, Amitabh Chaudhary, David Eppstein, and Michael T. Goodrich, "Deterministic Sampling and Range Counting in Geometric Data Streams," *20th ACM Symp. on Computational Geometry* (SoCG), 144–151, 2004. (Proceedings version of J-58.)

C-99. Michael T. Goodrich, Jonathan Z. Sun, and Roberto Tamassia, "Efficient Tree-Based Revocation in Groups of Low-State Devices," *Advances in Cryptology* (CRYPTO), Springer, Lecture Notes in Computer Science 3152, 511–527, 2004.

C-100. David Eppstein, Michael T. Goodrich, and Jeremy Yu Meng, "Confluent Layered Drawings," *12th Int. Symp. on Graph Drawing* (GD), Springer, Lecture Notes in Computer Science 3383, 184–194, 2004. (Proceedings version of J-57.)

C-101. Mikhail J. Atallah, Keith B. Frikken, Michael T. Goodrich, and Roberto Tamassia, "Secure Biometric Authentication for Weak Computational Devices," *9th Int. Conf. on Financial Cryptography and Data Security*, Springer, Lecture Notes in Computer Science 3570, 357–371, 2005.

C-102. Michael T. Goodrich, "Leap-Frog Packet Linking and Diverse Key Distributions for Improved Integrity in Network Broadcasts," *IEEE Symp. on Security and Privacy* (S&P), 196–207, 2005.

C-103. David Eppstein, Michael T. Goodrich, and Jonathan Z. Sun, "The Skip Quadtree: A Simple Dynamic Data Structure for Multidimensional Data," *21st ACM Symp. on Computational Geometry* (SoCG), 296–305, 2005. (Proceedings version of J-60.)

C-104. Mikhail J. Atallah, Michael T. Goodrich, and Roberto Tamassia, "Indexing Information for Data Forensics," *3rd Applied Cryptography and Network Security Conf.* (ACNS), Lecture Notes in Computer Science 3531, Springer, 206–221, 2005.

C-105. Wenliang Du and Michael T. Goodrich, "Searching for High-Value Rare Events with Uncheatable Grid Computing," *3rd Applied Cryptography and Network Security Conf.* (ACNS), Lecture Notes in Computer Science 3531, Springer, 122–137, 2005.

C-106. Lars Arge, David Eppstein, and Michael T. Goodrich, "Skip-Webs: Efficient Distributed Data Structures for Multi-Dimensional Data Sets," *24th ACM Symp. on Principles of Distributed Computing* (PODC), 2005.

C-107. David Eppstein, Michael T. Goodrich, and Daniel S. Hirschberg, "Improved Combinatorial Group Testing for Real-World Problem Sizes," *Workshop on Algorithms and Data Structures* (WADS), Lecture Notes in Computer Science 3608, Springer, 86–98, 2005. (Proceedings version of J-59.)

C-108. Amitabh Chaudhary and Michael T. Goodrich, "Balanced Aspect Ratio Trees Revisited," *Workshop on Algorithms and Data Structures* (WADS), Lecture Notes in Computer Science 3608, Springer, 73–85, 2005.

C-109. Michael T. Goodrich, Roberto Tamassia, and Danfeng Yao, "Accredited DomainKeys: A Service Architecture for Improved Email Validation," *2nd Conf. on Email and Anti-Spam* (CEAS), 1–8, 2005.

C-110. Michael T. Goodrich, George S. Lueker, and Jonathan Z. Sun, "C-Planarity of Extrovert Clustered Graphs," *13th Int. Symp. Graph Drawing* (GD), 211–222, 2005.

C-111. David Eppstein, Michael T. Goodrich, Jeremy Yu Meng, "Delta-Confluent Drawings," *13th Int. Symp. Graph Drawing* (GD), 165–176, 2005.

C-112. Michael T. Goodrich, Michael J. Nelson, and Jonathan Z. Sun, "The Rainbow Skip Graph: A Fault-Tolerant Constant-Degree Distributed Data Structure," *17th ACM-SIAM Symp. on Discrete Algorithms* (SODA), 384–393, 2006.

C-113. Michael T. Goodrich, Michael Sirivianos, John Solis, Gene Tsudik, Ersin Uzun, "Loud And Clear: Human-Verifiable Authentication Based on Audio," *26th IEEE Int. Conf. on Distributed Computing Systems* (ICDCS), 1–8, 2006. (Proceedings version of J-66.)

C-114. Michael T. Goodrich, Roberto Tamassia, and Danfeng Yao, "Notarized Federated Identity Management for Web Services," *20th IFIP WG Working Conf. on Data and Application Security* (DBSec), Springer, Lecture Notes in Computer Science, Vol. 4127, 133–147, 2006. (Proceedings version of J-63.)

C-115. Michael T. Goodrich and Daniel S. Hirschberg, "Efficient Parallel Algorithms for Dead Sensor Diagnosis and Multiple Access Channels," *18th ACM Symp. on Parallelism in Algorithms and Architectures* (SPAA), 118–127, 2006. (Proceedings version of J-62.)

C-116. YounSun Cho, Lichun Bao, and Michael T. Goodrich, "LAAC: A Location-Aware Access Control Protocol," *2006 3rd Annual Int. Conf. on Mobile and Ubiquitous Systems - Workshop on Ubiquitous Access Control* (IWUAC), 1–7, 2006.

C-117. Michael B. Dillencourt, David Eppstein, and Michael T. Goodrich, "Choosing Colors for Geometric Graphs via Color Space Embeddings," *14th Int. Symp. Graph Drawing* (GD), Lecture Notes in Computer Science, Vol. 4372, Springer, 294–305, 2006.

C-118. David Eppstein, Michael T. Goodrich, and Nodari Sitchinava, "Guard Placement for Wireless Localization," *23rd ACM Symp. on Computational Geometry* (SoCG), 27–36, 2007.

C-119. Michael T. Goodrich, Charalampos Papmanthou, and Roberto Tamassia, "On the Cost of Persistence and Authentication in Skip Lists," *6th Workshop on Experimental Algorithms* (WEA), LNCS 4525, 94–107, 2007.

C-120. Mikhail J. Atallah, M. Blanton, Michael T. Goodrich, and S. Polu, "Discrepancy-Sensitive Dynamic Fractional Cascading, Dominated Maxima Searching, and 2-d Nearest Neighbors in Any Minkowski Metric," *Workshop on Algorithms and Data Structures* (WADS), LNCS, Vol. 4619, Springer, 114–126, 2007.

C-121. David Eppstein and Michael T. Goodrich, "Space-Efficient Straggler Identification in Round-Trip Data Streams via Newton's Identities and Invertible Bloom Filters," *Workshop on Algorithms and Data Structures* (WADS), LNCS, Vol. 4619, Springer, 2007, 638–649. (Proceedings version of J-72.)

C-122. Michael T. Goodrich and Jonathan Z. Sun, "Checking Value-Sensitive Data Structures in Sublinear Space," *18th Int. Symp. on Algorithms and Computation* (ISAAC), LNCS, vol. 4835, Springer, 2007, 353–364.

C-123. Michael T. Goodrich, Roberto Tamassia, and Nikos Triandopoulos, "Super-Efficient Verification of Dynamic Outsourced Databases," *RSA Conf.—Cryptographers' Track* (CT-RSA), LNCS, vol. 4964, Springer, 2008, 407–424.

C-124. David Eppstein, Michael T. Goodrich, Ethan Kim, and Rasmus Tamstorf, "Approximate Topological Matching of Quadrilateral Meshes," *IEEE Int. Conf. on Shape Modeling and Applications* (SMI), 2008, 83–92. (Proceedings version of J-68.)

C-125. Gill Barequet, David Eppstein, Michael T. Goodrich, and Amir Vaxman, "Straight Skeletons of Three-Dimensional Polyhedra," *16th European Symp. on Algorithms* (ESA), LNCS, vol. 5193, 2008, 148–160.

C-126. Michael T. Goodrich, Charalampos Papmanthou, Roberto Tamassia, and Nikos Triandopoulos, "Athos: Efficient Authentication of Outsourced File Systems," *11th Information Security Conf.* (ISC), LNCS, vol. 5222, 2008, 80–96.

C-127. Lars Arge, Michael T. Goodrich, M. Nelson, and Nodari Sitchinava, "Fundamental Parallel Algorithms for Private-Cache Chip Multiprocessors," *20th ACM Symp. on Parallelism in Algorithms and Architectures* (SPAA), 2008, 197–206.

C-128. David Eppstein and Michael T. Goodrich, "Succinct Greedy Graph Drawing in the Hyperbolic Plane," *16th Int. Symp. on Graph Drawing* (GD), LNCS, vol. 5417, Springer, 2008, 14–25. (Proceedings version of J-69.)

C-129. David Eppstein and Michael T. Goodrich, "Studying (Non-Planar) Road Networks Through an Algorithmic Lens," *16th ACM SIGSPATIAL Int. Conf. on Adv. in Geographic Information Systems* (GIS), 2008, 125–134. **Best Paper Award**.

C-130. Matthew T. Dickerson and Michael T. Goodrich, "Two-Site Voronoi Diagrams in Geographic Networks," *16th ACM SIGSPATIAL Int. Conf. on Adv. in Geographic Information Systems* (GIS), 2008, 439–442.

C-131. David Eppstein, Michael T. Goodrich, and Darren Strash, "Linear-Time Algorithms for Geometric Graphs with Sublinearly Many Crossings," *20th ACM-SIAM Symp. on Discrete Algorithms* (SODA), 2009, 150–159. (Proceedings version of J-70.)

C-132. Michael T. Goodrich, "The Mastermind Attack on Genomic Data," *30th IEEE Symp. on Security and Privacy* (S&P), 2009, 204–218. (Proceedings version of J-80.)

19

C-133. Wenliang Du, David Eppstein, Michael T. Goodrich, and George S. Lueker, "On the Approximability of Geometric and Geographic Generalization and the Min-Max Bin Covering Problem," *Algorithms and Data Structures Symp.* (WADS), LNCS, vol. 5664, Springer, 2009, 242–253.

C-134. Michael T. Goodrich, Roberto Tamassia, and Nikos Triandopoulos, Jonathan Z. Sun, "Reliable Resource Searching in P2P Networks," *5th Int. ICST Conf. on Security and Privacy in Communication Networks* (SecureComm), Lecture Notes of ICST, vol. 19, Springer, 2009, 437–447.

C-135. Christian A. Duncan, Michael T. Goodrich, Stephen G. Kobourov, "Planar Drawings of Higher-Genus Graphs," *17th Int. Symp. on Graph Drawing* (GD), LNCS, Springer, vol. 5849, 2009, 45–56. (Proceedings version of J-73.)

C-136. David Eppstein, Michael T. Goodrich, Lowell Trott, "Going Off-road: Transversal Complexity in Road Networks," *17th ACM SIGSPATIAL Int. Conf. on Adv. in Geographic Information Systems* (GIS), 2009, 23–32.

C-137. Michael T. Goodrich and Darren Strash, "Succinct Greedy Geometric Routing in the Euclidean Plane," *20th Int. Symp. on Algorithms and Computation* (ISAAC), LNCS, vol. 5878, Springer, 2009, 781–791.

C-138. Michael T. Goodrich, "Randomized Shellsort: A Simple Oblivious Sorting Algorithm," *21st ACM-SIAM Symp. on Discrete Algorithms* (SODA), 2010, 1262–1277. (Proceedings version of J-75.)

C-139. Lars Arge, Michael T. Goodrich, and Nodari Sitchinava, "Parallel External Memory Graph Algorithms," *24th IEEE Int. Parallel & Distributed Processing Symp.* (IPDPS), 2010, 1–11.

C-140. Guan Wang, Tongbo Luo, Michael T. Goodrich, Wenliang Du, and Zutao Zhu, "Bureaucratic Protocols for Secure Two-Party Sorting, Selection, and Permuting," *5th ACM Symp. on Information, Computer and Communications Security*, 2010, 226–237.

C-141. Matthew T. Dickerson, Michael T. Goodrich, and Thomas D. Dickerson, "Round-Trip Voronoi Diagrams and Doubling Density in Geographic Networks," *7th Int. Symp. on Voronoi Diagrams in Science and Engineering* (ISVD), IEEE Press, 132–141, 2010. (Proceedings version of J-74.)

C-142. Matthew T. Dickerson, David Eppstein, and Michael T. Goodrich, "Cloning Voronoi Diagrams via Retroactive Data Structures," *18th European Symp. on Algorithms* (ESA), LNCS, vol. 6346, 2010, 362–373.

C-143. Christian A. Duncan, David Eppstein, Michael T. Goodrich, Stephen G. Kobourov, and Martin Nöllenburg, "Lombardi Drawings of Graphs," *18th Int. Symp. on Graph Drawing* (GD), LNCS, vol. 6502, 2010, 195–207. (Proceedings version of J-76.)

C-144. Erin Wolf-Chambers, David Eppstein, Michael T. Goodrich, and Maarten Löffler, "Drawing Graphs in the Plane with a Prescribed Outer Face and Polynomial Area," *18th Int. Symp. on Graph Drawing* (GD), LNCS, vol. 6502, 2010, 129–140. (Proceedings version of J-77.)

