# EXHIBIT 13

description

Dictionary | Thesaurus

# description noun

de·scrip·tion  di-ˈskrip-shən

Synonyms of *description* >

**1 a** : an act of describing

specifically : discourse intended to give a mental image of something experienced

beautiful beyond *description*

gave an accurate *description* of what he saw

**b** : a statement or account giving the characteristics of someone or something : a descriptive statement or account

The review was little more than a *description* of the film's plot.

**2** : kind or character especially as determined by salient (see SALIENT entry 1 sense 3b) features

someone fitting the suspect's *description*

had toys of every *description*

opposed to any tax of so radical a *description*

depiction

portrayal

portrait

picture

Dictionary                                   Thesaurus

## Choose the Right Synonym for *description*

**TYPE**, **KIND**, **SORT**, **NATURE**, **DESCRIPTION**, **CHARACTER** mean a number of individuals thought of as a group because of a common quality or qualities.

**TYPE** may suggest strong and clearly marked similarity throughout the items included so that each is typical of the group.

> one of three basic body *types*

**KIND** may suggest natural grouping.

> a zoo seemingly having animals of every *kind*

**SORT** often suggests some disparagement.

> the *sort* of newspaper dealing in sensational stories

**NATURE** may imply inherent, essential resemblance rather than obvious or superficial likenesses.

> two problems of a similar *nature*

**DESCRIPTION** implies a group marked by agreement in all details belonging to a type as described or defined.

> not all acts of that *description* are actually illegal

**CHARACTER** implies a group marked by distinctive likenesses peculiar to the type.

> research on the subject so far has been of an elementary *character*

Dictionary  Thesaurus

a writer with a gift of *description*

## Recent Examples on the Web

ⓘ **Examples are automatically compiled from online sources to show current usage.** Read More

Pulte alleged in the April Department of Justice referral that James potentially misrepresented property **descriptions** and claimed her primary residential status as Norfolk.
— Kathryn Palmer, *USA Today*, 27 Aug. 2025

Navarro pointed to Bolton's **description** of deliberations on how to address Nicolás Maduro's regime in Venezuela; his description of negotiations with North Korean dictator Kim Jong Un; and his recounting of what NATO allies said behind closed doors.
— Brett Samuels, *The Hill*, 26 Aug. 2025

Be sure to click on the product **description** and keep expanding and looking because the information may not be included high up, ePost Global's Layfield said.
— Jason Ma, *Fortune*, 26 Aug. 2025

The **descriptions** of songwriting, too, are amalgams of their creative processes.
— Katy Hershberger august 26, *Literary Hub*, 26 Aug. 2025

See All Example Sentences for *description*

## Etymology

| Dictionary | Thesaurus |
|---|---|

14th century, in the meaning defined at sense 1a

# Time Traveler

**The first known use of** *description* **was in the 14th century**

See more words from the same century

beggar description

beyond description

self-description

Dictionary    Thesaurus

prescription    proscription

subscription    transcription

circumscription    misdescription

See All Rhymes for *description*

descripta    **description**    descriptionist

See All Nearby Words

**Style** MLA

"Description." *Merriam-Webster.com Dictionary*, Merriam-Webster, https://www.merriam-webster.com/dictionary/description. Accessed 5 Sep. 2025.

📋 Copy Citation

Dictionary | Thesaurus

# description *noun*

de·scrip·tion    di-ˈskrip-shən

**1** **:** an account of something

*especially* **:** an account that presents a picture to a person who reads or hears it

**2** **:** SORT entry 1 sense 1a, KIND

people of every *description*

## Etymology

Middle English *descripcioun* "description," from early French *descripcioun* and Latin *description-, descriptio* (both, same meaning), from Latin *describere* "to describe," from *de-* "down" and *scribere* "to write" — related to SCRIBE

# description *noun*

de·scrip·tion

**:** a representation in words of the nature and characteristics of a thing: as

Dictionary                                                           Thesaurus

Nglish: Translation of *description* for Spanish Speakers
Britannica.com: Encyclopedia article about *description*

Last Updated: 27 Aug 2025 - Updated example sentences

## Love words? Need even more definitions?

Subscribe to America's largest dictionary and get thousands more definitions and advanced search—ad free!

**MERRIAM-WEBSTER UNABRIDGED**

&lt;    ✕    🔍

Dictionary    Thesaurus



Can you solve 4 words at once?

Play



WORD OF THE DAY

histrionic 🔊

See Definitions and Examples »

Get Word of the Day daily email!

Your email addre    SUBSCRIBE

**Merriam-Webster's Great Big List of Words You Love to Hate**

Dictionary                                    Thesaurus

**Even More Bird Names that Sound Like Insults (and Sometimes Are)**

**Quordle**
Can you solve 4 words at once?

**Play**

**Blossom**
Pick the best words!

**Play**

**Missing Letter**
A daily crossword with a twist

**Simplify The Convoluted Expression Quiz**

Dictionary    Thesaurus

See All

Learn a new word every day. Delivered to your inbox!

Your email address

Help | About Us | Advertising Info | Contact Us | Privacy Policy | Terms of Use

© 2025 Merriam-Webster, Incorporated