# Exhibit B

**ThucMinh Nguyen**

| | |
|---|---|
| **From:** | ThucMinh Nguyen |
| **Sent:** | Friday, May 23, 2025 4:45 PM |
| **To:** | 'John B. Campbell'; Allen Gardner |
| **Cc:** | Casey L. Shomaker; Clara Bourget; Emily Tannenbaum; Kenneth Scott; Alan Block; AA_Intellectual_Ventures; Jonathan K. Waldrop; John Downing; Intellectual Ventures |
| **Subject:** | RE: Intellectual Ventures I LLC et al. v. American Airlines, Inc | C.A. No. 4:24-cv-00980 |

John,

Following up on the below. Please let us know American's position on IV's Motion for Leave to File an Amended Complaint. As previously indicated, we are readily available to meet and confer today. If we do not hear from you, we will assume that American opposes the Motion for Leave and will indicate as such in our forthcoming motion.

Regards,
Minh

**From:** John B. Campbell <jcampbell@McKoolSmith.com>
**Sent:** Friday, May 23, 2025 6:54 AM
**To:** ThucMinh Nguyen <TNguyen@kasowitz.com>; Allen Gardner <Allen@allengardnerlaw.com>
**Cc:** Casey L. Shomaker <cshomaker@McKoolSmith.com>; Clara Bourget <cbourget@McKoolSmith.com>; Emily Tannenbaum <etannenbaum@McKoolSmith.com>; Kenneth Scott <kscott@McKoolSmith.com>; Alan Block <ABlock@McKoolSmith.com>; AA_Intellectual_Ventures <AA_Intellectual_Ventures@mckoolsmith.com>; Jonathan K. Waldrop <JWaldrop@kasowitz.com>; John Downing <JDowning@kasowitz.com>; Intellectual Ventures <IntellectualVentures@kasowitz.com>
**Subject:** RE: Intellectual Ventures I LLC et al. v. American Airlines, Inc | C.A. No. 4:24-cv-00980

Minh,

It is not appropriate to "assume" American's position on an issue. See L.R. 7(h).

Of course, to have a "sincere effort in which the participants present the merits of their respective positions" in a meet and confer, L.R. 7(h), American needs a copy of the proposed amended complaint. It's difficult to form a view on a proposed amended complaint without understanding the scope of the proposed amendment(s). American understands that IV is refusing to provide a copy of the proposed amended complaint unless American agrees not to use providing the proposed amended complaint as a basis for the declaratory judgment action. We will discuss IV's request with our client and let you know if American agrees.

Thanks,
John

**McKool Smith** | John B. Campbell
Principal | Austin, TX | Tel: (512) 692-8730

1

**From:** ThucMinh Nguyen <TNguyen@kasowitz.com>
**Sent:** Thursday, May 22, 2025 5:31 PM
**To:** John B. Campbell <jcampbell@McKoolSmith.com>; Allen Gardner <Allen@allengardnerlaw.com>
**Cc:** Casey L. Shomaker <cshomaker@McKoolSmith.com>; Clara Bourget <cbourget@McKoolSmith.com>; Emily Tannenbaum <etannenbaum@McKoolSmith.com>; Kenneth Scott <kscott@McKoolSmith.com>; Alan Block <ABlock@McKoolSmith.com>; AA_Intellectual_Ventures <AA_Intellectual_Ventures@mckoolsmith.com>; Jonathan K. Waldrop <JWaldrop@kasowitz.com>; John Downing <JDowning@kasowitz.com>; Intellectual Ventures <IntellectualVentures@kasowitz.com>
**Subject:** RE: Intellectual Ventures I LLC et al. v. American Airlines, Inc | C.A. No. 4:24-cv-00980

John,

We attempted to reach you earlier by telephone to discuss our forthcoming motion for leave to amend the complaint but were unable to connect with you.

As previously indicated, the amended complaint will include additional patents, and we intend to file our motion tomorrow. At this time, we are not in a position to provide a draft of the amended complaint absent an enforceable agreement that American and its affiliates will not seek a declaratory judgment.

