# **Exhibit 4**

| | |
|---|---|
| **From:** | John Downing |
| **Sent:** | Wednesday, August 6, 2025 12:34 PM |
| **To:** | Casey L. Shomaker; Jonathan H. Hicks; Intellectual Ventures; Allen Gardner |
| **Cc:** | AA_Intellectual_Ventures |
| **Subject:** | RE: IV v. American - JCCPS |

Casey,

IV will move forward with the deposition on Monday. As far as our experts, we are reviewing Mr. Goodrich's declaration and plan to file declarations rebutting his positions. As we have explained, we do not believe this is out of time and is consistent with how this has been handled in the past. The declarations will only rebut the opinions of Mr. Goodrich.

Regards,

John

**From:** Casey L. Shomaker <cshomaker@McKoolSmith.com>
**Sent:** Tuesday, August 5, 2025 7:25 AM
**To:** John Downing <JDowning@kasowitz.com>; Jonathan H. Hicks <Jhicks@kasowitz.com>; Intellectual Ventures <IntellectualVentures@kasowitz.com>; Allen Gardner <Allen@allengardnerlaw.com>
**Cc:** AA_Intellectual_Ventures <AA_Intellectual_Ventures@mckoolsmith.com>
**Subject:** RE: IV v. American - JCCPS

John,

IV has known for months that expert declarations were due yesterday and claim construction discovery closes on Monday. It should come as no surprise that Dr. Goodrich is available to be deposed on his declaration within that window of time. Does IV intend to move forward with the deposition on Friday?

Separately, does IV intend to seek leave to serve expert declarations out of time? American will oppose and is available to confer.

Regards,

**McKool Smith** | Casey L. Shomaker
Associate | Dallas, TX | Tel: (214) 978-4218

NOTICE OF CONFIDENTIALITY: The information contained in and transmitted with this e-mail is SUBJECT TO THE ATTORNEY-CLIENT and ATTORNEY WORK PRODUCT PRIVILEGE and is CONFIDENTIAL. It is intended only for the individual or entity designated above. You are hereby notified that any dissemination, distribution, copying, use or reliance upon the information contained in and transmitted with this e-mail by or to anyone other than the addressee designated above by the sender is unauthorized and strictly prohibited. If you have received this e-mail in error, please notify the sender by reply immediately. Any e-mail erroneously transmitted to you should be immediately destroyed.

**From:** John Downing <JDowning@kasowitz.com>
**Sent:** Monday, August 4, 2025 10:42 PM
**To:** Casey L. Shomaker <cshomaker@McKoolSmith.com>; Jonathan H. Hicks <Jhicks@kasowitz.com>; Intellectual Ventures <IntellectualVentures@kasowitz.com>; Allen Gardner <Allen@allengardnerlaw.com>

**Cc:** AA_Intellectual_Ventures <AA_Intellectual_Ventures@mckoolsmith.com>
**Subject:** RE: IV v. American - JCCPS

Casey,

We do not agree with your position on PR 4-3.  We plan to review the declaration and provide a rebuttal declaration as we have done many times in the past in this Court.  Why are we just learning that Mr. Goodrich's only availability is a deposition this Friday?

John

**From:** Casey L. Shomaker <cshomaker@McKoolSmith.com>
**Sent:** Monday, August 4, 2025 8:31 PM
**To:** John Downing <JDowning@kasowitz.com>; Jonathan H. Hicks <Jhicks@kasowitz.com>; Intellectual Ventures <IntellectualVentures@kasowitz.com>; Allen Gardner <Allen@allengardnerlaw.com>
**Cc:** AA_Intellectual_Ventures <AA_Intellectual_Ventures@mckoolsmith.com>
**Subject:** RE: IV v. American - JCCPS

John,

We understand IV will not be serving an expert declaration in accordance with PR 4-3. We previously explained that the schedule does not permit an extension, particularly since our expert reserved this week for the deposition. IV did not dispute this observation. American will move to strike any late-disclosed opinions as procedurally defective and untimely.

Pursuant to the Docket Control Order (Dkt. 44) and P.R. 4-3(b), attached for service is the Declaration of Michael T. Goodrich. Dr. Goodrich is available for deposition on Friday, August 8.

Regards,

**McKool Smith** | Casey L. Shomaker
Associate | Dallas, TX | Tel: (214) 978-4218

NOTICE OF CONFIDENTIALITY: The information contained in and transmitted with this e-mail is SUBJECT TO THE ATTORNEY-CLIENT and ATTORNEY WORK PRODUCT PRIVILEGE and is CONFIDENTIAL. It is intended only for the individual or entity designated above. You are hereby notified that any dissemination, distribution, copying, use or reliance upon the information contained in and transmitted with this e-mail by or to anyone other than the addressee designated above by the sender is unauthorized and strictly prohibited. If you have received this e-mail in error, please notify the sender by reply immediately. Any e-mail erroneously transmitted to you should be immediately destroyed.

