# **Exhibit 5**

**From:**            Jonathan H. Hicks
**Sent:**            Thursday, August 28, 2025 7:33 PM
**To:**              AA_Intellectual_Ventures
**Cc:**              Intellectual Ventures; Allen Gardner
**Subject:**         IV v. American – Deposition Availability

Counsel,

Dr. Eyal de Lara is available for remote deposition on Wednesday, September 3rd starting at 8 am ET and Dr. Joseph Camp is available for remote deposition on Thursday, September 4th starting at 9 am ET.

Best,
Jonathan


Jonathan H. Hicks
Kasowitz LLP
101 California Street,
Suite 3950
San Francisco, California 94111
Tel.  (650) 453-5423
Fax.  (650) 362-9328
Jhicks@kasowitz.com