UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC,<br><br>*Plaintiffs,*<br><br>v.<br><br>AMERICAN AIRLINES INC.,<br><br>*Defendant.* | C.A. No. 4:24-cv-00980-ALM<br><br>**JURY TRIAL DEMANDED** |

**[PROPOSED] ORDER DENYING DEFENDANT'S MOTION TO STRIKE THE ALLEGEDLY UNTIMELY EXPERT DECLARATIONS BY AMERICAN AIRLINES, INC.**

Before the Court is Defendant's Motion to Strike the Allegedly Untimely Expert Declarations ("Motion") filed by Defendant American Airlines, Inc. (Dkt. No. 78), the subsequent briefing by the parties, as well as all exhibits thereto.

Upon consideration of all of the foregoing, the Court **DENIES** the Motion.

Alternatively, the Court strikes the Declaration of Michael T. Goodrich.