# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC, | ) ) ) |
| *Plaintiffs*, | ) ) C.A. No. 4:24-cv-00980-ALM ) |
| v. | ) ) ) **JURY TRIAL DEMANDED** |
| AMERICAN AIRLINES, INC. | ) ) |
| *Defendant*. | ) |

## DECLARATION OF JONATHAN K. WALDROP IN SUPPORT OF PLAINTIFFS INTELLECTUAL VENTURES I LLC AND INTELLECTUAL VENTURES II LLC'S REPLY TO DEFENDANT'S RESPONSIVE CLAIM CONSTRUCTION BRIEF

I, Jonathan K. Waldrop, declare as follows:

1. I am a Partner with the law firm of Kasowitz LLP. I am one of the attorneys responsible for the representation of Plaintiffs Intellectual Ventures I LLC and Intellectual Ventures II LLC (collectively, "Plaintiffs" or "IV") in this matter and make this declaration in support of Plaintiffs' Reply to American Airlines, Inc.'s ("Defendant" or "American") Responsive Claim Construction Brief (Dkt. #82).

2. Attached hereto as Exhibit N is a true and correct copy of the Supplemental Declaration of Eyal de Lara, dated September 16, 2025.

3. Attached hereto as Exhibit O is a true and correct copy of the Supplemental Declaration of Joseph D. Camp, dated September 16, 2025.

I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information, and belief, formed after reasonable inquiry under the circumstances.

2

Executed on the 16th day of September, 2025, in San Francisco, California.

*/s/ Jonathan K. Waldrop*
Jonathan K. Waldrop
