# EXHIBIT F

| | |
|---|---|
| **From:** | John Downing |
| **To:** | Casey L. Shomaker; Jonathan H. Hicks; AA_Intellectual_Ventures |
| **Cc:** | Intellectual Ventures; Allen Gardner |
| **Subject:** | RE: IV v. American - Deposition Availability |
| **Date:** | Tuesday, September 2, 2025 12:51:57 PM |
| **Attachments:** | image001.png |
| | image002.png |

Hi Casey,

This email is unnecessary.  We understand your position and do not agree with it.

Regards,

John

**From:** Casey L. Shomaker <cshomaker@McKoolSmith.com>
**Sent:** Tuesday, September 2, 2025 10:48 AM
**To:** John Downing <JDowning@kasowitz.com>; Jonathan H. Hicks <Jhicks@kasowitz.com>; AA_Intellectual_Ventures <AA_Intellectual_Ventures@mckoolsmith.com>
**Cc:** Intellectual Ventures <IntellectualVentures@kasowitz.com>; Allen Gardner <Allen@allengardnerlaw.com>
**Subject:** RE: IV v. American - Deposition Availability

John,

IV's understanding is mistaken and contrary to the email below. American is declining IV's attempt to have it violate the discovery order. If IV moves for leave to re-open claim construction discovery and the Court grants IV's motion, then American will take the depositions.

American expects IV to accurately represent the facts in any Court briefing. Informing the Court that American declined to take the depositions would be a misrepresentation.

Regards,

**McKool Smith** | Casey L. Shomaker
Associate | Dallas, TX | Tel: (214) 978-4218

NOTICE OF CONFIDENTIALITY: The information contained in and transmitted with this e-mail is SUBJECT TO THE ATTORNEY-CLIENT and ATTORNEY WORK PRODUCT PRIVILEGE and is CONFIDENTIAL. It is intended only for the individual or entity designated above. You are hereby notified that any dissemination, distribution, copying, use or reliance upon the information contained in and transmitted with this e-mail by or to anyone other than the addressee designated above by the sender is unauthorized and strictly prohibited. If you have received this e-mail in error, please notify the sender by reply immediately. Any e-mail erroneously transmitted to you should be immediately destroyed.

**From:** John Downing <JDowning@kasowitz.com>
**Sent:** Tuesday, September 2, 2025 12:37 PM
**To:** Casey L. Shomaker <cshomaker@McKoolSmith.com>; Jonathan H. Hicks <Jhicks@kasowitz.com>; AA_Intellectual_Ventures <AA_Intellectual_Ventures@mckoolsmith.com>
**Cc:** Intellectual Ventures <IntellectualVentures@kasowitz.com>; Allen Gardner <Allen@allengardnerlaw.com>
**Subject:** RE: IV v. American - Deposition Availability

Casey,

We understand from your email that you have declined to accept the deposition dates and will release the dates. We disagree with American's position on this.

Regards,

John


John Downing
Kasowitz LLP
101 California Street,
Suite 3950
San Francisco, California 94111
Tel.  (650) 453-5426
Fax.  (650) 362-9430
JDowning@kasowitz.com

**From:** Casey L. Shomaker <cshomaker@McKoolSmith.com>
**Sent:** Tuesday, September 2, 2025 9:57 AM
**To:** Jonathan H. Hicks <Jhicks@kasowitz.com>; AA_Intellectual_Ventures <AA_Intellectual_Ventures@mckoolsmith.com>
**Cc:** Intellectual Ventures <IntellectualVentures@kasowitz.com>; Allen Gardner <Allen@allengardnerlaw.com>
**Subject:** RE: IV v. American - Deposition Availability



**ALERT: THIS IS AN EXTERNAL EMAIL. DO NOT CLICK ON ANY LINK, ENTER A PASSWORD, OR OPEN AN ATTACHMENT UNLESS YOU KNOW THAT THE MESSAGE CAME FROM A SAFE EMAIL ADDRESS.**


Jonathan,

American declines IV's invitation to violate the Court's scheduling order. Claim construction

discovery is closed. IV has not moved to re-open claim construction discovery. As such, IV's offer to depose these individuals at this stage is improper. *See, e.g., Staton Techiya, LLC v. Samsung Elecs. Co.*, Case No. 2:21-cv-00413-JRG-RSP, 2023 WL 2169025, at *1 (E.D. Tex. Feb. 21, 2023); *Trilogy Commc'ns, Inc. v. Times Fiber Commc'ns, Inc.*, 109 F.3d 739, 745 (Fed. Cir. 1997) (citing *Geiserman v. MacDonald*, 893 F.2d 787, 791 (5th Cir. 1990)); *see also* Fed. R. Civ. P. 16(B)(4).

Regards,



NOTICE OF CONFIDENTIALITY: The information contained in and transmitted with this e-mail is SUBJECT TO THE ATTORNEY-CLIENT and ATTORNEY WORK PRODUCT PRIVILEGE and is CONFIDENTIAL. It is intended only for the individual or entity designated above. You are hereby notified that any dissemination, distribution, copying, use or reliance upon the information contained in and transmitted with this e-mail by or to anyone other than the addressee designated above by the sender is unauthorized and strictly prohibited. If you have received this e-mail in error, please notify the sender by reply immediately. Any e-mail erroneously transmitted to you should be immediately destroyed.

---

**From:** Jonathan H. Hicks <Jhicks@kasowitz.com>
**Sent:** Thursday, August 28, 2025 6:33 PM
**To:** AA_Intellectual_Ventures <AA_Intellectual_Ventures@mckoolsmith.com>
**Cc:** Intellectual Ventures <IntellectualVentures@kasowitz.com>; Allen Gardner <Allen@allengardnerlaw.com>
**Subject:** IV v. American - Deposition Availability

Counsel,

Dr. Eyal de Lara is available for remote deposition on Wednesday, September 3rd starting at 8 am ET and Dr. Joseph Camp is available for remote deposition on Thursday, September 4th starting at 9 am ET.

Best,
Jonathan


Jonathan H. Hicks
Kasowitz LLP
101 California Street,
Suite 3950
San Francisco, California 94111
Tel.  (650) 453-5423

Fax.  (650) 362-9328
Jhicks@kasowitz.com

This e-mail and any files transmitted with it are confidential and may be subject to the attorney-client privilege. Use or disclosure of this e-mail or any such files by anyone other than a designated addressee is unauthorized. If you are not an intended recipient, please notify the sender by e-mail and delete this e-mail without making a copy.