# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| **INTELLECTUAL VENTURES I LLC AND INTELLECTUAL VENTURES II, LLC,**<br><br>Plaintiff,<br><br>vs.<br><br>**AMERICAN AIRLINES, INC.,**<br><br>Defendant. | Civil Action No. 4:24-cv-00980<br><br><br>**JURY TRIAL** |

**DECLARATION OF CASEY SHOMAKER IN SUPPORT OF DEFENDANT AMERICAN AIRLINES, INC.'S MOTION TO DISMISS PLAINTIFFS, INTELLECTUAL VENTURES I, LLC AND INTELLECTUAL VENTURES II, LLC'S FIRST AMENDED COMPLAINT UNDER RULE 12(B)(6) AND 12(B)(1)**

I, Casey Shomaker, hereby state as follows:

1. I am an attorney at McKool Smith, P.C., and counsel for American Airlines, Inc. ("American") in this action.

2. I provide this declaration in support of Defendant American Airlines, Inc.'s Motion to Dismiss Plaintiffs, Intellectual Ventures I, LLC and Intellectual Ventures II, LLC's First Amended Complaint Under Rule 12(b)(6) and 12(b)(1).

3. **Exhibit A** is a true and correct copy of excerpts of the prosecution file history for U.S. Patent 7,822,841.

4. **Exhibit B** is a true and correct copy of excerpts of the prosecution file history for U.S. Patent 7,822,841.

5. **Exhibit C** is a true and correct copy of excerpts of the prosecution file history for U.S. Patent 7,721,282.

6. **Exhibit D** is a true and correct copy of excerpts of the prosecution file history for U.S. Patent 7,721,282.

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 1st day of October 2025 in Dallas, Texas.

*/s/Casey Shomaker*
Casey Shomaker
