IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| **INTELLECTUAL VENTURES I LLC AND INTELLECTUAL VENTURES II, LLC,**<br><br>Plaintiff,<br><br>vs.<br><br>**AMERICAN AIRLINES, INC.,**<br><br>Defendant. | Civil Action No.  4:24-cv-00980<br><br><br>JURY TRIAL |

**ORDER ON DEFENDANT AMERICAN AIRLINES, INC.'S
MOTION TO DISMISS PLAINTIFFS, INTELLECTUAL VENTURES I, LLC AND
INTELLECTUAL VENTURES II, LLC'S FIRST AMENDED COMPLAINT UNDER
RULE 12(B)(6) AND 12(B)(1)**

BEFORE THE COURT is the Defendant, American Airlines, Inc.'s to Dismiss Plaintiffs, Intellectual Ventures I LLC and Intellectual Ventures II, LLC's First Amended Complaint. The Court has considered the Motion and finds that it should be GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED and DECREED that Plaintiffs' First Amended Complaint is dismissed.