IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC and <br> INTELLECTUAL VENTURES II LLC, <br> *Plaintiffs*, <br> v. <br> AMERICAN AIRLINES, INC. <br> *Defendant*. | ) <br> ) <br> ) <br> ) C.A. No. 4:24-cv-00980-ALM <br> ) <br> ) <br> ) **JURY TRIAL DEMANDED** <br> ) <br> ) <br> ) |

## ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO EXTEND TIME

The Court having considered Plaintiffs Intellectual Ventures I LLC and Intellectual Ventures II LLC's ("Plaintiffs") Unopposed Motion to Extend Time for Plaintiffs to respond to Defendant American Airlines, Inc.'s ("Defendant") Motion to Dismiss Plaintiffs' First Amended Complaint Under Rule 123(b)(6) and 12(b)(1) ("Motion to Dismiss") (Dk. 88), finds that such Motion should be GRANTED.

IT IS THEREFORE ORDERED that Plaintiffs' deadline to respond to Defendant's Motion to Dismiss is extended to October 29, 2025.