## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC and<br>INTELLECTUAL VENTURES II LLC,<br><br>        *Plaintiffs*,<br><br>v.<br><br>AMERICAN AIRLINES, INC.<br><br>        *Defendant*. | )<br>)<br>)<br>)   **C.A. No. 4:24-cv-00980-ALM**<br>)<br>)<br>)   **JURY TRIAL DEMANDED**<br>)<br>)<br>) |

### UNOPPOSED MOTION TO WITHDRAW AS ATTORNEY OF RECORD

**TO THE HONORABLE COURT:**

Counsel for Plaintiff Intellectual Ventures I LLC and Intellectual Ventures II LLC ("IV" or "Plaintiff") hereby moves to withdraw attorney Darcy L. Jones as counsel of record for Plaintiff.

Attorneys with the law firm of Kasowitz LLP and Allen Gardner Law PLLC will remain as counsel for Plaintiff.

This withdrawal will not cause a continuance or delay and will not prejudice Defendant American Airlines, Inc. or any other party to this action.

Defendant's counsel is not opposed to this motion. Accordingly, Plaintiff requests the Court enter an order reflecting this withdrawal and that all necessary changes be made to the Court's records and ECF.

Dated: October 9, 2025                              RESPECTFULLY SUBMITTED,

                                                                By: */s/ Jonathan K. Waldrop*
                                                                       Jonathan K. Waldrop (CA Bar No. 297903)
                                                                       (Admitted in this District)
                                                                       jwaldrop@kasowitz.com
                                                                       Marcus A. Barber (CA Bar No. 307361)
                                                                       (Admitted in this District)
                                                                       mbarber@kasowitz.com

John W. Downing (CA Bar No. 252850)
(Admitted in this District)
jdowning@kasowitz.com
Heather S. Kim (CA Bar No. 277686)
(Admitted in this District)
hkim@kasowitz.com
ThucMinh Nguyen (CA Bar No. 304382)
(Admitted in this District)
tnguyen@kasowitz.com
Jonathan Hicks (CA Bar No. 274634)
(Admitted in this District)
jhicks@kasowitz.com
**KASOWITZ LLP**
101 California Street, Suite 3950
San Francisco, California 94111
Telephone: (415) 421-6140
Facsimile: (415) 358-4408

Jeceaca An (NY Bar No. 5849898)
(Admitted in this District)
jan@kasowitz.com
**KASOWITZ LLP**
1633 Broadway
New York, NY 10019
Telephone: (212) 506-1800
Facsimile: (212) 506-1700

Paul G. Williams (GA Bar No. 764925)
(Admitted in this District)
pwilliams@kasowitz.com
**KASOWITZ LLP**
1230 Peachtree Street N.E., Suite 2445
Atlanta, Georgia 30309
Telephone: (404) 260-6080
Facsimile: (404) 260-6081

Allen F. Gardner (TX Bar No. 24043679)
allen@allengardnerlaw.com
**ALLEN GARDNER LAW, PLLC**
609 S. Fannin
Tyler, Texas 75701
Telephone: (903) 944-7537
Facsimile: (903) 944-7856

*Attorneys for Plaintiffs*
*INTELLECTUAL VENTURES I LLC and*
*INTELLECTUAL VENTURES II LLC*

## CERTIFICATE OF CONFERENCE

I hereby certify that on October 9, 2025, Jonathan K. Waldrop, conferred with Defendant's counsel regarding Darcy L. Jones' withdrawal from the case. Defendant is unopposed to this motion.

                                                  */s/ Jonathan K. Waldrop*
                                                  Jonathan K. Waldrop

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing instrument was served or delivered electronically to all counsel of record on this 9th day of October, 2025, via the Court's CM/ECF System.

*/s/ Jonathan K. Waldrop*
Jonathan K. Waldrop
