# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC and<br>INTELLECTUAL VENTURES II LLC,<br><br>        *Plaintiffs*,<br><br>v.<br><br>AMERICAN AIRLINES, INC.<br><br>        *Defendant*. | **C.A. No. 4:24-cv-00980-ALM**<br><br>**JURY TRIAL DEMANDED** |

## ORDER GRANTING PLAINTIFFS' MOTION TO WITHDRAW AS ATTORNEY OF RECORD

Pending before the Court is Plaintiffs' Motion for Withdrawal of Attorney Darcy L. Jones ("Motion"). This Court, having considered Plaintiffs' Motion and noting it is unopposed, HEREBY ORDERS that Plaintiffs' Motion be GRANTED.

It is therefore ORDERED that Darcy L. Jones is permitted to withdraw as counsel of record for Plaintiff in this case. ECF notifications to Darcy L. Jones are to be terminated in this case.

SIGNED THIS _____ day of _____ , 2025.

_____
UNITED STATES DISTRICT COURT JUDGE