# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC and<br>INTELLECTUAL VENTURES II LLC,<br><br>   *Plaintiffs*,<br><br>v.<br><br>AMERICAN AIRLINES, INC.,<br><br>   *Defendant*. | **C.A. No. 4:24-cv-00980-ALM**<br><br>**FILED UNDER SEAL**<br><br>**JURY TRIAL DEMANDED** |

## ORDER

Before the Court is Plaintiffs' Opposed Motion for Leave to File Amended Complaint (Dkt. #83), to which no response in opposition was filed.

It is therefore hereby ORDERED that Plaintiff's motion for leave is GRANTED, and the Amended Complaint for Patent Infringement (Dkt. #84) is deemed filed.

**IT IS SO ORDERED.**

**SIGNED this 27th day of October, 2025.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE