IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC and<br>INTELLECTUAL VENTURES II LLC,<br><br>    *Plaintiffs*,<br><br>    v.<br><br>AMERICAN AIRLINES, INC.<br><br>    *Defendant*. | )<br>)<br>) **C.A. No. 4:24-cv-00980-ALM**<br>)<br>)<br>) **JURY TRIAL DEMANDED**<br>)<br>)<br>)<br>) |

## NOTICE OF DENIAL OF *INTER PARTES* REVIEWS

Plaintiffs Intellectual Ventures I LLC and Intellectual Ventures II LLC hereby provide notice to the Court that the Patent and Trial and Appeal Board ("PTAB") has denied institution of six (6) *inter partes* review ("IPR") petitions for the following: U.S. Patent Nos. 7,257,582 (IPR2025-00785), Paper 14, attached as Exhibit A; 7,949,785 (IPR2025-00786), Paper 13, attached as Exhibit B; 7,324,469 (IPR2025-00782), Paper 15, attached as Exhibit C; 8,332,844 (IPR2025-00931), Paper 11, attached as Exhibit D; 8,407,722 (IPR2025-00987), Paper 10, attached as Exhibit E; 8,027,326 (IPR2025-01055), Paper 11, attached as Exhibit F.

1

The PTAB has now issued denial of institution decisions for six (6) of ten (10) IPR petitions. The table below provides a summary of the PTAB's IPR institution decisions:

| Patent | IPR No. | Termination Date |
|---|---|---|
| 7257582 | IPR2025-00785 | 11/4/2025 |
| 7949785 | IPR2025-00786 | 11/5/2025 |
| 7324469 | IPR2025-00782 | 11/18/2025 |
| 8332844 | IPR2025-00931 | 11/21/2025 |
| 8407722 | IPR2025-00987 | 10/23/2025 |
| 8027326 | IPR2025-01055 | 11/21/2025 |
| 7,712,080 | IPR2025-01511 | PENDING |
| 7,721,282 | IPR2025-00043 | PENDING |
| 10,103,845 | IPR2025-01510 | PENDING |
| 11,032,000 | IPR2025-01509 | PENDING |

Dated: November 24, 2025

RESPECTFULLY SUBMITTED,

By: */s/ Jonathan K. Waldrop*
Jonathan K. Waldrop (CA Bar No. 297903)
(Admitted in this District)
jwaldrop@kasowitz.com
Marcus A. Barber (CA Bar No. 307361)
(Admitted in this District)
mbarber@kasowitz.com
John W. Downing (CA Bar No. 252850)
(Admitted in this District)
jdowning@kasowitz.com
Heather S. Kim (CA Bar No. 277686)
(Admitted in this District)
hkim@kasowitz.com
ThucMinh Nguyen (CA Bar No. 304382)
(Admitted in this District)
tnguyen@kasowitz.com
Jonathan Hicks (CA Bar No. 274634)
(Admitted in this District)
jhicks@kasowitz.com
**KASOWITZ LLP**
101 California Street, Suite 3950
San Francisco, California 94111
Telephone: (415) 421-6140
Facsimile: (415) 358-4408

Paul G. Williams (GA Bar No. 764925)
(Admitted in this District)
pwilliams@kasowitz.com
**KASOWITZ LLP**
1230 Peachtree Street N.E., Suite 2445
Atlanta, Georgia 30309
Telephone: (404) 260-6080
Facsimile: (404) 260-6081

Jeceaca An (NY Bar No. 5849898)
(Admitted in this District)
jan@kasowitz.com
**KASOWITZ LLP**
1633 Broadway
New York, NY 10019
Telephone: (212) 506-1800
Facsimile: (212) 506-1700

Allen F. Gardner (TX Bar No. 24043679)
allen@allengardnerlaw.com
**ALLEN GARDNER LAW, PLLC**
609 S. Fannin
Tyler, Texas 75701
Telephone: (903) 944-7537
Facsimile: (903) 944-7856

**Attorneys for Plaintiffs**
**INTELLECTUAL VENTURES I LLC and**
**INTELLECTUAL VENTURES II LLC**

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing instrument was served or delivered electronically to all counsel of record on this 24th day of November, 2025, via the Court's CM/ECF system.

*/s/ Jonathan K. Waldrop*
Jonathan K. Waldrop
