# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC AND INTELLECTUAL VENTURES II, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN AIRLINES, INC.,<br><br>Defendant. | Civil Action No. 4:24-cv-00980-ALM<br><br>JURY TRIAL |

**DEFENDANT AMERICAN AIRLINES, INC.'S NOTICE OF SERVICE OF SUPPLEMENTAL INVALIDITY CONTENTIONS**

Notice is hereby given that on December 15, 2025, Defendant American Airlines, Inc. served upon Plaintiffs, Intellectual Ventures I LLC and Intellectual Ventures II, LLC its Invalidity Contentions in accordance with the Local Rules P.R. 3-3 and P.R. 3-4 of the Eastern District of Texas, and this Court's Order Governing Proceedings (Dkt. 81).

| | |
|---|---|
| Dated: December 15, 2025 | **MCKOOL SMITH, P.C.**<br><br>*/s/ John B. Campbell*<br>John B. Campbell<br>Texas State Bar No. 24036314<br>jcampbell@McKoolSmith.com<br>Kenneth M. Scott<br>Texas State Bar No. 24137497<br>kscott@McKoolSmith.com<br>**MCKOOL SMITH, P.C.**<br>303 Colorado Street Suite 2100<br>Austin, TX 78701<br>Telephone: (512) 692-8700<br>Telecopier: (512) 692-8744<br><br>Emily Tannenbaum<br>New York State Bar No. 5928130<br>**MCKOOL SMITH, P.C.**<br>1301 Avenue of the Americas, 32nd Floor<br>New York, NY 10019<br>Telephone: (212) 402-9400<br>Telecopier: (212) 402-9444<br><br>Casey L. Shomaker<br>Texas State Bar No. 24110359<br>cshomaker@McKoolSmith.com<br>**McKool Smith, P.C.**<br>300 Crescent Court, Suite 1500<br>Dallas, TX 75201<br>Telephone: (214) 978-4000<br>Facsimile: (214) 978-4044<br><br>Alan P. Block<br>California State Bar No. 143783<br>ablock@mckoolsmith.com<br>**McKool Smith, P.C.**<br>300 South Grand Avenue, Suite 2900<br>Los Angeles, CA 90071<br>Telephone: (213) 694-1054<br>Telecopier: (213) 694-1234<br><br>ATTORNEYS FOR AMERICAN<br>AMERICAN AIRLINES, INC. |

3

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's ECF system on December 15, 2025.

/s/ *John B. Campbell*
John B. Campbell
