# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC and § <br> INTELLECTUAL VENTURES II LLC § <br> § <br> v. § <br> § <br> AMERICAN AIRLINES, INC. § | § <br> § Civil Action No. 4:24cv980 <br> § Judge Mazzant <br> § <br> § |

## ORDER APPOINTING TECHNICAL ADVISOR

The Court hereby appoints Mr. Scott Woloson to serve as the Technical Advisor for the Court in this case. Given his background and qualifications, the Court is satisfied that Mr. Woloson's appointment pursuant to the terms of this Order would assist the Court in this case. Mr. Woloson's contact information is as follows:

> Scott Woloson
> Law Office of Scott Woloson
> 1431 Wirt Road #141
> Houston, TX 77055
> Phone: 281-352-9878
> E-mail: scott@scottwolosonlaw.com

The parties shall send courtesy copies of claim construction briefs, exhibits and technology tutorials no later than one business day after the date of this order or when such documents are filed: (1) in PDF form to scott@scottwolosonlaw.com; and (2) in paper form, double-sided, in a 3-ring binder, with tabbed exhibits to the Law Office of Scott Woloson, P.C., 1431 Wirt Road #141, Houston, TX 77055. If the document was filed with the Court, the copy must include the CM/ECF header.

Mr. Woloson will provide the Court with a pre-hearing memo prior to the hearing, and will meet with the Court before the *Markman* hearing and again immediately following the *Markman* hearing.

Mr. Woloson will assist the Court with technical issues related to the claim construction process and advise the Court regarding preliminary and final claim constructions. Because a technical advisor serves essentially as a law clerk to the Court and will be familiar with the claim construction issues in this case, the Court has requested that the technical advisor assist the Court in drafting a claim construction order.

***The Parties are advised that the Court will conduct the Markman hearing virtually; the Court will provide the Parties with appearance instructions closer to the hearing date.***

**IT IS SO ORDERED.**

SIGNED this 29th day of December, 2025.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE