# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC and<br>INTELLECTUAL VENTURES II LLC,<br><br>        *Plaintiffs*,<br><br>    v.<br><br>AMERICAN AIRLINES, INC.<br><br>        *Defendant*. | )<br>)<br>)<br>)  **C.A. No. 4:24-cv-00980-ALM**<br>)<br>)<br>)  **JURY TRIAL DEMANDED**<br>)<br>)<br>)<br>) |

## PLAINTIFFS' UNOPPOSED MOTION TO EXTEND TIME

Plaintiffs Intellectual Ventures I LLC and Intellectual Ventures II LLC (collectively, "Plaintiffs"), respectfully move the Court to extend the deadline for the parties to exchange privilege logs (or a letter to the Court stating that there are no disputes as to claims of privileged documents) by two weeks from December 29, 2025, to January 12, 2026, in light of the holidays. Defendant is unopposed to this Motion to Extend Time.

This extension does not change the date of any hearing, trial, or other Court date, or extend any deadline of a final submission that affects the Court's ability to hold a scheduled hearing, trial or Court event.

Wherefore, Plaintiffs respectfully request that the Court grant this Unopposed Motion to Extend the time for the parties to exchange privilege logs (or a letter to the Court stating that there are no disputes as to claims of privileged documents) from December 29, 2025, to January 12, 2026.

| | |
|---|---|
| Dated: December 29, 2025 | RESPECTFULLY SUBMITTED, |

By: */s/ Jonathan K. Waldrop*
    Jonathan K. Waldrop (CA Bar No. 297903)
    (Admitted in this District)
    jwaldrop@kasowitz.com
    Marcus A. Barber (CA Bar No. 307361)
    (Admitted in this District)
    mbarber@kasowitz.com
    John W. Downing (CA Bar No. 252850)
    (Admitted in this District)
    jdowning@kasowitz.com
    Heather S. Kim (CA Bar No. 277686)
    (Admitted in this District)
    hkim@kasowitz.com
    ThucMinh Nguyen (CA Bar No. 304382)
    (Admitted in this District)
    tnguyen@kasowitz.com
    Jonathan Hicks (CA Bar No. 274634)
    (Admitted in this District)
    jhicks@kasowitz.com
    **KASOWITZ LLP**
    101 California Street, Suite 3950
    San Francisco, California 94111
    Telephone: (415) 421-6140
    Facsimile: (415) 358-4408

    Jeceaca An (NY Bar No. 5849898)
    (Admitted in this District)
    jan@kasowitz.com
    **KASOWITZ LLP**
    1633 Broadway
    New York, NY 10019
    Telephone: (212) 506-1800
    Facsimile: (212) 506-1700

    Paul G. Williams (GA Bar No. 764925)
    (Admitted in this District)
    pwilliams@kasowitz.com
    **KASOWITZ LLP**
    1230 Peachtree Street N.E., Suite 2445
    Atlanta, Georgia 30309
    Telephone: (404) 260-6080
    Facsimile: (404) 260-6081

Allen F. Gardner (TX Bar No. 24043679)
allen@allengardnerlaw.com
**ALLEN GARDNER LAW, PLLC**
609 S. Fannin
Tyler, Texas 75701
Telephone: (903) 944-7537
Facsimile: (903) 944-7856

*Attorneys for Plaintiffs*
*INTELLECTUAL VENTURES I LLC and*
*INTELLECTUAL VENTURES II LLC*

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing instrument was served or delivered electronically to all counsel of record on this 29th day of December, 2025, via the Court's CM/ECF System.

                                      */s/ Jonathan K. Waldrop*
                                        Jonathan K. Waldrop

## CERTIFICATE OF CONFERENCE

The undersigned certifies that counsel for Plaintiffs conferred with counsel for Defendant via electronic mail concerning the relief requested in this motion, and Defendant represents that they are unopposed to the relief requested in this motion.

/s/ *Jonathan K. Waldrop*
Jonathan K. Waldrop
