# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC and <br> INTELLECTUAL VENTURES II LLC, <br><br> *Plaintiffs*, <br><br> v. <br><br> AMERICAN AIRLINES, INC. <br><br> *Defendant*. | Civil Action No. 4:24-cv-00980-ALM <br><br> **JURY TRIAL DEMANDED** |

## ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO EXTEND TIME

The Court having considered Plaintiffs Intellectual Ventures I LLC and Intellectual Ventures II LLC's ("Plaintiffs") Unopposed Motion to Extend Time (Dkt. #106) for the parties to exchange privilege logs (or a letter to the Court stating that there are no disputes as to claims of privileged documents) by two weeks – from December 29, 2025, to January 12, 2026 – finds that such Motion should be GRANTED.

IT IS THEREFORE ORDERED that the parties' deadline to exchange privilege logs (or a letter to the Court stating that there are no disputes as to claims of privileged documents) is extended to January 12, 2026.

**IT IS SO ORDERED.**

SIGNED this 2nd day of January, 2026.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE