**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC, <br><br> *Plaintiffs*, <br><br> v. <br><br> AMERICAN AIRLINES, INC. <br><br> *Defendant*. | ) ) ) ) ) **C.A. No. 4:24-cv-00980-ALM** ) ) ) ) **JURY TRIAL DEMANDED** ) ) ) |

**P.R. 4-5(d) JOINT CLAIM CONSTRUCTION CHART**

1

| Claim[1] | Plaintiffs' Proposed Construction | Defendant's Proposed Construction | Court's Construction |
|---|---|---|---|
| **U.S. Patent No. 8,332,844[2]** | | | |
| 7. A method for providing data to a plurality of compute nodes, comprising:<br><br>storing blocks of a **root image** of said compute nodes on a first storage unit;<br><br>storing leaf images for respective compute nodes on respective second storage units, said leaf images including only additional data blocks not previously contained in said **root image** and changes made by respective compute nodes to the blocks of the **root image**, wherein said leaf images of respective compute nodes do not include blocks of said **root image** that are unchanged by respective compute nodes; and | "root image"[3]<br><br>Plain and ordinary meaning. | "root image"<br><br>a read-only base set of data blocks, operating beneath the file system, that provide the common portion of the application environment | |

---

[1] For ease of reference, the parties only list the claims where the disputed term first appears.
[2] Plaintiffs Intellectual Ventures I LLC and Intellectual Ventures II LLC ("IV" or "Plaintiffs")) asserts claims 7 and 11 of U.S. Patent No. 8,332,844.
[3] This term also appears in claim 11.

| Claim[1] | Plaintiffs' Proposed Construction | Defendant's Proposed Construction | Court's Construction |
|---|---|---|---|
| caching blocks of said **root image** that have been accessed by at least one of said compute nodes in a cache memory. | | | |
| **U.S. Patent No. 8,407,722[4]** | | | |
| 14. A method comprising:<br><br>providing, using a processing device of an **input source**, a data representation to a client device, different from the **input source**, coupled to a routing network, wherein the data representation includes at least one live object recognizable by the client device, and causing the client device to respond to the live object of the data representation by determining an object identifier (ID) of the live object and to register for updates of the live object with the routing network, such that registering the client device with the routing network provides client connection | **"input source"**<br><br>Plain and ordinary meaning.<br><br><br>**"identify a category of the update message based on the input source"**<br><br>Plain and ordinary meaning. | **"input source"**<br><br>information provider and/or dynamic content provider<br><br><br>**"identify a category of the update message based on the input source"**<br><br>identify a category of the update message based on the information provider or dynamic content provider but not on the category/topic of the message content | |

---

[4] IV asserts claims 14 and 16-18 of U.S. Patent No. 8,407,722.

| Claim[1] | Plaintiffs' Proposed Construction | Defendant's Proposed Construction | Court's Construction |
|---|---|---|---|
| information to a node in the routing network; and sending, using the processing device of the **input source**, an update message to the routing network, wherein the update message identifies the live object and contains update data that updates a property of the live object, wherein a gateway device at the routing network is configured to **identify a category of the update message based on the input source**, to determine a node type to which the identified category maps, and to route the update message to the node, having the node type, at the routing network, wherein the node is configured to identify the client device as a registered device and to route the update message to the client device, and wherein the client device | | | |

3

| Claim[1] | Plaintiffs' Proposed Construction | Defendant's Proposed Construction | Court's Construction |
|---|---|---|---|
| processes the update message upon receipt to update the property of the live object at the client device. | | | |
| **U.S. Patent No. 7,949,785[5]** | | | |
| 30. A virtual network manager, comprising:<br><br>a network interface configured for data communication via a virtual network that is defined by a domain name having an associated public **network address**;<br><br>a memory and a processor to implement a register module configured to register devices in a virtual network, the register module further configured to:<br><br>receive a registration request from an agent associated with a device; | **"network address"**[6]<br><br>Plain and ordinary meaning.<br><br><br>**"network route director"**<br><br>Plain and ordinary meaning. | **"network address"**<br><br>Internet protocol or IP address<br><br><br><br>**"network route director"**<br><br>a publicly addressable device configured to route encapsulated packets to and from entities located in a private network portion of a virtual network | |

