IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC, | ) ) ) |
| *Plaintiffs*, | ) **C.A. No. 4:24-cv-00980-ALM** ) ) |
| v. | ) **JURY TRIAL DEMANDED** ) |
| AMERICAN AIRLINES, INC. | ) ) |
| *Defendant*. | ) ) |

**DECLARATION OF JONATHAN K. WALDROP IN SUPPORT OF INTELLECTUAL VENTURES I LLC AND INTELLECTUAL VENTURES II LLC'S MOTION TO AMEND THE PROTECTIVE ORDER**

I, Jonathan K. Waldrop, declare as follows:

1. I am a Partner with the law firm of Kasowitz LLP. I am one of the attorneys responsible for the representation of Plaintiffs Intellectual Ventures I LLC and Intellectual Ventures II LLC (collectively, "Plaintiffs" or "IV") in this matter and make this declaration in support of Plaintiffs' Motion to Amend the Protective order.

2. Attached hereto as Exhibit A is a true and correct copy of a redline of the Proposed Amended Protective Order.

3. Attached hereto as Exhibit B is a true and correct copy of an email chain between Casey L. Shomaker and Jeceaca An.

4. Attached hereto as Exhibit C is a true and correct copy of the service email of the document production bearing Bates IV-AMERICAN-0009965 to IV-AMERICA-0010065, dated September 11, 2025.

2

5.      Attached hereto as Exhibit D is a true and correct copy of the service email of the document production bearing Bates IV-AMERICAN-0039763 to IV-AMERICA-0043228, dated December 23, 2025.

6.      Attached hereto as Exhibit E is a true and correct copy of the service email of the document production bearing Bates IV-AMERICAN-0043229 to IV-AMERICA-0077705, dated December 23, 2025.

I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information, and belief, formed after reasonable inquiry under the circumstances.

Executed on the 13th day of January, 2026, in San Francisco, California.

*/s/ Jonathan K. Waldrop*
Jonathan K. Waldrop