# EXHIBIT C

| | |
|---|---|
| **From:** | Nekita A. Washington |
| **Sent:** | Thursday, September 11, 2025 4:17 PM |
| **To:** | jcampbell@mckoolsmith.com; cbourget@mckoolsmith.com; etannenbaum@mckoolsmith.com; AA_Intellectual_Ventures@mckoolsmith.com; cshomaker@mckoolsmith.com; ablock@mckoolsmith.com; kscott@mckoolsmith.com; kjackson@McKoolSmith.com |
| **Cc:** | Intellectual Ventures; Allen@allengardnerlaw.com |
| **Subject:** | [SERVICE] Intellectual Ventures I LLC et al. v. American Airlines, Inc., C.A. No. 4:24-cv-00980-ALM | Document Production |

Counsel,

Please find below a link to download IV's Production (IV-AMERICAN_007) bearing Bates labels IV-AMERICAN-0009965 to IV-AMERICAN-0010065 in the above-referenced matter. Please note that this production contains documents that are designated as "HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY" and should be treated accordingly.

This production is available at the following location: https://kasowitz-my.sharepoint.com/:u:/p/litsup/ESXO6GF43h1HpTsKIccFYFgBqMYFCn-bTdYOTpOWB_GVnQ?e=fWqmOK

No password is needed to access this production. However, only the email addresses on this chain have access.

Please let me know if you have issues accessing these documents.

Regards,
Nekita


Nekita A. Washington
Case Manager
Kasowitz LLP
1230 Peachtree Street, NE
Suite 2445
Atlanta, Georgia 30309
Tel.  (404) 260-6111
Fax. (404) 393-0473
NWashington@kasowitz.com