# EXHIBIT B

| | |
|---|---|
| **From:** | Casey L. Shomaker <cshomaker@McKoolSmith.com> |
| **Sent:** | Thursday, January 8, 2026 3:49 PM |
| **To:** | Jeceaca An; John B. Campbell; Emily Tannenbaum; Kenneth Scott; Alan Block; AA_Intellectual_Ventures |
| **Cc:** | Intellectual Ventures; Allen@allengardnerlaw.com |
| **Subject:** | RE: RE: IV/American - Production of Agreement |

Jeceaca,

American will oppose IV's motion.

Regards,

**McKool Smith** | Casey L. Shomaker
Associate | Dallas, TX | Tel: (214) 978-4218

NOTICE OF CONFIDENTIALITY: The information contained in and transmitted with this e-mail is SUBJECT TO THE ATTORNEY-CLIENT and ATTORNEY WORK PRODUCT PRIVILEGE and is CONFIDENTIAL. It is intended only for the individual or entity designated above. You are hereby notified that any dissemination, distribution, copying, use or reliance upon the information contained in and transmitted with this e-mail by or to anyone other than the addressee designated above by the sender is unauthorized and strictly prohibited. If you have received this e-mail in error, please notify the sender by reply immediately. Any e-mail erroneously transmitted to you should be immediately destroyed.

**From:** Jeceaca An <JAn@kasowitz.com>
**Sent:** Wednesday, January 7, 2026 8:14 AM
**To:** Casey L. Shomaker <cshomaker@McKoolSmith.com>; John B. Campbell <jcampbell@McKoolSmith.com>; Emily Tannenbaum <etannenbaum@McKoolSmith.com>; Kenneth Scott <kscott@McKoolSmith.com>; Alan Block <ABlock@McKoolSmith.com>; AA_Intellectual_Ventures <AA_Intellectual_Ventures@mckoolsmith.com>
**Cc:** Intellectual Ventures <IntellectualVentures@kasowitz.com>; Allen@allengardnerlaw.com
**Subject:** RE: RE: IV/American - Production of Agreement

Hi Casey,

Following up on this again. Please provide American's position to IV's proposed amendments to the PO. We will otherwise need to get our motion to amend on file tomorrow with American as opposed.

Thank you,
Jeceaca

**From:** Casey L. Shomaker <cshomaker@McKoolSmith.com>
**Sent:** Friday, January 2, 2026 12:07 PM
**To:** Jeceaca An <JAn@kasowitz.com>; John B. Campbell <jcampbell@McKoolSmith.com>; Emily Tannenbaum <etannenbaum@McKoolSmith.com>; Kenneth Scott <kscott@McKoolSmith.com>; Alan Block <ABlock@McKoolSmith.com>; AA_Intellectual_Ventures <AA_Intellectual_Ventures@mckoolsmith.com>
**Cc:** Intellectual Ventures <IntellectualVentures@kasowitz.com>; Allen@allengardnerlaw.com
**Subject:** RE: RE: IV/American - Production of Agreement

Jeceaca,

We need to discuss IV's proposed amendments with our client who is out this week for the holidays.

Regards,

**McKool Smith** | Casey L. Shomaker
Associate | Dallas, TX | Tel: (214) 978-4218

NOTICE OF CONFIDENTIALITY: The information contained in and transmitted with this e-mail is SUBJECT TO THE ATTORNEY-CLIENT and ATTORNEY WORK PRODUCT PRIVILEGE and is CONFIDENTIAL. It is intended only for the individual or entity designated above. You are hereby notified that any dissemination, distribution, copying, use or reliance upon the information contained in and transmitted with this e-mail by or to anyone other than the addressee designated above by the sender is unauthorized and strictly prohibited. If you have received this e-mail in error, please notify the sender by reply immediately. Any e-mail erroneously transmitted to you should be immediately destroyed.

**From:** Jeceaca An <JAn@kasowitz.com>
**Sent:** Friday, January 2, 2026 10:00 AM
**To:** Casey L. Shomaker <cshomaker@McKoolSmith.com>; John B. Campbell <jcampbell@McKoolSmith.com>; Emily Tannenbaum <etannenbaum@McKoolSmith.com>; Kenneth Scott <kscott@McKoolSmith.com>; Alan Block <ABlock@McKoolSmith.com>; AA_Intellectual_Ventures <AA_Intellectual_Ventures@mckoolsmith.com>
**Cc:** Intellectual Ventures <IntellectualVentures@kasowitz.com>; Allen@allengardnerlaw.com
**Subject:** RE: RE: IV/American - Production of Agreement

Hi Casey,

Following up on this. Please let us know American's position so that we can get our motion to amend on file.

