# EXHIBIT D

| | |
|---|---|
| **From:** | Amanda Cooper |
| **Sent:** | Tuesday, December 23, 2025 5:23 PM |
| **To:** | jcampbell@mckoolsmith.com; cbourget@mckoolsmith.com; etannenbaum@mckoolsmith.com; AA_Intellectual_Ventures@mckoolsmith.com; cshomaker@mckoolsmith.com; ablock@mckoolsmith.com; kscott@mckoolsmith.com; Kim Jackson |
| **Cc:** | Intellectual Ventures; Allen Gardner |
| **Subject:** | [SERVICE] Intellectual Ventures I LLC et al. v. American Airlines, Inc., C.A. No. 4:24-cv-00980-ALM \| Document Production |

Counsel,

Please find below a link to download IV's Production (IV-AMERICAN_013) bearing Bates IV-AMERICAN-0039763 - IV-AMERICAN-0043228 in the above-referenced matter. Please note this production contains documents that are designated as "**HIGHLY CONFIDENTIAL –OUTSIDE ATTORNEYS' EYES ONLY**" and should be treated accordingly.

This production is available at the following location https://kasowitz-my.sharepoint.com/:u:/p/litsup/IQBGr-DmRP1FSY1Wf23IBMctAUqCsBaIIlvT5Dcr7b0IGN8?e=Cqxixo

No password is needed to access this production. However, only the email addresses on this chain have access.

Please let me know if you have issues accessing these documents.

Regards,
Amanda

Amanda Cooper
Legal Secretary
Kasowitz LLP
1801 Century Park East, Suite 2454
Los Angeles, CA 90067
Tel.  (424) 288-7912
Fax. (310) 943-3715
ACooper@kasowitz.com