**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC, | ) ) ) |
| *Plaintiffs*, | ) ) **C.A. No. 4:24-cv-00980-ALM** |
| v. | ) ) ) **JURY TRIAL DEMANDED** |
| AMERICAN AIRLINES, INC. | ) ) |
| *Defendant*. | ) ) |

**PLAINTIFFS INTELLECTUAL VENTURES I LLC AND INTELLECTUAL
VENTURES II LLC'S SUPPLEMENTAL PROPOSED CONSTRUCTION**

Plaintiff Intellectual Ventures I LLC and Intellectual Ventures II LLC ("Intellectual Ventures" or "IV") submit this modified proposed construction for the disputed terms "network route director" as proposed during the claim construction hearing held on Thursday, January 22, 2026, and as requested by the Court.

| Patent | Claim Term/Claim | Term/Phrases | Plaintiffs' Original Construction | Defendant's Original Construction | Court's Preliminary Construction | Plaintiffs' Modified Construction |
|---|---|---|---|---|---|---|
| '785 | 30 | "Network route director" | Plain and ordinary meaning, no construction necessary. | "a publicly addressable device configured to route encapsulated packets to and from entities located in a private network portion of a virtual network" | "a unit that runs on the public side of the Internet that allow communication to a device that is in a private network" | "one or more components that interface with the public side of the Internet and allow communication to a device that is in a private network" |

Dated: January 26, 2026                    Respectfully submitted,

                                           By: */s/ Jonathan K. Waldrop*
                                                Jonathan K. Waldrop (CA Bar No. 297903)
                                                (Admitted in this District)
                                                jwaldrop@kasowitz.com
                                                Marcus A. Barber (CA Bar No. 307361)
                                                (Admitted in this District)
                                                mbarber@kasowitz.com
                                                John W. Downing (CA Bar No. 252850)
                                                (Admitted in this District)
                                                jdowning@kasowitz.com
                                                Heather S. Kim (CA Bar No. 277686)
                                                (Admitted in this District)
                                                hkim@kasowitz.com
                                                ThucMinh Nguyen (CA Bar No. 304382)
                                                (Admitted in this District)
                                                tnguyen@kasowitz.com
                                                Jonathan Hicks (CA Bar No. 274634)
                                                (Admitted *pro hac vice*)
                                                jhicks@kasowitz.com
                                                **KASOWITZ LLP**
                                                101 California Street, Suite 3950
                                                San Francisco, California 94111
                                                Telephone: (415) 421-6140
                                                Facsimile: (415) 358-4408

                                                Jeceaca An (NY Bar No. 5849898)
                                                (Admitted *pro hac vice*)
                                                jan@kasowitz.com
                                                Binta A. Watkins (NY Bar No. 5482492)
                                                (Admitted *pro hac vice*)
                                                bwatkins@kasowitz.com
                                                Kristine B. Abrenica (NY Bar No. 5781489)
                                                (Admitted *pro hac vice*)
                                                kabrenica@kasowitz.com
                                                Paula Y. Ajumobi (NY Bar No. 6056097)
                                                (Admitted *pro hac vice*)
                                                pajumobi@kasowitz.com
                                                **KASOWITZ LLP**
                                                1633 Broadway
                                                New York, NY 10019
                                                Telephone: (212) 506-1800
                                                Facsimile: (212) 506-1700

Paul G. Williams (GA Bar No. 764925)
(Admitted in this District)
pwilliams@kasowitz.com
**KASOWITZ LLP**
1230 Peachtree Street N.E., Suite 2445
Atlanta, Georgia 30309
Telephone: (404) 260-6080
Facsimile: (404) 260-6081

Allen F. Gardner (TX Bar No. 24043679)
allen@allengardnerlaw.com
**ALLEN GARDNER LAW, PLLC**
609 S. Fannin
Tyler, Texas 75701
Telephone: (903) 944-7537
Facsimile: (903) 944-7856

**Attorneys for Plaintiffs**
**INTELLECTUAL VENTURES I LLC and**
**INTELLECTUAL VENTURES II LLC**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing instrument was served or delivered electronically, via email, to all counsel of record on this 26th day of January, 2026.

*/s/ Jonathan K. Waldrop*
Jonathan K. Waldrop