# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| **INTELLECTUAL VENTURES I LLC AND INTELLECTUAL VENUTRES II, LLC,**<br><br>     Plaintiff,<br><br>  vs.<br><br>**AMERICAN AIRLINES, INC.,**<br><br>     Defendant. | Civil Action No.  4:24-cv-00980<br><br><br>JURY TRIAL |

### ORDER ON DEFENDANT AMERICAN AIRLINES, INC.'S MOTION TO EXTEND

BEFORE THE COURT is the Defendant, American Airlines, Inc.'s Unopposed Motion to Extend the Deadline to file a Response to Plaintiffs', Intellectual Ventures I, LLC and Intellectual Ventures II, LLC Corrected Motion to Amend the Protective Order (Dkt. #121).  The Court has considered the Motion and finds that it should be GRANTED.

It is therefore ORDERED that the deadline for the Defendant, American Airlines, Inc. to file its Response to Plaintiffs' Corrected Motion to Amend the Protective Order is Friday, February 6, 2026.

**IT IS SO ORDERED.**

**SIGNED** this 29th day of January, 2026.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE