**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC, | ) | |
| *Plaintiffs*, | ) | **C.A. No. 4:24-cv-00980-ALM** |
| v. | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| AMERICAN AIRLINES, INC. | ) | |
| *Defendant*. | ) | |

# SUPPLEMENTAL JOINT CLAIM CONSTRUCTION STATEMENT

Pursuant to the Court's Scheduling Order (Dkt. 81), Plaintiffs Intellectual Ventures I LLC and Intellectual Ventures II LLC (collectively, "Plaintiffs" or "IV") and Defendant American Airlines, Inc. ("American") (collectively, "Parties") hereby provide the following Supplemental Joint Claim Construction Statement for the terms, phrases, and clauses appearing in the asserted claims of 7,822,841 ("the '841 Patent"), 8,352,584 ("the '584 Patent"), 7,721,282 ("the '282 Patent"), 7,712,080 ("the '080 Patent"), 10,103,845 ("the '845 Patent") and 11,032,000 ("the '000 Patent") (collectively, the "Asserted Patents" or "Patents-in-Suit").

## I. LIST OF AGREED CONSTRUCTIONS

The Parties currently do not agree on any constructions.

## II. LIST OF DISPUTED TERMS FOR CONSTRUCTION

The Parties' list of disputed terms for construction is shown below. IV's proposed claim construction and identification of intrinsic record and extrinsic evidence for these terms is provided in Exhibit A. American's proposed claim construction and identification of intrinsic record and extrinsic evidence for these terms is provided in Exhibit B.

**1. U.S. Patent No. 7,822,841**

- operational and connectivity problems (claim 1)
- hardware and software problems (claim 1)
- wherein the first configuration differs from the second configuration (claim 1)
- communications within the first and second clusters are isolated (claim 8)
- high performance computing cluster (claim 9)

**2. U.S. Patent No. 8,352,584**

- high performance cluster/high performance computing cluster (claims 1 and 10)
- communications between the first [HPC] cluster and the second [HPC] cluster are isolated (claims 1 and 10)
- wherein the first configuration differs from the second configuration (claims 1 and 10)
- operational or connectivity problems (claims 5 and 6)
- hardware or software problems (claim 6)
- means ... to limit access ... (claim 8)

**3. U.S. Patent No. 7,721,282**

- root image (claims 1, 4, 5, 15, 17, 20, and 21)
- new data blocks (claims 1 and 15)
- appropriate persistent mapping (claims 1 and 15)
- sector (claims 1, 10, 15)
- low-level driver (claim 1)
- the modifying (claim 15)
- at an operational level (claim 26)

**4. U.S. Patent No. 7,712,080**

- distributed parallel computing program (claims 1, 4, 5, 6, 9, 17, and 18)
- distributed sequential computing program (claims 1 and 9)
- parallel processing and/or operations (claims 1 and 9)
- multiple nodes (claim 6)
- distributed shared memory system (claims 17 and 18)

**5. U.S. Patent No. 11,032,000**

- time interval / time intervals (claims 1 and 13)
- a processor / the processor (claims 1, 2 and 4)
- a receiver / the receiver (claims 1, 2 and 4)
- a transmitter / the transmitter (claim 1)
- in the same time interval that the uplink physical signal is sent, a plurality of UEs transmit uplink physical signals in the same time interval (claim 1)
- a plurality of predetermined time slots in a downlink frame, wherein other time slots of the downlink frame do not include a physical control channel (claim 13)

## III. ANTICIPATED LENGTH OF TIME FOR CLAIM CONSTRUCTION HEARING

IV anticipates that 2 hours are necessary for the Claim Construction Hearing. American anticipates that 3 hours are necessary for the Claim Construction Hearing.

## IV. WITNESS FOR THE CLAIM CONSTRUCTION HEARING

The Parties do not anticipate calling any witnesses at the claim construction hearing at this time.

## V. OTHER ISSUES FOR A PREHEARING CONFERENCE

The Parties do not anticipate addressing any other issues at a prehearing conference at this time.

## VI. ESTIMATED NUMBER OF PAGES FOR CLAIM CONSTRUCTION BRIEFS

The Parties' estimate that the following number of pages should be allocated to each respective brief: 30 pages for IV's opening brief, 30 pages for American's responsive brief, and 10 pages for IV's reply brief.

Dated: February 12, 2026

RESPECTFULLY SUBMITTED,

By: /s/ John B. Campbell
John B. Campbell
Texas State Bar No. 24036314
jcampbell@McKoolSmith.com
Kenneth M. Scott
Texas State Bar No. 24137497
kscott@McKoolSmith.com
**MCKOOL SMITH, P.C.**
303 Colorado Street Suite 2100
Austin, TX 78701
Telephone: (512) 692-8700
Telecopier: (512) 692-8744

Casey L. Shomaker
Texas State Bar No. 24110359
cshomaker@mckoolsmith.com
**MCKOOL SMITH, P.C.**
300 Crescent Court Suite 1200
Dallas, TX 75201
Telephone: (214) 978-4218
Telecopier: (214) 978-4044

Emily Tannenbaum
New York State Bar No. 5928130
**MCKOOL SMITH, P.C.**
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (212) 402-9400
Telecopier: (212) 402-9444

By: /s/ Jonathan K. Waldrop
Jonathan K. Waldrop (CA Bar No. 297903)
(Admitted in this District)
jwaldrop@kasowitz.com
Marcus A. Barber (CA Bar No. 307361)
(Admitted in this District)
mbarber@kasowitz.com
John W. Downing (CA Bar No. 252850)
(Admitted in this District)
jdowning@kasowitz.com
Heather S. Kim (CA Bar No. 277686)
(Admitted in this District)
hkim@kasowitz.com
ThucMinh Nguyen (CA Bar No. 304382)
(Admitted in this District)
tnguyen@kasowitz.com
Jonathan Hicks (CA Bar No. 274634)
(Admitted *pro hac vice*)
jhicks@kasowitz.com
**KASOWITZ LLP**
101 California Street, Suite 3950
San Francisco, California 94111
Telephone: (650) 453-5170
Facsimile: (650) 453-5171

Jeceaca An (NY Bar No. 5849898)
(Admitted pro hac vice)
jan@kasowitz.com
Binta A. Watkins (NY Bar No. 5482492)
(Admitted pro hac vice)
bwatkins@kasowitz.com

Kristine B. Abrenica (NY Bar No. 5781489)
(Admitted pro hac vice)
kabrenica@kasowitz.com
Paula Y. Ajumobi (NY Bar No. 6056097)
(Admitted pro hac vice)
pajumobi@kasowitz.com
**KASOWITZ LLP**
1633 Broadway
New York, NY 10019
Telephone: (212) 506-1800
Facsimile: (212) 506-1700

Paul G. Williams (GA Bar No. 764925)
(Admitted in this District)
pwilliams@kasowitz.com
**KASOWITZ LLP**
1230 Peachtree Street N.E., Suite 2445
Atlanta, Georgia 30309
Telephone: (404) 260-6080
Facsimile: (404) 260-6081

Allen F. Gardner (TX Bar No. 24043679)
allen@allengardnerlaw.com
**ALLEN GARDNER LAW, PLLC**
609 S. Fannin
Tyler, Texas 75701
Telephone: (903) 944-7537
Facsimile: (903) 944-7856

**Attorneys for Plaintiffs**
**INTELLECTUAL VENTURES I LLC and**
**INTELLECTUAL VENTURES II LLC**

**CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the foregoing document was served or delivered electronically to all counsel on February 12, 2026, via the Court's CM/ECF system.

*/s/ Jonathan K. Waldrop*
Jonathan K. Waldrop