# EXHIBIT A

**IV's Proposed Claim Construction and Identification of Intrinsic Record and Extrinsic Evidence**

***U.S. Patent No. 7,822,841***

| Claims | Terms/Phrases | Proposed Construction | Intrinsic Evidence | Extrinsic Evidence |
|---|---|---|---|---|
| 1 | "operational and connectivity problems" | Plain and ordinary meaning[1]<br>Not indefinite | Abstract; 2:5-18; 3:26-47; 3:64-67; 4:51-5:26; 7:43-9:6; 10:13-49; Figure 5; claims 1, 8.<br>5/17/2010 Applicant Response<br>7/12/2010 NOA<br>9/8/2010 NOA | IV may rely on expert testimony in support of IV's position regarding the proper construction of this term, including how the intrinsic evidence for this patent supports IV's proposed construction and how American's proposed construction is, partly or in its entirety, incorrect and inconsistent with the intrinsic evidence and inconsistent with how a person of ordinary skill in the art would construe this term.[2] Based on American's inadequate P.R. 4-2 Disclosures, IV may rely on expert testimony to directly rebut testimony offered by American's expert(s).<br>To the extent American alleges this term is indefinite, IV may rely on expert testimony to support that this term is definite. |
| 1 | "hardware and software problems" | Plain and ordinary meaning<br>Not indefinite | Abstract; 2:5-18; 3:26-47; 4:51-5:11; 7:43-9:6; 10:13-49; Figure 5; claims 1, 8. | IV may rely on expert testimony in support of IV's position regarding the proper construction of this term, |

[1] IV reserves the right to propose a plain and ordinary meaning for this claim term and all other claim terms where the plain and ordinary meaning is disputed.
[2] For the '841 Patent, '584 Patent, '282 Patent, and '080 Patent, IV may rely on testimony from Dr. Mahdi Eslamimehr. For the '000 Patent, IV may rely on testimony from Dr. Joseph Camp.

| Claims | Terms/Phrases | Proposed Construction | Intrinsic Evidence | Extrinsic Evidence |
|---|---|---|---|---|
| | | | 5/17/2010 Applicant Response<br>7/12/2010 NOA<br>9/8/2010 NOA | including how the intrinsic evidence for this patent supports IV's proposed construction and how American's proposed construction is, partly or in its entirety, incorrect and inconsistent with the intrinsic evidence and inconsistent with how a person of ordinary skill in the art would construe this term. Based on American's inadequate P.R. 4-2 Disclosures, IV may rely on expert testimony to directly rebut testimony offered by American's expert(s).<br>To the extent American alleges this term is indefinite, IV may rely on expert testimony to support that this term is definite. |
| 1 | "wherein the first configuration differs from the second configuration" | Plain and ordinary meaning<br>Not indefinite | Abstract; 2:5-44; 2:57-3:25; 4:51-5:11; 5:27-7:26; 7:53-8:26; 9:7-29; 10:13-49; claims 1, 3, 4, 5, 9.<br>5/17/2010 Applicant Response<br>7/12/2010 NOA<br>9/8/2010 NOA | IV may rely on expert testimony in support of IV's position regarding the proper construction of this term, including how the intrinsic evidence for this patent supports IV's proposed construction and how American's proposed construction is, partly or in its entirety, incorrect and inconsistent with the intrinsic evidence and inconsistent with how a person of ordinary skill in the art would construe this term. Based on American's inadequate P.R. 4-2 Disclosures, IV may rely on expert testimony to directly rebut testimony offered by American's expert(s). |

