**Exhibit B**
**Defendant American Airlines, Inc.'s**
**P.R. 4-3 Disclosures**

## I. U.S. Patent No. 7,822,841

| Claim Term/Phrase | Proposed Construction | Intrinsic Evidence | Extrinsic Evidence |
|---|---|---|---|
| "operational and connectivity problems" (claim 1) | Indefinite | '841 Patent at 1:32-2:4, 2:57-60, 3:26-31, 3:40-43, 4:4-9, 4:27-29, 5:47-60, 5:61-6:23, 6:26-47, 9:59-10:2, Figure 5 | "Telecommunications and Internet Protocol Harmonization Over Networks (TIPHON); General aspects of Quality of Service (QoS)," ETSI, TR 101 329, V2.1.1, 1999-06, https://www.etsi.org/deliver/etsi_tr/101300_101399/101329/02.01.01_60/tr_101329v020101p.pdf.<br><br>Expert Testimony of Dr. Michael Goodrich regarding the indefiniteness of this term. |
| "hardware and software problems" (claim 1) | Indefinite | '841 Patent at 6:26-27, 8:27-9:6, 10:50-64, Figure 5 | Expert Testimony of Dr. Michael Goodrich regarding the indefiniteness of this term. |
| "wherein the first configuration differs from the second configuration" (claim 1) | Indefinite | '841 Patent at 3:8-25, 10:41-49 | Expert Testimony of Dr. Michael Goodrich regarding the indefiniteness of this term. |
| "communications within the first and second clusters are isolated" (claim 8) | network traffic within each cluster is maintained separate from other clusters by a gateway positioned between the private cluster network and the private company network that manages traffic destined for its corresponding cluster | '841 Patent at 3:43-47, 4:44-50, 5:22-26, 5:27-46, 7:53-60, 9:19-29, Figures 2, 4 | The testimony of Dr. Michael Goodrich regarding the proper construction of this term. |

**Exhibit B**
**Defendant American Airlines, Inc.'s**
**P.R. 4-3 Disclosures**

| Claim Term/Phrase | Proposed Construction | Intrinsic Evidence | Extrinsic Evidence |
|---|---|---|---|
| "high performance computing cluster" (claim 9) | Indefinite | '841 Patent at 1:32-2:18, 3:4-25, 5:1-11, 7:27-42, 10:3-12, 10:13-15, 10:15-64 | Expert Testimony of Dr. Michael Goodrich regarding the indefiniteness of this term. |

**II. U.S. Patent No. 8,352,584**

| Claim Term/Phrase | Proposed Construction | Intrinsic Evidence | Extrinsic Evidence |
|---|---|---|---|
| "high performance cluster" / "high performance computing cluster" (claims 1 and 10) | Indefinite | '584 Patent at 1:39-2:25, 3:11-32, 5:10-20, 7:37-52, 10:12-21, 10:22-24, 10:24-11:6 | Expert Testimony of Dr. Michael Goodrich regarding the indefiniteness of this term. |
| "communications between the first [HPC] cluster and the second [HPC] cluster are isolated" (claims 1 and 10) | network traffic within each cluster is maintained separate from other clusters by a gateway positioned between the private cluster network and the private company network that manages traffic destined for its corresponding cluster | '584 Patent at 3:52-56, 4:54-59, 5:32-36, 5:37-56, 7:63-8:3, 9:29-38, Figures 2, 4 | The testimony of Dr. Michael Goodrich regarding the proper construction of this term. |
| "wherein the first configuration differs from the second configuration" | Indefinite | '584 Patent at 3:15-32, 10:50-58 | Expert Testimony of Dr. Michael Goodrich regarding the indefiniteness of this term. |
| "operational or connectivity problems" (claims 5 and 6) | Indefinite | '584 Patent at 1:39-2:11, 2:64-67, 3:34-40, 3:49-52, 4:13-18, 4:36-38, 5:57- | "Telecommunications and Internet Protocol Harmonization Over Networks (TIPHON); General aspects of Quality of Service (QoS)," ETSI, TR 101 329, V2.1.1, 1999-06, |

