# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC and <br> INTELLECTUAL VENTURES II LLC <br><br> v. <br><br> AMERICAN AIRLINES, INC. | § <br> § Civil Action No. 4:24cv980 <br> § Judge Mazzant <br> § <br> § <br> § |

## ORDER

On February 19, 2026, the Court-appointed technical advisor, Scott Woloson, submitted to the Court his statement for professional services rendered in this matter, in the amount of $34,342.50.  The Court has reviewed Mr. Woloson's statement and finds that the fees requested are reasonable and necessary.

Accordingly, the Court hereby **ORDERS** the parties to appropriately divide and pay $34,342.50 to the Law Office of Scott Woloson, P.C., 1431 Wirt Road #141, Houston, TX 77055 [Account No. 12.0015] within thirty (30) days from the entry of this Order.

**IT IS SO ORDERED.**

SIGNED this 20th day of February, 2026.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE