# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II, LLC, § § § § | |
| *Plaintiffs,* § | Civil Action No. 4:24-cv-980 |
| v. § | Judge Mazzant |
| § | |
| AMERICAN AIRLINES, INC., § § | |
| *Defendant.* § | |

## ORDER

Pending before the Court is Defendant American Airlines, Inc.'s Motion to Strike Untimely Expert Declarations (the "Motion") (Dkt. #78). Having considered the Motion, the relevant pleadings, and the applicable law, the Court finds that the Motion should be **DENIED**.

It is therefore **ORDERED** that Defendant American Airlines, Inc.'s Motion to Strike Untimely Expert Declarations (Dkt. #78) is hereby **DENIED as moot**.

**IT IS SO ORDERED.**

**SIGNED this 6th day of March, 2026.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE