# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC and<br>INTELLECTUAL VENTURES II LLC,<br><br>　　　　　*Plaintiffs*,<br><br>　　v.<br><br>AMERICAN AIRLINES, INC.<br><br>　　　　　*Defendant*. | )<br>)<br>)<br>)　**C.A. No. 4:24-cv-00980-ALM**<br>)<br>)<br>)　**JURY TRIAL DEMANDED**<br>)<br>)<br>) |

## ORDER GRANTING JOINT MOTION TO SEVER AND STAY DEADLINES FOR UNITED STATES PATENT NO. 7,324,469

Before the Court is Plaintiffs Intellectual Ventures I LLC and Intellectual Ventures II LLC and Defendant American Airlines, Inc.'s Joint Motion to Sever and Stay Deadlines for U.S. Patent No. 7,324,469.

Upon consideration of said Motion, the Court finds that good cause exists that the Motion to be and is hereby GRANTED.