# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC, § § § § | |
| *Plaintiffs,* § | Civil Action No. 4:24-cv-980 |
| v. § | Judge Mazzant |
| § | |
| AMERICAN AIRLINES, INC., § § | |
| *Defendants.* § | |

## ORDER

Pending before the Court is Plaintiffs Intellectual Ventures I LLC and Intellectual Ventures II LLC and Defendant American Airlines, Inc.'s Joint Motion to Sever and Stay Deadlines for United States Patent No. 7,324,469 (Dkt. #134). Having considered the Motion and the relevant pleadings, the Court finds that the Motion should be **GRANTED**.

It is therefore **ORDERED** that Plaintiffs Intellectual Ventures I LLC and Intellectual Ventures II LLC and Defendant American Airlines Joint Motion to Sever and Stay Deadlines for United States Patent No. 7,324,469 (Dkt. #134) is hereby **GRANTED**.

**IT IS SO ORDERED.**

SIGNED this 10th day of March, 2026.

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE