**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC, | ) ) ) | |
| *Plaintiffs*, | ) ) | **C.A. No. 4:24-cv-00980-ALM** |
| v. | ) ) ) | **JURY TRIAL DEMANDED** |
| AMERICAN AIRLINES, INC. | ) ) | |
| *Defendant*. | ) | |

**JOINT MOTION TO EXTEND CLAIM CONSTRUCTION DISCOVERY**

Plaintiff Intellectual Ventures I LLC and Intellectual Ventures II LLC, ("IV" or "Plaintiff")

and Defendant American Airlines, Inc. ("American Airlines") (collectively, the "Parties") jointly

file this Motion to Extend Claim Construction Discovery.

Claim construction discovery currently closes on March 13, 2026. The Parties agree to a

ten-day extension of time until Monday, March 23, 2026 to complete claim construction discovery.

The brief extension is not sought for the purposes of delay. Additionally, the extension does not

change the date of any hearing, trial, or other Court date, or extend any deadline of a final

submission that affects the Court's ability to hold a scheduled hearing, trial or Court event.

Wherefore, the Parties respectfully request the Court extend claim construction discovery

until Monday, March 23, 2026.

1

Dated: March 13, 2026                                RESPECTFULLY SUBMITTED,

By: */s/ John B. Campbell*                          By:  */s/ Jonathan K. Waldrop*
John B. Campbell                                    Jonathan K. Waldrop (CA Bar No. 297903)
Texas State Bar No. 24036314                        (Admitted in this District)
jcampbell@McKoolSmith.com                           jwaldrop@kasowitz.com
Kenneth M. Scott                                    Marcus A. Barber (CA Bar No. 307361)
Texas State Bar No. 24137497                        (Admitted in this District)
kscott@McKoolSmith.com                              mbarber@kasowitz.com
**MCKOOL SMITH, P.C.**                              John W. Downing (CA Bar No. 252850)
303 Colorado Street Suite 2100                      (Admitted in this District)
Austin, TX 78701                                    jdowning@kasowitz.com
Telephone: (512) 692-8700                           Heather S. Kim (CA Bar No. 277686)
Telecopier: (512) 692-8744                          (Admitted in this District)
                                                    hkim@kasowitz.com
Casey L. Shomaker                                   ThucMinh Nguyen (CA Bar No. 304382)
Texas State Bar No. 24110359                        (Admitted in this District)
cshomaker@mckoolsmith.com                           tnguyen@kasowitz.com
**MCKOOL SMITH, P.C.**                              Jonathan Hicks (CA Bar No. 274634)
300 Crescent Court Suite 1200                       (Admitted *pro hac vice*)
Dallas, TX 75201                                    jhicks@kasowitz.com
Telephone: (214) 978-4218                           **KASOWITZ LLP**
Telecopier: (214) 978-4044                          101 California Street, Suite 3950
                                                    San Francisco, California 94111
Emily Tannenbaum                                    Telephone: (650) 453-5170
New York State Bar No. 5928130                      Facsimile: (650) 453-5171
**MCKOOL SMITH, P.C.**
1301 Avenue of the Americas, 32nd Floor             Jeceaca An (NY Bar No. 5849898)
New York, NY 10019                                  (Admitted pro hac vice)
Telephone: (212) 402-9400                           jan@kasowitz.com
Telecopier: (212) 402-9444                          Binta A. Watkins (NY Bar No. 5482492)
                                                    (Admitted pro hac vice)
Alan P. Block                                       bwatkins@kasowitz.com
California State Bar No. 143783                      Kristine B. Abrenica (NY Bar No. 5781489)
ablock@mckoolsmith.com                              (Admitted pro hac vice)
**MCKOOL SMITH, P.C.**                              kabrenica@kasowitz.com
300 South Grand Avenue, Suite 2900                  Paula Y. Ajumobi (NY Bar No. 6056097)
Los Angeles, CA 90071                               (Admitted pro hac vice)
Telephone: (213) 694-1054                           pajumobi@kasowitz.com
Telecopier: (213) 694-1234                          **KASOWITZ LLP**
                                                    1633 Broadway
                                                    New York, NY 10019
                                                    Telephone: (212) 506-1800
                                                    Facsimile: (212) 506-1700

2

Paul G. Williams (GA Bar No. 764925)
(Admitted in this District)
pwilliams@kasowitz.com
**KASOWITZ LLP**
1230 Peachtree Street N.E., Suite 2445
Atlanta, Georgia 30309
Telephone: (404) 260-6080
Facsimile: (404) 260-6081

Allen F. Gardner (TX Bar No. 24043679)
allen@allengardnerlaw.com
**ALLEN GARDNER LAW, PLLC**
609 S. Fannin
Tyler, Texas 75701
Telephone: (903) 944-7537
Facsimile: (903) 944-7856

**Attorneys for Plaintiffs**
**INTELLECTUAL VENTURES I LLC and**
**INTELLECTUAL VENTURES II LLC**

3

**CERTIFICATE OF CONFERENCE**

Plaintiffs and Defendant have conferred regarding the relief requested in this motion, and it is jointly submitted.

/s/ John B. Campbell
John B. Campbell

**CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the foregoing document was served or delivered electronically to all counsel on March 13, 2026, via the Court's CM/ECF system.

/s/ John B. Campbell
John B. Campbell

4