## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | |
|---|---|
| **INTELLECTUAL VENTURES I LLC AND INTELLECTUAL VENTURES II, LLC,**<br><br>         **Plaintiff,**<br><br>    **vs.**<br><br>**AMERICAN AIRLINES, INC.,**<br><br>         **Defendant.** | **Civil Action No.  4:24-cv-00980**<br><br><br>**JURY TRIAL** |

## ORDER ON JOINT MOTION TO EXTEND CLAIM CONSTRUCTION DISCOVERY

BEFORE THE COURT is the Joint Motion to Extend Claim Construction Discovery. The Court has considered the Motion and finds that it should be GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED and DECREED that claim construction discovery is extended until Monday, March 23, 2026.