## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC, <br><br> *Plaintiffs,* <br><br> v. <br><br> AMERICAN AIRLINES INC., <br><br> *Defendant.* | **C.A. No. 4:24-cv-00980-ALM** <br><br><br> **JURY TRIAL DEMANDED** |

## JOINT MOTION TO AMEND SCHEDULING ORDER

**TO THE HONORABLE COURT:**

Plaintiffs Intellectual Ventures I LLC and Intellectual Ventures II LLC ("Plaintiffs" or "IV") and Defendant American Airlines, Inc. ("Defendant" or "American") (collectively, "Parties") hereby respectfully submit this Joint Motion to Amend Scheduling Order.  The Parties have jointly agreed to modify the case schedule as reflected in the proposed Amended Scheduling Order attached as Exhibit A.

Dated: March 16, 2026                          RESPECTFULLY SUBMITTED,

By: */s/ John B. Campbell*                     By: */s/ Jonathan K. Waldrop*

John B. Campbell                               Jonathan K. Waldrop (CA Bar No. 297903)
Texas State Bar No. 24036314                   (Admitted in this District)
jcampbell@McKoolSmith.com                      jwaldrop@kasowitz.com
Kenneth M. Scott                               Marcus A. Barber (CA Bar No. 307361)
Texas State Bar No. 24137497                   (Admitted in this District)
kscott@McKoolSmith.com                         mbarber@kasowitz.com
**MCKOOL SMITH, P.C.**                         John W. Downing (CA Bar No. 252850)
303 Colorado Street Suite 2100                 (Admitted in this District)
Austin, TX 78701                               jdowning@kasowitz.com
Telephone: (512) 692-8700                      Heather S. Kim (CA Bar No. 277686)
Telecopier: (512) 692-8744                     (Admitted in this District)
                                               hkim@kasowitz.com
Casey L. Shomaker                              ThucMinh Nguyen (CA Bar No. 304382)
Texas State Bar No. 24110359                   (Admitted in this District)
cshomaker@mckoolsmith.com                      tnguyen@kasowitz.com
**MCKOOL SMITH, P.C.**                         Jonathan Hicks (CA Bar No. 274634)
300 Crescent Court Suite 1200                  (Admitted in this District)
Dallas, TX 75201                               jhicks@kasowitz.com
Telephone: (214) 978-4218                      **KASOWITZ LLP**
Telecopier: (214) 978-4044                     101 California Street, Suite 3950
                                               San Francisco, California 94111
Emily Tannenbaum                               Telephone: (415) 421-6140
New York State Bar No. 5928130                 Facsimile: (415) 358-4408
**MCKOOL SMITH, P.C.**
1301 Avenue of the Americas                    Paul G. Williams (GA Bar No. 764925)
32nd Floor                                     (Admitted in this District)
New York, NY 10019                             pwilliams@kasowitz.com
Telephone: (212) 402-9400                      **KASOWITZ LLP**
Telecopier: (212) 402-9444                     1230 Peachtree Street N.E., Suite 2445
                                               Atlanta, Georgia 30309
                                               Telephone: (404) 260-6080
**Attorneys for Defendant**                    Facsimile: (404) 260-6081
**AMERICAN AIRLINES, INC.**
                                               Jeceaca An (NY Bar No. 5849898)
                                               (Admitted in this District)
                                               jan@kasowitz.com
                                               Binta A. Watkins (NY Bar No. 5482492)
                                               (Admitted *pro hac vice*)
                                               pwatkins@kasowitz.com

2

Paula Y. Ajumbi (NY Bar No. 6056097)
(Admitted *pro hac vice*)
pajumobi@kasowitz.com
**KASOWITZ LLP**
1633 Broadway
New York, NY 10019
Telephone: (212) 506-1800
Facsimile: (212) 506-1700

Allen F. Gardner (TX Bar No. 24043679)
allen@allengardnerlaw.com
**ALLEN GARDNER LAW, PLLC**
609 S. Fannin
Tyler, Texas 75701
Telephone: (903) 944-7537
Facsimile: (903) 944-7856

**Attorneys for Plaintiffs**
**INTELLECTUAL VENTURES I LLC and**
**INTELLECTUAL VENTURES II LLC**

## CERTIFICATE OF CONFERENCE

Plaintiffs and Defendant have conferred regarding the relief requested in this motion, and it is jointly submitted.

/s/ Jonathan K. Waldrop
Jonathan K. Waldrop

4

5

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that a copy of the foregoing document was served on all parties who have appeared in this case on March 16, 2026, via the Court's CM/ECF system.

*/s/ Jonathan K. Waldrop*
Jonathan K. Waldrop (CA Bar No. 297903)