# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| **INTELLECTUAL VENTURES I LLC AND INTELLECTUAL VENTURES II, LLC,** | **Civil Action No.  4:24-cv-00980** |
| **Plaintiff,** | |
| vs. | **JURY TRIAL** |
| **AMERICAN AIRLINES, INC.,** | |
| **Defendant.** | |

## ORDER ON JOINT MOTION TO EXTEND CLAIM CONSTRUCTION DISCOVERY

BEFORE THE COURT is the Joint Motion to Extend Claim Construction Discovery (Dkt. #136).  The Court has considered the Motion and finds that it should be GRANTED.

IT IS THEREFORE ORDERED that claim construction discovery is extended until Monday, March 23, 2026.

**IT IS SO ORDERED.**

**SIGNED this 17th day of March, 2026.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE