**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC, <br><br> *Plaintiffs*, <br><br> v. <br><br> AMERICAN AIRLINES, INC. <br><br> *Defendant*. | ) ) ) ) ) ) ) ) ) ) ) **C.A. No. 4:24-cv-00980-ALM** <br><br> **JURY TRIAL DEMANDED** |

**DECLARATION OF JONATHAN K. WALDROP IN SUPPORT OF
PLAINTIFFS' SUPPLEMENTAL OPENING CLAIM CONSTRUCTION BRIEF**

I, Jonathan K. Waldrop, declare as follows:

1.      I am a Partner with the law firm of Kasowitz LLP. I am one of the attorneys responsible for the representation of Plaintiffs Intellectual Ventures I LLC and Intellectual Ventures II LLC (collectively, "Plaintiffs" or "IV") in this matter and make this declaration in support of Plaintiffs' Supplemental Opening Claim Construction Brief.

2.      Attached hereto as Exhibit 1 is a true and correct copy of U.S. Patent No. 7,822,841 to Franklin, issued October 26, 2010.

3.      Attached hereto as Exhibit 2 is a true and correct copy of the Declaration of Mahdi Eslamimehr, Ph.D. in support of Claim Construction, dated February 12, 2026.

4.      Attached hereto as Exhibit 3 is a true and correct copy of excerpts from the Transcript of the March 12, 2026 Deposition of Michael T. Goodrich, Ph.D.

5.      Attached hereto as Exhibit 4 is a true and correct copy of the Declaration of Michael T. Goodrich in support of Claim Construction, dated February 12, 2026.

6.      Attached hereto as Exhibit 5 is a true and correct copy of U.S. Patent No 8,352,584 to Franklin, issued January 8, 2013.

7.      Attached hereto as Exhibit 6 is a true and correct copy of U.S. Patent No. 7,721,282 to Kulkarni et al., issued May 18, 2010.

8.      Attached hereto as Exhibit 7 is a true and correct copy of U.S. Patent No. 7,712,080 to Pan et al., issued May 4, 2010.

9.      Attached hereto as Exhibit 8 is a true and correct copy of the Makrman [sic] Declaration of Michael Shamos, Ph.D., dated February 12, 2026.

10.     Attached hereto as Exhibit 9 is a true and correct copy of excerpts from the Transcript of the March 16, 2026 Deposition of Michael Shamos, PhD.

11.     Attached hereto as Exhibit 10 is a true and correct copy of U.S. Patent No. 11,032,000 to Howard, issued June 8, 2021.

12.     Attached hereto as Exhibit 11 is a true and correct copy of the Declaration of Joseph D. Camp, dated February 12, 2026.

13.     Attached hereto as Exhibit 12 is a true and correct copy of excerpts from the Transcript of the March 17, 2026 Deposition of Joseph D. Camp, Ph.D.

14.     Attached hereto as Exhibit 13 is a true and correct copy of the Declaration of Dr. Daniel van der Weide in support of Claim Construction, dated February 12, 2026.

I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information, and belief, formed after reasonable inquiry under the circumstances.

Executed on the 30th day of March, 2026, in San Francisco, California.

/s/ Jonathan K. Waldrop
Jonathan K. Waldrop

2