# **<u>Exhibit 3</u>**

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

SHERMAN DIVISION

INTELLECTUAL VENTURES I LLC

and INTELLECTUAL VENTURES II

LLC,

    Plaintiffs,                                CASE NUMBER

vs.                                                4:24-CV-980

AMERICAN AIRLINES, INC.,

    Defendant.

VIDEOTAPE DEPOSITION VIA ZOOM OF

MICHAEL T. GOODRICH, Ph.D.

MARCH 12, 2026

9:31 A.M. PACIFIC TIME

Reported Remotely By:

Judith L. Leitz Moran

RPR, RSA, CCR-B-2312

Michael T. Goodrich , Ph.D.                March 12, 2026
Intellectual Ventures I LLC v. American Airlines, Inc.

Page 50

A    Correct.

Q    So in the context of Claim 1, when we're discussing hardware and software problems, we're referring to software and hardware problems for a particular node, correct?

A    I agree.

It's just that in my opinion a person of ordinary skill in the art would not understand the scope of those terms.

Q    But in your opinion, would a person of ordinary skill in the art have an understanding as to what "hardware" is?

A    Yes.

Q    In your opinion, would a person of ordinary skill in the art have an understanding as to what "software" is?

A    Yes.

Q    Just so we're on the same page, what is your understanding of what hardware is in the context of Claim 1 of the '841 Patent?

A    So in the '841 Patent it shows a Figure 1., it shows exemplary hardware that a person of ordinary skill in the art would understand to be hardware that are elements of various clusters.

And then, for example, it says in column

Michael T. Goodrich , Ph.D.                    March 12, 2026
Intellectual Ventures I LLC v. American Airlines, Inc.

Page 98

C E R T I F I C A T E

Deposition of: MICHAEL T. GOODRICH, PH.D.

Date of Deposition: MARCH 12, 2026

STATE OF GEORGIA:

I hereby certify that the foregoing transcript was stenographically recorded by me via Zoom as stated in the caption.  The deponent was duly sworn to tell the truth, the whole truth, and nothing but the truth.  And the colloquies, statements, questions and answers thereto were reduced to typewriting under my direction and supervision and the deposition is a true and correct record, to the best of my ability, of the testimony/evidence given by the deponent.

I further certify that I am not a relative or employee or attorney or counsel to any of the parties in the case, nor am I a relative or employee of such attorney or counsel, nor am I financially interested in the action.

This, the 19th day of March 2026.

Judith L. Leitz Moran, CCR-B-2312

Registered Professional Reporter

Michael T. Goodrich , Ph.D.                    March 12, 2026
Intellectual Ventures I LLC v. American Airlines, Inc.

Page 99

FIRM CERTIFICATE AND DISCLOSURE

Veritext represents that the foregoing transcript as produced by our Production Coordinators, Georgia Certified Notaries, is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the certified court reporter in this case.  Veritext further represents that the attached exhibits, if any, are a true, correct and complete copy as submitted by the certified reporter, attorneys or witness in this case; and that the exhibits were handled and produced exclusively through our Production Coordinators, Georgia Certified Notaries.  Copies of notarized production certificates related to this proceeding are available upon request to production@veritext.com

Veritext is not taking this deposition under any relationship that is prohibited by OCGA 15-14-37 (a) and (b).  Case-specific discounts are automatically applied to all parties, at such time as any party receives a discount.  Ancillary services such as calendar and financial reports are available to all parties upon request.

This, the 19th day of March 2026.

Judith L. Leitz Moran, CCR-B-2312