# Exhibit 9

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

INTELLECTUAL VENTURES I          )
LLC and INTELLECTUAL             )
VENTURES II LLC,                 )
                                 ) Case No. 4:24-CV-980
          Plaintiffs,            )
                                 )
     vs.                         )
                                 )
AMERICAN AIRLINES, INC.,         )
                                 )
          Defendant.             )
_____     )

VIDEOTAPED DEPOSITION OF

MICHAEL SHAMOS, PhD

March 16, 2026

12:58 p.m.

Via Zoom Videoconference

Marianne R. Wharram, RPR, CRR
CCR #6121-5296-5647-5648

Page 47

term parallel processing.

Q.    Just to make it clear for the record, the term parallel processing was not in the patent at the time?

A.    Was not in the claims.

Q.    Was not in the claims at the time, correct?

A.    That's right.  The literal term parallel processing was not there.  There are other terms that I just listed that were there.

Q.    Yes, actually, let's go back to that.

A.    Okay.

Q.    So is it your opinion that the terms -- is it your opinion that the term parallel distributed application and parallel processing are synonymous?

A.    No.  So parallel distributed application refers to a program.  An application is a program.

Q.    Mm-hmm.

A.    I haven't formed an opinion about what the meaning of parallel distributed application is, because it was not used in the claims as eventually issued.  But when I read it, I say parallel distributed application, oh, that's a parallel application that's distributed.  There is parallel processing going on there.  Even though the term

Page 59

DISCLOSURE

DEPONENT: MICHAEL SHAMOS, PhD

STATE OF GEORGIA

COUNTY OF RICHMOND

Pursuant to Article 10.B. of the Rules and Regulations of the Board of Court Reporting of the Judicial Council of Georgia, I make the following disclosure:

I am a Georgia Certified Court Reporter.  I am here as a representative of Veritext Legal Solutions. Veritext Legal Solutions was contacted by the offices of Kasowitz, LLP, to provide court reporting services for this deposition.  Veritext Legal Solutions will not be taking this deposition under any contract that is prohibited by O.C.G.A. Sec. 15-14-37(a) and (b).

Veritext Legal Solutions has no contract/agreement to provide reporting services with any party to the case, any counsel in the case, or any reporter or reporting agency from whom a referral might have been made to cover this deposition. Veritext Legal Solutions will charge its usual and customary rates to all parties in the case, and a financial discount will not be given to any party to this litigation.

Dated:  3/16/2026
Marianne R. Wharram, RPR, CRR,
CCR #6121-5296-5647-5648

Michael Shamos , Ph.D.                                    March 16, 2026
Intellectual Ventures I LLC v. American Airlines, Inc.

Page 60

C E R T I F I C A T E

STATE OF GEORGIA:

COUNTY OF RICHMOND:

I hereby certify that the foregoing transcript was taken down, as stated in the caption, and the colloquy, questions, and answers thereto were reduced to typewriting under my direction; that the foregoing pages 1 through 58 represent a true, complete, and correct transcript of the evidence given.

The above certification is expressly withdrawn and denied upon the disassembly or photocopying of the foregoing transcript, unless said disassembly or photocopying is done under the auspices of Veritext Legal Solutions, and the signature and original seal is attached thereto.

I further certify that I am not related to or are of counsel to the parties in the case; am not in the regular employ of counsel for any of said parties; nor am I in any way interested in the result of said case.

This, the 18th day of March, 2026.

_____

MARIANNE R. WHARRAM, RPR, CRR,

CCR #6121-5296-5647-5648