**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC,<br><br>*Plaintiffs*,<br><br>v.<br><br>AMERICAN AIRLINES, INC.<br><br>*Defendant*. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**C.A. No. 4:24-cv-00980-ALM**

**JURY TRIAL DEMANDED**

**DECLARATION OF JONATHAN K. WALDROP IN SUPPORT OF PLAINTIFFS INTELLECTUAL VENTURES I LLC AND INTELLECTUAL VENTURES II LLC'S MOTION FOR LEAVE TO CONDUCT REMOTE DEPOSITIONS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 30(b)(4)**

I, Jonathan K. Waldrop, declare as follows:

1.      I am a Partner with the law firm of Kasowitz LLP. I am one of the attorneys responsible for the representation of Plaintiffs Intellectual Ventures I LLC and Intellectual Ventures II LLC (collectively, "Plaintiffs" or "IV") in this matter and make this declaration in support of Plaintiffs' Motion for Leave to Conduct Remote Depositions Pursuant to Federal Rule of Civil Procedure 30(b)(4).

2.      Attached hereto as Exhibit A is a true and correct copy of a redline of the corrected Proposed Amended Protective Order.

3.      Attached hereto as Exhibit B is a true and correct copy of an excerpt of an email chain between counsel for IV and Defendant American Airlines, Inc. ("Defendant" or "American"), dated February 9, 2026 through March 6, 2026.

4.      Attached hereto as Exhibit C is a true and correct copy of an article titled "Fuel prices could keep rising for months even if Hormuz reopens, US EIA says," Reuters (Apr. 7, 2026),

https://www.reuters.com/business/energy/fuel-prices-could-keep-rising-months-after-hormuz-reopens-us-eia-says-2026-04-07/.

5.      Attached hereto as Exhibit D is a true and correct copy of an article titled "Airlines are canceling flights as they face jet fuel shortages and rising prices brought on by the Iran war," Business Insider (Apr. 7, 2026), https://www.businessinsider.com/airlines-cancel-flights-rising-jet-fuel-prices-shortage-iran-2026-4.

6.      Attached hereto as Exhibit E is a true and correct copy of an article titled "'Work from home,' encourages the world's energy watchdog," The Verge (Mar. 20, 2026), https://www.theverge.com/science/897874/iea-fuel-gas-shortage-recommendations-work-from-home.

I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information, and belief, formed after reasonable inquiry under the circumstances.

Executed on the 9th day of April, 2026, in San Francisco, California.

/s/ Jonathan K. Waldrop
Jonathan K. Waldrop

2