# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC, | ) ) ) | |
| *Plaintiffs*, | ) ) | **C.A. No. 4:24-cv-00980-ALM** |
| v. | ) ) ) | **JURY TRIAL DEMANDED** |
| AMERICAN AIRLINES, INC. | ) ) | |
| *Defendant*. | ) | |

**ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO CONDUCT REMOTE DEPOSITIONS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 30(b)(4)**

Pending before the Court is Plaintiffs' Motion For Leave To Conduct Remote Depositions Pursuant To Federal Rule Of Civil Procedure 30(b)(4) (the "Motion"). This Court having considered the Motion and related materials, HEREBY ORDERS that the Motion be GRANTED. Pursuant to this Order, Defendant must grant Plaintiffs' request to conduct remote depositions of its fact witnesses within 1 week of this Order.