# EXHIBIT B

| | |
|---|---|
| **From:** | Casey L. Shomaker <cshomaker@McKoolSmith.com> |
| **Sent:** | Friday, March 6, 2026 3:20 PM |
| **To:** | Jonathan H. Hicks; Binta A. Watkins; Kristine B. Abrenica; AA_Intellectual_Ventures |
| **Cc:** | Allen Gardner; Intellectual Ventures |
| **Subject:** | RE: IV/American - Dkt. 109 |

Jonathan,

Ms. Vaidya was only offered for an in-person deposition. *See* Feb. 9 email from C. Shomaker to IV. IV waited almost a month, but finally accepted that deposition on March 2. Is IV now saying it does not have a single attorney available to take the deposition in Dallas on Monday? If IV was prepared to take the deposition remotely, what conflict prevents IV from taking the deposition in person? IV's failure to prepare and make arrangements for a deposition offered a month ago is not a good reason to cancel the deposition of a busy fact witness at the last minute.

As we've already explained, American will not make any of its fact witnesses available for remote deposition, and IV has no basis to demand that American do so. If you have authority to the contrary, please provide it. IV chose to file suit in Texas against American, knowing full well that American is headquartered in the DFW area.

**McKool Smith** | Casey L. Shomaker
Associate | Dallas, TX | Tel: (214) 978-4218

NOTICE OF CONFIDENTIALITY: The information contained in and transmitted with this e-mail is SUBJECT TO THE ATTORNEY-CLIENT and ATTORNEY WORK PRODUCT PRIVILEGE and is CONFIDENTIAL. It is intended only for the individual or entity designated above. You are hereby notified that any dissemination, distribution, copying, use or reliance upon the information contained in and transmitted with this e-mail by or to anyone other than the addressee designated above by the sender is unauthorized and strictly prohibited. If you have received this e-mail in error, please notify the sender by reply immediately. Any e-mail erroneously transmitted to you should be immediately destroyed.

**From:** Jonathan H. Hicks <Jhicks@kasowitz.com>
**Sent:** Friday, March 6, 2026 1:19 PM
**To:** Casey L. Shomaker <cshomaker@McKoolSmith.com>; Binta A. Watkins <bwatkins@kasowitz.com>; Kristine B. Abrenica <KAbrenica@kasowitz.com>; AA_Intellectual_Ventures <AA_Intellectual_Ventures@mckoolsmith.com>
**Cc:** Allen Gardner <Allen@allengardnerlaw.com>; Intellectual Ventures <IntellectualVentures@kasowitz.com>
**Subject:** RE: IV/American - Dkt. 109

Casey,

We are unable to take Ms. Vaidya's deposition in-person due to a prior conflict. Assuming American refuses to allow for a remote deposition of Ms. Vaidya, please provide an alternative date for Ms. Vaidya's deposition.

Further, IV intends to file a motion to allow for remote depositions of American witnesses and experts. Based on your e-mails, IV understands that American is opposed. Please let us know if our understanding is incorrect.

Best,
Jonathan

**From:** Casey L. Shomaker <cshomaker@McKoolSmith.com>
**Sent:** Thursday, March 5, 2026 10:23 AM
**To:** Jonathan H. Hicks <Jhicks@kasowitz.com>; Binta A. Watkins <bwatkins@kasowitz.com>; Kristine B. Abrenica <KAbrenica@kasowitz.com>; AA_Intellectual_Ventures <AA_Intellectual_Ventures@mckoolsmith.com>
**Cc:** Allen Gardner <Allen@allengardnerlaw.com>; Intellectual Ventures <IntellectualVentures@kasowitz.com>
**Subject:** RE: IV/American - Dkt. 109

Jonathan,

FRCP 30(b)(4).

Thanks,

**McKool Smith** | Casey L. Shomaker
Associate | Dallas, TX | Tel: (214) 978-4218

NOTICE OF CONFIDENTIALITY: The information contained in and transmitted with this e-mail is SUBJECT TO THE ATTORNEY-CLIENT and ATTORNEY WORK PRODUCT PRIVILEGE and is CONFIDENTIAL. It is intended only for the individual or entity designated above. You are hereby notified that any dissemination, distribution, copying, use or reliance upon the information contained in and transmitted with this e-mail by or to anyone other than the addressee designated above by the sender is unauthorized and strictly prohibited. If you have received this e-mail in error, please notify the sender by reply immediately. Any e-mail erroneously transmitted to you should be immediately destroyed.

**From:** Jonathan H. Hicks <Jhicks@kasowitz.com>
**Sent:** Thursday, March 5, 2026 12:19 PM
**To:** Casey L. Shomaker <cshomaker@McKoolSmith.com>; Binta A. Watkins <bwatkins@kasowitz.com>; Kristine B. Abrenica <KAbrenica@kasowitz.com>; AA_Intellectual_Ventures <AA_Intellectual_Ventures@mckoolsmith.com>
**Cc:** Allen Gardner <Allen@allengardnerlaw.com>; Intellectual Ventures <IntellectualVentures@kasowitz.com>
**Subject:** RE: IV/American - Dkt. 109

Casey,

I've added our local counsel to this thread.

