# EXHIBIT D

Case 4:24-cv-00980-ALM   Document 140-5   Filed 04/09/26   Page 2 of 5 PageID #: 8089

# Airlines Are Cancelling Flights Due to a Jet Fuel Shortage

**BI** **businessinsider.com**/airlines-cancel-flights-rising-jet-fuel-prices-shortage-iran-2026-4

Lauren Edmonds, Taylor Rains, Shubhangi Goel      April 7, 2026



United and other airlines are cutting flights over high jet fuel costs and shortages. Justin Sullivan/Getty Images

Save Saved

- Jet fuel costs and supplies across the globe are under pressure from the US and Israeli war on Iran.
- Some major airlines are canceling flights in response.
- One airline exec described fuel prices as his business's most serious challenge.

✦

First, the war made flights more expensive. Now, it's making them disappear.

The US and Israel's war on Iran has disrupted supply chains, trapping oil in storage facilities across the Middle East. That has caused the price of oil to rocket past $100 a barrel, and its availability to diminish.

Jet fuel prices, as a result, reached $195 at the end of March, up nearly $100 from the end of February when the war began. And as the war drags on, jet fuel is getting harder to come by for countries that don't produce it or have limited supplies.

Case 4:24-cv-00980-ALM    Document 140-5    Filed 04/09/26    Page 3 of 5 PageID #: 8090

The executive director of the International Energy Agency, Fatih Biro, said during a podcast interview that the loss of oil in April would be twice what was lost in March, resulting in a growing scarcity of jet fuel and diesel.

"We are seeing that in Asia, but soon, I think, in April or May, it would come to Europe," he said.

June Goh, a senior oil market analyst at Sparta Commodities, said in a post on X that jet fuel requires specialized storage, which means less is stored than for other products, like gasoline.

"Travel has gotten a lot more expensive in Asia, with many airlines adding fuel surcharges or downright canceling flights," she wrote. "Europe is facing imminent jet fuel supply shortages. Brace yourselves."

Argus Media, a data analytics company for the energy industry, said in a report this week that "the UK is the most exposed country in Europe to tightening diesel and jet fuel supply."

Here's a look at some of the airlines that have already started canceling flights due to rising prices and falling supplies.

## European airlines

Ryanair, Europe's largest airline, said it is considering reducing routes.

CEO Michael O'Leary said its jet fuel supply could be at risk if the war continues during an interview with Sky News.

"We don't expect any disruption until early May, but if the war continues, we do run the risk of supply disruptions in Europe in May and June," he said.

Lufthansa is also prepping for the worst, a spokesperson told Bloomberg. The company has teams developing crisis response plans and could ground up to 40 aircraft, the spokesperson said.

A spokesperson for Scandinavian Airlines said it would cut about 1,000 flights due to the surge in jet fuel costs, The Wall Street Journal reported.

"The sharp increase in fuel costs is affecting the entire European aviation system," a spokesperson told the outlet in March.

The spokesperson said most of the canceled flights were on short-haul routes in the Nordic region, and that they chose airports with multiple flights a day. The airline has also temporarily raised its prices.

## Asian airlines

Several airlines in Asia said they would cut flights to mitigate fuel shortages and mounting costs.

Vietnam Airlines suspended seven domestic flight routes beginning April 1, a local state-run newspaper reported, according to Reuters. The outlet reported that Vietnam Airlines planned to slash flight volume by 10% to 20% a month over the next financial quarter if jet fuel prices rise to $160 to $200 per barrel.

Other local airlines, including Vietjet Air and Bamboo Airways, will also cut flights.

AirAsia said it has cut 10% of its flights and raised fares to curb the impact of rising fuel costs. The Malaysian low-cost carrier, which flies to 25 countries, added that it would cut capacity on routes where it couldn't cover fuel costs.

At a media briefing on April 6, CEO Bo Lingam said the fuel surcharge has risen up to 20%, and overall ticket prices have risen 30% to 40%.

Lingam said its jet fuel had risen from $90 per barrel before the war to $200 per barrel, describing this as the airline's most serious challenge.

## United Airlines

United Airlines CEO Scott Kirby said in a March memo to staff that the company would cut flights over the next two quarters.

"In the short term, that means tactically pruning flying that's temporarily unprofitable in the face of high oil prices," Kirby said.

The airline planned to cancel some off-peak flights and red-eyes.

"If prices stayed at this level, it would mean an extra $11 billion in annual expense just for jet fuel," Kirby said in a message to employees posted on the company's website. "For perspective, in United's best year ever, we made less than $5B."

Case 4:24-cv-00980-ALM   Document 140-5   Filed 04/09/26   Page 5 of 5 PageID #: 8092

## Delta Air Lines

Delta hasn't officially announced any flight cuts due to fuel prices; the oil refinery it owns in Pennsylvania has given it a buffer during the crisis.

"It's not going to cover the crack entirely, but gives us a fairly significant hedge," Delta CEO Ed Bastian said at a March JP Morgan conference.

Delta is cutting its seasonal Los Angeles to Anchorage route this summer, telling Business Insider that it "adjusts its schedule to align with customer demand." Alaska Airlines will be the sole operator on that route.

## Air New Zealand

Air New Zealand said it would cut about 5% its flights, or about 1,100, at the start of May.

"We're focused on consolidating flights that are off-peak flying hours, for example, or where there is an alternative that we can re-accommodate customers," CEO Nikhil Ravishankar told 1News, a local outlet, in March.

## Recommended video