# EXHIBIT E

Case 4:24-cv-00980-ALM    Document 140-6    Filed 04/09/26    Page 2 of 5 PageID #: 8094

# 'Work from home,' encourages the world's energy watchdog

**theverge.com**/science/897874/iea-fuel-gas-shortage-recommendations-work-from-home

Jess Weatherbed                                                    March 20, 2026

The IEA is recommending measures to alleviate impending fuel shortages amid the war in Iran.

by   Jess Weatherbed

[66](#)
[Comments (All New)](#)



*Cath Virginia / The Verge, Getty Images*



Jess Weatherbed is a news writer focused on creative industries, computing, and internet culture. Jess started her career at TechRadar, covering news and hardware reviews.

Many organizations have called employees back to offices following covid-related lockdowns, but the Iran war and ensuing energy crisis may quickly see workers returning to work from home.

The [International Energy Agency](#) (IEA) — an energy watchdog established to help safeguard global power supplies following the 1970s oil crisis — is pushing for governments, businesses, and households to adopt recommendations that aim to

"Work from home," encourages the world's energy watchdog | The Verge

curb energy demands amid supply disruptions triggered by the conflict. The list of 10 suggested actions identified in the IEA's report includes encouraging people to work from home and/or drive slower to reduce fuel usage, and even switch from using gas hobs to electric cooking options.

Here are all of the "immediate actions" being recommended by the IEA:

> **1. Work from home where possible**: displaces oil use from commuting, particularly where jobs are suitable for remote work.
>
> **2. Reduce highway speed limits by at least 10 km/h**: lower speeds reduce fuel use for passenger cars, vans and trucks.
>
> **3. Encourage public transport**: a shift from private cars to buses and trains can quickly reduce oil demand.
>
> **4. Alternate private car access to roads in large cities on different days**: number-plate rotation schemes can reduce congestion and fuel-intensive driving.
>
> **5. Increase car sharing and adopt efficient driving practices**: higher car occupancy and eco-driving can lower fuel consumption quickly.
>
> **6. Efficient driving for road commercial vehicles and delivery of goods**: better driving practices, vehicle maintenance and load optimisation can cut diesel use.
>
> **7. Divert LPG use from transport**: shifting bi-fuel and converted vehicles from LPG to gasoline can preserve LPG for cooking and other essential needs.
>
> **8.**

[Subscribe to The Verge](#) to continue reading.

## Most Popular

Most Popular

1. [Vertical browser tabs are better and you should use them](#)
2. [Continuous glucose monitoring made me continuously crazy](#)
3. [Amazon is ending support for older Kindles and Kindle Fires](#)
4. [Sorry kid, drones are for war now](#)
5. [The vibes are off at OpenAI](#)

Case 4:24-cv-00980-ALM     Document 140-6     Filed 04/09/26     Page 4 of 5 PageID #:
8096

## More in **Science**



[Continuous glucose monitoring made me continuously crazy](#)



[Intel will help build Elon Musk's Terafab AI chip factory](#)



[First photos of solar eclipse from Artemis II crew look almost too good to be real](#)



[Gemini is making it faster for distressed users to reach mental health resources](#)

## More in **Science**

Case 4:24-cv-00980-ALM    Document 140-6    Filed 04/09/26    Page 5 of 5 PageID #: 8097



[Artemis II astronauts break a record, name a crater](#)



[NASA's Artemis II mission to fly around the far side of the Moon](#)

Advertiser Content From

[This is the title for the native ad](#)

## Top Stories

[Continuous glucose monitoring made me continuously crazy](#)

[The vibes are off at OpenAI](#)

[The Miniature Wife was an exercise in visual trickery](#)

[Xbox's new era needs games like Forza Horizon 6](#)

[Vertical browser tabs are better and you should use them](#)

[The only USB-C AA battery I'd buy for myself is the Zepath 3600](#)