# EXHIBIT C

Atty Docket No. 703538.4044

Serial No.   10/850,842

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | | |
|---|---|---|---|
| Appl. No. | : | 10/850,842 | Confirmation No. 9744 |
| Applicant | : | Pan et al. | |
| Filing Date | : | May 21, 2004 | |
| Title | : | SYSTEMS AND METHODS FOR PARALLEL DISTRIBUTED PROGRAMMING | |
| Group Art Unit | : | 2192 | |
| Examiner | : | Zheng Wei | |
| Docket No. | : | 703538.4044 | |

**AMENDMENT**

**Mail Stop Amendment**
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Sir:

This paper is filed in response to the Office Action mailed on July 22, 2008.

A listing of the claims begins on page 2.

The remarks begin on page 5.

OHS West:260580208.1

Atty Docket No. 703538.4044
Serial No.  10/850,842

Listing of the claims:

1.     (Previously presented)  A method of developing a parallel distributed application, comprising steps of:

establishing at least one distributed shared variable;

developing at least one distributed sequential computing program to access the at least one distributed shared variable; and

transforming the at least one distributed sequential computing program into at least one distributed parallel program by spawning at least one child distributed sequential computing program from the at least one distributed sequential program when at least one intermediate condition occurs within the at least one distributed sequential program.

2.     (Previously presented)  The method of claim 1, wherein each of the at least one distributed sequential computing program includes at least one self-migrating thread, capable of migrating among at least one processor and capable of accessing the at least one distributed shared variable.

3.     (Previously presented)  The method of claim 1, wherein the at least one distributed shared variable is configured to be located among a plurality of memories.

4.     (Original)  The method of claim 1, wherein the parallel distributed application is configured to operate across multiple processors.

5.     (Original)  The method of claim 1, wherein the parallel distributed application is configured to operate using multiple threads.

6.     (Original)  The method of claim 1, wherein the parallel distributed application is configured to operate across multiple nodes.

7. – 8.  (Cancelled)

Atty Docket No. 703538.4044
Serial No. 10/850,842

9.    (Previously presented)  The method of claim 1, further comprising the step of configuring the at least one distributed sequential program to include at least one mobile agent.

10.    (Previously presented)  The method of claim 9, wherein the at least one mobile agent is implemented using self-migrating threads.

11. – 14.  (Cancelled)

15.    (Previously presented)  A distributed parallel computing system, having at least one memory area and at least one processor, comprising:

at least one distributed shared variable capable of loading into the at least one memory area; and

at least one distributed sequential computing system, configured to operate in the at least one processor, configured to access the at least one distributed shared variable, and configured to transform into at least one distributed parallel computing system by spawning at least one child distributed sequential computing system when at least one intermediate condition occurs within the at least one distributed sequential system.

16.    (Previously presented)  The system of claim 15, wherein the at least one distributed sequential computing system comprises at least one mobile agent.

17.    (Previously presented)  The system of claim 16, wherein the at least one mobile agent is implemented using self-migrating threads.

18.    (Previously presented)  The system of claim 16, wherein the at least one mobile agent is an explicit-navigation mobile agent.

19.    (Previously presented)  The system of claim 16, wherein the at least one mobile agent is an implicit-navigation mobile agent.

Atty Docket No. 703538.4044
Serial No.  10/850,842

20.    (Previously presented)  The system of claim 16, wherein the at least one mobile agent is configured to move from one processor to another processor.

21.    (Previously presented)  The system of claim 16, wherein the at least one mobile agent operates within a distributed shared memory system.

22.    (Previously presented)  The system of claim 15, wherein the at least one processor is located across a physical network.

23. – 25.  (Cancelled)

Atty Docket No. 703538.4044
Serial No. 10/850,842

## REMARKS

Claims 1-6, 9-10, and 15-22 are pending in the application.  In the office action dated July 22, 2008, the Examiner rejected claims 1-6, 9-10, and 15-22 under 35 U.S.C. § 103(a) as being unpatentable over Pan et al ("Distributed Sequential Computing Using Mobile Code: Moving Computation to Data," hereinafter "Pan") in view of Suzuki et al. ("Self-Migrating Threads for Multi-Agent Applications" hereinafter "Suzuki"), and further in view of Fukuda et al. ("Message Versus Messengers in Distributed Programming," hereinafter "Fukuda").  Pending independent claims 1 and 15, and there respective dependent claims, however, are patentably distinguished over the cited references because claims 1 and 15 claim *parallel* distributed operations, which are not disclosed or suggested by Pan, Fukuda, nor Suzuki references either alone or in combination.

The Examiner concedes that Pan does not disclose the distributed application is a parallel distributed application.  The Examiner then asserts that Suzuki discloses the "same parallel distributed approach using self-migrating threads that autonomously navigate over networks and resume their native-mode executions at each destination" and cites page 1, right column, third paragraph of Pan in support of this contention.  The Examiner's assertion makes clear that Suzuki discloses a computing paradigm comprising a set of autonomous self-migrating threads that operates in a sequential sense and <u>not</u> in the parallel sense as claimed by Applicants.  Notably, in order for a thread to recommence, i.e., resume, it must have been terminated prior to migration. Suzuki simply does not disclose a system that can handle multiple threads concurrently.  Moreover, Suzuki explicitly discloses that the *hop()* function used in creating self-migrating threads carries out the following steps in the course of execution:  network

Atty Docket No. 703538.4044
Serial No.  10/850,842

navigation (via link/node), context switch, and *termination*. Suzuki, p.3 ("As shown above, . . . ").  One of ordinary skill in the art would readily recognize this to describes a sequential operation.

Nothing in Suzuki discloses a parallel system.  One of ordinary skill in the art would readily recognize that parallel processing enables many calculations to be carried out simultaneously, i.e., without terminating and resuming thread processes.   Due to the wholesale absence of an express limitation of independent claim 1, Suzuki is incapable of curing the deficiency of Pan and thus the combination of Pan, Suzuki and Fukuda can not establish a prima facie case of obviousness..

Thus, for at least the reasons given above, Applicants submit that independent claim 1 is in condition for allowance, and respectfully request that the rejection of claim 1 be withdrawn.  Independent claim 15 is also patentable for at least the same reasons given above for claim 1.

The remaining claims depend from either claim 1 or 15, and are therefore also patentable for at least the reasons given for claim 1.

## CONCLUSION

In view of the foregoing, Applicants respectfully submit that claims 1-6, 9-10, and 15-22 are in condition for allowance.  Prompt and favorable action on the merits of the claims is earnestly solicited.  Should the Examiner have any questions or comments, the Examiner is invited to call the undersigned at (949) 567-6700.

Atty Docket No. 703538.4044
Serial No.  10/850,842

The Commissioner is authorized to charge any fee that may be required in

connection with this Amendment to deposit account no. 15-0665.

Respectfully submitted,

ORRICK, HERRINGTON & SUTCLIFFE LLP

Dated:  January 21, 2009             By:_____

Kenneth S. Roberts
Reg. No. 38,358

4 Park Plaza, Suite 1600
Irvine, CA 92614-2558
Tel. 949-567-6700
Fax: 949-567-6710

OHS West:260580208.1                 - 7 -