**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC, | ) ) ) | |
| | ) | **C.A. No. 4:24-cv-00980-ALM** |
| *Plaintiffs*, | ) ) | |
| v. | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| AMERICAN AIRLINES, INC. | ) ) | |
| | ) | |
| *Defendant*. | ) | |

**DECLARATION OF JONATHAN K. WALDROP IN SUPPORT OF**
**PLAINTIFFS' SUPPLEMENTAL RESPONSIVE CLAIM CONSTRUCTION BRIEF**

I, Jonathan K. Waldrop, declare as follows:

1. I am a Partner with the law firm of Kasowitz LLP. I am one of the attorneys responsible for the representation of Plaintiffs Intellectual Ventures I LLC and Intellectual Ventures II LLC (collectively, "Plaintiffs" or "IV") in this matter and make this declaration in support of Plaintiffs' Supplemental Responsive Claim Construction Brief.

2. Attached hereto as Exhibit 14 is a true and correct copy of U.S. Patent Application Publication No. 2005/0235055 to Davidson, issued October 20, 2005.

3. Attached hereto as Exhibit 15 is a true and correct copy of the Declaration of Michael Ian Shamos, Ph.D., J.D., *American Airlines, Inc. and Southwest Airlines Co., v. The Regents of the University of California*, IPR 2025-01511 (P.T.A.B. Sept. 22, 2025).

4. Attached hereto as Exhibit 16 is a true and correct copy of the Patent Owners Preliminary Response, *Toyota Motor Corp. and Continential Automotive Systems, Inc. v. Intellectual Ventures II LLC*, IPR2022-01130 (P.T.A.B. Oct. 5, 2022).

2

I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information, and belief, formed after reasonable inquiry under the circumstances.

Executed on the 20th day of April, 2026, in San Francisco, California.

/s/ *Jonathan K. Waldrop*
Jonathan K. Waldrop

2