██████████████████

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| **INTELLECTUAL VENTURES I LLC AND INTELLECTUAL VENTURES II, LLC,**<br><br>    **Plaintiff,**<br><br>vs.<br><br>**AMERICAN AIRLINES, INC.,**<br><br>    **Defendant.** | **Civil Action No.  4:24-cv-00980**<br><br><br>**JURY TRIAL** |

**DECLARATION OF CASEY SHOMAKER IN SUPPORT OF DEFENDANT
AMERICAN AIRLINES, INC.'S RESPONSE IN OPPOSITION TO PLAINTIFFS'
MOTION FOR LEAVE TO CONDUCT REMOTE DEPOSITIONS PURSUANT TO
FEDERAL RULE OF CIVIL PROCEDURE 30(B)(4)**

I, Casey Shomaker, hereby state as follows:

1.      I am an attorney at McKool Smith, P.C., and counsel for American Airlines, Inc.

("American") in this action.

2.      I provide this declaration in support of Defendant American Airlines, Inc.'s Response in Opposition to the Plaintiffs' Motion for Leave to Conduct Remote Depositions Pursuant to Federal Rule of Civil Procedure 30(b)(6).

3.      **Exhibit 1** is a true and correct copy of *Intellectual Ventures I LLC and Intellectual Ventures II LLC v. Southwest Airlines Co*. Case No. 7:24-cv-00277, Western District of Texas, Austin Division, Plaintiffs' Complaint for Patent Infringement.

4.      **Exhibit 2** is a true and correct copy of *Intellectual Ventures I, LLC and Intellectual Ventures II, LLC v. The Home Depot, Inc., Home Depot U.S.A. Inc., and Home Depot Product Authority, LLC*., Case No. 1:25-cv-01147, Western District of Texas, Austin

1

Division, Plaintiffs' Complaint for Patent Infringement.

5.      **Exhibit 3** is a true and correct copy of *Intellectual Ventures I, LLC and Intellectual Ventures II, LLC v. Deere & Company,* Case No. 1:26-cv-00425, Western District of Texas, Austin Division Plaintiffs' Complaint for Patent Infringement.

6.      **Exhibit 4** is a true and correct copy of *Hartford Fire Insurance Company and The Hartford Insurance Group, Inc. v. Intellectual Ventures I, LLC, Intellectual Ventures II, LLC, Callahan Cellular L.L.C., Zarbana Digital Fund LLC, OL Security LLC, and Cufer Asset Ltd., L.L.C.,* Case No. 1:26-cv-00392, District of Delaware, Complaint for Declaratory Judgment.

7.      **Exhibit 5** is a true and correct copy of *The Hanover Insurance Group, Inc. and the Hanover Insurance Company v. Intellectual Ventures Management, LLC, Intellectual Ventures I, LLC, Intellectual Ventures II, LLC, Invention Investment Fund I, LP and Invention Investment Fund II, LLC,* Case No. 1:26-cv-11633, District of Massachusetts, Complaint.

8.      **Exhibit 6** is a true and correct copy of *The Travelers Indemnity Company v. Intellectual Ventures I LLC, Intellectual Ventures II, LLC, Callahan Cellular LLC, Zarbana Digital Fund, LLC, OL Security LLC, Cufer Asset, Ltd, LLC, Gula Consulting LLC, and Tamiras Per PTE., Ltd., LLC,* Case No.1:26-cv-00397, District of Delaware, Complaint for Declaratory Judgment of Non-Infringement.

9.      **Exhibit 7** is a true and correct copy of *Munich RE America Services, Inc., Munich American Reassurance Company, Munich Life Management Corporation Ltd., and Munchener Ruckversicherungs-Gessellschaft Aktiengesellschaft in Munchen v. Intellectual Ventures I LLC, Intellectual Ventures II LLC, Callahan Cellular LLC, and OL Security LLC*, Case No. 1:26-cv-00417, District of Delaware, Complaint for Declaratory Judgment of Non-Infringement.

