# EXHIBIT 9

## Entire Document Redacted and Filed Under Seal