# EXHIBIT 10

## Entire Document Redacted and Filed Under Seal