# EXHIBIT 11

**Entire Document
Redacted and Filed
Under Seal**