# EXHIBIT 13

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| STATON TECHIYA, LLC and SYNERGY IP CORPORATION, | § § § | |
| *Plaintiffs*, | § § § | |
| v. | § § § | Case No. 2:21-cv-00413-JRG-RSP |
| SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC., | § § § § | |
| *Defendants*. | § § | |

**ORDER**

Before the Court is the Motion to Compel In-Person Depositions (**Dkt. No. 77**) filed by Defendant Samsung.  The parties have agreed that Samsung may conduct 3-hour depositions of Counterclaim Defendants Ahn and Cho on the issue of personal jurisdiction, in connection with the Motion to Dismiss filed by Ahn and Cho.  The question presented is whether Samsung should be limited to remote depositions or may proceed, as it seeks to proceed, with in-person depositions in Korea.

Much of the opposition to this motion by Plaintiffs is based on the expense and inconvenience of travel by Plaintiffs' counsel to Korea to attend the depositions. Dkt. No. 78.  The Court finds that the allegations against Ahn and Cho are sufficiently serious and important to merit that expense and inconvenience.  Even though the issue is limited to personal jurisdiction, the drawbacks attendant to remote depositions of fact witnesses support the need expressed by Defendants.  Accordingly, the motion is **GRANTED** and Defendants shall be permitted to conduct the depositions in person.

1

**SIGNED this 17th day of June, 2022.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE