# EXHIBIT 15







View more flights

Language · English (United States)     Location · United States     Currency · USD

About     Privacy     Terms     Join user studies     Feedback     Help Center

Displayed currencies may differ from the currencies used to purchase flights. Learn more