# EXHIBIT 16

  

# Dallas Marriott Downtown

⊙  ☎  ★ 4.1 (1472)

| STAY DATES | TOTAL STAY |
| --- | --- |
| Thu, May 07, 2026 - | 402.50 USD |
| Sat, May 09, 2026 | |

🕐 Room(s) held for 14:53



## $250 Statement Credit + up to 100,000 Points

Plus, earn up to $100 in airline credits.

| | |
| --- | --- |
| Total Stay: | 402.50 USD |
| Statement Credit: | -250.00 USD |
| **Total After Statement Credit:** | 152.50 USD |

Apply Now

Feedback

# Complete Your Booking



## Guest room, 1 King

Room Details

Thu, May 07, 2026 - Sat, May 09, 2026

1 Room, 1 Adult

Prepay Non-refundable

← Edit Stay Details

Summary of Charges                                   **402.50** USD

**Need an accessible room? Scroll down to see options.**

Sign in for Faster Booking

# Guest Information     All fields are required unless otherwise stated.

First Name

Last Name

Email Address

Member Number

Optional

Note: To be credited for this stay, the name on your Marriott Bonvoy account must match the guest name.

Mobile Phone

(+1) USA        ⌄

By providing your phone number, you agree that we may contact you via SMS regarding your stay and other important updates.    See Terms

Country/Region

USA        ⌄

Address Line 1

Address Line 2

Optional

City

State/Province

Select State        ⌄

Feedback

Zip Code

**Free Wi-Fi + mobile check-in + our lowest member rates all the time**



☑ Join Marriott Bonvoy now for free.

☑ I would like to receive personalized communications, including offers, details about promotions, and travel-related products from the Marriott Group via email.

By signing up, I agree to Marriott's <u>Terms of Use</u>**,** <u>Privacy Statement</u>**,** <u>Data Protection Clause</u> and acknowledge the <u>California Notice of Financial Incentive/Colorado Bona Fide Loyalty Program</u>

## Payment Information

A valid form of payment must be presented at check-in.

🔘 Pay Using Credit/Debit Card

Credit / Debit Card Number

Expiration Month
Month ⌄

Expiration Year
year ⌄

CVV Number

Last 3 digits on the back of your card

Billing Zip Code

To ensure that you receive this special rate, we will charge your credit card a prepayment of 400.71 USD on April 23, 2026. If the date presented is a past date, the deposit will be due and processed upon confirmation.

Feedback

✈  **Are you a travel agent?**                              ⌄

🚪  **Room Requests and Accessibility**                     ⌄

## Hotel Messages

- A daily Texas State Cost Recovery Fee of 0.525 percent will be added to the room rate.
- Upon early departure, an Early Departure Charge of one night's room & applicable tax applies.

## Cancellation policy

- You may cancel your reservation for no charge before 11:59 PM local hotel time on April 23, 2026. After this time, please note that your prepayment for this special rate is non-refundable.

☐  I've read the rate details and accept the cancellation policy

**Book now**

Feedback

Tracking Preferences
Privacy Center
✓✗ Your Privacy Choices
Terms of Use
Program Terms & Conditions
Digital Accessibility
Sustainability in the Supply Chain
Careers
Site Map
Help & Contact Us

© 1996 - 2025 Marriott International, Inc. All rights reserved. Marriott Proprietary Information

🌐 English

prod32,04EEE6DD-88A2-53CE-A145-189DFAD27485,NA

Feedback