# EXHIBIT 17

Uber                                                        Log in    Sign up    ≡

**Ride** ⌄    DFW Airport Dropoff
              Taxi

United States › Texas › Dallas › DFW › DFW pickup

# Request a pickup from DFW Airport

Tell us your trip details, then let us know when you need a ride. With Uber Reserve, you can request a ride up to 90 days ahead of time. If your arrival time changes, we can let your driver know.

⇅

| Where from? |
| Dallas Fort Worth International Airp... | ⊗ |

| Where to? |
| McKool Smith | ⊗ |

Date
📅 Today

Time
🕐 Now ⌄

**See prices**



## Get picked up at DFW Airport

*Dallas Fort Worth International Airport (DFW)*
*2400 Aviation Dr, Dallas, TX 75261, United States*

Uber helps make it easy to get from DFW Airport to your final destination—including a transfer to your next leg, if that's what you need. Avoid waiting and request a ride right away, or reserve one for later in a few simple steps. Whether you're new to the Dallas-Fort Worth area or a local, Uber has you covered.

**Go to pickup directions**



### Business travel

Travel to and from your next meeting in comfort, including service to places like Lakeside Business District, Passport Business Park, American Airlines Headquarters, and Flower Mound Business District.



## Personal travel

Get where you need to be, whether it's a wedding, sports event, concert, or dinner, or you're visiting a local favorite like Grapevine Vintage Railroad, Frontiers of Flight Museum, Dallas World Aquarium, and Six Flags Over Texas.



## Long-distance trips

Consider Uber Hourly or Uber Rent if you want more flexibility or to make multiple stops on longer-distance trips to places like Austin, San Antonio, Houston, and  Tyler.

## How busy will DFW Airport be?

Based on historic trends, we estimate that the airport is very busy today. If you haven't reserved a ride yet, you can check how long it may take to be matched with a driver by starting a ride request after you've landed.



## How much will my trip from DFW Airport cost?

The pricing below is an estimate based on trips from DFW Airport to Dallas. Get a real-time estimate of how much your trip may cost by adding your pickup and dropoff locations here. If you want to lock in your price, you can schedule a trip ahead using Reserve.*

## Your ride options from DFW Airport

Riders rated their drivers for trips from DFW Airport to Dallas an average of 5.0 stars (based on 23,797 ratings).



UberX  👤 4  ★ 4.9                                    $26*

Affordable rides for up to 4 passengers              Average price



### Comfort 👤 4 ★ 4.9
Newer cars with extra legroom

**$40***
Average price



### UberXL 👤 6 ★ 4.9
Affordable rides for groups up to 6

**$42***
Average price



### Black 👤 4 ★ 5.0
Luxury rides with professional drivers

**$54***
Average price



### Priority 👤 4 ★ 4.9
Shorter wait time

**$32***
Average price



### Share 👤 1 ★ 4.9
One seat only

**$22***
Average price



**Women Drivers**  👤 4  ★ 5.0

Rides by women, for women

$27*

Average price



→

**Black SUV**  👤 6  ★ 5.0

Luxury rides for 6 with professional drivers

$74*

Average price



→

**VIP**  👤 4  ★ 4.8

Affordable rides with top-rated drivers

$26*

Average price



→

**UberXXL**  👤 6  ★ 5.0

Rides for 6 with room for extra luggage

$50*

Average price

*Prices reflect the average prices for the ride option shown from DFW to Irving TX for the past 1 month. They do not represent fixed or guaranteed prices.

## Simplify your airport pickup with Uber Reserve

**Flight tracking**

Use your flight details to reserve your ride. Our flight-tracking technology will help ensure that you're notified in the event of flight cancellations

or significant delays.*

▶ More benefits

Reserve a ride

## Directions to Uber pickup

After you've landed at the airport, request a ride and you'll receive step-by-step directions in the app for meeting your driver. If you've already reserved a pickup, open the app to find your driver. You can also refer to the map(s) below for a general idea of where your terminal's pickup area is.

