# EXHIBIT 18

**Entire Document
Redacted and Filed
Under Seal**