# EXHIBIT 19

## Entire Document Redacted and Filed Under Seal