# EXHIBIT 20

**Entire Document
Redacted and Filed
Under Seal**