# EXHIBIT 21

## Entire Document Redacted and Filed Under Seal