# EXHIBIT 22

**Entire Document
Redacted and Filed
Under Seal**