# EXHIBIT 23

**Entire Document
Redacted and Filed
Under Seal**