# EXHIBIT 24

NEWS

# American to build new headquarters in Fort Worth

American Airlines has announced plans to house their new headquarters on a 41-acre site adjacent to American's Flight Academy and Training and Conference Center.



**BREAKING NEWS**    LIVE TRIAL COVERAGE: The Death of Athena Strand | Tanner Horner's Capital Murder Sentencing - Day 12    ✕

Author: **WFAA Staff**
Published: **8:42 PM CDT October 22, 2015**
Updated: **8:42 PM CDT October 22, 2015**



FORT WORTH — A perfect landing after a bumpy flight always brings a smile of relief. After bankruptcy and a merger with US Airways, American Airlines' announcement Thursday to build a new headquarters in Fort Worth was that perfect landing.

After months of looking for new office space, American Air announced it will build its new HQ to the west side of Highway 360 on a 41-acre site adjacent to American's Flight Academy and Training and Conference Center.

"It's just about as good as it gets," said Tarrant County Judge Glen Whitley.He says it took work to make sure American not only stayed in Fort Worth, but decided to expand by

creating a large new corporate campus.

Whitley says no one took the move for granted as they worked with US Air's management team, now heading up American Airlines.

"We needed to sit down and show them every courtesy we would to a new group coming into town," Judge Whitley said.

The world's largest airline will break ground on the new facility in the spring and said it hopes to move in by the summer of 2018.

"This new headquarters location will provide the underpinnings for One Campus/One Team and will serve not only the 5,000 or so employees who work in the new buildings, but will also provide a meeting place for all 100,000 American Airlines team members," said Elise Eberwein, American's Executive Vice President of People and Communications, in a letter to employees on Thursday.

Doug Parker, American's CEO, has always said the airline's existing headquarters on Amon Carter Boulevard south of DFW Airport is both outdated and inefficient. The new facility will be two miles away from the old one.

Eberwein's internal letter to employees on Thursday morning revealed the company's plan to construct four buildings for 5,000 employees that will provide space for management offices and corporate and staff functions.

Construction will start with the demolition of the old Sabre Holdings headquarters building at the northwest corner of Trinity Boulevard and Highway 360.

"Our current headquarters is remote from the very people we are here to support," read the letter to employees. "And while we can't build a headquarters at every hub, or even at DFW Airport, we have a plan for American's future that will help bridge the gap between our frontline team members and the employees who support them."

The Fort Worth-based company said a remodel of the current headquarters would be too costly, which spurred the decision to build nearby.

"The buildings are almost 30 years old, facing the end of the life of a number of key building systems, and very expensive to maintain," the letter read. "Our decision was made easy by the availability of the property adjacent to the existing west campus and the opportunity to combine our headquarters team members with our team members who serve our customers."

Fort Worth Mayor Betsy Price called the announcement a win for Fort Worth and North Texas.

There will be tax incentives for the project. Fort Worth had to beat out efforts by other cities.

**IN OTHER NEWS**

**Examining camp safety**

**Round Glasses - Black**
Experience modern elegance with these stylish glasses featuring a medium round frame meticulously crafted from mixed materials. The full-rim design enhances their sleek aesthetic making them perfect fo…
Zenni | Sponsored                    Shop now

**Don't Miss Out: Save Now**

The Countdown Is On. Don't Miss Temu's Top Savings

TEMU | Sponsored

Shop now>>

**Free shipping & 90-day returns Delivery & 30-day price**

Unbelievable discounts on everything! Don't miss it!

TEMU | Sponsored

Shop now>>



**Brought to you by**

temu.com | Sponsored

**Who Charges The Least For Car Insurance In Texas? (Check Zip Codes)**

Many Texas Drivers Had No Idea They Could Do This

Auto Insurance | Sponsored

Learn more

**Epic Discounts Await**

It's Now or Never: Snag Stellar Discounts on All Products

TEMU | Sponsored

Shop now>>

**Shop Wise, Save More**

Exclusive now: Quality items at unbeatable prices.

TEMU | Sponsored

Shop now>>

**New details emerge after a swimmer was killed during an Ironman race in Houston**

**MAJOR UPDATE on Nnamdi Madubuike's future reported, John Harbaugh makes WILD Baltimore Ravens claim**

WFAA