# EXHIBIT 25

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **AON RE, INC.** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO.  25-201** |
| | : | |
| **ZESTY.AI, INC.** | : | |

# **ORDER**

**AND NOW**, this 3rd day of March 2026, upon considering defendant's motion to compel (DI 89), plaintiff's response (DI 94), and for the reasons stated on the record during our case management videoconference held today, it is **ORDERED**:

1.      Defendant's motion to compel (DI 89) is **GRANTED**.

2.      Aon shall produce documents from Mr. Takeshi Okazaki and make Mr. Okazaki available for deposition in Wilmington, Delaware, or at another location (or by any other means) agreed to by the parties, no later than **April 30, 2026**.  This date is non-extendible except by agreement or emergency.

3.      We recognize that the testimony of an inventor could be relevant for claim construction and that the deposition may come too late for the claim construction hearing. Therefore, at any time the defendant deems it appropriate, defendant may raise new or different claim construction arguments revealed by Mr. Okazaki's testimony.

MURPHY, J.