**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| **INTELLECTUAL VENTURES I LLC AND INTELLECTUAL VENTURES II, LLC,** | **Civil Action No.  4:24-cv-00980** |
| **Plaintiff,** | |
| **vs.** | **JURY TRIAL** |
| **AMERICAN AIRLINES, INC.,** | |
| **Defendant.** | |

**ORDER ON MOTION FOR LEAVE TO CONDUCT REMOTE DEPOSITIONS
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 30(B)(4)**

BEFORE THE COURT is the Plaintiffs, Intellectual Ventures I LLC and Intellectual Ventures II LLC's Motion for Leave to Conduct Remote Depositions Pursuant to Federal Rule of Civil Procedure 30(b)(4) (Dkt. 140). The Court has considered the Motion and finds that it should be DENIED.

IT IS THEREFORE ORDERED, ADJUDGED and DECREED that the depositions in this matter unless agreed to by all parties will be taken in person.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that if the parties cannot agree on a location for any of the depositions then the depositions will take place in Sherman, Texas.