# United States District Court

**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC, | §<br>§<br>§<br>§ | |
| *Plaintiffs*,<br>v. | §<br>§<br>§ | Civil Action No. 4:24-cv-980<br>Judge Mazzant |
| AMERICAN AIRLINES, INC., | §<br>§ | |
| *Defendant*. | § | |

## ORDER

Pending before the Court is Plaintiffs Intellectual Ventures I LLC and Intellectual Ventures II LLC's Motion for Leave to Conduct Remote Depositions Pursuant to Federal Rule of Civil Procedure 30(b)(4) (the "Motion") (Dkt. #140).[1] Having considered the Motion, the relevant pleadings, and the applicable law, the Court finds that the Motion should be **DENIED**.

It is therefore **ORDERED** that Plaintiffs Intellectual Ventures I LLC and Intellectual Ventures II LLC's Motion for Leave to Conduct Remote Depositions Pursuant to Federal Rule of Civil Procedure 30(b)(4) (Dkt. #140) is hereby **DENIED**. Accordingly, the depositions in this matter shall be taken in person unless otherwise agreed to by the parties.

It is further **ORDERED** that if the parties cannot agree on a location for any of the depositions in this matter then the depositions will take place in the Sherman Division of the Eastern District of Texas.

---

[1] On April 24, 2026, Defendant American Airlines, Inc. filed its Response in Opposition to Plaintiff's Motion (Dkt. #143). On May 1, 2026, Plaintiff filed its Reply in Support of its Motion (Dkt. #145). On May 8, 2026, Defendant filed its Sur-Reply in Opposition to Plaintiff's Motion (Dkt. #148). The Court has fully considered all the parties' submissions on the instant Motion prior to issuing this order.

**IT IS SO ORDERED.**

**SIGNED this 11th day of May, 2026.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE