**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC,<br><br>    *Plaintiffs,*<br><br>    v.<br><br>AMERICAN AIRLINES INC.,<br><br>    *Defendant.* | **C.A. No. 4:24-cv-00980-ALM**<br><br><br>**JURY TRIAL DEMANDED** |

## <u>ORDER GRANTING AMENDED SCHEDULING ORDER</u>

Before the Court is Plaintiffs Intellectual Ventures I LLC and Intellectual Ventures II LLC and Defendant American Airlines, Inc.'s Joint Motion to Amend Scheduling Order (Dkt. #137).

Upon consideration of said Motion, the Court finds that good cause exists that the Motion to be and is hereby GRANTED.

The Court hereby amends the Scheduling Order as follows:

| Item | Current Deadline | Amended Deadline |
|---|---|---|
| P.R. 3-1 Disclosure of Asserted Claims and Supplemental Infringement Contentions (and P.R. 3-2 document production) to be served. | November 20, 2025 | N/A |
| Deadline to add parties. | December 15, 2025 | N/A |
| P.R. 3-3 Supplemental Invalidity Contentions (and P.R. 3-4 document production) to be served. To extent not already required to be disclosed, exchange Mandatory Disclosures on all issues, including damages. | December 15, 2025 | N/A |
| Submit technology synopsis (both hard copy and disk). | December 16, 2025 | N/A |
| Parties to exchange proposed supplemental terms for construction and identify any claim | December 22, 2025 | N/A |

| Item | Current Deadline | Amended Deadline |
|---|---|---|
| element governed by 35 U.S.C. § 112, ¶ 6 (P.R. 4-1). | | |
| Privilege Logs to be exchanged by parties (or a letter to the Court stating that there are no disputes as to claims of privileged documents). | December 29, 2025 | N/A |
| Parties to file joint claim construction and chart (P.R. 4-5(d)). Parties shall work together to agree on as many claim terms as possible. | January 2, 2026 | N/A |
| Parties to exchange supplemental preliminary proposed claim construction and extrinsic evidence supporting same (P.R. 4-2). | January 13, 2026 | N/A |
| **Claim construction hearing at 9:00 am** at the Paul Brown United States Courthouse, 101 E. Pecan Street, Sherman, Texas. | **January 22, 2026** | **N/A** |
| Parties' final amended pleadings. (A motion for leave to amend is required.) | February 9, 2026 | N/A |
| Supplemental Joint Claim Construction and Prehearing Statement to be filed (P.R. 4-3). Provide an estimate of how many pages are needed to brief the disputed claims. | February 12, 2026 | N/A |
| Deadline for Initial Mandatory Disclosure of all persons, documents, data compilations, and tangible things, which are relevant to a claim or defense of any party and which has not previously been disclosed. This deadline is not an extension of earlier deadlines set out in this court's order or that Patent Rules, nor an excuse to delay disclosure of information. It is a catchall deadline for provision of all remaining information that may be relevant to a claim or defense of any party at trial. | February 18, 2026 | N/A |
| Response to amended pleadings. | March 2, 2026 | N/A |
| Completion date for discovery on claim construction (P.R. 4-4). | March 13, 2026 | N/A |

