**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| **INTELLECTUAL VENTURES I LLC AND INTELLECTUAL VENTURES II, LLC,**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**AMERICAN AIRLINES, INC.,**<br><br>**Defendant.** | **Civil Action No. 4:24-cv-00980-ALM**<br><br><br>**JURY TRIAL** |

**DEFENDANT AMERICAN AIRLINES, INC.'S NOTICE OF SERVICE OF
TECHNOLOGY SYNOPSIS**

Notice is hereby given that on May 20, 2026, Defendant American Airlines, Inc. served upon the Court, Scott Woloson, technical advisor and Plaintiffs, Intellectual Ventures I LLC and Intellectual Ventures II, LLC its Supplemental Technology Synopsis in accordance with this Court's Amended Scheduling Order (Dkt. 150).

1

Dated: May 20, 2026

**MCKOOL SMITH, P.C.**

*/s/ John B. Campbell*
John B. Campbell
Texas State Bar No. 24036314
jcampbell@McKoolSmith.com
Kenneth M. Scott
Texas State Bar No. 24137497
kscott@McKoolSmith.com
**MCKOOL SMITH, P.C.**
303 Colorado Street Suite 2100
Austin, TX 78701
Telephone: (512) 692-8700
Telecopier: (512) 692-8744

Emily Tannenbaum
New York State Bar No. 5928130
**MCKOOL SMITH, P.C.**
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (212) 402-9400
Telecopier: (212) 402-9444

Casey L. Shomaker
Texas State Bar No. 24110359
cshomaker@McKoolSmith.com
**McKool Smith, P.C.**
300 Crescent Court, Suite 1500
Dallas, TX 75201
Telephone: (214) 978-4000
Facsimile: (214) 978-4044

Alan P. Block
California State Bar No. 143783
ablock@mckoolsmith.com
**McKool Smith, P.C.**
300 South Grand Avenue, Suite 2900
Los Angeles, CA 90071
Telephone: (213) 694-1054
Telecopier: (213) 694-1234

ATTORNEYS FOR AMERICAN
AMERICAN AIRLINES, INC.

2

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's ECF system on May 20, 2026.

/s/ *John B. Campbell*
John B. Campbell