**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC, | ) ) ) | |
| *Plaintiffs*, | ) ) | **C.A. No. 4:24-cv-00980-ALM** |
| v. | ) ) ) | **JURY TRIAL DEMANDED** |
| AMERICAN AIRLINES, INC. | ) ) | |
| *Defendant*. | ) | |

**PLAINTIFFS INTELLECTUAL VENTURES I LLC AND
INTELLECTUAL VENTURES II LLC'S NOTICE OF SERVICE OF
SUPPLEMENTAL TECHNOLOGY TUTORIAL**

Notice is hereby given that on May 20, 2026, Plaintiffs Intellectual Ventures I LLC and Intellectual Ventures II LLC served upon the Court, Scott Woloson, technical advisor and Defendant American Airlines, Inc. its Supplemental Technology Tutorial in accordance with this Court's Amended Scheduling Order (Dkt. 150), attached hereto as Exhibit A.

Date: May 20, 2026

RESPECTFULLY SUBMITTED,

By: */s/ Jonathan K. Waldrop*
    (Admitted in this District)
    jwaldrop@kasowitz.com
    Marcus A. Barber (CA Bar No. 307361)
    (Admitted in this District)
    mbarber@kasowitz.com
    John W. Downing (CA Bar No. 252850)
    (Admitted in this District)
    jdowning@kasowitz.com
    Heather S. Kim (CA Bar No. 277686)
    (Admitted in this District)
    hkim@kasowitz.com
    ThucMinh Nguyen (CA Bar No. 304382)
    (Admitted in this District)
    tnguyen@kasowitz.com
    Jonathan Hicks (CA Bar No. 274634)
    (Admitted *pro hac vice*)

jhicks@kasowitz.com
**KASOWITZ LLP**
101 California Street, Suite 3950
San Francisco, California 94111
Telephone: (415) 421-6140
Facsimile: (415) 358-4408

Paul G. Williams (GA Bar No. 764925)
(Admitted in this District)
pwilliams@kasowitz.com
**KASOWITZ LLP**
1230 Peachtree Street N.E., Suite 2445
Atlanta, Georgia 30309
Telephone: (404) 260-6080
Facsimile: (404) 260-6081

Jeceaca An (NY Bar No. 5849898)
(Admitted *pro hac vice*)
jan@kasowitz.com
Binta A. Watkins (NY Bar No. 5482492)
(Admitted *pro hac vice*)
bwatkins@kasowitz.com
Kristine Abrenica (NY Bar No. 5781489)
(Admitted *pro hac vice*)
kabrenica@kasowitz.com
Paula Ajumobi (NY Bar No. 6056097)
(Admitted *pro hac vice*)
pajumobi@kasowitz.com
**KASOWITZ LLP**
1633 Broadway
New York, NY 10019
Telephone: (212) 506-1800
Facsimile: (212) 506-1700

Allen F. Gardner (TX Bar No. 24043679)
allen@allengardnerlaw.com
**ALLEN GARDNER LAW, PLLC**
609 S. Fannin
Tyler, Texas 75701
Telephone: (903) 944-7537
Facsimile: (903) 944-7856

**Attorneys for Plaintiffs**
**INTELLECTUAL VENTURES I LLC and**
**INTELLECTUAL VENTURES II LLC**

2

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was served on all counsel of record via the Court's ECF system on this 20th day of May, 2026.

*/s/ Jonathan K. Waldrop*
Jonathan K. Waldrop

# EXHIBIT A

*Intellectual Ventures II LLC and Intellectual Ventures II LLC,*

*v.*

*American Airlines, Inc.*

In The United States District Court for the Eastern District of Texas
Sherman Division
*No. 4:24-cv-00980-ALM*

# IV's Supplemental Technology Tutorial

# U.S. Patent No. 7,822,841



(12) **United States Patent**
Franklin

(10) **Patent No.:**    **US 7,822,841** B2
(45) **Date of Patent:**    **Oct. 26, 2010**

(54) **METHOD AND SYSTEM FOR HOSTING MULTIPLE, CUSTOMIZED COMPUTING CLUSTERS**

(75) Inventor: **Jeffrey B. Franklin**, Louisville, CO (US)

(73) Assignee: **Modern Grids, Inc.**, Louisville, CO (US)

(*) Notice:    Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 364 days.

(21) Appl. No.: **11/927,921**

(22) Filed:    **Oct. 30, 2007**

| 5,946,463 | A  | 8/1999 | Carr et al. |
| 6,088,727 | A  | 7/2000 | Hosokawa et al. |
| 6,363,495 | B1 | 3/2002 | MacKenzie et al. |
| 6,427,209 | B1 | 7/2002 | Brezak, Jr. et al. |
| 6,438,705 | B1 | 8/2002 | Chao et al. |
| 6,748,429 | B1 | 6/2004 | Talluri et al. |

(Continued)

OTHER PUBLICATIONS

Lee, DongWoo, et al., "visPerf: Monitoring Tool for Grid Computing"In Proceedings of the International Conference on Computational Science 2003 (LNCS vol. 2659/2003), 2003.

(Continued)

# U.S. Patent No. 8,352,584



# '841 Patent and '584 Patent Family

## Related U.S. Application Data

(63)    Continuation of application No. 11/927,921, filed on Oct. 30, 2007, now Pat. No. 7,822,841.

4

## '841 Patent and '584 Patent: Multi-Cluster Hosting

The '841 Patent and '584 Patent describe for example multi-cluster hosting for performing client tasks including a monitoring system that monitors clusters for problems on a cluster level and on a per-node basis.

'841 Patent at Figure 2.

FIG.2

5

# '841 Patent and '584 Patent: Cluster Types

When utilized, HPC systems allow a set of computers to work together to solve a single problem. The large problem is broken down into smaller independent tasks that are assigned to individual computers in the cluster allowing the large problem to be solved faster. Assigning the independent tasks to the

'841 Patent at 1:51-55.

Unfortunately, while the number of tasks and computing situations that would benefit from HPC clusters continues to rapidly grow, HPC clusters are not being widely adopted. In part, this is because HPC clusters require the most computers of any cluster type and, thus, cause the most problems with maintenance and management. Other types of clusters that have been more widely adopted include the "load balancing cluster" and the "high availability cluster," but resources are also an issue with these clusters. A load balancing cluster is a configuration in which a server sends small individual tasks to a cluster of additional servers when it is overloaded. The high availability cluster is a configuration in which a first server watches a second server and if the second server fails, then the first server takes over the function of the second server.

'841 Patent at 2:5-18.

6

# '841 Patent: Monitoring System

The '841 Patent for example describes a monitoring system that monitors for problems occurring at the cluster-level and at the node-level (e.g., nodes operating within a cluster).

The monitoring system **220** may be implemented with hardware and/or software to perform the monitoring method **500** shown in FIG. **5**. Functionally the system **220** may be thought of as comprising two primary systems: a per-node monitoring system, such as IPMI, that monitors the hardware and software of the node in which it is provided (i.e., in a step **502** of method **500**) and a main monitoring system **220** that monitors the network availability of each node and verifies that their per-node monitoring systems are functioning (i.e., as shown with step **505** of method **500**). When the per-node monitoring system detects a problem with the node hardware or software at **510** or the main monitoring system **220** (or dedicated system **330**) detects a problem with node availability or the nodes per-node monitoring system at **515**, they operate to notify the central monitoring system **220** via a mechanism, such as SNMP, of the problem at **520**. When the central monitoring system **220** acknowledges the problem, the per-node or main monitoring system **220** (or **330**) resumes monitoring their components at **530**. She monitoring process **500** typically would be operated on an ongoing manner for a cluster system such as system **200** (e.g., 24 hours a day and 7 days a week).

'841 Patent at 8:27-48.



'841 Patent at Figure 5.

7

# '841 Patent: Exemplary Claim

1. A computer system for hosting computing clusters for clients, comprising:

a private communications network linked to a public communications network;

a first cluster comprising a set of computing resources, including at least one hardware processor, in a first configuration, wherein the first cluster is communicatively linked to the private communications network;

a second cluster comprising a set of computing resources, including at least one hardware processor, in a second configuration, wherein the second cluster is communicatively linked to the private communications network; and

a monitoring system monitoring operations of the first and second clusters, identifying operational and connectivity problems, and issuing an alert in response to the identified problems indicating a corresponding one of the first and second clusters associated with the identified problems;

wherein the first configuration differs from the second configuration and wherein the first configuration provides a first computing environment for performing a first client task and the second configuration provides a second computing environment for performing a second client task;

wherein the monitoring system comprises a main monitor that operates to monitor the first and second clusters to identify the operation and connectivity problems and further comprises monitors for each node of the first and second clusters operating to check for hardware and software problems within a particular node and to report the hardware and software problems to the main monitor.

8

# '584 Patent: Cluster Isolation Techniques



'584 Patent at Figure 2.

'584 Patent at Figure 4.

# '584 Patent: Exemplary Claim

1. A computer system, comprising:

a private communications network linked to a public communications network;

a first cluster comprising a set of computing resources, including at least one hardware processor, in a first configuration, wherein the first cluster is communicatively linked to the private communications network;

a second cluster comprising a set of computing resources, including at least one hardware processor, in a second configuration, wherein the second cluster is communicatively linked to the private communications network; and

a monitoring system to monitor operations of the first cluster and the second cluster for communications problems;

wherein the first configuration differs from the second configuration;

wherein the first configuration provides a first computing environment to perform a first client task and the second configuration provides a second computing environment to perform a second client task; and

wherein the computing resources comprise processing nodes, data storage shared by the processing nodes, and at least one communications network to link the processing nodes to each other and to the data storage;

wherein the first cluster establishes communications between the set of computing resources of the first cluster and a first gateway communicatively linked between the first cluster and the private communications network;

wherein the second cluster establishes communications among the set of computing resources of the second cluster and a second gateway communicatively linked between the second cluster and the private communications network;

wherein communications between the first cluster and the second cluster are isolated;

wherein the first cluster is a high performance cluster; and

wherein the second cluster is a high performance cluster.

10

# U.S. Patent No. 7,712,080



**United States Patent** (12)

Pan et al.

(10) Patent No.: **US 7,712,080 B2**

(45) Date of Patent: **May 4, 2010**

(54) **SYSTEMS AND METHODS FOR PARALLEL DISTRIBUTED PROGRAMMING**

(75) Inventors: **Lei Pan**, Irvine, CA (US); **Lubomir R. Bic**, Irvine, CA (US); **Michael B. Dillencourt**, Irvine, CA (US)

(73) Assignee: **The Regents of the University of California**, Oakland, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 1013 days.

(21) Appl. No.: **10/850,842**

(22) Filed: **May 21, 2004**

(65) **Prior Publication Data**

US 2005/0039159 A1    Feb. 17, 2005

Fukuda et al., Messengers: Distributed Programming Using Mobile Agents, Transactions of the SDPS, Dec. 2001, vol .5, No. 4, pp. 95-112.*

Stanislaw Chrobot, Sharing Varaibles in Distributed Memory, Fundamenta Infomaticae 44 (2000) 63-81, IOS Press, pp. 63-81.*

Suzuki et al., Self-Migrating Threads for Multi-Agent Applications, publication data: 1999, published by 1st IEEE computer socitiey international workshop, pp. 1-8.*

Fukuda t al., Messages versus Messengers in Distributed Programming, published by Hournal of Parallel and Distributed Computing vol. 57, Issue 2 May 1999, pp. 1-8.*

Lei Pan, et al., *Distributed Sequential Computing* (pp. 223-239), Applied Parallel and Distributed Computing (Advances in Computation: Theory and Practice, vol. 16), (Y. Pan and L.T. Yang, Eds.), Nova Science Publishers, Inc., New York, 2004.

Lei Pan, et al., *Facilitating Agent Navigation Using DSM—High Level Designs* (11 pages), The 7th Int'l Conf. on Integrated Design & Process Technology (IDPT03), Austin, Texas, Dec. 2003.

(Continued)

11

# '080 Patent

The '080 Patent makes parallel distributed programming efficient by including at least one distributed shared variable located across multiple memories and one or more distributed programs configured to operate across multiple processors.



# '080 Patent: Exemplary Claim

> 1. A method of developing a distributed parallel computing program, comprising steps of:
>
> establishing at least one distributed shared variable, wherein the at least one distributed shared variable is a single variable that includes several variables that may be physically distributed across multiple memories;
> developing at least one distributed sequential computing program to access the at least one distributed shared variable; and
> transforming the at least one distributed sequential computing program into at least one distributed parallel computing program by spawning at least one child distributed sequential computing program from the at least one distributed sequential computing program when at least one intermediate condition occurs within the at least one distributed sequential computing program, wherein the at least one distributed parallel computing program concurrently uses the at least one distributed sequential computing program and the at least one spawned child distributed sequential computing program to perform parallel processing and/or operations, wherein the at least one intermediate condition comprising one intermediate result that will be required by the at least one spawned child distributed sequential computing program to continue computation.

13

# '080 Patent: Parallel Distributed Programming

- The '080 Patent discloses, among other things, a parallel distributed program that includes at least one distributed shared variable located across the multiple memories and one or more distributed programs configured to operate across multiple processors.

- For example, an approach to developing sequential or parallel applications in accordance with a preferred embodiment of the present invention, referred to as "navigational programming," includes the programming and use of self-migrating threads or tasks, which are threads or tasks that can migrate from one processor to another. '080 Patent at 3:13-17.

14

# U.S. Patent  No. 11,032,000



# The '000 Patent

- The Patent describes UEs transmitting uplink physical signals during a defined portion of a frame (*i.e.* a scheduled uplink interval), which may be organized into time slots distinct from those used for uplink data transmission. '000 Patent at 2:32-42.

- The uplink physical signals enable the base station to determine channel conditions for the UEs, based on those channel conditions, the base station transmits control information to the UEs over a physical control channel in designated portions of a downlink frame, to instruct them how and when to transmit. *Id.*

- The patent describes these operations as being performed by configured components of the UE, including the receiver, transmitter, and processor. *Id.* at Claim 1.

16

# '000 Patent: Allocation of Uplink Beacon Resources

The Patent discloses different approaches to allocating uplink beacon resources including:
- the uplink beacon being transmitting within a single timeslot ('000 Patent at Figure 2);
- fractionating the slot across multiple frames so different UEs transmit at different times (*Id.* at Figure 3); and
- providing multiple beacon time slots within a single frame to accommodate additional UEs.



FIG. 2



FIG. 3

17

# The '000 Patent: Exemplary Claim

What is claimed is:

1. A user equipment (UE) comprising:

a receiver and a processor are configured to receive resource allocation information associated with an uplink physical signal, wherein the uplink physical signal and a physical uplink shared channel have different resources;

a transmitter and the processor are configured to send, over the physical uplink shared channel, data in assigned time intervals;

the transmitter and the processor are further configured, in a time interval that it is not sending information over the physical uplink shared channel, to send the uplink physical signal based on the received resource allocation information, wherein the uplink physical signal is used to determine channel conditions by a base station and in the same time interval that the uplink physical signal is sent, a plurality of UEs transmit uplink physical signals in the same time interval; and

the receiver and the processor are further configured to receive, on a physical control channel, control information, wherein the control information is based on the determined channel conditions, wherein physical control channels are transmitted in a same time slot with other physical channels in a plurality of predetermined time slots in a downlink frame, wherein other time slots of the downlink frame do not include a physical control channel, wherein a number of bits sent over the physical control channel is based on a number of fields of control information to be sent to the UE.

18

# Thank You.