# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC, | ) ) ) | |
| *Plaintiffs*, | ) ) | **C.A. No. 4:24-cv-00980-ALM** |
| v. | ) ) ) | **JURY TRIAL DEMANDED** |
| AMERICAN AIRLINES, INC. | ) ) | |
| *Defendant*. | ) | |

## ORDER GRANTING PLAINTIFFS' MOTION TO WITHDRAW AS ATTORNEY OF RECORD

`       Pending before the Court is Plaintiffs' Motion for Withdrawal of Attorney Jonathan H. Hicks ("Motion" - Dkt. #155). The Court, having considered Plaintiffs' Motion and noting it is unopposed, hereby ORDERS that Plaintiffs' Motion is GRANTED.

It is therefore ORDERED that Jonathan H. Hicks is permitted to withdraw as counsel of record for Plaintiffs in this case. ECF notifications to Jonathan H. Hicks are to be terminated in this case.

**IT IS SO ORDERED.**

**SIGNED this 22nd day of June, 2026.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE