**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| **INTELLECTUAL VENTURES I, LLC AND INTELLECTUAL VENTURES II, LLC,,** | **Civil Action No. 4:24-cv-00980** |
| **Plaintiffs,** | |
| **vs.** | **JURY TRIAL** |
| **AMERICAN AIRLINES, INC.,** | |
| **Defendant.** | |

**DEFENDANT AMERICAN AIRLINES, INC.'S NOTICE OF AFFIRMATIVE DEFENSES**

1

Pursuant to the Court's June 22, 2026 oral order, Defendant American Airlines, Inc. ("Defendant" or "American") provides notice of the following defenses:

### First Defense (Non-Infringement)

1.      Defendant has not infringed and does not infringe any valid and enforceable claim of any Asserted Patent[1], directly, indirectly (such as, contributorily or by inducement), literally, by the doctrine of equivalents, or willfully, and has not contributed to the infringement of any claim of any Asserted Patent.

### Second Defense (Invalidity)

2.      One or more claim of the Asserted Patents is invalid for failing to meet the conditions of patentability and/or otherwise comply with one or more provisions of 35 U.S.C. §§ 101, 102, 103, 112, and/or 116.

### Third Defense (Prosecution History Estoppel)

3.      Plaintiffs' claims are barred by the doctrine of prosecution history estoppel based on statements, representations, and/or admissions made during the prosecution of the Asserted Patents.

### Fourth Defense (License/Exhaustion)

4.      Any alleged practice of any Asserted Claim is covered by license, release, waiver, and/or exhaustion.

---

[1] The "Asserted Patents" include U.S. Patent Nos. 8,027,326; 7,324,469; 7,257,582; 8,407,722; 7,949,785; 8,332,844; 7,712,080; 7,721,282; 7,822,841; 8,352,584; 11,032,000; and 10,103,845.

## **Fifth Defense (Damages Statutorily Limited)**

5.      Plaintiffs' claims for damages for patent infringement are limited by 35 U.S.C. § 287 to only those damages occurring after proper and sufficient notice of infringement of the Asserted Patents.

## **Sixth Defense (Lack of Standing)**

6.      For at least the reasons set forth in Defendant's motion to dismiss, Plaintiffs lack standing to assert one or more Asserted Patent.

## **Seventh Defense (Failure to State a Claim)**

7.      For at least the reasons set forth in Defendant's motions to dismiss, Plaintiffs' claims in relation to at least one Asserted Patent fail to state a claim upon which relief can be granted.

## **Eighth Defense (Estoppel, Patent Misuse, Unclean Hands, Waiver)**

8.      One or more of the Asserted Patents are unenforceable against Defendant and/or Plaintiffs are barred from enforcing the Asserted Patents by reason of estoppel, patent misuse, unclean hands, and waiver, including implied waiver.

## **Ninth Defense (No Willful Infringement)**

9.      Plaintiffs are not entitled to enhanced or increased damages for willful infringement because Defendant has not engaged in any conduct that meets the applicable standard for willful infringement.

## **Tenth Defense (No Attorneys' Fees)**

10.      Plaintiffs' claims for costs and attorney fees in this action do not meet the requirements of 35 U.S.C. § 285.

## **Eleventh Affirmative Defense (Reservation of Other Defenses)**

11.    Defendant reserves all affirmative defenses under Rule 8(c) of the Federal Rules of Civil Procedure, the Patent Laws of the United States, and any other defenses at law or in equity that may exist now or that may be available in the future based on discovery and further factual investigation in this action. Defendant provides notice that it intends to rely upon any additional defenses that become available or apparent during discovery and reserves its right to amend this pleading and to assert such additional defenses or, if appropriate, remove any of the above delineated defenses as discovery proceeds.

Dated: June 25, 2026

**McKool Smith, P.C.**

*/s/ John B. Campbell*
John B. Campbell
Texas State Bar No. 24036314
jcampbell@McKoolSmith.com
Kenneth M. Scott
Texas State Bar No. 24137497
kscott@McKoolSmith.com
**McKool Smith, P.C.**
303 Colorado Street Suite 2100
Austin, TX 78701
Telephone: (512) 692-8700
Telecopier: (512) 692-8744

Emily Tannenbaum
New York State Bar No. 5928130
**McKool Smith, P.C.**
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (212) 402-9400
Telecopier: (212) 402-9444

Casey L. Shomaker
Texas State Bar No. 24110359
cshomaker@mckoolsmith.com
**McKool Smith, P.C.**
300 Crescent Court, Suite 1500
Dallas, TX 75201
Telephone: (214) 978-4000
Facsimile: (214) 978-4044

Alan P. Block
California State Bar No. 143783
ablock@mckoolsmith.com
**McKool Smith, P.C.**
300 South Grand Avenue, Suite 2900
Los Angeles, CA 90071
Telephone: (213) 694-1054
Telecopier: (213) 694-1234

ATTORNEYS FOR AMERICAN
AMERICAN AIRLINES, INC.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's ECF system on June 25, 2026.

_/s/ John B. Campbell_
John B. Campbell