**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC, | ) ) ) | |
| Plaintiffs, | ) | **C.A. No. 4:24-cv-00980-ALM** |
| | ) | |
| v. | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| AMERICAN AIRLINES, INC. | ) ) | |
| Defendant. | ) | |

<u>**UNOPPOSED MOTION FOR ENTRY OF SUPPLEMENTAL PROTECTIVE ORDER**</u>

Plaintiffs Intellectual Ventures I LLC and Intellectual Ventures II LLC ("IV" or "Plaintiffs") respectfully submits this Unopposed Motion for Entry of Supplemental Protective Order, which is attached hereto as Exhibit 1.  Defendant American Airlines, Inc. does not oppose Plaintiffs' motion.

Dated: July 13, 2026

Respectfully submitted,

By */s/ Jonathan K. Waldrop*
Jonathan K. Waldrop (CA Bar No. 297903)
(Admitted in this District)
jwaldrop@kasowitz.com
Marcus A. Barber (CA Bar No. 307361)
(Admitted in this District)
mbarber@kasowitz.com
John W. Downing (CA Bar No. 252850)
(Admitted in this District)
jdowning@kasowitz.com
Heather S. Kim (CA Bar No. 277686)
(Admitted in this District)
hkim@kasowitz.com
ThucMinh Nguyen (CA Bar No. 304382)
(Admitted in this District)
tnguyen@kasowitz.com
**KASOWITZ LLP**
101 California Street, Suite 3950
San Francisco, California 94111

Telephone: (415) 421-6140
Facsimile: (415) 358-4408

Paul G. Williams (GA Bar No. 764925)
(Admitted in this District)
pwilliams@kasowitz.com
Kasowitz LLP
1230 Peachtree Street, NE, Suite 3750
Atlanta, GA 30309
Telephone: 404-260-6080
Facsimile: 404-260-6081

Jeceaca An (NY Bar No. 5849898)
(Admitted *Pro Hac Vice*)
jan@kasowitz.com
Binta Watkins (NY Bar No. 5482492)
(Admitted *Pro Hac Vice*)
bwatkins@kasowitz.com
Kristine Abrenica (NY Bar No. 5781489)
(Admitted *Pro Hac Vice*)
kabrenica@kasowitz.com
Paula Ajumobi (NY Bar No. 6056097)
(Admitted *Pro Hac Vice*)
pajumobi@kasowitz.com
**KASOWITZ LLP**
1633 Broadway
New York, NY 10019
Telephone: (212) 506-1800
Facsimile: (212) 506-1700

Allen F. Gardner (TX Bar No. 24043679)
allen@allengardnerlaw.com
**ALLEN GARDNER LAW, PLLC**
609 S. Fannin
Tyler, TX 75701
Telephone:  903-944-7537
Facsimile:  903-944-7856

**Attorneys for Plaintiffs**
**INTELLECTUAL VENTURES I LLC and**
**INTELLECTUAL VENTURES II LLC**

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule CV-7(h), the undersigned certifies that counsel for Plaintiffs conferred with counsel for Defendant, on July 10, 2026, via electronic mail concerning the relief requested in this motion, and Defendant represents that it is unopposed to the relief requested in this motion.

Dated: July 13, 2026                    Respectfully submitted,

                                        */s/ Jonathan K. Waldrop*
                                        Jonathan K. Waldrop

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and correct copy of the foregoing motion was served or delivered electronically via email to all counsel of record on this 13th day of July, 2026.

*/s/ Jonathan K. Waldrop*
Jonathan K. Waldrop
