**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| **INTELLECTUAL VENTURES I LLC AND INTELLECTUAL VENTURES II, LLC,**<br><br>     **Plaintiff,**<br><br>     vs.<br><br>**AMERICAN AIRLINES, INC.,**<br><br>     **Defendant.** | **Civil Action No.  4:24-cv-00980**<br><br><br>**JURY TRIAL** |

**DECLARATION OF EMILY TANNENBAUM IN SUPPORT OF DEFENDANT AMERICAN AIRLINES, INC.'S REPLY IN SUPPORT OF ITS MOTION TO COMPEL INTELLECTUAL VENTURES TO PRODUCE DOCUMENTS AND ANSWER AMERICAN'S INTERROGATORIES**

I, Emily Tannenbaum, hereby state as follows:

1.      I am an attorney at McKool Smith, P.C., and counsel for Defendant American Airlines, Inc. ("American") in this action.

2.      I provide this declaration in support of American's Reply to the Motion to Compel.

3.      **Exhibit 31** is a true and correct copy of the minute entry from the telephone conference held on June 22, 2026.

4.      **Exhibit 32** is a true and correct copy of the Plaintiffs' Infringement Contention Chart regarding U.S. Patent No. 8,332,844 ████████████████████.

5.      **Exhibit 33** is a true and correct copy of the Plaintiffs' Infringement Contention Chart regarding U.S. Patent No. 8,407,722 ████████████████████.

6.      **Exhibit 34** is a true and correct copy of the Plaintiffs' Infringement Contention

Chart regarding U.S. Patent No. 7,949,785 ███████████████████████

7.      **Exhibit 35** is a true and correct copy of the Plaintiffs' Infringement Contention Chart regarding U.S. Patent No. 8,027,326 ███████████████████████

8.      **Exhibit 36** is a true and correct copy of Plaintiffs' Infringement Contention Chart regarding U.S. Patent No.7,324,469 ████████████████████

9.      **Exhibit 37** is a true and correct copy of Plaintiffs' Infringement Contention Chart regarding U.S. Patent No. 7,257,582 (Part 1) ██████████████████████

10.     **Exhibit 38** is a true and correct copy of Plaintiffs' Infringement Contention Chart regarding U.S. Patent No. 7,257,582 (Part 2) ██████████████████████

11.     **Exhibit 39** is a true and correct copy of Plaintiffs' Infringement Contention Chart regarding U.S. Patent No. 7,712,080 ██████████████████

12.     **Exhibit 40** is a true and correct copy of Plaintiffs' Infringement Contention Chart regarding U.S. Patent No. 7,721,282 ██████████████████

13.     **Exhibit 41** is a true and correct copy of Plaintiffs' Infringement Contention Chart regarding U.S. Patent No. 7,822,841 ██████████████████

14.     **Exhibit 42** is a true and correct copy of Plaintiffs' Infringement Contention Chart regarding U.S. Patent No. 8,352,584 ██████████████████

15.     **Exhibit 43** is a true and correct copy of Plaintiffs' Infringement Contention Chart regarding U.S. Patent No. 10,103,845 ███████████████████

16.     **Exhibit 44** is a true and correct copy of Plaintiffs' Infringement Contention Chart regarding U.S. Patent No. 11,032,000 ████████████████████

Executed this 15th day of July, 2026 in New York, New York.

*/s/Emily Tannenbaum*
Emily Tannenbaum

2