# EXHIBIT 31

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## U.S. District Court

## Eastern District of TEXAS [LIVE]

**Notice of Electronic Filing**

The following transaction was entered on 6/22/2026 at 4:47 PM CDT and filed on 6/22/2026

| | |
|---|---|
| **Case Name:** | Intellectual Ventures I LLC et al v. American Airlines, Inc. |
| **Case Number:** | 4:24-cv-00980-ALM |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**Minute Entry for proceedings held before Chief District Judge Amos L Mazzant: Telephone Conference held on 6/22/2026 from 4:15 - 4:30 p.m. Court orders Defendant to produce and file affirmative defenses. The Court authorizes both sides to file motions to compel and will expedite responses (due within 7 days). Attorney Appearances: Plaintiff - Allen Franklin Gardner, Jonathan Keith Waldrop, Jeceaca An; Defense - John Campbell, Jr. No exhibits. (Court Reporter - Chris Bickham) (kkc)**

**4:24-cv-00980-ALM Notice has been electronically mailed to:**

John Bruce Campbell, Jr    jcampbell@mckoolsmith.com, drobinson@mckoolsmith.com, john-campbell-5697@ecf.pacerpro.com, kjackson@mckoolsmith.com

Allen Franklin Gardner    allen@allengardnerlaw.com, 3032063420@filings.docketbird.com

Jonathan Keith Waldrop    jwaldrop@kasowitz.com, autodocket@kasowitz.com, courtnotices@kasowitz.com, mhulbert@kasowitz.com

John W Downing    jdowning@kasowitz.com, autodocket@kasowitz.com, cene@kasowitz.com, courtnotices@kasowitz.com

Alan Peter Block    ablock@mckoolsmith.com, alan-block-6525@ecf.pacerpro.com

Marcus Alan Barber    mbarber@kasowitz.com, autodocket@kasowitz.com, courtnotices@kasowitz.com, mhulbert@kasowitz.com

Heather S. Kim    hkim@kasowitz.com, NWashington@kasowitz.com, autodocket@kasowitz.com, courtnotices@kasowitz.com

Casey Shomaker    cshomaker@mckoolsmith.com

Thucminh Nguyen    tnguyen@kasowitz.com, courtnotices@kasowitz.com

Paul G. Williams    pwilliams@kasowitz.com

Kenneth Scott    kscott@mckoolsmith.com

Jeceaca An    jan@kasowitz.com

Emily Tannenbaum    etannenbaum@mckoolsmith.com

Clara Bourget    cbourget@mckoolsmith.com

Paula Ajumobi    pajumobi@kasowitz.com

Binta A. Watkins    bwatkins@kasowitz.com, Courtnotices@Kasowitz.com

Kristine Abrenica    kabrenica@kasowitz.com, Courtnotices@Kasowitz.com