# EXHIBIT 37

**Exhibit 6 to**
**Intellectual Ventures I LLC's and Intellectual Ventures II LLC's**
**Preliminary Infringement Contentions**

███████████████████████████████████████

**Infringement Claim Chart of**
**U.S. Patent No. 7,257,582 ("'582 Patent")**

The Accused Systems and Services include without limitation American systems and services that utilize Hadoop; all past, current, and future systems and services that operate in the same or substantially similar manner as the specifically identified systems and services; and all past, current, and future American systems and services that have the same or substantially similar features as the specifically identified systems and services ("Example American Count 6 Systems and Services" or "American Systems and Services").[1]

On information and belief, the American Systems and Services directly infringe the asserted claims of the '582 Patent, either literally or under the doctrine of equivalents, through at least using Hadoop in its various systems. In addition, American directly infringes the '582 Patent by testing the American Systems and Services and its various systems that use Hadoop. On information and belief, American, with knowledge at least since the time of filing the complaint, also indirectly infringes the '582 Patent by inducing its employees, customers, and other third parties (such as vendors) to use the American Systems and Services, and provides documents that include instructions regarding how to use American products and services that use Hadoop in the American Systems and Services in an infringing manner. On information and belief, American supplies its employees, customers, and other third parties with access to the American Systems and Services through various products and services that allows its employees, customers, and other third parties to use the claimed method. On information and belief, American provides instructions on how to use its various products and services that use Hadoop in the American Systems and Services in an infringing manner, the use of which results in infringement of the '582 Patent claims through performance of the claimed methods.

Consistent with the local rules of this Court, IV identifies Hadoop as used in American's systems and offerings as the Accused Instrumentality. Information regarding how specifically American implements Hadoop, including for which products and offerings, is non-public. IV intends to obtain discovery regarding how the Hadoop is used in American products and services and will update its infringement positions once discovery is completed.

---

[1] For the avoidance of doubt, Plaintiffs do not accuse the public clouds of Defendant, to the extent those services are provided by a cloud provider with a license to Plaintiffs' patents that covers Defendant's activities. ████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
███████████████

IV does not intend this exemplary claim chart to be limiting, and IV reserves its rights to pursue other accused instrumentalities, patent claims, evidence, and infringement arguments in this case. Discovery has yet to begin, and this case is still in its initial stages. Accordingly, IV reserves the right to amend and/or supplement these contentions to the full extent allowed by the Court, including but not limited to, incorporating additional information, claims, theories, and / or accused products.

On information and belief, the American Systems and Services use Hadoop in public and/or private cloud(s). For example, the following job postings show that Hadoop is used by American Airlines.

- Example of a Senior Data Engineer at American Airlines whose position mentions use of Hadoop to extract data and analyze programs. https://www.linkedin.com/in/sriram1993/ (Last accessed on 9/18/24)
- Example of a Data Engineer at American Airlines whose position mentions Hadoop. https://www.linkedin.com/in/madhu-sudhan-reddy-y-b3897b129/ (Last accessed on 9/18/24)
- Example of a Big Data Engineer at American Airlines whose position mentions Hadoop. https://www.linkedin.com/in/krishna-karthika-katragadda-149786306/ (Last accessed on 9/18/24)
- Example of a Data Engineer at American Airlines whose position mentions Hadoop. https://www.linkedin.com/in/ramya-arikapudi-5290a0186/ ("[r]esponsible for building scalable distributed data solutions using Hadoop").

As another example, American has announced cloud migration of legacy technology and efforts to modernize its mainframes and servers. Source: https://dxc.com/sg/en/insights/customer-stories/american-airlines-cloud-data-automation. American continues to use private cloud for at least certain applications. Source: https://www.techtarget.com/searchdatamanagement/feature/American-Airlines-lowers-data-management-costs-with-Intel. ("American Airlines' initial target for cost optimization was Azure Data Lake, according to Vijay Premkumar, senior manager of public and *private cloud* at the airline.") (emphasis added).

On information and belief, other evidence confirms American uses Hadoop technology.

The Apache Hadoop software library is a framework that allows for the distributed processing of large data sets across clusters of computers using simple programming models. It is designed to scale up from single servers to thousands of machines, each offering local computation and stor age. Read less



**American Airlines**
Technologies used by the company: 1,293

Source: https://www.zoominfo.com/tech/24689/apache-hadoop-tech-from-transportation-airline-industry-in-us-by-revenue.

Recognizing the tremendous value of Hadoop for Big Data processing and analytics, many companies invest time and resources in this technology, seeing this as a necessary step towards the sustainable development of their businesses. Some of the notable users of Hadoop include Amazon.com, American Airlines, Apple, eBay, Facebook, Hewlett-Packard, IBM, LinkedIn, Microsoft, Twitter, Yahoo!.

Source: https://www.elinext.com/blog/why-hadoop-for-big-data/.

# Hadoop Usage

- Retail: Amazon, eBay, American Airlines

- Social Networks: Facebook, Yahoo

- Financial: Federal Reserve Board

- Search tools: Yahoo

- Government

Source: https://www.slideshare.net/slideshow/big-data-and-hadoop-42639482/42639482#39.

4

## Datameer - Big Data Analytics for Hadoop

  Agitare Technologies Inc.
296 subscribers

Subscribe

👍 19   👎   ➔ Share   🔖 Save   ⋯

9,954 views  Nov 17, 2014
In this webinar you will learn how you can empower not only Data Scientist but regular users with simple and intuitive views and analysis of Big Data. Datameer simplifies the big data analytics environment into a single application on top of the powerful Hadoop platform. The only end-to-end big data analytics application purpose built for Hadoop designed to make big data simple for everyone, Datameer combines self-service data integration, analytics and visualization functionality that provides the fastest time to insights. Over 200 companies like Visa, Citi, Workday, Sears, AT&T, American Airlines, Bank of America and Comcast all rely on Datameer on a daily basis to provide insight and a competitive advantage.

Source: https://www.youtube.com/watch?v=X26ghqOnok0.

| U.S. Patent No. 7,257,582 (Claim 1) | |
|---|---|
| **Claim 1** | **Example American Count 6 Systems and Services** |
| 1. A method of effecting on a preexisting input file a computer-executable process comprised of a plurality of subtasks, the method comprising the steps of: | To the extent this preamble is limiting, on information and belief, the American Count 6 Systems and Services practice a method of effecting on a preexisting input file a computer-executable process comprised of a plurality of subtasks.<br><br>On information and belief, Hadoop includes MapReduce, a software framework that processes multiple map tasks in parallel. An input data set is split into multiple chunks and each chunk is processed by a map task.<br><br>**Overview**<br><br>Hadoop MapReduce is a software framework for easily writing applications which process vast amounts of data (multi-terabyte data-sets) in-parallel on large clusters (thousands of nodes) of commodity hardware in a reliable, fault-tolerant manner.<br><br>A MapReduce *job* usually splits the input data-set into independent chunks which are processed by the *map tasks* in a completely parallel manner. The framework sorts the outputs of the maps, which are then input to the *reduce tasks*. Typically both the input and the output of the job are stored in a file-system. The framework takes care of scheduling tasks, monitoring them and re-executes the failed tasks.<br><br>Typically the compute nodes and the storage nodes are the same, that is, the MapReduce framework and the Hadoop Distributed File System (see HDFS Architecture Guide) are running on the same set of nodes. This configuration allows the framework to effectively schedule tasks on the nodes where data is already present, resulting in very high aggregate bandwidth across the cluster. |

| U.S. Patent No. 7,257,582 (Claim 1) | |
| --- | --- |
| **Claim 1** | **Example American Count 6 Systems and Services** |
| | Source: https://hadoop.apache.org/docs/stable/hadoop-mapreduce-client/hadoop-mapreduce-client-core/MapReduceTutorial.html. <br><br> <br><br> Source: https://hadoop.apache.org/docs/stable/hadoop-mapreduce-client/hadoop-mapreduce-client-core/MapReduceTutorial.html. |
| (a) automatically determining file allocation and logically subdividing records of said input file into a plurality of partitions; | On information and belief, the American Count 6 Systems and Services practice automatically determining file allocation and logically subdividing records of said input file into a plurality of partitions. <br><br> On information and belief, Hadoop's InputFormat describes the input-specification for a MapReduce job. The input file is logically split into multiple InputSplit instances. |

6

███████████████████████████

| U.S. Patent No. 7,257,582 (Claim 1) | |
|---|---|
| **Claim 1** | **Example American Count 6 Systems and Services** |
| | ☐ **Job Input**<br><br>`InputFormat` describes the input-specification for a MapReduce job.<br><br>The MapReduce framework relies on the `InputFormat` of the job to:<br><br>1. Validate the input-specification of the job.<br><br>2. Split-up the input file(s) into logical `InputSplit` instances, each of which is then assigned to an individual `Mapper`.<br><br>3. Provide the `RecordReader` implementation used to glean input records from the logical `InputSplit` for processing by the `Mapper`.<br><br>The default behavior of file-based `InputFormat` implementations, typically sub-classes of `FileInputFormat`, is to split the input into *logical* `InputSplit` instances based on the total size, in bytes, of the input files. However, the `FileSystem` blocksize of the input files is treated as an upper bound for input splits. A lower bound on the split size can be set via `mapreduce.input.fileinputformat.split.minsize`.<br><br>Clearly, logical splits based on input-size is insufficient for many applications since record boundaries must be respected. In such cases, the application should implement a `RecordReader`, who is responsible for respecting record-boundaries and presents a record-oriented view of the logical `InputSplit` to the individual task.<br><br>Source: https://hadoop.apache.org/docs/stable/hadoop-mapreduce-client/hadoop-mapreduce-client-core/MapReduceTutorial.html.<br><br>On information and belief, MapReduce InputSplit length is measured in bytes and InputSplit has storage locations. MapReduce uses storage locations to place map tasks close InputSplit's data. Map tasks are generally processed in the order of the size of the splits so larger jobs are processed first.<br><br>Sources: https://data-flair.training/blogs/hadoop-optimization/; https://data-flair.training/blogs/inputsplit-in-hadoop-mapreduce/.<br><br>*See also* org.apache.hadoop.mapreduce.JobSubmitter.java at lines 589-606; org.apache.hadoop.mapreduce.v2.app.job.impl.JobImpl.java at lines 1544-1561. |
| (b) distributing descriptions of all of said partitions to each of a plurality of subtask processors | On information and belief, the American Count 6 Systems and Services practice distributing descriptions of all of said partitions to each of a plurality of subtask processors. |

7

| U.S. Patent No. 7,257,582 (Claim 1) | |
| --- | --- |
| **Claim 1** | **Example American Count 6 Systems and Services** |
| | On information and belief, Hadoop's InputSplit represents data that presents a byte oriented view of the input. A recordreader converts the byte oriented view of the data to a record oriented view and presents it to a mapper. Mappers run inside a compute node. <br><br> Typically the compute nodes and the storage nodes are the same, that is, the MapReduce framework and the Hadoop Distributed File System (see HDFS Architecture Guide) are running on the same set of nodes. This configuration allows the framework to effectively schedule tasks on the nodes where data is already present, resulting in very high aggregate bandwidth across the cluster. <br><br> Source: https://hadoop.apache.org/docs/stable/hadoop-mapreduce-client/hadoop-mapreduce-client-core/MapReduceTutorial.html. <br><br> **Job Input** <br><br> InputFormat describes the input-specification for a MapReduce job. <br><br> The MapReduce framework relies on the InputFormat of the job to: <br><br> 1. Validate the input-specification of the job. <br> 2. Split-up the input file(s) into logical InputSplit instances, each of which is then assigned to an individual Mapper. <br> 3. Provide the RecordReader implementation used to glean input records from the logical InputSplit for processing by the Mapper. <br><br> Source: https://hadoop.apache.org/docs/stable/hadoop-mapreduce-client/hadoop-mapreduce-client-core/MapReduceTutorial.html. |

| U.S. Patent No. 7,257,582 (Claim 1) | |
|---|---|
| **Claim 1** | **Example American Count 6 Systems and Services** |
| | If TextInputFormat is the InputFormat for a given job, the framework detects input-files with the *.gz* extensions and automatically decompresses them using the appropriate CompressionCodec. However, it must be noted that compressed files with the above extensions cannot be *split* and each compressed file is processed in its entirety by a single mapper. **InputSplit** InputSplit represents the data to be processed by an individual Mapper. Typically InputSplit presents a byte-oriented view of the input, and it is the responsibility of RecordReader to process and present a record-oriented view. FileSplit is the default InputSplit. It sets mapreduce.map.input.file to the path of the input file for the logical split. **RecordReader** RecordReader reads <key, value> pairs from an InputSplit. Typically the RecordReader converts the byte-oriented view of the input, provided by the InputSplit, and presents a record-oriented to the Mapper implementations for processing. RecordReader thus assumes the responsibility of processing record boundaries and presents the tasks with keys and values. Source: https://hadoop.apache.org/docs/stable/hadoop-mapreduce-client/hadoop-mapreduce-client-core/MapReduceTutorial.html. |

| U.S. Patent No. 7,257,582 (Claim 1) | |
|---|---|
| **Claim 1** | **Example American Count 6 Systems and Services** |
| |  Source: https://hadoop.apache.org/docs/stable/hadoop-project-dist/hadoop-hdfs/HdfsDesign.html. |
| (c) simultaneously executing at least a respective one of the subtasks of the computer-executable process in each of at least some of said processors on a respective one of the partitions with each subtask reading and processing the respective | On information and belief, the American Count 6 Systems and Services practice simultaneously executing at least a respective one of the subtasks of the computer-executable process in each of at least some of said processors on a respective one of the partitions with each subtask reading and processing the respective partition so as to process the respective partition and produce respective subtask output.<br><br>On information and belief, Multiple map tasks are executed in parallel. Each Maptask processes a respective InputSplit. |

| U.S. Patent No. 7,257,582 (Claim 1) | |
|---|---|
| **Claim 1** | **Example American Count 6 Systems and Services** |
| partition so as to process the respective partition and produce respective subtask output and; | **Overview**<br><br>Hadoop MapReduce is a software framework for easily writing applications which process vast amounts of data (multi-terabyte data-sets) in-parallel on large clusters (thousands of nodes) of commodity hardware in a reliable, fault-tolerant manner.<br><br>A MapReduce *job* usually splits the input data-set into independent chunks which are processed by the *map tasks* in a completely parallel manner. The framework sorts the outputs of the maps, which are then input to the *reduce tasks*. Typically both the input and the output of the job are stored in a file-system. The framework takes care of scheduling tasks, monitoring them and re-executes the failed tasks.<br><br>Typically the compute nodes and the storage nodes are the same, that is, the MapReduce framework and the Hadoop Distributed File System (see HDFS Architecture Guide) are running on the same set of nodes. This configuration allows the framework to effectively schedule tasks on the nodes where data is already present, resulting in very high aggregate bandwidth across the cluster.<br><br>Source: https://hadoop.apache.org/docs/stable/hadoop-mapreduce-client/hadoop-mapreduce-client-core/MapReduceTutorial.html.<br><br>**⊡ Job Input**<br><br>InputFormat describes the input-specification for a MapReduce job.<br><br>The MapReduce framework relies on the InputFormat of the job to:<br><br>1. Validate the input-specification of the job.<br><br>2. Split-up the input file(s) into logical InputSplit instances, each of which is then assigned to an individual Mapper.<br><br>3. Provide the RecordReader implementation used to glean input records from the logical InputSplit for processing by the Mapper.<br><br>Source: Source: https://hadoop.apache.org/docs/stable/hadoop-mapreduce-client/hadoop-mapreduce-client-core/MapReduceTutorial.html. |

11

| U.S. Patent No. 7,257,582 (Claim 1) | |
| :---: | :---: |
| **Claim 1** | **Example American Count 6 Systems and Services** |
| | **Mapper**<br><br>Mapper maps input key/value pairs to a set of intermediate key/value pairs.<br><br>Maps are the individual tasks that transform input records into intermediate records. The transformed intermediate records do not need to be of the same type as the input records. A given input pair may map to zero or many output pairs.<br><br>The Hadoop MapReduce framework spawns one map task for each InputSplit generated by the InputFormat for the job.<br><br>Source: https://hadoop.apache.org/docs/stable/hadoop-mapreduce-client/hadoop-mapreduce-client-core/MapReduceTutorial.html.<br><br>**How Many Maps?**<br><br>The number of maps is usually driven by the total size of the inputs, that is, the total number of blocks of the input files.<br><br>The right level of parallelism for maps seems to be around 10-100 maps per-node, although it has been set up to 300 maps for very cpu-light map tasks. Task setup takes a while, so it is best if the maps take at least a minute to execute.<br><br>Source: https://hadoop.apache.org/docs/stable/hadoop-mapreduce-client/hadoop-mapreduce-client-core/MapReduceTutorial.html.<br><br>On information and belief, Each MapTask generates an intermediate map output.<br><br>**Overview**<br><br>Hadoop MapReduce is a software framework for easily writing applications which process vast amounts of data (multi-terabyte data-sets) in-parallel on large clusters (thousands of nodes) of commodity hardware in a reliable, fault-tolerant manner.<br><br>A MapReduce *job* usually splits the input data-set into independent chunks which are processed by the *map tasks* in a completely parallel manner. The framework sorts the outputs of the maps, which are then input to the *reduce tasks*. Typically both the input and the output of the job are stored in a file-system. The framework takes care of scheduling tasks, monitoring them and re-executes the failed tasks.<br><br>Typically the compute nodes and the storage nodes are the same, that is, the MapReduce framework and the Hadoop Distributed File System (see HDFS Architecture Guide) are running on the same set of nodes. This configuration allows the framework to effectively schedule tasks on the nodes where data is already present, resulting in very high aggregate bandwidth across the cluster. |

12

| U.S. Patent No. 7,257,582 (Claim 1) | |
|---|---|
| **Claim 1** | **Example American Count 6 Systems and Services** |
| | Source: https://hadoop.apache.org/docs/stable/hadoop-mapreduce-client/hadoop-mapreduce-client-core/MapReduceTutorial.html.<br><br>**InputSplit**<br><br>InputSplit represents the data to be processed by an individual Mapper.<br><br>Typically InputSplit presents a byte-oriented view of the input, and it is the responsibility of RecordReader to process and present a record-oriented view.<br><br>FileSplit is the default InputSplit. It sets mapreduce.map.input.file to the path of the input file for the logical split.<br><br>**RecordReader**<br><br>RecordReader reads <key, value> pairs from an InputSplit.<br><br>Typically the RecordReader converts the byte-oriented view of the input, provided by the InputSplit, and presents a record-oriented to the Mapper implementations for processing. RecordReader thus assumes the responsibility of processing record boundaries and presents the tasks with keys and values.<br><br>Source: https://hadoop.apache.org/docs/stable/hadoop-mapreduce-client/hadoop-mapreduce-client-core/MapReduceTutorial.html.<br><br>**Mapper**<br><br>Mapper maps input key/value pairs to a set of intermediate key/value pairs.<br><br>Maps are the individual tasks that transform input records into intermediate records. The transformed intermediate records do not need to be of the same type as the input records. A given input pair may map to zero or many output pairs.<br><br>The Hadoop MapReduce framework spawns one map task for each InputSplit generated by the InputFormat for the job.<br><br>Source: https://hadoop.apache.org/docs/stable/hadoop-mapreduce-client/hadoop-mapreduce-client-core/MapReduceTutorial.html. |

███████████████████████████████

| U.S. Patent No. 7,257,582 (Claim 1) | |
| :---: | :---: |
| **Claim 1** | **Example American Count 6 Systems and Services** |
| | **Data Compression**<br><br>Hadoop MapReduce provides facilities for the application-writer to specify compression for both intermediate map-outputs and the job-outputs i.e. output of the reduces. It also comes bundled with CompressionCodec implementation for the zlib ↗ compression algorithm. The gzip ↗, bzip2 ↗, snappy ↗, and lz4 ↗ file format are also supported.<br><br>Source: https://hadoop.apache.org/docs/stable/hadoop-mapreduce-client/hadoop-mapreduce-client-core/MapReduceTutorial.html.<br><br>On information and belief, MapReduce InputSplit length is measured in bytes and InputSplit has storage locations. MapReduce uses storage locations to place map tasks close InputSplit's data. Map tasks are generally processed in the order of the size of the splits so larger jobs are processed first.<br><br>Sources: https://data-flair.training/blogs/hadoop-optimization/; https://data-flair.training/blogs/inputsplit-in-hadoop-mapreduce/.<br><br>*See also* org.apache.hadoop.mapreduce.JobSubmitter.java at lines 589-606; org.apache.hadoop.mapreduce.v2.app.job.impl.JobImpl.java at lines 1544-1561. |
| (d) thereafter repeating step (c) in at least some of the subtask processors each with another unprocessed partition on a first-come/first-served basis; and | On information and belief, the American Count 6 Systems and Services practice repeating step (c) in at least some of the subtask processors each with another unprocessed partition on a first-come/first-served basis.<br><br>On information and belief, Hadoop includes a FIFO scheduler. Each mapper processes an InputSplit at a time. For example, a mapper processes one line of the word count application at a time. |

14

████████████████████████████████████████████████

| U.S. Patent No. 7,257,582 (Claim 1) | |
|---|---|
| **Claim 1** | **Example American Count 6 Systems and Services** |
| | **Overview**<br><br>⊡ **Overview**<br><br>The Yarn scheduler is a fertile area of interest with different implementations, e.g., Fifo, Capacity and Fair schedulers. Meanwhile, several optimizations are also made to improve scheduler performance for different scenarios and workload. Each scheduler algorithm has its own set of features, and drives scheduling decisions by many factors, such as fairness, capacity guarantee, resource availability, etc. It is very important to evaluate a scheduler algorithm very well before we deploy in a production cluster. Unfortunately, currently it is non-trivial to evaluate a scheduler algorithm. Evaluating in a real cluster is always time and cost consuming, and it is also very hard to find a large-enough cluster. Hence, a simulator which can predict how well a scheduler algorithm for some specific workload would be quite useful.<br><br>Source: https://hadoop.apache.org/docs/r2.9.2/hadoop-sls/SchedulerLoadSimulator.html.<br><br>**Example: WordCount v1.0**<br><br>Before we jump into the details, lets walk through an example MapReduce application to get a flavour for how they work.<br><br>WordCount is a simple application that counts the number of occurrences of each word in a given input set.<br><br>Source: https://hadoop.apache.org/docs/stable/hadoop-mapreduce-client/hadoop-mapreduce-client-core/MapReduceTutorial.html. |

15

| U.S. Patent No. 7,257,582 (Claim 1) | |
|---|---|
| **Claim 1** | **Example American Count 6 Systems and Services** |
| | ▣ **Walk-through**<br><br>The WordCount application is quite straight-forward.<br><br><pre>public void map(Object key, Text value, Context context<br>            ) throws IOException, InterruptedException {<br>  StringTokenizer itr = new StringTokenizer(value.toString());<br>  while (itr.hasMoreTokens()) {<br>    word.set(itr.nextToken());<br>    context.write(word, one);<br>  }<br>}</pre><br>The Mapper implementation, via the map method, processes one line at a time, as provided by the specified TextInputFormat. It then splits the line into tokens separated by whitespaces, via the StringTokenizer, and emits a key-value pair of < <word>, 1>.<br><br>Source: https://hadoop.apache.org/docs/stable/hadoop-mapreduce-client/hadoop-mapreduce-client-core/MapReduceTutorial.html. |

16

| U.S. Patent No. 7,257,582 (Claim 1) | |
|---|---|
| **Claim 1** | **Example American Count 6 Systems and Services** |
| | <br><br>Source: https://hadoop.apache.org/docs/stable/hadoop-mapreduce-client/hadoop-mapreduce-client-core/MapReduceTutorial.html. |

17

| U.S. Patent No. 7,257,582 (Claim 1) | |
|---|---|
| **Claim 1** | **Example American Count 6 Systems and Services** |
| | WordCount also specifies a combiner. Hence, the output of each map is passed through the local combiner (which is same as the Reducer as per the job configuration) for local aggregation, after being sorted on the *keys*.<br><br>The output of the first map:<br><br>```\n< Bye, 1>\n< Hello, 1>\n< World, 2>\n```<br><br>The output of the second map:<br><br>```\n< Goodbye, 1>\n< Hadoop, 2>\n< Hello, 1>\n```<br><br>Source: https://hadoop.apache.org/docs/stable/hadoop-mapreduce-client/hadoop-mapreduce-client-core/MapReduceTutorial.html.<br><br>On information and belief, MapReduce InputSplit length is measured in bytes and InputSplit has storage locations. MapReduce uses storage locations to place map tasks close InputSplit's data. Map tasks are generally processed in the order of the size of the splits so larger jobs are processed first.<br><br>Sources: https://data-flair.training/blogs/hadoop-optimization/; https://data-flair.training/blogs/inputsplit-in-hadoop-mapreduce/.<br><br>*See also* org.apache.hadoop.mapreduce.JobSubmitter.java at lines 589-606; org.apache.hadoop.mapreduce.v2.app.job.impl.JobImpl.java at lines 1544-1561. |

18

| U.S. Patent No. 7,257,582 (Claim 1) | |
|---|---|
| **Claim 1** | **Example American Count 6 Systems and Services** |
| (e) generating at least one output combining all of the subtask outputs and reflecting the processing of all of said subtasks. | On information and belief, the American Count 6 Systems and Services practice generating at least one output combining all of the subtask outputs and reflecting the processing of all of said subtasks.<br><br>On information and belief, intermediate values are grouped by the Hadoop framework and passed to a Reducer to determine the final output.<br><br>**Mapper**<br><br>Mapper maps input key/value pairs to a set of intermediate key/value pairs.<br><br>Maps are the individual tasks that transform input records into intermediate records. The transformed intermediate records do not need to be of the same type as the input records. A given input pair may map to zero or many output pairs.<br><br>The Hadoop MapReduce framework spawns one map task for each InputSplit generated by the InputFormat for the job.<br><br>Source: https://hadoop.apache.org/docs/stable/hadoop-mapreduce-client/hadoop-mapreduce-client-core/MapReduceTutorial.html.<br><br>All intermediate values associated with a given output key are subsequently grouped by the framework, and passed to the Reducer(s) to determine the final output. Users can control the grouping by specifying a Comparator via Job.setGroupingComparatorClass(Class).<br><br>Source: https://hadoop.apache.org/docs/stable/hadoop-mapreduce-client/hadoop-mapreduce-client-core/MapReduceTutorial.html.<br><br>The Mapper outputs are sorted and then partitioned per Reducer. The total number of partitions is the same as the number of reduce tasks for the job. Users can control which keys (and hence records) go to which Reducer by implementing a custom Partitioner.<br><br>Source: https://hadoop.apache.org/docs/stable/hadoop-mapreduce-client/hadoop-mapreduce-client-core/MapReduceTutorial.html.<br><br>**Data Compression**<br><br>Hadoop MapReduce provides facilities for the application-writer to specify compression for both intermediate map-outputs and the job-outputs i.e. output of the reduces. It also comes bundled with CompressionCodec implementation for the zlib compression algorithm. The gzip, bzip2, snappy, and lz4 file format are also supported. |

19

| U.S. Patent No. 7,257,582 (Claim 1) | |
|---|---|
| **Claim 1** | **Example American Count 6 Systems and Services** |
| | Source:      https://hadoop.apache.org/docs/stable/hadoop-mapreduce-client/hadoop-mapreduce-client-core/MapReduceTutorial.html.<br><br>On information and belief, the Reducer reduces a set of intermediate values to a smaller output.<br><br>**Reducer**<br><br>Reducer reduces a set of intermediate values which share a key to a smaller set of values.<br><br>Source:      https://hadoop.apache.org/docs/stable/hadoop-mapreduce-client/hadoop-mapreduce-client-core/MapReduceTutorial.html.<br><br>The Reducer implementation, via the reduce method just sums up the values, which are the occurrence counts for each key (i.e. words in this example).<br><br>Source:      https://hadoop.apache.org/docs/stable/hadoop-mapreduce-client/hadoop-mapreduce-client-core/MapReduceTutorial.html. |

20

███████████████████████████████

| U.S. Patent No. 7,257,582 (Claim 1) | |
| --- | --- |
| **Claim 1** | **Example American Count 6 Systems and Services** |
| |  |

| U.S. Patent No. 7,257,582 (Claim 1) | |
| --- | --- |
| **Claim 1** | **Example American Count 6 Systems and Services** |
| | Source: https://hadoop.apache.org/docs/stable/hadoop-mapreduce-client/hadoop-mapreduce-client-core/MapReduceTutorial.html. |

| U.S. Patent No. 7,257,582 (Claim 2) | |
| --- | --- |
| **Claim 2** | **Example American Count 6 Systems and Services** |
| 2. The method defined in claim 1 wherein the automatic determination of file allocation and logical subdivision of records of said input file into said plurality of partitions in step (a) and the distribution of the description of all of said partitions in step (b) is carried out with at least one further processor in addition to the subtask processors. | On information and belief, the American Count 6 Systems and Services practice the method of claim 1. *See* claim 1. On information and belief, the American Count 6 Systems and Services further practice the automatic determination of file allocation and logical subdivision of records of said input file into said plurality of partitions in step (a) and the distribution of the description of all of said partitions in step (b) is carried out with at least one further processor in addition to the subtask processors. <br><br> On information and belief, Hadoop's InputFormat describes the input-specification for a MapReduce job. The input file is logically split into multiple InputSplit instances that represent data that presents a byte oriented view of the input. A recordreader converts the byte oriented view of the data to a record oriented view and presents it to a mapper. Mappers run inside a compute node. Each input file can be subdivided into multiple partitions and carried out on additional subtask processors. |

| U.S. Patent No. 7,257,582 (Claim 2) | |
|---|---|
| **Claim 2** | **Example American Count 6 Systems and Services** |
| | ⊡ **Job Input**<br><br>InputFormat describes the input-specification for a MapReduce job.<br><br>The MapReduce framework relies on the InputFormat of the job to:<br><br>1. Validate the input-specification of the job.<br><br>2. Split-up the input file(s) into logical InputSplit instances, each of which is then assigned to an individual Mapper.<br><br>3. Provide the RecordReader implementation used to glean input records from the logical InputSplit for processing by the Mapper.<br><br>The default behavior of file-based InputFormat implementations, typically sub-classes of FileInputFormat, is to split the input into *logical* InputSplit instances based on the total size, in bytes, of the input files. However, the FileSystem blocksize of the input files is treated as an upper bound for input splits. A lower bound on the split size can be set via mapreduce.input.fileinputformat.split.minsize.<br><br>Clearly, logical splits based on input-size is insufficient for many applications since record boundaries must be respected. In such cases, the application should implement a RecordReader, who is responsible for respecting record-boundaries and presents a record-oriented view of the logical InputSplit to the individual task.<br><br>Source: https://hadoop.apache.org/docs/stable/hadoop-mapreduce-client/hadoop-mapreduce-client-core/MapReduceTutorial.html.<br><br>Typically the compute nodes and the storage nodes are the same, that is, the MapReduce framework and the Hadoop Distributed File System (see HDFS Architecture Guide) are running on the same set of nodes. This configuration allows the framework to effectively schedule tasks on the nodes where data is already present, resulting in very high aggregate bandwidth across the cluster.<br><br>Source: https://hadoop.apache.org/docs/stable/hadoop-mapreduce-client/hadoop-mapreduce-client-core/MapReduceTutorial.html. |

23

| U.S. Patent No. 7,257,582 (Claim 2) | |
|---|---|
| **Claim 2** | **Example American Count 6 Systems and Services** |
| | ☐ **Job Input**<br><br>InputFormat describes the input-specification for a MapReduce job.<br><br>The MapReduce framework relies on the InputFormat of the job to:<br><br>1. Validate the input-specification of the job.<br><br>2. Split-up the input file(s) into logical InputSplit instances, each of which is then assigned to an individual Mapper.<br><br>3. Provide the RecordReader implementation used to glean input records from the logical InputSplit for processing by the Mapper.<br><br>Source: https://hadoop.apache.org/docs/stable/hadoop-mapreduce-client/hadoop-mapreduce-client-core/MapReduceTutorial.html.<br><br>If TextInputFormat is the InputFormat for a given job, the framework detects input-files with the *.gz* extensions and automatically decompresses them using the appropriate CompressionCodec. However, it must be noted that compressed files with the above extensions cannot be *split* and each compressed file is processed in its entirety by a single mapper.<br><br>**InputSplit**<br><br>InputSplit represents the data to be processed by an individual Mapper.<br><br>Typically InputSplit presents a byte-oriented view of the input, and it is the responsibility of RecordReader to process and present a record-oriented view.<br><br>FileSplit is the default InputSplit. It sets mapreduce.map.input.file to the path of the input file for the logical split.<br><br>**RecordReader**<br><br>RecordReader reads <key, value> pairs from an InputSplit.<br><br>Typically the RecordReader converts the byte-oriented view of the input, provided by the InputSplit, and presents a record-oriented to the Mapper implementations for processing. RecordReader thus assumes the responsibility of processing record boundaries and presents the tasks with keys and values.<br><br>Source: https://hadoop.apache.org/docs/stable/hadoop-mapreduce-client/hadoop-mapreduce-client-core/MapReduceTutorial.html. |

24

| U.S. Patent No. 7,257,582 (Claim 2) | |
|---|---|
| **Claim 2** | **Example American Count 6 Systems and Services** |
| | <br><br>Source: https://hadoop.apache.org/docs/stable/hadoop-project-dist/hadoop-hdfs/HdfsDesign.html. |

25

| U.S. Patent No. 7,257,582 (Claim 2) | |
| --- | --- |
| **Claim 2** | **Example American Count 6 Systems and Services** |
| | # How MapReduce works<br><br>MapReduce helps chunk data processing projects into smaller pieces so they can run faster.<br><br>Using one processor to analyze a huge file with terabytes or petabytes of data might, for example, take 10 hours. A MapReduce job can split that same data file into 10 tasks that run in parallel on 10 processors. This job might only take an hour or less to run. The data can be aggregated from the distributed computing nodes to produce a result.<br><br>Source: https://www.ibm.com/think/topics/mapreduce (Last accessed on 3/28/2025). |

| U.S. Patent No. 7,257,582 (Claim 2) | |
| --- | --- |
| **Claim 2** | **Example American Count 6 Systems and Services** |
| | **3.1 Cluster Configuration** <br><br> MapReduce is commonly implemented on a cluster of commodity hardware, which is characterised by an assembly of cost-effective, widely available systems networked together to form a powerful collective computing resource. <br><br> • **Hardware Specifications:** The individual nodes in a MapReduce cluster are typically equipped with components that optimise processing and storage capabilities without incurring high costs. Standard processors are used to perform computations efficiently, while adequate RAM supports rapid data access and manipulation during processing tasks. Additionally, these nodes often contain multiple hard drives, which not only provide substantial local data storage but also facilitate fast access speeds. Local storage is crucial for reducing data access times and for storing intermediate results during the MapReduce tasks, enhancing overall task execution speed. <br><br> Source: https://medium.com/@zbabar/parallel-data-processing-using-mapreduce-5e23412de082 (Last accessed on 3/28/2025). |

████████████████████████████████████████

| U.S. Patent No. 7,257,582 (Claim 2) | |
|---|---|
| **Claim 2** | **Example American Count 6 Systems and Services** |
| | **5.2 Resource Allocation** <br><br> In MapReduce frameworks, administrators have the capability to configure the specific amount of memory and CPU resources allocated to each map and reduce tasks. This granular level of control enables optimization of resource usage tailored to the demands of specific tasks. By setting these parameters, administrators can prevent overutilization or underutilization of resources, which can lead to bottlenecks or wasted capacity, respectively. Furthermore, the MapReduce framework is designed to distribute tasks across the cluster in a manner that avoids overloading any single node while keeping other nodes from remaining idle. This balance is achieved through sophisticated scheduling algorithms that consider the current load and resource availability on each node. MapReduce ensures that all parts of the cluster contribute equally to the data processing efforts by evenly distributing tasks based on node capacity. <br><br> Source: https://medium.com/@zbabar/parallel-data-processing-using-mapreduce-5e23412de082 (Last accessed on 3/28/2025). <br><br> From https://hadoop.apache.org/docs/stable/hadoop-mapreduce-client/hadoop-mapreduce-client-core/MapReduceTutorial.html <br><br> Hadoop includes a resource manager that is involved in scheduling jobs and determining splits. <br><br> The MapReduce framework consists of a single master ResourceManager, one worker NodeManager per cluster-node, and MRAppMaster per application (see YARN Architecture Guide). <br><br> Minimally, applications specify the input/output locations and supply *map* and *reduce* functions via implementations of appropriate interfaces and/or abstract-classes. These, and other job parameters, comprise the *job configuration*. <br><br> The Hadoop *job client* then submits the job (jar/executable etc.) and configuration to the ResourceManager which then assumes the responsibility of distributing the software/configuration to the workers, scheduling tasks and monitoring them, providing status and diagnostic information to the job-client. <br><br> Source: https://hadoop.apache.org/docs/stable/hadoop-mapreduce-client/hadoop-mapreduce-client- |

| U.S. Patent No. 7,257,582 (Claim 2) | |
|---|---|
| **Claim 2** | **Example American Count 6 Systems and Services** |
| | core/MapReduceTutorial.html.<br><br>**Job Submission and Monitoring**<br><br>Job is the primary interface by which user-job interacts with the `ResourceManager`.<br><br>Job provides facilities to submit jobs, track their progress, access component-tasks' reports and logs, get the MapReduce cluster's status information and so on.<br><br>The job submission process involves:<br><br>1. Checking the input and output specifications of the job.<br>2. Computing the InputSplit values for the job.<br>3. Setting up the requisite accounting information for the `DistributedCache` of the job, if necessary.<br>4. Copying the job's jar and configuration to the MapReduce system directory on the `FileSystem`.<br>5. Submitting the job to the `ResourceManager` and optionally monitoring it's status.<br><br>Job history files are also logged to user specified directory mapreduce.jobhistory.intermediate-done-dir and mapreduce.jobhistory.done-dir, which defaults to job output directory.<br><br>User can view the history logs summary in specified directory using the following command $ mapred job -history output.jhist This command will print job details, failed and killed tip details. More details about the job such as successful tasks and task attempts made for each task can be viewed using the following command $ mapred job -history all output.jhist<br><br>Normally the user uses Job to create the application, describe various facets of the job, submit the job, and monitor its progress.<br><br>Source: https://hadoop.apache.org/docs/stable/hadoop-mapreduce-client/hadoop-mapreduce-client-core/MapReduceTutorial.html. |

| U.S. Patent No. 7,257,582 (Claim 5) | |
|---|---|
| **Claim 5** | **Example American Count 6 Systems and Services** |
| 5. The method defined in claim 1 wherein the output in step (e) is an accumulation of output records from said subtasks in an arbitrary order. | On information and belief, the American Count 6 Systems and Services practice the method of claim 1. *See* claim 1. On information and belief, the American Count 6 Systems and Services further practice the output in step (e) is an accumulation of output records from said subtasks in an arbitrary order.<br><br>On information and belief, intermediate values are grouped by the Hadoop framework and passed to a Reducer to determine the final output, where the output is gathered based on subtasks in an arbitrary or non-sequential order. |

29

| U.S. Patent No. 7,257,582 (Claim 5) | |
|---|---|
| **Claim 5** | **Example American Count 6 Systems and Services** |
| | **Mapper**<br><br>Mapper maps input key/value pairs to a set of intermediate key/value pairs.<br><br>Maps are the individual tasks that transform input records into intermediate records. The transformed intermediate records do not need to be of the same type as the input records. A given input pair may map to zero or many output pairs.<br><br>The Hadoop MapReduce framework spawns one map task for each InputSplit generated by the InputFormat for the job.<br><br>Source: https://hadoop.apache.org/docs/stable/hadoop-mapreduce-client/hadoop-mapreduce-client-core/MapReduceTutorial.html.<br><br>All intermediate values associated with a given output key are subsequently grouped by the framework, and passed to the Reducer(s) to determine the final output. Users can control the grouping by specifying a Comparator via Job.setGroupingComparatorClass(Class).<br><br>Source: https://hadoop.apache.org/docs/stable/hadoop-mapreduce-client/hadoop-mapreduce-client-core/MapReduceTutorial.html.<br><br>The Mapper outputs are sorted and then partitioned per Reducer. The total number of partitions is the same as the number of reduce tasks for the job. Users can control which keys (and hence records) go to which Reducer by implementing a custom Partitioner.<br><br>Source: https://hadoop.apache.org/docs/stable/hadoop-mapreduce-client/hadoop-mapreduce-client-core/MapReduceTutorial.html.<br><br>**Data Compression**<br><br>Hadoop MapReduce provides facilities for the application-writer to specify compression for both intermediate map-outputs and the job-outputs i.e. output of the reduces. It also comes bundled with CompressionCodec implementation for the zlib ⤤ compression algorithm. The gzip ⤤, bzip2 ⤤, snappy ⤤, and lz4 ⤤ file format are also supported.<br><br>Source:    https://hadoop.apache.org/docs/stable/hadoop-mapreduce-client/hadoop-mapreduce-client-core/MapReduceTutorial.html.<br><br>On information and belief, the Reducer reduces a set of intermediate values to a smaller output. |

30

████████████████████████████████████████████

| U.S. Patent No. 7,257,582 (Claim 5) | |
|---|---|
| **Claim 5** | **Example American Count 6 Systems and Services** |
| | **Reducer**<br><br>Reducer reduces a set of intermediate values which share a key to a smaller set of values.<br><br>Source:    https://hadoop.apache.org/docs/stable/hadoop-mapreduce-client/hadoop-mapreduce-client-core/MapReduceTutorial.html.<br><br>The Reducer implementation, via the reduce method just sums up the values, which are the occurrence counts for each key (i.e. words in this example).<br><br>Source:    https://hadoop.apache.org/docs/stable/hadoop-mapreduce-client/hadoop-mapreduce-client-core/MapReduceTutorial.html.<br><br>WordCount also specifies a combiner. Hence, the output of each map is passed through the local combiner (which is same as the Reducer as per the job configuration) for local aggregation, after being sorted on the *keys*.<br><br>The output of the first map:<br><br>`< Bye, 1>`<br>`< Hello, 1>`<br>`< World, 2>`<br><br>The output of the second map:<br><br>`< Goodbye, 1>`<br>`< Hadoop, 2>`<br>`< Hello, 1>`<br><br>Source: https://hadoop.apache.org/docs/stable/hadoop-mapreduce-client/hadoop-mapreduce-client- |

| U.S. Patent No. 7,257,582 (Claim 5) |
| :-- |

| Claim 5 | Example American Count 6 Systems and Services |
| :--: | :--: |
| | core/MapReduceTutorial.html.<br><br>Thus the output of the job is:<br><br>```<br>< Bye, 1><br>< Goodbye, 1><br>< Hadoop, 2><br>< Hello, 2><br>< World, 2><br>```<br><br>Source: https://hadoop.apache.org/docs/stable/hadoop-mapreduce-client/hadoop-mapreduce-client-core/MapReduceTutorial.html. |

| U.S. Patent No. 7,257,582 (Claim 7) |
| :-- |

| Claim 7 | Example American Count 6 Systems and Services |
| :--: | :--: |
| 7. The method defined in claim 1 wherein said input file resides on a network-attached storage and is derived therefrom. | On information and belief, the American Count 6 Systems and Services practice the method of claim 1. *See* claim 1. On information and belief, the American Count 6 Systems and Services further practice the input file resides on a network-attached storage and is derived therefrom.<br><br>On information and belief, Hadoop includes functionality for receiving input input-specification for a MapReduce job. The input file is logically split into multiple InputSplit instances. |

32

| U.S. Patent No. 7,257,582 (Claim 7) | |
|---|---|
| **Claim 7** | **Example American Count 6 Systems and Services** |
| | **Job Input**<br><br>`InputFormat` describes the input-specification for a MapReduce job.<br><br>The MapReduce framework relies on the `InputFormat` of the job to:<br><br>1. Validate the input-specification of the job.<br><br>2. Split-up the input file(s) into logical `InputSplit` instances, each of which is then assigned to an individual `Mapper`.<br><br>3. Provide the `RecordReader` implementation used to glean input records from the logical `InputSplit` for processing by the `Mapper`.<br><br>The default behavior of file-based `InputFormat` implementations, typically sub-classes of `FileInputFormat`, is to split the input into *logical* `InputSplit` instances based on the total size, in bytes, of the input files. However, the `FileSystem` blocksize of the input files is treated as an upper bound for input splits. A lower bound on the split size can be set via `mapreduce.input.fileinputformat.split.minsize`.<br><br>Clearly, logical splits based on input-size is insufficient for many applications since record boundaries must be respected. In such cases, the application should implement a `RecordReader`, who is responsible for respecting record-boundaries and presents a record-oriented view of the logical `InputSplit` to the individual task.<br><br>Source: https://hadoop.apache.org/docs/stable/hadoop-mapreduce-client/hadoop-mapreduce-client-core/MapReduceTutorial.html.<br><br>On information and belief, the source of input to Hadoop can exist within network-storage, particularly for cloud uses as implemented by American, including for streaming use cases.<br><br>**Class** `FSDataInputStream extends DataInputStream`<br><br>The core behavior of `FSDataInputStream` is defined by `java.io.DataInputStream`, with extensions that add key assumptions to the system.<br><br>1. The source is a local or remote filesystem.<br>2. The stream being read references a finite array of bytes.<br>3. The length of the data does not change during the read process.<br>4. The contents of the data does not change during the process.<br>5. The source file remains present during the read process.<br>6. Callers may use `Seekable.seek()` to offsets within the array of bytes, with future reads starting at this offset.<br>7. The cost of forward and backward seeks is low.<br>8. There is no requirement for the stream implementation to be thread-safe.<br>9. BUT, if a stream implements `PositionedReadable`, "positioned reads" MUST be thread-safe.<br><br>Source: https://hadoop.apache.org/docs/r1.2.1/mapred_tutorial.html (Last accessed on 3/28/2025). |

33

| U.S. Patent No. 7,257,582 (Claim 7) | |
|---|---|
| **Claim 7** | **Example American Count 6 Systems and Services** |
| | **How Streaming Works**<br><br>In the above example, both the mapper and the reducer are executables that read the input from stdin (line by line) and emit the output to stdout. The utility will create a Map/Reduce job, submit the job to an appropriate cluster, and monitor the progress of the job until it completes.<br><br>Source: https://hadoop.apache.org/docs/r1.2.1/streaming.html (Last accessed on 3/28/2025). |

34