# EXHIBIT 39

**Exhibit 1 to**
**Intellectual Ventures I LLC's and Intellectual Ventures II LLC's**
**Supplemental Infringement Contentions**

■■■■■■■■■■■■■■■■■■■■■

**Infringement Claim Chart of**
**U.S. Patent No. 7,712,080 ("the '080 Patent" or "Asserted Patent")**

The Accused Systems and Services include without limitation American systems and services that utilize Spark and/or PySpark; all past, current, and future systems and services that operate in the same or substantially similar manner as the specifically identified systems and services; and all past, current, and future American systems and services that have the same or substantially similar features as the specifically identified systems and services ("Example American Count VII Systems and Services" or "American Systems and Services").[1] On information and belief, as shown below, American's use of Spark and/or PySpark occurred at least during the period of six-years prior to the filing of the complaint.

On information and belief, American Systems and Services directly infringes the asserted claims of the Asserted Patent through at least making and using its various systems. American also is a direct infringer through use via testing the claimed system. With regards to making the accused system, to the extent American utilizes a non-licensed public cloud provider, American directs and controls and derives the beneficial use of making/using the claimed system. On information and belief, American also directly infringes the asserted claims of the Asserted Patent by selling and offering to sell the American Systems and Services through American's various offering's to its customers. On information and belief, American also indirectly infringes the Asserted Patent through direct infringement of American customer's infringement that utilize American's offerings and American Systems and Services. American induces the direct infringement through its customers use of American's Systems and Services. American provides instructions on how to use its various offerings, the use of which results in the performance of the Asserted Patent claims.

On information and belief, the American Systems and Services use Spark in public and/or private cloud(s). For example, American posts, or has posted, job opportunities that require familiarity with Spark technology.

- Example of a Senior Java Full Stack Developer at American Airlines whose position mentions data transformation and streaming development via Spark. https://www.linkedin.com/in/rohitha-m6363/. (Last accessed on 9/19/24).

---

[1] Plaintiffs do not accuse the public clouds of Defendant, to the extent those services are provided by a cloud provider with a license to Plaintiffs' patents that covers Defendant's activities. ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

2

- Example of a Big Data Engineer at American Airlines whose position mentions the use of Spark. https://www.linkedin.com/in/krishna-karthika-katragadda-149786306/. (Last accessed on 9/19/24).
- Example of a Senior Data Engineer at American Airlines whose position mentions analyzing and developing programs, writing programs, and developing jobs via Spark. https://www.linkedin.com/in/sriram1993/. (Last accessed on 9/19/24).
- Example of a Senior Data Engineer at American Airlines whose position mentions the use of Spark. https://www.linkedin.com/in/madhu-sudhan-reddy-y-b3897b129/. (Last accessed on 9/19/24).
- Example of a Data Engineer at American Airlines whose position mentions the use of Spark. https://www.linkedin.com/in/ashish-n-013372287/. (Last accessed on 9/19/24).
- Example of Analyst/Sr Analyst, Safety Data Analytics Job Listing at American Airlines which mentions use of Spark. https://jobs.aa.com/job/AnalystSr-Analyst%2C-Safety-Data-Analytics/74823-en_US. (Last accessed on 9/19/24).

As another example, American has announced cloud migration of legacy technology and efforts to modernize its mainframes and servers. Source: https://dxc.com/sg/en/insights/customer-stories/american-airlines-cloud-data-automation. American continues to use private cloud for at least certain applications. Source: https://www.techtarget.com/searchdatamanagement/feature/American-Airlines-lowers-data-management-costs-with-Intel ("American Airlines' initial target for cost optimization was Azure Data Lake, according to Vijay Premkumar, senior manager of public and *private cloud* at the airline.") (emphasis added).[2]

On information and belief, other information confirms American uses Spark technology.

---

[2] Unless otherwise noted, all sources cited in this document were publicly accessible as of the date of the Amended Complaint.

3

**American Airlines**

American Airlines' purpose is to care for people on life's journey, and its commitment to delivering exceptional service and operational reliability is unwavering. Leveraging the Databricks Data Intelligence Platform, American aimed to reduce the number of mishandled bags during transfers by analyzing datasets and automating the baggage handling process. The result was an impressive improvement in processing performance, significantly reducing the number of misplaced bags and enhancing the efficiency of baggage handling.

This improvement was made possible by the Next-Generation Stream Processing Engine, Spark Structured Streaming, which powers data streaming on the Databricks Platform. This unified API for batch and stream processing enabled American to centralize data ingestion and facilitate real-time data gathering and reporting — a testament to the power of leveraging technology to drive operational efficiency and deliver exceptional service. American also sought to optimize staffing efficiencies by enhancing operational processes overseen by assigned baggage-running allocators. The Databricks Data Intelligence Platform was utilized to streamline data ingestion, storage, and access — enhancing analysis and reporting, reducing manual interventions, and improving productivity.

Source: https://www.databricks.com/blog/disrupting-status-quo-through-data-and-ai-celebrating-2024-data-team-disruptor-award-nominees.

This article describes how Apache Spark is related to Databricks and the Databricks Data Intelligence Platform.

Apache Spark is at the heart of the Databricks platform and is the technology powering compute clusters and SQL warehouses. Databricks is an optimized platform for Apache Spark, providing an efficient and simple platform for running Apache Spark workloads.

Source: https://docs.databricks.com/en/spark/index.html.

4



**Sponsored by: Striim | Powering a Delightful Travel Experience with a Real-Time Operational Data Hub**

**Databricks**
117K subscribers

Subscribe

👍 3 | 👎   ⤴ Share   🔖 Save   ···

409 views  Jul 26, 2023  SAN FRANCISCO
American Airlines champions operational excellence in airline operations to provide the most delightful experience to our customers with on-time flights and meticulously maintained aircraft. To modernize and scale technical operations with real-time, data-driven processes, we delivered a DataHub that connects data from multiple sources and delivers it to analytics engines and systems of engagement in real-time. This enables operational teams to use any kind of aircraft data from almost any source imaginable and turn it into meaningful and actionable insights with speed and ease. This empowers maintenance hubs to choose the best service and determine the most effective ways to utilize resources that can impact maintenance outcomes and costs. The end-product is a smooth and scalable operation that results in a better experience for travelers. In this session, you will learn how we combine an operational data store (MongoDB) and a fully managed streaming engine (Striim) to enable analytics teams using Databricks with real-time operational data.

Source: https://www.youtube.com/watch?v=NmdBiO_U7rA.

# Databricks Performance Optimization

In this course, you'll learn how to optimize workloads and physical layout with Spark and Delta Lake and and analyze the Spark UI to assess performance and debug applications. We'll cover topics like streaming, liquid clustering, data skipping, caching, photons, and more.
**Note**: This course is part of the 'Advanced Data Engineering with Databricks' course series.

Source: https://www.databricks.com/training/catalog/databricks-performance-optimization-1809.

5

| U.S. Patent No. 7,712,080 (Claims 1, 3-6, 9, 17, 18) | |
|---|---|
| **Patent Claim** | **Example American Count VII Systems and Services** |
| [1.pre] A method of developing a distributed parallel computing program, comprising steps of: | To the extent this preamble is limiting, on information and belief, the American Count VII Systems and Services practice a method for a distributed parallel computing system. <br><br> For example, Spark consists of a distributed parallel computing system having multiple memory and processors. <br><br> ## Overview <br><br> At a high level, every Spark application consists of a *driver program* that runs the user's `main` function and executes various *parallel operations* on a cluster. The main abstraction Spark provides is a *resilient distributed dataset* (RDD), which is a collection of elements partitioned across the nodes of the cluster that can be operated on in parallel. RDDs are created by starting with a file in the Hadoop file system (or any other Hadoop-supported file system), or an existing Scala collection in the driver program, and transforming it. Users may also ask Spark to *persist* an RDD in memory, allowing it to be reused efficiently across parallel operations. Finally, RDDs automatically recover from node failures. <br><br> Source: https://spark.apache.org/docs/latest/rdd-programming-guide.html. <br><br> ### Which Storage Level to Choose? <br><br> Spark's storage levels are meant to provide different trade-offs between memory usage and CPU efficiency. We recommend going through the following process to select one: <br><br> • If your RDDs fit comfortably with the default storage level (`MEMORY_ONLY`), leave them that way. This is the most CPU-efficient option, allowing operations on the RDDs to run as fast as possible. <br><br> • If not, try using `MEMORY_ONLY_SER` and selecting a fast serialization library to make the objects much more space-efficient, but still reasonably fast to access. (Java and Scala) <br><br> • Don't spill to disk unless the functions that computed your datasets are expensive, or they filter a large amount of the data. Otherwise, recomputing a partition may be as fast as reading it from disk. <br><br> • Use the replicated storage levels if you want fast fault recovery (e.g. if using Spark to serve requests from a web application). *All* the storage levels provide full fault tolerance by recomputing lost data, but the replicated ones let you continue running tasks on the RDD without waiting to recompute a lost partition. <br><br> Source: https://spark.apache.org/docs/latest/rdd-programming-guide.html. |

| U.S. Patent No. 7,712,080 (Claims 1, 3-6, 9, 17, 18) | |
|---|---|
| **Patent Claim** | **Example American Count VII Systems and Services** |
| | **Worker Node(s)**<br><br>Worker nodes form the *"distributed"* part of the cluster. These nodes come in all shapes and sizes and don't always have to be the same to join a cluster, they can vary in size and performance. Although, having worker nodes which perform equally, can be a benefit when investigating performance bottlenecks further down the line. So, it's something to bear in mind.<br><br><br><br>Worker Node Step by Step (created by Luke Thorp)<br><br>Source: https://towardsdatascience.com/apache-spark-multi-part-series-spark-architecture-461d81e24010.<br><br>*See also* claim preamble [9.pre]. |
| [1.a] establishing at least one distributed shared variable, wherein the at least one distributed shared variable is a single variable that includes | On information and belief, the American Count VII Systems and Services practice establishing at least one distributed shared variable, wherein the at least one distributed shared variable is a single variable that includes several variables that may be physically distributed across multiple memories. |

7

| U.S. Patent No. 7,712,080 (Claims 1, 3-6, 9, 17, 18) | |
|---|---|
| **Patent Claim** | **Example American Count VII Systems and Services** |
| several variables that may be physically distributed across multiple memories; | For example, Spark collects large volumes of data and distributes the data across multiple nodes. Spark automatically partitions the data into Resilient Distributed Datasets (RDDs) that operate in parallel. The RDDs are partitioned across multiple nodes and processed across at least one memory area. <br><br> ## Resilient Distributed Datasets (RDDs) 🔗 <br><br> Spark revolves around the concept of a *resilient distributed dataset* (RDD), which is a fault-tolerant collection of elements that can be operated on in parallel. There are two ways to create RDDs: *parallelizing* an existing collection in your driver program, or referencing a dataset in an external storage system, such as a shared filesystem, HDFS, HBase, or any data source offering a Hadoop InputFormat. <br><br> Source: https://spark.apache.org/docs/latest/rdd-programming-guide.html. <br><br> **RDDs — Partitions** <br><br> • RDDs are designed to contain huge amounts of data , that cannot fit onto one single machine → hence, the data has to be partitioned across multiple machines/nodes <br><br> • Spark automatically partitions RDDs and distributes the partitions across different nodes <br><br> • A partition in spark is an atomic chunk of data stored on a node in the cluster <br><br> • Partitions are basic units of parallelism in Apache Spark <br><br> • RDDs in Apache Spark are collection of partitions <br><br> • Operations on RDDs automatically place tasks into partitions, maintaining the locality of persisted data <br><br> Source: https://blog.k2datascience.com/batch-processing-apache-spark-a67016008167. |

8

| U.S. Patent No. 7,712,080 (Claims 1, 3-6, 9, 17, 18) | |
|---|---|
| **Patent Claim** | **Example American Count VII Systems and Services** |
| | **Parallelism**<br><br>Parallelism in Spark is all about doing multiple things at the same time. The core idea is to divide the data into smaller chunks (partitions), so they can be processed simultaneously. The more partitions you have, the more tasks can run in parallel, leading to faster processing times.<br><br>Source: https://dataengineerinterview.substack.com/p/a-deep-dive-into-apache-spark-partitioning.<br><br>Imagine you have a dataset with 1 million records. If this dataset is divided into 10 partitions, Spark can launch 10 tasks to process each partition simultaneously. If the cluster has sufficient resources, these tasks will run in parallel, speeding up the process. However, if you increase the number of partitions to 100, and assuming your cluster has the resources (like CPU cores) to handle these tasks, Spark can now launch 100 tasks to run concurrently. This dramatically increases parallelism and reduces the total time taken to process the entire dataset.<br><br>Source: https://dataengineerinterview.substack.com/p/a-deep-dive-into-apache-spark-partitioning. |

███████████████████████████████████████████████

| U.S. Patent No. 7,712,080 (Claims 1, 3-6, 9, 17, 18) | |
|---|---|
| **Patent Claim** | **Example American Count VII Systems and Services** |
| | **In-Memory Processing: Spark's Secret Sauce**<br><br>The magic ingredient that sets Apache Spark apart from many other data processing frameworks is its effective utilization of in-memory processing. In-memory processing involves storing and processing data directly in a computer's RAM (Random Access Memory), as opposed to reading and writing data to slower storage devices like hard drives.<br><br>Source: https://medium.com/@harshavardhan7696/unleashing-speed-and-efficiency-in-memory-processing-in-apache-spark-c9e7ccc6460e.<br><br>The RDDs contain variables that allow the nodes to process data in parallel. RDDs are processed using functions and variables that can be used to create other RDDs to further process the data set. |

**In-Memory Computation**

Spark uses in-memory computation as a way to speed up the total processing time. In the in-memory computation, the data is kept in RAM (random access memory) instead of the slower disk drives. This is very helpful as it reduces the cost of memory and allows for pattern detection, analyzes large data more efficiently. Main methods that accompany this are *cache()* and *persist()* methods.

| U.S. Patent No. 7,712,080 (Claims 1, 3-6, 9, 17, 18) ||
|---|---|
| **Patent Claim** | **Example American Count VII Systems and Services** |
| | **RDD Creation**<br><br>Here's an example of RDDs created during a method call:<br><br>Which first loads HDFS blocks in memory and then applies map() function to filter out keys creating two RDDs:<br><br><br><br>Source: https://blog.k2datascience.com/batch-processing-apache-spark-a67016008167. |
| [1.b] developing at least one distributed sequential computing program to access the at least one distributed shared variable; and | On information and belief, the American Count VII Systems and Services practice developing at least one distributed sequential computing program to access the at least one distributed shared variable.<br><br>For example, Spark contains a driver program that is configured to operate in the at least one processor and is configured to access the RDDs. Spark jobs are authored in programming languages such as Java, Scala, and Python, and Spark is configured to access the at least one distributed shared variable (RDDs) through the access of RDDs by a Spark job. |

11

| U.S. Patent No. 7,712,080 (Claims 1, 3-6, 9, 17, 18) | |
|---|---|
| **Patent Claim** | **Example American Count VII Systems and Services** |
| | **Spark Overview**<br><br>Apache Spark is a fast and general-purpose cluster computing system. It provides high-level APIs in Java, Scala, Python and R, and an optimized engine that supports general execution graphs. It also supports a rich set of higher-level tools including Spark SQL for SQL and structured data processing, MLlib for machine learning, GraphX for graph processing, and Spark Streaming.<br><br>Source: https://archive.apache.org/dist/spark/docs/2.0.1/.<br><br>**Overview**<br><br>At a high level, every Spark application consists of a *driver program* that runs the user's `main` function and executes various *parallel operations* on a cluster. The main abstraction Spark provides is a *resilient distributed dataset* (RDD), which is a collection of elements partitioned across the nodes of the cluster that can be operated on in parallel. RDDs are created by starting with a file in the Hadoop file system (or any other Hadoop-supported file system), or an existing Scala collection in the driver program, and transforming it. Users may also ask Spark to *persist* an RDD in memory, allowing it to be reused efficiently across parallel operations. Finally, RDDs automatically recover from node failures.<br><br>Source: https://spark.apache.org/docs/latest/rdd-programming-guide.html.<br><br>The Spark Execution Model transforms the distributed sequential computing program into a series of stages and sets of parallel tasks that run in parallel on the Spark cluster. This includes Spark tasks operating on a set of RDDs in parallel for a given stage. |

12

| U.S. Patent No. 7,712,080 (Claims 1, 3-6, 9, 17, 18) | |
|---|---|
| **Patent Claim** | **Example American Count VII Systems and Services** |
| | Source: https://blog.k2datascience.com/batch-processing-apache-spark-a67016008167. <br><br> Spark implements shuffle boundaries where stages and/or tasks wait for the prior stage to complete before fetching map outputs. |

13

| U.S. Patent No. 7,712,080 (Claims 1, 3-6, 9, 17, 18) | |
|---|---|
| **Patent Claim** | **Example American Count VII Systems and Services** |
| | DAGScheduler splits up a job into a collection of stages. Each stage contains a sequence of narrow transformations that can be completed without shuffling the entire data set, separated at **shuffle boundaries**, i.e. where shuffle occurs. Stages are thus a result of breaking the RDD graph at shuffle boundaries.<br><br><br><br>Figure 4. Graph of Stages<br><br>Shuffle boundaries introduce a barrier where stages/tasks must wait for the previous stage to finish before they fetch map outputs.<br><br>Source: https://mallikarjuna_g.gitbooks.io/spark/content/spark-dagscheduler-stages.html. |
| [1.c] transforming the at least one distributed sequential computing program into at least one distributed parallel computing program by spawning at least one child distributed sequential computing program from the at least one distributed | On information and belief, the American Count VII Systems and Services practice transforming the at least one distributed sequential computing program into at least one distributed parallel computing program by spawning at least one child distributed sequential computing program from the at least one distributed sequential computing program when at least one intermediate condition occurs within the at least one distributed sequential computing program.<br><br>For example, Spark contains a driver program that is configured to operate in the at least one processor and is configured to access the RDDs. Spark jobs are authored in programming languages such as Java, |

| U.S. Patent No. 7,712,080 (Claims 1, 3-6, 9, 17, 18) | |
|---|---|
| **Patent Claim** | **Example American Count VII Systems and Services** |
| sequential computing program when at least one intermediate condition occurs within the at least one distributed sequential computing program, | Scala, and Python, and Spark is configured to access the at least one distributed shared variable (RDDs) through the access of RDDs by a Spark job.<br><br>**Spark Overview**<br><br>Apache Spark is a fast and general-purpose cluster computing system. It provides high-level APIs in Java, Scala, Python and R, and an optimized engine that supports general execution graphs. It also supports a rich set of higher-level tools including Spark SQL for SQL and structured data processing, MLlib for machine learning, GraphX for graph processing, and Spark Streaming.<br><br>Source: https://archive.apache.org/dist/spark/docs/2.0.1/.<br><br>**Overview**<br><br>At a high level, every Spark application consists of a *driver program* that runs the user's `main` function and executes various *parallel operations* on a cluster. The main abstraction Spark provides is a *resilient distributed dataset* (RDD), which is a collection of elements partitioned across the nodes of the cluster that can be operated on in parallel. RDDs are created by starting with a file in the Hadoop file system (or any other Hadoop-supported file system), or an existing Scala collection in the driver program, and transforming it. Users may also ask Spark to *persist* an RDD in memory, allowing it to be reused efficiently across parallel operations. Finally, RDDs automatically recover from node failures.<br><br>Source: https://spark.apache.org/docs/latest/rdd-programming-guide.html.<br><br>The Spark Execution Model transforms the distributed sequential computing program into a series of stages and sets of parallel tasks that run in parallel on the Spark cluster. This includes Spark tasks operating on a set of RDDs in parallel for a given stage. |

15

| U.S. Patent No. 7,712,080 (Claims 1, 3-6, 9, 17, 18) | |
| :---: | :---: |
| **Patent Claim** | **Example American Count VII Systems and Services** |
| | <br><br>Source: https://blog.k2datascience.com/batch-processing-apache-spark-a67016008167.<br><br>Spark implements shuffle boundaries where stages and/or tasks wait for the prior stage to complete before fetching map outputs. |

| U.S. Patent No. 7,712,080 (Claims 1, 3-6, 9, 17, 18) | |
|---|---|
| **Patent Claim** | **Example American Count VII Systems and Services** |
| | DAGScheduler splits up a job into a collection of stages. Each stage contains a sequence of narrow transformations that can be completed without shuffling the entire data set, separated at **shuffle boundaries**, i.e. where shuffle occurs. Stages are thus a result of breaking the RDD graph at shuffle boundaries.<br><br><br><br>Figure 4. Graph of Stages<br><br>Shuffle boundaries introduce a barrier where stages/tasks must wait for the previous stage to finish before they fetch map outputs.<br><br>Source: https://mallikarjuna_g.gitbooks.io/spark/content/spark-dagscheduler-stages.html. |
| [1.c.i] wherein the at least one distributed parallel computing program concurrently uses the at least one distributed sequential computing program and the at least one spawned child distributed sequential computing program to | On information and belief, the American Count VII Systems and Services practice claim 1, where the at least one distributed parallel computing program concurrently uses the at least one distributed sequential computing program and the at least one spawned child distributed sequential computing program to perform parallel processing and/or operations<br><br>For example, Spark implements a set of tasks running in parallel for a given stage. The distributed parallel computing program includes the Spark job and driver program, as described in this claim chart. The spawned child distributed sequential computing program is the sequential code in a task for a given stage, as described in this claim chart. *See* claim limitations [9.b] and [9.b.i-iii]. |

17

| U.S. Patent No. 7,712,080 (Claims 1, 3-6, 9, 17, 18) | |
| --- | --- |
| **Patent Claim** | **Example American Count VII Systems and Services** |
| perform parallel processing and/or operations, | Source: https://blog.k2datascience.com/batch-processing-apache-spark-a67016008167. |
| [1.c.ii] wherein the at least one intermediate condition comprising one intermediate result that will be required by the at least one spawned child distributed sequential computing program to continue computation. | On information and belief, the American Count VII Systems and Services practice claim 1, where the at least one intermediate condition comprising one intermediate result that will be required by the at least one spawned child distributed sequential computing program to continue computation.<br><br>For example, Spark implements shuffle boundary where stages and/or tasks wait for the prior stage to complete before fetching map outputs. |

██████████████████████████████████████████

| U.S. Patent No. 7,712,080 (Claims 1, 3-6, 9, 17, 18) | |
|---|---|
| **Patent Claim** | **Example American Count VII Systems and Services** |
| | DAGScheduler splits up a job into a collection of stages. Each stage contains a sequence of narrow transformations that can be completed without shuffling the entire data set, separated at **shuffle boundaries**, i.e. where shuffle occurs. Stages are thus a result of breaking the RDD graph at shuffle boundaries.<br><br><br><br>Figure 4. Graph of Stages<br><br>Shuffle boundaries introduce a barrier where stages/tasks must wait for the previous stage to finish before they fetch map outputs.<br><br>Source: https://mallikarjuna_g.gitbooks.io/spark/content/spark-dagscheduler-stages.html. |
| [3]. The method of claim 1, wherein the at least one distributed shared variable is configured to be located among a plurality of memories. | On information and belief, the American Count VII Systems and Services practice claim 1. *See* claim 1. On information and belief, the American Count VII Systems and Services further practice claim 1, where the at least one distributed shared variable is configured to be located among a plurality of memories. |

| U.S. Patent No. 7,712,080 (Claims 1, 3-6, 9, 17, 18) | |
|---|---|
| **Patent Claim** | **Example American Count VII Systems and Services** |
| | 1. Worker nodes are generally stand-alone machines which have hardware like any other. Such as a CPU, memory, disks and a cache. <br><br> 2. As with the driver, for Spark to run on a worker node, we need to ensure that the system has a compatible version of Java installed so that the code can be interpreted in the correct and meaningful way. <br><br> 3. When we have Spark installed on our worker node, our driver node will be able to utilise its cluster management capabilities to map what hardware is available on the worker. <br> The cluster manager will track the number of *"slots"*, which are essentially the number of cores available on the device. These slots are classified as available chucks of compute and they can be provided tasks to complete by the driver node. <br> There is an amount of available memory which is split into two sections, storage memory and working memory. The default ratio of this is 50:50, but this can be changed in the Spark config. <br> Each worker also has a number of disks attached. But I know what you are going to say, Spark works in memory, not disk! However, Spark still needs disks to allocate shuffle partitions (discussed further, later in this article), it also needs space for persistence to disk and also spill to disk. <br><br> 4. Now we have the details of how Driver nodes and Worker nodes are structured, we need to know how that interact and deal with *work*. <br> For this we will create a minimalist version of the diagram to show a worker node and its available slots for work. <br><br> Source: https://towardsdatascience.com/apache-spark-multi-part-series-spark-architecture-461d81e24010. |

20

| U.S. Patent No. 7,712,080 (Claims 1, 3-6, 9, 17, 18) | |
|---|---|
| **Patent Claim** | **Example American Count VII Systems and Services** |
| | **Driver Node**<br><br>The Spark driver is used to orchestrate the whole Spark cluster, this means it will manage the work which is distributed across the cluster as well as what machines are available throughout the cluster lifetime.<br><br><br><br>Driver Node Step by Step (created by Luke Thorp)<br><br>1. The driver node is like any other machine, it has hardware such as a CPU, memory, DISKs and a cache, however, these hardware components are used to host the Spark Program and manage the wider cluster. The driver is the users link, between themselves, and the physical compute required to complete any work submitted to the cluster.<br><br>2. As Spark is written in Scala, it is important to remember that any machine within the cluster needs to have a JVM (Java Virtual Machine) running, so that Spark can work with the hardware on the host.<br><br>3. The Spark Program runs inside of this JVM and is used to create the SparkContext, which is the access point for the user to the Spark Cluster.<br><br>Source: https://towardsdatascience.com/apache-spark-multi-part-series-spark-architecture-461d81e24010. |

21

████████████████████████

| U.S. Patent No. 7,712,080 (Claims 1, 3-6, 9, 17, 18) ||
|---|---|
| **Patent Claim** | **Example American Count VII Systems and Services** |
| | **Chapter 12. Resilient Distributed Datasets (RDDs)**<br><br>The previous part of the book covered Spark's Structured APIs. You should heavily favor these APIs in almost all scenarios. That being said, there are times when higher-level manipulation will not meet the business or engineering problem you are trying to solve. For those cases, you might need to use Spark's lower-level APIs, specifically the Resilient Distributed Dataset (RDD), the SparkContext, and distributed *shared variables* like accumulators and broadcast variables. The chapters that follow in this part cover these APIs and how to use them.<br><br>**WARNING**<br>If you are brand new to Spark, this is not the place to start. Start with the Structured APIs, you'll be more productive more quickly!<br><br>**What Are the Low-Level APIs?**<br>There are two sets of low-level APIs: there is one for manipulating distributed data (RDDs), and another for distributing and manipulating distributed shared variables (broadcast variables and accumulators).<br><br>**When to Use the Low-Level APIs?**<br>You should generally use the lower-level APIs in three situations:<br>• You need some functionality that you cannot find in the higher-level APIs; for example, if you need very tight control over physical data placement across the cluster.<br>• You need to maintain some legacy codebase written using RDDs.<br>• You need to do some custom shared variable manipulation. We will discuss shared variables more in Chapter 14.<br><br>B. Chambers et al., "*Spark: The Definitive Guide Big Data Processing Made Simple*" (1st. ed. 2018), O'Reilly Media, Inc. |

██████████████████████████

| U.S. Patent No. 7,712,080 (Claims 1, 3-6, 9, 17, 18) ||
|---|---|
| **Patent Claim** | **Example American Count VII Systems and Services** |
| | **Chapter 14. Distributed Shared Variables**<br><br>In addition to the Resilient Distributed Dataset (RDD) interface, the second kind of low-level API in Spark is two types of "distributed shared variables": broadcast variables and accumulators. These are variables you can use in your user-defined functions (e.g., in a `map` function on an RDD or a DataFrame) that have special properties when running on a cluster. Specifically, *accumulators* let you add together data from all the tasks into a shared result (e.g., to implement a counter so you can see how many of your job's input records failed to parse), while *broadcast variables* let you save a large value on all the worker nodes and reuse it across many Spark actions without re-sending it to the cluster. This chapter discusses some of the motivation for each of these variable types as well as how to use them.<br><br>**Broadcast Variables**<br><br>Broadcast variables are a way you can share an immutable value efficiently around the cluster without encapsulating that variable in a function closure. The normal way to use a variable in your driver node inside your tasks is to simply reference it in your function closures (e.g., in a `map` operation), but this can be inefficient, especially for large variables such as a lookup table or a machine learning model. The reason for this is that when you use a variable in a closure, it must be deserialized on the worker nodes many times (one per task). Moreover, if you use the same variable in multiple Spark actions and jobs, it will be re-sent to the workers with every job instead of once.<br><br>This is where broadcast variables come in. Broadcast variables are shared, immutable variables that are cached on every machine in the cluster instead of serialized with every single task. The canonical use case is to pass around a large lookup table that fits in memory on the executors and use that in a function, as illustrated in Figure 14-1.<br><br>*Figure 14-1. Broadcast variables*<br><br>For example, suppose that you have a list of words or values:<br><br>```scala<br>// in Scala<br>val myCollection = "Spark The Definitive Guide : Big Data Processing Made Simple"<br>  .split(" ")<br>val words = spark.sparkContext.parallelize(myCollection, 2)<br>```<br><br>```python<br># in Python<br>my_collection = "Spark The Definitive Guide : Big Data Processing Made Simple"\<br>  .split(" ")<br>words = spark.sparkContext.parallelize(my_collection, 2)<br>```<br><br>You would like to supplement your list of words with other information that you have, which is many kilobytes, megabytes, or potentially even gigabytes in size. This is technically a right join if we thought about it in terms of SQL:<br><br>```scala<br>// in Scala<br>val supplementalData = Map("Spark" -> 1000, "Definitive" -> 200,<br>                          "Big" -> -300, "Simple" -> 100)<br>```<br><br>```python<br># in Python<br>supplementalData = {"Spark":1000, "Definitive":200,<br>                   "Big":-300, "Simple":100}<br>```<br><br>We can broadcast this structure across Spark and reference it by using `suppBroadcast`. This value is immutable and is lazily replicated across all nodes in the cluster when we trigger an action:<br><br>```scala<br>// in Scala<br>val suppBroadcast = spark.sparkContext.broadcast(supplementalData)<br>```<br><br>```python<br># in Python<br>suppBroadcast = spark.sparkContext.broadcast(supplementalData)<br>```<br><br>We reference this variable via the value method, which returns the exact value that we had earlier. This method is accessible within serialized functions without having to serialize the data. This can save you a great deal of serialization and deserialization costs because Spark transfers data more efficiently around the cluster using broadcasts:<br><br>```scala<br>// in Scala<br>suppBroadcast.value<br>```<br><br>```python<br># in Python<br>suppBroadcast.value<br>```<br><br>Now we could transform our RDD using this value. In this instance, we will create a key–value pair according to the value we might have in the map. If we lack the value, we will simply replace it with 0:<br><br>```scala<br>// in Scala<br>words.map(word => (word, suppBroadcast.value.getOrElse(word, 0)))<br>  .sortBy(wordPair => wordPair._2)<br>  .collect()<br>```<br><br>```python<br># in Python<br>words.map(lambda word: (word, suppBroadcast.value.get(word, 0)))\<br>  .sortBy(lambda wordPair: wordPair[1])\<br>  .collect()<br>```<br><br>This returns the following value in Python and the same values in an array type in Scala:<br><br>```<br>[('Big', -300),<br> ('The', 0),<br> ...<br> ('Definitive', 200),<br> ('Spark', 1000)]<br>```<br><br>The only difference between this and passing it into the closure is that we have done this in a much more efficient manner (Naturally, this depends on the amount of data and the number of executors. For very small data (low KBs) on small clusters, it might not be). Although this small dictionary probably is not too large of a cost, if you have a much larger value, the cost of serializing the data for every task can be quite significant.<br><br>One thing to note is that we used this in the context of an RDD; we can also use this in a UDF or in a Dataset and achieve the same result.<br><br>**Accumulators**<br><br>Accumulators (Figure 14-2), Spark's second type of shared variable, are a way of updating a value inside of a variety of transformations and propagating that value to the driver node in an efficient and fault-tolerant way.<br><br>*Figure 14-2. Accumulator variable*<br><br>B. Chambers et al., "*Spark: The Definitive Guide Big Data Processing Made Simple*" (1st. ed. 2018), O'Reilly Media, Inc.<br><br>*See also* claim 1. |

| U.S. Patent No. 7,712,080 (Claims 1, 3-6, 9, 17, 18) | |
|---|---|
| **Patent Claim** | **Example American Count VII Systems and Services** |
| [4]. The method of claim 1, wherein the distributed parallel computing program is configured to operate across multiple processors. | On information and belief, the American Count VII Systems and Services practice claim 1. *See* claim 1. On information and belief, the American Count VII Systems and Services further practice claim 1, where the distributed parallel computing program is configured to operate across multiple processors.<br><br>Use of Spark to run on a cluster meets this limitation. |

████████████████████████████████████

| U.S. Patent No. 7,712,080 (Claims 1, 3-6, 9, 17, 18) ||
| :---: | :---: |
| **Patent Claim** | **Example American Count VII Systems and Services** |
| | **Chapter 15. How Spark Runs on a Cluster** <br><br> Thus far in the book, we focused on Spark's properties as a programming interface. We have discussed how the structured APIs take a logical operation, break it up into a logical plan, and convert that to a physical plan that actually consists of Resilient Distributed Dataset (RDD) operations that execute across the cluster of machines. This chapter focuses on what happens when Spark goes about executing that code. We discuss this in an implementation-agnostic way—this depends on neither the cluster manager that you're using nor the code that you're running. At the end of the day, all Spark code runs the same way. <br><br> This chapter covers several key topics: <br> • The architecture and components of a Spark Application <br> • The life cycle of a Spark Application inside and outside of Spark <br> • Important low-level execution properties, such as pipelining <br> • What it takes to run a Spark Application, as a segue into Chapter 16. <br><br> Let's begin with the architecture. <br><br> **The Architecture of a Spark Application** <br> In Chapter 2, we discussed some of the high-level components of a Spark Application. Let's review those again: <br> The Spark driver <br> The driver is the process "in the driver seat" of your Spark Application. It is the controller of the execution of a Spark Application and maintains all of the state of the Spark cluster (the state and tasks of the executors). It must interface with the cluster manager in order to actually get physical resources and launch executors. At the end of the day, this is just a process on a physical machine that is responsible for maintaining the state of the application running on the cluster. <br> The Spark executors <br> Spark executors are the processes that perform the tasks assigned by the Spark driver. Executors have one core responsibility: take the tasks assigned by the driver, run them, and report back their state (success or failure) and results. Each Spark Application has its own separate executor processes. <br><br> The cluster manager <br> The Spark Driver and Executors do not exist in a void, and this is where the cluster manager comes in. The cluster manager is responsible for maintaining a cluster of machines that will run your Spark Application(s). Somewhat confusingly, a cluster manager will have its own "driver" (sometimes called master) and "worker" abstractions. The core difference is that these are tied to physical machines rather than processes (as they are in Spark). Figure 15-1 shows a basic cluster setup. The machine on the left of the illustration is the *Cluster Manager Driver Node*. The circles represent daemon processes running on and managing each of the individual worker nodes. There is no Spark Application running as of yet—these are just the processes from the cluster manager. <br><br> *Figure 15-1. A cluster driver and worker (no Spark Application yet)* <br><br> When it comes time to actually run a Spark Application, we request resources from the cluster manager to run it. Depending on how our application is configured, this can include a place to run the Spark driver or might be just resources for the executors for our Spark Application. Over the course of Spark Application execution, the cluster manager will be responsible for managing the underlying machines that our application is running on. <br><br> Spark currently supports three cluster managers: a simple built-in standalone cluster manager, Apache Mesos, and Hadoop YARN. However, this list will continue to grow, so be sure to check the documentation for your favorite cluster manager. <br><br> Now that we've covered the basic components of an application, let's walk through one of the first choices you will need to make when running your applications: choosing the execution mode. <br><br> **Execution Modes** <br> An execution *mode* gives you the power to determine where the aforementioned resources are physically located when you go to run your application. You have three modes to choose from: <br> • Cluster mode <br> • Client mode <br> • Local mode <br><br> We will walk through each of these in detail using Figure 15-1 as a template. In the following section, rectangles with solid borders represent Spark *driver process* whereas those with dotted borders represent the *executor processes*. <br><br> Cluster mode <br> Cluster mode is probably the most common way of running Spark Applications. In cluster mode, a user submits a precompiled JAR, Python script, or R script to a cluster manager. The cluster manager then launches the driver process on a worker node inside the cluster, in addition to the executor processes. This means that the cluster manager is responsible for maintaining all Spark Application–related processes. Figure 15-2 shows that the cluster manager placed our driver on a worker node and the executors on other worker nodes. <br><br> *Figure 15-2. Spark's cluster mode* <br><br> Client mode <br> Client mode is nearly the same as cluster mode except that the Spark driver remains on the client machine that submitted the application. This means that the client machine is responsible for maintaining the Spark driver process, and the cluster manager maintains the executor processsses. In Figure 15-3, we are running the Spark Application from a machine that is not colocated on the cluster. These machines are commonly referred to as *gateway machines* or *edge* <br><br> B. Chambers et al., "*Spark: The Definitive Guide Big Data Processing Made Simple*" (1st. ed. 2018), O'Reilly Media, Inc. |

25

| U.S. Patent No. 7,712,080 (Claims 1, 3-6, 9, 17, 18) | |
|---|---|
| **Patent Claim** | **Example American Count VII Systems and Services** |
| |
B. Chambers et al., "*Spark: The Definitive Guide Big Data Processing Made Simple*" (1st. ed. 2018), O'Reilly Media, Inc. |

██████████████████████████████████

| U.S. Patent No. 7,712,080 (Claims 1, 3-6, 9, 17, 18) | |
| --- | --- |
| **Patent Claim** | **Example American Count VII Systems and Services** |
|  | With the example above, we have a cluster containing a driver, and three worker nodes. Each node has four slots of compute available, so, this cluster would be able to complete twelve tasks in unison. It is worth mentioning that Sparks *new* photon engine is a Spark compatible vectorised query engine which has been developed to meet and take advantage of the latest CPU architecture. This enables faster parallel processing of data and even live performance improvements as data is read during task execution.<br><br>Source: https://towardsdatascience.com/apache-spark-multi-part-series-spark-architecture-461d81e24010. |

27

███████████████████████████████████

| U.S. Patent No. 7,712,080 (Claims 1, 3-6, 9, 17, 18) ||
|---|---|
| **Patent Claim** | **Example American Count VII Systems and Services** |
|  | Stages have small physical called tasks which are bundled to be sent to the Spark cluster. Before these tasks are distributed, the driver program talks to the cluster manager to negotiate for resources. <br><br> <br> Cluster Task Assignment (created by Luke Thorp) <br><br> Once this is done and resources have been allocated, tasks are distributed to the worker nodes (executors) who have free time, and the driver program monitors the progress. This is done in the most efficient way possible keeping in mind the current available resources and the cluster structure. In the above example it is simple, we have three tasks to distribute to three worker nodes. Tasks could be distributed in the way above, i.e. one task to each worker node, or they could be sent to one node and still run asynchronously due to the parallel nature of Spark. But complexity arises when we have more tasks than available slots of compute, or when we have a non uniformly divisible number of tasks compared to that of the nodes in the cluster. Luckily for us, Spark deals with this itself and manages the task distribution. <br><br> Source: https://towardsdatascience.com/apache-spark-multi-part-series-spark-architecture-461d81e24010. |

| U.S. Patent No. 7,712,080 (Claims 1, 3-6, 9, 17, 18) ||
|---|---|
| **Patent Claim** | **Example American Count VII Systems and Services** |
| | As a further example, on information and belief, use of (for example) multiple of CPU (central processing unit) cores in Spark performs this limitation.<br><br><br><br>Source: https://spark.apache.org/docs/0.9.0/hardware-provisioning.html.<br><br>*See also* claim 1. |
| [5]. The method of claim 1, wherein the distributed parallel computing program is configured to operate using multiple threads. | On information and belief, the American Count VII Systems and Services practice claim 1. *See* claim 1. On information and belief, the American Count VII Systems and Services further practice claim 1, where the distributed parallel computing program is configured to operate using multiple threads.<br><br>Use of Spark to run on a cluster meets this limitation by using separate threads. |

| U.S. Patent No. 7,712,080 (Claims 1, 3-6, 9, 17, 18) | |
|---|---|
| **Patent Claim** | **Example American Count VII Systems and Services** |
| | in driver only (default is PYSPARK_PYTHON). Property spark.pyspark.driver.python takes precedence if it is set.<br><br>SPARKR_DRIVER_R<br>  R binary executable to use for SparkR shell (default is R). Property spark.r.shell.command takes precedence if it is set.<br><br>SPARK_LOCAL_IP<br>  IP address of the machine to which to bind.<br><br>SPARK_PUBLIC_DNS<br>  Hostname your Spark program will advertise to other machines.<br><br>In addition to the variables ust listed, there are also options for setting up the Spark standalone cluster scripts, such as number of cores to use on each machine and maximum memory. Because *spark-env.sh* is a shell script, you can set some of these programmatically; for example, you might compute SPARK_LOCAL_IP by looking up the IP of a specific network interface.<br><br>NOTE<br>When running Spark on YARN in cluster mode, you need to set environment variables by using the spark.yarn.appMasterEnv.[*EnvironmentVariableName*] property in your *conf/spark-defaults.conf* file. Environment variables that are set in *spark-env.sh* will not be reflected in the YARN Application Master process in cluster mode. See the YARN-related Spark Properties for more information.<br><br>**Job Scheduling Within an Application**<br>Within a given Spark Application, multiple parallel jobs can run simultaneously if they were submitted from separate threads. By job, in this section, we mean a Spark action and any tasks that need to run to evaluate that action. Spark's scheduler is fully thread-safe and supports this use case to enable applications that serve multiple requests (e.g., queries for multiple users).<br><br>By default, Spark's scheduler runs jobs in *FIFO* fashion. If the jobs at the head of the queue don't need to use the entire cluster, later jobs can begin to run right away, but if the jobs at the head of the queue are large, later jobs might be delayed significantly.<br><br>It is also possible to configure fair sharing between jobs. Under fair sharing, Spark assigns tasks between jobs in a round-robin fashion so that all jobs get a roughly equal share of cluster resources. This means that short jobs submitted while a long job is running can begin receiving resources right away and still achieve good response times without waiting for the long job to finish. This mode is best for multiuser settings.<br><br>To enable the fair scheduler, set the spark.scheduler.mode property to FAIR when configuring a SparkContext.<br><br>The fair scheduler also supports grouping jobs into pools, and setting different scheduling options, or weights, for each pool. This can be useful to create a high-priority pool for more important jobs or to group the jobs of each user together and give users equal shares regardless of how many concurrent jobs they have instead of giving jobs equal shares. This approach is modeled after the Hadoop Fair Scheduler.<br><br>Without any intervention, newly submitted jobs go into a default pool, but jobs pools can be set by adding the spark.scheduler.pool local property to the SparkContext in the thread that's submitting them. This is done as follows (assuming sc is your SparkContext:<br><br>`sc.setLocalProperty("spark.scheduler.pool", "pool1")`<br><br>After setting this local property, all jobs submitted within this thread will use this pool name. The setting is per-thread to make it easy to have a thread run multiple jobs on behalf of the same user. If you'd like to clear the pool that a thread is associated with, set it to null.<br><br>**Conclusion**<br>This chapter covered a lot about Spark Applications; we learned how to write, test, run, and<br><br>B. Chambers et al., "*Spark: The Definitive Guide Big Data Processing Made Simple*" (1st. ed. 2018), O'Reilly Media, Inc.<br><br>*See also* claim 1. |

30

████████████████████████████████

| U.S. Patent No. 7,712,080 (Claims 1, 3-6, 9, 17, 18) ||
| --- | --- |
| **Patent Claim** | **Example American Count VII Systems and Services** |
| [6]. The method of claim 1, wherein the distributed parallel computing program is configured to operate across multiple nodes. | On information and belief, the American Count VII Systems and Services practice claim 1. *See* claim 1. On information and belief, the American Count VII Systems and Services further practice claim 1, where the distributed parallel computing program is configured to operate across multiple nodes. <br><br> Use of Spark to run on a cluster meets this limitation by use of computer clusters, for example. |

31

███████████████████████████████████

| U.S. Patent No. 7,712,080 (Claims 1, 3-6, 9, 17, 18) | |
| --- | --- |
| **Patent Claim** | **Example American Count VII Systems and Services** |
| |  |

### Chapter 1. What Is Apache Spark?

Apache Spark is a unified computing engine and a set of libraries for parallel data processing on computer clusters. As of this writing, Spark is the most actively developed open source engine for this task, making it a standard tool for any developer or data scientist interested in big data. Spark supports multiple widely used programming languages (Python, Java, Scala, and R), includes libraries for diverse tasks ranging from SQL to streaming and machine learning, and runs anywhere from a laptop to a cluster of thousands of servers. This makes it an easy system to start with and scale-up to big data processing or incredibly large scale.

Figure 1-1 illustrates all the components and libraries Spark offers to end-users.

Figure 1-1. Spark's toolkit

You'll notice the categories roughly correspond to the different parts of this book. That should really come as no surprise; our goal here is to educate you on all aspects of Spark, and Spark is composed of a number of different components.

Given that you're reading this book, you might already know a little bit about Apache Spark and what it can do. Nonetheless, in this chapter, we want to briefly cover the overriding philosophy behind Spark as well as the context it was developed in (why is everyone suddenly excited about parallel data processing?) and its history. We will also outline the first few steps to running Spark.

#### Apache Spark's Philosophy

Let's break down our description of Apache Spark—a unified computing engine and set of libraries for big data—into its key components:

**Unified**

Spark's key driving goal is to offer a unified platform for writing big data applications. What do we mean by unified? Spark is designed to support a wide range of data analytics tasks, ranging from simple data loading and SQL queries to machine learning and streaming computation, over the same computing engine and with a consistent set of APIs. The main insight behind this goal is that real-world data analytics tasks—whether they are interactive analytics in a tool such as a Jupyter notebook, or traditional software development for production applications—tend to combine many different processing types and libraries.

Spark's unified nature makes these tasks both easier and more efficient to write. First, Spark provides consistent, composable APIs that you can use to build an application out of smaller pieces or out of existing libraries. It also makes it easy for you to write your own analytics libraries on top. However, composable APIs are not enough: Spark's APIs are also designed to enable high performance by optimizing across the different libraries and functions composed together in a user program. For example, if you load data using a SQL query and then evaluate a machine learning model over it using Spark's ML library, the engine can combine these steps into one scan over the data. The combination of general APIs and high-performance execution, no matter how you combine them, makes Spark a powerful platform for interactive and production applications.

Spark's focus on defining a unified platform is the same idea behind unified platforms in other areas of software. For example, data scientists benefit from a unified set of libraries (e.g., Python or R) when doing modeling, and web developers benefit from unified frameworks such as Node.js or Django. Before Spark, no open source systems tried to provide this type of unified engine for parallel data processing, meaning that users had to stitch together an application out of multiple APIs and systems. Thus, Spark quickly became the standard for this type of development. Over time, Spark has continued to expand its built-in APIs to cover more workloads. At the same time, the project's developers have continued to refine its theme of a unified engine. In particular, one major focus of this book will be the "structured APIs" (DataFrames, Datasets, and SQL) that were finalized in Spark 2.0 to enable more powerful optimization under user applications.

**Computing engine**

At the same time that Spark strives for unification, it carefully limits its scope to a computing engine. By this, we mean that Spark handles loading data from storage systems and performing computation on it, not permanent storage as the end itself. You can use Spark with a wide variety of persistent storage systems, including cloud storage systems such as Azure Storage and Amazon S3, distributed file systems such as Apache Hadoop, key-value stores such as Apache Cassandra, and message buses such as Apache Kafka. However, Spark neither stores data long term itself, nor favors one over another. The key motivation here is that most data already resides in a mix of storage systems. Data is expensive to move so Spark focuses on performing computations over the data, no matter where it resides. In user-facing APIs, Spark works hard to make these storage systems look largely similar so that applications do not need to worry about where their data is.

Spark's focus on computation makes it different from earlier big data software platforms such as Apache Hadoop. Hadoop included both a storage system (the Hadoop file system, designed for low-cost storage over clusters of commodity servers) and a computing system (MapReduce), which were closely integrated together. However, this choice makes it difficult to run one of the systems without the other. More important, this choice also makes it a challenge to write applications that access data stored anywhere else. Although Spark runs well on Hadoop storage, today it is also used broadly in environments for which the Hadoop architecture does not make sense, such as the public cloud (where storage can be purchased separately from computing) or streaming applications.

**Libraries**

Spark's final component is its libraries, which build on its design as a unified engine to provide a unified API for common data analysis tasks. Spark supports both standard libraries that ship with the engine as well as a wide array of external libraries published as third-party packages by the open source communities. Today, Spark's standard libraries are actually the bulk of the open source project: the Spark core engine itself has changed little since it was first released, but the libraries have grown to provide more and more types of functionality. Spark includes libraries for SQL and structured data (Spark

B. Chambers et al., "*Spark: The Definitive Guide Big Data Processing Made Simple*" (1st. ed. 2018), O'Reilly Media, Inc.

*See also* claim 1.

32

# Chapter 1. What Is Apache Spark?

Apache Spark is a unified computing engine and a set of libraries for parallel data processing on computer clusters. As of this writing, Spark is the most actively developed open source engine for this task, making it a standard tool for any developer or data scientist interested in big data. Spark supports multiple widely used programming languages (Python, Java, Scala, and R), includes libraries for diverse tasks ranging from SQL to streaming and machine learning, and runs anywhere from a laptop to a cluster of thousands of servers. This makes it an easy system to start with and scale-up to big data processing or incredibly large scale.

Figure 1-1 illustrates all the components and libraries Spark offers to end-users.



*Figure 1-1. Spark's toolkit*

You'll notice the categories roughly correspond to the different parts of this book. That should really come as no surprise; our goal here is to educate you on all aspects of Spark, and Spark is composed of a number of different components.

Given that you're reading this book, you might already know a little bit about Apache Spark and what it can do. Nonetheless, in this chapter, we want to briefly cover the overriding philosophy behind Spark as well as the context it was developed in (why is everyone suddenly excited about parallel data processing?) and its history. We will also outline the first few steps to running Spark.

## Apache Spark's Philosophy

Let's break down our description of Apache Spark—a unified computing engine and set of libraries for big data—into its key components:

**Unified**

Spark's key driving goal is to offer a unified platform for writing big data applications. What do we mean by unified? Spark is designed to support a wide range of data analytics tasks, ranging from simple data loading and SQL queries to machine learning and streaming computation, over the same computing engine and with a consistent set of APIs. The main insight behind this goal is that real-world data analytics tasks—whether they are interactive analytics in a tool such as a Jupyter notebook, or traditional software development for production applications—tend to combine many different processing types and libraries.

Spark's unified nature makes these tasks both easier and more efficient to write. First, Spark provides consistent, composable APIs that you can use to build an application out of smaller pieces or out of existing libraries. It also makes it easy for you to write your own analytics libraries on top. However, composable APIs are not enough: Spark's APIs are also designed to enable high performance by optimizing across the different libraries and functions composed together in a user program. For example, if you load data using a SQL query and then evaluate a machine learning model over it using Spark's ML library, the engine can combine these steps into one scan over the data. The combination of general APIs and high-performance execution, no matter how you combine them, makes Spark a powerful platform for interactive and production applications.

Spark's focus on defining a unified platform is the same idea behind unified platforms in other areas of software. For example, data scientists benefit from a unified set of libraries (e.g., Python or R) when doing modeling, and web developers benefit from unified frameworks such as Node.js or Django. Before Spark, no open source systems tried to provide this type of unified engine for parallel data processing, meaning that users had to stitch together an application out of multiple APIs and systems. Thus, Spark quickly became the standard for this type of development. Over time, Spark has continued to expand its built-in APIs to cover more workloads. At the same time, the project's developers have continued to refine its theme of a unified engine. In particular, one major focus of this book will be the "structured APIs" (DataFrames, Datasets, and SQL) that were finalized in Spark 2.0 to enable more powerful optimization under user applications.

**Computing engine**

At the same time that Spark strives for unification, it carefully limits its scope to a computing engine. By this, we mean that Spark handles loading data from storage systems and performing computation on it, not permanent storage as the end itself. You can use Spark with a wide variety of persistent storage systems, including cloud storage systems such as Azure Storage and Amazon S3, distributed file systems such as Apache Hadoop, key-value stores such as Apache Cassandra, and message buses such as Apache Kafka. However, Spark neither stores data long term itself, nor favors one over another. The key motivation here is that most data already resides in a mix of storage systems. Data is expensive to move so Spark focuses on performing computations over the data, no matter where it resides. In user-facing APIs, Spark works hard to make these storage systems look largely similar so that applications do not need to worry about where their data is.

Spark's focus on computation makes it different from earlier big data software platforms such as Apache Hadoop. Hadoop included both a storage system (the Hadoop file system, designed for low-cost storage over clusters of commodity servers) and a computing system (MapReduce), which were closely integrated together. However, this choice makes it difficult to run one of the systems without the other. More important, this choice also makes it a challenge to write applications that access data stored anywhere else. Although Spark runs well on Hadoop storage, today it is also used broadly in environments for which the Hadoop architecture does not make sense, such as the public cloud (where storage can be purchased separately from computing) or streaming applications.

**Libraries**

Spark's final component is its libraries, which build on its design as a unified engine to provide a unified API for common data analysis tasks. Spark supports both standard libraries that ship with the engine as well as a wide array of external libraries published as third-party packages by the open source communities. Today, Spark's standard libraries are actually the bulk of the open source project: the Spark core engine itself has changed little since it was first released, but the libraries have grown to provide more and more types of functionality. Spark includes libraries for SQL and structured data (Spark

| U.S. Patent No. 7,712,080 (Claims 1, 3-6, 9, 17, 18) ||
|---|---|
| **Patent Claim** | **Example American Count VII Systems and Services** |
| [9.pre]. A distributed parallel computing system, having at least one memory area and at least one processor, comprising: | To the extent this preamble is limiting, on information and belief, the American Count VII Systems and Services include a distributed parallel computing system having at least one memory area and at least one processor. <br><br> For example, Spark consists of a distributed parallel computing system having multiple memory and processors. <br><br> **Overview** <br><br> At a high level, every Spark application consists of a *driver program* that runs the user's `main` function and executes various *parallel operations* on a cluster. The main abstraction Spark provides is a *resilient distributed dataset* (RDD), which is a collection of elements partitioned across the nodes of the cluster that can be operated on in parallel. RDDs are created by starting with a file in the Hadoop file system (or any other Hadoop-supported file system), or an existing Scala collection in the driver program, and transforming it. Users may also ask Spark to *persist* an RDD in memory, allowing it to be reused efficiently across parallel operations. Finally, RDDs automatically recover from node failures. <br><br> Source: https://spark.apache.org/docs/latest/rdd-programming-guide.html. <br><br> **Which Storage Level to Choose?** <br><br> Spark's storage levels are meant to provide different trade-offs between memory usage and CPU efficiency. We recommend going through the following process to select one: <br><br> • If your RDDs fit comfortably with the default storage level (MEMORY_ONLY), leave them that way. This is the most CPU-efficient option, allowing operations on the RDDs to run as fast as possible. <br><br> • If not, try using MEMORY_ONLY_SER and selecting a fast serialization library to make the objects much more space-efficient, but still reasonably fast to access. (Java and Scala) <br><br> • Don't spill to disk unless the functions that computed your datasets are expensive, or they filter a large amount of the data. Otherwise, recomputing a partition may be as fast as reading it from disk. <br><br> • Use the replicated storage levels if you want fast fault recovery (e.g. if using Spark to serve requests from a web application). *All* the storage levels provide full fault tolerance by recomputing lost data, but the replicated ones let you continue running tasks on the RDD without waiting to recompute a lost partition. <br><br> Source: https://spark.apache.org/docs/latest/rdd-programming-guide.html. |

| U.S. Patent No. 7,712,080 (Claims 1, 3-6, 9, 17, 18) | |
|---|---|
| **Patent Claim** | **Example American Count VII Systems and Services** |
| [9.a] at least one distributed shared variable capable of loading into the at least one memory area, wherein the at least one distributed shared variable is a single variable that includes several variables that may be physically loaded into the at least one memory area; and | On information and belief, the American Count VII Systems and Services include at least one distributed shared variable capable of loading into the at least one memory area, wherein the at least one distributed shared variable is a single variable that includes several variables that may be physically loaded into the at least one memory area.<br><br>For example, Spark collects large volumes of data and distributes the data across multiple nodes. Spark automatically partitions the data into Resilient Distributed Datasets (RDDs) that operate in parallel. The RDDs are partitioned across multiple nodes and processed across at least one memory area.<br><br>**Resilient Distributed Datasets (RDDs)** 🔗<br><br>Spark revolves around the concept of a *resilient distributed dataset* (RDD), which is a fault-tolerant collection of elements that can be operated on in parallel. There are two ways to create RDDs: *parallelizing* an existing collection in your driver program, or referencing a dataset in an external storage system, such as a shared filesystem, HDFS, HBase, or any data source offering a Hadoop InputFormat.<br><br>Source: https://spark.apache.org/docs/latest/rdd-programming-guide.html. |

| U.S. Patent No. 7,712,080 (Claims 1, 3-6, 9, 17, 18) | |
|---|---|
| **Patent Claim** | **Example American Count VII Systems and Services** |
| | **RDDs — Partitions**<br><br>• RDDs are designed to contain huge amounts of data , that cannot fit onto one single machine → hence, the data has to be partitioned across multiple machines/nodes<br><br>• Spark automatically partitions RDDs and distributes the partitions across different nodes<br><br>• A partition in spark is an atomic chunk of data stored on a node in the cluster<br><br>• Partitions are basic units of parallelism in Apache Spark<br><br>• RDDs in Apache Spark are collection of partitions<br><br>• Operations on RDDs automatically place tasks into partitions, maintaining the locality of persisted data<br><br>Source: https://blog.k2datascience.com/batch-processing-apache-spark-a67016008167.<br><br>**Parallelism**<br><br>Parallelism in Spark is all about doing multiple things at the same time. The core idea is to divide the data into smaller chunks (partitions), so they can be processed simultaneously. The more partitions you have, the more tasks can run in parallel, leading to faster processing times.<br><br>Source: https://dataengineerinterview.substack.com/p/a-deep-dive-into-apache-spark-partitioning. |

| U.S. Patent No. 7,712,080 (Claims 1, 3-6, 9, 17, 18) | |
|---|---|
| **Patent Claim** | **Example American Count VII Systems and Services** |
| | Imagine you have a dataset with 1 million records. If this dataset is divided into 10 partitions, Spark can launch 10 tasks to process each partition simultaneously. If the cluster has sufficient resources, these tasks will run in parallel, speeding up the process. However, if you increase the number of partitions to 100, and assuming your cluster has the resources (like CPU cores) to handle these tasks, Spark can now launch 100 tasks to run concurrently. This dramatically increases parallelism and reduces the total time taken to process the entire dataset.<br><br>Source: https://dataengineerinterview.substack.com/p/a-deep-dive-into-apache-spark-partitioning.<br><br>**In-Memory Processing: Spark's Secret Sauce**<br><br>The magic ingredient that sets Apache Spark apart from many other data processing frameworks is its effective utilization of in-memory processing. In-memory processing involves storing and processing data directly in a computer's RAM (Random Access Memory), as opposed to reading and writing data to slower storage devices like hard drives.<br><br>Source: https://medium.com/@harshavardhan7696/unleashing-speed-and-efficiency-in-memory-processing-in-apache-spark-c9e7ccc6460e.<br>The RDDs contain variables that allow the nodes to process data in parallel. RDDs are processed using functions and variables that can be used to create other RDDs to further process the data set. |

37

**In-Memory Computation**

Spark uses in memory computation as a way to speed up the total processing time. In the in memory

| U.S. Patent No. 7,712,080 (Claims 1, 3-6, 9, 17, 18) | |
|---|---|
| **Patent Claim** | **Example American Count VII Systems and Services** |
| | **RDD Creation**<br><br>Here's an example of RDDs created during a method call:<br><br>Which first loads HDFS blocks in memory and then applies map() function to filter out keys creating two RDDs:<br><br><br><br>Source: https://blog.k2datascience.com/batch-processing-apache-spark-a67016008167. |
| [9.b] at least one distributed sequential computing program, configured to operate in the at least one processor, configured to access the at least one distributed shared variable, | On information and belief, the American Count VII Systems and Services include at least one distributed sequential computing program configured to operate in the at least one processor, access the at least one distributed shared variable, and transform into at least one distributed parallel computing program by spawning at least one child distributed sequential computing system program when at least one intermediate condition occurs within the at least one distributed sequential program. |

38

| U.S. Patent No. 7,712,080 (Claims 1, 3-6, 9, 17, 18) | |
|---|---|
| **Patent Claim** | **Example American Count VII Systems and Services** |
| and configured to transform into at least one distributed parallel computing program by spawning at least one child distributed sequential computing system program when at least one intermediate condition occurs within the at least one distributed sequential program, | For example, Spark contains a driver program that is configured to operate in the at least one processor and is configured to access the RDDs. Spark jobs are authored in programming languages such as Java, Scala, and Python, and Spark is configured to access the at least one distributed shared variable (RDDs) through the access of RDDs by a Spark job.<br><br>**Spark Overview**<br><br>Apache Spark is a fast and general-purpose cluster computing system. It provides high-level APIs in Java, Scala, Python and R, and an optimized engine that supports general execution graphs. It also supports a rich set of higher-level tools including Spark SQL for SQL and structured data processing, MLlib for machine learning, GraphX for graph processing, and Spark Streaming.<br><br>Source: https://archive.apache.org/dist/spark/docs/2.0.1/.<br><br>**Overview**<br><br>At a high level, every Spark application consists of a *driver program* that runs the user's `main` function and executes various *parallel operations* on a cluster. The main abstraction Spark provides is a *resilient distributed dataset* (RDD), which is a collection of elements partitioned across the nodes of the cluster that can be operated on in parallel. RDDs are created by starting with a file in the Hadoop file system (or any other Hadoop-supported file system), or an existing Scala collection in the driver program, and transforming it. Users may also ask Spark to *persist* an RDD in memory, allowing it to be reused efficiently across parallel operations. Finally, RDDs automatically recover from node failures.<br><br>Source: https://spark.apache.org/docs/latest/rdd-programming-guide.html.<br><br>The Spark Execution Model transforms the distributed sequential computing program into a series of stages and sets of parallel tasks that run in parallel on the Spark cluster. This includes Spark tasks operating on a set of RDDs in parallel for a given stage. |

| U.S. Patent No. 7,712,080 (Claims 1, 3-6, 9, 17, 18) | |
|---|---|
| **Patent Claim** | **Example American Count VII Systems and Services** |
| | **Spark — Execution Workflow**<br><br>Source: https://blog.k2datascience.com/batch-processing-apache-spark-a67016008167.<br><br>Spark implements shuffle boundaries where stages and/or tasks wait for the prior stage to complete before fetching map outputs. |

| U.S. Patent No. 7,712,080 (Claims 1, 3-6, 9, 17, 18) | |
|---|---|
| **Patent Claim** | **Example American Count VII Systems and Services** |
|  | DAGScheduler splits up a job into a collection of stages. Each stage contains a sequence of narrow transformations that can be completed without shuffling the entire data set, separated at **shuffle boundaries**, i.e. where shuffle occurs. Stages are thus a result of breaking the RDD graph at shuffle boundaries.<br><br><br><br>Figure 4. Graph of Stages<br><br>Shuffle boundaries introduce a barrier where stages/tasks must wait for the previous stage to finish before they fetch map outputs.<br><br>Source: https://mallikarjuna_g.gitbooks.io/spark/content/spark-dagscheduler-stages.html. |
| [9.b.i] wherein the at least one distributed parallel computing program concurrently uses the at least one distributed sequential computing program and the at least one spawned child distributed sequential computing program to | On information and belief, the American Count VII Systems and Services include the at least one distributed parallel computing program concurrently uses the at least one distributed sequential computing program and the at least one spawned child distributed sequential computing program to perform parallel processing and/or operations.<br><br>For example, Spark implements a set of tasks running in parallel for a given stage. The distributed parallel computing program includes the Spark job and driver program, as described in this claim chart. The spawned child distributed sequential computing program is the sequential code in a task for a given stage, as described in this claim chart. *See* claim limitations [9.b] and [9.b.i-iii]. |

41

| U.S. Patent No. 7,712,080 (Claims 1, 3-6, 9, 17, 18) ||
|---|---|
| **Patent Claim** | **Example American Count VII Systems and Services** |
| perform parallel processing and/or operations, | <br><br>Source: https://blog.k2datascience.com/batch-processing-apache-spark-a67016008167. |
| [9.b.ii] wherein the at least one intermediate condition comprising one intermediate result that will be required by the at least one spawned child distributed sequential computing program to continue computation. | On information and belief, the American Count VII Systems and Services include the at least one intermediate condition comprising one intermediate result that will be required by the at least one spawned child distributed sequential computing program to continue computation.<br><br>For example, Spark implements shuffle boundary where stages and/or tasks wait for the prior stage to complete before fetching map outputs. |

| U.S. Patent No. 7,712,080 (Claims 1, 3-6, 9, 17, 18) | |
|---|---|
| **Patent Claim** | **Example American Count VII Systems and Services** |
| | DAGScheduler splits up a job into a collection of stages. Each stage contains a sequence of narrow transformations that can be completed without shuffling the entire data set, separated at **shuffle boundaries**, i.e. where shuffle occurs. Stages are thus a result of breaking the RDD graph at shuffle boundaries.<br><br><br><br>Figure 4. Graph of Stages<br><br>Shuffle boundaries introduce a barrier where stages/tasks must wait for the previous stage to finish before they fetch map outputs.<br><br>Source: https://mallikarjuna_g.gitbooks.io/spark/content/spark-dagscheduler-stages.html. |
| [17]. The method of claim 1, wherein the at least one distributed shared variable is configured to be located among a plurality of memories. | On information and belief, the American Count VII Systems and Services practice the method of claim 1. *See* claim 1. On information and belief, the American Count VII Systems and Services further practice claim 1, where the at least one distributed shared variable is configured to be located among a plurality of memories. |

43

████████████████████

| U.S. Patent No. 7,712,080 (Claims 1, 3-6, 9, 17, 18) | |
|---|---|
| **Patent Claim** | **Example American Count VII Systems and Services** |
| | 1. Worker nodes are generally stand-alone machines which have hardware like any other. Such as a CPU, memory, disks and a cache. |
| | 2. As with the driver, for Spark to run on a worker node, we need to ensure that the system has a compatible version of Java installed so that the code can be interpreted in the correct and meaningful way. |
| | 3. When we have Spark installed on our worker node, our driver node will be able to utilise its cluster management capabilities to map what hardware is available on the worker. The cluster manager will track the number of *"slots"*, which are essentially the number of cores available on the device. These slots are classified as available chucks of compute and they can be provided tasks to complete by the driver node. There is an amount of available memory which is split into two sections, storage memory and working memory. The default ratio of this is 50:50, but this can be changed in the Spark config. Each worker also has a number of disks attached. But I know what you are going to say, Spark works in memory, not disk! However, Spark still needs disks to allocate shuffle partitions (discussed further, later in this article), it also needs space for persistence to disk and also spill to disk. |
| | 4. Now we have the details of how Driver nodes and Worker nodes are structured, we need to know how that interact and deal with *work*. For this we will create a minimalist version of the diagram to show a worker node and its available slots for work. |
| | Source: https://towardsdatascience.com/apache-spark-multi-part-series-spark-architecture-461d81e24010. |

44

| U.S. Patent No. 7,712,080 (Claims 1, 3-6, 9, 17, 18) ||
| :---: | :---: |
| **Patent Claim** | **Example American Count VII Systems and Services** |
| | **Driver Node**<br><br>The Spark driver is used to orchestrate the whole Spark cluster, this means it will manage the work which is distributed across the cluster as well as what machines are available throughout the cluster lifetime.<br><br>Driver Node Step by Step (created by Luke Thorp)<br><br>1. The driver node is like any other machine, it has hardware such as a CPU, memory, DISKs and a cache, however, these hardware components are used to host the Spark Program and manage the wider cluster. The driver is the users link, between themselves, and the physical compute required to complete any work submitted to the cluster.<br><br>2. As Spark is written in Scala, it is important to remember that any machine within the cluster needs to have a JVM (Java Virtual Machine) running, so that Spark can work with the hardware on the host.<br><br>3. The Spark Program runs inside of this JVM and is used to create the SparkContext, which is the access point for the user to the Spark Cluster.<br><br>Source: https://towardsdatascience.com/apache-spark-multi-part-series-spark-architecture-461d81e24010. |

| U.S. Patent No. 7,712,080 (Claims 1, 3-6, 9, 17, 18) ||
| Patent Claim | Example American Count VII Systems and Services |
| --- | --- |
| [18]. The method of claim 9, wherein the distributed parallel computing program is configured to operate across a distributed shared memory system. | On information and belief, the American Count VII Systems and Services include the system of claim 9. *See* claim 9. On information and belief, the American Count VII Systems and Services further include the system of claim 9, where the distributed parallel computing program is configured to operate across a distributed shared memory system. |

| U.S. Patent No. 7,712,080 (Claims 1, 3-6, 9, 17, 18) | |
|---|---|
| **Patent Claim** | **Example American Count VII Systems and Services** |
| | 1. Worker nodes are generally stand-alone machines which have hardware like any other. Such as a CPU, memory, disks and a cache. <br><br> 2. As with the driver, for Spark to run on a worker node, we need to ensure that the system has a compatible version of Java installed so that the code can be interpreted in the correct and meaningful way. <br><br> 3. When we have Spark installed on our worker node, our driver node will be able to utilise its cluster management capabilities to map what hardware is available on the worker. <br> The cluster manager will track the number of *"slots"*, which are essentially the number of cores available on the device. These slots are classified as available chucks of compute and they can be provided tasks to complete by the driver node. <br> There is an amount of available memory which is split into two sections, storage memory and working memory. The default ratio of this is 50:50, but this can be changed in the Spark config. <br> Each worker also has a number of disks attached. But I know what you are going to say, Spark works in memory, not disk! However, Spark still needs disks to allocate shuffle partitions (discussed further, later in this article), it also needs space for persistence to disk and also spill to disk. <br><br> 4. Now we have the details of how Driver nodes and Worker nodes are structured, we need to know how that interact and deal with *work*. <br> For this we will create a minimalist version of the diagram to show a worker node and its available slots for work. <br><br> Source: https://towardsdatascience.com/apache-spark-multi-part-series-spark-architecture-461d81e24010. |

47

| U.S. Patent No. 7,712,080 (Claims 1, 3-6, 9, 17, 18) | |
|---|---|
| **Patent Claim** | **Example American Count VII Systems and Services** |
| | **Driver Node**<br><br>The Spark driver is used to orchestrate the whole Spark cluster, this means it will manage the work which is distributed across the cluster as well as what machines are available throughout the cluster lifetime.<br><br>Driver Node Step by Step (created by Luke Thorp)<br><br>1. The driver node is like any other machine, it has hardware such as a CPU, memory, DISKs and a cache, however, these hardware components are used to host the Spark Program and manage the wider cluster. The driver is the users link, between themselves, and the physical compute required to complete any work submitted to the cluster.<br><br>2. As Spark is written in Scala, it is important to remember that any machine within the cluster needs to have a JVM (Java Virtual Machine) running, so that Spark can work with the hardware on the host.<br><br>3. The Spark Program runs inside of this JVM and is used to create the SparkContext, which is the access point for the user to the Spark Cluster.<br><br>Source: https://towardsdatascience.com/apache-spark-multi-part-series-spark-architecture-461d81e24010. |