# EXHIBIT 40

**Exhibit 2 to**
**Intellectual Ventures I LLC's and Intellectual Ventures II LLC's**
**Supplemental Infringement Contentions**

**Infringement Claim Chart of**
**U.S. Patent No. 7,721,282 ("'282 Patent" or "Asserted Patent")**

The Accused Systems and Services include without limitation American systems and services that utilize Docker; all past, current, and future systems and services that operate in the same or substantially similar manner as the specifically identified systems and services; and all past, current, and future American systems and services that have the same or substantially similar features as the specifically identified systems and services ("Example American Count XII Systems and Services" or "American Systems and Services").[1]

On information and belief, American Systems and Services directly infringes the asserted claims of the Asserted Patent through at least making and using its various systems. American also is a direct infringer through use via testing the claimed system. With regards to making the accused system, to the extent American utilizes a non-licensed public cloud provider, American directs and controls and derives the beneficial use of making/using the claimed system. On information and belief, American also directly infringes the asserted claims of the Asserted Patent by selling and offering to sell the American Systems and Services through American's various offering's to its customers. On information and belief, American also indirectly infringes the Asserted Patent through direct infringement of American customer's infringement that utilize American's offerings and American Systems and Services. American induces the direct infringement through its customers use of American's Systems and Services. American provides instructions on how to use its various offerings, the use of which results in the performance of the Asserted Patent claims.

On information and belief, the American Systems and Services use Docker in public and/or private cloud(s). For example, American posts, or has posted, job opportunities that require familiarity with Docker containerization concepts.

- Example of job posting for an Engineer/Sr Engineer in IT Situational Awareness at American Airlines which mentions Docker as a necessary skill for the position. https://jobs.aa.com/job/EngineerSr-Engineer%2C-IT-Situational-Awareness/75837-en_US. (Last accessed on 10/31/2024).

---

[1] Plaintiffs do not accuse the public clouds of Defendant, to the extent those services are provided by a cloud provider with a license to Plaintiffs' patents that covers Defendant's activities. ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

- Example of job posting for an Associate Developer in IT Applications at American Airlines which mentions Docker as a necessary skill for the position. https://jobs.aa.com/job/Associate-Developer%2C-IT-Applications/75816-en_US. (Last accessed on 10/31/2024).
- Example of Sr. Cloud Infra DevSecOps Engineer/Architectposition at American Airlines which mentions use of Docker. https://www.linkedin.com/in/rupa-m-b90836309/. (Last accessed on 9/19/24).
- Example of Kubernetes Engineer position at American Airlines which mentions use of Docker. https://www.linkedin.com/in/sridhar-pulluri-199b56250/. (Last accessed on 9/19/24).
- Example of Software Engineer position at American Airlines which mentions use of Docker. https://www.linkedin.com/in/pthotakura9/. (Last accessed on 9/19/24).
- Example of Senior Developer, IT Applications position at American Airlines which mentions use of Docker. https://www.linkedin.com/in/cj-cohorst-61a614173/. (Last accessed on 9/19/24).
- Example of Developer position at American Airlines which mentions use of Docker. https://in.linkedin.com/in/prudhvi-kumar-rayapati.

As another example, American has announced cloud migration of legacy technology and efforts to modernize its mainframes and servers. Source: https://dxc.com/sg/en/insights/customer-stories/american-airlines-cloud-data-automation. American continues to use private cloud for at least certain applications. Source: https://www.techtarget.com/searchdatamanagement/feature/American-Airlines-lowers-data-management-costs-with-Intel. ("American Airlines' initial target for cost optimization was Azure Data Lake, according to Vijay Premkumar, senior manager of public and _private cloud_ at the airline.") (emphasis added).

On information and belief, other information confirmed American uses Docker technology.



Source: https://github.com/orgs/americanair/packages.

3



## Top Airlines, Airports & Air Services Companies Using Docker

37,841 companies using this technology

By Docker

Docker is a software container platform. Developers use Docker to eliminate "works on my machine" problems when collaborating on code with co-workers. Operators use Docker to run and manage apps side-by-side in isolated containers to get better compute density. Enterprises use Docker to build agile software delivery pipelines. Read less



### American Airlines
Technologies used by the company: 1,293

Source: https://www.zoominfo.com/tech/23717/docker-tech-from-transportation-airline-industry-in-us-by-revenue.

4

When I came to American Airlines, I tried to contribute to several InnerSource projects in our corporate VCS. One of the things I observed is that local development leaned on local installations of the application framework extensively. In the past, I've been victim of "worked on my machine" in similar setups and wanted to get a better understanding of how pervasive containers were being used. I wanted to present options on how to use containers to help remove local dependency hell. There was plenty of opportunity to leverage this approach for local development 🙇

Using containers for a local development environment can help remove impediments in situations such as:

- My stack has several dependencies that are hard to emulate:
  - Databases, and associated volumes for (short-lived) storage
  - Caches
  - Connectivity to the above, with declarative service names
- I have a bunch of application dependencies (`requirements.txt`, `packages.json`, `Gemfile`)
- There are many moving parts to reproduce a production-like environment
- My team uses different operating systems, or versions of operating systems

## Windows and macOS

- Install Docker – `stable` or `edge` is fine. For the purposes of this write-up, we're using basic features.

Source: https://tech.aa.com/2020-10-13-containers-local-dev/.

5

*Karl Haworth, is a Principal Staff Engineer on American Airlines Developer Experience products. His team is leveraging Chainguard Images to harden their software and strengthen the security of their software supply chain. Karl recently created an alternative, secure image for the Backstage open-source framework using Changuard's wolfi-base image. In this guest post, Karl explores the decision to use wolfi-base and the benefits he has seen in reducing vulnerabilities and shrinking the overall Backstage attack surface.*

American Airlines is committed to enhancing the developer experience by implementing a frictionless self-service platform to create delightful developer experiences. By doing so, the developers can deliver value *sooner* to our customers. In order to achieve the stated goal, we adopted Spotify's Backstage open-source framework for accelerating the development of our internal developer portal Runway. This marks my third endeavor at establishing a developer portal which has been successful due to a heavy focus on InnerSource practices. Backstage has proven instrumental in streamlining the development process, thanks to its community-driven foundation as a solid base to build upon.

While Backstage prioritizes security, concerns arise when utilizing the base image, `node:18-bookworm-slim`, as it contains 74 vulnerabilities ranging in severity. This has prompted us to assess the security implications when using the docker build command and `Dockerfile` within the Backstage framework, as the default added an additional 330 vulnerabilities. I attempted using updated node and Debian images, but they also yielded similar results, prompting me to seek out different solutions.

Source: https://www.chainguard.dev/unchained/reducing-vulnerabilities-in-backstage-with-chainguards-wolfi.

*See also* https://karlhaworth.com/.[2]

---

[2] Unless otherwise noted, all sources cited in this document were publicly accessible as of the filing date of the Complaint.

| U.S. Patent No. 7,721,282 (Claim 1) | |
|---|---|
| **Claim** | **Example American Count XII Systems and Services** |
| 1. A system for distributing an application environment comprising: | To the extent this preamble is limiting, on information and belief, the American Count XII Systems and Services are a "system for distributing an application environment." <br><br> Docker is an open-source platform that enables the development and distribution of applications and facilitates running applications in an isolated environment called containers. A multi-server environment capable of deploying and running Docker containers is considered a system. <br><br> **Docker overview** <br><br> Docker is an open platform for developing, shipping, and running applications. Docker enables you to separate your applications from your infrastructure so you can deliver software quickly. With Docker, you can manage your infrastructure in the same ways you manage your applications. By taking advantage of Docker's methodologies for shipping, testing, and deploying code, you can significantly reduce the delay between writing code and running it in production. <br><br> Source: https://docs.docker.com/guides/docker-overview/.[3] (Last accessed on May 15, 2025). |

---

[3] Annotations added unless otherwise noted.

| U.S. Patent No. 7,721,282 (Claim 1) | |
|---|---|
| **Claim** | **Example American Count XII Systems and Services** |
| | ## The Docker platform<br><br>Docker provides the ability to package and run an application in a loosely isolated environment called a container. The isolation and security lets you run many containers simultaneously on a given host.<br><br>Containers are lightweight and contain everything needed to run the application, so you don't need to rely on what's installed on the host. You can share containers while you work, and be sure that everyone you share with gets the same container that works in the same way.<br><br>Docker provides tooling and a platform to manage the lifecycle of your containers:<br><br>• Develop your application and its supporting components using containers.<br><br>• The container becomes the unit for distributing and testing your application.<br><br>• When you're ready, deploy your application into your production environment, as a container or an orchestrated service. This works the same whether your production environment is a local data center, a cloud provider, or a hybrid of the two.<br><br>Source: https://docs.docker.com/guides/docker-overview/. (Last accessed on May 15, 2025).<br><br>For example, a user can interact with Docker on the command line to run, build, pull, and/or configure containers, images, and/or volumes. |

| U.S. Patent No. 7,721,282 (Claim 1) | |
|---|---|
| **Claim** | **Example American Count XII Systems and Services** |
| |  Source: https://docs.docker.com/guides/docker-overview/. (Last accessed on May 15, 2025). As described elsewhere in this claim chart, on information and belief Southwest uses Docker. Docker supports various storage drivers, including the Overlay2, OverlayFS, and ZFS drivers, each of which is described in further detail in this claim chart. For example, ZFS is a "next generation" filesystem and is used in enterprise environments and for write-heavy workloads and systems with large amounts of memory, and provides various benefits. |

| U.S. Patent No. 7,721,282 (Claim 1) | |
| --- | --- |
| **Claim** | **Example American Count XII Systems and Services** |
| | ## ZFS storage driver<br><br>ZFS is a next generation filesystem that supports many advanced storage technologies such as volume management, snapshots, checksumming, compression and deduplication, replication and more.<br><br>Source: https://docs.docker.com/engine/storage/drivers/zfs-driver/.<br><br>• `zfs` is a good choice for high-density workloads such as PaaS.<br><br>Source: https://docs.docker.com/engine/storage/drivers/select-storage-driver/.<br><br>## ZFS and Docker performance<br><br>There are several factors that influence the performance of Docker using the `zfs` storage driver.<br><br>• **Memory**: Memory has a major impact on ZFS performance. ZFS was originally designed for large enterprise-grade servers with a large amount of memory.<br><br>Source: https://docs.docker.com/engine/storage/drivers/zfs-driver/. |

| U.S. Patent No. 7,721,282 (Claim 1) | |
|---|---|
| **Claim** | **Example American Count XII Systems and Services** |
| | ## Performance best practices<br><br>• **Use fast storage**: Solid-state drives (SSDs) provide faster reads and writes than spinning disks.<br><br>• **Use volumes for write-heavy workloads**: Volumes provide the best and most predictable performance for write-heavy workloads. This is because they bypass the storage driver and do not incur any of the potential overheads introduced by thin provisioning and copy-on-write. Volumes have other benefits, such as allowing you to share data among containers and persisting even when no running container is using them.<br><br>Source: https://docs.docker.com/engine/storage/drivers/zfs-driver/. |
| 1[a] a compute node comprising a computer system; | On information and belief, the American Count XII Systems and Services include "a compute node comprising a computer system."<br><br>Docker requires a host environment or a server to host containers in isolation from each other. Containers (e.g., a compute node) are running instances of an image, having executable packages of software, including code, runtime, system tools, libraries, and settings (e.g., comprising a computer system). |

11

| U.S. Patent No. 7,721,282 (Claim 1) | |
|---|---|
| **Claim** | **Example American Count XII Systems and Services** |
| | A container is a standard unit of software that packages up code and all its dependencies so the application runs quickly and reliably from one computing environment to another. A Docker container image is a lightweight, standalone, executable package of software that includes everything needed to run an application: code, runtime, system tools, system libraries and settings.<br><br>Source: https://www.docker.com/resources/what-container/. (Last accessed on May 15, 2025).<br><br><br><br>Source: https://www.docker.com/resources/what-container/. (Last accessed on May 15, 2025). |

| U.S. Patent No. 7,721,282 (Claim 1) | |
|---|---|
| **Claim** | **Example American Count XII Systems and Services** |
| | ### The Docker platform<br><br>Docker provides the ability to package and run an application in a loosely isolated environment called a container. The isolation and security lets you run many containers simultaneously on a given host. Containers are lightweight an contain everything needed to run the application, so you don't need to rely on what's installed on the host. You can share containers while you work, and be sure that everyone you share with gets the same container that works in the same way.<br><br>Source: https://docs.docker.com/get-started/docker-overview/. (Last accessed on May 15, 2025).<br><br>By default, a container is relatively well isolated from other containers and its host machine. You can control how isolated a container's network, storage, or other underlying subsystems are from other containers or from the host machine.<br><br>Source: https://docs.docker.com/get-started/docker-overview/. (Last accessed on May 15, 2025).<br><br>For example, containers are running instances of images. Docker images include the libraries, dependencies, and other environment elements for an application to run in. The storage driver controls how the images and container instances are resident on the host.<br><br>### Images and containers<br><br>Fundamentally, a container is nothing but a running process, with some added encapsulation features applied to it in order to keep it isolated from the host and from other containers. One of the most important aspects of container isolation is that each container interacts with its own private filesystem; this filesystem is provided by a Docker **image**. An image includes everything needed to run an application - the code or binary, runtimes, dependencies, and any other filesystem objects required.<br><br>Source: https://docker-docs.uclv.cu/get-started/. (Last accessed on May 15, 2025). |

13

| U.S. Patent No. 7,721,282 (Claim 1) | |
| --- | --- |
| **Claim** | **Example American Count XII Systems and Services** |
| | <br><br>Source: https://docs.docker.com/storage/storagedriver/select-storage-driver/. (Last accessed on May 15, 2025).<br><br>*See also* claim preamble 1[pre]. |
| 1[b] a first storage unit for storing blocks of a root image of the compute node, wherein the first storage unit comprises a first non-volatile memory, wherein the root image comprises a computer program, wherein the blocks comprise sections of data, and wherein a file of the root image comprises at least one block; | On information and belief, the American Count XII Systems and Services include "a first storage unit for storing blocks of a root image of the compute node, wherein the first storage unit comprises a first non-volatile memory, wherein the root image comprises a computer program, wherein the blocks comprise sections of data, and wherein a file of the root image comprises at least one block."<br><br>Docker containers each have their own private filesystem provided by a Docker image. Docker provides storage drivers that control how the images and containers are stored and managed on a Docker host.<br><br><br><br>Source: https://docs.docker.com/storage/storagedriver/select-storage-driver/. (Last accessed on May 15, 2025). |

14

| U.S. Patent No. 7,721,282 (Claim 1) | |
| --- | --- |
| **Claim** | **Example American Count XII Systems and Services** |
| |  Source: https://docs.docker.com/guides/docker-overview/. (Last accessed on May 15, 2025).<br><br>For example, Docker stores images and containers in memory on the host system. Particularly, Docker, through its OverlayFS (Overlay File System), presents all the directories as a single consolidated directory. The lower directory is called 'lowerdir' and the upper directory is called 'upperdir'. The 'lowerdir' is the layer that stores blocks of the base or root image (i.e., a first storage unit for storing blocks of a root image of the compute node). The base or root image includes the application code, dependencies, and other necessary elements for execution or runtime (i.e., root image comprises a computer program). Each layer, or the files therein, occupies a portion of the 'lowerdir' (i.e., a file of the root image comprises at least one block). |

| U.S. Patent No. 7,721,282 (Claim 1) | |
|---|---|
| **Claim** | **Example American Count XII Systems and Services** |
| |
Source: https://docs.docker.com/storage/storagedriver/overlayfs-driver/. (Last accessed on May 15, 2025). |

| U.S. Patent No. 7,721,282 (Claim 1) | |
|---|---|
| **Claim** | **Example American Count XII Systems and Services** |
| | Source: https://docs.docker.com/storage/storagedriver/overlayfs-driver/. (Last accessed on May 15, 2025).

Source: https://docs.docker.com/storage/storagedriver/. (Last accessed on May 15, 2025).

As shown in the evidence below, each layer can include multiple files. For example, an image layer can include three files, where each of these files includes at least one block of data. A user can see a consolidated view via the merged directory, which is a combined view of the 'lowerdir' and 'upperdir' via overlay2, the storage driver in OverlayFS. |

17

| U.S. Patent No. 7,721,282 (Claim 1) | |
|---|---|
| **Claim** | **Example American Count XII Systems and Services** |
| | The following diagram shows how a Docker image and a Docker container are layered. The image layer is the `lowerdir` and the container layer is the `upperdir`. If the image has multiple layers, multiple `lowerdir` directories are used. The unified view is exposed through a directory called `merged` which is effectively the containers mount point. <br><br> <br><br> Source: https://docs.docker.com/storage/storagedriver/overlayfs-driver/. (Last accessed on May 15, 2025). <br><br> Further, Docker provides storage drivers that control how images and containers are stored and managed on a Docker host. As an example, Docker provides a ZFS storage driver, which operates at block-level and supports storage technologies like snapshots, clones, and filesystems, and requires solid-state drives (SSDs). <br><br> **ZFS storage driver** <br><br> ZFS is a next generation filesystem that supports many advanced storage technologies such as volume management, snapshots, checksumming, compression and deduplication, replication and more. <br><br> Source: https://docs.docker.com/engine/storage/drivers/zfs-driver/ |

| U.S. Patent No. 7,721,282 (Claim 1) | |
|---|---|
| **Claim** | **Example American Count XII Systems and Services** |
| | - ZFS requires one or more dedicated block devices, preferably solid-state drives (SSDs).<br><br>- The `/var/lib/docker/` directory must be mounted on a ZFS-formatted filesystem.<br><br>Source: https://docs.docker.com/engine/storage/drivers/zfs-driver/<br><br>- Block-level storage drivers such as `btrfs`, and `zfs` perform better for write-heavy workloads (though not as well as Docker volumes).<br><br>Source: https://docs.docker.com/engine/storage/drivers/select-storage-driver/<br><br>The base layer of a Docker image exists as a ZFS filesystem (i.e., root image). Each child layer is a ZFS clone based on a ZFS snapshot of the layer below it. The evidence below describes how the ZFS filesystem, snapshots, and clones include blocks of data stored in the zpool. As an example, the portion (quota) of zpool containing the ZFS filesystem (i.e., root image) constitutes the first storage unit.<br><br>## Base images<br><br>All Dockerfiles start from a base image. A base is the image that your image extends. It refers to the contents of the `FROM` instruction in the Dockerfile.<br><br>Source: https://docs.docker.com/build/building/base-images/ |

19

| U.S. Patent No. 7,721,282 (Claim 1) | |
|---|---|
| **Claim** | **Example American Count XII Systems and Services** |
|  | 1. The base layer of the image exists on the Docker host as a ZFS filesystem. <br><br> 2. Additional image layers are clones of the dataset hosting the image layer directly below it. <br> In the diagram, "Layer 1" is added by taking a ZFS snapshot of the base layer and then creating a clone from that snapshot. The clone is writable and consumes space on-demand from the zpool. The snapshot is read-only, maintaining the base layer as an immutable object. <br><br> 3. When the container is launched, a writable layer is added above the image. <br> In the diagram, the container's read-write layer is created by making a snapshot of the top layer of the image (Layer 1) and creating a clone from that snapshot. <br><br> 4. As the container modifies the contents of its writable layer, space is allocated for the blocks that are changed. By default, these blocks are 128k. <br><br> Source: https://docs.docker.com/engine/storage/drivers/zfs-driver/ |

| U.S. Patent No. 7,721,282 (Claim 1) | |
|---|---|
| **Claim** | **Example American Count XII Systems and Services** |
|  | <ul><li>**filesystems**: thinly provisioned, with space allocated from the `zpool` on demand.</li><li>**snapshots**: read-only space-efficient point-in-time copies of filesystems.</li><li>**clones**: Read-write copies of snapshots. Used for storing the differences from the previous layer.</li></ul> The process of creating a clone:<br><br><br><br>Source: https://docs.docker.com/engine/storage/drivers/zfs-driver/<br><br>As described, ZFS filesystems, snapshots, and clones all allocate portions of the zpool available storage devices. The ZFS filesystem includes the pool(s), dataset(s), and disk usage of the respective pool.<br><br>Filesystems, snapshots, and clones all allocate space from the underlying `zpool`.<br><br>Source: ZFS storage driver \| Docker Docs |

| U.S. Patent No. 7,721,282 (Claim 1) | |
|---|---|
| **Claim** | **Example American Count XII Systems and Services** |
| | ```
// Status returns information about the ZFS filesystem. It returns a two dimensional array of information
// such as pool name, dataset name, disk usage, parent quota and compression used.
// Currently it return 'Zpool', 'Zpool Health', 'Parent Dataset', 'Space Used By Parent',
// 'Space Available', 'Parent Quota' and 'Compression'.

func (d *Driver) create(id, parent string, storageOpt map[string]string) error {
    name := d.zfsPath(id)
    quota, err := parseStorageOpt(storageOpt)
    if err != nil {
        return err
    }
    if parent == "" {
        mountoptions := map[string]string{"mountpoint": "legacy"}
        fs, err := zfs.CreateFilesystem(name, mountoptions)
        if err == nil {
            err = setQuota(name, quota)
            if err == nil {
                d.Lock()
                d.filesystemsCache[fs.Name] = true
                d.Unlock()
            }
        }
        return err
    }
    err = d.cloneFilesystem(name, d.zfsPath(parent))
    if err == nil {
        err = setQuota(name, quota)
    }
    return err
``` |

Source: https://github.com/moby/moby/blob/master/daemon/graphdriver/zfs/zfs.go

As an example, when the ZFS storage driver takes a snapshot of the system, it clones the current state of the parent image filesystem.

22

| U.S. Patent No. 7,721,282 (Claim 1) | |
|---|---|
| **Claim** | **Example American Count XII Systems and Services** |
| | ```go
func (d *Driver) cloneFilesystem(name, parentName string) error {
    snapshotName := strconv.Itoa(time.Now().Nanosecond())
    parentDataset := zfs.Dataset{Name: parentName}
    snapshot, err := parentDataset.Snapshot(snapshotName /*recursive */, false)
    if err != nil {
        return err
    }

    _, err = snapshot.Clone(name, map[string]string{"mountpoint": "legacy"})
    if err == nil {
        d.Lock()
        d.filesystemsCache[name] = true
        d.Unlock()
    }

    if err != nil {
        snapshot.Destroy(zfs.DestroyDeferDeletion)
        return err
    }
    return snapshot.Destroy(zfs.DestroyDeferDeletion)
}
```<br><br>Source: https://github.com/moby/moby/blob/master/daemon/graphdriver/zfs/zfs.go<br><br>**Image and container layers on-disk**<br><br>After downloading a five-layer image using `docker pull ubuntu`, you can see six directories under `/var/lib/docker/overlay2`.<br><br>Source: https://docs.docker.com/storage/storagedriver/overlayfs-driver/. (Last accessed on May 15, 2025). |
| 1[c] a second storage unit for storing a leaf image, the leaf image comprising new data blocks and changes to the | On information and belief, the American Count XII Systems and Services include "a first storage unit for storing blocks of a root image of the compute node, wherein the first storage unit comprises a first non-volatile memory, wherein the root image comprises a computer program, wherein the blocks comprise sections of data, and wherein a file of the root image comprises at least one block." |

23

| U.S. Patent No. 7,721,282 (Claim 1) | |
|---|---|
| **Claim** | **Example American Count XII Systems and Services** |
| blocks of the root image, wherein the second storage unit comprises a second non-volatile memory; and | Docker includes a top writable layer, where all writes to a container (e.g., a write to add new data or modify existing data) are stored in the writable layer. The writable layer contains only the modified data per the changes made by the respective container instance (i.e., leaf image comprising new data blocks and changes to the blocks of the root image). The writable layer is stored in memory. |

**Container and layers**

The major difference between a container and an image is the top writable layer. All writes to the container that add new or modify existing data are stored in this writable layer. When the container is deleted, the writable layer is also deleted. The underlying image remains unchanged.

Source: https://docs.docker.com/storage/storagedriver/. (Last accessed on May 15, 2025).

Each layer is only a set of differences from the layer before it. Note that both *adding*, and *removing* files will result in a new layer. In the example above, the `$HOME/.cache` directory is removed, but will still be available in the previous layer and add up to the image's total size. Refer to the Best practices for writing Dockerfiles and use multi-stage builds sections to learn how to optimize your Dockerfiles for efficient images.

The layers are stacked on top of each other. When you create a new container, you add a new writable layer on top of the underlying layers. This layer is often called the "container layer". All changes made to the running container, such as writing new files, modifying existing files, and deleting files, are written to this thin writable container layer. The diagram below shows a container based on an `ubuntu:15.04` image.

Source: https://docs.docker.com/storage/storagedriver/. (Last accessed on May 15, 2025).

For example, the changes, edits, or modifications made to a container will be stored in the 'upperdir' of that container (i.e., a second storage unit for storing a leaf image). The 'upperdir' includes only the

| U.S. Patent No. 7,721,282 (Claim 1) | |
|---|---|
| **Claim** | **Example American Count XII Systems and Services** |
| | changed, edited, or modified file(s) by the container. <br><br> <br><br> Source: https://docs.docker.com/storage/storagedriver/overlayfs-driver/. (Last accessed on May 15, 2025). |

25

| U.S. Patent No. 7,721,282 (Claim 1) | |
|---|---|
| **Claim** | **Example American Count XII Systems and Services** |
| | <br><br>Source: https://docs.docker.com/storage/storagedriver/. (Last accessed on May 15, 2025).<br><br>For example, below describes how overlay2 functions by comparing and calculating the differences or changes between the parent and its corresponding layer, if it was modified. |

| U.S. Patent No. 7,721,282 (Claim 1) | |
| --- | --- |
| **Claim** | **Example American Count XII Systems and Services** |
| | ```
// DiffSize calculates the changes between the specified id
// and its parent and returns the size in bytes of the changes
// relative to its base filesystem directory.
func (d *Driver) DiffSize(id, parent string) (int64, error) {
        if useNaiveDiff(d.home) || !d.isParent(id, parent) {
                return d.naiveDiff.DiffSize(id, parent)
        }
        return directory.Size(context.TODO(), d.getDiffPath(id))
}


// Diff produces an archive of the changes between the specified
// layer and its parent layer which may be "".
func (d *Driver) Diff(id, parent string) (io.ReadCloser, error) {
        if useNaiveDiff(d.home) || !d.isParent(id, parent) {
                return d.naiveDiff.Diff(id, parent)

        }



// Changes produces a list of changes between the specified layer and its
// parent layer. If parent is "", then all changes will be ADD changes.
func (d *Driver) Changes(id, parent string) ([]archive.Change, error) {
        return d.naiveDiff.Changes(id, parent)
}
``` <br><br> Source: https://github.com/moby/moby/blob/master/daemon/graphdriver/overlay2/overlay.go. (Last accessed on May 15, 2025). <br><br> Further, Docker through ZFS facilitates the creation of a writable clone (i.e., leaf image) created from the snapshot of the parent image (i.e., root image) and includes any differences from the parent image. |

| U.S. Patent No. 7,721,282 (Claim 1) | |
|---|---|
| **Claim** | **Example American Count XII Systems and Services** |
| | Clones also reside in memory at a storage device in the zpool (i.e., second storage unit for storing a leaf image).<br><br>• **filesystems**: thinly provisioned, with space allocated from the `zpool` on demand.<br><br>• **snapshots**: read-only space-efficient point-in-time copies of filesystems.<br><br>• **clones**: Read-write copies of snapshots. Used for storing the differences from the previous layer.<br><br>The process of creating a clone:<br><br><br><br>Source: https://docs.docker.com/engine/storage/drivers/zfs-driver/<br><br>1. A read-only snapshot is created from the filesystem.<br><br>2. A writable clone is created from the snapshot. This contains any differences from the parent layer.<br><br>Filesystems, snapshots, and clones all allocate space from the underlying `zpool`. |

| U.S. Patent No. 7,721,282 (Claim 1) | |
|---|---|
| **Claim** | **Example American Count XII Systems and Services** |
| | Source: https://docs.docker.com/engine/storage/drivers/zfs-driver/ <br><br> For example, each container's writable layer is a ZFS clone populating an area of the configured zpool. A clone occupying a block of space is allocated for each of the instances of changes made to existing files by a container instance or for writing to a new file. <br><br> Each container's writable layer is a ZFS clone which shares all its data with the dataset it was created from (the snapshots of its parent layers). Read operations are fast, even if the data being read is from a deep layer. This diagram illustrates how block sharing works: <br><br> <br><br> Source: https://docs.docker.com/engine/storage/drivers/zfs-driver/ |

| U.S. Patent No. 7,721,282 (Claim 1) ||
| :--: | :--: |
| **Claim** | **Example American Count XII Systems and Services** |
| | Writing files<br><br>**Writing a new file**: space is allocated on demand from the underlying `zpool` and the blocks are written directly into the container's writable layer.<br><br>**Modifying an existing file**: space is allocated only for the changed blocks, and those blocks are written into the container's writable layer using a copy-on-write (CoW) strategy. This minimizes the size of the layer and increases write performance.<br><br>Source: https://docs.docker.com/engine/storage/drivers/zfs-driver/<br><br>For example, there is a limited amount of space that data can be held in a specific block of storage. Below describes the creation of a new block of space for a new file that wasn't previously present on the parent (i.e., a second storage unit for storing a leaf image, the leaf image comprising new data blocks and changes to the blocks of the root image). |

| U.S. Patent No. 7,721,282 (Claim 1) | |
|---|---|
| **Claim** | **Example American Count XII Systems and Services** |
| | ```go
func (d *Driver) create(id, parent string, storageOpt map[string]string) error {
	name := d.zfsPath(id)
	quota, err := parseStorageOpt(storageOpt)
	if err != nil {
		return err
	}
	if parent == "" {
		mountoptions := map[string]string{"mountpoint": "legacy"}
		fs, err := zfs.CreateFilesystem(name, mountoptions)
		if err == nil {
			err = setQuota(name, quota)
			if err == nil {
				d.Lock()
				d.filesystemsCache[fs.Name] = true
				d.Unlock()
			}
		}
		return err
	}
	err = d.cloneFilesystem(name, d.zfsPath(parent))
	if err == nil {
		err = setQuota(name, quota)
	}
	return err
```<br><br>Source: https://github.com/moby/moby/blob/master/daemon/graphdriver/zfs/zfs.go |

31

| U.S. Patent No. 7,721,282 (Claim 1) | |
| --- | --- |
| **Claim** | **Example American Count XII Systems and Services** |
| 1[d] a union block device for interfacing between the compute node and the first and second storage units to distribute the application environment to the compute node, wherein the union block device comprises a driver, wherein the union block device creates the application environment by merging the blocks of the root image stored on the first storage unit with the blocks of the leaf image stored on the second storage unit; the union block device comprises a low-level driver for interfacing between the first and second storage units and the file system of the compute node; and the union block device, upon receiving a write request from the compute node for a sector X, creates an appropriate persistent mapping for sector X. | On information and belief, the American Count XII Systems and Services include "a union block device for interfacing between the compute node and the first and second storage units to distribute the application environment to the compute node, wherein the union block device comprises a driver, wherein the union block device creates the application environment by merging the blocks of the root image stored on the first storage unit with the blocks of the leaf image stored on the second storage unit; the union block device comprises a low-level driver for interfacing between the first and second storage units and the file system of the compute node; and the union block device, upon receiving a write request from the compute node for a sector X, creates an appropriate persistent mapping for sector X." <br><br> Docker enables building, running, and sharing applications using containers (i.e., distribute the application environment to the compute node). Docker provides a storage driver – overlay2, for managing and storing images for use. The overlay2 storage driver provides a mechanism for interfacing between the container (i.e., on compute node) and storage units. <br><br> <br><br> Source: https://docs.docker.com/storage/storagedriver/overlayfs-driver/. (Last accessed on May 15, 2025). |

| U.S. Patent No. 7,721,282 (Claim 1) | |
|---|---|
| **Claim** | **Example American Count XII Systems and Services** |
| | The following diagram shows how a Docker image and a Docker container are layered. The image layer is the `lowerdir` and the container layer is the `upperdir`. If the image has multiple layers, multiple `lowerdir` directories are used. The unified view is exposed through a directory called `merged` which is effectively the containers mount point. Source: https://docs.docker.com/storage/storagedriver/overlayfs-driver/. (Last accessed on May 15, 2025). To create a container, the `overlay2` driver combines the directory representing the image's top layer plus a new directory for the container. The image's layers are the `lowerdirs` in the overlay and are read-only. The new directory for the container is the `upperdir` and is writable. Source: https://docs.docker.com/storage/storagedriver/overlayfs-driver/. (Last accessed on May 15, 2025). |

33

| U.S. Patent No. 7,721,282 (Claim 1) | |
|---|---|
| **Claim** | **Example American Count XII Systems and Services** |
|  | <br><br>Source: https://docs.docker.com/storage/storagedriver/. (Last accessed on May 15, 2025).<br><br>**Images and containers**<br><br>Fundamentally, a container is nothing but a running process, with some added encapsulation features applied to it in order to keep it isolated from the host and from other containers. One of the most important aspects of container isolation is that each container interacts with its own private filesystem; this filesystem is provided by a Docker **image**. An image includes everything needed to run an application - the code or binary, runtimes, dependencies, and any other filesystem objects required.<br><br>Source: https://docker-docs.uclv.cu/get-started/. (Last accessed on May 15, 2025).<br><br>Docker includes an OverlayFS union filesystem that includes a storage driver, overlay2. OverlayFS includes the image layer and the container layer, which are presented as a single directory in a process called a union mount. In a container filesystem, the overlay2 storage driver combines directories representing the image's read-only layer and writable layers (i.e., creates the application environment |

| U.S. Patent No. 7,721,282 (Claim 1) | |
|---|---|
| **Claim** | **Example American Count XII Systems and Services** |
| | by merging the blocks of the root image stored on the first storage unit with the blocks of the leaf image stored on the second storage unit).<br><br>## Use the OverlayFS storage driver<br><br>OverlayFS is a union filesystem.<br><br>This page refers to the Linux kernel driver as `OverlayFS` and to the Docker storage driver as `overlay2`.<br><br>## How the `overlay2` driver works<br><br>OverlayFS layers two directories on a single Linux host and presents them as a single directory. These directories are called layers, and the unification process is referred to as a union mount. OverlayFS refers to the lower directory as `lowerdir` and the upper directory a `upperdir`. The unified view is exposed through its own directory called `merged`.<br><br>The `overlay2` driver natively supports up to 128 lower OverlayFS layers. This capability provides better performance for layer-related Docker commands such as `docker build` and `docker commit`, and consumes fewer inodes on the backing filesystem.<br><br>Source: https://docs.docker.com/storage/storagedriver/overlayfs-driver/. (Last accessed on May 15, 2025).<br><br>For example, Docker refers to the base image layers as 'lowerdir' and the container layer as 'upperdir,' and the unified view is referred to as merged. |

35

| U.S. Patent No. 7,721,282 (Claim 1) | |
|---|---|
| **Claim** | **Example American Count XII Systems and Services** |
| | The following diagram shows how a Docker image and a Docker container are layered. The image layer is the `lowerdir` and the container layer is the `upperdir`. If the image has multiple layers, multiple `lowerdir` directories are used. The unified view is exposed through a directory called `merged` which is effectively the containers mount point.<br><br>Source: https://docs.docker.com/storage/storagedriver/overlayfs-driver/. (Last accessed on May 15, 2025).<br><br>Furthermore, all writes are made in the top writable layer (container layer / 'upperdir'). Based on information and belief, it is assumed that writes are made in a specific portion of the writable layer, particularly in the case of modifications made to the existing data stored in an already known portion of the writable layer.<br><br>## Container and layers<br><br>The major difference between a container and an image is the top writable layer. All writes to the container that add new or modify existing data are stored in this writable layer. When the container is deleted, the writable layer is also deleted. The underlying image remains unchanged.<br><br>Source: https://docs.docker.com/storage/storagedriver/. (Last accessed on May 15, 2025). |

| U.S. Patent No. 7,721,282 (Claim 1) | |
|---|---|
| **Claim** | **Example American Count XII Systems and Services** |
| | The second-lowest layer, and each higher layer, contain a file called `lower`, which denotes its parent, and a directory called `diff` which contains its contents. It also contains a `merged` directory, which contains the unified contents of its parent layer and itself, and a `work` directory which is used internally by OverlayFS. <br><br> Source: https://docs.docker.com/engine/storage/drivers/overlayfs-driver/. (Last accessed on May 15, 2025). <br><br> The first time a container writes to an existing file, that file does not exist in the container (`upperdir`). The `overlay2` driver performs a `copy_up` operation to copy the file from the image (`lowerdir`) to the container (`upperdir`). The container then writes the changes to the new copy of the file in the container layer. <br><br> However, OverlayFS works at the file level rather than the block level. This means that all OverlayFS `copy_up` operations copy the entire file, even if the file is large and only a small part of it's being modified. This can have a noticeable impact on container write performance. However, two things are worth noting: <br><br> Source: https://docs.docker.com/engine/storage/drivers/overlayfs-driver/. (Last accessed on May 15, 2025). <br><br> For example, the 'lowerdir' directory can be seen by the *getLowerDirs* function to return all the files associated with the parent or base image. |

| U.S. Patent No. 7,721,282 (Claim 1) | |
|---|---|
| **Claim** | **Example American Count XII Systems and Services** |
| | ```
func (d *Driver) getLowerDirs(id string) ([]string, error) {
        var lowersArray []string
        lowers, err := os.ReadFile(path.Join(d.dir(id), lowerFile))
        if err == nil {
                for _, s := range strings.Split(string(lowers), ":") {
                        lp, err := os.Readlink(path.Join(d.home, s))
                        if err != nil {
                                return nil, err
                        }
                        lowersArray = append(lowersArray, path.Clean(path.Join(d.home, linkDir, lp)))
                }
        } else if !os.IsNotExist(err) {
                return nil, err
        }
        return lowersArray, nil
``` <br><br> Source: https://github.com/moby/moby/blob/master/daemon/graphdriver/overlay2/overlay.go. (Last accessed on May 15, 2025). <br><br> Furthermore, overlay2 first looks at if there have been any modifications at the writable layer. It will then merge the lower and upper directories and return that as the mount path of the container. For example, within a container, by listing out the files (i.e., 'ls' command), a user will see the merged directory. <br><br> ```
    // Get creates and mounts the required file system for the given id and returns the mount path.
func (d *Driver) Get(id, mountLabel string) (_ string, retErr error) {
``` |

38

| U.S. Patent No. 7,721,282 (Claim 1) | |
|---|---|
| **Claim** | **Example American Count XII Systems and Services** |
| | ```
mergedDir := path.Join(dir, mergedDirName)
if count := d.ctr.Increment(mergedDir); count > 1 {
        return mergedDir, nil
}
defer func() {
        if retErr != nil {
                if c := d.ctr.Decrement(mergedDir); c <= 0 {
                        if mntErr := unix.Unmount(mergedDir, 0); mntErr != nil {
                                logger.Errorf("error unmounting %v: %v", mergedDir, mntErr)
                        }
                        // Cleanup the created merged directory; see the comment in Put's rmdir
                        if rmErr := unix.Rmdir(mergedDir); rmErr != nil && !os.IsNotExist(rmErr) {
                                logger.Debugf("Failed to remove %s: %v: %v", id, rmErr, err)
                        }
                }
        }
}()

        mountData := label.FormatMountLabel(opts, mountLabel)
        mount := unix.Mount
        mountTarget := mergedDir
``` |
| | Source: https://github.com/moby/moby/blob/master/daemon/graphdriver/overlay2/overlay.go. (Last accessed on May 15, 2025). |
| | Further, Docker enables building, running, and sharing applications using containers (i.e., distribute the application environment to the compute node). Docker provides a block-based driver system – ZFS storage driver, for managing and storing images for use. The ZFS storage driver provides a mechanism for interfacing between the container (i.e., on compute node) and the first and second storage units (i.e., zpool). This mechanism is analogous to the functioning of a union block device comprising a low-level (i.e., block-based) driver (i.e., ZFS storage driver). |

| U.S. Patent No. 7,721,282 (Claim 1) | |
|---|---|
| **Claim** | **Example American Count XII Systems and Services** |
| | Docker is a platform for developers and sysadmins to develop, deploy, and run applications with containers. Containers are lightweight and portable software packages that contain everything needed to run an application, including code, runtime, system tools, libraries, and settings.<br><br>Source: https://medium.com/@Mahdi_ramadhan/kubernetes-vs-docker-ba0c2b8d93e7.<br><br>## ZFS storage driver<br><br>ZFS is a next generation filesystem that supports many advanced storage technologies such as volume management, snapshots, checksumming, compression and deduplication, replication and more.<br><br>Source: https://docs.docker.com/engine/storage/drivers/zfs-driver/<br><br>For example, ZFS requires at least one block device, such as solid-state drives (SSDs). The zpool of available storage devices will include all the parent images and any snapshots/clones of the modifications by containers.<br><br>• ZFS requires one or more dedicated block devices, preferably solid-state drives (SSDs).<br>• The `/var/lib/docker/` directory must be mounted on a ZFS-formatted filesystem.<br><br>Source: https://docs.docker.com/engine/storage/drivers/zfs-driver/<br><br>• Block-level storage drivers such as `btrfs`, and `zfs` perform better for write-heavy workloads (though not as well as Docker volumes). |

| U.S. Patent No. 7,721,282 (Claim 1) | |
|---|---|
| **Claim** | **Example American Count XII Systems and Services** |
| | Source: https://docs.docker.com/engine/storage/drivers/select-storage-driver/<br><br>Filesystems, snapshots, and clones all allocate space from the underlying `zpool`.<br><br>Source: ZFS storage driver \| Docker Docs<br><br>For example, when Docker containers use the ZFS storage driver, in order to create an environment for a container, writable layers are created on top of a base layer. The ZFS storage driver will take snapshots and clones starting from the current filesystem of the base layer, to create additional container-modified layers.<br><br>ZFS uses the following objects:<br><br>• **filesystems**: thinly provisioned, with space allocated from the `zpool` on demand.<br><br>• **snapshots**: read-only space-efficient point-in-time copies of filesystems.<br><br>• **clones**: Read-write copies of snapshots. Used for storing the differences from the previous layer.<br><br>Source: https://docs.docker.com/engine/storage/drivers/zfs-driver/ |

| U.S. Patent No. 7,721,282 (Claim 1) | |
| --- | --- |
| **Claim** | **Example American Count XII Systems and Services** |
| | The diagram below shows how this is put together with a running container based on a two-layer image.<br><br><br><br>Source: https://docs.docker.com/engine/storage/drivers/zfs-driver/<br><br>For example, by using CreateReadWrite function as seen in the source code below, the writable layer is created by adding the snapshot of the base layer and creating a clone of the snapshot. Thus, the writable layer effectively constitutes merged blocks of the snapshot (i.e., copy of root image) for read-only operations and the clone (leaf image) for read-write operations. |

| U.S. Patent No. 7,721,282 (Claim 1) | |
|---|---|
| **Claim** | **Example American Count XII Systems and Services** |
| | When you start a container, the following steps happen in order: <br><br> 1. The base layer of the image exists on the Docker host as a ZFS filesystem. <br><br> 2. Additional image layers are clones of the dataset hosting the image layer directly below it. <br> In the diagram, "Layer 1" is added by taking a ZFS snapshot of the base layer and then creating a clone from that snapshot. The clone is writable and consumes space on-demand from the zpool. The snapshot is read-only, maintaining the base layer as an immutable object. <br><br> 3. When the container is launched, a writable layer is added above the image. <br> In the diagram, the container's read-write layer is created by making a snapshot of the top layer of the image (Layer 1) and creating a clone from that snapshot. <br><br> 4. As the container modifies the contents of its writable layer, space is allocated for the blocks that are changed. By default, these blocks are 128k. <br><br> Source: https://docs.docker.com/engine/storage/drivers/zfs-driver/ <br><br> ```go // CreateReadWrite creates a layer that is writable for use as a container // file system. func (d *Driver) CreateReadWrite(id, parent string, opts *graphdriver.CreateOpts) error { return d.Create(id, parent, opts) } ``` |

| U.S. Patent No. 7,721,282 (Claim 1) | |
|---|---|
| **Claim** | **Example American Count XII Systems and Services** |
| | Source: https://github.com/moby/moby/blob/master/daemon/graphdriver/zfs/zfs.go <br><br> Similarly, in the case of Docker containers using the ZFS storage driver, only modified blocks (or changes) are stored in the clone (i.e., leaf image) of the writable layer using the copy-on-write strategy. In order to do the modification (say, write request), the clone is first created using copies (i.e., snapshot) of the base image, which creates an appropriate persistent mapping for the block (or sectors) to be modified in the writable layer. Then, the block (or sectors) is accordingly modified and stored in the zpool. <br><br> ZFS uses the following objects: <br><br> • **filesystems**: thinly provisioned, with space allocated from the `zpool` on demand. <br><br> • **snapshots**: read-only space-efficient point-in-time copies of filesystems. <br><br> • **clones**: Read-write copies of snapshots. Used for storing the differences from the previous layer. <br><br> Source: https://docs.docker.com/engine/storage/drivers/zfs-driver/ <br><br> ## Writing files <br><br> **Writing a new file**: space is allocated on demand from the underlying `zpool` and the blocks are written directly into the container's writable layer. <br><br> **Modifying an existing file**: space is allocated only for the changed blocks, and those blocks are written into the container's writable layer using a copy-on-write (CoW) strategy. This minimizes the size of the layer and increases write performance. |

| U.S. Patent No. 7,721,282 (Claim 1) | |
|---|---|
| **Claim** | **Example American Count XII Systems and Services** |
| | Source: https://docs.docker.com/engine/storage/drivers/zfs-driver/ <br><br> 4. As the container modifies the contents of its writable layer, space is allocated for the blocks that are changed. By default, these blocks are 128k. <br><br> Source: https://docs.docker.com/engine/storage/drivers/zfs-driver/ <br><br> For example, when the ZFS storage driver takes a snapshot, it will clone the current state of the parent image filesystem. <br><br> ```go<br>func (d *Driver) cloneFilesystem(name, parentName string) error {<br>    snapshotName := strconv.Itoa(time.Now().Nanosecond())<br>    parentDataset := zfs.Dataset{Name: parentName}<br>    snapshot, err := parentDataset.Snapshot(snapshotName /*recursive */, false)<br>    if err != nil {<br>        return err<br>    }<br><br>    _, err = snapshot.Clone(name, map[string]string{"mountpoint": "legacy"})<br>    if err == nil {<br>        d.Lock()<br>        d.filesystemsCache[name] = true<br>        d.Unlock()<br>    }<br><br>    if err != nil {<br>        snapshot.Destroy(zfs.DestroyDeferDeletion)<br>        return err<br>    }<br>    return snapshot.Destroy(zfs.DestroyDeferDeletion)<br>}<br>``` <br><br> Source: https://github.com/moby/moby/blob/master/daemon/graphdriver/zfs/zfs.go |
| 4. The system as recited in claim 1 wherein the root | On information and belief, the American Count XII Systems and Services include "the system as recited in claim 1 wherein the root image comprises an operating system." |

| U.S. Patent No. 7,721,282 (Claim 1) | |
|---|---|
| **Claim** | **Example American Count XII Systems and Services** |
| image comprises an operating system. | For example, containers are created from images (i.e., root image), which are templates containing application code, runtime, libraries, and other associated files. A Dockerfile is a file describing all the commands and instructions to assemble an image. All Dockerfiles start with a base image, which your new image will extend.<br><br>## Dockerfile<br><br>It all starts with a Dockerfile.<br><br>Docker builds images by reading the instructions from a Dockerfile. A Dockerfile is a text file containing instructions for building your source code. The Dockerfile instruction syntax is defined by the specification reference in the Dockerfile reference.<br><br>Here are the most common types of instructions:<br><br>| Instruction | Description |<br>|---|---|<br>| `FROM <image>` | Defines a base for your image. |<br>| `RUN <command>` | Executes any commands in a new layer on top of the current image and commits the result. `RUN` also has a shell form for running commands. |<br>| `WORKDIR <directory>` | Sets the working directory for any `RUN`, `CMD`, `ENTRYPOINT`, `COPY`, and `ADD` instructions that follow it in the Dockerfile. |<br>| `COPY <src> <dest>` | Copies new files or directories from `<src>` and adds them to the filesystem of the container at the path `<dest>`. |<br>| `CMD <command>` | Lets you define the default program that is run once you start the container based on this image. Each Dockerfile only has one `CMD`, and only the last `CMD` instance is respected when multiple exist. | |

| U.S. Patent No. 7,721,282 (Claim 1) | |
|---|---|
| **Claim** | **Example American Count XII Systems and Services** |
| | Source: https://docs.docker.com/build/concepts/dockerfile/. (Last accessed on May 22, 2025).<br><br>**Base images**<br><br>All Dockerfiles start from a base image. A base is the image that your image extends. It refers to the contents of the `FROM` instruction in the Dockerfile.<br><br>`FROM debian`<br><br>Source: https://docs.docker.com/build/building/base-images/. (Last accessed on May 22, 2025).<br><br>For example, images include operating systems (i.e., root image comprises an operating system) such as BusyBox, Alpine, Ubuntu, and Debian, where they are provided publicly on DockerHub, private image registries, or other image registries.<br><br>These images provide essential base repositories that serve as the starting point for the majority of users.<br><br>These include operating systems such as Ubuntu and Alpine, programming language runtimes such as Python and Node, and other essential tools such as memcached and MySQL.<br><br>Source: https://docs.docker.com/docker-hub/image-library/trusted-content/#docker-official-images. (Last accessed on May 22, 2025). |



48

| U.S. Patent No. 7,721,282 (Claim 1) | |
|---|---|
| **Claim** | **Example American Count XII Systems and Services** |
| | Source: https://hub.docker.com/search?categories=Operating+Systems. (Last accessed on May 22, 2025).<br><br>As another example, below showcases a container with its running image (i.e., root image) based on ubuntu:15.04 (i.e., comprises an operating system).<br><br><br><br>Source: https://docs.docker.com/storage/storagedriver/. (Last accessed on May 15, 2025). |

| U.S. Patent No. 7,721,282 (Claim 1) | |
|---|---|
| **Claim** | **Example American Count XII Systems and Services** |
| | The following diagram shows how a Docker image and a Docker container are layered. The image layer is the `lowerdir` and the container layer is the `upperdir`. If the image has multiple layers, multiple `lowerdir` directories are used. The unified view is exposed through a directory called `merged` which is effectively the containers mount point.<br><br><br><br>Source: https://docs.docker.com/storage/storagedriver/overlayfs-driver/. (Last accessed on May 15, 2025).<br><br>*See also supra* claim 1. |
| 5. The system as recited in claim 1 wherein the root image is concurrently accessible to a plurality of compute nodes. | On information and belief, the American Count XII Systems and Services include "the system as recited in claim 1 wherein the root image is concurrently accessible to a plurality of compute nodes."<br><br>Multiple containers (i.e., a plurality of compute nodes) can be started on the same host running the same image, or therein, the same base image (i.e., root image).<br><br>For example, if a user plans to use Ubuntu for development, an image will need to first be pulled from an image registry. When the Ubuntu image is then local, multiple containers, such as Container1 and Container2 below, can be started using the same image, ubuntu:23.04, at the same time (i.e., the root image is concurrently accessible to a plurality of compute nodes). |

| U.S. Patent No. 7,721,282 (Claim 1) | |
|---|---|
| **Claim** | **Example American Count XII Systems and Services** |
| | 1. If you don't have the `ubuntu` image locally, Docker pulls it from your configured registry, as though you had run `docker pull ubuntu` manually. <br><br> 2. Docker creates a new container, as though you had run a `docker container create` command manually. <br><br> 3. Docker allocates a read-write filesystem to the container, as its final layer. This allows a running container to create or modify files and directories in its local filesystem. <br><br> 4. Docker creates a network interface to connect the container to the default network, since you didn't specify any networking options. This includes assigning an IP address to the container. By default, containers can connect to external networks using the host machine's network connection. <br><br> 5. Docker starts the container and executes `/bin/bash`. Because the container is running interactively and attached to your terminal (due to the `-i` and `-t` flags), you can provide input using your keyboard while Docker logs the output to your terminal. <br><br> 6. When you run `exit` to terminate the `/bin/bash` command, the container stops but isn't removed. You can start it again or remove it. <br><br> Source: https://docs.docker.com/get-started/docker-overview/. (Last accessed on May 22, 2025). |

| U.S. Patent No. 7,721,282 (Claim 1) | |
|---|---|
| **Claim** | **Example American Count XII Systems and Services** |
| | <br><br>Source: https://www.youtube.com/watch?v=QgFkidUxPIw, Timestamp 9:29. (Last accessed on May 22, 2025).<br><br>As mentioned previously, images have many layers, where each represents an instruction in the Dockerfile. For a first and second container leveraging similar base images (i.e., root image), both running instances reference (i.e., concurrently accessible) the shared, read-only layers of that image. |

| U.S. Patent No. 7,721,282 (Claim 1) | |
|---|---|
| **Claim** | **Example American Count XII Systems and Services** |
| | This is beneficial because it allows layers to be reused between images. For example, imagine you wanted to create another Python application. Due to layering, you can leverage the same Python base. This will make builds faster and reduce the amount of storage and bandwidth required to distribute the images. The image layering might look similar to the following:<br><br><br><br>Source: https://docs.docker.com/get-started/docker-concepts/building-images/understanding-image-layers/. (Last accessed on May 23, 2025). |

53

| U.S. Patent No. 7,721,282 (Claim 1) | |
| --- | --- |
| **Claim** | **Example American Count XII Systems and Services** |
| | **Stacking the layers**<br><br>Layering is made possible by content-addressable storage and union filesystems. While this will get technical, here's how it works:<br><br>1. After each layer is downloaded, it is extracted into its own directory on the host filesystem.<br><br>2. When you run a container from an image, a union filesystem is created where layers are stacked on top of each other, creating a new and unified view.<br><br>3. When the container starts, its root directory is set to the location of this unified directory, using `chroot`.<br><br>When the union filesystem is created, in addition to the image layers, a directory is created specifically for the running container. This allows the container to make filesystem changes while allowing the original image layers to remain untouched. This enables you to run multiple containers from the same underlying image.<br><br>Source: https://docs.docker.com/get-started/docker-concepts/building-images/understanding-image-layers/. (Last accessed on May 23, 2025).<br><br>*See also supra* claim 1. |
| 8. The system as recited in claim 1 wherein the second storage unit contains a block modification log for the compute node. | On information and belief, the American Count XII Systems and Services include "the system as recited in claim 1 wherein the second storage unit contains a block modification log for the compute node."<br><br>For example, upon information and belief, the writable layer unit (i.e., second storage unit) includes the directory 'workdir' as an additional temporary staging area for modification operations (i.e., contains a block modification log) per each container's filesystem (i.e., for the compute node). The 'workdir' is a helper for copy-on-write operations. |

| U.S. Patent No. 7,721,282 (Claim 1) | |
|---|---|
| **Claim** | **Example American Count XII Systems and Services** |
| | The lower directory can be read-only, and could be an overlay itself, whilst the upper directory is normally writeable. In order to create an overlay of two directories, `dir1` and `dir2`, we can use the following mount command:<br><br>```mount -t overlay -o lowerdir=./dir1,upperdir=./dir2,workdir=./work overlay ./dir3```<br><br>A union of the two directories is created as an overlay in the `dir3` directory. The `workdir` option is required, and used to prepare files before they are switched to the overlay destination in an atomic action (the `workdir` needs to be on the same filesystem as the `upperdir`). The following illustrates a simple example of the overlay mount above:<br><br>Source: https://web.archive.org/web/20220930060750/http://windsock.io/the-overlay-filesystem/. (Last accessed on May 23, 2025).<br><br>**Note:** The working directory ( `workdir` ) needs to be an empty directory on the same filesystem as the upper directory.<br><br>• The lower directory can be read-only or could be an overlay itself.<br>• The upper directory is normally writable.<br>• The `workdir` is used to prepare files as they are switched between the layers.<br><br>Source: https://wiki.archlinux.org/title/Overlay_filesystem. (Last accessed on May 23, 2025). |

| U.S. Patent No. 7,721,282 (Claim 1) | |
|---|---|
| **Claim** | **Example American Count XII Systems and Services** |
| | The "work" directory is required for OverlayFS to function. It is used for things such as *copy_up* operations. You can verify all of these constructs from the output of the `mount` command. (Ellipses and line breaks are used in the output below to enhance readability.) <br><br> ```$ mount | grep overlay``` <br><br> ```overlay on /var/lib/docker/overlay/ec444863a55a.../merged``` <br> ```type overlay (rw,relatime,lowerdir=/var/lib/docker/overlay/55f1e14c361b.../root,``` <br> ```upperdir=/var/lib/docker/overlay/ec444863a55a.../upper,``` <br> ```workdir=/var/lib/docker/overlay/ec444863a55a.../work)``` <br><br> Source: https://github.com/tnozicka/docker/blob/master/docs/userguide/storagedriver/overlayfs-driver.md. (Last accessed on May 23, 2025). <br><br> *See also supra* claim 1. |
| 9. The system as recited in claim 1 wherein the first storage unit in contained within a first partition on a hard disk and the second storage unit is contained within a second partition on the hard disk. | On information and belief, the American Count XII Systems and Services include "the system as recited in claim 1 wherein the first storage unit in contained within a first partition on a hard disk and the second storage unit is contained within a second partition on the hard disk." <br><br> Upon information and belief, both the directories of 'lowerdir' and 'upperdir' are stored in the memory (i.e., hard disk) of the system on which containers are executed. For example, upon information and belief, both the 'lowerdir' (i.e., first storage unit in contained within a first partition) and 'upperdir' (i.e., second storage unit is contained within a second partition) are stored on separate partitions of the hard disk (i.e., on the hard disk). <br><br> |

| U.S. Patent No. 7,721,282 (Claim 1) | |
|---|---|
| **Claim** | **Example American Count XII Systems and Services** |
| | Source: https://docs.docker.com/storage/storagedriver/overlayfs-driver/. (Last accessed on May 15, 2025). |
| | For example, each container, or client_1 and client_2 below, has unique filesystems and separate directories of lower, upper, and merged. A 'lowerdir' in one portion of the filesystem (i.e., first storage unit in contained within a first partition) and 'upperdir' per the container, or client_1/client_2, is in a separate portion of the filesystem (i.e., second storage unit is contained within a second partition). |
| | Each client accessing the data needs to have a different view, therefore we will create a different 'upperdir', 'workdir' and 'merged' directory for each of them. |
| | Source: https://blogs.cisco.com/developer/373-containerimages-03. (Last accessed on May 23, 2025). |

| U.S. Patent No. 7,721,282 (Claim 1) | |
| --- | --- |
| **Claim** | **Example American Count XII Systems and Services** |
| | The directory structure we are creating looks like this one: <br><br> ```
root@dockertest:/overlaytest# tree .
.
├── client_1
│   ├── upperdir
│   └── workdir
├── client_2
│   ├── upperdir
│   └── workdir
├── lowerdir
└── merged
    ├── client_1
    └── client_2

10 directories, 0 files
root@dockertest:/overlaytest# _
``` <br><br> Source: https://blogs.cisco.com/developer/373-containerimages-03. (Last accessed on May 23, 2025). |

| U.S. Patent No. 7,721,282 (Claim 1) ||
|---|---|
| **Claim** | **Example American Count XII Systems and Services** |
| | <br><br>Source https://www.youtube.com/watch?v=QgFkidUxPIw. Timestamp 20:25. (Last accessed on May 22, 2025).<br><br>*See also supra* claim 1. |
| 10. The system as recited in claim 1 wherein the union block device writes sector X on the second storage unit. | On information and belief, the American Count XII Systems and Services include "the system as recited in claim 1 wherein the union block device writes sector X on the second storage unit."<br><br>*See supra* at claim 1[d].<br><br>For example, Docker includes OverlayFS, which includes a storage driver, overlay2. OverlayFS includes the image layer and the container layer, which are presented as a single directory in a process |

| U.S. Patent No. 7,721,282 (Claim 1) | |
|---|---|
| **Claim** | **Example American Count XII Systems and Services** |
| | called a union mount. In a container filesystem, the overlay2 storage driver combines directories representing the image's read-only layer and writable layers. |
| | Furthermore, all writes are made in the top writable layer (container layer / 'upperdir'). Based on information and belief, it is assumed that writes are made in a specific portion of the writable layer (i.e., writes sector X on the second storage unit), particularly in the case of modifications made to the existing data stored in an already known portion of the writable layer. |
| | *See also supra* claim 1. |
| 13. The system as recited in claim 1 wherein the first storage unit is read only. | On information and belief, the American Count XII Systems and Services include "the first storage unit is read only." |
| | As mentioned above, the overlay2 storage driver combines directories representing the image's read-only layer (i.e., first storage unit) and writable layers. |
| | |
| | Source: https://docs.docker.com/storage/storagedriver/overlayfs-driver/. (Last accessed on May 15, 2025). |
| | |

60

| U.S. Patent No. 7,721,282 (Claim 1) | |
|---|---|
| **Claim** | **Example American Count XII Systems and Services** |
| | Source: https://docs.docker.com/storage/storagedriver/. (Last accessed on May 15, 2025). |

For example, the image layers located within the 'lowerdir' (i.e., first storage unit) are read-only (i.e., is read only).

> To create a container, the `overlay2` driver combines the directory representing the image's top layer plus a new directory for the container. The image's layers are the `lowerdirs` in the overlay and are read-only. The new directory for the container is the `upperdir` and is writable.

Source: https://docs.docker.com/engine/storage/drivers/overlayfs-driver/. (Last accessed on May 23, 2025).

> Containers also exist on-disk in the Docker host's filesystem under `/var/lib/docker/overlay/`. If you list a running container's subdirectory using the `ls -l` command, three directories and one file exist:

```
$ ls -l /var/lib/docker/overlay2/<directory-of-running-container>

total 16
-rw-r--r-- 1 root root   64 Jun 20 16:39 lower-id
drwxr-xr-x 1 root root 4096 Jun 20 16:39 merged
drwxr-xr-x 4 root root 4096 Jun 20 16:39 upper
drwx------ 3 root root 4096 Jun 20 16:39 work
```

Source: https://docs.docker.com/engine/storage/drivers/overlayfs-driver/. (Last accessed on May 23, 2025).

*See also supra* claim 1.

| U.S. Patent No. 7,721,282 (Claim 1) | |
|---|---|
| **Claim** | **Example American Count XII Systems and Services** |
| 15[pre] A method for distributing an application environment comprising: | To the extent this preamble is limiting, on information and belief, the American Count XII Systems and Services are a "method for distributing an application environment." *See supra* at claim 1[pre]. |
| 15[a] storing blocks of a root image of a compute node on a first storage unit, wherein the compute node comprises a computer system, and wherein the first storage unit comprises a first non-volatile memory, wherein the root image comprises a computer program, wherein the blocks comprise sections of data, and wherein a file of the root image comprises at least one block; | On information and belief, the American Count XII Systems and Services include "storing blocks of a root image of a compute node on a first storage unit, wherein the compute node comprises a computer system, and wherein the first storage unit comprises a first non-volatile memory, wherein the root image comprises a computer program, wherein the blocks comprise sections of data, and wherein a file of the root image comprises at least one block." *See supra* at claim 1[a] and 1[b]. For example, Docker containers each have their own private filesystem provided by a Docker image. Docker provides storage drivers that control how the images and containers are stored and managed on a Docker host. Docker stores images and containers in memory on the host system. Docker, through its OverlayFS (Overlay File System), presents the lower and upper directories as a single consolidated merged directory in memory). The 'lowerdir' is the layer that stores blocks of the base or root image (i.e., storing blocks of a root image of a compute node on a first storage unit). The base or root image includes the application code, dependencies, and other necessary elements for execution or runtime (i.e., root image comprises a computer program). Each layer, or the files therein, occupies a portion of the 'lowerdir' (i.e., wherein the blocks comprise sections of data, and wherein a file of the root image comprises at least one block). |
| 15[b] storing a leaf image comprising new data blocks and changes to the blocks of the root image on a second storage unit, wherein the second storage unit comprises a second non-volatile memory; | On information and belief, the American Count XII Systems and Services include "storing a leaf image comprising new data blocks and changes to the blocks of the root image on a second storage unit, wherein the second storage unit comprises a second non-volatile memory." *See supra* at claim 1[b], 1[c], and 15[a]. |

| U.S. Patent No. 7,721,282 (Claim 1) | |
|---|---|
| **Claim** | **Example American Count XII Systems and Services** |
| 15[c] merging the blocks of the root image stored on the first storage unit with the blocks of the leaf image stored on the second storage unit to create the application environment; and | On information and belief, the American Count XII Systems and Services include "merging the blocks of the root image stored on the first storage unit with the blocks of the leaf image stored on the second storage unit to create the application environment." <br><br> *See supra* at claim 1[d]. |
| 15[d] delivering the application environment to the compute node; wherein the modifying comprises: upon receiving a write request from the compute node for a sector X, creating an appropriate persistent mapping for sector X; and writing sector X on the second storage unit. | On information and belief, the American Count XII Systems and Services include "delivering the application environment to the compute node; wherein the modifying comprises: upon receiving a write request from the compute node for a sector X, creating an appropriate persistent mapping for sector X; and writing sector X on the second storage unit." <br><br> *See supra* at claim 1[d]. |
| 16[pre] The method as recited in claim 15 further comprising: <br><br> 16[a] modifying the leaf image in response to the compute node's access to the application environment. | On information and belief, the American Count XII Systems and Services include "the method as recited in claim 15 further comprising modifying the leaf image in response to the compute node's access to the application environment." <br><br> *See supra* at claim 1[c] and 15[a]. <br><br> For example, when a container accesses its application environment, any changes, edits, or environment configurations are written to the writable container layer (i.e., modifying the leaf image in response to the compute node's access to the application environment). |

| U.S. Patent No. 7,721,282 (Claim 1) | |
|---|---|
| **Claim** | **Example American Count XII Systems and Services** |
| |  Source: https://docs.docker.com/storage/storagedriver/overlayfs-driver/. (Last accessed on May 15, 2025). |
| 17[pre] The method as recited in claim 15 further comprising: <br><br> 17[a] reconciling the root image and the leaf image to form a new root image. | On information and belief, the American Count XII Systems and Services include "the method as recited in claim 15 further comprising reconciling the root image and the leaf image to form a new root image." <br><br> For example, a new image or version of an image can be created based on the current state of a container. This would include the original image (i.e., root image) and any additional modifications in the running container (i.e., the leaf image) to create a new image (i.e., to form a new root image). <br><br> Source: https://docs.docker.com/reference/cli/docker/container/commit/. (Last accessed on May 23, 2025). |

| U.S. Patent No. 7,721,282 (Claim 1) | |
|---|---|
| **Claim** | **Example American Count XII Systems and Services** |
|  | It can be useful to commit a container's file changes or settings into a new image. This lets you debug a container by running an interactive shell, or export a working dataset to another server.<br><br>Commits do not include any data contained in mounted volumes.<br><br>By default, the container being committed and its processes will be paused while the image is committed. This reduces the likelihood of encountering data corruption during the process of creating the commit. If this behavior is undesired, set the `--pause` option to false.<br><br>The `--change` option will apply `Dockerfile` instructions to the image that's created. Supported `Dockerfile` instructions: `CMD` \| `ENTRYPOINT` \| `ENV` \| `EXPOSE` \| `LABEL` \| `ONBUILD` \| `USER` \| `VOLUME` \| `WORKDIR`<br><br>Source: https://docs.docker.com/reference/cli/docker/container/commit/. (Last accessed on May 23, 2025). |

65

| U.S. Patent No. 7,721,282 (Claim 1) | |
| --- | --- |
| **Claim** | **Example American Count XII Systems and Services** |
| | **Commit a container**<br><br>```<br>$ docker ps<br><br>CONTAINER ID        IMAGE              COMMAND          CREATED          STATUS<br>c3f279d17e0a        ubuntu:24.04       /bin/bash        7 days ago       Up 25 hours<br>197387f1b436        ubuntu:24.04       /bin/bash        7 days ago       Up 25 hours<br><br><br>$ docker commit c3f279d17e0a  svendowideit/testimage:version3<br><br><br>f5283438590d<br><br><br>$ docker images<br><br><br>REPOSITORY                      TAG            ID               CREATED<br>svendowideit/testimage          version3       f5283438590d     16 seconds ago<br>```<br><br>Source: https://docs.docker.com/reference/cli/docker/container/commit/. (Last accessed on May 23, 2025). |
| 20. The method as recited in claim 15 wherein the root image comprises an operating system. | On information and belief, the American Count XII Systems and Services include "the method as recited in claim 15 wherein the root image comprises an operating system"<br><br>*See supra* at claim 4.<br><br>For example, containers are created from images, which are templates containing application code, runtime, libraries, and other associated files. A Dockerfile is a file describing all the commands and instructions to assemble an image. All Dockerfiles start with a base image, where your new image will extend (i.e., root image). For example, images (i.e., root image) include operating systems (i.e., comprises an operating system) such as BusyBox, Alpine, Ubuntu, and Debian, where they are provided |

66

| U.S. Patent No. 7,721,282 (Claim 1) | |
|---|---|
| **Claim** | **Example American Count XII Systems and Services** |
| | publicly on DockerHub or by other private image registries. |
| 21. The method as recited in claim 15 wherein the root image is concurrently accessible to a plurality of compute nodes. | On information and belief, the American Count XII Systems and Services include "the method as recited in claim 15 wherein the root image is concurrently accessible to a plurality of compute nodes." *See supra* at claim 5. For example, multiple containers (i.e., a plurality of compute nodes) can be started on the same host running the same image, or therein, the same base image (i.e., root image) at the same time (i.e., concurrently accessible). |
| 24. The method as recited in claim 15 wherein the second storage unit contains a block modification log for the compute node. | On information and belief, the American Count XII Systems and Services include "the method as recited in claim 1 wherein the second storage unit contains a block modification log for the compute node." *See supra* at claim 8. |
| 25. The method as recited in claim 15 wherein the first storage unit is contained within a first partition on a hard disk and the second storage unit is contained within a second partition on the hard disk. | On information and belief, the American Count XII Systems and Services include "the method as recited in claim 15 wherein the first storage unit is contained within a first partition on a hard disk and the second storage unit is contained within a second partition on the hard disk." *See supra* at claim 9. For example, both the directories of 'lowerdir' and 'upperdir' are stored in the memory (i.e., hard disk) of the system on which containers are executed. Based on information and belief, both the 'lowerdir' (i.e., first storage unit in contained within a first partition) and 'upperdir' (i.e., second storage unit is contained within a second partition) are stored on separate partitions of the hard disk (i.e., on the hard disk). |
| 26. The method as recited in claim 15 wherein merging occurs at an operational level between the first and second storage units and file system of the compute node. | On information and belief, the American Count XII Systems and Services include "the method as recited in claim 15 wherein merging occurs at an operational level between the first and second storage units and file system of the compute node." *See supra* at claim 1[d]. |

| U.S. Patent No. 7,721,282 (Claim 1) | |
|---|---|
| **Claim** | **Example American Count XII Systems and Services** |
| 29. The method as recited in claim 15 wherein the first storage unit is read only. | On information and belief, the American Count XII Systems and Services include "the method as recited in claim 15 wherein the first storage unit is read only." <br><br> *See supra* at claim 13. For example, the overlay2 storage driver combines directories representing the image's read-only layer (i.e., first storage unit) and writable layers. |