# EXHIBIT 41

**Exhibit 3 to**
**Intellectual Ventures I LLC's and Intellectual Ventures II LLC's**
**Supplemental Infringement Contentions**

**Infringement Claim Chart of**
**U.S. Patent No. 7,822,841 ("'841 Patent" or "Asserted Patent)**

The Accused Systems and Services include without limitation American systems and services that utilize Kubernetes; all past, current, and future systems and services that operate in the same or substantially similar manner as the specifically identified systems and services; and all past, current, and future American systems and services that have the same or substantially similar features as the specifically identified systems and services ("Example American Count VIII Systems and Services" or "American Systems and Services").[1]

On information and belief, American Systems and Services directly infringes the asserted claims of the Asserted Patent through at least making and using its various systems. American also is a direct infringer through use via testing the claimed system. With regards to making the accused system, to the extent American utilizes a non-licensed public cloud provider, American directs and controls and derives the beneficial use of making/using the claimed system. On information and belief, American also directly infringes the asserted claims of the Asserted Patent by selling and offering to sell the American Systems and Services through American's various offering's to its customers. On information and belief, American also indirectly infringes the Asserted Patent through direct infringement of American customer's infringement that utilize American's offerings and American Systems and Services. American induces the direct infringement through its customers use of American's Systems and Services. American provides instructions on how to use its various offerings, the use of which results in the performance of the Asserted Patent claims.

On information and belief, the American Systems and Services use Kubernetes in public and/or private cloud(s). For example, American posts, or has posted, job opportunities that require familiarity with Kubernetes containerization concepts.
- Example of job listing for an Engineer/Sr Engineer, IT Situational Awareness at American Airlines which requires proficiency in Kubernetes. https://jobs.aa.com/job/EngineerSr-Engineer%2C-IT-Situational-Awareness/75837-en_US.
- Example of job listing for an Associate Developer, IT Applications at American Airlines which requires proficiency in Kubernetes. https://jobs.aa.com/job/Associate-Developer%2C-IT-Applications/75816-en_US.
- Example of Senior Java Full Stack Developer position at American Airlines which mentions use of Kubernetes. https://www.linkedin.com/in/rohitha-m6363/.

---

[1] Plaintiffs do not accuse the public clouds of Defendant, to the extent those services are provided by a cloud provider with a license to Plaintiffs' patents that covers Defendant's activities. ███████████████████████

- Example of Sr. Kubernetes Engineer/Architect position at American Airlines which mentions heavy use of Kubernetes. https://www.linkedin.com/in/sudheer-patchari/.
- Example of Kubernetes Engineer position at American Airlines which mentions heavy use of Kubernetes. https://www.linkedin.com/in/sridhar-pulluri-199b56250/.
- Example of Sr. Cloud Infra DevSecOps Engineer/Architect position at American Airlines which mentions use of Kubernetes. https://www.linkedin.com/in/rupa-m-b90836309/.
- Example of DevOps Engineer position at American Airlines which mentions use of Kubernetes. https://www.linkedin.com/in/manidhar-a-555726169/.
- Example of Java Developer position at American Airlines which mentions use of Kubernetes.https://www.linkedin.com/in/suganya-koodalingam-8a0590102/.
- Example of Senior Java Developer position at American Airlines which mentions use of Kubernetes. https://www.linkedin.com/in/ganesh-kenda/.

As another example, American has announced cloud migration of legacy technology and efforts to modernize its mainframes and servers. Source: https://dxc.com/sg/en/insights/customer-stories/american-airlines-cloud-data-automation. American continues to use private cloud for at least certain applications. Source: https://www.techtarget.com/searchdatamanagement/feature/American-Airlines-lowers-data-management-costs-with-Intel ("American Airlines' initial target for cost optimization was Azure Data Lake, according to Vijay Premkumar, senior manager of public and *private cloud* at the airline.") (emphasis added).

On information and belief, additional information confirms American uses Kubernetes technology.

3

> **Q2: You've been leading digital transformation and modernization initiatives for a while, in very complex, demanding organizations. Looking back at your career, what are some of the challenges (organizational, business, and technical) that you encountered with modernization initiatives?**
>
> **Jason:** In late 2018, we started our digital transformation by creating a tenancy in Oracle Cloud Infrastructure (OCI) and iterating through multiple proofs of technology, first proving out that our on-premises applications could not only run functionally, but also run workloads as fast or even faster in OCI. Shortly after that, a core group of infrastructure team members (led by our brilliant technical delivery manager, Vijay Krishnaswamy) began learning the fundamentals of Kubernetes and related open source software. Despite their team having success migrating their applications into OCI in 2020 and then redeploying their applications into Kubernetes a year later, we faced a larger challenge with the team supporting Ventana, the core application that supports the AAdvantage program. The stakes were huge: Ventana is one of American Airlines' most important applications. Additionally, the team supporting it had not been directly involved in the journey forged by the other group.
>
> When we merged both teams into one organization, encouraged team members to learn from and teach each other, and demonstrated sustained leadership support, we emerged with a crossfunctional team who achieved multiple certifications in both OCI and Kubernetes. They were then equipped with the skills, confidence, and support to move Ventana into not just OCI, but also Oracle Container Engine for Kubernetes (OKE) in one go.

Source: https://blogs.oracle.com/cloud-infrastructure/post/five-questions-jason-maczura-american-airlines.[2]

---

[2] Unless otherwise noted, all sources cited in this document were publicly accessible as of the date of the Amended Complaint.

████████████████████

| U.S. Patent No. 7,822,841 (Claims 1-6, 8, 9) | |
|---|---|
| **Patent Claim** | **Example American Count VIII Systems and Services** |
| 1[Pre] A computer system for hosting computing clusters for clients, comprising: | To the extent this preamble is limiting, on information and belief, the American Count VIII Systems and Services utilizes a computer system capable of hosting computing clusters for clients.<br><br>Kubernetes deployed on a server system is a portable, extensible platform for managing containerized workloads and services.<br><br>**Overview**<br><br>Kubernetes is a portable, extensible, open source platform for managing containerized workloads and services, that facilitates both declarative configuration and automation. It has a large, rapidly growing ecosystem. Kubernetes services, support, and tools are widely available.<br><br>Source: https://kubernetes.io/docs/concepts/overview/.<br><br>Further, Kubernetes uses clusters, which are groups of nodes (for example, node 1 and node 2) that host and run containerized applications as per their defined deployments and services. |

| U.S. Patent No. 7,822,841 (Claims 1-6, 8, 9) | |
|---|---|
| **Patent Claim** | **Example American Count VIII Systems and Services** |
| | **Cluster Architecture**<br><br>The architectural concepts behind Kubernetes.<br><br>A Kubernetes cluster consists of a control plane plus a set of worker machines, called nodes, that run containerized applications. Every cluster needs at least one worker node in order to run Pods.<br><br>The worker node(s) host the Pods that are the components of the application workload. The control plane manages the worker nodes and the Pods in the cluster. In production environments, the control plane usually runs across multiple computers and a cluster usually runs multiple nodes, providing fault-tolerance and high availability.<br><br>Source: https://kubernetes.io/docs/concepts/architecture/. |

| U.S. Patent No. 7,822,841 (Claims 1-6, 8, 9) | |
|---|---|
| **Patent Claim** | **Example American Count VIII Systems and Services** |
| | <br><br>Figure 1. Kubernetes cluster components.<br><br>Source: https://kubernetes.io/docs/concepts/architecture/.<br><br>As shown below, Kubernetes supports multiple clusters, which can be hosted on a computer system.<br><br>Kubernetes is designed to scale quickly, massively, and reliably. However, scaling in place — such as adding more nodes to a cluster — eventually reaches a point of diminishing returns. Kubernetes multi-cluster, which is multiple Kubernetes clusters operating as a single logical platform, helps solve this problem and enhances Kubernetes capabilities in many critical areas.<br><br>Source: https://www.kubecost.com/kubernetes-multi-cloud/kubernetes-multi-cluster/. |

7

| U.S. Patent No. 7,822,841 (Claims 1-6, 8, 9) | |
|---|---|
| **Patent Claim** | **Example American Count VIII Systems and Services** |
| |  Source: https://www.kubecost.com/kubernetes-multi-cloud/kubernetes-multi-cluster/. |

| U.S. Patent No. 7,822,841 (Claims 1-6, 8, 9) | |
|---|---|
| **Patent Claim** | **Example American Count VIII Systems and Services** |
| | ## Define clusters, users, and contexts<br><br>Suppose you have two clusters, one for development work and one for test work. In the `development` cluster, your frontend developers work in a namespace called `frontend`, and your storage developers work in a namespace called `storage`. In your `test` cluster, developers work in the default namespace, or they create auxiliary namespaces as they see fit. Access to the development cluster requires authentication by certificate. Access to the test cluster requires authentication by username and password.<br><br>Source: https://kubernetes.io/docs/tasks/access-application-cluster/configure-access-multiple-clusters/. |
| 1[a] a private communications network linked to a public communications network; | Based on information and belief, the American Count VIII Systems and Services includes a private communications network linked to a public communications network.<br><br>For example, the Kubernetes system within the American accused network is configured to be linked through, for example, an Ingress, to an external network such as the Internet. |

9

| U.S. Patent No. 7,822,841 (Claims 1-6, 8, 9) | |
|---|---|
| **Patent Claim** | **Example American Count VIII Systems and Services** |
| | ## Terminology<br><br>For clarity, this guide defines the following terms:<br><br>- Node: A worker machine in Kubernetes, part of a cluster.<br>- Cluster: A set of Nodes that run containerized applications managed by Kubernetes. For this example, and in most common Kubernetes deployments, nodes in the cluster are not part of the public internet.<br>- Edge router: A router that enforces the firewall policy for your cluster. This could be a gateway managed by a cloud provider or a physical piece of hardware.<br>- Cluster network: A set of links, logical or physical, that facilitate communication within a cluster according to the Kubernetes networking model.<br>- Service: A Kubernetes Service that identifies a set of Pods using label selectors. Unless mentioned otherwise, Services are assumed to have virtual IPs only routable within the cluster network.<br><br>Source: https://kubernetes.io/docs/concepts/services-networking/ingress/.<br><br>## The Kubernetes network model<br><br>… |

10

| U.S. Patent No. 7,822,841 (Claims 1-6, 8, 9) | |
|---|---|
| **Patent Claim** | **Example American Count VIII Systems and Services** |
| | • The *pod network* (also called a cluster network) handles communication between pods. It ensures that (barring intentional network segmentation): <br><br> ○ All pods can communicate with all other pods, whether they are on the same node or on different nodes. Pods can communicate with each other directly, without the use of proxies or address translation (NAT). <br><br> On Windows, this rule does not apply to host-network pods. <br><br> ○ Agents on a node (such as system daemons, or kubelet) can communicate with all pods on that node. <br><br> Source: https://kubernetes.io/docs/concepts/services-networking/. <br><br> Further, in Kubernetes, Services provide a way for communication within the American accused network to an external network, such as the Internet. For example, the Ingress is configured to expose HTTP/HTTPS routes from outside the cluster. <br><br> In Kubernetes, you generally need to use a Service to expose an application in your cluster to the internet. A service groups together pods performing the same function (e.g. running the same application) and defines how to access them. <br><br> The most basic type of service is **clusterIP**, but this only provides internal access, from within the cluster, to the defined pods. The **NodePort** and **LoadBalancer** services both provide external access. **Ingress** (which is not a service but an API object inside a cluster) combined with an explicitly-created **ingress controller** is another way to expose the cluster. <br><br> Source: https://www.scaleway.com/en/docs/kubernetes/reference-content/exposing-services/. |

11

| U.S. Patent No. 7,822,841 (Claims 1-6, 8, 9) | |
|---|---|
| **Patent Claim** | **Example American Count VIII Systems and Services** |
| | ## Service<br><br>Expose an application running in your cluster behind a single outward-facing endpoint, even when the workload is split across multiple backends.<br><br>In Kubernetes, a Service is a method for exposing a network application that is running as one or more Pods in your cluster.<br><br>Source: https://kubernetes.io/docs/concepts/services-networking/service/.<br><br>A key aim of Services in Kubernetes is that you don't need to modify your existing application to use an unfamiliar service discovery mechanism. You can run code in Pods, whether this is a code designed for a cloud-native world, or an older app you've containerized. You use a Service to make that set of Pods available on the network so that clients can interact with it.<br><br>Source: https://kubernetes.io/docs/concepts/services-networking/service/. |

| U.S. Patent No. 7,822,841 (Claims 1-6, 8, 9) | |
|---|---|
| **Patent Claim** | **Example American Count VIII Systems and Services** |
| | ## Services in Kubernetes 🔗 <br><br> The Service API, part of Kubernetes, is an abstraction to help you expose groups of Pods over a network. Each Service object defines a logical set of endpoints (usually these endpoints are Pods) along with a policy about how to make those pods accessible. <br><br> Source: https://kubernetes.io/docs/concepts/services-networking/service/. <br><br> If your workload speaks HTTP, you might choose to use an Ingress to control how web traffic reaches that workload. Ingress is not a Service type, but it acts as the entry point for your cluster. An Ingress lets you consolidate your routing rules into a single resource, so that you can expose multiple components of your workload, running separately in your cluster, behind a single listener. <br><br> Source: https://kubernetes.io/docs/concepts/services-networking/service/. <br><br> Ingress exposes HTTP and HTTPS routes from outside the cluster to services within the cluster. Traffic routing is controlled by rules defined on the Ingress resource. <br><br> Source: https://kubernetes.io/docs/concepts/services-networking/ingress/. |

13

| U.S. Patent No. 7,822,841 (Claims 1-6, 8, 9) ||
| --- | --- |
| **Patent Claim** | **Example American Count VIII Systems and Services** |
| | Figure. Ingress <br><br> Source: https://kubernetes.io/docs/concepts/services-networking/ingress/. <br><br> A Kubernetes system from within the American accused network includes the Gateway API, which provides Gateway resources. These resources can be defined and specified so that external traffic from the Internet can be routed to various Services. <br><br> • The Gateway API (or its predecessor, Ingress) allows you to make Services accessible to clients that are outside the cluster. <br><br> Source: https://kubernetes.io/docs/concepts/services-networking/. <br><br> The Gateway API for Kubernetes provides extra capabilities beyond Ingress and Service. You can add Gateway to your cluster - it is a family of extension APIs, implemented using CustomResourceDefinitions - and then use these to configure access to network services that are running in your cluster. <br><br> Source: https://kubernetes.io/docs/concepts/services-networking/service/. |

| U.S. Patent No. 7,822,841 (Claims 1-6, 8, 9) | |
|---|---|
| **Patent Claim** | **Example American Count VIII Systems and Services** |
| | ## Resource model<br><br>Gateway API has three stable API kinds:<br><br>• **GatewayClass:** Defines a set of gateways with common configuration and managed by a controller that implements the class.<br><br>• **Gateway:** Defines an instance of traffic handling infrastructure, such as cloud load balancer.<br><br>• **HTTPRoute:** Defines HTTP-specific rules for mapping traffic from a Gateway listener to a representation of backend network endpoints. These endpoints are often represented as a Service.<br><br>Source: https://kubernetes.io/docs/concepts/services-networking/gateway/.<br><br><br><br>In this example, the request flow for a Gateway implemented as a reverse proxy is:<br><br>1. The client starts to prepare an HTTP request for the URL `http://www.example.com`<br><br>Source: https://kubernetes.io/docs/concepts/services-networking/gateway/. |

| U.S. Patent No. 7,822,841 (Claims 1-6, 8, 9) | |
|---|---|
| **Patent Claim** | **Example American Count VIII Systems and Services** |
| 1[b] a first cluster comprising a set of computing resources, including at least one hardware processor, in a first configuration, wherein the first cluster is communicatively linked to the private communications network; | Based on information and belief, the American Count VIII Systems and Services include a first cluster comprising a set of computing resources, including at least one hardware processor, in a first configuration, wherein the first cluster is communicatively linked to the private communications network.<br><br>For example, Kubernetes supports a Kubernetes cluster network to facilitate communication amongst nodes and/or Pods within the American accused network.<br><br>For example, Kubernetes clusters include at least one node, where a node is either a physical or virtual machine comprising a CPU or portion of CPU resources and memory, to run workloads. These clusters are connected to a private network, for example, the American accused network. On information and belief, the private network, for example, the American accused network, facilitates container-to-container, Pod-to-Pod, and/or Pod-to-Services communications across multiple clusters for sharing data and handling tasks.<br><br>**Cluster Architecture**<br><br>The architectural concepts behind Kubernetes.<br><br>A Kubernetes cluster consists of a control plane plus a set of worker machines, called nodes, that run containerized applications. Every cluster needs at least one worker node in order to run Pods.<br><br>The worker node(s) host the Pods that are the components of the application workload. The control plane manages the worker nodes and the Pods in the cluster. In production environments, the control plane usually runs across multiple computers and a cluster usually runs multiple nodes, providing fault-tolerance and high availability.<br><br>Source: https://kubernetes.io/docs/concepts/architecture/. |

16

| U.S. Patent No. 7,822,841 (Claims 1-6, 8, 9) | |
|---|---|
| **Patent Claim** | **Example American Count VIII Systems and Services** |
| | <br>Figure 1. Kubernetes cluster components.<br><br>Source: https://kubernetes.io/docs/concepts/architecture/.<br><br># What Is A Kubernetes Node?<br><br>A Kubernetes node is either a virtual or physical machine that one or more Kubernetes pods run on. It is a worker machine that contains the necessary services to run pods, including the CPU and memory resources they need to run.<br><br>Source: https://www.cloudzero.com/blog/kubernetes-node-vs-pod/. |

17

████████████████████████████

| U.S. Patent No. 7,822,841 (Claims 1-6, 8, 9) | |
|---|---|
| **Patent Claim** | **Example American Count VIII Systems and Services** |
| | Additionally, Kubernetes supports multiple clusters, which can be hosted on a computer system.<br><br>Kubernetes is designed to scale quickly, massively, and reliably. However, scaling in place — such as adding more nodes to a cluster — eventually reaches a point of diminishing returns. Kubernetes multi-cluster, which is multiple Kubernetes clusters operating as a single logical platform, helps solve this problem and enhances Kubernetes capabilities in many critical areas.<br><br>Source: https://www.kubecost.com/kubernetes-multi-cloud/kubernetes-multi-cluster/.<br><br><br><br>Source: https://www.kubecost.com/kubernetes-multi-cloud/kubernetes-multi-cluster/. |

| U.S. Patent No. 7,822,841 (Claims 1-6, 8, 9) | |
|---|---|
| **Patent Claim** | **Example American Count VIII Systems and Services** |
| | ## Define clusters, users, and contexts<br><br>Suppose you have two clusters, one for development work and one for test work. In the `development` cluster, your frontend developers work in a namespace called `frontend`, and your storage developers work in a namespace called `storage`. In your `test` cluster, developers work in the default namespace, or they create auxiliary namespaces as they see fit. Access to the development cluster requires authentication by certificate. Access to the test cluster requires authentication by username and password.<br><br>Source: https://kubernetes.io/docs/tasks/access-application-cluster/configure-access-multiple-clusters/.<br><br>• The *pod network* (also called a cluster network) handles communication between pods. It ensures that (barring intentional network segmentation):<br><br>    ○ All pods can communicate with all other pods, whether they are on the same node or on different nodes. Pods can communicate with each other directly, without the use of proxies or address translation (NAT).<br><br>    On Windows, this rule does not apply to host-network pods.<br><br>    ○ Agents on a node (such as system daemons, or kubelet) can communicate with all pods on that node.<br><br>Source: https://kubernetes.io/docs/concepts/services-networking/. |

| U.S. Patent No. 7,822,841 (Claims 1-6, 8, 9) ||
|---|---|
| **Patent Claim** | **Example American Count VIII Systems and Services** |
| 1[c] a second cluster comprising a set of computing resources, including at least one hardware processor, in a second configuration, wherein the second cluster is communicatively linked to the private communications network; and | Based on information and belief, the American Count VIII Systems and Services includes a second cluster comprising a set of computing resources, including at least one hardware processor, in a second configuration, wherein the second cluster is communicatively linked to the private communications network.<br><br>Kubernetes supports multiple clusters, which can be hosted on a computer system.<br><br>Kubernetes is designed to scale quickly, massively, and reliably. However, scaling in place — such as adding more nodes to a cluster — eventually reaches a point of diminishing returns. Kubernetes multi-cluster, which is multiple Kubernetes clusters operating as a single logical platform, helps solve this problem and enhances Kubernetes capabilities in many critical areas.<br><br>Source: https://www.kubecost.com/kubernetes-multi-cloud/kubernetes-multi-cluster/. |

20

| U.S. Patent No. 7,822,841 (Claims 1-6, 8, 9) | |
|---|---|
| **Patent Claim** | **Example American Count VIII Systems and Services** |
| | <br><br>Source: https://www.kubecost.com/kubernetes-multi-cloud/kubernetes-multi-cluster/. |

| U.S. Patent No. 7,822,841 (Claims 1-6, 8, 9) | |
|---|---|
| **Patent Claim** | **Example American Count VIII Systems and Services** |
| | ## Define clusters, users, and contexts<br><br>Suppose you have two clusters, one for development work and one for test work. In the `development` cluster, your frontend developers work in a namespace called `frontend`, and your storage developers work in a namespace called `storage`. In your `test` cluster, developers work in the default namespace, or they create auxiliary namespaces as they see fit. Access to the development cluster requires authentication by certificate. Access to the test cluster requires authentication by username and password.<br><br>Source: https://kubernetes.io/docs/tasks/access-application-cluster/configure-access-multiple-clusters/.<br><br>• The *pod network* (also called a cluster network) handles communication between pods. It ensures that (barring intentional network segmentation):<br><br>  ○ All pods can communicate with all other pods, whether they are on the same node or on different nodes. Pods can communicate with each other directly, without the use of proxies or address translation (NAT).<br><br>    On Windows, this rule does not apply to host-network pods.<br><br>  ○ Agents on a node (such as system daemons, or kubelet) can communicate with all pods on that node.<br><br>Source: https://kubernetes.io/docs/concepts/services-networking/. |

| U.S. Patent No. 7,822,841 (Claims 1-6, 8, 9) | |
|---|---|
| **Patent Claim** | **Example American Count VIII Systems and Services** |
| | For example, Kubernetes clusters include at least one node, where a node is either a physical or virtual machine comprising a CPU or portion of CPU resources and memory to run workloads. These clusters are connected to a private network, for example, the American accused network. On information and belief, the private network, for example, the American accused network, facilitates container-to-container, Pod-to-Pod, and/or Pod-to-Services communications across multiple clusters for sharing data and handling tasks. |
| | The cluster (for example second cluster) includes various nodes, wherein each node consists of various pods, and each pod further includes containers. Kubernetes supports communication amongst pods, whether they are on the same node or on different nodes. Based on information and belief, the cluster is communicatively linked to the private communication network. |
| | **Cluster Architecture**<br><br>The architectural concepts behind Kubernetes.<br><br>A Kubernetes cluster consists of a control plane plus a set of worker machines, called nodes, that run containerized applications. Every cluster needs at least one worker node in order to run Pods.<br><br>The worker node(s) host the Pods that are the components of the application workload. The control plane manages the worker nodes and the Pods in the cluster. In production environments, the control plane usually runs across multiple computers and a cluster usually runs multiple nodes, providing fault-tolerance and high availability.<br><br>Source: https://kubernetes.io/docs/concepts/architecture/. |

23

| U.S. Patent No. 7,822,841 (Claims 1-6, 8, 9) | |
|---|---|
| **Patent Claim** | **Example American Count VIII Systems and Services** |
| |  Figure 1. Kubernetes cluster components. <br><br> Source: https://kubernetes.io/docs/concepts/architecture/. <br><br> # What Is A Kubernetes Node? <br><br> A Kubernetes node is either a virtual or physical machine that one or more Kubernetes pods run on. It is a worker machine that contains the necessary services to run pods, including the CPU and memory resources they need to run. <br><br> Source: https://www.cloudzero.com/blog/kubernetes-node-vs-pod/. |

24

| U.S. Patent No. 7,822,841 (Claims 1-6, 8, 9) | |
|---|---|
| **Patent Claim** | **Example American Count VIII Systems and Services** |
| 1[d] a monitoring system monitoring operations of the first and second clusters, identifying operational and connectivity problems, and issuing an alert in response to the identified problems indicating a corresponding one of the first and second clusters associated with the identified problems; | Based on information and belief, the American Count VIII Systems and Services include a monitoring system, monitoring operations of the first and second clusters, identifying operational and connectivity problems, and issuing an alert in response to the identified problems indicating a corresponding one of the first and second clusters associated with the identified problems.<br><br>Kubernetes supports a Monitoring system (via Kubernetes API) with the functionality to monitor and manage Kubernetes clusters, such as cluster's health, performance and identifying associated problems.<br><br>## What is Kubernetes monitoring?<br><br>Simply put, Kubernetes monitoring is the practice of tracking the status of all components of a Kubernetes environment. Because there are many pieces inside Kubernetes, Kubernetes monitoring actually entails monitoring many distinct things, such as: |

| U.S. Patent No. 7,822,841 (Claims 1-6, 8, 9) | |
|---|---|
| **Patent Claim** | **Example American Count VIII Systems and Services** |
| |  Source: https://www.groundcover.com/kubernetes-monitoring. Also, Kubernetes provides a full metrics pipeline and monitoring pipeline feature that provides monitoring of operations within Kubernetes clusters. |

| U.S. Patent No. 7,822,841 (Claims 1-6, 8, 9) | |
|---|---|
| **Patent Claim** | **Example American Count VIII Systems and Services** |
| | A full metrics pipeline gives you access to richer metrics. Kubernetes can respond to these metrics by automatically scaling or adapting the cluster based on its current state, using mechanisms such as the Horizontal Pod Autoscaler. The monitoring pipeline fetches metrics from the kubelet and then exposes them to Kubernetes via an adapter by implementing either the `custom.metrics.k8s.io` or `external.metrics.k8s.io` API. |
| | Kubernetes is designed to work with OpenMetrics, which is one of the CNCF Observability and Analysis - Monitoring Projects, built upon and carefully extending Prometheus exposition format in almost 100% backwards-compatible ways. |
| | Source: https://kubernetes.io/docs/tasks/debug/debug-cluster/resource-usage-monitoring/. |
| | ## What is Kubernetes monitoring? |
| | Simply put, Kubernetes monitoring is the practice of tracking the status of all components of a Kubernetes environment. Because there are many pieces inside Kubernetes, Kubernetes monitoring actually entails monitoring many distinct things, such as: |
| | • The kube-system workloads.<br>• Cluster information using the Kubernetes API.<br>• Applications interactions with Kubernetes by monitoring apps bottom-up. |
| | Source: https://www.groundcover.com/kubernetes-monitoring. |

| U.S. Patent No. 7,822,841 (Claims 1-6, 8, 9) | |
|---|---|
| **Patent Claim** | **Example American Count VIII Systems and Services** |
| | Further, Kubernetes monitoring includes providing alerts to problems occurring within a cluster that enables troubleshooting and addressing other potential issues.<br><br>By collecting Kubernetes data, you'll get viable information regarding your Kubernetes cluster health, that can help you perform Kubernetes troubleshooting and manage issues like unexpected container termination. You can also leverage the data for proactive decisions such as adjusting rate limits.<br><br>Source: https://www.groundcover.com/kubernetes-monitoring.<br><br>Kubernetes alerting is the practice of generating notifications for events or trends in Kubernetes that require admins' attention. Examples of such events and trends include:<br><br>• A node that has failed.<br><br>• A Pod that is stuck in the pending state.<br><br>• A container or Pod that is consuming a high level of resources relative to normal consumption trends.<br><br>• High latency rates for communication between Kubernetes cluster components (such as between kubelet and control plane nodes).<br><br>Source: https://www.groundcover.com/kubernetes-monitoring/kubernetes-alerting.<br><br>Further, Kubernetes using API for cluster monitoring and kubelets for monitoring at node level, Kubernetes also supports additional third-party open source monitoring tools such as, Grafana, Prometheus, and/or FluentD. |

| U.S. Patent No. 7,822,841 (Claims 1-6, 8, 9) | |
|---|---|
| **Patent Claim** | **Example American Count VIII Systems and Services** |
| | ## Setting up monitoring in Kubernetes<br><br>Monitoring is a crucial aspect of effectively managing Kubernetes clusters. By setting up comprehensive monitoring, you can gain insights into your cluster's health, performance, and resource utilization, enabling you to address issues and optimize your infrastructure proactively. Several monitoring solutions are available for Kubernetes, including open-source tools like Prometheus, Grafana, and Alertmanager and commercial options like Datadog and New Relic.<br><br>Choose a solution that aligns with your requirements and budget. Setting up Prometheus and Grafana for monitoring your Kubernetes cluster is a common choice and can provide a robust monitoring solution. The following are detailed steps for setting up Prometheus, Grafana, and FluentD, three common monitoring components, assuming that a Kubernetes cluster is already up and running:<br><br>- **Prometheus:** A monitoring tool built for aggregating metrics in containers that can be used for setting up alerts.<br>- **Grafana:** A monitoring tool that can be used to visualize Prometheus data.<br>- **FluentD:** A tool for aggregating a system's logs into one source.<br><br>Source: https://www.apptio.com/topics/kubernetes/monitoring/. |

| U.S. Patent No. 7,822,841 (Claims 1-6, 8, 9) ||
|---|---|
| **Patent Claim** | **Example American Count VIII Systems and Services** |
|  | <br><br>Source: https://towardsdev.com/how-to-monitor-kubernetes-cluster-using-prometheus-grafana-f220b0284e65. |

| U.S. Patent No. 7,822,841 (Claims 1-6, 8, 9) | |
|---|---|
| **Patent Claim** | **Example American Count VIII Systems and Services** |
| [1.e] wherein the first configuration differs from the second configuration and wherein the first configuration provides a first computing environment for performing a first client task and the second configuration provides a second computing environment for performing a second client task; | Based on information and belief, the American Count VIII Systems and Services include a computer system where the first configuration differs from the second configuration and where the first configuration provides a first computing environment for performing a first client task and the second configuration provides a second computing environment for performing a second client task.<br><br>Kubernetes comprises pods, which are distributed across different nodes in different clusters. These pods can be configured to perform different tasks. Each node contains services necessary to run a pod, and each pod runs its own instance of a given application container or set of application containers. Based on information and belief, the resulting configurations can be different at each node and cluster. |

███████████████████████████████

| U.S. Patent No. 7,822,841 (Claims 1-6, 8, 9) | |
|---|---|
| **Patent Claim** | **Example American Count VIII Systems and Services** |
| |  Source: https://www.kubecost.com/kubernetes-multi-cloud/kubernetes-multi-cluster/. |

| U.S. Patent No. 7,822,841 (Claims 1-6, 8, 9) | |
|---|---|
| **Patent Claim** | **Example American Count VIII Systems and Services** |
| | ## Pods<br><br>*Pods* are the smallest deployable units of computing that you can create and manage in Kubernetes.<br><br>A *Pod* (as in a pod of whales or pea pod) is a group of one or more containers, with shared storage and network resources, and a specification for how to run the containers. A Pod's contents are always co-located and co-scheduled, and run in a shared context. A Pod models an application-specific "logical host": it contains one or more application containers which are relatively tightly coupled. In non-cloud contexts, applications executed on the same physical or virtual machine are analogous to cloud applications executed on the same logical host.<br><br>Source: https://kubernetes.io/docs/concepts/workloads/pods/.<br><br><br>Source: https://kubernetes.io/docs/tutorials/kubernetes-basics/explore/explore-intro/. |

| U.S. Patent No. 7,822,841 (Claims 1-6, 8, 9) ||
| --- | --- |
| **Patent Claim** | **Example American Count VIII Systems and Services** |
| | ## Workload resources for managing pods<br><br>Usually you don't need to create Pods directly, even singleton Pods. Instead, create them using workload resources such as Deployment or Job. If your Pods need to track state, consider the StatefulSet resource.<br><br>Each Pod is meant to run a single instance of a given application. If you want to scale your application horizontally (to provide more overall resources by running more instances), you should use multiple Pods, one for each instance. In Kubernetes, this is typically referred to as *replication*. Replicated Pods are usually created and managed as a group by a workload resource and its controller.<br><br>Source: https://kubernetes.io/docs/concepts/workloads/pods/. |
| [1.f] wherein the monitoring system comprises a main monitor that operates to monitor the first and second clusters to identify the operation and connectivity problems and further comprises monitors for each node of the first and second clusters operating to check for hardware and software problems within a particular node and to report the hardware and software problems to the main monitor. | Based on information and belief, the American Count VIII Systems and Services include a computer system where the monitoring system comprises a main monitor that operates to monitor the first and second clusters to identify the operation and connectivity problems and further comprises monitors for each node of the first and second clusters operating to check for hardware and software problems within a particular node and to report the hardware and software problems to the main monitor.<br><br>Kubernetes supports a Monitoring system (via Kubernetes API) with the functionality to monitor and manage Kubernetes clusters such as cluster's health, performance and identifying associated problems. |

| U.S. Patent No. 7,822,841 (Claims 1-6, 8, 9) | |
|---|---|
| **Patent Claim** | **Example American Count VIII Systems and Services** |
| | ## What is Kubernetes monitoring?<br><br>Simply put, Kubernetes monitoring is the practice of tracking the status of all components of a Kubernetes environment. Because there are many pieces inside Kubernetes, Kubernetes monitoring actually entails monitoring many distinct things, such as:<br><br><br><br>Source: Kubernetes Monitoring 101: Challenges & Best Practices. |

35

| U.S. Patent No. 7,822,841 (Claims 1-6, 8, 9) | |
|---|---|
| **Patent Claim** | **Example American Count VIII Systems and Services** |
| | Kubernetes works with metrics pipeline/monitoring pipeline features, that provide monitoring operations within Kubernetes clusters including monitoring software and hardware problems. Kubernetes supports monitoring functionalities for containers, pods, services, nodes, and a cluster itself.<br><br>**Tools for Monitoring Resources**<br><br>To scale an application and provide a reliable service, you need to understand how the application behaves when it is deployed. You can examine application performance in a Kubernetes cluster by examining the containers, pods, services, and the characteristics of the overall cluster. Kubernetes provides detailed information about an application's resource usage at each of these levels. This information allows you to evaluate your application's performance and where bottlenecks can be removed to improve overall performance.<br><br>In Kubernetes, application monitoring does not depend on a single monitoring solution. On new clusters, you can use resource metrics or full metrics pipelines to collect monitoring statistics.<br><br>Source: https://kubernetes.io/docs/tasks/debug/debug-cluster/resource-usage-monitoring/.<br><br>A full metrics pipeline gives you access to richer metrics. Kubernetes can respond to these metrics by automatically scaling or adapting the cluster based on its current state, using mechanisms such as the Horizontal Pod Autoscaler. The monitoring pipeline fetches metrics from the kubelet and then exposes them to Kubernetes via an adapter by implementing either the `custom.metrics.k8s.io` or `external.metrics.k8s.io` API.<br><br>Kubernetes is designed to work with OpenMetrics, which is one of the CNCF Observability and Analysis - Monitoring Projects, built upon and carefully extending Prometheus exposition format in almost 100% backwards-compatible ways.<br><br>Source: https://kubernetes.io/docs/tasks/debug/debug-cluster/resource-usage-monitoring/. |

36

| U.S. Patent No. 7,822,841 (Claims 1-6, 8, 9) | |
|---|---|
| **Patent Claim** | **Example American Count VIII Systems and Services** |
| | ## What is Kubernetes monitoring?<br><br>Simply put, Kubernetes monitoring is the practice of tracking the status of all components of a Kubernetes environment. Because there are many pieces inside Kubernetes, Kubernetes monitoring actually entails monitoring many distinct things, such as:<br><br>• The kube-system workloads.<br>• Cluster information using the Kubernetes API.<br>• Applications interactions with Kubernetes by monitoring apps bottom-up.<br><br>Source: https://www.groundcover.com/kubernetes-monitoring.<br><br>Further, Kubernetes monitoring includes providing alerts to problems occurring within a cluster that enables troubleshooting and addressing other potential issues.<br><br>By collecting Kubernetes data, you'll get viable information regarding your Kubernetes cluster health, that can help you perform Kubernetes troubleshooting and manage issues like unexpected container termination. You can also leverage the data for proactive decisions such as adjusting rate limits.<br><br>Source: https://www.groundcover.com/kubernetes-monitoring.<br><br>As mentioned above, the Kubernetes API enables monitoring of the clusters. This can act as the main monitoring system and can monitor multiple Kubernetes clusters. |

| U.S. Patent No. 7,822,841 (Claims 1-6, 8, 9) | |
| --- | --- |
| **Patent Claim** | **Example American Count VIII Systems and Services** |
| | Kubernetes alerting is the practice of generating notifications for events or trends in Kubernetes that require admins' attention. Examples of such events and trends include:<br><br>• A node that has failed.<br><br>• A Pod that is stuck in the pending state.<br><br>• A container or Pod that is consuming a high level of resources relative to normal consumption trends.<br><br>• High latency rates for communication between Kubernetes cluster components (such as between kubelet and control plane nodes).<br><br>Source: https://www.groundcover.com/kubernetes-monitoring/kubernetes-alerting.<br><br>Further, Kubernetes using API for cluster monitoring and kubelets for monitoring at node level, Kubernetes also supports additional third-party open source monitoring tools such as, Grafana, Prometheus, and/or FluentD. |

| U.S. Patent No. 7,822,841 (Claims 1-6, 8, 9) | |
|---|---|
| **Patent Claim** | **Example American Count VIII Systems and Services** |
| | ## Setting up monitoring in Kubernetes<br><br>Monitoring is a crucial aspect of effectively managing Kubernetes clusters. By setting up comprehensive monitoring, you can gain insights into your cluster's health, performance, and resource utilization, enabling you to address issues and optimize your infrastructure proactively. Several monitoring solutions are available for Kubernetes, including open-source tools like Prometheus, Grafana, and Alertmanager and commercial options like Datadog and New Relic.<br><br>Choose a solution that aligns with your requirements and budget. Setting up Prometheus and Grafana for monitoring your Kubernetes cluster is a common choice and can provide a robust monitoring solution. The following are detailed steps for setting up Prometheus, Grafana, and FluentD, three common monitoring components, assuming that a Kubernetes cluster is already up and running:<br><br>■ **Prometheus:** A monitoring tool built for aggregating metrics in containers that can be used for setting up alerts.<br>■ **Grafana:** A monitoring tool that can be used to visualize Prometheus data.<br>■ **FluentD:** A tool for aggregating a system's logs into one source.<br><br>Source: https://www.apptio.com/topics/kubernetes/monitoring/. |

| U.S. Patent No. 7,822,841 (Claims 1-6, 8, 9) | |
|---|---|
| **Patent Claim** | **Example American Count VIII Systems and Services** |
| |  Source: https://towardsdev.com/how-to-monitor-kubernetes-cluster-using-prometheus-grafana-f220b0284e65. |

| U.S. Patent No. 7,822,841 (Claims 1-6, 8, 9) | |
|---|---|
| **Patent Claim** | **Example American Count VIII Systems and Services** |
| 2. The system of claim 1, wherein the computing resources comprise processing nodes, data storage shared by the processing nodes, and one or more communications networks linking the processing nodes to each other and to the data storage. | Based on information and belief, the American Count VIII Systems and Services utilizes the system of claim 1, wherein the computing resources comprise processing nodes, data storage shared by the processing nodes, and one or more communications networks linking the processing nodes to each other and to the data storage.<br><br>For example, Kubernetes clusters include at least one node, where a node is either a physical or virtual machine comprising a CPU or portion of CPU resources and memory to run workloads. For example, Nodes in Kubernetes comprises of pods where each pod represents some shared resources such as shared storage, network addresses and linking the pods to each other and to data storage.<br><br><br><br>Source: https://kubernetes.io/docs/tutorials/kubernetes-basics/explore/explore-intro/. |

41

| U.S. Patent No. 7,822,841 (Claims 1-6, 8, 9) ||
|---|---|
| **Patent Claim** | **Example American Count VIII Systems and Services** |
| | ## Kubernetes Pods 🔗<br><br>*A Pod is a group of one or more application containers (such as Docker) and includes shared storage (volumes), IP address and information about how to run them.*<br><br>When you created a Deployment in Module 2, Kubernetes created a **Pod** to host your application instance. A Pod is a Kubernetes abstraction that represents a group of one or more application containers (such as Docker), and some shared resources for those containers. Those resources include:<br><br>• Shared storage, as Volumes<br>• Networking, as a unique cluster IP address<br>• Information about how to run each container, such as the container image version or specific ports to use<br><br>Source: https://kubernetes.io/docs/tutorials/kubernetes-basics/explore/explore-intro/. |

42

| U.S. Patent No. 7,822,841 (Claims 1-6, 8, 9) | |
|---|---|
| **Patent Claim** | **Example American Count VIII Systems and Services** |
| | ## Pod-level resource specification<br><br>ⓘ **FEATURE STATE:** Kubernetes v1.32 [alpha] (enabled by default: false)<br><br>Starting in Kubernetes 1.32, you can also specify resource requests and limits at the Pod level. At the Pod level, Kubernetes 1.33 only supports resource requests or limits for specific resource types: `cpu` and / or `memory` . This feature is currently in alpha and with the feature enabled, Kubernetes allows you to declare an overall resource budget for the Pod, which is especially helpful when dealing with a large number of containers where it can be difficult to accurately gauge individual resource needs. Additionally, it enables containers within a Pod to share idle resources with each other, improving resource utilization.<br><br>For a Pod, you can specify resource limits and requests for CPU and memory by including the following:<br><br>• `spec.resources.limits.cpu`<br>• `spec.resources.limits.memory`<br>• `spec.resources.requests.cpu`<br>• `spec.resources.requests.memory`<br><br>Source: https://kubernetes.io/docs/concepts/configuration/manage-resources-containers/.<br><br>Furthermore, Kubernetes pods distributed across different nodes in different clusters can be configured to perform different tasks. Pods can be configured to access long-term and temporary storage areas, for example, persistent volumes versus ephemeral volumes. |

43

| U.S. Patent No. 7,822,841 (Claims 1-6, 8, 9) | |
|---|---|
| **Patent Claim** | **Example American Count VIII Systems and Services** |
| | **Storage**<br><br>Ways to provide both long-term and temporary storage to Pods in your cluster.<br><br>Volumes<br><br>Persistent Volumes<br><br>Projected Volumes<br><br>Ephemeral Volumes<br><br>Storage Classes<br><br>Volume Attributes Classes<br><br>Dynamic Volume Provisioning<br><br>Volume Snapshots<br><br>Volume Snapshot Classes<br><br>CSI Volume Cloning<br><br>Storage Capacity<br><br>Node-specific Volume Limits<br><br>Volume Health Monitoring<br><br>Windows Storage<br><br>Source: https://kubernetes.io/docs/concepts/storage/. |

44

| U.S. Patent No. 7,822,841 (Claims 1-6, 8, 9) ||
|---|---|
| **Patent Claim** | **Example American Count VIII Systems and Services** |
| 3. The system of claim 2, wherein the first configuration differs from the second configuration based on configuration of the processing nodes in the first and second clusters. | Based on information and belief, the American Count VIII Systems and Services utilizes the system of claim 2, wherein the first configuration differs from the second configuration based on configuration of the processing nodes in the first and second clusters.<br><br>Kubernetes comprises pods, which are distributed across different nodes in different clusters. These pods can be configured to perform different tasks. Each node contains services necessary to run a pod, and each pod runs its own instance of a given application container or set of application containers. Based on information and belief, the resulting configurations can be different at each node and cluster.<br><br>For example, Nodes in Kubernetes comprise pods where each pod represents some shared resources and these pods can communicate with each other.<br><br><br><br>Figure 1. Kubernetes cluster components.<br><br>Source: https://kubernetes.io/docs/concepts/architecture/. |

45

██████████████████████████████████████

| U.S. Patent No. 7,822,841 (Claims 1-6, 8, 9) | |
|---|---|
| **Patent Claim** | **Example American Count VIII Systems and Services** |
| | <br><br>Source: https://kubernetes.io/docs/tutorials/kubernetes-basics/explore/explore-intro/.<br><br><br><br>Source: https://kubernetes.io/docs/tutorials/kubernetes-basics/explore/explore-intro/. |

| U.S. Patent No. 7,822,841 (Claims 1-6, 8, 9) | |
|---|---|
| **Patent Claim** | **Example American Count VIII Systems and Services** |
| | ## Pod-level resource specification<br><br>ⓘ **FEATURE STATE:** Kubernetes v1.32 [alpha] (enabled by default: false)<br><br>Starting in Kubernetes 1.32, you can also specify resource requests and limits at the Pod level. At the Pod level, Kubernetes 1.33 only supports resource requests or limits for specific resource types: `cpu` and / or `memory` . This feature is currently in alpha and with the feature enabled, Kubernetes allows you to declare an overall resource budget for the Pod, which is especially helpful when dealing with a large number of containers where it can be difficult to accurately gauge individual resource needs. Additionally, it enables containers within a Pod to share idle resources with each other, improving resource utilization.<br><br>For a Pod, you can specify resource limits and requests for CPU and memory by including the following:<br><br>• `spec.resources.limits.cpu`<br>• `spec.resources.limits.memory`<br>• `spec.resources.requests.cpu`<br>• `spec.resources.requests.memory`<br><br>Source: https://kubernetes.io/docs/concepts/configuration/manage-resources-containers/. |

| U.S. Patent No. 7,822,841 (Claims 1-6, 8, 9) | |
|---|---|
| **Patent Claim** | **Example American Count VIII Systems and Services** |
| 4. The system of claim 2, wherein the first configuration differs from the second configuration based on configuration of the data storage in the first and second clusters. | Based on information and belief, the American Count VIII Systems and Services utilizes the system of claim 2, wherein the first configuration differs from the second configuration based on configuration of the data storage in the first and second clusters. |
| | Kubernetes comprises pods, which are distributed across different nodes in different clusters. These pods can be configured to perform different tasks. Each node contains services necessary to run a pod, and each pod runs its own instance of a given application container or set of application containers. Based on information and belief, the resulting configurations can be different at each node and cluster. |
| | For example, Nodes in Kubernetes comprise of pods where each pod represents some shared resources such as shared data storage. |
| | |
| | Figure 1. Kubernetes cluster components. |
| | Source: https://kubernetes.io/docs/concepts/architecture/. |

48

| U.S. Patent No. 7,822,841 (Claims 1-6, 8, 9) | |
|---|---|
| **Patent Claim** | **Example American Count VIII Systems and Services** |
| | Source: https://kubernetes.io/docs/tutorials/kubernetes-basics/explore/explore-intro/.<br><br>## Kubernetes Pods 🔗<br><br>*A Pod is a group of one or more application containers (such as Docker) and includes shared storage (volumes), IP address and information about how to run them.*<br><br>When you created a Deployment in Module 2, Kubernetes created a **Pod** to host your application instance. A Pod is a Kubernetes abstraction that represents a group of one or more application containers (such as Docker), and some shared resources for those containers. Those resources include:<br><br>• Shared storage, as Volumes<br>• Networking, as a unique cluster IP address<br>• Information about how to run each container, such as the container image version or specific ports to use<br><br>Source: https://kubernetes.io/docs/tutorials/kubernetes-basics/explore/explore-intro/. |

49

| U.S. Patent No. 7,822,841 (Claims 1-6, 8, 9) | |
|---|---|
| **Patent Claim** | **Example American Count VIII Systems and Services** |
| | ## Pod-level resource specification<br><br>ⓘ **FEATURE STATE:** Kubernetes v1.32 [alpha] (enabled by default: false)<br><br>Starting in Kubernetes 1.32, you can also specify resource requests and limits at the Pod level. At the Pod level, Kubernetes 1.33 only supports resource requests or limits for specific resource types: `cpu` and / or `memory` . This feature is currently in alpha and with the feature enabled, Kubernetes allows you to declare an overall resource budget for the Pod, which is especially helpful when dealing with a large number of containers where it can be difficult to accurately gauge individual resource needs. Additionally, it enables containers within a Pod to share idle resources with each other, improving resource utilization.<br><br>For a Pod, you can specify resource limits and requests for CPU and memory by including the following:<br><br>• `spec.resources.limits.cpu`<br>• `spec.resources.limits.memory`<br>• `spec.resources.requests.cpu`<br>• `spec.resources.requests.memory`<br><br>Source: https://kubernetes.io/docs/concepts/configuration/manage-resources-containers/.<br><br>Furthermore, Kubernetes pods distributed across different nodes in different clusters can be configured to perform different tasks. Various pods can be configured to access long-term and temporary storage areas. |

50

| U.S. Patent No. 7,822,841 (Claims 1-6, 8, 9) | |
|---|---|
| **Patent Claim** | **Example American Count VIII Systems and Services** |
| | **Storage**<br><br>Ways to provide both long-term and temporary storage to Pods in your cluster.<br><br>Volumes<br><br>Persistent Volumes<br><br>Projected Volumes<br><br>Ephemeral Volumes<br><br>Storage Classes<br><br>Volume Attributes Classes<br><br>Dynamic Volume Provisioning<br><br>Volume Snapshots<br><br>Volume Snapshot Classes<br><br>CSI Volume Cloning<br><br>Storage Capacity<br><br>Node-specific Volume Limits<br><br>Volume Health Monitoring<br><br>Windows Storage<br><br>Source: https://kubernetes.io/docs/concepts/storage/. |

51

| U.S. Patent No. 7,822,841 (Claims 1-6, 8, 9) | |
|---|---|
| **Patent Claim** | **Example American Count VIII Systems and Services** |
| 5. The system of claim 2, wherein the first configuration differs from the second configuration based on configuration of the one or more communications networks provided in the first and second clusters. | Based on information and belief, the American Count VIII Systems and Services utilizes the system of claim 2, wherein the first configuration differs from the second configuration based on configuration of the processing nodes in the first and second clusters. Kubernetes comprises pods, which are distributed across different nodes in different clusters. These pods can be configured to perform different tasks. Each node contains services necessary to run a pod, and each pod runs its own instance of a given application container or set of application containers. Based on information and belief, the resulting configurations can be different at each node and cluster. For example, Nodes in Kubernetes comprise of pods where each pod represents resources such as Networking. Figure 1. Kubernetes cluster components. Source: https://kubernetes.io/docs/concepts/architecture/. |

52

███████████████████████████████████

| U.S. Patent No. 7,822,841 (Claims 1-6, 8, 9) | |
| --- | --- |
| **Patent Claim** | **Example American Count VIII Systems and Services** |
| | <br><br>Source: https://kubernetes.io/docs/tutorials/kubernetes-basics/explore/explore-intro/.<br><br><br><br>Source: https://kubernetes.io/docs/tutorials/kubernetes-basics/explore/explore-intro/. |

53

| U.S. Patent No. 7,822,841 (Claims 1-6, 8, 9) | |
|---|---|
| **Patent Claim** | **Example American Count VIII Systems and Services** |
| | ## Pod-level resource specification<br><br>ⓘ **FEATURE STATE:** Kubernetes v1.32 [alpha] (enabled by default: false)<br><br>Starting in Kubernetes 1.32, you can also specify resource requests and limits at the Pod level. At the Pod level, Kubernetes 1.33 only supports resource requests or limits for specific resource types: `cpu` and / or `memory` . This feature is currently in alpha and with the feature enabled, Kubernetes allows you to declare an overall resource budget for the Pod, which is especially helpful when dealing with a large number of containers where it can be difficult to accurately gauge individual resource needs. Additionally, it enables containers within a Pod to share idle resources with each other, improving resource utilization.<br><br>For a Pod, you can specify resource limits and requests for CPU and memory by including the following:<br><br>- `spec.resources.limits.cpu`<br>- `spec.resources.limits.memory`<br>- `spec.resources.requests.cpu`<br>- `spec.resources.requests.memory`<br><br>Source: https://kubernetes.io/docs/concepts/configuration/manage-resources-containers/. |
| 6. The system of claim 1, wherein one of the main monitors is provided within each of the first and second clusters and the system further comprises a central monitoring system in communication with the main | Based on information and belief, the American Count VIII Systems and Services include a computer system where the monitoring system comprises a main monitor that operates to monitor the first and second clusters and further comprises monitoring system for each node of the first and second clusters operating to check for hardware and software problems within a particular node and to report the hardware and software problems to the main monitor.<br><br>Kubernetes supports a central Monitoring system (via Kubernetes API) with the functionality to monitor and manage Kubernetes clusters such as cluster's health, performance and identifying associated problems. |

54

| U.S. Patent No. 7,822,841 (Claims 1-6, 8, 9) | |
|---|---|
| **Patent Claim** | **Example American Count VIII Systems and Services** |
| monitors of the first and second clusters. | <br><br>Source: Kubernetes Monitoring 101: Challenges & Best Practices.<br><br>Kubernetes works with metrics pipeline and monitoring pipeline feature, that provide monitoring operations as well as look for or monitors software and hardware problems within the Kubernetes |

| U.S. Patent No. 7,822,841 (Claims 1-6, 8, 9) | |
|---|---|
| **Patent Claim** | **Example American Count VIII Systems and Services** |
| | clusters. Kubernetes supports monitoring functionalities for containers, pods, services, nodes, and a cluster itself.<br><br>A full metrics pipeline gives you access to richer metrics. Kubernetes can respond to these metrics by automatically scaling or adapting the cluster based on its current state, using mechanisms such as the Horizontal Pod Autoscaler. The monitoring pipeline fetches metrics from the kubelet and then exposes them to Kubernetes via an adapter by implementing either the `custom.metrics.k8s.io` or `external.metrics.k8s.io` API.<br><br>Kubernetes is designed to work with OpenMetrics, which is one of the CNCF Observability and Analysis - Monitoring Projects, built upon and carefully extending Prometheus exposition format in almost 100% backwards-compatible ways.<br><br>Source: https://kubernetes.io/docs/tasks/debug/debug-cluster/resource-usage-monitoring/.<br><br>**What is Kubernetes monitoring?**<br><br>Simply put, Kubernetes monitoring is the practice of tracking the status of all components of a Kubernetes environment. Because there are many pieces inside Kubernetes, Kubernetes monitoring actually entails monitoring many distinct things, such as:<br><br>• The kube-system workloads.<br>• Cluster information using the Kubernetes API.<br>• Applications interactions with Kubernetes by monitoring apps bottom-up. |

| U.S. Patent No. 7,822,841 (Claims 1-6, 8, 9) | |
|---|---|
| **Patent Claim** | **Example American Count VIII Systems and Services** |
| | Source: https://www.groundcover.com/kubernetes-monitoring. |
| | Furthermore, monitoring can also happen at the Pod(s) within a node. A kubelet within each node reports the CPU and memory usage of the Pod. It further monitors each node, the node's health, and the status. |
| | **Monitoring compute & memory resource usage**<br><br>The kubelet reports the resource usage of a Pod as part of the Pod `status` .<br><br>If optional tools for monitoring are available in your cluster, then Pod resource usage can be retrieved either from the Metrics API directly or from your monitoring tools. |
| | Source: https://kubernetes.io/docs/concepts/configuration/manage-resources-containers/. |
| | Node objects track information about the Node's resource capacity: for example, the amount of memory available and the number of CPUs. Nodes that self register report their capacity during registration. If you manually add a Node, then you need to set the node's capacity information when you add it.<br><br>The Kubernetes scheduler ensures that there are enough resources for all the Pods on a Node. The scheduler checks that the sum of the requests of containers on the node is no greater than the node's capacity. That sum of requests includes all containers managed by the kubelet, but excludes any containers started directly by the container runtime, and also excludes any processes running outside of the kubelet's control. |
| | Source: https://kubernetes.io/docs/concepts/architecture/nodes/#node-status. |

57

| U.S. Patent No. 7,822,841 (Claims 1-6, 8, 9) | |
|---|---|
| **Patent Claim** | **Example American Count VIII Systems and Services** |
| | Kubernetes runs your workload by placing containers into Pods to run on *Nodes*. A node may be a virtual or physical machine, depending on the cluster. Each node is managed by the control plane and contains the services necessary to run Pods.<br><br>Typically you have several nodes in a cluster; in a learning or resource-limited environment, you might have only one node.<br><br>The components on a node include the kubelet, a container runtime, and the kube-proxy.<br><br>## Management<br><br>There are two main ways to have Nodes added to the API server:<br><br>1. The kubelet on a node self-registers to the control plane<br>2. You (or another human user) manually add a Node object<br><br>After you create a Node object, or the kubelet on a node self-registers, the control plane checks whether the new Node object is valid. For example, if you try to create a Node from the following JSON manifest:<br><br>Source: https://kubernetes.io/docs/concepts/architecture/nodes/.<br><br>Kubernetes includes various clusters wherein each cluster further includes multiple nodes. Each node includes its own kubelet, whereas the kubelet is used for node's monitoring purpose. Based on |

| U.S. Patent No. 7,822,841 (Claims 1-6, 8, 9) | |
|---|---|
| **Patent Claim** | **Example American Count VIII Systems and Services** |
| | information and belief, the kubelet in the node of the cluster can act as monitoring component/system of that cluster.<br><br><br><br>Source: https://kubernetes.io/docs/concepts/architecture/. |

59

███████████████████

| U.S. Patent No. 7,822,841 (Claims 1-6, 8, 9) | |
|---|---|
| **Patent Claim** | **Example American Count VIII Systems and Services** |
| 8. The system of claim 1, wherein the public communications network is accessible by clients accessing the first and second clusters and wherein the system further comprises a monitoring system linked to the private communications network for monitoring operation of the first and second clusters, wherein the first and second clusters each comprise a private cluster network for communications among the computing resources of a particular cluster and a gateway mechanism positioned between the private cluster network and the private communications network, whereby the communications within the first and second clusters are isolated. | On information and belief, the American Count VIII Systems and Services include the system of claim 1. *See* claim 1. On information and belief, the American Count VIII Systems and Services include the system of claim 1, where the public communications network is accessible by clients accessing the first and second clusters and wherein the system further comprises a monitoring system linked to the private communications network for monitoring operation of the first and second clusters, wherein the first and second clusters each comprise a private cluster network for communications among the computing resources of a particular cluster and a gateway mechanism positioned between the private cluster network and the private communications network, whereby the communications within the first and second clusters are isolated<br><br>For example, on information and belief, Kubernetes clusters are connected to a private network, such as the American accused network. On information and belief, the private network, for example, the American accused network, facilitates container-to-container, Pod-to-Pod, and/or Pod-to-Services communications across multiple clusters for sharing data and handling tasks.<br><br>A Kubernetes system from within the American accused network includes gateways, for example, Ingress controllers, internal load balancers, and cloud private endpoints. These resources can be defined and specified so that external traffic from the Internet can be routed to various Services across multiple clusters via the configured gateway.<br><br>• The Gateway API (or its predecessor, Ingress) allows you to make Services accessible to clients that are outside the cluster.<br><br>Source: https://kubernetes.io/docs/concepts/services-networking/. |

| U.S. Patent No. 7,822,841 (Claims 1-6, 8, 9) | |
|---|---|
| **Patent Claim** | **Example American Count VIII Systems and Services** |
| | The Gateway API for Kubernetes provides extra capabilities beyond Ingress and Service. You can add Gateway to your cluster - it is a family of extension APIs, implemented using CustomResourceDefinitions - and then use these to configure access to network services that are running in your cluster.<br><br>Source: https://kubernetes.io/docs/concepts/services-networking/service/.<br><br>**Resource model**<br><br>Gateway API has three stable API kinds:<br><br>• **GatewayClass:** Defines a set of gateways with common configuration and managed by a controller that implements the class.<br><br>• **Gateway:** Defines an instance of traffic handling infrastructure, such as cloud load balancer.<br><br>• **HTTPRoute:** Defines HTTP-specific rules for mapping traffic from a Gateway listener to a representation of backend network endpoints. These endpoints are often represented as a Service.<br><br>Source: https://kubernetes.io/docs/concepts/services-networking/gateway/. |

61

| U.S. Patent No. 7,822,841 (Claims 1-6, 8, 9) | |
|---|---|
| **Patent Claim** | **Example American Count VIII Systems and Services** |
| | <br><br>In this example, the request flow for a Gateway implemented as a reverse proxy is:<br><br>1. The client starts to prepare an HTTP request for the URL<br><br>`http://www.example.com`<br><br>Source: https://kubernetes.io/docs/concepts/services-networking/gateway/.<br><br>Kubernetes supports clusters, which are groups of nodes that run containerized applications as per their defined deployments and services. |

62

| U.S. Patent No. 7,822,841 (Claims 1-6, 8, 9) | |
|---|---|
| **Patent Claim** | **Example American Count VIII Systems and Services** |
| | <br><br>Source: https://www.kubecost.com/kubernetes-multi-cloud/kubernetes-multi-cluster/.<br><br>Furthermore, for example, monitoring can happen at the Pod(s) within a node. A kubelet within each node reports the CPU and memory usage of a Pod. It further monitors the health and status of each node. |

| U.S. Patent No. 7,822,841 (Claims 1-6, 8, 9) | |
|---|---|
| **Patent Claim** | **Example American Count VIII Systems and Services** |
| | ## Monitoring compute & memory resource usage <br><br> The kubelet reports the resource usage of a Pod as part of the Pod `status`. <br><br> If optional tools for monitoring are available in your cluster, then Pod resource usage can be retrieved either from the Metrics API directly or from your monitoring tools. <br><br> Source: https://kubernetes.io/docs/concepts/configuration/manage-resources-containers/. <br><br> Node objects track information about the Node's resource capacity: for example, the amount of memory available and the number of CPUs. Nodes that self register report their capacity during registration. If you manually add a Node, then you need to set the node's capacity information when you add it. <br><br> The Kubernetes scheduler ensures that there are enough resources for all the Pods on a Node. The scheduler checks that the sum of the requests of containers on the node is no greater than the node's capacity. That sum of requests includes all containers managed by the kubelet, but excludes any containers started directly by the container runtime, and also excludes any processes running outside of the kubelet's control. <br><br> Source: https://kubernetes.io/docs/concepts/architecture/nodes/#node-status. |

| U.S. Patent No. 7,822,841 (Claims 1-6, 8, 9) | |
|---|---|
| **Patent Claim** | **Example American Count VIII Systems and Services** |
| | Kubernetes runs your workload by placing containers into Pods to run on *Nodes*. A node may be a virtual or physical machine, depending on the cluster. Each node is managed by the control plane and contains the services necessary to run Pods.<br><br>Typically you have several nodes in a cluster; in a learning or resource-limited environment, you might have only one node.<br><br>The components on a node include the kubelet, a container runtime, and the kube-proxy.<br><br>## Management<br><br>There are two main ways to have Nodes added to the API server:<br><br>1. The kubelet on a node self-registers to the control plane<br>2. You (or another human user) manually add a Node object<br><br>After you create a Node object, or the kubelet on a node self-registers, the control plane checks whether the new Node object is valid. For example, if you try to create a Node from the following JSON manifest:<br><br>Source: https://kubernetes.io/docs/concepts/architecture/nodes/.<br><br>On information and belief, the private network, for example, the American accused network, facilitates container-to-container, Pod-to-Pod, and/or Pod-to-Services communications across multiple clusters for sharing data and handling tasks. |

65

| U.S. Patent No. 7,822,841 (Claims 1-6, 8, 9) | |
|---|---|
| **Patent Claim** | **Example American Count VIII Systems and Services** |
| | ## Terminology<br><br>For clarity, this guide defines the following terms:<br><br>- Node: A worker machine in Kubernetes, part of a cluster.<br>- Cluster: A set of Nodes that run containerized applications managed by Kubernetes. For this example, and in most common Kubernetes deployments, nodes in the cluster are not part of the public internet.<br>- Edge router: A router that enforces the firewall policy for your cluster. This could be a gateway managed by a cloud provider or a physical piece of hardware.<br>- Cluster network: A set of links, logical or physical, that facilitate communication within a cluster according to the Kubernetes networking model.<br>- Service: A Kubernetes Service that identifies a set of Pods using label selectors. Unless mentioned otherwise, Services are assumed to have virtual IPs only routable within the cluster network.<br><br>Source: https://kubernetes.io/docs/concepts/services-networking/ingress/.<br><br># The Kubernetes network model<br><br>… |

| U.S. Patent No. 7,822,841 (Claims 1-6, 8, 9) | |
|---|---|
| **Patent Claim** | **Example American Count VIII Systems and Services** |
| | <ul><li>The *pod network* (also called a cluster network) handles communication between pods. It ensures that (barring intentional network segmentation):<ul><li>All pods can communicate with all other pods, whether they are on the same node or on different nodes. Pods can communicate with each other directly, without the use of proxies or address translation (NAT).<br><br>On Windows, this rule does not apply to host-network pods.</li><li>Agents on a node (such as system daemons, or kubelet) can communicate with all pods on that node.</li></ul></li></ul>Source: https://kubernetes.io/docs/concepts/services-networking/. |

| U.S. Patent No. 7,822,841 (Claims 1-6, 8, 9) | |
|---|---|
| **Patent Claim** | **Example American Count VIII Systems and Services** |
| | ## Kubernetes Pods 🔗<br><br>*A Pod is a group of one or more application containers (such as Docker) and includes shared storage (volumes), IP address and information about how to run them.*<br><br>When you created a Deployment in Module 2, Kubernetes created a **Pod** to host your application instance. A Pod is a Kubernetes abstraction that represents a group of one or more application containers (such as Docker), and some shared resources for those containers. Those resources include:<br><br>• Shared storage, as Volumes<br>• Networking, as a unique cluster IP address<br>• Information about how to run each container, such as the container image version or specific ports to use<br><br>Source: https://kubernetes.io/docs/tutorials/kubernetes-basics/explore/explore-intro/.<br><br>On information and belief, the American Count VIII Systems and Services include a system where communications between the first cluster and the second cluster are isolated.<br><br>For example, multi-cluster Kubernetes provides isolated workloads in separate clusters.<br><br>## Workload Isolation<br><br>Multi-cluster Kubernetes allows you to isolate different workloads, such as development, staging, and production environments, in separate clusters. This improves fault tolerance and reduces the risk of cascading failures. Workload isolation also enables you to enforce strict resource quotas and security policies on a per-cluster basis. |

| U.S. Patent No. 7,822,841 (Claims 1-6, 8, 9) | |
|---|---|
| **Patent Claim** | **Example American Count VIII Systems and Services** |
| | Source: https://www.tigera.io/learn/guides/kubernetes-networking/kubernetes-multi-cluster/. <br><br> Multi-cluster Kubernetes also provides for configuring access to different clusters. <br><br> **Configure Access to Multiple Clusters** <br><br> This page shows how to configure access to multiple clusters by using configuration files. After your clusters, users, and contexts are defined in one or more configuration files, you can quickly switch between clusters by using the `kubectl config use-context` command. <br><br> **Define clusters, users, and contexts** <br><br> Suppose you have two clusters, one for development work and one for test work. In the `development` cluster, your frontend developers work in a namespace called `frontend`, and your storage developers work in a namespace called `storage`. In your `test` cluster, developers work in the default namespace, or they create auxiliary namespaces as they see fit. Access to the development cluster requires authentication by certificate. Access to the test cluster requires authentication by username and password. <br><br> Source: https://kubernetes.io/docs/tasks/access-application-cluster/configure-access-multiple-clusters/. |

| U.S. Patent No. 7,822,841 (Claims 1-6, 8, 9) | |
|---|---|
| **Patent Claim** | **Example American Count VIII Systems and Services** |
| 9. The system of claim 1, wherein the first configuration configures the first cluster as a high performance computing cluster and wherein the second configuration configures the second cluster as a load balancing cluster or a high availability cluster. | On information and belief, the American Count VIII Systems and Services include a system where the first cluster is a high-performance cluster, and second cluster can be a high availability (HA) cluster.<br><br>Kubernetes, also known as K8s, is an open source system for automating deployment, scaling, and management of containerized applications.<br><br>It groups containers that make up an application into logical units for easy management and discovery. Kubernetes builds upon 15 years of experience of running production workloads at Google, combined with best-of-breed ideas and practices from the community.<br><br>Source: https://kubernetes.io/.<br><br>Planet Scale<br>Designed on the same principles that allow Google to run billions of containers a week, Kubernetes can scale without increasing your operations team.<br><br>Source: https://kubernetes.io/.<br><br>Kubernetes is a scalable and performant engine that orchestrates containers in a server environment. It is highly optimized by default, and it scales nicely in a suitable infrastructure.<br><br>It is also less opinionated by default, and there are plenty of customizations for end-users to define. This flexibility allows Kubernetes to cover many different use cases and penetrate the market faster, making it extremely popular.<br><br>Source: https://platform9.com/blog/10-kubernetes-performance-tips/. |

70

| U.S. Patent No. 7,822,841 (Claims 1-6, 8, 9) | |
| --- | --- |
| **Patent Claim** | **Example American Count VIII Systems and Services** |
| | ## Creating Highly Available Clusters with kubeadm<br><br>This page explains two different approaches to setting up a highly available Kubernetes cluster using kubeadm:<br><br>• With stacked control plane nodes. This approach requires less infrastructure. The etcd members and control plane nodes are co-located.<br>• With an external etcd cluster. This approach requires more infrastructure. The control plane nodes and etcd members are separated.<br><br>Source: http://kubernetes.io/docs/setup/production-environment/tools/kubeadm/high-availability/.<br><br>## Stacked etcd topology<br><br>A stacked HA cluster is a topology where the distributed data storage cluster provided by etcd is stacked on top of the cluster formed by the nodes managed by kubeadm that run control plane components.<br><br>Each control plane node runs an instance of the `kube-apiserver`, `kube-scheduler`, and `kube-controller-manager`. The `kube-apiserver` is exposed to worker nodes using a load balancer.<br><br>Source: https://kubernetes.io/docs/setup/production-environment/tools/kubeadm/ha-topology/. |

████████████████████████████████████

| U.S. Patent No. 7,822,841 (Claims 1-6, 8, 9) | |
|---|---|
| **Patent Claim** | **Example American Count VIII Systems and Services** |
| | You should therefore run a minimum of three stacked control plane nodes for an HA cluster.<br><br>This is the default topology in kubeadm. A local etcd member is created automatically on control plane nodes when using `kubeadm init` and `kubeadm join --control-plane`.<br><br><br><br>Source: https://kubernetes.io/docs/setup/production-environment/tools/kubeadm/ha-topology/. |