# United States District Court

**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| INTELLECTUAL VENTURES I LLC and | § | |
| INTELLECTUAL VENTURES II LLC | § | Civil Action No. 4:24cv980 |
| | § | Judge Mazzant |
| v. | § | |
| | § | |
| AMERICAN AIRLINES, INC. | § | |

## ORDER

On July 29, 2026, the Court-appointed technical advisor, Scott Woloson, submitted to the Court his statement for professional services rendered in this matter, in the amount of $36,245.00. The Court has reviewed Mr. Woloson's statement and finds that the fees requested are reasonable and necessary.

Accordingly, the Court hereby **ORDERS** the parties to appropriately divide and pay $36,245.00 to the Law Office of Scott Woloson, P.C., 1431 Wirt Road #141, Houston, TX 77055 [Account No. 12.0015] within thirty (30) days from the entry of this Order.

**IT IS SO ORDERED.**

**SIGNED this 29th day of July, 2026.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE