# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC AND INTELLECTUAL VENTURES II, LLC,<br><br>**Plaintiff,**<br><br>vs.<br><br>AMERICAN AIRLINES, INC.,<br><br>**Defendant.** | **Civil Action No.  4:24-cv-00980**<br><br><br>**JURY TRIAL** |

## ORDER ON UNOPPOSED MOTION FOR ADDITIONAL PAGES FOR RESPONSE TO MOTION TO COMPEL

BEFORE THE COURT is the Defendant's Unopposed Motion for Additional Pages for Response to Plaintiffs' Motion to Compel (Dkt. #179). The Court has considered the Motion and finds that it should be GRANTED.

IT IS THEREFORE ORDERED that Defendant will have 15 additional pages for their response to the Motion to Compel for a total of 30 pages.

**IT IS SO ORDERED.**

**SIGNED this 29th day of July, 2026.**


_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE