**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC, | ) ) ) | |
| *Plaintiffs*, | ) ) | **C.A. No. 4:24-cv-00980-ALM** |
| v. | ) ) ) | **JURY TRIAL DEMANDED** |
| AMERICAN AIRLINES, INC. | ) ) | |
| *Defendant*. | ) | |

## STIPULATION REGARDING PLAINTIFFS' MOTION TO COMPEL

**TO THE HONORABLE COURT:**

Plaintiffs Intellectual Ventures I LLC and Intellectual Ventures II LLC (collectively, "IV"), hereby stipulate as follows:

WHEREAS, on or about June 25, 2026, Microsoft Corp. ("Microsoft") contacted IV regarding ███████████████████████████████████████████

████████████████████████████████████████████████████

██████████████████

WHEREAS, IV delayed filing its Moton to Compel Discovery and For Other Relief ("Motion") (Dkt. 166) until July 13, 2026, to address the concerns raised by Microsoft;

WHEREAS, between June 25, 2026, through the filing of this Stipulation, IV engaged in numerous good faith discussions with Microsoft to resolve Microsoft's concerns;

WHEREAS, IV reaffirmed for Microsoft on several occasions that IV has not and does not accuse AKS or any other Microsoft Azure service of infringing the patents-in-suit, which is consistent with IV's position throughout this case;

██████████████

WHEREAS, the parties' efforts culminated on a July 27, 2026 call between counsel for IV, Microsoft, and American to discuss this Stipulation as reflected below and attached Exhibit A; and

WHEREAS, in the spirit of compromise, IV and Microsoft hereby agree and stipulate as follows:

Microsoft AKS and other Azure services are Microsoft Licensed Offerings under the patents in suit. ████████████████████████████

████████████████████████████

████████ As to the remaining requests, IV hereby withdraws any and all other portions of its discovery requests to American that relate to, or could reasonably be construed as seeking, discovery regarding AKS/Azure or Microsoft licensed public cloud functionality. This includes any and all document requests, interrogatories, requests for admissions, deposition topics, and items covered by IV's motion to compel (as reflected in Exhibit A to the proposed order on IV's Motion attached hereto).

Notwithstanding the above, nothing in this Stipulation modifies or amends any agreements between IV and Microsoft.

Dated: July 28, 2026

RESPECTFULLY SUBMITTED,

By: */s/ Jonathan K. Waldrop*
Jonathan K. Waldrop (CA Bar No. 297903)
(Admitted in this District)
jwaldrop@kasowitz.com
Marcus A. Barber (CA Bar No. 307361)
(Admitted in this District)
mbarber@kasowitz.com
John W. Downing (CA Bar No. 252850)
(Admitted in this District)
jdowning@kasowitz.com
Heather S. Kim (CA Bar No. 277686)
(Admitted in this District)
hkim@kasowitz.com

███████████████

ThucMinh Nguyen (CA Bar No. 304382)
(Admitted in this District)
tnguyen@kasowitz.com
**KASOWITZ LLP**
101 California Street, Suite 3950
San Francisco, California 94111
Telephone: (415) 421-6140
Facsimile: (415) 358-4408

Jeceaca An (NY Bar No. 5849898)
(Admitted in this District)
jan@kasowitz.com
**KASOWITZ LLP**
1633 Broadway
New York, NY 10019
Telephone: (212) 506-1800
Facsimile: (212) 506-1700

Paul G. Williams (GA Bar No. 764925)
(Admitted in this District)
pwilliams@kasowitz.com
**KASOWITZ LLP**
1230 Peachtree Street N.E., Suite 3750
Atlanta, Georgia 30309
Telephone: (404) 260-6080
Facsimile: (404) 260-6081

Allen F. Gardner (TX Bar No. 24043679)
allen@allengardnerlaw.com
**ALLEN GARDNER LAW, PLLC**
609 S. Fannin
Tyler, Texas 75701
Telephone: (903) 944-7537
Facsimile: (903) 944-7856

*Attorneys for Plaintiffs*
*INTELLECTUAL VENTURES I LLC and*
*INTELLECTUAL VENTURES II LLC*

3

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was served or delivered electronically, via email, to all counsel of record on this 28th day of July, 2026.

/s/ *Jonathan K. Waldrop*
Jonathan K. Waldrop