C-145. Christian A. Duncan, David Eppstein, Michael T. Goodrich, Stephen G. Kobourov, and Martin Nöllenburg, "Drawing Trees with Perfect Angular Resolution and Polynomial Area," *18th Int. Symp. on Graph Drawing* (GD), LNCS, vol. 6502, 2010, 183–194. (Proceedings version of J-82.)

C-146. Arthur U. Asuncion and Michael T. Goodrich, "Turning Privacy Leaks into Floods: Surreptitious Discovery of Social Network Friendships and Other Sensitive Binary Attribute Vectors," *Workshop on Privacy in the Electronic Society* (WPES), held in conjunction with the 17th ACM Conf. on Computer and Communications Security (CCS), 2010, 21–30. (Proceedings version of J-81.)

C-147. David Eppstein, Michael T. Goodrich, Darren Strash, and Lowell Trott, "Extended Dynamic Subgraph Statistics Using h-Index Parameterized Data Structures," *4th Annual Int. Conf. on Combinatorial Optimization and Applications* (COCOA), LNCS, vol. 6508, 2010, 128–141. (Proceedings version of J-79.)

C-148. Michael T. Goodrich and Darren Strash, "Priority Range Trees," *21st Int. Symp. on Algorithms and Computation* (ISAAC), LNCS, vol. 6506, 2010, 97–108.

C-149. David Eppstein, Michael T. Goodrich, Roberto Tamassia, "Privacy-Preserving Data-Oblivious Geometric Algorithms for Geographic Data," *18th ACM SIGSPATIAL Int. Conf. on Adv. in Geographic Information Systems* (GIS), 2010, 13–22.

C-150. Michael T. Goodrich, "Spin-the-bottle Sort and Annealing Sort: Oblivious Sorting via Round-robin Random Comparisons," *8th Workshop on Analytic Algorithmics and Combinatorics* (ANALCO), in conjunction with the ACM-SIAM Symp. on Discrete Algorithms (SODA), 2011. (Proceedings version of J-85.)

C-151. Michael T. Goodrich and Florian Kerschbaum, "Privacy-Enhanced Reputation-Feedback Methods to Reduce Feedback Extortion in Online Auctions," *ACM Conf. on Data and Application Security and Privacy (CODASPY)*, 2011, 273–282.

C-152. Michael T. Goodrich, "Data-Oblivious External-Memory Algorithms for the Compaction, Selection, and Sorting of Outsourced Data," *23rd ACM Symp. on Parallelism in Algorithms and Architectures* (SPAA), 2011, 379–388.

C-153. Michael T. Goodrich and Michael Mitzenmacher, "Large-Scale Multimaps," *23rd ACM Symp. on Parallelism in Algorithms and Architectures* (SPAA), 2011, 259–260.

C-154. David Eppstein, Michael T. Goodrich, Frank C. Uyeda, and George Varghese, "What's the Difference? Efficient Set Synchronization without Prior Context," *SIGCOMM* 218–229, 2011.

C-155. David Eppstein, Michael T. Goodrich, and Maarten Löffler, "Tracking Moving Objects with Few Handovers," *Algorithms and Data Structures Symp.* (WADS), 362–373, LNCS, vol. 6844, 2011.

C-156. Michael T. Goodrich and Michael Mitzenmacher, "Privacy-Preserving Access of Outsourced Data via Oblivious RAM Simulation," *38th Int. Colloquium on Automata, Languages and Programming (ICALP)*, LNCS, vol. 6756, 2011, 576–587.

C-157. Michael T. Goodrich and Paweł Pszona, "External-Memory Network Analysis Algorithms for Naturally Sparse Graphs," *European Symp. on Algorithms (ESA)*, LNCS, vol. 6942, 664–676, 2011.

C-158. Christian A. Duncan, David Eppstein, Michael T. Goodrich, Stephen G. Kobourov and Maarten Löffler, "Planar and Poly-Arc Lombardi Drawings," *Int. Symp. Graph Drawing (GD)*, LNCS, vol. 7034, 308–319, 2011. (Proceedings version of J-87.)

C-159. Roman Chernobelskiy, Kathryn I. Cunningham, Michael T. Goodrich, Stephen G. Kobourov and Lowell Trott, "Force-Directed Lombardi-Style Graph Drawing," *Int. Symp. Graph Drawing (GD)*, LNCS, vol. 7034, 320–331, 2011.

C-160. Michael T. Goodrich and Michael Mitzenmacher, "Invertible Bloom Lookup Tables," *49th Allerton Conf. on Communication, Control, and Computing*, IEEE Press, **invited paper**, 2011.

C-161. Michael T. Goodrich, Michael Mitzenmacher, Olga Ohrimenko, and Roberto Tamassia, "Oblivious RAM Simulation with Efficient Worst-Case Access Overhead," *ACM Cloud Computing Security Workshop (CCSW)*, in conjunction with the 17th ACM Conf. on Computer and Communications Security (CCS), 95–100, 2011.

C-162. Michael T. Goodrich and Joseph A. Simons, "Fully Retroactive Approximate Range and Nearest Neighbor Searching," *22nd Int. Symp. on Algorithms and Computation (ISAAC)*, Springer, LNCS, vol. 7074, 292–301, 2011.

C-163. Elaine Angelino, Michael T. Goodrich, Michael Mitzenmacher and Justin Thaler, "External Memory Multimaps," *22nd Int. Symp. on Algorithms and Computation (ISAAC)*, Springer, LNCS, vol. 7074, 384–394, 2011. (Proceedings version of J-83.)

C-164. Michael T. Goodrich, Nodari Sitchinava, and Qin Zhang, "Sorting, Searching, and Simulation in the MapReduce Framework," *22nd Int. Symp. on Algorithms and Computation (ISAAC)*, Springer, LNCS, vol. 7074, 374–383, 2011.

C-165. David Eppstein, Michael T. Goodrich, Maarten Löffler, Darren Strash, and Lowell Trott, "Category-Based Routing in Social Networks: Membership Dimension and the Small-World Phenomenon," *IEEE Int. Conf. on Computational Aspects of Social Networks* (CASoN), 102–107, 2011. (Proceedings version of J-84.)

C-166. Michael T. Goodrich, Olga Ohrimenko, Michael Mitzenmacher, and Roberto Tamassia, "Privacy-Preserving Group Data Access via Stateless Oblivious RAM Simulation," *23rd ACM-SIAM Symp. on Discrete Algorithms* (SODA), 157–167, 2012.

C-167. Michael T. Goodrich, Olga Ohrimenko, Michael Mitzenmacher, and Roberto Tamassia, "Practical Oblivious Storage," *2nd ACM Conf. on Data and Application Security and Privacy* (CODASPY). 13–24, 2012.

C-168. Michael T. Goodrich and Michael Mitzenmacher, "Anonymous Card Shuffling and its Applications to Parallel Mixnets," *39th Int. Colloquium on Automata, Languages and Programming* (ICALP), Springer, LNCS, vol. 6756, 576–587, 2012.

C-169. Michael T. Goodrich, Olga Ohrimenko, and Roberto Tamassia, "Graph Drawing in the Cloud: Privately Visualizing Relational Data using Small Working Storage," *20th Int. Symp. on Graph Drawing* (GD), Springer, LNCS, vol. 7704, 43–54, 2012.

C-170. Franz-Josef Brandenburg, David Eppstein, Andreas Gleissner, Michael T. Goodrich, Kathrin Hanauer, and Josef Reislhuber, "On the Density of Maximal 1-Planar Graphs," *20th Int. Symp. on Graph Drawing* (GD), Springer, LNCS, vol. 7704, 327–338, 2012.

C-171. Michael J. Bannister, David Eppstein, Michael T. Goodrich, and Lowell Trott, "Force-Directed Graph Drawing Using Social Gravity and Scaling," *20th Int. Symp. on Graph Drawing* (GD), Springer, LNCS, vol. 7704, 414–425, 2012.

C-172. Michael T. Goodrich and Joseph A. Simons, "More Graph Drawing in the Cloud: Data-Oblivious st-Numbering, Visibility Representations, and Orthogonal Drawing of Biconnected Planar Graphs," *20th Int. Symp. on Graph Drawing* (GD), Springer, LNCS, vol. 7704, 569–570, 2012.

C-173. Michael T. Goodrich, Daniel S. Hirschberg, Michael Mitzenmacher, and Justin Thaler, "Cache-Oblivious Dictionaries and Multimaps with Negligible Failure Probability," *Mediterranean Conf. on Algorithms* (MedAlg), Springer, LNCS, vol. 7659, 203–218, 2012.

C-174. David Eppstein, Michael T. Goodrich, and Daniel S. Hirschberg, "Combinatorial Pair Testing: Distinguishing Workers from Slackers," *Algorithms and Data Structures Symp.* (WADS), Springer, LNCS, vol. 8037, 316–327, 2013.

C-175. David Eppstein, Michael T. Goodrich, and Joseph A. Simons, "Set-Difference Range Queries," *25th Canadian Conf. on Computational Geometry* (CCCG), 2013, http://www.cccg.ca/proceedings/2013/.

C-176. Michael T. Goodrich and Paweł Pszona, "Cole's Parametric Search Technique Made Practical," *25th Canadian Conf. on Computational Geometry* (CCCG), 2013, http://www.cccg.ca/proceedings/2013/.

C-177. Lars Arge, Michael T. Goodrich, Freek van Walderveen, "Computing Betweenness Centrality in External Memory," *IEEE Int. Conf. on Big Data* (BigData), 368–375, 2013.

C-178. Michael T. Goodrich and Paweł Pszona, "Achieving Good Angular Resolution in 3D Arc Diagrams," *21st Int. Symp. Graph Drawing* (GD), Springer, LNCS, vol. 8242, 161–172, 2013.

C-179. Michael T. Goodrich and Paweł Pszona, "Streamed Graph Drawing and the File Maintenance Problem," *21st Int. Symp. Graph Drawing* (GD), Springer, LNCS, vol. 8242, 256–267, 2013.

C-180. Michael T. Goodrich, "Zig-zag Sort: A Simple Deterministic Data-Oblivious Sorting Algorithm Running in $O(n \log n)$ Time," *46th ACM Symp. on Theory of Computing* (STOC), 684–693, 2014.

C-181. David Eppstein, Michael T. Goodrich, Michael Mitzenmacher, and Paweł Pszona, "Wear Minimization for Cuckoo Hashing: How Not to Throw a Lot of Eggs into One Basket," *Symp. on Experimental Algorithms* (SEA), Springer, LNCS, vol. 8504, 162–173, 2014.

C-182. Olga Ohrimenko, Michael T. Goodrich, and Roberto Tamassia, an E. Upfal, "The Melbourne Shuffle: Improving Oblivious Storage in the Cloud," *41st Int. Colloq. on Automata, Languages, and Programming* (ICALP), Springer, LNCS, vol. 8573, 556–567, 2014.

C-183. Michael J. Bannister, William E. Devanny, Michael T. Goodrich, Joseph A. Simons, and Lowell Trott, "Windows into Geometric Events: Data Structures for Time-Windowed Querying of Temporal Point Sets," *26th Canadian Conf. on Computational Geometry* (CCCG), 2014.

C-184. Michael J. Bannister, William E. Devanny, David Eppstein and Michael T. Goodrich, "The Galois Complexity of Graph Drawing: Why Numerical Solutions are Ubiquitous for Force-Directed, Spectral, and Circle Packing Drawings," *22nd Int. Symp. Graph Drawing* (GD), Springer, LNCS, vol. 8871, 149–161, 2014. (Proceedings version of J-86.)

C-185. Md. Jawaherul Alam, David Eppstein, Michael T. Goodrich, Stephen G. Kobourov, and Sergey Pupyrev, "Balanced Circle Packings for Planar Graphs," *22nd Int. Symp. Graph Drawing* (GD), Springer, LNCS, vol. 8871, 125–136, 2014.

C-186. Michael J. Bannister, Michael T. Goodrich, and Peter Sampson, "Force-Directed 3D Arc Diagrams," *22nd Int. Symp. Graph Drawing* (GD), Springer, LNCS, vol. 8871, 521–522, 2014.

C-187. Michael T. Goodrich and Paweł Pszona, "Two-Phase Bicriterion Search for Finding Fast and Efficient Electric Vehicle Routes," *22nd ACM SIGSPATIAL Int. Conf. on Adv. Geographic Information Systems* (GIS), 193–202, 2014.

C-188. Michael T. Goodrich and Joseph A. Simons, "Data-Oblivious Graph Algorithms in Outsourced External Memory," *8th Int. Conf. on Combinatorial Optimization and Applications* (COCOA), LNCS, Vol. 8881, 241–257, 2014.

C-189. Michael T. Goodrich, Timothy Johnson, Manuel R. Torres, "Knuthian Drawings of Series-Parallel Flowcharts," *23rd Int. Symp. on Graph Drawing and Network Visualization* (GD), Springer, LNCS, vol. 9411, 556–557, 2015. (See also http://arxiv.org/abs/1508.03931.)

C-190. Michael T. Goodrich and Ahmed Eldawy, "Parallel Algorithms for Summing Floating-Point Numbers," *28th ACM Symp. on Parallel Algorithms and Architectures* (SPAA), 13–22, 2016.

C-191. William E. Devanny, Michael T. Goodrich, and Kristopher Jetviroj, "Parallel Equivalence Class Sorting: Algorithms, Lower Bounds, and Distribution-Based Analysis," *28th ACM Symp. on Parallel Algorithms and Architectures* (SPAA), 265–274, 2016.

C-192. David Eppstein, Michael T. Goodrich, Jenny Lam, Nil Mamano, Michael Mitzenmacher, and Manuel R. Torres, "Models and Algorithms for Graph Watermarking," *19th Information Security Conf.* (ISC), 283–301, 2016. **Best Student Paper Award**.

C-193. Esha Ghosh, Michael T. Goodrich, Olga Ohrimenko, Roberto Tamassia, "Verifiable Zero-Knowledge Order Queries and Updates for Fully Dynamic Lists and Trees," *10th Conf. on Security and Cryptography for Networks* (SCN), 216–236, 2016.

C-194. Michael T. Goodrich, Evgenios M. Kornaropoulos, Michael Mitzenmacher, Roberto Tamassia, "More Practical and Secure History-Independent Hash Tables," *21st European Symp. on Research in Computer Security* (ESORICS), 20-38, 2016.

C-195. Juan José Besa Vial, William E. Devanny, D. Eppstein, and Michael T. Goodrich, "Scheduling Autonomous Vehicle Platoons Through an Unregulated Intersection," *2016 Workshop on Algorithmic Approaches for Transportation Modeling, Optimization, and Systems* (ATMOS), 5:1–5:14.

C-196. Md. Jawaherul Alam, Michael B. Dillencourt, and Michael T. Goodrich, "Capturing Lombardi Flow in Orthogonal Drawings by Minimizing the Number of Segments," *24th Int. Symp. on Graph Drawing and Network Visualization* (GD), LNCS, Vol. 9801, 608–610, 2016.

C-197. Md. Jawaherul Alam, Michael T. Goodrich, and Timothy Johnson, "Sibling-First Recursive Graph Drawing for Java Bytecode," *24th Int. Symp. on Graph Drawing and Network Visualization* (GD), LNCS, Vol. 9801, 611–612, 2016.

C-198. Michael T. Goodrich, Siddharth Gupta, and Manuel R. Torres, "A Topological Algorithm for Determining How Road Networks Evolve Over Time," *24th ACM SIGSPATIAL Int. Conf. on Advances in Geographic Information Systems* (GIS), 31:1–31:10, 2016.

C-199. Md. Jawaherul Alam, Michael T. Goodrich, and Timothy Johnson, "J-Viz: Finding Algorithmic Complexity Attacks via Graph Visualization of Java Bytecode," *13th IEEE Symp. on Visualization for Cyber Security* (VizSec), 1–8, 2016.

C-200. Michael T. Goodrich, Evgenios M. Kornaropoulos, Michael Mitzenmacher, and Roberto Tamassia, "Auditable Data Structures," *2nd IEEE European Symp. on Security and Privacy* (EuroS&P), 285–300, 2017.

C-201. David Eppstein, Michael T. Goodrich, Michael Mitzenmacher, and Manuel R. Torres, "2-3 Cuckoo Filters for Faster Triangle Listing and Set Intersection," *36th ACM SIGMOD-SIGACT-SIGART Symp. on Principles of Database Systems* (PODS), 247–260, 2017.

C-202. David Eppstein, Michael T. Goodrich, and Nil Mamano, "Algorithms for Stable Matching and Clustering in a Grid," *18th International Workshop on Combinatorial Image Analysis* (IWCIA), 117–131, 2017.

C-203. Giuseppe Ateniese, Michael T. Goodrich, Vassilios Lekakis, Charalampos Papmanthou, Evripidis Paraskevas, and Roberto Tamassia, "Accountable Storage," *15th International Conference on Applied Cryptography and Network Security* (ACNS), 623–644, 2017.

C-204. David Eppstein and Michael T. Goodrich, "Using Multi-Level Parallelism and 2-3 Cuckoo Filters for Faster Set Intersection Queries and Sparse Boolean Matrix Multiplication," *29th ACM Symp. on Parallelism in Algorithms and Architectures* (SPAA), 137–139, 2017.

C-205. William E. Devanny, J. Fineman, Michael T. Goodrich, and Tsvi Kopelowitz, "The Online House Numbering Problem: Min-Max Online List Labeling," *25th European Symp. on Algorithms* (ESA), 33:1–33:15, 2017.

C-206. Michael T. Goodrich, "Answering Spatial Multiple-Set Intersection Queries Using 2-3 Cuckoo Hash-Filters," *25th ACM SIGSPATIAL Int. Conf. on Advances in Geographic Information Systems* (GIS), 65:1–65:4, 2017.

C-207. David Eppstein, Michael T. Goodrich, Doruk Korkmaz, and Nil Mamano, "Defining Equitable Geographic Districts in Road Networks via Stable Matching," *25th ACM SIGSPATIAL Int. Conf. on Advances in Geographic Information Systems* (GIS), 52:1–52:4, 2017.

C-208. Michael T. Goodrich, "BIOS ORAM: Improved Privacy-Preserving Data Access for Parameterized Outsourced Storage,' *ACM Workshop on Privacy in the Electronic Society* (WPES), 41–50, 2017.

C-209. Juan José Besa Vial, William E. Devanny, David Eppstein, Michael T. Goodrich, and Timothy Johnson, "Quadratic Time Algorithms Appear to be Optimal for Sorting Evolving Data," *Algorithm Engineering & Experiments* (ALENEX), 87–96, 2018.

C-210. David Eppstein, Michael T. Goodrich, Nil Mamano, "Reactive Proximity Data Structures for Graphs," *13th Latin American Theoretical Informatics Symp.* (LATIN), LNCS, Vol. 10807, Springer, 777–789, 2018.

C-211. Michael T. Goodrich, "Isogrammic-Fusion ORAM: Improved Statistically Secure Privacy-Preserving Cloud Data Access for Thin Clients," *13th ACM ASIA Conf. on Information, Computer and Communications Security* (ASIACCS), 699–706, 2018.

C-212. Juan José Besa Vial, William E. Devanny, David Eppstein, Michael T. Goodrich, and Timothy Johnson, "Optimally Sorting Evolving Data," *45th Int. Colloq. on Automata, Languages, and Programming* (ICALP), 81:1–81:13, 2018.

C-213. Gill Barequet, David Eppstein, Michael T. Goodrich, and Nil Mamano, "Stable-Matching Voronoi Diagrams: Combinatorial Complexity and Algorithms," *45th Int. Colloq. on Automata, Languages, and Programming* (ICALP), 89:1–89:14, 2018.

C-214. Giordano Da Lozzo, David Eppstein, Michael T. Goodrich, and Siddharth Gupta, "Subexponential-Time and FPT Algorithms for Embedded Flat Clustered Planarity," *44th Int. Workshop on Graph-Theoretic Concepts in Computer Science* (WG), 111–124, 2018.

C-215. Gill Barequet, Minati De, and Michael T. Goodrich, "Computing Convex-Straight-Skeleton Voronoi Diagrams for Segments and Convex Polygons," *24th International Computing and Combinatorics Conference* (COCOON), 130–142, 2018. (Proceedings version of J-91.)

C-216. Michael T. Goodrich and Timothy Johnson, "Low Ply Drawings of Trees and 2-Trees," *30th Canadian Conference on Computational Geometry* (CCCG), 1–9, 2018.

C-217. David Eppstein, Michael T. Goodrich, Jordan Jorgensen, and Manuel R. Torres, "Geometric Fingerprint Recognition via Oriented Point-Set Pattern Matching," *30th Canadian Conference on Computational Geometry* (CCCG), 1–16, 2018.

C-218. Giordano Da Lozzo, David Eppstein, Michael T. Goodrich, and Siddharth Gupta, "C-Planarity Testing of Embedded Clustered Graphs with Bounded Dual Carving-Width," *14th Int. Symp. on Parameterized and Exact Computation* (IPEC), LIPIcs, vol. 148, 9:1–9:17, 2019. **Best Paper Award**.

C-219. Juan José Besa, Giordano Da Lozzo, and Michael T. Goodrich, "Computing k-Modal Embeddings of Planar Digraphs," *European Symp. on Algorithms* (ESA), 19:1–19:16, 2019.

C-220. Nil Mamano, Alon Efrat, David Eppstein, Daniel Frishberg, Michael T. Goodrich, Stephen G. Kobourov, Pedro Matias, and V. Polishchuk, "New Applications of Nearest-Neighbor Chains: Euclidean TSP and Motorcycle Graphs," *30th Int. Symp. on Algorithms and Computation* (ISAAC), 51:1–51:21, 2019.

C-221. David Eppstein, Michael T. Goodrich, James A. Liu, and Pedro Matias, "Tracking Paths in Planar Graphs," *30th Int. Symp. on Algorithms and Computation* (ISAAC), 54:1–54:17, 2019.

C-222. Juan José Besa, Michael T. Goodrich, Timothy Johnson, and Martha C. Osegueda, "Minimum-Width Drawings of Phylogenetic Trees," *13th Int. Conf. on Combinatorial Optimization and Applications* (COCOA), LNCS, vol. 11949, 39–55, 2019.

C-223. Michael T. Goodrich, Zhanhang Marco Liang, and Shuang Zhao, "Inverse-Rendering Based Analysis of the Fine Illumination Effects in the Salvator Mundi," *ACM SIGGRAPH Art Papers Program, 47th International Conference and Exhibition on Computer Graphics and Interactive Techniques*, 380–386, 2020. (Proceedings version of J-89.)

C-224. Ramtin Afshar, Michael T. Goodrich, Pedro Matias, and Martha C. Osegueda, "Reconstructing Binary Trees in Parallel," *32nd ACM Symp. on Parallelism in Algorithms and Architectures* (SPAA), 491–492, 2020.

C-225. Ramtin Afshar, Michael T. Goodrich, Pedro Matias, and Martha C. Osegueda, "Reconstructing Biological and Digital Phylogenetic Trees in Parallel," *European Symp. on Algorithms* (ESA), 3:1–3:24, 2020.

C-226. Ramtin Afshar, Amihood Amir, Michael T. Goodrich, and Pedro Matias, "Adaptive Exact Learning in a Mixed-Up World: Dealing with Periodicity, Errors, and Jumbled-Index Queries in String Reconstruction," *27th International Symp. on String Processing and Information Retrieval* (SPIRE), 155–174, 2020.

C-227. Michael T. Goodrich, Riko Jacob, Nodari Sitchinava, "Atomic Power in Forks: A Super-Logarithmic Lower Bound for Implementing Butterfly Networks in the Nonatomic Binary Fork-Join Model," *ACM-SIAM Symp. on Discrete Algorithms* (SODA), 2141–2153, 2021.

C-228. Ramtin Afshar, Michael T. Goodrich, Pedro Matias, and Martha C. Osegueda, "Parallel Network Mapping Algorithms," *33rd ACM Symp. on Parallelism in Algorithms and Architectures* (SPAA), 410–413, 2021.

C-229. Michael T. Goodrich, Siddharth Gupta, Hadi Khodabandeh, and Pedro Matias, "How to Catch Marathon Cheaters: New Approximation Algorithms for Tracking Paths," *17th Algorithms and Data Structures Symp.* (WADS), 442–456, 2021.

C-230. Ramtin Afshar, Michael T. Goodrich, Pedro Matias, and Martha C. Osegueda, "Mapping Networks via Parallel kth-Hop Traceroute Queries," *39th Int. Symp. on Theoretical Aspects of Computer Science* (STACS), LIPIcs, Vol. 219, 4:1–4:21, 2022.

C-231. Ramtin Afshar, Michael T. Goodrich, and Evrim Ozel, "Efficient Exact Learning Algorithms for Road Networks and Other Graphs with Bounded Clustering Degrees," *20th Int. Symp. on Experimental Algorithms* (SEA), 9:1–9:18, 2022.

C-232. Gill Barequet, Shion Fukuzawa, Michael T. Goodrich, David Mount, Martha C. Osegueda, and Evrim Ozel, "Diamonds are Forever in the Blockchain: Geometric Polyhedral Point-Set Pattern Matching," *34th Canadian Conf. on Computational Geometry* (CCCG), 16–23, 2022.

C-233. Ramtin Afshar and Michael T. Goodrich, "Exact Learning of Multitrees and Almost-Trees Using Path Queries," *15th Latin American Theoretical Informatics Symp.* (LATIN), 293-311, 2022.

C-234. Michael T. Goodrich and Evrim Ozel, "Modeling the Small-World Phenomenon with Road Networks," *30th ACM SIGSPATIAL Int. Conf. on Advances in Geographic Information Systems* (GIS), 46:1-46:10, 2022. **Best Paper Runner Up Award**.

C-235. Marina Blanton, Michael T. Goodrich, and Chen Yuan, "Secure and Accurate Summation of Many Floating-Point Numbers," *23rd Privacy Enhancing Technologies Symp.* (PETS), 432–445, 2023.

C-236. Michael T. Goodrich and Riko Jacob, "Optimal Parallel Sorting with Comparison Errors," *35th ACM Symp. on Parallelism in Algorithms and Architectures* (SPAA), 355–365, 2023.

C-237. Ramtin Afshar, Michael B. Dillencourt, Michael T. Goodrich, and Evrim Ozel "Noisy Sorting Without Searching: Data Oblivious Sorting with Comparison Errors," *21st Symposium on Experimental Algorithms* (SEA), 8:1–8:18, 2023.

C-238. Ofek Gila, Michael T. Goodrich, and Robert E. Tarjan, "Zip-zip Trees: Making Zip Trees More Balanced, Biased, Compact, or Persistent," *18th Algorithms and Data Structures Symp.* (WADS), 474–492, 2023. **Best Paper Award**

C-239. Michael T. Goodrich and Evrim Ozel, "External-Memory Sorting with Comparison Errors," *18th Algorithms and Data Structures Symp.* (WADS), 493–506, 2023.

C-240. Alvin Chiu, David Eppstein, and Michael T. Goodrich, "Manipulating Weights to Improve Stress-Graph Drawings of 3-Connected Planar Graphs," *31st Int. Symp. on Graph Drawing and Network Visualization* (GD), LNCS, Vol. 14466, Springer, II-141–II-149, 2023.

C-241. Shion Fukuzawa, Michael T. Goodrich, and Sandy Irani, "Quantum Tutte Embeddings," *31st Int. Symp. on Graph Drawing and Network Visualization* (GD), LNCS, Vol. 14466, Springer, II-241–II-243, 2023.

C-242. Ofek Gila, Michael T. Goodrich, and Evrim Ozel, "Highway Preferential Attachment Models for Geographic Routing," *16th Int. Conf. on Combinatorial Optimization and Applications* (COCOA), LNCS 14462, Springer, 56–80, 2023. **Best Paper Award**

C-243. Michael T. Goodrich, Ryuto Kitagawa, and Vinesh Sridhar, "Dynamic Accountable Storage: An Efficient Protocol for Real-time Cloud Storage Auditing," *Int. Symp. on Algorithmic Aspects of Cloud Computing* (ALGOCLOUD), LNCS 15455, Springer, 26–45, 2024.

C-244. David Eppstein, Michael T. Goodrich, and Abraham M. Illickan, "Drawing Planar Graphs and 1-Planar Graphs Using Cubic Bézier Curves with Bounded Curvature," *32nd Int. Symp. on Graph Drawing and Network Visualization* (GD), 39:1–39:17, 2024.

C-245. Alvin Chiu, A. Eldawy, and Michael T. Goodrich, "Polygonally Anchored Graph Drawing," *32nd Int. Symp. on Graph Drawing and Network Visualization* (GD), 52:1–52:3, 2024.

C-246. Michael A. Bender, Martin Farach-Colton, Michael T. Goodrich, and Hanna Komlos, "History-Independent Dynamic Partitioning: Operation-Order Privacy in Ordered Data Structures," *Proc. ACM Management of Data* (PODS), **2**(2), 108:1-108:27, 2024. **Best Paper Award** (Proceedings version of J-99.)

C-247. Michael T. Goodrich, Ryuto Kitagawa, and Michael Mitzenmacher, "Parallel Peeling of Invertible Bloom Lookup Tables in a Constant Number of Rounds," *50th Int. Conf. on Current Trends in Theory and Practice of Computer Science* (SOFSEM), LNCS 15538, Springer, 70–84, 2025.

C-248. Ofek Gila, Michael T. Goodrich, Abraham M. Illickan, and Vinesh Sridhar, "Fast Geographic Routing in Fixed-Growth Graphs," *14th Int. Conf. on Algorithms and Complexity* (CIAC), LNCS 15680, Springer, 151–167, 2025.

C-249. Shion Fukuzawa, Michael T. Goodrich, and Sandy Irani, "Quantum Combine and Conquer and Its Applications to Sublinear Quantum Convex Hull and Maxima Set Construction," *41st Int. Symp. on Computational Geometry* (SoCG), 51:1–51:15, 2025.

C-250. David Eppstein, Ofek Gila, Michael T. Goodrich, and Ryuto Kitagawa, "Zip-Tries: Simple Dynamic Data Structures for Strings," *SIAM Conference on Applied and Computational Discrete Algorithms* (ACDA), 2025.

C-251. David Eppstein, Michael T. Goodrich, and Vinesh Sridhar, "Computational Geometry with Probabilistically Noisy Primitive Operations," *19th Algorithms and Data Structures Symp.* (WADS), 2025.

C-252. Suzanna Caroppo, Giordano Da Lozzo, Giuseppe Di Battista, Michael T. Goodrich, and Martin Nöllenburg, "Quantum Speedups for Polynomial-Time Dynamic Programming Algorithms," *19th Algorithms and Data Structures Symp.* (WADS), 2025.

C-253. Michael T. Goodrich, Songyu Liu, and Ioannis Panageas, "Exact Learning of Weighted Graphs Using Composite Queries," *36th International Workshop on Combinatorial Algorithms* (IWOCA), LNCS 15885, Springer, 118–131, 2025.

C-254. Michael T. Goodrich and Vinesh Sridhar, "Optimal Parallel Algorithms for Convex Hulls in 2D and 3D under Noisy Primitive Operations," *37th Canadian Conf. on Computational Geometry* (CCCG), 2025.

C-255. David Eppstein, Michael T. Goodrich, Abraham M. Illickan, and Claire To, "Entropy-Bounded Computational Geometry Made Easier and Sensitive to Sortedness," *37th Canadian Conf. on Computational Geometry* (CCCG), 2025.

C-256. Ofek Gila, Michael T. Goodrich, Zahra Hadizadeh, Daniel S. Hirschberg, Shayan Taherijam, "The Marco Polo Problem: A Combinatorial Approach to Geometric Localization," *37th Canadian Conf. on Computational Geometry* (CCCG), 2025.

C-257. Ofek Gila, Michael T. Goodrich, Zahra Hadizadeh, Daniel S. Hirschberg, Shayan Taherijam, "The Rectilinear Marco Polo Problem," *37th Canadian Conf. on Computational Geometry* (CCCG), 2025.

C-258. Gerth S. Brodal, Michael T. Goodrich, John Iacono, Jared Lo, Ulrich Meyer, Victor Pagan, Nodari Sitchinava and Rolf Svenning, "External-Memory Priority Queues with Optimal Insertions," *European Symposium on Algorithms* (ESA), 2025.

C-259. David Eppstein, Michael T. Goodrich, Songyu Liu, "Bandwidth vs BFS Width in Matrix Reordering, Graph Reconstruction, and Graph Drawing," *European Symposium on Algorithms* (ESA), 2025.

C-260. Alvin Chiu, Thomas Depian, David Eppstein, Michael T. Goodrich, and Martin Nöllenburg, "Visualizing Treewidth," *33nd Int. Symp. on Graph Drawing and Network Visualization* (GD), 2025.

**Other Publications:**

O-1. Michael T. Goodrich, "Guest Editor's Introduction," *Int. Journal of Computational Geometry & Applications*, **2**(2), 1992, 113–116.

O-2. Michael T. Goodrich, "Parallel Algorithms Column 1: Models of Computation," *SIGACT News*, **24**(4), 1993, 16–21.

O-3. Michael T. Goodrich, Vincent Mirelli, Mark W. Orletsky, and Jeffery Salowe, "Decision tree construction in fixed dimensions: Being global is hard but local greed is good," Technical Report TR-95-1, Johns Hopkins University, Department of Computer Science, Baltimore, MD 21218, May 1995.

O-4. Roberto Tamassia, Pankaj K. Agarwal, Nancy Amato, Danny Z. Chen, David Dobkin, Robert L. Scot Drysdale, Steven Fortune, Michael T. Goodrich, John Hershberger, Joseph O'Rourke, Franco P. Preparata, Jörg-R. Sack, Subhash Suri, Ionnis G. Tollis, Jeffrey S. Vitter, and Sue Whitesides, "Strategic Directions in Computational Geometry Working Group Report," *ACM Computing Surveys*, **28A**(4), December 1996.

O-5. Garth A. Gibson, Jeffrey S. Vitter, and John Wilkes, Alok Choudhary, Peter Corbett, Thomas H. Cormen, Carla S. Ellis, Michael T. Goodrich, Peter Highnam, David Kotz, Kai Li, Richard R. Muntz, Joseph Pasquale, M. Satyanarayanan, Darren E. Vengroff, "Report of the Working Group on Storage I/O Issues in Large-Scale Computing," *ACM Computing Surveys*, **28A**(4), December 1996.

O-6. Thomas H. Cormen and Michael T. Goodrich, "A Bridging Model for Parallel Computation, Communication, and I/O," *ACM Computing Surveys*, **28A**(4), December 1996.

O-7. Michael T. Goodrich, "Computer Science Issues in the National Virtual Observatory," in *Virtual Observatories of the Future*, ASP Conf. Series, vol. 225, R.J. Brunner, S.G. Djorgovski, and A.S. Szalay, eds., 329–332, 2001.

O-8. Michael T. Goodrich, "Guest Editor's Foreword," *Algorithmica*, **33**(3), 271, 2002.

O-9. Michael T. Goodrich, Michael Shin, Christian D. Straub, and Roberto Tamassia, "Distributed Data Authentication (System Demonstration)," *DARPA Information Survivability Conf. and Exposition*, IEEE Press, Volume 2, 58–59, 2003.

O-10. Michael T. Goodrich and Roberto Tamassia, "Efficient and Scalable Infrastructure Support for Dynamic Coalitions," *DARPA Information Survivability Conf. and Exposition*, IEEE Press, Volume 2, 246–251, 2003.

O-11. Michael T. Goodrich, "Simulating Parallel Algorithms in the MapReduce Framework with Applications to Parallel Computational Geometry," Second Workshop on Massive Data Algorithmics (MASSIVE), 2010. Available as *arXiv* preprint, 1004.4708, 2010.

O-12. David Eppstein, Michael T. Goodrich, and Pierre Baldi, "Privacy-Enhanced Methods for Comparing Compressed DNA Sequences," *arXiv* preprint, 1107.3593, 2011.

O-13. Esha Ghosh, Michael T. Goodrich, Olga Ohrimenko, and Roberto Tamassia, "Poster: Zero-Knowledge Authenticated Order Queries and Applications," *IEEE Symp. on Security and Privacy*, 2015. (See also https://eprint.iacr.org/2015/283.)

O-14. Fattaneh Bayatbabolghani, Marina Blanton, Mehrdad Aliasgari, and Michael T. Goodrich, "Poster: Secure Computations of Trigonometric and Inverse Trigonometric Functions," *IEEE Symp. on Security and Privacy*, 2017. (See also https://fattaneh88.github.io/fbayatba/Proposal-sine-arctangent.pdf.)

O-15. Fattaneh Bayatbabolghani, Marina Blanton, Mehrdad Aliasgari, and Michael T. Goodrich, "Secure Fingerprint Alignment and Matching Protocols," *arXiv* preprint, 1702.03379, 2017.

O-16. Zhanhang Marco Liang, Michael T. Goodrich, and Shuang Zhao, "On the Optical Accuracy of the Salvator Mundi," *arXiv* preprint, 1912.03416, 2019.

O-17. Alvin Chiu, Mithun Ghosh, Abu Reyan Ahmed, Kwang-Sung Jun, Stephen G. Kobourov, and Michael T. Goodrich, "Graph Sparsifications using Neural Network Assisted Monte Carlo Tree Search," *arXiv* preprint, 2311.10316, 2023.

**News Releases, Reviews, Interviews, and Media Mentions:**

N-1. H. Masum, "Review of *Data Structures and Algorithms in Java* (2nd ed)," *ACM SIGACT News*, **32**(1), 3–5, 2001.

N-2. H. Masum, "Book Review: *Algorithm Design: Foundations, Analysis, and Examples*," *ACM SIGACT News*, **35**(2), 14–16, 2004.

N-3. "Domain Integrity: Brown Licenses Internet ID Verification Technology to Startup Firm," *Brown Univ. News Service*, https://www.brown.edu/Administration/News_Bureau/2005-06/05-031.html, September 20, 2005.

N-4. "Computer scientist elected to Royal Danish Academy of Sciences & Letters," *UCI News*, https://news.uci.edu/2018/04/24/uci-computer-scientist-elected-to-royal-danish-academy-of-sciences-letters/, April 24, 2018.

N-5. J. Yang, "Invertible Bloom Lookup Table," *CodeChain*, https://medium.com/codechain/invertible-bloom-lookup-table-37600927cfbe, May 6, 2018.

N-6. D. Trapp, "What Are Invertible Bloom Lookup Tables?," *Dash News*, https://dashnews.org/what-are-invertible-bloom-lookup-tables/, February 26, 2019.

N-7. "A virtual version of da Vinci's mystery glass orb has helped explain its weirdness," *MIT Technology Review*, https://www.technologyreview.com/2020/01/02/102309/a-virtual-version-of-da-vincis-mystery-glass-orb-has-helped-explain-its-weirdness/, January 2, 2020.

N-8. C. Kuesel, "Scientists may have solved the mystery behind the glass orb in 'Salvator Mundi,'" *Artsy*, https://www.artsy.net/article/artsy-editorial-scientists-solved-mystery-glass-orb-salvator-mundi, January 3, 2020.

N-9. S. Pappas, "Mystery of Orb in a Record-Breaking Leonardo Da Vinci Painting Deepens," *LiveScience*, https://www.livescience.com/da-vinci-light-orb-mystery.html, January 13, 2020.

N-10. S. Murray, "Computer Scientists Make a Splash in Art World Analyzing the *Salvator Mundi*," UCI ICS In The News, https://www.ics.uci.edu/community/news/view_news?id=1706, February 11, 2020.

N-11. A. Gorale, "Bitcoin in Bloom: How IBLTs Allow Bitcoin to Scale," *CCN*, https://www.ccn.com/bitcoin-in-bloom-how-iblts-allow-bitcoin-scale/, March 4, 2021.

N-12. R. Miller, "Mike Goodrich's New zyVersion: Bringing Interactivity to Algorithm Design and Application Textbook," *zyBooks*, https://www.zybooks.com/mike-goodrichs-new-zyversion-bringing-interactivity-to-algorithm-design-and-application-textbook/, October 3, 2022.

N-13. S. Murray, "ICS Researchers Receive Best Paper Award at Algorithms and Data Structures Symposium," UCI ICS In The News, https://www.ics.uci.edu/community/news/view_news?id=2351, July 18, 2023.

**PROFESSIONAL SERVICE**

*Guest Editor:*

Int. Journal of Computational Geometry & Applications, **2**(2), 1992

Journal of Computer & System Sciences, **52**(1), 1996

Computational Geometry: Theory and Applications, **12(1–2)**, 1999.

Algorithmica, **33**(3), 2002.


*Editorial Board Membership:*

Computational Geometry: Theory and Applications, 2006–2015

Journal of Computer & System Sciences, 1994–2011

Journal of Graph Algorithms and Applications, 1996–2011

Int. Journal of Computational Geometry & Applications, 1993–2010

Information Processing Letters, 1995–1997


*Journal Advisory Board Membership:*

*Int. Journal of Computational Geometry & Applications*, 2010–
*Journal of Graph Algorithms and Applications*, 2011–

*Program Committee Service:*

7th ACM Symp. on Computational Geometry (SoCG), 1991
1991 Workshop on Algorithms and Data Structures (WADS)
8th ACM Symp. on Computational Geometry (SoCG), 1992
25th ACM Symp. on Theory of Computing (STOC), 1993
*Chair*, 26th ACM Symp. on Theory of Computing (STOC), 1994
11th ACM Symp. on Computational Geometry (SoCG), 1995
DAGS '95 Conf. on Electronic Publishing and the Information Superhighway
1996 SIAM Discrete Mathematics Conference
1997 Workshop on Algorithms and Data Structures (WADS)
Int. Symp. on Graph Drawing (GD), 1997
1999 Workshop on Algorithms and Data Structures (WADS)
*Co-chair*, Workshop on Algorithm Engineering and Experimentation (ALENEX), 1999
Int. Symp. on Graph Drawing (GD), 2000
2000 Workshop on Algorithm Engineering (WAE)
41st IEEE Symp. on Foundations of Computer Science (FOCS), 2000
2001 Workshop on Algorithms and Data Structures (WADS)
Int. Symp. on Graph Drawing (GD), 2001
Workshop on Algorithm Engineering and Experimentation (ALENEX), 2002
18th ACM Symp. on Computational Geometry (SoCG), 2002
13th ACM-SIAM Symp. on Discrete Algorithms (SODA), 2002
*Co-Chair*, Graph Drawing 2002
Int. Symp. on Graph Drawing (GD), 2003
16th ACM-SIAM Symp. on Discrete Algorithms (SODA), 2005
32nd Int. Colloq. on Automata, Languages and Programming (ICALP), 2005
12th Int. Computing and Combinatorics Conference (COCOON), 2006
13th ACM Conf. on Computer and Communication Security (CCS), 2006
15th European Symp. on Algorithms (ESA), 2007
5th Int. Conference on Applied Cryptography and Network Security (ACNS), 2007
21st IEEE Int. Parallel & Distributed Processing Symp. (IPDPS), 2007
19th ACM Symp. on Parallelism in Algorithms and Architectures (SPAA), 2007
5th Workshop on Algorithms and Models for the Web-Graph (WAW), 2007
7th Int. Workshop on Experimental Algorithms (WEA), 2008
Second Int. Frontiers of Algorithmics Workshop (FAW), 2008
16th ACM SIGSPATIAL Int. Symp. on Adv. in Geographic Information Systems (GIS), 2008
17th ACM SIGSPATIAL Int. Symp. on Adv. in Geographic Information Systems (GIS), 2009
31st IEEE Symp. on Security and Privacy (S&P), 2010
18th Int. Symp. on Graph Drawing (GD), 2010
2011 Workshop on Analytic Algorithmics and Combinatorics (ANALCO)
8th Workshop on Algorithms and Models for the Web Graph (WAW), 2011
19th Int. Symp. on Graph Drawing (GD), 2011
24th ACM Symp. on Parallelism in Algorithms and Architectures (SPAA), 2012
20th European Symp. on Algorithms (ESA), 2012
2013 IEEE Int. Conf. on Big Data (BigData), 2013
30th IEEE Int. Conf. on Data Engineering (ICDE), 2014
21st ACM Conf. on Computer and Communication Security (CCS), 2014
Symp. on Algorithms and Data Structures (WADS), 2015
ACM Cloud Computing Security Workshop (CCSW), 2015
Int. Symp. on Graph Drawing (GD), 2015

*co-chair*, 2016 Workshop on Algorithm Engineering and Experiments (ALENEX)
2016 Workshop on Massive Data Algorithmics (MASSIVE)
2016 Int. Symp. on Algorithms and Computation (ISAAC)
29th ACM Symp. on Parallelism in Algorithms and Architectures (SPAA), 2017
25th ACM SIGSPATIAL Int. Conf. on Adv. in Geographic Information Systems (GIS), 2017
26th European Symp. on Algorithms (ESA), 2018
26th ACM SIGSPATIAL Int. Conf. on Adv. in Geographic Information Systems (GIS), 2018
2nd SIAM Symp. on Simplicity in Algorithms (SOSA), 2019
ACM SIGSPATIAL Int. Workshop on Spatial Gems, 2019
2021 SIAM Symp. on Applied Computational & Discrete Algorithms (ACDA)
2023 SIAM Symp. on Algorithm Engineering and Experimentation (ALENEX)
35th ACM Symp. on Parallelism in Algorithms and Architectures (SPAA), 2023
7th SIAM Symp. on Simplicity in Algorithms (SOSA), 2024
37th ACM Symp. on Parallelism in Algorithms and Architectures (SPAA), 2025

*Conference/Workshop Committee Service:*

Conference chair, 12th ACM Symp. on Computational Geometry, 1996
Organizer, 1st CGC Workshop on Computational Geometry, 1996
Co-chair, 1999 Dagstuhl Workshop on Computational Geometry, 1999
Conference chair, Graph Drawing, 2002
Co-organizer, Hawaiian Workshop on Parallel Algorithms, 2017, 2019
Member, Symp. on Theory of Computing (STOC) Test of Time Award Committee, 2024

*Steering Committee and Executive Committee Service:*

Member at large, ACM SIG on Algorithms & Comp. Theory (SIGACT) Exec. Comm., 1993–97
Member, Exec. comm. for 1996 Federated Computing Research Conference (FCRC)
co-Founder and member, Steering Comm. for Workshop on Algorithm Engineering
   and Experimentation (ALENEX), 1999–2017 (chair, 2014–16)
co-Chair, Steering Comm. for ACM Symp. on Computational Geometry, 1999–2001
Member, Steering Comm. for Graph Drawing Conference, 2000–03, 2014–16
Conference Chair, ACM SIG on Algorithms & Comp. Theory (SIGACT), 2005–09

*Center and Institute Affiliations:*

Algorithms, Combinatorics and Optimization Center, UCI
Center for Algorithms and Theory of Computation, UCI
Center for Embedded and Cyber-physical Systems, UCI
Center for Machine Learning and Intelligent Systems, UCI
The Institute for Virtual Environments and Computer Games (IVECG), UCI
Secure Computing & Networking Center, UCI

*Postdoctoral Fellows:*

1. Timothy Chan, Johns Hopkins, 1996. (Now at Univ. of Illinois)
2. Gill Barequet, Johns Hopkins, 1996-98. (Now at Technion)
3. Pawel Gajer, Johns Hopkins, 2000. (Now at Univ. of Maryland)
4. Amitabh Chaudhary, UC-Irvine, 2002-2004. (Now at U. Chicago)
5. Amitabha Bagchi, UC-Irvine, 2002-2004. (Now at IIT-Dehli)
6. Martin Nöllenburg, UC-Irvine, 2010, mentored jointly with David Eppstein. (Now at TU Wien)
7. Maarten Löffler, UC-Irvine, 2010-2011, mentored jointly with David Eppstein. (Now at Utrecht University)
8. Md. Jawaherul Alam, UC-Irvine, 2015-16. (Now at Amazon)

9. Giordano Da Lozzo, UC-Irvine, 2016-2017, mentored jointly with David Eppstein. (Now at "Roma Tre" University)

*Ph.D. Students:*

1. Mujtaba Ghouse, "Randomized Parallel Computational Geometry in Theory and Practice," Johns Hopkins Univ., May 1993.

2. Paul Tanenbaum, "On Geometric Representations of Partially Ordered Sets," Johns Hopkins Univ., May 1995 (co-advised with Edward Scheinerman).

3. Mark Orletsky, "Practical Methods for Geometric Searching Problems with Experimental Validation," Johns Hopkins Univ., May 1996.

4. Kumar Ramaiyer, "Geometric Data Structures and Applications," Johns Hopkins Univ., Aug. 1996.

5. Christian A. Duncan, "Balanced Aspect Ratio Trees," Johns Hopkins Univ., Aug. 1999.

6. Christopher Wagner, "Graph Visualization and Network Routing," Johns Hopkins Univ., Oct. 1999 (co-advised with Prof. Lenore Cowen).

7. Stephen Kobourov, "Algorithms for Drawing Large Graphs," Johns Hopkins Univ., May 2000.

8. Amitabha Bagchi, "Efficient Strategies for Topics in Internet Algorithmics," Johns Hopkins Univ., Oct. 2002.

9. Amitabh Chaudhary, "Applied Spatial Data Structures for Large Data Sets," Johns Hopkins Univ., Oct. 2002.

10. Breno De Medeiros, "New Cryptographic Primitives with Applications to Information Privacy and Corporate Confidentiality," Johns Hopkins Univ., May 2004 (co-advised with Giuseppe Ateniese).

11. "Jeremy" Yu Meng, "Confluent Graph Drawing," UC-Irvine, June 2006.

12. Jonathan Zheng Sun, "Algorithms for Hierarchical Structures, with Applications to Security and Geometry," UC-Irvine, Aug. 2006.

13. Nodari Sitchinava, "Parallel External Memory Model—A Parallel Model for Multi-core Architectures," UC-Irvine, Sep. 2009.

14. Darren Strash, "Algorithms for Sparse Geometric Graphs and Social Networks," UC-Irvine, May 2011 (co-advised with with David Eppstein).

15. Lowell Trott, "Geometric Algorithms for Social Network Analysis," UC-Irvine, May 2013.

16. Joseph Simons, "New Dynamics in Geometric Data Structures," UC-Irvine, May 2014.

17. Pawel Pszona, "Practical Algorithms for Sparse Graphs," UC-Irvine, May 2014.

18. William E. Devanny, "An Assortment of Sorts: Three Modern Variations on the Classic Sorting Problem," UC-Irvine, July 2017 (co-advised with David Eppstein).

19. Siddharth Gupta, "Topological Algorithms for Geographic and Geometric Graphs," UC-Irvine, Aug. 2018 (co-advised with with David Eppstein).

20. Timothy Johnson, "Graph Drawing Representations and Metrics with Applications," UC-Irvine, Aug. 2018.

21. Juan Besa, "Optimization Problems in Directed Graph Visualization," UC-Irvine, Aug. 2019.

22. Nil Mamano Grande, "New Applications of the Nearest-Neighbor Chain Algorithm," UC-Irvine, Sep. 2019 (co-advised with David Eppstein).

23. Pedro Matias, "Exact Learning of Sequences from Queries and Trackers," UC-Irvine, May 2021

24. Martha Osegueda, "Constructing, Counting and Matching Combinatorial and Geometric Shapes," UC-Irvine, May 2022

25. Ramtin Afshar, "Exact Learning of Graphs Using Queries," UC-Irvine, Feb. 2023

26. Evrim Ozel, "Efficient Algorithms for Road Networks and Noisy Sorting: an Experimental and Theoretical Perspective," UC-Irvine, May 2024

*Ph.D. Committee Service:*

| | | |
|---|---|---|
| John Augustine | UC-Irvine | Advancement to candidacy, September 2003 |
| Nikos Triandopoulos | Brown U. | Thesis prelim., February 2004 |
| Einar Mykletun | UC-Irvine | Advancement to candidacy, March 2004 |
| Kartic Subr | UC-Irvine | Advancement to candidacy, September 2004 |
| S. Joshua Swamidass | UC-Irvine | Advancement to candidacy, April 2005 |
| Jeong Hyun Yi | UC-Irvine | Thesis defense, August, 2005 |
| Nodari Sitchinava | UC-Irvine | Advancement to candidacy, chair, December 2005 |
| John Augustine | UC-Irvine | Thesis defense, July 2006 |
| Maithili Narasimha | UC-Irvine | Thesis defense, August, 2006 |
| Josiah Carlson | UC-Irvine | Advancement to candidacy, August 2006 |
| Xiaomin Liu | UC-Irvine | Advancement to candidacy, September 2006 |
| Gabor Madl | UC-Irvine | Advancement to candidacy, September 2006 |
| Nikos Triandopoulos | Brown U. | Thesis defense, September 2006 |
| Rabia Nuray-Turan | UC-Irvine | Advancement to candidacy, May 2007 |
| S. Joshua Swamidass | UC-Irvine | Thesis defense, June 2007 |
| Michael Sirivianos | UC-Irvine | Advancement to candidacy, June 2007 |
| Kevin Wortman | UC-Irvine | Advancement to candidacy, August 2007 |
| Di Ma | UC-Irvine | Advancement to candidacy, December 2007 |
| Josiah Carlson | UC-Irvine | Thesis defense, December 2007 |
| Michael Nelson | UC-Irvine | Advancement to candidacy, chair, March 2008 |
| Minas Gjoka | UC-Irvine | Advancement to candidacy, June 2008 |
| Sara Javanmardi | UC-Irvine | Advancement to candidacy, June 2008 |
| Ali Zandi | UC-Irvine | Advancement to candidacy, September 2008 |
| Jihye Kim | UC-Irvine | Thesis defense, September 2008 |
| Darren Strash | UC-Irvine | Advancement to candidacy, December 2008 |
| Kevin Wortman | UC-Irvine | Topic defense, January 2009 |
| Nodari Sitchinava | UC-Irvine | Topic defense, chair, June 2009 |
| Fabio Soldo | UC-Irvine | Advancement to candidacy, July 2009 |
| Emil De Cristofaro | UC-Irvine | Advancement to candidacy, July 2009 |
| Di Ma | UC-Irvine | Thesis defense, August 2009 |
| Yanbin Lu | UC-Irvine | Advancement to candidacy, December 2009 |
| Anh Le | UC-Irvine | Advancement to candidacy, April 2010 |
| Lowell Trott | UC-Irvine | Advancement to candidacy, June 2010 |
| Xiaomin Liu | UC-Irvine | Thesis defense, August 2010 |
| Josh Olsen | UC-Irvine | Advancement to candidacy, September 2010 |
| Yasser Altowim | UC-Irvine | Advancement to candidacy, December 2010 |
| Angela Wong | UC-Irvine | Advancement to candidacy, May 2011 |
| Joshua Hill | UC-Irvine | Advancement to candidacy, September 2011 |
| Alex Abatzoglou | UC-Irvine | Advancement to candidacy, September 2011 |
| Michael Wolfe | UC-Irvine | Masters Thesis defense, October 2011 |
| Olya Ohrimenko | Brown Univ. | PhD Thesis proposal, October 2011 |
| Yanbin Lu | UC-Irvine | PhD Thesis defense, November 2011 |
| Chun Meng | UC-Irvine | Advancement to candidacy, December 2011 |

| | | |
|---|---|---|
| Abinesh Ramakrishnan | UC-Irvine | Advancement to candidacy, March 2012 |
| Pegah Sattari | UC-Irvine | PhD Thesis defense, April 2012 |
| Michael Bannister | UC-Irvine | PhD Thesis defense, May 2015 |
| Yingyi Bu | UC-Irvine | PhD Thesis defense, August 2015 |
| Jenny Lam | UC-Irvine | PhD Thesis defense, November 2015 |
| Timothy Johnson | UC-Irvine | Advancement to candidacy, chair, June 2016 |
| Jiayu Xu | UC-Irvine | Advancement to candidacy, November 2016 |
| Sky Faber | UC-Irvine | PhD Thesis defense, November 2016 |
| Juan Jose Besa Vial | UC-Irvine | Advancement to candidacy, chair, March 2017 |
| William Devanny | UC-Irvine | PhD Thesis defense, co-chair, July 2017 |
| Ingo van Duijn | Aarhus Univ. | PhD Thesis defense, September 2017 |
| Siddharth Gupta | UC-Irvine | Advancement to candidacy, January 2018 |
| Boyang Wei | UC-Irvine | PhD Thesis defense, August 2018 |
| Timothy Johnson | UC-Irvine | PhD Thesis defense, chair, August 2018 |
| Siddharth Gupta | UC-Irvine | PhD Thesis defense, August 2018 |
| Pedro Matias | UC-Irvine | Advancement to candidacy, chair, May 2019 |
| Juan Jose Besa Vial | UC-Irvine | PhD Thesis defense, chair, August 2019 |
| Sameera Chayyur | UC-Irvine | Advancement to candidacy, September 2019 |
| Nil Mamano Grande | UC-Irvine | PhD Thesis defense, co-chair, September 2019 |
| Yihan Sun | CMU | PhD Thesis defense, October 2019 |
| Martha Osegueda | UC-Irvine | Advancement to candidacy, chair, June 2020 |
| Tatiana Bradley | UC-Irvine | PhD Thesis defense, December 2020 |
| Julius Ceasar Aguma | UC-Irvine | Advancement to candidacy, December 2020 |
| Ramtin Afshar | UC-Irvine | Advancement to candidacy, chair, March 2021 |
| Pedro Matias | UC-Irvine | PhD Thesis defense, chair, May 2021 |
| Elham Havvaei | UC-Irvine | PhD Thesis defense, May 2021 |
| Daniel Frishberg | UC-Irvine | Advancement to candidacy, May 2021 |
| Hadi Khodabandeh | UC-Irvine | Advancement to candidacy, July 2021 |
| Sameera Ghayyur | UC-Irvine | PhD topic defense, February 2022 |
| Evrim Ozel | UC-Irvine | Advancement to candidacy, chair, May 2022 |
| Rohith Gangam | UC-Irvine | Advancement to candidacy, May 2022 |
| Martha Osegueda | UC-Irvine | PhD Thesis defense, chair, May 2022 |
| Yanqi Gu | UC-Irvine | Advancement to candidacy, June 2022 |
| Sameera Ghayyur | UC-Irvine | PhD Thesis defense, August 2022 |
| Rasmus K. Petersen | Aarhus Univ. | PhD Thesis defense, Sept. 2022 |
| Zihan Yu | UC-Irvine | Advancement to candidacy, Nov. 2022 |
| Ramtin Afshar | UC-Irvine | PhD Thesis defense, chair, Feb. 2023 |
| Shanshan Han | UC-Irvine | Advancement to candidacy, Feb. 2023 |
| Zhanhang (Marco) Liang | UC-Irvine | Advancement to candidacy, Mar. 2023 |
| Shion Fukuzawa | UC-Irvine | Advancement to candidacy, co-chair, Mar. 2023 |
| Ryuto Kitagawa | UC-Irvine | Advancement to candidacy, chair, May 2024 |
| Ofek Gila | UC-Irvine | Advancement to candidacy, chair, May 2024 |
| Po-Chu Hsu | UC-Irvine | Advancement to candidacy, May 2024 |
| Yanqi Gu | UC-Irvine | PhD Thesis defense, May 2024 |
| Evrim Ozel | UC-Irvine | PhD Thesis defense, chair, May 2024 |
| Hadi Khodabandeh | UC-Irvine | PhD Thesis defense, June 2024 |
| Alfred (Songyu) Liu | UC-Irvine | Advancement to candidacy, chair, Nov. 2024 |
| Parnian Shahkar | UC-Irvine | Advancement to candidacy, Nov. 2024 |

| Stelios Stavroukakis | UC-Irvine | Advancement to candidacy, Nov. 2024 |
| Zhiqian Zhou | UC-Irvine | Advancement to candidacy, Feb. 2025 |
| Apurva Rai | UC-Irvine | Advancement to candidacy, Mar. 2025 |
| Phillip Nazarian | UC-Irvine | Advancement to candidacy, June 2025 |

*University Service:*

Ph.D. Requirements Committee, Dept. of Computer Science, chair: 1987–89
Graduate Admissions Committee, Dept. of Computer Science, 1991–1993 (chair: 1992)
Faculty Recruiting Committee, Dept. of Computer Science, 1993,95,96 (chair: 1996)
Steering Committee, Whiting School of Engineering, 1990–93 (chair, 1993)
Johns Hopkins Homewood Academic Computing Oversight Committee, 1990–93
Curriculum Committee, Whiting School of Engineering, 1994–96
Strategic Planning Committee, Whiting School of Engineering, 1999–00
Graduate Policy Committee, UCI Dept. of Information & Computer Science (ICS), 2001–02
Faculty Search Committee in Cryptography, UCI Dept. of ICS, 2001–03
School of Info. and Computer Science Executive Committee, 2002–04
UCI Committee on Educational Policy (CEP), 2002–03, 2004–06
UCI Change of Major Criteria Committee, 2002–03
UCI CEP Policy Subcommittee, 2002–2003
Distinguished Faculty Search Committee, Bren School of ICS, 2004–11 (chair, 2007–08)
Equity Advisor, Bren School of ICS, 2005–09
Dean's Advisory Council, Bren School of ICS, 2007–13
Associate Dean for Faculty Development, Bren School of ICS, 2006–12
Chair, Department of Computer Science, Bren School of ICS, 2012–13
Master of Computer Science Development Committee, Bren School of ICS, 2013–16
Stragic Planning Committee, Dept. of Computer Science, Bren School of ICS, 2015–16
Executive Committee, Bren School of ICS, 2017–18
UC-Irvine Senate Committee on Scholarly Honors & Awards, 2017–20
UC-Irvine Special Research Program Review Committee for CalIT2, 2018–19
UC-Irvine Year of Scholarly Values Advisory Committee, 2024–
Master of Computer Science Steering/Admissions Comm., Bren School of ICS, 2016–22, 2024–

*Courses Taught and Developed:*

Advanced Parallel Computing (developed and taught at Johns Hopkins)
Cyber-Puzzlers (designed and taught at UCI)
Computer Literacy (taught at Purdue, developed at Johns Hopkins)
Computer Programming for Scientists and Engineers (taught at Purdue)
Computer Security Algorithms (developed and taught at UCI)
Computational Models (revised and taught at Johns Hopkins)
Computational Geometry (revised and taught at Johns Hopkins and UCI)
Compiler Theory and Design (revised and taught at Johns Hopkins)
Computer Graphics (taught at Johns Hopkins)
Cyber-Fraud Detection and Prevention (designed and taught at UCI)
Data Structures (revised and taught at Johns Hopkins and UCI)
Graph Algorithms (revised and taught at UCI)
Formal Languages and Automata Theory (revised and taught at UCI)
Fundamentals of Algorithms with Applications (revised and taught at UCI)
Introduction to Algorithms (developed and taught at Johns Hopkins and UCI)
Internet Algorithmics (developed and taught at Johns Hopkins, Brown, and UCI)

Design and Analysis of Algorithms (revised and taught at Johns Hopkins and UCI)
Parallel Algorithms (developed and taught at Johns Hopkins and Univ. of Illinois)
Project in Algorithms and Data Structures (revised and taught at UCI)
Text Processing and Pattern Matching (developed and taught at UCI)

*Consulting:*

Army Research Laboratory, Fort Belvior, 1995
Battelle Research Triangle, Columbus Division, 1996
AT&T, 1998
Univ. of Miami, 1999
Algomagic Technologies, Inc., 2000–2005
Brown University, 2000–2007
Purdue University, 2002
APAC Security, Inc., 2005
Walt Disney Animation Studios, 2009
Technical expert and expert witness, 2012–
3M, 2015

## GRANTS AND CONTRACTS

1. PI, "Research Initiation Award: Parallel and Sequential Computational Geometry," National Science Foundation (NSF Grant CCR-8810568), $32,914, 1988–90.
2. co-PI, "Paradigms for Parallel Algorithm Design," NSF and DARPA (as NSF Grant CCR-8908092), $523,837, 1989–93 (with S. Rao Kosaraju (PI), S. Kasif, and G. Sullivan).
3. PI, "Parallel Computation and Computational Geometry," NSF (Grant CCR-9003299), $67,436, 1990–93.
4. co-PI, "A Facility for Experimental Validation," NSF (Grant CDA-9015667), $1,476,147, 1991–96 (with G. Masson (PI), J.K. Johnstone, S. Kasif, S. Rao Kosaraju, S. Salzberg, S. Smith, G. Sullivan, L. Wolff, and A. Zwarico).
5. PI, "Parallel Network Algorithms for Cell Suppression," The Bureau of the Census (JSA 91-23), $14,998 1991–92.
6. PI, "A Geometric Framework for the Exploration & Analysis of Astrophysical Data," NSF (Grant IRI-9116843), $535,553, 1991–96 (with S. Salzberg and H. Ford (from Physics and Astronomy Dept.)).
7. PI, "Research Experiences for Undergraduates supplement to IRI-9116843," NSF, $4,000, 1993–94 (with S. Salzberg and H. Ford).
8. PI, "Constructing, Maintaining, and Searching Geometric Structures," NSF (Grant CCR-9300079), $134,976, 1993–96.
9. co-PI, "Robust and Applicable Geometric Computing," Army Research Office (ARO MURI Grant DAAH04-96-1-0013), $4,500,000, 1996–2000 (with F. Preparata (PI, Brown U.), Roberto Tamassia (Brown U.), S. Rao Kosaraju, J. Vitter (Duke U.), and P. Agarwal (Duke U.)). Subaward size: $1,466,640.
10. PI, "Application-Motivated Geometric Algorithm Design," NSF (Grant CCR-9625289), $107,389, 1996-98.
11. co-PI, "vBNS Connectivity for the Johns Hopkins University," NSF, $350,000, 1997–99 (with T.O. Poehler (PI), D.J. Binko, J.G. Neal, and A.S. Szalay).
12. co-PI, "Product Donation, Technology for Education Program," Intel Corporation, $480,071, 1997–2001 (with T.O. Poehler (PI), J.H. Anderson, A.S. Szalay, and M. Robbins).

13. co-PI, "A Networked Computing Environment for the Manipulation & Visualization of Geometric Data" (Research Infrastructure), NSF, $1,638,785, 1997–2003 (with L.B. Wolff (PI), Y. Amir, S.R. Kosaraju, S. Kumar, Roberto Tamassia (Brown U.), R.H. Taylor, and D. Yarowsky).

14. PI, "Geometric Algorithm Design and Implementation," NSF, Grant CCR-9732300, $224,982, 1998–2002.

15. PI, "Certification Management Infrastructure – Certificate Revocation," $52,023, 1998, NSA LUCITE grant.

16. PI, "Software Engineering Data Loading, Analysis, and Reporting," $41,614, 1998, NSA LUCITE grant.

17. PI, "Establishing a LUCITE Collaboration Environment," $10,018, 1998, NSA LUCITE grant.

18. PI, "In Support of a Secure Multilingual Collabortive Computing Environment," $51,471, 1999-2000, NSA LUCITE grant.

19. PI, "Accessing Large Distributed Archives in Astronomy and Particle Physics," $199,981. subcontract to UCI from Johns Hopkins Univ. on NSF Grant PHY-9980044 (total budget, $2,500,000), 1999–2004.

20. PI, "Efficient and Scalable Infrastructure Support for Dynamic Coalitions," $1,495,000, DARPA Grant F30602-00-2-0509, 2000-2003 (with Robert Cohen and Roberto Tamassia), including $227,893 subaward to UCI (with Gene Tsudik).

21. PI, "Graph Visualization and Geometric Algorithm Design," $400,000, NSF Grant CCR-0098068, 2001-2004 (with Roberto Tamssia).

22. PI, "Collaborative Research: Teaching Data Structures to the Millennium Generation," $125,00, NSF Grant DUE-0231467, 2003–2005.

23. PI, "Collaborative Research: An Algorithmic Approach to Cyber-Security," $100,000, NSF Grant CCR-0311720, 2003–2006.

24. PI, "The OptIPuter," $900,000, subcontract from UCSD on NSF ITR grant CCR-0225642 (total budget, $13.5 million), 2002–2007 (with Padhraic Smyth and Kane Kim).

25. PI, "ITR: Algorithms for the Technology of Trust," $300,000, NSF Grant CCR-0312760, 2003–2009.

26. co-PI, "SDCI Data New: Trust Management for Open Collaborative Information Repositories: The CalSWIM Cyberinfrastructure," NSF grant OCI-0724806, $1,103,590, 2007–2012.

27. co-PI, "Support for Machine Learning Techniques for Cyber-Fraud Detection," Experian Corporation, $200,000 gift, 2008.

28. PI, "IPS: Collaborative Research: Privacy Management, Measurement, and Visualization in Distributed Environments," NSF Grant IIS-0713046, $224,851, 2007–2009.

29. PI, "Collaborative Research: Algorithms for Graphs on Surfaces," $400,000, NSF Grant CCR-0830403, 2008–2011.

30. PI, "ROA Supplement: IPS: Collaborative Research: Privacy Management, Measurement, and Visualization in Distributed Environments," NSF Grant IIS-0847968, $25,000, 2008–2009.

31. co-investigator, "Scalable Methods for the Analysis of Network-Based Data," Office of Naval Research: Multidisciplinary University Research Initiative (MURI) Award, number N00014-08-1-1015, $529,152, 2008–2014.

32. PI, "EAGER: Usable Location Privacy for Mobile Devices," NSF Grant 0953071, $300,000, 2009–2011.

33. PI, "TC:Large:Collaborative Research: Towards Trustworthy Interactions in the Cloud," NSF Grant 1011840, $500,000, 2010-2015.

38

34. PI, "TWC: Medium: Collaborative: Privacy-Preserving Distributed Storage and Computation," NSF Grant 1228639, $390,738, 2012-2018.

35. PI, "Support for Research on Geometric Motion Planning," 3M Corporation, $40,000 gift, 2014.

36. PI, "A4V: Automated Analysis of Algorithm Attack Vulnerabilities," subcontract 10036982-UCI from University of Utah for DARPA agreement no. AFRL FA8750-15-2-0092, $980,000, 2015–2019.

37. PI, "TWC: Small: Collaborative: Practical Security Protocols via Advanced Data Structures," NSF Grant 1526631, $166,638, 2015–2018.

38. PI, "NSF-BSF: AF: Small: Geometric Realizations and Evolving Data," NSF Grant 1815073, $474,392, 2018–2022.

39. PI, "Collaborative Research: AF: Medium: Algorithms for Geometric Graphs," NSF Grant 2212129, $799,800, 2022–2026.

## SELECTED INVITED TALKS

- "Probabilistic Packet Marking for Large-Scale IP Traceback," Purdue Univ., 2003
- "Algorithms for Data Authentication," Harvey Mudd College, 2003
- "Efficient Tree-Based Revocation in Groups of Low-State Devices," Univ. of Arizona, 2004
- "Leap-Frog Packet Linking and Diverse Key Distributions for Improved Integrity in Network Broadcasts," Southern California Security and Cryptography Workshop, 2005
- "Is Your Business Privacy Protected?," NEXT Connections, 2005
- "Distributed Peer-to-peer Data Structures," Harvard Univ., 2006
- "Balancing Life with an Academic Research Career," Grace Hopper Conference, 2006
- "Computer Security in the Large," Univ. Texas, San Antonio, 2006
- "Inspirations in Parallelism and Computational Geometry," Brown Univ., 2006
- "Efficiency and Security Issues for Distributed Data Structures," Computer Science Distinguished Lecture Series, Johns Hopkins Univ., 2006
- "Efficiency and Security Issues for Distributed Data Structures," UCLA, 2006
- "Efficiency and Security Issues for Distributed Data Structures," Edison Distinguished Lecturer Series, Univ. of Notre Dame, 2006
- "Efficiency and Security Issues for Distributed Data Structures," Computer Science Distinguished Lecturer Series, Texas A & M Univ., 2006
- "Algorithms for Secure Computing and Searching with Applications to Medical Informatics," Purdue Univ., 2006
- "Blood on the Computer: How Algorithms for Testing Blood Samples can be Used for DNA Sequencing, Wireless Broadcasting, and Network Security," Univ. of Southern California, 2007
- "Blood on the Computer: How Algorithms for Testing Blood Samples can be Used for DNA Sequencing, Wireless Broadcasting, and Network Security," Univ. California, San Diego, 2007
- "Blood on the Computer: How Algorithms for Testing Blood Samples can be Used for DNA Sequencing, Wireless Broadcasting, and Network Security," Univ. Minnesota, 2007
- "Blood on the Database: How Algorithms for Testing Blood Samples can be Used for Database Integrity," Invited Keynote, 21st Annual IFIP WG 11.3 Working Conference on Data and Applications Security (DBSec), 2007
- "Space-Efficient Straggler Identification," ALCOM Seminar, Univ. of Aarhus, 2007

- "Blood on the Computer: How Algorithms for Testing Blood Samples can be used in Modern Applications," ALCOM Seminar, Univ. of Aarhus, 2007
- "Studying Road Networks Through an Algorithmic Lens," ALCOM Seminar, Univ. of Aarhus, 2008
- "Studying Geometric Graph Properties of Road Networks Through an Algorithmic Lens," Int. Workshop on Computing: from Theory to Practice, 2009
- "Randomized Shellsort: A Simple Oblivious Sorting Algorithm," Distinguished Lecture Series, Department of Computer Science, Brown University, 2009
- "Simulating Parallel Algorithms in the MapReduce Framework with Applications to Parallel Computational Geometry," MASSIVE 2010
- "Data Cloning Attacks for Nearest-Neighbor Searching based on Retroactive Data Structures," Department of Computer Science, UCSB, 2011
- "Turning Privacy Leaks into Floods: Surreptitious Discovery of Social Network Friendships and Other Sensitve Binary Attribute Vectors," Department of Computer Science Distinguished Lecturer Series, Univ. of Illinois, Chicago, 2011
- "Turning Privacy Leaks into Floods: Surreptitious Discovery of Social Network Friendships and Other Sensitve Binary Attribute Vectors," Department of Computer Science, Purdue Univ., 2011
- "Spin-the-bottle Sort and Annealing Sort: Oblivious Sorting via Round-robin Random Comparisons," Department of Computer Science, Brown Univ., 2012
- "Using Data-Oblivious Algorithms for Private Cloud Storage Access," Qatar University, 2013
- "Using Data-Oblivious Algorithms for Private Cloud Storage Access," Department of Computer Science and Engineering Distinguished Speaker Series, University of Buffalo, 2013
- "Force-Directed Graph Drawing Using Social Gravity and Scaling," invited talk, ICERM Workshop on Stochastic Graph Models, Providence, RI, 2014
- "Invertible Bloom Lookup Tables and Their Applications in Large-Scale Data Analysis," invited key-note speaker, Algorithms for Big Data, Frankfurt, Germany, 2014
- "Invertible Bloom Lookup Tables and Their Applications in Large-Scale Data Analysis," Brown University, Providence, RI, 2014
- "Studying Road Networks Through an Algorithmic Lens," Bold Aspirations Visitor and Lecture, University of Kansas, 2015
- "Learning Character Strings via Mastermind Queries, with Case Studies," Invited Lecture, Workshop on Pattern Matching, Data Structures and Compression, Bar-Ilan University, Tel Aviv, Israel, 2016
- "Invertible Bloom Lookup Tables and Their Applications in Data Analysis," University of Hawaii, 2016
- "Invertible Bloom Lookup Tables," Purdue University, 2016
- "Combinatorial Pair Testing: Distinguishing Workers from Slackers," Calvin Univ., 2016
- "Invertible Bloom Lookup Tables," University of California, Riverside, 2016
- "2-3 Cuckoo Filters for Faster Triangle Listing and Set Intersection," Technion, Israel Institute of Technology, Haifa, Israel, 2017
- "2-3 Cuckoo Filters for Faster Triangle Listing and Set Intersection," University of Arizona, 2017
- "Parallel Computational Geometry," First Hawaii Workshop on Parallel Algorithms and Data Structures, University of Hawaii, 2017
- "Fighting Gerrymandering with Algorithmic Fairness," Calvin University, 2019

- "Fighting Gerrymandering with Algorithmic Fairness," Carnegie Mellon University, 2019
- "Sorting Evolving Data in Parallel," Second Hawaii Workshop on Parallel Algorithms and Data Structures, University of Hawaii, 2019
- "Dealing with Big Data via External Memory Algorithms and Data Structures," Aarhus University, Denmark, 2021
- "Dealing with Big Data via External Memory Algorithms and Data Structures," Royal Danish Academy of Sciences and Letters, 2021
- "Augmenting Networks for Greedy Routing," Dept. of Electrical and Computer Engineering, Distinguished Lecturer Series, Iowa State University, 2023
- "Augmenting Networks for Greedy Routing," Dept. of Computer Science, University of California, Riverside, 2024
- "Exact Matching Algorithms," Dept. of Computer Science, University of Hawaii, 2024
- "When Algorithms and Architectures Meet," Dept. of Computer Science, Purdue University, 2025
- "Computational Geometry with Probabilistically Noisy Primitive Errors," Schloss Dagstuhl – Leibniz Center for Informatics, Germany, 2025

# TECHNICAL EXPERT CONSULTING SUMMARY
## (LAST FIVE YEARS)
## Michael T. Goodrich, PhD



Dept. of Computer Science
Bren School of Info. & Computer Sciences
University of California, Irvine
Irvine, CA 92697-3435

http://www.ics.uci.edu/~goodrich/
E-mail: mike.t.goodrich (at) gmail.com

## TECHNICAL EXPERT CONSULTING

The following is a listing of prior and current expert consulting since 2020, but it may not include confidential information, as per written agreements.

1. Apr. 2016 to Sep. 2024, Technical expert and deponent, retained through Kramer Levin LLP on behalf of Acceleration Bay LLC, in IPR proceedings and patent litigation, Acceleration Bay LLC v. Activision Bizzard, Inc., Electronic Arts Inc., Take-Two Interactive Software, Inc., Rockstar Games, Inc., and 2K Sports, Inc. Civil Actions No. 1:16-cv-00453-RGA, No. 1:16-cv-00454-RGA, No. 1:16-cv-00455-RGA (D. Del.), IPR2015-01951, IPR2015-01953, IPR2015-01964, IPR2015-01970, IPR2015-01972, IPR2015-01996, IPR2016-00724, and IPR2016-00747 (PTAB).

2. May 2016 to Apr. 2023, Technical expert and deponent, retained through Kramer Levin LLP (transferred to Fish & Richardson) on behalf of Finjan, Inc., in PTO proceedings and patent litigations, Finjan, Inc. v. Blue Coat, Finjan, Inc. v. ESET, LLC, Finjan, Inc. v. Juniper Networks, Inc., Finjan, Inc. v. Cisco Systems, Inc., Finjan, Inc. v. Qualys, Inc., Finjan, Inc. v. Rapid7, Inc., and Finjan, Inc. v. SonicWall, Inc., IPR2015-01974, IPR2015-01979, IPR2016-00478, IPR2016-00159 (PTAB), 5:15-cv-03295-BLF-PSG (N.D. Cal.), 3:17-cv-05659-WHA (N.D. Cal.), 3:17-cv-0183-CAB-BGS (S.D. Cal.), 17-cv-0072-BLF-SVK (N.D. Cal.), 4:18-cv-07229-YGR (N.D. Cal.), 1:18cv-01519-MN (Del.), and 5:17-cv-04467-BLF (N.D. Cal.).

3. Jan. 2017 to Jan. 2021, Technical expert and deponent, retained by Fitzpatrick, Cella, Harper & Scinto, Venable LLP, on behalf of Koninklijke Philips N.V. and U.S. Philips Corp., in patent litigation, Philips v. Acer Inc., ASUSTeK Computer, Double Power Tech., HTC, Southern Telecom, Visual Land, Zowee Marketing Co., Ltd., Shenzen Zowee Technology Co., Ltd., YiFang USA, Inc. d/b/a EFun, Inc., and Intervenor/Counterclaim Defendant Microsoft Corporation. Civil Actions No. 15-1125-GMS, No. 15-1126-GMS, No. 15-1127-GMS, No. 15-1128-GMS, No. 15-1130-GMS, No. 15-1131-GMS, No. 15-1170-GMS (D. Del.), and 4:18-cv-01885-HSG (N.D. Cal., Oakland Div.).

4. Jun. 2018 to present, Technical expert, declarant, deponent, and testifying trial expert witness, retained through Kramer Levin LLP (now HSF Kramer) on behalf of Centripetal Networks, Inc., in IPRs and patent litigation, Centripetal Networks, Inc. v. Keysight Technologies, Inc., Ixia, and Cisco. Civil Actions No. 2:17-cv-00383/HCM-LRL and 2:18-cv-00094-HCM-LRL (E.D. Virginia), 2:22-cv-00002 (E.D. Virginia), IPR2018-01386, IPR2018-01443, IPR2018-01444, IPR2018-01512, IPR2018-01513, IPR2022-01525, IPR2023-00445, IPR2023-00446, IPR2023-00448 (PTAB), and Inv. No. 337-TA-1314 (ITC).

5. Feb. 2019 to present, Technical expert, declarant, deponent, and testifying trial expert witness, retained through Reichman Jorgensen LLP on behalf of Kove IO, Inc., in patent litigation, Kove IO, Inc. v. Amazon Web Services, Inc., Civil Action No. 1:18-cv-08175 (N.D. Illinois, Eastern Div.).

6. Jun. 2019 to Jun. 2023, Technical expert, declarant, and deponent, retained through Kramer Levin LLP on behalf of CUPP Cybersecurity LLC, in patent litigation, CUPP Cybersecurity LLC, et al., v. Trend Micro, Inc. IPR2021-00813, IPR2021-01236, IPR2021-01237 (PTAB), Civil Action no. 3:18-cv-01251-M, 3:20-cv-03206-M (N.D. Texas).

7. Jul. 2020 to Feb. 2021, Technical expert and declarant, retained through Goodwin Procter LLP on behalf of MobileIron, Inc., in patent litigation, MobileIron, Inc. v. BlackBerry Corp. IPR2020-01741 (PTAB).

8. Aug. 2020 to present, Technical expert and declarant, retained through Thompson & Knight LLP (now Holland & Knight) on behalf of Broadcom Corp., in patent litigation, Broadcom Corp. and Avago Technologies International Sales PTE. Limited v. Netflix, Inc. Civil actions no. 8:20-cv-529 (C.D. Cal.), 3:20-cv-04677-JD (N.D. Cal.).

9. Nov. 2020 to Dec. 2021, Technical expert and deponent, retained through Kramer Levin LLP on behalf of Midwest Athletics and Sports Alliance LLC (MASA), in patent litigation, Midwest Athletics and Sports Alliance LLC v. RICOH USA, Inc., and Midwest Athletics and Sports Alliance LLC v. Xerox Corp. Civil Action Nos. 19-CV-00514 (E.D. Penn.) and 6:19-CV-06036-EAW-JFW (W.D. New York).

10. Mar. 2021 to Feb. 2024, Technical expert, declarant, and deponent, retained through Nix Patterson LLP on behalf of Ikorongo Technology LLC, in patent litigation, Ikorongo v. Samsung, LG, Lyft, Uber, and Bumble Trading, Civil Action Nos. 6:20-cv-00256-ADA, 6:20-cv-00257-ADA, 6:20-cv-00258-ADA, 6:20-cv-00259-ADA, 6:20-cv-00843-ADA (W.D. Texas, Waco), and IPR2021-00204 (PTAB).

11. May 2021 to Aug. 2024, Technical expert, declarant, and deponent, retained by McKool Smith on behalf of SEVEN Networks LLC in patent litigation, SEVEN Networks, LLC v. Motorola Mobility LLC. Civil Action Nos. 2:21-cv-88 (E.D. Texas) and 3:21-cv-1036 (N.D. Texas).

12. Aug. 2021 to present, Technical expert, declarant, and deponent, retained through Holland & Knight LLP on behalf of CA, Inc., in patent litigation, CA, Inc. and Avago Technologies International Sales PTE. Limited v. Netflix, Inc. Civil action no. 2:21-cv-00080-JRG-RSP (E.D. Texas).

13. Aug. 2021 to present, Technical expert, declarant, deponent, and testifying trial expert witness, retained through Kramer Levin LLP (now HSF Kramer) on behalf of Centripetal Networks, Inc., in patent litigation and IPRs, Centripetal Networks, Inc. v. Palo Alto Networks,

Inc. Civil Action No. 2:21-cv-00137 (E.D. Virginia, Norfolk Div.), IPR2021-01149, IPR2021-01150, IPR2021-01152, IPR2021-01157, IPR2022-00182 (PTAB).

14. Jul. 2022 to May 2024, Technical expert, deponent, and declarant, retained through McKool Smith on behalf of the State of Texas, in litigation State of Texas v. Meta Platforms, Inc., Cause No. 22-0121.

15. Aug. 2022 to present, Technical expert and declarant, retained through Stamoulis & Weinblatt LLC on behalf of Ameranth, Inc., in a patent-related matter.

16. Sep. 2022 to present, Technical expert, deponent, and declarant, retained through Reichman Jorgensen Lehman & Feldberg LLP on behalf of VideoLabs, Inc., in patent-related matters, VideoLabs v. Netflix, and Starz Entertainment, LLC, et al. v. VL Collective IP, LLC and VideoLabs, Inc., Civil Action No. 21-cv-1448-JLH (D. Del.), IPR2022-01086, IPR2023-00628, IPR2023-00630, IPR2023-00891.

17. Nov. 2022 to Jun. 2023, Technical expert and declarant, retained through McKool Smith on behalf of American Airlines, Inc., in a patent-related litigation, R2 Solutions LLC v. American Airlines, Inc., Civil Action No.4:22-cv-00353 (E.D. Tex.).

18. Feb. 2023 to Nov. 2023, Technical expert and declarant, retained through Kirkland and Ellis LLP on behalf of Forcepoint LLC in a patent-related litigation, Webroot, Inc. et al. v. Forcepoint LLC, Case No. 6:22-cv-00341-ADA (W.D. Tex.).

19. Feb. 2023 to Dec. 2023, Technical expert and declarant, retained through Holland & Knight LLP on behalf of MDSave Shared Services, Inc., in a patent-related litigation.

20. Aug. 2023 to Sep. 2024, Technical expert, declarant, and deponent, retained though Kramer Levin LLP on behalf of Acceleration Bay LLC in patent-related litigation, Acceleration Bay LLC v. Amazon Web Services, Inc., Case No. 1:22-cv-904 (D. Del.).

21. Feb. 2024 to May 2024, Technical expert and declarant, retained through McKool Smith on behalf of AlphaSense, Inc., in patent litigation, AlphaSense, Oy and AlphaSense, Inc. v. Tegus, Inc. and Bamsec, LLC, Case No. cv-23-1030-MN (D. Del.).

22. Mar. 2024 to present, Technical expert, retained through Holland & Knight LLP on behalf of Cellular South, Inc., d/b/a C Spire, Inc. in patent-related litigation.

23. May 2024 to Jan. 2025, Technical expert and declarant, retained through Reichman Jorgensen Lehman & Feldberg LLP on behalf of Kove IO, Inc., in patent litigation, Kove IO, Inc. v. Google, LLC, No. 1:23-cv-04244 (N.D. Ill.).

24. May 2024 to present, Technical expert, retained through Reichman Jorgensen Lehman & Feldberg LLP on behalf of Malikie Innovations Limited and Key Patent Innovations Limited, in patent litigation.

25. July 2024 to present, Technical expert, declarant, and deponent, retained through McKool Smith on behalf of Carbyne Biometrics, LLC, in patent litigation, Apple, Inc., Petitioner v. Carbyne Biometrics, LLC, Patent Owner in Case: (1) IPR2024-00329, U.S. Patent No. 9,972,010; (2) IPR2024-00330, U.S. Patent No. 10,713,656; (3) IPR2024-00331, U.S. Patent No. 11,526,886; (4) IPR2024-00332, U.S. Patent No. 10,929,512; (5) IPR2024-00333, U.S. Patent No. 11,475,105; (6) IPR2024-00334, U.S. Patent No. 11,514,138; and (7) IPR2024-00507, U.S. Patent No. 11,475,105.

26. Oct. 2024 to present, Technical expert, declarant, and deponent, retained through Kramer Levin LLP (now HSF Kramer) on behalf of Cyandia, Inc., in patent litigation Cyandia, Inc. v. SAP America, Inc., and SAP SE, Case No. 2:22-cv-00096-JRG.

27. Nov. 2024 to present, Technical expert and declarant, Kramer Levin LLP (now HSF Kramer) on behalf of NTECH Properties, Inc. in patent litigation NTECH Properties, Inc. in v. ByteDance LTD., ByteDance PTE. LTD, TikTok PTE. LTD., and TikTok Inc., Case No. 2:24-cv-00130-JRG and IPR2024-01340, IPR2024-01341, IPR2024-01342, and IPR2024-01343.

28. Dec. 2024 to present, Technical expert, retained through Kramer Levin LLP (now HSF Kramer) and Noerr Partnerschaftsgesellschaft mbB on behalf of Centripetal Networks, Inc., in UPC proceedings between Centripetal and Keysight Technologies, Inc. at Mannheim Local Division, case no. 414/2024.

29. Dec. 2024 to present, Technical expert, retained through McKool Smith on behalf of American Airlines, Inc., in patent-related litigation, Intellectual Ventures I LLC et al. v. American Airlines, Inc., No. 4:24-cv-980 (E.D. Tex.).

30. Apr. 2025 to present, Technical expert, retained through Reichman Jorgensen on behalf of Corent Technology, Inc., in patent-related litigation.

31. Apr. 2025 to present, Technical expert, retained through Reichman Jorgensen on behalf of Xtone, Inc., in patent-related litigation, Xtone, Inc. v. Amazon.com, Inc., Amazon Web Services, Inc. and Amazon.com Services, LLC.

32. Apr. 2025 to present, Technical expert, retained through McKool Smith on behalf of AT&T Corp., in patent-related litigation, Headwater Research, LLC v. AT&T Corp. *et al.*, Case No. 2:25-cv-00215.

33. May 2025 to present, Technical expert, retained through Reichman Jorgensen Lehman & Feldberg LLP on behalf of VideoLabs, Inc., in patent-related matters, VideoLabs v. Meta Platforms, Inc., et al., Civil Action No. 22-cv-00680 (D. Del.).

34. May 2025 to present, Technical expert, declarant, and deponent, retained through Reichman Jorgensen Lehman & Feldberg LLP on behalf of CardWare, Inc., in patent-related matters, CardWare Inc. v. Apple Inc., WDTX-1-25-cv-00446-ADA, CardWare Inc. v. Google LLC, WDTX-7-24-cv-00278 (W.D. Tex.).

35. June 2025 to present, Technical expert, retained through Reichman Jorgensen Lehman & Feldberg LLP on behalf of Droplets, Inc., in patent-related matters, Droplets, Inc. v. Ford Motor Company, 2:24-cv-00968 (E.D. Tex.); Droplets, Inc. v. Walmart Inc., 2:24-cv-00970 (E.D. Tex.); Droplets, Inc. v. The Home Depot, Inc. et al., 2:24-cv-00969 (E.D. Tex.).

36. July 2025 to present, Technical expert, retained through Reichman Jorgensen Lehman & Feldberg LLP on behalf of Primos Storage, LLC, in patent-related matters, Primos Storage v. Amazon Litigation.

37. July 2025 to present, Technical expert, retained through McKool Smith on behalf of Nova-Cloud Licensing LLC, in patent-related litigation, NovaCloud v. Meta.

38. July 2025 to present, Technical expert, retained through HSF Kramer on behalf Cleveland Medical Devices, Inc., in patent-related litigation, IPR2025-00157-160, IPR2025-00246-247.