Please return our call or let us know a convenient time to discuss. If we do not hear from you, we will assume that American opposes the motion and will indicate as such in our motion.

Regards,
Minh

**From:** John B. Campbell <jcampbell@McKoolSmith.com>
**Sent:** Thursday, May 22, 2025 5:25 AM
**To:** ThucMinh Nguyen <TNguyen@kasowitz.com>; Allen Gardner <Allen@allengardnerlaw.com>
**Cc:** Casey L. Shomaker <cshomaker@McKoolSmith.com>; Clara Bourget <cbourget@McKoolSmith.com>; Emily Tannenbaum <etannenbaum@McKoolSmith.com>; Kenneth Scott <kscott@McKoolSmith.com>; Alan Block <ABlock@McKoolSmith.com>; AA_Intellectual_Ventures <AA_Intellectual_Ventures@mckoolsmith.com>; Jonathan K. Waldrop <JWaldrop@kasowitz.com>; John Downing <JDowning@kasowitz.com>; Intellectual Ventures <IntellectualVentures@kasowitz.com>
**Subject:** RE: Intellectual Ventures I LLC et al. v. American Airlines, Inc | C.A. No. 4:24-cv-00980

Minh,

Thanks for following up a few hours after sending the original request. We appreciate IV generally identifying the high-level purpose for amending its complaint (to add patents) in this latest request. Please provide a draft of the proposed amended complaint along with a red-line for American's consideration. Once we've had a chance to review and discuss with our client, we will provide times to meet and confer.

Thanks,
John

2

**McKOOL SMITH**

**John B. Campbell**
Principal

Austin, TX
Tel: (512) 692-8730
www.mckoolsmith.com

**From:** ThucMinh Nguyen <TNguyen@kasowitz.com>
**Sent:** Wednesday, May 21, 2025 3:21 PM
**To:** Allen Gardner <Allen@allengardnerlaw.com>
**Cc:** Casey L. Shomaker <cshomaker@McKoolSmith.com>; Clara Bourget <cbourget@McKoolSmith.com>; John B. Campbell <jcampbell@McKoolSmith.com>; Emily Tannenbaum <etannenbaum@McKoolSmith.com>; Kenneth Scott <kscott@McKoolSmith.com>; Alan Block <ABlock@McKoolSmith.com>; AA_Intellectual_Ventures <AA_Intellectual_Ventures@mckoolsmith.com>; Jonathan K. Waldrop <JWaldrop@kasowitz.com>; John Downing <JDowning@kasowitz.com>; Intellectual Ventures <IntellectualVentures@kasowitz.com>
**Subject:** Re: Intellectual Ventures I LLC et al. v. American Airlines, Inc | C.A. No. 4:24-cv-00980

Counsel,

Following up on our meet and confer request below. IV intends to move for leave to add additional patents in the case against American by this Friday. We are happy to meet and confer with American to discuss, but we need to schedule the meet and confer. Otherwise we will assume American is opposed.

Many thanks,
Minh


On May 21, 2025, at 7:36 AM, Allen Gardner <Allen@allengardnerlaw.com> wrote:

> Casey,
>
> We'd like to confer regarding a motion for leave to file an amended complaint.  When are you folks available to confer regarding this matter?
>
> Sincerely,
>
> Allen F. Gardner
> Allen Gardner Law, PLLC
> 609 S. Fannin
> Tyler, Texas 75701
> allen@allengardnerlaw.com
> www.allengardnerlaw.com
> Ph:  903-944-7537
> F:    903-944-7856
>
> Do Justice.  Love Mercy.  Walk Humbly.

3

CONFIDENTIALITY NOTICE: The messages contained in this email, including any and all accompanying attachments, are for the sole use of the intended recipient(s), are confidential, and may be privileged. If you have received this email in error, you are hereby notified that any use, dissemination, distribution, or reproduction of this transmission is prohibited. If you are not the intended recipient, please destroy all copies of the original transmission and contact the sender by calling 903-944-7537 immediately. Furthermore, please virus-check and scan all attachments prior to opening and/or use.  Finally, this email does not contain any tax advice.