**From:** John Downing <JDowning@kasowitz.com>
**Sent:** Monday, August 4, 2025 10:06 PM
**To:** Casey L. Shomaker <cshomaker@McKoolSmith.com>; Jonathan H. Hicks <Jhicks@kasowitz.com>; Intellectual Ventures <IntellectualVentures@kasowitz.com>; Allen Gardner <Allen@allengardnerlaw.com>
**Cc:** AA_Intellectual_Ventures <AA_Intellectual_Ventures@mckoolsmith.com>
**Subject:** RE: IV v. American - JCCPS

Casey,

Per Allen's email, our team is traveling from a trial.  We requested an extension and American declined earlier if you recall.  Many are in the air.  We have disclosed our experts in rebuttal, so we are not exchanging an expert declaration today.

Regards,

John

John Downing
Kasowitz LLP
101 California Street,
Suite 3950
San Francisco, California 94111
Tel.   (650) 453-5426
Fax.  (650) 362-9430
JDowning@kasowitz.com

**From:** Casey L. Shomaker <cshomaker@McKoolSmith.com>
**Sent:** Monday, August 4, 2025 8:02 PM
**To:** Jonathan H. Hicks <Jhicks@kasowitz.com>; Intellectual Ventures <IntellectualVentures@kasowitz.com>; Allen Gardner <Allen@allengardnerlaw.com>
**Cc:** AA_Intellectual_Ventures <AA_Intellectual_Ventures@mckoolsmith.com>
**Subject:** RE: IV v. American - JCCPS

Counsel,

We have been asking IV to provide a time to exchange expert declarations since noon. It's now after 10PM. Please provide us the courtesy of a response.

Regards,

**McKool Smith** | Casey L. Shomaker
Associate | Dallas, TX | Tel: (214) 978-4218

NOTICE OF CONFIDENTIALITY: The information contained in and transmitted with this e-mail is SUBJECT TO THE ATTORNEY-CLIENT and ATTORNEY WORK PRODUCT PRIVILEGE and is CONFIDENTIAL. It is intended only for the individual or entity designated above. You are hereby notified that any dissemination, distribution, copying, use or reliance upon the information contained in and transmitted with this e-mail by or to anyone other than the addressee designated above by the sender is unauthorized and strictly prohibited. If you have received this e-mail in error, please notify the sender by reply immediately. Any e-mail erroneously transmitted to you should be immediately destroyed.

**From:** Casey L. Shomaker <cshomaker@McKoolSmith.com>
**Sent:** Monday, August 4, 2025 9:11 PM
**To:** Jonathan H. Hicks <Jhicks@kasowitz.com>; Intellectual Ventures <IntellectualVentures@kasowitz.com>; Allen Gardner <Allen@allengardnerlaw.com>
**Cc:** AA_Intellectual_Ventures <AA_Intellectual_Ventures@mckoolsmith.com>
**Subject:** RE: IV v. American - JCCPS

Counsel,

It's getting late here. Can we get an update?

Thanks,

**McKool Smith** | Casey L. Shomaker
Associate | Dallas | (214) 978-4218

**From:** Casey L. Shomaker <cshomaker@McKoolSmith.com>
**Sent:** Monday, August 4, 2025 8:17 PM

**To:** Jonathan H. Hicks <Jhicks@kasowitz.com>; Intellectual Ventures <IntellectualVentures@kasowitz.com>; Allen Gardner <Allen@allengardnerlaw.com>
**Cc:** AA_Intellectual_Ventures <AA_Intellectual_Ventures@mckoolsmith.com>
**Subject:** Re: IV v. American - JCCPS

Following up again. Please provide a time to exchange declarations tonight.

**McKool Smith** | Casey L. Shomaker
Associate | Dallas | (214) 978-4218

---

**From:** Casey L. Shomaker <cshomaker@McKoolSmith.com>
**Sent:** Monday, August 4, 2025 6:38:21 PM
**To:** Jonathan H. Hicks <Jhicks@kasowitz.com>; Intellectual Ventures <IntellectualVentures@kasowitz.com>; Allen Gardner <Allen@allengardnerlaw.com>
**Cc:** AA_Intellectual_Ventures <AA_Intellectual_Ventures@mckoolsmith.com>
**Subject:** RE: IV v. American - JCCPS

Jonathan,

We made one addition to the JCCPS in redline, as well as a few formatting nits. You may accept the changes and file, along with Exhibit B. Please let us know when IV is ready to exchange expert declarations.

Thank you,

**McKool Smith** | Casey L. Shomaker
Associate | Dallas | (214) 978-4218

---

**From:** Jonathan H. Hicks <Jhicks@kasowitz.com>
**Sent:** Monday, August 4, 2025 5:54 PM
**To:** Casey L. Shomaker <cshomaker@McKoolSmith.com>; Intellectual Ventures <IntellectualVentures@kasowitz.com>; Allen Gardner <Allen@allengardnerlaw.com>
**Cc:** AA_Intellectual_Ventures <AA_Intellectual_Ventures@mckoolsmith.com>
**Subject:** RE: IV v. American - JCCPS

Counsel,

Please confirm the attached is the final version of Exhibit B to the JCCS. We can handle the filing.

Also, IV accepted all changes to the draft JCCS that American sent on Friday and made a few additional changes, see attached in tracked changes. Please confirm IV can proceed with filing this draft.

Best,
Jonathan

**From:** Casey L. Shomaker <cshomaker@McKoolSmith.com>
**Sent:** Monday, August 4, 2025 1:21 PM
**To:** Jonathan H. Hicks <Jhicks@kasowitz.com>; Intellectual Ventures <IntellectualVentures@kasowitz.com>; Allen Gardner <Allen@allengardnerlaw.com>

**Cc:** AA_Intellectual_Ventures <AA_Intellectual_Ventures@mckoolsmith.com>
**Subject:** RE: IV v. American - JCCPS

Counsel,

Following up on the below. Please confirm IV is prepared to file the JCCPS incorporating American's edits and exchange expert declarations at 5PM CT.

Regards,

**McKool Smith** | Casey L. Shomaker
Associate | Dallas, TX | Tel: (214) 978-4218

NOTICE OF CONFIDENTIALITY: The information contained in and transmitted with this e-mail is SUBJECT TO THE ATTORNEY-CLIENT and ATTORNEY WORK PRODUCT PRIVILEGE and is CONFIDENTIAL. It is intended only for the individual or entity designated above. You are hereby notified that any dissemination, distribution, copying, use or reliance upon the information contained in and transmitted with this e-mail by or to anyone other than the addressee designated above by the sender is unauthorized and strictly prohibited. If you have received this e-mail in error, please notify the sender by reply immediately. Any e-mail erroneously transmitted to you should be immediately destroyed.

**From:** Casey L. Shomaker <cshomaker@McKoolSmith.com>
**Sent:** Monday, August 4, 2025 12:07 PM
**To:** Jonathan H. Hicks <Jhicks@kasowitz.com>; Intellectual Ventures <IntellectualVentures@kasowitz.com>; Allen Gardner <Allen@allengardnerlaw.com>
**Cc:** AA_Intellectual_Ventures <AA_Intellectual_Ventures@mckoolsmith.com>
**Subject:** RE: IV v. American - JCCPS

Counsel,

Attached is Exhibit B to the JCCPS. We propose the parties exchange expert declarations at 5PM CT. Please confirm IV agrees to do so.

Thank you,

**McKool Smith** | Casey L. Shomaker
Associate | Dallas | (214) 978-4218

**From:** Casey L. Shomaker <cshomaker@McKoolSmith.com>
**Sent:** Friday, August 1, 2025 1:54 PM
**To:** Jonathan H. Hicks <Jhicks@kasowitz.com>; Intellectual Ventures <IntellectualVentures@kasowitz.com>; Allen Gardner <Allen@allengardnerlaw.com>
**Cc:** AA_Intellectual_Ventures <AA_Intellectual_Ventures@mckoolsmith.com>
**Subject:** RE: IV v. American - JCCPS

Jonathan,

Attached are American's suggested edits. We will provide Exhibit B on Monday.

Thanks,

**McKool Smith** | Casey L. Shomaker
Associate | Dallas | (214) 978-4218

**From:** Jonathan H. Hicks <Jhicks@kasowitz.com>
**Sent:** Friday, August 1, 2025 1:19 PM
**To:** Casey L. Shomaker <cshomaker@McKoolSmith.com>; Intellectual Ventures <IntellectualVentures@kasowitz.com>; Allen Gardner <Allen@allengardnerlaw.com>
**Cc:** AA_Intellectual_Ventures <AA_Intellectual_Ventures@mckoolsmith.com>
**Subject:** RE: IV v. American - JCCPS

Casey,

Please find attached a draft Joint Claim Construction and Pre-Hearing statement.

IV will provide information for intrinsic and extrinsic evidence on Monday.

Best,
Jonathan


Jonathan H. Hicks
Kasowitz LLP
101 California Street,
Suite 3950
San Francisco, California 94111
Tel.   (650) 453-5423
Fax.  (650) 362-9328
Jhicks@kasowitz.com

This e-mail and any files transmitted with it are confidential and may be subject to the attorney-client privilege. Use or disclosure of this e-mail or any such files by anyone other than a designated addressee is unauthorized. If you are not an intended recipient, please notify the sender by e-mail and delete this e-mail without making a copy.

**From:** Casey L. Shomaker <cshomaker@McKoolSmith.com>
**Sent:** Friday, August 1, 2025 7:40 AM
**To:** Intellectual Ventures <IntellectualVentures@kasowitz.com>; Allen Gardner <Allen@allengardnerlaw.com>
**Cc:** AA_Intellectual_Ventures <AA_Intellectual_Ventures@mckoolsmith.com>
**Subject:** RE: IV v. American - JCCPS

**ALERT: THIS IS AN EXTERNAL EMAIL. DO NOT CLICK ON ANY LINK, ENTER A PASSWORD, OR OPEN AN ATTACHMENT UNLESS YOU KNOW THAT THE MESSAGE CAME FROM A SAFE EMAIL ADDRESS.**

Counsel,

Please send a draft without further delay. The JCCPS is due on Monday.

Regards,

**McKool Smith** | Casey L. Shomaker
Associate | Dallas, TX | Tel: (214) 978-4218

NOTICE OF CONFIDENTIALITY: The information contained in and transmitted with this e-mail is SUBJECT TO THE ATTORNEY-CLIENT and ATTORNEY WORK PRODUCT PRIVILEGE and is CONFIDENTIAL. It is intended only for the individual or entity designated above. You are hereby notified that any dissemination, distribution, copying,

use or reliance upon the information contained in and transmitted with this e-mail by or to anyone other than the addressee designated above by the sender is unauthorized and strictly prohibited. If you have received this e-mail in error, please notify the sender by reply immediately. Any e-mail erroneously transmitted to you should be immediately destroyed.

**From:** Casey L. Shomaker <cshomaker@McKoolSmith.com>
**Sent:** Thursday, July 31, 2025 2:10 PM
**To:** Intellectual Ventures <IntellectualVentures@kasowitz.com>; Allen Gardner <Allen@allengardnerlaw.com>
**Cc:** AA_Intellectual_Ventures <AA_Intellectual_Ventures@mckoolsmith.com>
**Subject:** RE: IV v. American - JCCPS

Counsel,

Following up on this. Please provide a draft today.

Regards,

McKool Smith | Casey L. Shomaker
Associate | Dallas, TX | Tel: (214) 978-4218

NOTICE OF CONFIDENTIALITY: The information contained in and transmitted with this e-mail is SUBJECT TO THE ATTORNEY-CLIENT and ATTORNEY WORK PRODUCT PRIVILEGE and is CONFIDENTIAL. It is intended only for the individual or entity designated above. You are hereby notified that any dissemination, distribution, copying, use or reliance upon the information contained in and transmitted with this e-mail by or to anyone other than the addressee designated above by the sender is unauthorized and strictly prohibited. If you have received this e-mail in error, please notify the sender by reply immediately. Any e-mail erroneously transmitted to you should be immediately destroyed.

**From:** Casey L. Shomaker <cshomaker@McKoolSmith.com>
**Sent:** Monday, July 28, 2025 9:54 AM
**To:** Intellectual Ventures <IntellectualVentures@kasowitz.com>; Allen Gardner <Allen@allengardnerlaw.com>
**Cc:** AA_Intellectual_Ventures <AA_Intellectual_Ventures@mckoolsmith.com>
**Subject:** IV v. American - JCCPS

Counsel,

Please provide a draft of the Joint Claim Construction and Prehearing Statement by Wednesday so American can provide its edits and additions ahead of the August 4 deadline.

Thank you,



Casey L. Shomaker
Associate
Dallas, TX
Tel: (214) 978-4218
www.mckoolsmith.com

NOTICE OF CONFIDENTIALITY: The information contained in and transmitted with this e-mail is SUBJECT TO THE ATTORNEY-CLIENT and ATTORNEY WORK PRODUCT PRIVILEGE and is CONFIDENTIAL. It is intended only for the individual or entity designated above. You are hereby notified that any dissemination, distribution, copying, use or reliance upon the information contained in and transmitted with this e-mail by or to anyone other than the addressee designated above by the sender is unauthorized and strictly prohibited. If you have received this e-mail in error, please notify the sender by reply immediately. Any e-mail erroneously transmitted to you should be immediately destroyed.