---

[5] IV asserts claims 30, 35, and 37 of U.S. Patent No. 7,949,785.
[6] This term also appears in claim 37.

| Claim[1] | Plaintiffs' Proposed Construction | Defendant's Proposed Construction | Court's Construction |
|---|---|---|---|
| distribute a virtual **network address** to the device when the device is registered in the virtual network, the device being identified to other devices in the virtual network by the virtual **network address**; and<br><br>a DNS server for the virtual network, the DNS server configured to receive a DNS request from a first device in the virtual network, and return a **network address** associated with a **network route director**, a private **network address** associated with a second device in the virtual network, and a virtual **network address** associated with the second | | | |
| **U.S. Patent No. 7,324,469**[7] | | | |
| 24. An Internet Hotspot comprising: | "a remote location a experiencing a relatively high | "a remote location a experiencing a relatively high | |

---

[7] IV asserts claims 24-26, 28, and 32 of U.S. Patent No. 7,324,469.

| Claim[1] | Plaintiffs' Proposed Construction | Defendant's Proposed Construction | Court's Construction |
|---|---|---|---|
| a satellite dish communicating with the Internet via one or more data links with a satellite;<br><br>at least one router operatively coupled to the satellite dish;<br><br>a subscriber access unit operatively coupled between the satellite dish and the at least one router, the subscriber access unit being capable of authenticating a subscription account associated with a user prior to allowing the user access to the Internet; and<br><br>a web-ready device operatively coupled to the at least one router, the web-read device having a browser application operating thereon for accessing the Internet;<br><br>wherein the satellite dish, at least one router and the subscriber access unit are located in **a remote location a experiencing a relatively high** | volume of transient traffic"<br><br>Plain and ordinary meaning.<br><br><br><br>**"a relatively high volume of transient traffic"**<br><br>Plain and ordinary meaning. Not indefinite. | volume of transient traffic"<br><br>a fixed remote location experiencing a relatively high volume of transient traffic<br><br><br>**"a relatively high volume of transient traffic"**<br><br>Indefinite as to "relatively high" and "transient" | |

6

| Claim[1] | Plaintiffs' Proposed Construction | Defendant's Proposed Construction | Court's Construction |
|---|---|---|---|
| **volume of transient traffic**; wherein the user may authenticate the subscription account and access the Internet at the remote location by establishing a data connection between the web-ready device and the router. | | | |
| **U.S. Patent No. 7,257,582[8]** | | | |
| 1. A method of effecting on a preexisting input file a computer-executable process comprised of a plurality of subtasks, the method comprising the steps of: (a) automatically determining file allocation and logically subdividing records of said input file into a plurality of **partitions**; (b) distributing **descriptions of all of said partitions** to each of a plurality of subtask | "partition" Plain and ordinary meaning. "description of all said partitions" Plain and ordinary meaning. | "partition" well-defined part of the input file "description of all said partitions" statements giving a characteristic(s) of all of the well-defined parts of the input file for use in distributing the load without a special load process, wherein such statements are distinct from the | |

---

[8] IV asserts claims 1, 2, 5, and 7 of U.S. Patent No. 7,257,582.

| Claim[1] | Plaintiffs' Proposed Construction | Defendant's Proposed Construction | Court's Construction |
|---|---|---|---|
| processors<br><br>c) **simultaneously executing at least a respective one of the subtasks of the computer-executable process in each of at least some of said processors on a respective one of the partitions** with each subtask reading and processing the respective **partition** so as to process the respective **partition** and produce respective subtask output and;<br><br>d) thereafter repeating step (c) in at least some of the subtask processors each with another unprocessed **partition on a first-come/first-served basis**; and<br><br>(e) generating at least one output combining all of the subtask outputs and reflecting the processing of all of said subtasks. | "simultaneously executing at least a respective one of the sub tasks of the computer-executable process in each of at least some of said processors on a respective one of the partitions"<br><br>Plain and ordinary meaning. Not indefinite.<br><br>"on a first-come/first-served basis"<br><br>Plain and ordinary meaning. | input file itself<br><br>"simultaneously executing at least a respective one of the sub tasks of the computer-executable process in each of at least some of said processors on a respective one of the partitions"<br><br>Indefinite<br><br>"on a first-come/first-served basis"<br><br>selecting the earliest unprocessed partition for execution without the use of a control process that uses load information for such selection | |

Dated: January 2, 2026                               RESPECTFULLY SUBMITTED,

| | |
|---|---|
| By: */s/ Jonathan Waldrop* <br> Jonathan K. Waldrop (CA Bar No. 297903) <br> (Admitted in this District) <br> jwaldrop@kasowitz.com <br> Darcy L. Jones (CA Bar No. 309474) <br> (Admitted in this District) <br> djones@kasowitz.com <br> Marcus A. Barber (CA Bar No. 307361) <br> (Admitted in this District) <br> mbarber@kasowitz.com <br> John W. Downing (CA Bar No. 252850) <br> (Admitted in this District) <br> jdowning@kasowitz.com <br> Heather S. Kim (CA Bar No. 277686) <br> (Admitted in this District) <br> hkim@kasowitz.com <br> ThucMinh Nguyen (CA Bar No. 304382) <br> (Admitted in this District) <br> tnguyen@kasowitz.com <br> **KASOWITZ LLP** <br> 101 California Street, Suite 3950 <br> San Francisco, CA 94111 <br> Telephone: (415) 421-6140 <br> Facsimile: (415) 358-4408 <br><br> Allen F. Gardner (TX Bar No. 24043679) <br> allen@allengardnerlaw.com <br> **ALLEN GARDNER LAW, PLLC** <br> 609 S. Fannin <br> Tyler, Texas 75701 <br> Telephone: (903) 944-7537 <br> Facsimile: (903) 944-7856 <br><br> **Attorneys for Plaintiffs** <br> **INTELLECTUAL VENTURES I LLC and** <br> **INTELLECTUAL VENTURES II LLC** | By: */s/ John Campbell* <br> John B. Campbell <br> Texas State Bar No. 24036314 <br> jcampbell@mckoolsmith.com <br> Kenneth M. Scott <br> Texas State Bar No. 24137497 <br> kscott@mckoolsmith.com <br> **McKool Smith, P.C.** <br> 303 Colorado Street Suite 2100 <br> Austin, TX 78701 <br> Telephone: (512) 692-8700 <br> Telecopier: (512) 692-8744 <br><br> Casey L. Shomaker <br> Texas State Bar No. 24110359 <br> cshomaker@mckoolsmith.com <br> **McKool Smith, P.C.** <br> 300 Crescent Court Suite 1200 <br> Dallas, TX 75201 <br> Telephone: (214) 978-4218 <br> Telecopier: (214) 978-4044 <br><br> Emily Tannenbaum <br> New York State Bar No. 5928130 <br> **McKool Smith, P.C.** <br> 1301 Avenue of the Americas, 32nd Floor <br> New York, NY 10019 <br> Telephone: (212) 402-9400 <br> Telecopier: (212) 402-9444 <br><br> Alan P. Block <br> California State Bar No. 143783 <br> ablock@mckoolsmith.com <br> **McKool Smith, P.C.** <br> 300 South Grand Avenue, Suite 2900 <br> Los Angeles, CA 90071 <br> Telephone: (213) 694-1054 <br> Telecopier: (213) 694-1234 <br><br> **Attorneys for Defendant** <br> **AMERICAN AIRLINES, INC.** |

1

2

## **CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the foregoing document was served or delivered electronically to all counsel on January 2, 2026, via the Court's CM/ECF system.

*/s/ Jonathan Waldrop*
Jonathan Waldrop