Thanks,
Jeceaca

**From:** Jeceaca An
**Sent:** Tuesday, December 30, 2025 2:12 PM
**To:** 'Casey L. Shomaker' <cshomaker@McKoolSmith.com>; John B. Campbell <jcampbell@McKoolSmith.com>; Emily Tannenbaum <etannenbaum@McKoolSmith.com>; Kenneth Scott <kscott@McKoolSmith.com>; Alan Block <ABlock@McKoolSmith.com>; AA_Intellectual_Ventures <AA_Intellectual_Ventures@mckoolsmith.com>
**Cc:** Intellectual Ventures <IntellectualVentures@kasowitz.com>; Allen@allengardnerlaw.com
**Subject:** RE: RE: IV/American - Production of Agreement

Casey,

Please see attached proposed amended PO with redlines. Please let us know if you intend to oppose our motion to amend.

Thanks,
Jeceaca

**From:** Casey L. Shomaker <cshomaker@McKoolSmith.com>
**Sent:** Saturday, December 27, 2025 12:48 PM
**To:** Jeceaca An <JAn@kasowitz.com>; John B. Campbell <jcampbell@McKoolSmith.com>; Emily Tannenbaum <etannenbaum@McKoolSmith.com>; Kenneth Scott <kscott@McKoolSmith.com>; Alan Block <ABlock@McKoolSmith.com>; AA_Intellectual_Ventures <AA_Intellectual_Ventures@mckoolsmith.com>
**Cc:** Intellectual Ventures <IntellectualVentures@kasowitz.com>; Allen@allengardnerlaw.com
**Subject:** RE: RE: IV/American - Production of Agreement

Jeceaca,

American has (and will continue) to comply with the Protective Order. The Protective Order does not permit "clawing back" documents because a party seeks to modify the Protective Order. If IV would like to modify the Protective Order, please send us a red-line so we can consider IV's proposal.

Regards,

**McKool Smith** | Casey L. Shomaker
Associate | Dallas, TX | Tel: (214) 978-4218

NOTICE OF CONFIDENTIALITY: The information contained in and transmitted with this e-mail is SUBJECT TO THE ATTORNEY-CLIENT and ATTORNEY WORK PRODUCT PRIVILEGE and is CONFIDENTIAL. It is intended only for the individual or entity designated above. You are hereby notified that any dissemination, distribution, copying, use or reliance upon the information contained in and transmitted with this e-mail by or to anyone other than the addressee designated above by the sender is unauthorized and strictly prohibited. If you have received this e-mail in error, please notify the sender by reply immediately. Any e-mail erroneously transmitted to you should be immediately destroyed.

**From:** Jeceaca An <JAn@kasowitz.com>
**Sent:** Tuesday, December 23, 2025 4:22 PM
**To:** Casey L. Shomaker <cshomaker@McKoolSmith.com>; John B. Campbell <jcampbell@McKoolSmith.com>; Emily Tannenbaum <etannenbaum@McKoolSmith.com>; Kenneth Scott <kscott@McKoolSmith.com>; Alan Block <ABlock@McKoolSmith.com>; AA_Intellectual_Ventures <AA_Intellectual_Ventures@mckoolsmith.com>
**Cc:** Intellectual Ventures <IntellectualVentures@kasowitz.com>; Allen@allengardnerlaw.com
**Subject:** RE: RE: IV/American - Production of Agreement

Counsel,

Following up on the below, we do not agree with American's interpretation of the protective order and object to American's treatment of the RPX agreements as AEO. To the extent that American is sharing OAEO materials with in-house counsel, please cease such activity and share the names of the in-house counsel immediately.

To comply with the Court's Order and as required by the RPX agreements, we intend to produce the agreements today on an "Outside Attorneys Eyes Only" basis. We plan to move to amend the Protective Order. In the interim, please treat them "Outside Attorneys Eyes Only." If American is unable to comply, please delete the OAEO production and we can bring the issue to the Court.

Please also let us know if you intend to oppose our motion to amend.

Thank you,
Jeceaca

**From:** Jeceaca An <JAn@kasowitz.com>
**Sent:** Tuesday, December 23, 2025 1:11 PM
**To:** Casey L. Shomaker <cshomaker@McKoolSmith.com>; John B. Campbell <jcampbell@McKoolSmith.com>; Emily Tannenbaum <etannenbaum@McKoolSmith.com>; Kenneth Scott <kscott@McKoolSmith.com>; Alan Block <ABlock@McKoolSmith.com>; AA_Intellectual_Ventures <AA_Intellectual_Ventures@mckoolsmith.com>
**Cc:** Intellectual Ventures <IntellectualVentures@kasowitz.com>; Allen@allengardnerlaw.com
**Subject:** RE: RE: IV/American - Production of Agreement

Casey,

We do not agree. Please provide the names of any in-house counsel that have seen the RPX agreement immediately.

Jeceaca

---

**From:** Casey L. Shomaker <cshomaker@McKoolSmith.com>
**Sent:** Tuesday, December 23, 2025 1:06 PM
**To:** Jeceaca An <JAn@kasowitz.com>; John B. Campbell <jcampbell@McKoolSmith.com>; Emily Tannenbaum <etannenbaum@McKoolSmith.com>; Kenneth Scott <kscott@McKoolSmith.com>; Alan Block <ABlock@McKoolSmith.com>; AA_Intellectual_Ventures <AA_Intellectual_Ventures@mckoolsmith.com>
**Cc:** Intellectual Ventures <IntellectualVentures@kasowitz.com>; Allen@allengardnerlaw.com
**Subject:** RE: RE: IV/American - Production of Agreement

Jeceaca,

The PO does not include a HC-OAEO designation or allow IV to impose additional restrictions on disclosure of AEO material. *See* Protective Order ¶1. Pursuant to ¶2 of the Protective Order, the RPX agreement is designated HC-AEO.

Regards,

**McKool Smith** | Casey L. Shomaker
Associate | Dallas, TX | Tel: (214) 978-4218

NOTICE OF CONFIDENTIALITY: The information contained in and transmitted with this e-mail is SUBJECT TO THE ATTORNEY-CLIENT and ATTORNEY WORK PRODUCT PRIVILEGE and is CONFIDENTIAL. It is intended only for the individual or entity designated above. You are hereby notified that any dissemination, distribution, copying, use or reliance upon the information contained in and transmitted with this e-mail by or to anyone other than the addressee designated above by the sender is unauthorized and strictly prohibited. If you have received this e-mail in error, please notify the sender by reply immediately. Any e-mail erroneously transmitted to you should be immediately destroyed.

---

**From:** Jeceaca An <JAn@kasowitz.com>
**Sent:** Monday, December 22, 2025 9:51 PM
**To:** Casey L. Shomaker <cshomaker@McKoolSmith.com>; John B. Campbell <jcampbell@McKoolSmith.com>; Emily Tannenbaum <etannenbaum@McKoolSmith.com>; Kenneth Scott <kscott@McKoolSmith.com>; Alan Block <ABlock@McKoolSmith.com>; AA_Intellectual_Ventures <AA_Intellectual_Ventures@mckoolsmith.com>
**Cc:** Intellectual Ventures <IntellectualVentures@kasowitz.com>; Allen@allengardnerlaw.com
**Subject:** RE: RE: IV/American - Production of Agreement

Casey,

We disagree with American's interpretation of the protective order and object to American's treatment of the RPX agreement. Pursuant to ¶2 of the Protective Order, the RPX agreement is redesignated HC-OAEO and remains designated HC-OAEO. If American has shared the RPX agreement with any in-house counsel, please provide their names promptly.

Jeceaca

---

**From:** Casey L. Shomaker <cshomaker@McKoolSmith.com>
**Sent:** Monday, December 22, 2025 10:33 AM
**To:** Jeceaca An <JAn@kasowitz.com>; John B. Campbell <jcampbell@McKoolSmith.com>; Emily Tannenbaum <etannenbaum@McKoolSmith.com>; Kenneth Scott <kscott@McKoolSmith.com>; Alan Block <ABlock@McKoolSmith.com>; AA_Intellectual_Ventures <AA_Intellectual_Ventures@mckoolsmith.com>

**Cc:** Intellectual Ventures <IntellectualVentures@kasowitz.com>; Allen@allengardnerlaw.com
**Subject:** RE: RE: IV/American - Production of Agreement

Jeceaca,

Pursuant to ¶2 of the Protective Order, the RPX agreement is designated HC-AEO. American has at all times complied with the requirements of the Protective Order.

Regards,

**McKool Smith** | Casey L. Shomaker
Associate | Dallas, TX | Tel: (214) 978-4218

NOTICE OF CONFIDENTIALITY: The information contained in and transmitted with this e-mail is SUBJECT TO THE ATTORNEY-CLIENT and ATTORNEY WORK PRODUCT PRIVILEGE and is CONFIDENTIAL. It is intended only for the individual or entity designated above. You are hereby notified that any dissemination, distribution, copying, use or reliance upon the information contained in and transmitted with this e-mail by or to anyone other than the addressee designated above by the sender is unauthorized and strictly prohibited. If you have received this e-mail in error, please notify the sender by reply immediately. Any e-mail erroneously transmitted to you should be immediately destroyed.

---

**From:** Jeceaca An <JAn@kasowitz.com>
**Sent:** Monday, December 22, 2025 8:53 AM
**To:** Casey L. Shomaker <cshomaker@McKoolSmith.com>; John B. Campbell <jcampbell@McKoolSmith.com>; Emily Tannenbaum <etannenbaum@McKoolSmith.com>; Kenneth Scott <kscott@McKoolSmith.com>; Alan Block <ABlock@McKoolSmith.com>; AA_Intellectual_Ventures <AA_Intellectual_Ventures@mckoolsmith.com>
**Cc:** Intellectual Ventures <IntellectualVentures@kasowitz.com>; Allen@allengardnerlaw.com
**Subject:** RE: RE: IV/American - Production of Agreement

Casey,

IV-AMERICAN-0009965 to IV-AMERICAN-0010065 were produced Outside Attorneys Eyes Only months ago based on American's confirmation at the meet and confer that it would agree to RPX's terms. Please confirm that American has not shared these agreements outside of an OAEO basis. To the extent that American has not treated these documents OAEO, please let us know immediately.

Jeceaca

---

**From:** Casey L. Shomaker <cshomaker@McKoolSmith.com>
**Sent:** Monday, December 22, 2025 9:35 AM
**To:** Jeceaca An <JAn@kasowitz.com>; John B. Campbell <jcampbell@McKoolSmith.com>; Emily Tannenbaum <etannenbaum@McKoolSmith.com>; Kenneth Scott <kscott@McKoolSmith.com>; Alan Block <ABlock@McKoolSmith.com>; AA_Intellectual_Ventures <AA_Intellectual_Ventures@mckoolsmith.com>
**Cc:** Intellectual Ventures <IntellectualVentures@kasowitz.com>; Allen@allengardnerlaw.com
**Subject:** RE: RE: IV/American - Production of Agreement

**ALERT: THIS IS AN EXTERNAL EMAIL. DO NOT CLICK ON ANY LINK, ENTER A PASSWORD, OR OPEN AN ATTACHMENT UNLESS YOU KNOW THAT THE MESSAGE CAME FROM A SAFE EMAIL ADDRESS.**

Jeceaca,

Back in June the parties agreed the RPX agreement would be designated AEO under the protective order. Over six months have passed without objection to that agreement. Pursuant to the Court's order, we expect IV will produce the RPX agreement by EOD tomorrow.

Regards,

**McKool Smith** | Casey L. Shomaker
Associate | Dallas, TX | Tel: (214) 978-4218

NOTICE OF CONFIDENTIALITY: The information contained in and transmitted with this e-mail is SUBJECT TO THE ATTORNEY-CLIENT and ATTORNEY WORK PRODUCT PRIVILEGE and is CONFIDENTIAL. It is intended only for the individual or entity designated above. You are hereby notified that any dissemination, distribution, copying, use or reliance upon the information contained in and transmitted with this e-mail by or to anyone other than the addressee designated above by the sender is unauthorized and strictly prohibited. If you have received this e-mail in error, please notify the sender by reply immediately. Any e-mail erroneously transmitted to you should be immediately destroyed.

---

**From:** Jeceaca An <JAn@kasowitz.com>
**Sent:** Monday, December 22, 2025 8:25 AM
**To:** Casey L. Shomaker <cshomaker@McKoolSmith.com>; John B. Campbell <jcampbell@McKoolSmith.com>; Clara Bourget <cbourget@McKoolSmith.com>; Emily Tannenbaum <etannenbaum@McKoolSmith.com>; Kenneth Scott <kscott@McKoolSmith.com>; Alan Block <ABlock@McKoolSmith.com>; AA_Intellectual_Ventures <AA_Intellectual_Ventures@mckoolsmith.com>
**Cc:** Intellectual Ventures <IntellectualVentures@kasowitz.com>; Allen@allengardnerlaw.com
**Subject:** RE: RE: IV/American - Production of Agreement

Hi Casey,

Following up on the below, can you please provide written confirmation that American agrees to RPX's terms below? We met and conferred on this issue back in June, but we need to send American's confirmation to RPX to facilitate the production of RPX agreements in advance on tomorrow's deadline.

Thank you,
Jeceaca


Jeceaca An
Kasowitz LLP
1633 Broadway
New York, NY 10019
Tel.  (212) 506-1808
Fax.  (212) 500-3502
JAn@kasowitz.com

**From:** Casey L. Shomaker <cshomaker@McKoolSmith.com>
**Sent:** Monday, June 9, 2025 10:41 AM
**To:** Jeceaca An <JAn@kasowitz.com>; jcampbell@McKoolSmith.com; cbourget@McKoolSmith.com; etannenbaum@McKoolSmith.com; kscott@McKoolSmith.com; ABlock@McKoolSmith.com; AA_Intellectual_Ventures@mckoolsmith.com
**Cc:** Intellectual Ventures <IntellectualVentures@kasowitz.com>; Allen@allengardnerlaw.com
**Subject:** RE: IV/American - Production of Agreement

Jeceaca,

Let's discuss on the meet and confer this afternoon.

Thanks,



NOTICE OF CONFIDENTIALITY: The information contained in and transmitted with this e-mail is SUBJECT TO THE ATTORNEY-CLIENT and ATTORNEY WORK PRODUCT PRIVILEGE and is CONFIDENTIAL. It is intended only for the individual or entity designated above. You are hereby notified that any dissemination, distribution, copying, use or reliance upon the information contained in and transmitted with this e-mail by or to anyone other than the addressee designated above by the sender is unauthorized and strictly prohibited. If you have received this e-mail in error, please notify the sender by reply immediately. Any e-mail erroneously transmitted to you should be immediately destroyed.

**From:** Jeceaca An <JAn@kasowitz.com>
**Sent:** Friday, June 6, 2025 2:46 PM
**To:** John B. Campbell <jcampbell@McKoolSmith.com>; Casey L. Shomaker <cshomaker@McKoolSmith.com>; Clara Bourget <cbourget@McKoolSmith.com>; Emily Tannenbaum <etannenbaum@McKoolSmith.com>; Kenneth Scott <kscott@McKoolSmith.com>; Alan Block <ABlock@McKoolSmith.com>; AA_Intellectual_Ventures <AA_Intellectual_Ventures@mckoolsmith.com>
**Cc:** Intellectual Ventures <IntellectualVentures@kasowitz.com>; Allen Gardner <Allen@allengardnerlaw.com>
**Subject:** RE: IV/American - Production of Agreement

Counsel,

Following up on the below. Please confirm your agreement to RPX's terms.

Thank you,
Jeceaca

This e-mail and any files transmitted with it are confidential and may be subject to the attorney-client privilege. Use or disclosure of this e-mail or any such files by anyone other than a designated addressee is unauthorized. If you are not an intended recipient, please notify the sender by e-mail and delete this e-mail without making a copy.

**From:** Jeceaca An <JAn@kasowitz.com>
**Sent:** Wednesday, May 28, 2025 12:49 PM
**To:** John B. Campbell <jcampbell@McKoolSmith.com>; Casey L. Shomaker <cshomaker@McKoolSmith.com>; Clara Bourget <cbourget@McKoolSmith.com>; Emily Tannenbaum <etannenbaum@McKoolSmith.com>; Kenneth Scott <kscott@McKoolSmith.com>; Alan Block <ABlock@McKoolSmith.com>; AA_Intellectual_Ventures <AA_Intellectual_Ventures@mckoolsmith.com>
**Cc:** Intellectual Ventures <IntellectualVentures@kasowitz.com>; Allen Gardner <Allen@allengardnerlaw.com>
**Subject:** IV/American - Production of Agreement

Counsel,

RPX does not object to the production of the RPX agreement in the case provided that:

(1) the documents are designated "HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY" ("HC-OAEO"); and
(2) American provides written agreement (an email is fine) that it agrees to accord HC-OAEO protection to the IV-RPX Agreement (even if any subsequently-entered protective order accords a broader level of access); and if

outside counsel believes any officer or employee of defendant (including inhouse counsel) needs to see the RPX Agreement, it will provide RPX with ten (10) days' notice (via email to legal@rpxcorp.com) and the opportunity to seek a protective order or reach an alternate resolution (e.g. production of a redacted agreement).

Please confirm your agreement to the above terms.

Thank you,
Jeceaca

Jeceaca An
Kasowitz Benson Torres LLP
1633 Broadway
New York, NY 10019
Tel.   (212) 506-1808
Fax.  (212) 500-3502
JAn@kasowitz.com