| Claims | Terms/Phrases | Proposed Construction | Intrinsic Evidence | Extrinsic Evidence |
|---|---|---|---|---|
| | | | | To the extent American alleges this term is indefinite, IV may rely on expert testimony to support that this term is definite. |
| 8 | "communications within the first and second clusters are isolated" | Plain and ordinary meaning | Abstract; 3:26-47; 4:30-50; 7:53-60; 9:7-29; claim 8.<br>5/17/2010 Applicant Response<br>7/12/2010 NOA<br>9/8/2010 NOA | IV may rely on expert testimony in support of IV's position regarding the proper construction of this term, including how the intrinsic evidence for this patent supports IV's proposed construction and how American's proposed construction is, partly or in its entirety, incorrect and inconsistent with the intrinsic evidence and inconsistent with how a person of ordinary skill in the art would construe this term. |
| 9 | "high performance computing cluster" | Plain and ordinary meaning<br>Not indefinite | 1:32-2:44; 3:4-25; 4:51-5:11; 10:3-12; claim 9.<br>5/17/2010 Applicant Response<br>7/12/2010 NOA<br>9/8/2010 NOA | IV may rely on expert testimony in support of IV's position regarding the proper construction of this term, including how the intrinsic evidence for this patent supports IV's proposed construction and how American's proposed construction is, partly or in its entirety, incorrect and inconsistent with the intrinsic evidence and inconsistent with how a person of ordinary skill in the art would construe this term. Based on American's inadequate P.R. 4-2 Disclosures, IV may rely on expert testimony to directly rebut testimony offered by American's expert(s). |

| Claims | Terms/Phrases | Proposed Construction | Intrinsic Evidence | Extrinsic Evidence |
|---|---|---|---|---|
| | | | | To the extent American alleges this term is indefinite, IV may rely on expert testimony to support that this term is definite. |

***U.S. Patent No. 8,352,584***

| Claims | Terms/Phrases | Proposed Construction | Intrinsic Evidence | Extrinsic Evidence |
|---|---|---|---|---|
| 1, 10 | "high performance cluster" / "high performance computing cluster" | Plain and ordinary meaning<br>Not indefinite | 1:22-2:52; 3:11-34; 4:60-5:21; 10:12-21; claims 1, 10, 11, 12, 13.<br>3/2/2012 Applicant Response.<br>8/13/2012 Applicant Response.<br>9/28/2012 NOA | IV may rely on expert testimony in support of IV's position regarding the proper construction of this term, including how the intrinsic evidence for this patent supports IV's proposed construction and how American's proposed construction is, partly or in its entirety, incorrect and inconsistent with the intrinsic evidence and inconsistent with how a person of ordinary skill in the art would construe this term. Based on American's inadequate P.R. 4-2 Disclosures, IV may rely on expert testimony to directly rebut testimony offered by American's expert(s).<br>To the extent American alleges this term is indefinite, IV may rely on expert testimony to support that this term is definite. |
| 1 | | | | |
| 1, 10 | "communications between the first [HPC] cluster and the second [HPC] cluster are isolated" | Plain and ordinary meaning | Abstract; 3:35-56; 4:39-59; 7:63-8:3; 9:17-38; claims 1, 10.<br>3/2/2012 Applicant Response. | IV may rely on expert testimony in support of IV's position regarding the proper construction of this term, including how the intrinsic evidence for this patent supports IV's proposed construction and |

| Claims | Terms/Phrases | Proposed Construction | Intrinsic Evidence | Extrinsic Evidence |
|---|---|---|---|---|
| | | | 8/13/2012 Applicant Response.<br>9/28/2012 NOA | how American's proposed construction is, partly or in its entirety, incorrect and inconsistent with the intrinsic evidence and inconsistent with how a person of ordinary skill in the art would construe this term. |
| 1, 10 | "wherein the first configuration differs from the second configuration" | Plain and ordinary meaning<br>Not indefinite | Abstract; 2:12-51; 2:64-3:33; 4:60-5:21; 5:37-7:36; 7:63-8:35; 9:17-38; 10:22-58; claims 1, 2, 3, 4, 10, 11, 12, 13.<br>3/2/2012 Applicant Response.<br>8/13/2012 Applicant Response.<br>9/28/2012 NOA | IV may rely on expert testimony in support of IV's position regarding the proper construction of this term, including how the intrinsic evidence for this patent supports IV's proposed construction and how American's proposed construction is, partly or in its entirety, incorrect and inconsistent with the intrinsic evidence and inconsistent with how a person of ordinary skill in the art would construe this term. Based on American's inadequate P.R. 4-2 Disclosures, IV may rely on expert testimony to directly rebut testimony offered by American's expert(s).<br>To the extent American alleges this term is indefinite, IV may rely on expert testimony to support that this term is definite. |

| Claims | Terms/Phrases | Proposed Construction | Intrinsic Evidence | Extrinsic Evidence |
|---|---|---|---|---|
| 5, 6 | "operational or connectivity problems" | Plain and ordinary meaning<br>Not indefinite | Abstract; 2:12-25; 3:35-56; 7:53-62; 8:4-9:16; 10:22-58; Figure 5; claims 1, 5, 6, 9, 10.<br>3/2/2012 Applicant Response.<br>8/13/2012 Applicant Response.<br>9/28/2012 NOA | IV may rely on expert testimony in support of IV's position regarding the proper construction of this term, including how the intrinsic evidence for this patent supports IV's proposed construction and how American's proposed construction is, partly or in its entirety, incorrect and inconsistent with the intrinsic evidence and inconsistent with how a person of ordinary skill in the art would construe this term. Based on American's inadequate P.R. 4-2 Disclosures, IV may rely on expert testimony to directly rebut testimony offered by American's expert(s).<br>To the extent American alleges this term is indefinite, IV may rely on expert testimony to support that this term is definite. |
| 6 | "hardware or software problems" | Plain and ordinary meaning<br>Not indefinite | Abstract; 1:22-57; 2:12-25; 3:11-56; 4:60-5:21; 5:37-56; 6:4-33; 7:43–50; 7:53-62; 8:4-9:16; 10:22-58; Figure 5; claims 1, 5, 6, 9, 10.<br>3/2/2012 Applicant Response.<br>8/13/2012 Applicant Response. | IV may rely on expert testimony in support of IV's position regarding the proper construction of this term, including how the intrinsic evidence for this patent supports IV's proposed construction and how American's proposed construction is, partly or in its entirety, incorrect and inconsistent |

| Claims | Terms/Phrases | Proposed Construction | Intrinsic Evidence | Extrinsic Evidence |
|---|---|---|---|---|
| | | | 9/28/2012 NOA | with the intrinsic evidence and inconsistent with how a person of ordinary skill in the art would construe this term. Based on American's inadequate P.R. 4-2 Disclosures, IV may rely on expert testimony to directly rebut testimony offered by American's expert(s).<br><br>To the extent American alleges this term is indefinite, IV may rely on expert testimony to support that this term is definite. |
| 8 | "means ... to limit access ..." | Subject to 35 U.S.C. § 112(6).<br><br>*Function:* limit access to the first cluster to communication access from a first client associated with the first client task and limit access to the second cluster to communication access from a second client associated with the second client task.<br><br>*Structure:* Firewall and authentication system/mechanism (e.g., 210), including implementations such as | 5:22-36; 5:57-6:33; 6:58-7:18; 7:63-8:36; 9:17-48; Figures 2, 4; claim 8.<br><br>3/2/2012 Applicant Response.<br><br>8/13/2012 Applicant Response.<br><br>9/28/2012 NOA | IV may rely on expert testimony in support of IV's position regarding the proper construction of this term, including how the intrinsic evidence for this patent supports IV's proposed construction and how American's proposed construction is, partly or in its entirety, incorrect and inconsistent with the intrinsic evidence and inconsistent with how a person of ordinary skill in the art would construe this term. |

| Claims | Terms/Phrases | Proposed Construction | Intrinsic Evidence | Extrinsic Evidence |
|---|---|---|---|---|
| | | per-cluster firewall/authentication systems/mechanisms (e.g., 410/411/412), and associated software/hardware configured to (1) direct incoming connections to the correct cluster and (2) authenticate the user/client to ensure access only to the authorized cluster, and equivalents thereof. | | |

***U.S. Patent No. 7,721,282***

| Claims | Terms/Phrases | Proposed Construction | Intrinsic Evidence | Extrinsic Evidence |
|---|---|---|---|---|
| 1, 4, 5, 15, 17, 20, 21 | "root image" | Plain and ordinary meaning | Abstract; 1:58-2:12; 2:17-58; 4:11-6:67; Figures 2, 3; claims 1, 4, 5, 14, 15, 17, 20, 21, 30.<br>10/8/2009 Applicant Response.<br>1/26/2010 NOA. | IV may rely on expert testimony in support of IV's position regarding the proper construction of this term, including how the intrinsic evidence for this patent supports IV's proposed construction and how American's proposed construction is, partly or in its entirety, incorrect and inconsistent with the intrinsic evidence and inconsistent with how a person of ordinary skill in the art would construe this term. |
| 1, 15 | "new data blocks" | Plain and ordinary meaning | Abstract; 2:17-58; 4:17-67; 5:1-17; 5:30-39; 6:3-67; Figure 3; claims 1, 15, 17.<br>10/8/2009 Applicant Response.<br>1/26/2010 NOA. | IV may rely on expert testimony in support of IV's position regarding the proper construction of this term, including how the intrinsic evidence for this patent supports IV's proposed construction and how American's proposed construction is, partly or in its entirety, incorrect and inconsistent with the intrinsic evidence and inconsistent with how a person of ordinary skill in the art would construe this term. |

| Claims | Terms/Phrases | Proposed Construction | Intrinsic Evidence | Extrinsic Evidence |
|---|---|---|---|---|
| 1, 15 | "appropriate persistent mapping" | Plain and ordinary meaning<br>Not indefinite | 5:1-11; claims 1, 15.<br>10/8/2009 Applicant Response.<br>1/26/2010 NOA. | IV may rely on expert testimony in support of IV's position regarding the proper construction of this term, including how the intrinsic evidence for this patent supports IV's proposed construction and how American's proposed construction is, partly or in its entirety, incorrect and inconsistent with the intrinsic evidence and inconsistent with how a person of ordinary skill in the art would construe this term. Based on American's inadequate P.R. 4-2 Disclosures, IV may rely on expert testimony to directly rebut testimony offered by American's expert(s).<br>To the extent American alleges this term is indefinite, IV may rely on expert testimony to support that this term is definite. |
| 1, 10, 15 | "sector" | Plain and ordinary meaning | 5:1-11; claims 1, 10, 15.<br>10/8/2009 Applicant Response.<br>1/26/2010 NOA. | IV may rely on expert testimony in support of IV's position regarding the proper construction of this term, including how the intrinsic evidence for this patent supports IV's proposed construction and how American's proposed |

| Claims | Terms/Phrases | Proposed Construction | Intrinsic Evidence | Extrinsic Evidence |
|---|---|---|---|---|
| | | | | construction is, partly or in its entirety, incorrect and inconsistent with the intrinsic evidence and inconsistent with how a person of ordinary skill in the art would construe this term. |
| 1 | "low-level driver" | Plain and ordinary meaning | 4:41-51; 5:1-11; 6:17-22; claim 1.<br>10/8/2009 Applicant Response.<br>1/26/2010 NOA. | IV may rely on expert testimony in support of IV's position regarding the proper construction of this term, including how the intrinsic evidence for this patent supports IV's proposed construction and how American's proposed construction is, partly or in its entirety, incorrect and inconsistent with the intrinsic evidence and inconsistent with how a person of ordinary skill in the art would construe this term. |
| 15 | "the modifying" | Plain and ordinary meaning<br>Not indefinite | 4:17-5:10; 5:30-48; 6:3-29; Figure 3; claims 8, 16, 24.<br>10/8/2009 Applicant Response.<br>1/26/2010 NOA. | IV may rely on expert testimony in support of IV's position regarding the proper construction of this term, including how the intrinsic evidence for this patent supports IV's proposed construction and how American's proposed construction is, partly or in its entirety, incorrect and inconsistent with the intrinsic evidence and inconsistent with |

| Claims | Terms/Phrases | Proposed Construction | Intrinsic Evidence | Extrinsic Evidence |
|---|---|---|---|---|
| | | | | how a person of ordinary skill in the art would construe this term. Based on American's inadequate P.R. 4-2 Disclosures, IV may rely on expert testimony to directly rebut testimony offered by American's expert(s).<br>To the extent American alleges this term is indefinite, IV may rely on expert testimony to support that this term is definite. |
| 26 | "at an operational level" | Plain and ordinary meaning<br>Not indefinite | Abstract; 1:58-2:12; 2:17-58; 3:24-5:24; 5:30-6:22; 6:38-50; Figures 2, 3; claims 1, 15, 26.<br>10/8/2009 Applicant Response.<br>1/26/2010 NOA. | IV may rely on expert testimony in support of IV's position regarding the proper construction of this term, including how the intrinsic evidence for this patent supports IV's proposed construction and how American's proposed construction is, partly or in its entirety, incorrect and inconsistent with the intrinsic evidence and inconsistent with how a person of ordinary skill in the art would construe this term. Based on American's inadequate P.R. 4-2 Disclosures, IV may rely on expert testimony to directly rebut testimony offered by American's expert(s). |

| Claims | Terms/Phrases | Proposed Construction | Intrinsic Evidence | Extrinsic Evidence |
|---|---|---|---|---|
| | | | | To the extent American alleges this term is indefinite, IV may rely on expert testimony to support that this term is definite. |

***U.S. Patent No. 7,712,080***

| Claims | Terms/Phrases | Proposed Construction | Intrinsic Evidence | Extrinsic Evidence |
|---|---|---|---|---|
| 1, 4, 5, 6, 9, 17, 18 | "distributed parallel computing program" | Plain and ordinary meaning | Abstract; 1:19-2:4; 2:8-26; 3:4-12; 3:33-4:14; 4:42-52; 5:57-6:15; 6:27-41; 7:36–52; claims 1, 2, 4-7, 9, 15, 17, 18.<br>8/2/2007 Applicant Response.<br>4/18/2008 Applicant Response.<br>1/21/2009 Applicant Response.<br>9/2/2009 Applicant Response.<br>12/14/2009 NOA. | IV may rely on expert testimony in support of IV's position regarding the proper construction of this term, including how the intrinsic evidence for this patent supports IV's proposed construction and how American's proposed construction is, partly or in its entirety, incorrect and inconsistent with the intrinsic evidence and inconsistent with how a person of ordinary skill in the art would construe this term. |
| 1, 9 | "distributed sequential computing program" | Plain and ordinary meaning | Abstract; 1:19-2:4; 2:8-26; 3:4-12; 3:33-4:14; 4:42-52; 5:50-59; 5:57-6:41; 7:36-52; claims 1, 2, 4-7, 9, 10, 15, 17, 18.<br>8/2/2007 Applicant Response.<br>4/18/2008 Applicant Response.<br>1/21/2009 Applicant Response.<br>9/2/2009 Applicant Response. | IV may rely on expert testimony in support of IV's position regarding the proper construction of this term, including how the intrinsic evidence for this patent supports IV's proposed construction and how American's proposed construction is, partly or in its |

| Claims | Terms/Phrases | Proposed Construction | Intrinsic Evidence | Extrinsic Evidence |
|---|---|---|---|---|
| | | | 12/14/2009 NOA. | entirety, incorrect and inconsistent with the intrinsic evidence and inconsistent with how a person of ordinary skill in the art would construe this term. |
| 1, 9 | "parallel processing and/or operations" | Plain and ordinary meaning | Abstract; 1:19-2:4; 2:8-26; 3:4-4:14; 4:42-52; 5:57-6:15; 6:27-41; 6:61-65; 7:36-65; 8:13-19; claims 1, 2, 4-7, 9, 15, 17, 18.<br>8/2/2007 Applicant Response.<br>4/18/2008 Applicant Response.<br>1/21/2009 Applicant Response.<br>9/2/2009 Applicant Response.<br>12/14/2009 NOA. | IV may rely on expert testimony in support of IV's position regarding the proper construction of this term, including how the intrinsic evidence for this patent supports IV's proposed construction and how American's proposed construction is, partly or in its entirety, incorrect and inconsistent with the intrinsic evidence and inconsistent with how a person of ordinary skill in the art would construe this term. |
| 6 | "multiple nodes" | Plain and ordinary meaning | 2:8-15; 3:60-4:14; 5:38-56; 6:43-51; 7:36-8:60; 9:1-15; 10:18-35; claim 6.<br>8/2/2007 Applicant Response.<br>4/18/2008 Applicant Response.<br>1/21/2009 Applicant Response.<br>9/2/2009 Applicant Response.<br>12/14/2009 NOA. | IV may rely on expert testimony in support of IV's position regarding the proper construction of this term, including how the intrinsic evidence for this patent supports IV's proposed construction and how American's proposed construction is, partly or in its entirety, incorrect and inconsistent with the intrinsic evidence and inconsistent with |

| Claims | Terms/Phrases | Proposed Construction | Intrinsic Evidence | Extrinsic Evidence |
|---|---|---|---|---|
| | | | | how a person of ordinary skill in the art would construe this term. |
| 17, 18 | "distributed shared memory system" | Plain and ordinary meaning | 1:19-2:4; 3:4-12; 3:33-49; 4:42-52; 10:17-42; claims 15, 17, 18.<br>8/2/2007 Applicant Response.<br>4/18/2008 Applicant Response.<br>1/21/2009 Applicant Response.<br>9/2/2009 Applicant Response.<br>12/14/2009 NOA. | IV may rely on expert testimony in support of IV's position regarding the proper construction of this term, including how the intrinsic evidence for this patent supports IV's proposed construction and how American's proposed construction is, partly or in its entirety, incorrect and inconsistent with the intrinsic evidence and inconsistent with how a person of ordinary skill in the art would construe this term. |

***U.S. Patent No. 11,032,000***

| Claims | Terms/Phrases | Proposed Construction | Intrinsic Evidence | Extrinsic Evidence |
|---|---|---|---|---|
| 1, 13 | "time interval" and "time intervals" | Plain and ordinary meaning | Abstract; 1:18-28; 2:25-67; 4:5-28; 5:27-6:45; claims 1, 6, 7, 12, 13, 18, 19, 24.<br>6/19/2020 Applicant Response.<br>10/1/2020 Applicant Response.<br>1/20/2021 Applicant Response.<br>2/4/2021 NOA. | IV may rely on expert testimony in support of IV's position regarding the proper construction of this term, including how the intrinsic evidence for this patent supports IV's proposed construction and how American's proposed construction is, partly or in its entirety, incorrect and inconsistent with the intrinsic evidence and inconsistent with how a person of ordinary skill in the art would construe this term. |
| 1, 2, 4 | "a processor" and "the processor" | Plain and ordinary meaning | 7:44-8:19; 8:63-9:53; Fig. 5; claims 1, 2, 4, 7, 8, 10.<br>6/19/2020 Applicant Response.<br>10/1/2020 Applicant Response.<br>1/20/2021 Applicant Response.<br>2/4/2021 NOA. | IV may rely on expert testimony in support of IV's position regarding the proper construction of this term, including how the intrinsic evidence for this patent supports IV's proposed construction and how American's proposed construction is, partly or in its entirety, incorrect and inconsistent with the intrinsic evidence and inconsistent with how a person of ordinary skill |

| Claims | Terms/Phrases | Proposed Construction | Intrinsic Evidence | Extrinsic Evidence |
|---|---|---|---|---|
| | | | | in the art would construe this term. |
| 1, 2, 4 | "a receiver" and "the receiver" | Plain and ordinary meaning | Abstract; 1:18-2:7; 3:1-9; 4:5-28; 4:39-5:26; 6:19-45; 7:27-34; 8:45-62; 9:56-60; 10:6-17; claims 1, 2, 4, 7, 12, 13, 14, 16, 19, 24.<br>6/19/2020 Applicant Response.<br>10/1/2020 Applicant Response.<br>1/20/2021 Applicant Response.<br>2/4/2021 NOA. | IV may rely on expert testimony in support of IV's position regarding the proper construction of this term, including how the intrinsic evidence for this patent supports IV's proposed construction and how American's proposed construction is, partly or in its entirety, incorrect and inconsistent with the intrinsic evidence and inconsistent with how a person of ordinary skill in the art would construe this term. |
| 1 | "a transmitter" and "the transmitter" | Plain and ordinary meaning | 1:29-40; 2:4-5; 2:33-34; 2:40; 2:43-3:9; 4:5-29; 5:5-43; 9:61-10:5; claims 1, 7, 8, 13, 19.<br>6/19/2020 Applicant Response.<br>10/1/2020 Applicant Response.<br>1/20/2021 Applicant Response.<br>2/4/2021 NOA. | IV may rely on expert testimony in support of IV's position regarding the proper construction of this term, including how the intrinsic evidence for this patent supports IV's proposed construction and how American's proposed construction is, partly or in its entirety, incorrect and inconsistent with the intrinsic evidence and inconsistent with how a person of ordinary skill |

| Claims | Terms/Phrases | Proposed Construction | Intrinsic Evidence | Extrinsic Evidence |
|---|---|---|---|---|
| | | | | in the art would construe this term. |
| 1 | "in the same time interval that the uplink physical signal is sent, a plurality of UEs transmit uplink physical signals in the same time interval" | Plain and ordinary meaning<br>Not indefinite | *See* evidence for "time interval" and "time intervals"<br>*See also* Abstract; 1:65-2:11; 2:15-55; 4:5-5:43; 5:62-6:6; 6:47-7:18; 9:55-10:17; claims 1, 6, 7, 12, 13, 18, 19, 24.<br>6/19/2020 Applicant Response.<br>10/1/2020 Applicant Response.<br>1/20/2021 Applicant Response.<br>2/4/2021 NOA. | IV may rely on expert testimony in support of IV's position regarding the proper construction of this term, including how the intrinsic evidence for this patent supports IV's proposed construction and how American's proposed construction is, partly or in its entirety, incorrect and inconsistent with the intrinsic evidence and inconsistent with how a person of ordinary skill in the art would construe this term. Based on American's inadequate P.R. 4-2 Disclosures, IV may rely on expert testimony to directly rebut testimony offered by American's expert(s).<br>To the extent American alleges this term is indefinite, IV may rely on expert testimony to support that this term is definite. |
| 13 | "a plurality of predetermined time slots in a downlink frame, | Plain and ordinary meaning<br>Not indefinite | *See* evidence for "time interval" and "time intervals" | IV may rely on expert testimony in support of IV's position regarding the proper |

| Claims | Terms/Phrases | Proposed Construction | Intrinsic Evidence | Extrinsic Evidence |
|---|---|---|---|---|
| | wherein other time slots of the downlink frame do not include a physical control channel” | | *See also* Abstract; 4:5-51; 5:5-6:6; 7:27-34; 11:15-40; claim 1, 2, 3, 7, 8, 9, 14, 15, 19, 20, 21.<br>6/19/2020 Applicant Response.<br>10/1/2020 Applicant Response.<br>1/20/2021 Applicant Response.<br>2/4/2021 NOA. | construction of this term, including how the intrinsic evidence for this patent supports IV’s proposed construction and how American’s proposed construction is, partly or in its entirety, incorrect and inconsistent with the intrinsic evidence and inconsistent with how a person of ordinary skill in the art would construe this term. Based on American’s inadequate P.R. 4-2 Disclosures, IV may rely on expert testimony to directly rebut testimony offered by American’s expert(s).<br>To the extent American alleges this term is indefinite, IV may rely on expert testimony to support that this term is definite. |