**Exhibit B**
**Defendant American Airlines, Inc.'s**
**P.R. 4-3 Disclosures**

| Claim Term/Phrase | Proposed Construction | Intrinsic Evidence | Extrinsic Evidence |
|---|---|---|---|
| | | 6:3, 6:4-33, 6:34-57, 10:1-11, Figure 5 | https://www.etsi.org/deliver/etsi_tr/101300_101399/101329/02.01.01_60/tr_101329v020101p.pdf.<br><br>Expert Testimony of Dr. Michael Goodrich regarding the indefiniteness of this term. |
| "hardware or software problems" (claims 5 and 6) | Indefinite | '584 Patent at 6:34-35, 8:37-9:16, 10:59-11:6, Figure 5 | Expert Testimony of Dr. Michael Goodrich regarding the indefiniteness of this term. |
| "means … to limit access …" (claim 8) | Function: limit access to the first cluster to communication access from a first client associated with the first client task and limit access to the second cluster to communication access from a second client associated with the second client task<br><br>Structure: firewall and authentication mechanism 210 | '584 Patent at 5:57-6:3, 7:1-18 | The testimony of Dr. Michael Goodrich regarding the proper construction of this term. |

## III. U.S. Patent No. 7,721,282

| Claim Term/Phrase | Proposed Construction | Intrinsic Evidence | Extrinsic Evidence |
|---|---|---|---|
| "root image"<br>(claims 1, 4, 5, 15, 17, 20, 21) | a read-only base set of data blocks, operating beneath the file system, that provide the | '282 Patent at Figures 1-3; 1:62-64; 2:16-58; 3:24-27; 4:11-51; 5:1-17; 5:65-6:2; 6:17-22; 7:14-20; 7:24-37; | The testimony of Dr. Michael Goodrich regarding the proper construction of this term. |

**Exhibit B**
**Defendant American Airlines, Inc.'s**
**P.R. 4-3 Disclosures**

| Claim Term/Phrase | Proposed Construction | Intrinsic Evidence | Extrinsic Evidence |
|---|---|---|---|
| | common portion of the application environment | 7:53-56; 8:8-11; 8:47-50; Title. | Microsoft Computer Dictionary, 5/e, 2002, at 470. |
| "new data blocks" (claims 1, 15) | data blocks that are not present in the root image | '282 Patent at Figures 1-3; 4:17-40; 5:11-17; 6:3-7; 7:20-24. | The testimony of Dr. Michael Goodrich regarding the proper construction of this term. |
| "appropriate persistent mapping" (claims 1, 15) | Indefinite | '282 Patent at 5:3-8. | The testimony of Dr. Michael Goodrich regarding the indefiniteness of this term. |
| "sector" (claims 1, 15) | contiguous portion of the data storage area on a disk | '282 Patent at 1:49-53; 6:30-37; 7:53-57; 8:47-50. | The testimony of Dr. Michael Goodrich regarding the proper construction of this term.<br><br>Microsoft Computer Dictionary, 5/e, 2002, at 470. |
| "low-level driver" (claims 1, 15) | driver that operates below the file system | '282 Patent at Figures 1-3; 1:62-64; 2:16-58; 3:24-27; 4:11-51; 5:1-17; 5:65-6:2; 6:17-22; 7:14-20; 7:24-37; 7:53-56; 8:8-11; 8:47-50; Title. | The testimony of Dr. Michael Goodrich regarding the proper construction of this term. |
| "the modifying" (claim 15) | Indefinite | '282 Patent at 8:3-24. | The testimony of Dr. Michael Goodrich regarding the indefiniteness of this term. |
| "at an operational level" (claim 26) | Indefinite | '282 Patent at 8:51-53. | The testimony of Dr. Michael Goodrich regarding the indefiniteness of this term. |

**Exhibit B**
**Defendant American Airlines, Inc.'s**
**P.R. 4-3 Disclosures**

## IV. U.S. Patent No. 7,712,080

| Claim Term/Phrase | Proposed Construction | Intrinsic Evidence | Extrinsic Evidence |
|---|---|---|---|
| "distributed parallel computing program" (claims 1, 4-6, 9, 17, 18) | program that computes using multiple concurrent distributed sequential computing programs configured to operate across multiple processors/nodes and multiple memories | '080 Patent at Figures 3-5; 2:8-19; 5:57-7:65; 9:16-24; 11:5-29. | The testimony of Dr. Michael Shamos regarding the proper construction of this term. |
| "distributed sequential computing program" (claims 1, 9) | program using a single locus of computation over distributed data | '080 Patent at Figures 3-5; 3:50-4:41; 5:57-7:65; 9:10-15; 11:5-29. | The testimony of Dr. Michael Shamos regarding the proper construction of this term. |
| "distributed shared memory system" (claims 17, 18) | system that uses a globally accessible memory space built on distributed memories | '080 Patent at Figure 1b; 1:53-2:2. | The testimony of Dr. Michael Shamos regarding the proper construction of this term. |
| "multiple nodes" (claim 6) | multiple memory areas associated with separate processors | '080 Patent at Figures 2-5; 3:60-5:56. | The testimony of Dr. Michael Shamos regarding the proper construction of this term. |
| "parallel processing and/or operations" (claims 1, 9) | handling multiple threads concurrently without terminating and resuming thread processes | '080 Patent at Figures 3-5; 2:8-19; 5:57-7:65; 9:16-24; 11:5-29; Response of 1/21/09, pp. 5-6. | The testimony of Dr. Michael Shamos regarding the proper construction of this term. |

## V. U.S. Patent No. 11,032,000

**Exhibit B**
**Defendant American Airlines, Inc.'s**
**P.R. 4-3 Disclosures**

| Claim Term/Phrase | Proposed Construction | Intrinsic Evidence | Extrinsic Evidence |
|---|---|---|---|
| "time interval" and "time intervals" (claims 1, 6, 13, and 18) | "time slot" and "time slots" | '000 Patent at Abstract; Fig. 2; 2:37-62; 3:15-19; 5:27-6:9; 6:28-45; 9:55-10:17; 10:30-64; 11:15-40; 12:1-32; 12:45-48. | *Toyota Motor Corp. et al. v. Intellectual Ventures II LLC*, IPR2022-01130, Papers 10, 13, 26, 41 (P.T.A.B. December 4, 2023).<br><br>U.S. Patent No. 8,811,356<br><br>Expert Testimony of Dr. Daniel van der Weide regarding the proper construction of this term. |
| "a processor" and "the processor" (claims 1, 2, and 4) | one or more processors, at least one of which is configured to receive resource allocation information …, send, over the physical uplink shared channel, data …, send the uplink physical signal …, and receive, on a physical control channel, control information … | '000 Patent at Fig. 5; 1:65-2:11; 7:44-49; 8:4-19; 8:64-9:45; 9:55-11:6. | |
| "a receiver" and "the receiver"<br><br>(claims 1, 2, and 4) | one or more receivers, at least one of which is configured to receive resource allocation information…, and receive, on a physical control channel, control information… | '000 Patent at Fig. 5; 1:65-2:11; 9:21-45; 9:55-10:64 | |

**Exhibit B**
**Defendant American Airlines, Inc.'s**
**P.R. 4-3 Disclosures**

| Claim Term/Phrase | Proposed Construction | Intrinsic Evidence | Extrinsic Evidence |
|---|---|---|---|
| "a transmitter" and "the transmitter"<br><br>(claim 1) | one or more transmitters, at least one of which is configured to send, over the physical uplink shared channel, data …, and send the uplink physical signal … | '000 Patent at 1:65-2:11; 9:21-45; 9:55-11:6 | |
| "in the same time interval that the uplink physical signal is sent, a plurality of UEs transmit uplink physical signals in the same time interval"<br><br>(claim 1) | indefinite under *IPXL Holdings, LLC v. Amazon.com, Inc.*, 430 F.3d 1377, 1384 (Fed. Cir. 2005) | '000 Patent at 2:43-67; 3:1-9; 4:60-5:57: 9:55-10:17 | Expert Testimony of Dr. Daniel van der Weide regarding the indefiniteness of this term. |
| "a plurality of predetermined time slots in a downlink frame, wherein other time slots of the downlink frame do not include a physical control channel"<br><br>(claim 13) | indefinite under *IPXL Holdings, LLC v. Amazon.com, Inc.*, 430 F.3d 1377, 1384 (Fed. Cir. 2005) | '000 Patent at Fig. 2; 2:37-42; 5:5-26; 5:62-6:6; 6:52-59; 9:55-10:34; 11:15-12:4 | Expert Testimony of Dr. Daniel van der Weide regarding the indefiniteness of this term. |