Is American refusing to offer any of its witnesses remotely? Given that American has already offered multiple expert depositions solely on a remote basis, it's unclear what basis American has to refuse to produce a witness on a remote basis. Can you cite an authority supporting your position?

Best,
Jonathan

**From:** Casey L. Shomaker <cshomaker@McKoolSmith.com>
**Sent:** Thursday, March 5, 2026 10:13 AM
**To:** Jonathan H. Hicks <Jhicks@kasowitz.com>; Binta A. Watkins <bwatkins@kasowitz.com>; Kristine B. Abrenica <KAbrenica@kasowitz.com>; AA_Intellectual_Ventures <AA_Intellectual_Ventures@mckoolsmith.com>
**Cc:** Intellectual Ventures <IntellectualVentures@kasowitz.com>
**Subject:** RE: IV/American - Dkt. 109

Jonathan,

As I just told Ms. Abrenica, none of American's witnesses are being offered for remote deposition. We provided Ms. Vaidya's availability weeks ago—IV has had plenty of time to arrange for one of its 10+ attorneys to appear in person. Ms. Vaidya will be available in McKool Smith's Dallas office. She will not

2

appear remotely. We look forward to seeing you Monday. Please pass along the name of the court reporter and videographer.

**McKool Smith** | Casey L. Shomaker
Associate | Dallas, TX | Tel: (214) 978-4218

NOTICE OF CONFIDENTIALITY: The information contained in and transmitted with this e-mail is SUBJECT TO THE ATTORNEY-CLIENT and ATTORNEY WORK PRODUCT PRIVILEGE and is CONFIDENTIAL. It is intended only for the individual or entity designated above. You are hereby notified that any dissemination, distribution, copying, use or reliance upon the information contained in and transmitted with this e-mail by or to anyone other than the addressee designated above by the sender is unauthorized and strictly prohibited. If you have received this e-mail in error, please notify the sender by reply immediately. Any e-mail erroneously transmitted to you should be immediately destroyed.

**From:** Jonathan H. Hicks <Jhicks@kasowitz.com>
**Sent:** Thursday, March 5, 2026 12:06 PM
**To:** Casey L. Shomaker <cshomaker@McKoolSmith.com>; Binta A. Watkins <bwatkins@kasowitz.com>; Kristine B. Abrenica <KAbrenica@kasowitz.com>; AA_Intellectual_Ventures <AA_Intellectual_Ventures@mckoolsmith.com>
**Cc:** Intellectual Ventures <IntellectualVentures@kasowitz.com>
**Subject:** RE: IV/American - Dkt. 109

Counsel,

IV will be taking Ms. Vaidya's deposition remotely. We understand counsel for Defendant will be physically present with the witness.

We will pass along vendor information.

Best,
Jonathan

**From:** Jonathan H. Hicks
**Sent:** Monday, March 2, 2026 8:09 AM
**To:** 'Casey L. Shomaker' <cshomaker@McKoolSmith.com>; Binta A. Watkins <bwatkins@kasowitz.com>; Kristine B. Abrenica <KAbrenica@kasowitz.com>; AA_Intellectual_Ventures <AA_Intellectual_Ventures@mckoolsmith.com>
**Cc:** Intellectual Ventures <IntellectualVentures@kasowitz.com>
**Subject:** RE: IV/American - Dkt. 109

Counsel,

IV accepts March 9th for Ms. Vaidya's deposition.

Best,
Jonathan

**From:** Casey L. Shomaker <cshomaker@McKoolSmith.com>
**Sent:** Monday, February 9, 2026 1:34 PM
**To:** Binta A. Watkins <bwatkins@kasowitz.com>; Kristine B. Abrenica <KAbrenica@kasowitz.com>; AA_Intellectual_Ventures <AA_Intellectual_Ventures@mckoolsmith.com>
**Cc:** Intellectual Ventures <IntellectualVentures@kasowitz.com>; Jonathan H. Hicks <Jhicks@kasowitz.com>
**Subject:** RE: IV/American - Dkt. 109

Counsel,

Ms. Vaidya is available for deposition on March 9 in McKool Smith's Dallas office.

Thank you,

**McKool Smith** | Casey L. Shomaker
Associate | Dallas, TX | Tel: (214) 978-4218

NOTICE OF CONFIDENTIALITY: The information contained in and transmitted with this e-mail is SUBJECT TO THE ATTORNEY-CLIENT and ATTORNEY WORK PRODUCT PRIVILEGE and is CONFIDENTIAL. It is intended only for the individual or entity designated above. You are hereby notified that any dissemination, distribution, copying, use or reliance upon the information contained in and transmitted with this e-mail by or to anyone other than the addressee designated above by the sender is unauthorized and strictly prohibited. If you have received this e-mail in error, please notify the sender by reply immediately. Any e-mail erroneously transmitted to you should be immediately destroyed.