10.      **Exhibit 8** is a true and correct copy of *Aldi, Inc. v. Intellectual Ventures I LLC, Intellectual Ventures II LLC, and OL Security LLC*, Case No. 1:26-cv-00461, District of Delaware, Complaint for Declaratory Judgment.

11.      **Exhibit 9** is a true and correct copy of email correspondence between counsel for the parties dated April 15, 2026 regarding the available deposition dates for witnesses (Sealed).

12.      **Exhibit 10** is a true and correct copy of email correspondence between counsel for the parties dated February 19, 2026 regarding the availability of witnesses and designated topics. (Sealed)

13.      **Exhibit 11** is a true and correct copy of email correspondence between counsel of the parties dated April 22, 2026 regarding availability of witnesses. (Sealed)

14.      **Exhibit 12** is a true and correct copy of *SVV Technology Innovations Inc. v. ASUSTeK Computer Inc.*, Case No. 6:22-cv-00311, Dkt. 56 (W.D. Tex. Jul. 28, 2023), Order on Discovery Dispute.

15.      **Exhibit 13** is a true and correct copy of *Staton Techiya, LLC v. Samsung Electronics Co., Ltd.*, Case No. 2:21-cv-00413, Dkt. 79 (E.D. Tex. Jun. 17, 2022), Order on Motion to Compel In-Person Depositions.

16.      **Exhibit 14** is a true and correct copy of *Optrascan, Inc. v. Morphle Labs Inc.*, C.A. 1:24-cv-00649, D.I. 74 (D. Del. Oct. 10, 2025), Opinion and Order on Discovery Disputes.

17.      **Exhibit 15** is a true and correct copy of Google Flights from San Franscisco to Dallas.

18.      **Exhibit 16** is a true and correct copy of printout from Marriott Dallas with hotel costs for two night stay.

19.     **Exhibit 17** is a true and correct copy of printout from Uber with costs for ride share from DFW Airport to McKool Smith offices.

20.     **Exhibit 18** is a true and correct copy of excerpts from the deposition of Daniel Shearer taken on March 12, 2026 in Scottsdale, Arizona. (Sealed)

21.     **Exhibit 19** is a true and correct copy of ███████████████ produced at bates numbers IV-AMERICAN-0009094-00009122. (Sealed)

22.     **Exhibit 20** is a true and correct copy of ███████████████ produced at bates numbers IV-AMERICAN-0010026-0010065. (Sealed)

23.     **Exhibit 21** is a true and correct copy of ███████████████ produced at bates numbers IV-AMERICAN-0009965-0010025. (Sealed)

24.     **Exhibit 22** is a true and correct copy of ███████████████ produced at bates numbers IV-AMERICAN-0081678-0081686 (Sealed).

25.     **Exhibit 23** is a true and correct copy of ███████████████ ███████████████████████████ ███████████████ produced at bates numbers IV-AMERICAN-0080279-0080321. (Sealed)

26.     **Exhibit 24** is a true and correct copy of news article "American to building new headquarters in Fort Worth", dated October 22, 2015.

27.     **Exhibit 25** is a true and correct copy of *Aon Re, Inc. v. Zesty.ai, Inc.*, C.A. 1-25-cv-00201, D.I. 97 (D. Del. March 3, 2026), Order on Motion to Compel.

28.     **Exhibit 26** is a true and correct copy of *Nippon Shinyaku., Ltd. v. Sarepta Therapeutics, Inc.*, C.A. 1-21-cv-01015, D.I. 359 (D. Del. Sep. 27, 2023), Memorandum Opinion and Special Master Order #5 on discovery disputes.

29.     **Exhibit 27** is a true and correct copy of *Gavrieli Brands LLC v. Soto Massini (USA) Corp.*, C.A. 1-18-cv-00462, D.I. 127 (D. Del. Apr. 18, 2019), Memorandum Order on Motion in Limine.

30.     **Exhibit 28** is a true and correct copy of *Apeldyn Corp. v. AU Optronics Corp.*, C.A. 1-08-cv-00568, D.I. 481 (D. Del. Jun. 08, 2011), Order on Motion for Sanctions.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 24th day of April, 2026 in Dallas, Texas.

*/s/Casey Shomaker*
Casey Shomaker