Open the app    Request a ride

## How to find your Uber ride at DFW Airport

For the greatest level of accuracy, we recommend following the step-by-step directions in the app after requesting a ride.

**At the airport**

After you've landed, choose **Directions to pickup** from the Uber app's homescreen. This will give general ground transportation instructions for your current terminal. But because this may not match where you'll need to meet your driver, we recommend checking directions again after requesting a ride.

1/3

The map(s) below are for illustrative purposes only and display UberX pickup zones. The exact location of the pickup zone will depend on several factors, including your arrival gate/terminal, arrival time, airport regulations, construction, and where you are when you request a ride. For the greatest accuracy and to locate pickup zones for other ride options, please refer to the directions in the app when requesting a ride.

## Terminal A map



## Terminal B map



## Terminal C map



## Terminal D map





## Terminal E map



## Will all my luggage fit?

To help ensure a smooth pickup experience, be sure to choose the best ride option for your needs. You can select your number of passengers below for recommendations about what type of product to request.

| 2 passengers | 3 passengers | 4 passengers | 5+ passengers |
| --- | --- | --- | --- |

### 1 piece of luggage
- Comfort
- Comfort Electric
- UberX Priority
- UberXXL
- VIP

1/3    ‹    ›

***Note: Cargo space is not guaranteed and varies by vehicle body type. The guidelines here refer to the maximum size for checked luggage, which is 62 linear inches or 158 linear centimeters (length + width + depth). You'll need less space if you have only carry-on baggage. We recommend contacting your driver after requesting to find out whether you and your luggage will fit, and getting more than one vehicle if needed.

## Other common luggage questions

Will my drivers help me with my luggage?    ⌄

What if all my luggage doesn't fit?    ⌄

How do I request multiple cars?    ⌄

## Traveling for business?

Uber Business Black is a premium car service available to customers of Uber for Business, which offers dedicated support for travelers and executive assistants, plus delegate booking to simplify expense reports.

Not sure if your company has an Uber for Business account?

Find my org    Learn how it works





## Not sure where to go first?

### Try these popular trips

DFW to Irving TX

DFW to Grapevine TX

DFW to Fort Worth TX

DFW to Plano TX

DFW to Gaylord Texan Resort & Convention Center

DFW to Frisco TX

DFW to Arlington TX

DFW to DAL

DFW to Addison TX

DFW to Sundance Square, Fort Worth TX

## Top questions about DFW Airport pickup

Where do I meet my driver for pickup? ⌄

If my flight is late, will my Uber Reserve driver wait for me? ⌄

How much will my Uber trip from DFW cost? ⌄

How many pieces of luggage will fit in the vehicle I request through Uber? ⌄

How do I cancel my Uber reservation from DFW? ⌄

Are car seats available for rides from DFW Airport? ⌄

Are pets or service animals allowed in rides with Uber to DFW Airport? ⌄

Can I request multiple stops during my ride to DFW Airport? ⌄

Will Uber be available for my early-morning or late-night flight? ⌄

What if I forget something in my driver's car? ⌄

How many people will fit in the vehicle I request? ⌄

*Your upfront price may change due to factors such as adding stops, updating your destination, significant changes to the route or duration of the trip, or passing through a toll that was not factored into the upfront price.

**Uber doesn't guarantee that a driver will accept your ride request. Your ride is confirmed once you receive your driver details.



Uber

Visit Help Center

Do not sell or share my personal information

Google Data Policy

**Company**

About us

Our offerings

Newsroom

Investors

Blog

Careers

**Products**

Ride

Drive

Deliver

Eat

Uber for Business

Uber Freight

## Global citizenship

Safety

Sustainability

## Travel

Reserve

Airports

Cities

© 2026 Uber Technologies Inc.

Privacy

Accessibility

Terms