| Item | Current Deadline | Amended Deadline |
|---|---|---|
| Opening supplemental claim construction brief (P.R.4-5(a)). | March 30, 2026 | N/A |
| Responsive claim construction brief (P.R. 4-5(b)). | April 13, 2026 | N/A |
| Comply with P.R. 3-7 on designation of willfulness opinions. | April 15, 2026 | N/A |
| Reply claim construction brief (P.R. 4-5(c)). | April 20, 2026 | April 20, 2026 |
| Parties to file joint claim construction and chart (P.R. 4-5(d)). Parties shall work together to agree on as many claim terms as possible. | | May 4, 2026 |
| Submit technology synopsis (both hard copy and disk). | | May 20, 2026 |
| **Second Claim Construction Hearing** | | **Wednesday, July 8, 2026, 9:00 a.m., via Zoom** |
| Mediation deadline. | 30 days after entry of the claim construction order | 30 days after entry of the second claim construction order |
| Discovery deadline. All discovery must be served in time to be completed by this date. | April 15, 2026 | July 15, 2026 |
| Parties with burden of proof to designate Expert Witnesses other than claims construction experts and provide their expert witness reports, to include for ALL experts all information set out in Rule 26(2)(B). | March 18, 2026 | September 2, 2026 |
| Parties designate expert witnesses on issues for which the parties do not bear the burden of proof, and provide their expert witness report, to include for ALL experts all information set out in Rule 26(2)(B).<br><br>Objections to any expert, including *Daubert* motions, shall be filed within 3 weeks of the Expert Report disclosure. Such objections and motions are limited to ten pages. | April 1, 2026 | October 21, 2026 |
| Expert Discovery | | November 18, 2026 |

| Item | Current Deadline | Amended Deadline |
|---|---|---|
| Deadline to file dispositive motions and any other motions that may require a hearing. Regardless of how many dispositive motions a party files, each party is limited to a total of sixty pages for such motions. Each individual motion shall comply with Local Rules CV-7.<br><br>Responses to motions shall be due in accordance with Local Rule CV-7(e). | April 15, 2026 | December 16, 2026 |
| Oppositions to dispositive motions | | January 6, 2027 |
| Replies in support of dispositive motions | | January 13, 2027 |
| Notice of intent to offer certified records. | December 15, 2026 | January 15, 2027 |
| Counsel and unrepresented parties are each responsible for contacting opposing counsel and unrepresented parties to determine how they will prepare the Joint Final Pretrial Order (*See* www.txed.uscourts.gov) and Proposed Jury Instructions and Verdict Form (or Proposed Findings of Fact and Conclusions of Law in nonjury cases)). | December 15, 2026 | January 15, 2027 |
| Motions in limine due.<br><br>File Joint Final Pretrial Order (*See* www.txed.uscourts.gov). Exchange Exhibits and deliver copies to the court. At this date, all that is required to be submitted to the court is a hyperlinked exhibit list on disk (2 copies) and no hard copies.<br><br>If Parties will be requesting daily copy of the transcript during trial, they must notify the Court's court reporter, Chris Bickham, Chris_Bickham@txed.uscourts.gov by this date. | December 18, 2026 | January 22, 2027 |
| Deposition Designations due. Each party who proposes to offer a deposition shall serve on all other parties a disclosure identifying the line and page numbers to be offered. All other parties will have seven calendar days to serve a response with any objections and requesting cross examination line and page numbers to be included. | December 22, 2026 | January 29, 2027 |

| Item | Current Deadline | Amended Deadline |
|---|---|---|
| Counsel must consult on any objections and only those that cannot be resolved shall be presented to the court.<br><br>The party who served the initial Video Deposition Designation is responsible for preparation of the final edited video in accordance with all parties' designations and the court's rulings on objections. | | |
| Responses to motions in limine due.<br><br>File objections to witnesses, depositions extracts, and exhibits, listed in pre-trial order. This does not extend the deadline to object to expert witnesses. If numerous objections are filed, the court may set a hearing prior to docket call.<br><br>File Proposed Jury Instructions and Form of Verdict (or Proposed Findings of Fact and Conclusions of Law). | January 5, 2027 | February 12, 2027 |
| **Final Pretrial Conference at 9:00 a.m.** at the Paul Brown United States Courthouse located at 101 East Pecan Street in Sherman, Texas. | **January 19, 2027** | **February 26, 2027** |
| **Jury selection and trial** at 10:00 a.m. at the Paul Brown United States Courthouse located at 101 East Pecan Street in Sherman, Texas. | **TBD** | **March 1, 2027** |

**IT IS SO ORDERED.**

**SIGNED this 12th day of May, 2026.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE