**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| **INTELLECTUAL VENTURES I LLC AND INTELLECTUAL VENTURES II, LLC,**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**AMERICAN AIRLINES, INC.,**<br><br>**Defendant.** | **Civil Action No. 4:24-cv-00980**<br><br>**JURY TRIAL** |

**AMERICAN AIRLINES, INC. ANSWER TO FIRST AMENDED COMPLAINT AND COUNTERCLAIMS**

Defendant American Airlines, Inc. ("American" or "Defendant"), by and through its counsel, hereby submit this Answer to Plaintiffs' Intellectual Ventures I LLC and Intellectual Ventures II, LLC's (collectively, "Plaintiffs") Amended Complaint (Dkt. 84 or "Complaint") as follows:

## GENERAL DENIAL

Except as expressly admitted below, American denies each and every allegation set forth in the Complaint. Any factual allegation admitted below is admitted only as to the specific admitted facts, and not as to any purported conclusions, characterizations, or implications that might follow from the admitted facts.

## RESPONSES TO NUMBERED PARAGRAPHS IN THE COMPLAINT

## NATURE OF THE ACTION

1. American denies infringement of any claim of United States Patent No. 8,332,844 ("the '844 Patent"), United States Patent No. 8,407,722 ("the '722 Patent"), United States Patent No. 7,949,785 ("the '785 Patent"), United States Patent No. 8,027,326 ("the '326 Patent"), United

States Patent No. 7,324,469 ("the '469 Patent"), United States Patent No. 7,257,582 ("the '582 Patent"), United States Patent No. 7,712,080 ("the '080 Patent"), United States Patent No. 7,721,282 ("the '282 Patent"), United States Patent No. 7,822,841 ("the '841 Patent"), United States Patent No. 8,352,584 ("the '584 Patent"), United States Patent No. 11,032,000 ("the '000 Patent"), and United States Patent No. 10,103,845 ("the '845 Patent") (collectively, the "Patents-in-Suit"). The remaining allegations of this paragraph contain legal conclusions to which no response is required. To the extent a response is deemed to be required, American denies the allegations of this paragraph of the Complaint.

## THE PARTIES

2. American does not have knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and therefore denies these allegations.

3. American does not have knowledge or information sufficient to form a belief as to the truth of allegations contained in this paragraph of the Complaint and therefore denies these allegations.

4. American does not have knowledge or information sufficient to form a belief as to the truth of allegations contained in this paragraph of the Complaint and therefore denies these allegations.

5. American does not have knowledge or information sufficient to form a belief as to the truth of allegations contained in this paragraph of the Complaint and therefore denies these allegations.

6. American admits it is a Delaware corporation, has a principal place of business at One Skyview Drive, Fort Worth, Texas 76155, is registered to do business in Texas, and conducts business in the Eastern District of Texas.

7. American denies the allegations in this paragraph.

8. American denies the allegations in this paragraph.

## JURISDICTION AND VENUE

9. American admits this is an action for patent infringement. American admits that, for purposes of this action only, this Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and/or 1338. American denies all remaining allegations in this paragraph.

10. American does not dispute personal jurisdiction exists in this judicial district for purposes of this action only. American denies all remaining allegations of this paragraph.

11. American does not dispute general and specific jurisdiction exists in this judicial district for purposes of this action only. American denies all remaining allegations of this paragraph.

12. American admits it has a principal place of business at One Skyview Drive, Fort Worth, Texas 76155, is registered to do business in Texas, and conducts business in the Eastern District of Texas.

13. American denies the allegations in this paragraph.

14. American does not dispute venue is proper in this judicial district for this action only. American denies all remaining allegations in this paragraph and specifically denies that it has committed any acts of infringement.

15. This paragraph contains legal conclusions to which no response is required. To the extent a response is deemed to be required, American specifically denies the legal sufficiency of the claims and allegations asserted in the Complaint and further denies that Plaintiffs have any viable claim thereunder.

16. This paragraph contains legal conclusions to which no response is required. To the extent a response is deemed to be required, American specifically denies the legal sufficiency of

the claims and allegations asserted in the Complaint and further denies that Plaintiffs have any viable claim thereunder.

17. This paragraph contains legal conclusions to which no response is required. To the extent a response is deemed to be required, American specifically denies the legal sufficiency of the claims and allegations asserted in the Complaint and further denies that Plaintiffs have any viable claim thereunder.

18. This paragraph contains legal conclusions to which no response is required. To the extent a response is deemed to be required, American specifically denies the legal sufficiency of the claims and allegations asserted in the Complaint and further denies that Plaintiffs have any viable claim thereunder.

19. This paragraph contains legal conclusions to which no response is required. To the extent a response is deemed to be required, American specifically denies the legal sufficiency of the claims and allegations asserted in the Complaint and further denies that Plaintiffs have any viable claim thereunder.

## FACTUAL BACKGROUND

20. American does not have knowledge or information sufficient to form a belief as to the truth of allegations contained in this paragraph of the Complaint and therefore denies these allegations.

21. American does not have knowledge or information sufficient to form a belief as to the truth of allegations contained in this paragraph of the Complaint and therefore denies these allegations.

22. American does not have knowledge or information sufficient to form a belief as to the truth of allegations contained in this paragraph of the Complaint and therefore denies these allegations.

23. This paragraph contains legal conclusions to which no response is required. To the extent a response is deemed to be required, American specifically denies the legal sufficiency of the claims and allegations asserted in the Complaint, denies it has committed any act of infringement, and further denies that Plaintiffs have any viable claim thereunder.

**THE PATENTS-IN-SUIT**

24. American admits that Exhibit 1 of the Complaint purports to be a copy of U.S. Patent No. 8,332,844. Except as expressly admitted, American does not have knowledge or information sufficient to form a belief as to the truth of allegations contained in this paragraph of the Complaint and therefore denies these allegations.

25. This paragraph contains legal conclusions to which no response is required. To the extent a response is deemed to be required, American specifically denies the legal sufficiency of the claims and allegations asserted in the Complaint, denies it has committed any act of infringement, and further denies that Plaintiffs have any viable claim thereunder.

26. American admits that Exhibit 2 of the Complaint purports to be a copy of U.S. Patent No. 8,407,722. Except as expressly admitted, American does not have knowledge or information sufficient to form a belief as to the truth of allegations contained in this paragraph of the Complaint and therefore denies these allegations.

27. This paragraph contains legal conclusions to which no response is required. To the extent a response is deemed to be required, American specifically denies the legal sufficiency of the claims and allegations asserted in the Complaint, denies it has committed any act of infringement, and further denies that Plaintiffs have any viable claim thereunder.

28. American admits that Exhibit 3 of the Complaint purports to be a copy of U.S. Patent No. 7,949,785. Except as expressly admitted, American does not have knowledge or

information sufficient to form a belief as to the truth of allegations contained in this paragraph of the Complaint and therefore denies these allegations.

29. This paragraph contains legal conclusions to which no response is required. To the extent a response is deemed to be required, American specifically denies the legal sufficiency of the claims and allegations asserted in the Complaint, denies it has committed any act of infringement, and further denies that Plaintiffs have any viable claim thereunder.

30. American admits that Exhibit 4 of the Complaint purports to be a copy of U.S. Patent No. 8,027,326. Except as expressly admitted, American does not have knowledge or information sufficient to form a belief as to the truth of allegations contained in this paragraph of the Complaint and therefore denies these allegations.

31. This paragraph contains legal conclusions to which no response is required. To the extent a response is deemed to be required, American specifically denies the legal sufficiency of the claims and allegations asserted in the Complaint, denies it has committed any act of infringement, and further denies that Plaintiffs have any viable claim thereunder.

32. American admits that Exhibit 5 of the Complaint purports to be a copy of U.S. Patent No. 7,324,469. Except as expressly admitted, American does not have knowledge or information sufficient to form a belief as to the truth of allegations contained in this paragraph of the Complaint and therefore denies these allegations.

33. This paragraph contains legal conclusions to which no response is required. To the extent a response is deemed to be required, American specifically denies the legal sufficiency of the claims and allegations asserted in the Complaint, denies it has committed any act of infringement, and further denies that Plaintiffs have any viable claim thereunder.

34. American admits that Exhibit 6 of the Complaint purports to be a copy of U.S. Patent No. 7,257,582. Except as expressly admitted, American does not have knowledge or information sufficient to form a belief as to the truth of allegations contained in this paragraph of the Complaint and therefore denies these allegations.

35. This paragraph contains legal conclusions to which no response is required. To the extent a response is deemed to be required, American specifically denies the legal sufficiency of the claims and allegations asserted in the Complaint, denies it has committed any act of infringement, and further denies that Plaintiffs have any viable claim thereunder.

36. American admits that Exhibit 15 of the Complaint purports to be a copy of U.S. Patent No. 7,712,080. Except as expressly admitted, American does not have knowledge or information sufficient to form a belief as to the truth of allegations contained in this paragraph of the Complaint and therefore denies these allegations.

37. This paragraph contains legal conclusions to which no response is required. To the extent a response is deemed to be required, American specifically denies the legal sufficiency of the claims and allegations asserted in the Complaint, denies it has committed any act of infringement, and further denies that Plaintiffs have any viable claim thereunder. American further denies that Plaintiffs have standing to assert the ’080 Patent.

38. American admits that Exhibit 20 of the Complaint purports to be a copy of U.S. Patent No. 7,721,282. Except as expressly admitted, American does not have knowledge or information sufficient to form a belief as to the truth of allegations contained in this paragraph of the Complaint and therefore denies these allegations.

39. This paragraph contains legal conclusions to which no response is required. To the extent a response is deemed to be required, American specifically denies the legal sufficiency of

the claims and allegations asserted in the Complaint, denies it has committed any act of infringement, and further denies that Plaintiffs have any viable claim thereunder.

40. American admits that Exhibit 16 of the Complaint purports to be a copy of U.S. Patent No. 7,822,841. Except as expressly admitted, American does not have knowledge or information sufficient to form a belief as to the truth of allegations contained in this paragraph of the Complaint and therefore denies these allegations.

41. This paragraph contains legal conclusions to which no response is required. To the extent a response is deemed to be required, American specifically denies the legal sufficiency of the claims and allegations asserted in the Complaint, denies it has committed any act of infringement, and further denies that Plaintiffs have any viable claim thereunder.

42. American admits that Exhibit 17 of the Complaint purports to be a copy of U.S. Patent No. 8,352,584. Except as expressly admitted, American does not have knowledge or information sufficient to form a belief as to the truth of allegations contained in this paragraph of the Complaint and therefore denies these allegations.

43. This paragraph contains legal conclusions to which no response is required. To the extent a response is deemed to be required, American specifically denies the legal sufficiency of the claims and allegations asserted in the Complaint, denies it has committed any act of infringement, and further denies that Plaintiffs have any viable claim thereunder.

44. American admits that Exhibit 18 of the Complaint purports to be a copy of U.S. Patent No. 11,032,000. Except as expressly admitted, American does not have knowledge or information sufficient to form a belief as to the truth of allegations contained in this paragraph of the Complaint and therefore denies these allegations.

45. This paragraph contains legal conclusions to which no response is required. To the extent a response is deemed to be required, American specifically denies the legal sufficiency of the claims and allegations asserted in the Complaint, denies it has committed any act of infringement, and further denies that Plaintiffs have any viable claim thereunder.

46. American admits that Exhibit 19 of the Complaint purports to be a copy of U.S. Patent No. 10,103,845. Except as expressly admitted, American does not have knowledge or information sufficient to form a belief as to the truth of allegations contained in this paragraph of the Complaint and therefore denies these allegations.

47. This paragraph contains legal conclusions to which no response is required. To the extent a response is deemed to be required, American specifically denies the legal sufficiency of the claims and allegations asserted in the Complaint, denies it has committed any act of infringement, and further denies that Plaintiffs have any viable claim thereunder.

## COUNT I

48. American incorporates by reference its responses to each of the preceding Paragraphs of the Complaint.

49. American denies the allegations in this paragraph of the Complaint.

50. American denies the allegations in this paragraph of the Complaint.

51. American denies the allegations in this paragraph of the Complaint.

52. American denies the allegations in this paragraph of the Complaint.

53. American denies the allegations in this paragraph of the Complaint.

54. American denies the allegations in this paragraph of the Complaint.

55. American denies the allegations in this paragraph of the Complaint.

56. American denies the allegations in this paragraph of the Complaint.

57. American denies the allegations in this paragraph of the Complaint.

58. American denies the allegations in this paragraph of the Complaint.

59. American admits that Exhibit 8 to the Complaint is a chart that purports to include Plaintiffs' allegations regarding infringement of the '844 Patent. American denies that it infringes any claim of the '844 Patent and denies the remaining allegations in this paragraph of the Complaint.

60. American denies the allegations in this paragraph of the Complaint.

61. American denies the allegations in this paragraph of the Complaint.

62. American denies the allegations in this paragraph of the Complaint.

63. American denies the allegations in this paragraph of the Complaint.

**COUNT II**

64. American incorporates by reference its responses to each of the preceding Paragraphs of the Complaint.

65. American denies the allegations in this paragraph of the Complaint.

66. American denies the allegations in this paragraph of the Complaint.

67. American denies the allegations in this paragraph of the Complaint.

68. American denies the allegations in this paragraph of the Complaint.

69. American denies the allegations in this paragraph of the Complaint.

70. American denies the allegations in this paragraph of the Complaint.

71. American denies the allegations in this paragraph of the Complaint.

72. American denies the allegations in this paragraph of the Complaint.

73. American denies the allegations in this paragraph of the Complaint.

74. American denies the allegations in this paragraph of the Complaint.

75. American admits that Exhibit 9 to the Complaint is a chart that purports to include Plaintiffs' allegations regarding infringement of the '722 Patent. American denies that it infringes

any claim of the ’722 Patent and denies the remaining allegations in this paragraph of the Complaint.

76. American denies the allegations in this paragraph of the Complaint.

77. American denies the allegations in this paragraph of the Complaint.

78. American denies the allegations in this paragraph of the Complaint.

79. American denies the allegations in this paragraph of the Complaint.

**COUNT III**

80. American incorporates by reference its responses to each of the preceding Paragraphs of the Complaint.

81. American denies the allegations in this paragraph of the Complaint.

82. American denies the allegations in this paragraph of the Complaint.

83. American denies the allegations in this paragraph of the Complaint.

84. American denies the allegations in this paragraph of the Complaint.

85. American denies the allegations in this paragraph of the Complaint.

86. American denies the allegations in this paragraph of the Complaint.

87. American denies the allegations in this paragraph of the Complaint.

88. American denies the allegations in this paragraph of the Complaint.

89. American denies the allegations in this paragraph of the Complaint.

90. American denies the allegations in this paragraph of the Complaint.

91. American admits that Exhibit 10 to the Complaint is a chart that purports to include Plaintiffs’ allegations regarding infringement of the ’785 Patent. American denies that it infringes any claim of the ’785 Patent and denies the remaining allegations in this paragraph of the Complaint.

92. American denies the allegations in this paragraph of the Complaint.

93. American denies the allegations in this paragraph of the Complaint.

94. American denies the allegations in this paragraph of the Complaint.

95. American denies the allegations in this paragraph of the Complaint.

## COUNT IV

96. American incorporates by reference its responses to each of the preceding Paragraphs of the Complaint.

97. American denies the allegations in this paragraph of the Complaint.

98. American denies the allegations in this paragraph of the Complaint.

99. American denies the allegations in this paragraph of the Complaint.

100. American denies the allegations in this paragraph of the Complaint.

101. American denies the allegations in this paragraph of the Complaint.

102. American denies the allegations in this paragraph of the Complaint.

103. American denies the allegations in this paragraph of the Complaint.

104. American denies the allegations in this paragraph of the Complaint.

105. American denies the allegations in this paragraph of the Complaint.

106. American denies the allegations in this paragraph of the Complaint.

107. American admits that Exhibit 11 to the Complaint is a chart that purports to include Plaintiffs' allegations regarding infringement of the '326 Patent. American denies that it infringes any claim of the '326 Patent and denies the remaining allegations in this paragraph of the Complaint.

108. American denies the allegations in this paragraph of the Complaint.

109. American denies the allegations in this paragraph of the Complaint.

110. American denies the allegations in this paragraph of the Complaint.

111. American denies the allegations in this paragraph of the Complaint.

**COUNT V**

112. American incorporates by reference its responses to each of the preceding Paragraphs of the Complaint.

113. American denies the allegations in this paragraph of the Complaint.

114. American denies the allegations in this paragraph of the Complaint.

115. American denies the allegations in this paragraph of the Complaint.

116. American denies the allegations in this paragraph of the Complaint.

117. American denies the allegations in this paragraph of the Complaint.

118. American denies the allegations in this paragraph of the Complaint.

119. American denies the allegations in this paragraph of the Complaint.

120. American denies the allegations in this paragraph of the Complaint.

121. American denies the allegations in this paragraph of the Complaint.

122. American denies the allegations in this paragraph of the Complaint.

123. American admits that Exhibit 12 to the Complaint is a chart that purports to include Plaintiffs' allegations regarding infringement of the '469 Patent. American denies that it infringes any claim of the '469 Patent and denies the remaining allegations in this paragraph of the Complaint.

124. American denies the allegations in this paragraph of the Complaint.

125. American denies the allegations in this paragraph of the Complaint.

126. American denies the allegations in this paragraph of the Complaint.

127. American denies the allegations in this paragraph of the Complaint.

**COUNT VI**

128. American incorporates by reference its responses to each of the preceding Paragraphs of the Complaint.

129. American denies the allegations in this paragraph of the Complaint.

130. American denies the allegations in this paragraph of the Complaint.

131. American denies the allegations in this paragraph of the Complaint.

132. American denies the allegations in this paragraph of the Complaint.

133. American denies the allegations in this paragraph of the Complaint.

134. American denies the allegations in this paragraph of the Complaint.

135. American denies the allegations in this paragraph of the Complaint.

136. American denies the allegations in this paragraph of the Complaint.

137. American denies the allegations in this paragraph of the Complaint.

138. American denies the allegations in this paragraph of the Complaint.

139. American admits that Exhibits 13 and 14 to the Complaint are charts that purport to include Plaintiffs' allegations regarding infringement of the '582 Patent. American denies that it infringes any claim of the '582 Patent and denies the remaining allegations in this paragraph of the Complaint.

140. American denies the allegations in this paragraph of the Complaint.

141. American denies the allegations in this paragraph of the Complaint.

142. American denies the allegations in this paragraph of the Complaint.

143. American denies the allegations in this paragraph of the Complaint.

**COUNT VII**

144. American incorporates by reference its responses to each of the preceding Paragraphs of the Complaint.

145. American denies the allegations in this paragraph of the Complaint.

146. American denies the allegations in this paragraph of the Complaint.

147. American denies the allegations in this paragraph of the Complaint.

148. American denies the allegations in this paragraph of the Complaint.

149. American denies the allegations in this paragraph of the Complaint.

150. American denies the allegations in this paragraph of the Complaint.

151. American denies the allegations in this paragraph of the Complaint.

152. American denies the allegations in this paragraph of the Complaint.

153. American denies the allegations in this paragraph of the Complaint.

154. American denies the allegations in this paragraph of the Complaint.

155. American admits that Exhibit 21 to the Complaint is a chart that purports to include Plaintiffs' allegations regarding infringement of the '080 Patent. American denies that it infringes any claim of the '080 Patent and denies the remaining allegations in this paragraph of the Complaint.

156. American denies the allegations in this paragraph of the Complaint.

157. American denies the allegations in this paragraph of the Complaint.

158. American denies the allegations in this paragraph of the Complaint.

159. American denies the allegations in this paragraph of the Complaint.

**COUNT VIII**

160. American incorporates by reference its responses to each of the preceding Paragraphs of the Complaint.

161. American denies the allegations in this paragraph of the Complaint.

162. American denies the allegations in this paragraph of the Complaint.

163. American denies the allegations in this paragraph of the Complaint.

164. American denies the allegations in this paragraph of the Complaint.

165. American denies the allegations in this paragraph of the Complaint.

166. American denies the allegations in this paragraph of the Complaint.

167. American denies the allegations in this paragraph of the Complaint.

168. American denies the allegations in this paragraph of the Complaint.

169. American denies the allegations in this paragraph of the Complaint.

170. American denies the allegations in this paragraph of the Complaint.

171. American admits that Exhibit 22 to the Complaint is a chart that purports to include Plaintiffs' allegations regarding infringement of the '841 Patent. American denies that it infringes any claim of the '841 Patent and denies the remaining allegations in this paragraph of the Complaint.

172. American denies the allegations in this paragraph of the Complaint.

173. American denies the allegations in this paragraph of the Complaint.

174. American denies the allegations in this paragraph of the Complaint.

175. American denies the allegations in this paragraph of the Complaint.

## COUNT IX

176. American incorporates by reference its responses to each of the preceding Paragraphs of the Complaint.

177. American denies the allegations in this paragraph of the Complaint.

178. American denies the allegations in this paragraph of the Complaint.

179. American denies the allegations in this paragraph of the Complaint.

180. American denies the allegations in this paragraph of the Complaint.

181. American denies the allegations in this paragraph of the Complaint.

182. American denies the allegations in this paragraph of the Complaint.

183. American denies the allegations in this paragraph of the Complaint.

184. American denies the allegations in this paragraph of the Complaint.

185. American denies the allegations in this paragraph of the Complaint.

186. American denies the allegations in this paragraph of the Complaint.

187. American admits that Exhibit 23 to the Complaint is a chart that purports to include Plaintiffs' allegations regarding infringement of the '584 Patent. American denies that it infringes any claim of the '584 Patent and denies the remaining allegations in this paragraph of the Complaint.

188. American denies the allegations in this paragraph of the Complaint.

189. American denies the allegations in this paragraph of the Complaint.

190. American denies the allegations in this paragraph of the Complaint.

191. American denies the allegations in this paragraph of the Complaint.

**COUNT X**

192. American incorporates by reference its responses to each of the preceding Paragraphs of the Complaint.

193. American denies the allegations in this paragraph of the Complaint.

194. American denies the allegations in this paragraph of the Complaint.

195. American denies the allegations in this paragraph of the Complaint.

196. American denies the allegations in this paragraph of the Complaint.

197. American denies the allegations in this paragraph of the Complaint.

198. American denies the allegations in this paragraph of the Complaint.

199. American denies the allegations in this paragraph of the Complaint.

200. American denies the allegations in this paragraph of the Complaint.

201. American denies the allegations in this paragraph of the Complaint.

202. American denies the allegations in this paragraph of the Complaint.

203. American admits that Exhibit 24 to the Complaint is a chart that purports to include Plaintiffs' allegations regarding infringement of the '000 Patent. American denies that it infringes

any claim of the ’000 Patent and denies the remaining allegations in this paragraph of the Complaint.

204. American denies the allegations in this paragraph of the Complaint.

205. American denies the allegations in this paragraph of the Complaint.

206. American denies the allegations in this paragraph of the Complaint.

207. American denies the allegations in this paragraph of the Complaint.

**COUNT XI**

208. American incorporates by reference its responses to each of the preceding Paragraphs of the Complaint.

209. American denies the allegations in this paragraph of the Complaint.

210. American denies the allegations in this paragraph of the Complaint.

211. American denies the allegations in this paragraph of the Complaint.

212. American denies the allegations in this paragraph of the Complaint.

213. American denies the allegations in this paragraph of the Complaint.

214. American denies the allegations in this paragraph of the Complaint.

215. American denies the allegations in this paragraph of the Complaint.

216. American denies the allegations in this paragraph of the Complaint.

217. American denies the allegations in this paragraph of the Complaint.

218. American denies the allegations in this paragraph of the Complaint.

219. American admits that Exhibit 25 to the Complaint is a chart that purports to include Plaintiffs’ allegations regarding infringement of the ’845 Patent. American denies that it infringes any claim of the ’845 Patent and denies the remaining allegations in this paragraph of the Complaint.

220. American denies the allegations in this paragraph of the Complaint.

221. American denies the allegations in this paragraph of the Complaint.

222. American denies the allegations in this paragraph of the Complaint.

223. American denies the allegations in this paragraph of the Complaint.

**COUNT XII**

224. American incorporates by reference its responses to each of the preceding Paragraphs of the Complaint.

225. American denies the allegations in this paragraph of the Complaint.

226. American denies the allegations in this paragraph of the Complaint.

227. American denies the allegations in this paragraph of the Complaint.

228. American denies the allegations in this paragraph of the Complaint.

229. American denies the allegations in this paragraph of the Complaint.

230. American denies the allegations in this paragraph of the Complaint.

231. American denies the allegations in this paragraph of the Complaint.

232. American denies the allegations in this paragraph of the Complaint.

233. American denies the allegations in this paragraph of the Complaint.

234. American denies the allegations in this paragraph of the Complaint.

235. American admits that Exhibit 26 to the Complaint is a chart that purports to include Plaintiffs' allegations regarding infringement of the '282 Patent. American denies that it infringes any claim of the '282 Patent and denies the remaining allegations in this paragraph of the Complaint.

236. American denies the allegations in this paragraph of the Complaint.

237. American denies the allegations in this paragraph of the Complaint.

238. American denies the allegations in this paragraph of the Complaint.

239. American denies the allegations in this paragraph of the Complaint.

## RESPONSE TO PLAINTIFFS' JURY DEMAND

240. To the extent that a response is deemed required, American demands a jury trial pursuant to Fed. R. Civ. P. 38.

## RESPONSE TO PLAINTIFFS' RELIEF REQUESTED

American denies that Plaintiffs are entitled to any relief, including without limitation the relief sought by Plaintiffs under Paragraphs A-I of the Complaint.

## AMERICAN'S DEFENSES

### First Defense (Non-Infringement)

241. Defendant has not infringed and does not infringe any valid and enforceable claim of the Patents-in-Suit, directly, indirectly (such as, contributorily or by inducement), literally, by the doctrine of equivalents, or willfully, and has not contributed to the infringement of any claim of any Patent-in-Suit.

### Second Defense (Invalidity)

242. One or more claim of the Patents-in-Suit is invalid for failing to meet the conditions of patentability and/or otherwise comply with one or more provisions of 35 U.S.C. §§ 101, 102, 103, 112, and/or 116.

### Third Defense (Prosecution History Estoppel)

243. Plaintiffs' claims are barred by the doctrine of prosecution history estoppel based on statements, representations, and/or admissions made during the prosecution of the Patents-in-Suit.

### Fourth Defense (License/Exhaustion)

244. Any alleged practice of any Patent-in-Suit is covered by license, release, waiver, and/or exhaustion.

**Fifth Defense (Damages Statutorily Limited)**

245. Plaintiffs' claims for damages for patent infringement are limited by 35 U.S.C. § 287 to only those damages occurring after proper and sufficient notice of infringement of the Patents-in-Suit.

**Sixth Defense (Lack of Standing)**

246. For at least the reasons set forth in Defendant's motion to dismiss, Plaintiffs lack standing to assert one or more Patent-in-Suit.

**Seventh Defense (Failure to State a Claim)**

247. For at least the reasons set forth in Defendant's motions to dismiss, Plaintiffs' claims in relation to at least one Patent-in-Suit fail to state a claim upon which relief can be granted.

**Eighth Defense (Estoppel, Patent Misuse, Unclean Hands, Waiver)**

248. One or more of the Patents-in-Suit is unenforceable against Defendant and/or Plaintiffs are barred from enforcing the Patents-in-Suit by reason of estoppel, patent misuse, unclean hands, and waiver, including implied waiver.

**Ninth Defense (No Willful Infringement)**

249. Plaintiffs are not entitled to enhanced or increased damages for willful infringement because Defendant has not engaged in any conduct that meets the applicable standard for willful infringement.

**Tenth Defense (No Attorneys' Fees)**

250. Plaintiffs' claims for costs and attorney fees in this action do not meet the requirements of 35 U.S.C. § 285.

**Eleventh Affirmative Defense (Reservation of Other Defenses)**

251. Defendant reserves all affirmative defenses under Rule 8(c) of the Federal Rules of Civil Procedure, the Patent Laws of the United States, and any other defenses at law or in equity that may exist now or that may be available in the future based on discovery and further factual investigation in this action. Defendant provides notice that it intends to rely upon any additional defenses that become available or apparent during discovery and reserves its right to amend this pleading and to assert such additional defenses or, if appropriate, remove any of the above delineated defenses as discovery proceeds.

**PRAYER FOR RELIEF**

WHEREFORE, American asks this Court to enter judgment in favor of American and against Plaintiffs by granting the following relief:

A. Enter judgment against Plaintiffs and dismiss the claims filed by Plaintiffs against American with prejudice; and,

B. An award to American of its reasonable attorneys' fees, costs, and all interest (including without limitation any attorney fee award based on 35 U.S.C. § 285) and any such other and further relief as the Court finds just and proper.

**AMERICAN'S COUNTERCLAIMS**

For its counterclaims against Plaintiffs, American alleges as follows:

1. These counterclaims arise under the Federal Declaratory Judgment Act, 28 U.S.C. §§ 2201 and 2202, and the patent laws of the United States set forth in Title 35 of the United States Code and in Title 37 of the Code of Federal Regulations.

2. This Court has jurisdiction over these counterclaims pursuant to 28 U.S.C. §§ 1331, 1338(a), and 2201(a). This Court has personal jurisdiction over Plaintiffs. Plaintiffs have consented

to venue in this Court by bringing this action against American, and thus venue for American's counterclaims is proper in this district.

3. Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391.

4. American Airlines, Inc. is a corporation organized under the State of Delaware, with its principal place of business in Fort Worth, Texas.

5. By its Complaint, Plaintiffs-Counterclaim Defendant Intellectual Ventures I LLC is a Delaware limited liability company having its principal place of business located at 14360 SE Eastgate Way, Bellevue, WA 98007.

6. By its Complaint, Plaintiffs-Counterclaim Defendant Intellectual Ventures II LLC is a Delaware limited liability company having its principal place of business located at 14360 SE Eastgate Way, Bellevue, WA 98007.

7. Counterclaim-Defendants have sued American for alleged infringement of the Patents-in-Suit. American denies that it directly or indirectly infringes any valid and enforceable claim of the Patents-in-Suit. In view of the foregoing, there exists an actual and justiciable controversy between the parties with respect to the alleged infringement of the Patents-in-Suit.

**FIRST COUNTERCLAIM**

**(Non-Infringement of the '844 Patent)**

8. American repeats and realleges the allegations in each of the foregoing Counterclaim paragraphs as if fully set forth herein.

9. American has not infringed and is not infringing, either directly or indirectly, any valid and enforceable claim of the '844 Patent.

10. An actual controversy exists between American and Counterclaim-Defendants as to whether American infringes the '844 Patent, as Counterclaim-Defendants contend, or does not do so, as American contends.

11. American has been injured and damaged by Counterclaim-Defendants' filing of a lawsuit against American based on a patent that American does not infringe.

12. American therefore seeks a declaration that it does not infringe any valid and enforceable claim of the '844 Patent.

**SECOND COUNTERCLAIM**

**(Non-Infringement of the '722 Patent)**

13. American repeats and realleges the allegations in each of the foregoing Counterclaim paragraphs as if fully set forth herein.

14. American has not infringed and is not infringing, either directly or indirectly, any valid and enforceable claim of the '722 Patent.

15. An actual controversy exists between American and Counterclaim-Defendants as to whether American infringes the '722 Patent, as Counterclaim-Defendants contend, or does not do so, as American contends.

16. American has been injured and damaged by Counterclaim-Defendants' filing of a lawsuit against American based on a patent that American does not infringe.

17. American therefore seeks a declaration that it does not infringe any valid and enforceable claim of the '722 Patent.

**THIRD COUNTERCLAIM**

**(Non-Infringement of the '785 Patent)**

18. American repeats and realleges the allegations in each of the foregoing Counterclaim paragraphs as if fully set forth herein.

19. American has not infringed and is not infringing, either directly or indirectly, any valid and enforceable claim of the '785 Patent.

20. An actual controversy exists between American and Counterclaim-Defendants as to whether American infringes the ’785 Patent, as Counterclaim-Defendants contend, or does not do so, as American contends.

21. American has been injured and damaged by Counterclaim-Defendants’ filing of a lawsuit against American based on a patent that American does not infringe.

22. American therefore seeks a declaration that it does not infringe any valid and enforceable claim of the ’785 Patent.

**FOURTH COUNTERCLAIM**

**(Non-Infringement of the ’326 Patent)**

23. American repeats and realleges the allegations in each of the foregoing Counterclaim paragraphs as if fully set forth herein.

24. American has not infringed and is not infringing, either directly or indirectly, any valid and enforceable claim of the ’326 Patent.

25. An actual controversy exists between American and Counterclaim-Defendants as to whether American infringes the ’326 Patent, as Counterclaim-Defendants contend, or does not do so, as American contends.

26. American has been injured and damaged by Counterclaim-Defendants’ filing of a lawsuit against American based on a patent that American does not infringe.

27. American therefore seeks a declaration that it does not infringe any valid and enforceable claim of the ’326 Patent.

**FIFTH COUNTERCLAIM**

**(Non-Infringement of the ’469 Patent)**

28. American repeats and realleges the allegations in each of the foregoing Counterclaim paragraphs as if fully set forth herein.

29. American has not infringed and is not infringing, either directly or indirectly, any valid and enforceable claim of the ’469 Patent.

30. An actual controversy exists between American and Counterclaim-Defendants as to whether American infringes the ’469 Patent, as Counterclaim-Defendants contend, or does not do so, as American contends.

31. American has been injured and damaged by Counterclaim-Defendants’ filing of a lawsuit against American based on a patent that American does not infringe.

32. American therefore seeks a declaration that it does not infringe any valid and enforceable claim of the ’469 Patent.

**SIXTH COUNTERCLAIM**

**(Non-Infringement of the ’582 Patent)**

33. American repeats and realleges the allegations in each of the foregoing Counterclaim paragraphs as if fully set forth herein.

34. American has not infringed and is not infringing, either directly or indirectly, any valid and enforceable claim of the ’582 Patent.

35. An actual controversy exists between American and Counterclaim-Defendants as to whether American infringes the ’582 Patent, as Counterclaim-Defendants contend, or does not do so, as American contends.

36. American has been injured and damaged by Counterclaim-Defendants’ filing of a lawsuit against American based on a patent that American does not infringe.

37. American therefore seeks a declaration that it does not infringe any valid and enforceable claim of the ’582 Patent.

**SEVENTH COUNTERCLAIM**

**(Non-Infringement of the ’080 Patent)**

38. American repeats and realleges the allegations in each of the foregoing Counterclaim paragraphs as if fully set forth herein.

39. American has not infringed and is not infringing, either directly or indirectly, any valid and enforceable claim of the ’080 Patent.

40. An actual controversy exists between American and Counterclaim-Defendants as to whether American infringes the ’080 Patent, as Counterclaim-Defendants contend, or does not do so, as American contends.

41. American has been injured and damaged by Counterclaim-Defendants’ filing of a lawsuit against American based on a patent that American does not infringe.

42. American therefore seeks a declaration that it does not infringe any valid and enforceable claim of the ’080 Patent.

**EIGHTH COUNTERCLAIM**

**(Non-Infringement of the ’282 Patent)**

43. American repeats and realleges the allegations in each of the foregoing Counterclaim paragraphs as if fully set forth herein.

44. American has not infringed and is not infringing, either directly or indirectly, any valid and enforceable claim of the ’282 Patent.

45. An actual controversy exists between American and Counterclaim-Defendants as to whether American infringes the ’282 Patent, as Counterclaim-Defendants contend, or does not do so, as American contends.

46. American has been injured and damaged by Counterclaim-Defendants’ filing of a lawsuit against American based on a patent that American does not infringe.

47. American therefore seeks a declaration that it does not infringe any valid and enforceable claim of the ’282 Patent.

**NINTH COUNTERCLAIM**

**(Non-Infringement of the ’841 Patent)**

48. American repeats and realleges the allegations in each of the foregoing Counterclaim paragraphs as if fully set forth herein.

49. American has not infringed and is not infringing, either directly or indirectly, any valid and enforceable claim of the ’841 Patent.

50. An actual controversy exists between American and Counterclaim-Defendants as to whether American infringes the ’841 Patent, as Counterclaim-Defendants contend, or does not do so, as American contends.

51. American has been injured and damaged by Counterclaim-Defendants’ filing of a lawsuit against American based on a patent that American does not infringe.

52. American therefore seeks a declaration that it does not infringe any valid and enforceable claim of the ’841 Patent.

**TENTH COUNTERCLAIM**

**(Non-Infringement of the ’584 Patent)**

53. American repeats and realleges the allegations in each of the foregoing Counterclaim paragraphs as if fully set forth herein.

54. American has not infringed and is not infringing, either directly or indirectly, any valid and enforceable claim of the ’584 Patent.

55. An actual controversy exists between American and Counterclaim-Defendants as to whether American infringes the ’584 Patent, as Counterclaim-Defendants contend, or does not do so, as American contends.

56. American has been injured and damaged by Counterclaim-Defendants' filing of a lawsuit against American based on a patent that American does not infringe.

57. American therefore seeks a declaration that it does not infringe any valid and enforceable claim of the '584 Patent.

**ELEVENTH COUNTERCLAIM**

**(Non-Infringement of the '000 Patent)**

58. American repeats and realleges the allegations in each of the foregoing Counterclaim paragraphs as if fully set forth herein.

59. American has not infringed and is not infringing, either directly or indirectly, any valid and enforceable claim of the '000 Patent.

60. An actual controversy exists between American and Counterclaim-Defendants as to whether American infringes the '000 Patent, as Counterclaim-Defendants contend, or does not do so, as American contends.

61. American has been injured and damaged by Counterclaim-Defendants' filing of a lawsuit against American based on a patent that American does not infringe.

62. American therefore seeks a declaration that it does not infringe any valid and enforceable claim of the '000 Patent.

**TWELFTH COUNTERCLAIM**

**(Non-Infringement of the '845 Patent)**

63. American repeats and realleges the allegations in each of the foregoing Counterclaim paragraphs as if fully set forth herein.

64. American has not infringed and is not infringing, either directly or indirectly, any valid and enforceable claim of the '845 Patent.

65. An actual controversy exists between American and Counterclaim-Defendants as to whether American infringes the ’845 Patent, as Counterclaim-Defendants contend, or does not do so, as American contends.

66. American has been injured and damaged by Counterclaim-Defendants’ filing of a lawsuit against American based on a patent that American does not infringe.

67. American therefore seeks a declaration that it does not infringe any valid and enforceable claim of the ’845 Patent.

**THIRTEENTH COUNTERCLAIM**

**(Invalidity of the ’844 Patent)**

68. American repeats and realleges the allegations in each of the foregoing Counterclaim paragraphs as if fully set forth herein.

69. The ’844 Patent claims are invalid and/or patent ineligible for failing to meet one or more of the requisite statutory and decisional requirements and/or conditions for patentability and/or patent eligibility under Title 35 of the United States Code, including, without limitation, §§ 101, 102, 103 and/or 112.

70. To resolve the legal and factual questions raised by Counterclaim-Defendants and to afford relief from uncertainty and controversy that Counterclaim-Defendants’ allegations have created, American is entitled to a declaratory judgment that the ’844 Patent is invalid and/or patent-ineligible.

**FOURTEENTH COUNTERCLAIM**

**(Invalidity of the ’722 Patent)**

71. American repeats and realleges the allegations in each of the foregoing Counterclaim paragraphs as if fully set forth herein.

72. The ’722 Patent claims are invalid and/or patent ineligible for failing to meet one or more of the requisite statutory and decisional requirements and/or conditions for patentability and/or patent eligibility under Title 35 of the United States Code, including, without limitation, §§ 101, 102, 103 and/or 112.

73. To resolve the legal and factual questions raised by Counterclaim-Defendants and to afford relief from uncertainty and controversy that Counterclaim-Defendants’ allegations have created, American is entitled to a declaratory judgment that the ’722 Patent is invalid and/or patent-ineligible.

**FIFTEENTH COUNTERCLAIM**

**(Invalidity of the ’785 Patent)**

74. American repeats and realleges the allegations in each of the foregoing Counterclaim paragraphs as if fully set forth herein.

75. The ’785 Patent claims are invalid and/or patent ineligible for failing to meet one or more of the requisite statutory and decisional requirements and/or conditions for patentability and/or patent eligibility under Title 35 of the United States Code, including, without limitation, §§ 101, 102, 103 and/or 112.

76. To resolve the legal and factual questions raised by Counterclaim-Defendants and to afford relief from uncertainty and controversy that Counterclaim-Defendants’ allegations have created, American is entitled to a declaratory judgment that the ’785 Patent is invalid and/or patent-ineligible.

**SIXTEENTH COUNTERCLAIM**

**(Invalidity of the ’326 Patent)**

77. American repeats and realleges the allegations in each of the foregoing Counterclaim paragraphs as if fully set forth herein.

78. The ’326 Patent claims are invalid and/or patent ineligible for failing to meet one or more of the requisite statutory and decisional requirements and/or conditions for patentability and/or patent eligibility under Title 35 of the United States Code, including, without limitation, §§ 101, 102, 103 and/or 112.

79. To resolve the legal and factual questions raised by Counterclaim-Defendants and to afford relief from uncertainty and controversy that Counterclaim-Defendants’ allegations have created, American is entitled to a declaratory judgment that the ’326 Patent is invalid and/or patent-ineligible.

**SEVENTEENTH COUNTERCLAIM**

**(Invalidity of the ’469 Patent)[1]**

80. American repeats and realleges the allegations in each of the foregoing Counterclaim paragraphs as if fully set forth herein.

81. The ’469 Patent claims are invalid and/or patent ineligible for failing to meet one or more of the requisite statutory and decisional requirements and/or conditions for patentability and/or patent eligibility under Title 35 of the United States Code, including, without limitation, §§ 101, 102, 103 and/or 112.

82. To resolve the legal and factual questions raised by Counterclaim-Defendants and to afford relief from uncertainty and controversy that Counterclaim-Defendants’ allegations have created, American is entitled to a declaratory judgment that the ’469 Patent is invalid and/or patent-ineligible.

[1] The Court has already held that all claims of the ’469 Patents are indefinite. *See* Dkt. 127 at 36.

**EIGHTEENTH COUNTERCLAIM**

**(Invalidity of the ’582 Patent)**

83. American repeats and realleges the allegations in each of the foregoing Counterclaim paragraphs as if fully set forth herein.

84. The ’582 Patent claims are invalid and/or patent ineligible for failing to meet one or more of the requisite statutory and decisional requirements and/or conditions for patentability and/or patent eligibility under Title 35 of the United States Code, including, without limitation, §§ 101, 102, 103 and/or 112.

85. To resolve the legal and factual questions raised by Counterclaim-Defendants and to afford relief from uncertainty and controversy that Counterclaim-Defendants’ allegations have created, American is entitled to a declaratory judgment that the ’582 Patent is invalid and/or patent-ineligible.

**NINETEENTH COUNTERCLAIM**

**(Invalidity of the ’080 Patent)**

86. American repeats and realleges the allegations in each of the foregoing Counterclaim paragraphs as if fully set forth herein.

87. The ’080 Patent claims are invalid and/or patent ineligible for failing to meet one or more of the requisite statutory and decisional requirements and/or conditions for patentability and/or patent eligibility under Title 35 of the United States Code, including, without limitation, §§ 101, 102, 103 and/or 112.

88. To resolve the legal and factual questions raised by Counterclaim-Defendants and to afford relief from uncertainty and controversy that Counterclaim-Defendants’ allegations have created, American is entitled to a declaratory judgment that the ’080 Patent is invalid and/or patent-ineligible.

**TWENTIETH COUNTERCLAIM**

**(Invalidity of the ’282 Patent)[2]**

89. American repeats and realleges the allegations in each of the foregoing Counterclaim paragraphs as if fully set forth herein.

90. The ’282 Patent claims are invalid and/or patent ineligible for failing to meet one or more of the requisite statutory and decisional requirements and/or conditions for patentability and/or patent eligibility under Title 35 of the United States Code, including, without limitation, §§ 101, 102, 103 and/or 112.

91. To resolve the legal and factual questions raised by Counterclaim-Defendants and to afford relief from uncertainty and controversy that Counterclaim-Defendants’ allegations have created, American is entitled to a declaratory judgment that the ’282 Patent is invalid and/or patent-ineligible.

**TWENTY-FIRST COUNTERCLAIM**

**(Invalidity of the ’841 Patent)**

92. American repeats and realleges the allegations in each of the foregoing Counterclaim paragraphs as if fully set forth herein.

93. The ’841 Patent claims are invalid and/or patent ineligible for failing to meet one or more of the requisite statutory and decisional requirements and/or conditions for patentability and/or patent eligibility under Title 35 of the United States Code, including, without limitation, §§ 101, 102, 103 and/or 112.

94. To resolve the legal and factual questions raised by Counterclaim-Defendants and to afford relief from uncertainty and controversy that Counterclaim-Defendants’ allegations have

[2] The Court has already held that all claims of the ’282 Patent are indefinite. *See* Dkt. 177 at 29.

created, American is entitled to a declaratory judgment that the ’841 Patent is invalid and/or patent-ineligible.

**TWENTY-SECOND COUNTERCLAIM**

**(Invalidity of the ’584 Patent)**

95. American repeats and realleges the allegations in each of the foregoing Counterclaim paragraphs as if fully set forth herein.

96. The ’584 Patent claims are invalid and/or patent ineligible for failing to meet one or more of the requisite statutory and decisional requirements and/or conditions for patentability and/or patent eligibility under Title 35 of the United States Code, including, without limitation, §§ 101, 102, 103 and/or 112.

97. To resolve the legal and factual questions raised by Counterclaim-Defendants and to afford relief from uncertainty and controversy that Counterclaim-Defendants’ allegations have created, American is entitled to a declaratory judgment that the ’584 Patent is invalid and/or patent-ineligible.

**TWENTY-THIRD COUNTERCLAIM**

**(Invalidity of the ’000 Patent)**

98. American repeats and realleges the allegations in each of the foregoing Counterclaim paragraphs as if fully set forth herein.

99. The ’000 Patent claims are invalid and/or patent ineligible for failing to meet one or more of the requisite statutory and decisional requirements and/or conditions for patentability and/or patent eligibility under Title 35 of the United States Code, including, without limitation, §§ 101, 102, 103 and/or 112.

100. To resolve the legal and factual questions raised by Counterclaim-Defendants and to afford relief from uncertainty and controversy that Counterclaim-Defendants’ allegations have

created, American is entitled to a declaratory judgment that the ’000 Patent is invalid and/or patent-ineligible.

**TWENTY-FOURTH COUNTERCLAIM**

**(Invalidity of the ’845 Patent)**

101. American repeats and realleges the allegations in each of the foregoing Counterclaim paragraphs as if fully set forth herein.

102. The ’845 Patent claims are invalid and/or patent ineligible for failing to meet one or more of the requisite statutory and decisional requirements and/or conditions for patentability and/or patent eligibility under Title 35 of the United States Code, including, without limitation, §§ 101, 102, 103 and/or 112.

103. To resolve the legal and factual questions raised by Counterclaim-Defendants and to afford relief from uncertainty and controversy that Counterclaim-Defendants’ allegations have created, American is entitled to a declaratory judgment that the ’845 Patent is invalid and/or patent-ineligible.

**DEMAND FOR JURY TRIAL**

104. American hereby demands trial by jury in this action on all issues so triable.

**FEES AND COSTS**

105. This case is an exceptional case entitling American to an award of its reasonable attorneys’ fees incurred in connection with this action pursuant to 35 U.S.C. § 285, as a result of, inter alia, Counterclaim-Defendants’ assertion of the Patents-in-Suit against American with the knowledge that they are not infringed, invalid, and/or unenforceable.

## PRAYER FOR RELIEF

WHEREFORE, American asks this Court to enter judgment in favor of American and against Plaintiffs by granting the following relief:

A. Determine and declare that the claims of the Patents-in-Suit are invalid and/or patent-ineligible;

B. An award to American its costs, disbursements, and reasonable attorneys' fees incurred in this action;

C. A judgment that this case is exceptional under 35 U.S.C. § 285 and an award to American of its reasonable costs and expenses of litigation, including attorneys' fees and prejudgment interest; and

D. Such other relief as the Court shall deem just and proper.

Dated: August 27, 2026

**McKOOL SMITH, P.C.**

*/s/ John B. Campbell*
John B. Campbell
Texas State Bar No. 24036314
jcampbell@McKoolSmith.com
Kenneth M. Scott
Texas State Bar No. 24137497
kscott@McKoolSmith.com
**McKOOL SMITH, P.C.**
303 Colorado Street Suite 2100
Austin, TX 78701
Telephone: (512) 692-8700
Telecopier: (512) 692-8744

Emily Tannenbaum
New York State Bar No. 5928130
**McKOOL SMITH, P.C.**
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (212) 402-9400
Telecopier: (212) 402-9444

Casey L. Shomaker
Texas State Bar No. 24110359
cshomaker@mckoolsmith.com
**McKOOL SMITH, P.C.**
300 Crescent Court, Suite 1500
Dallas, TX 75201
Telephone: (214) 978-4000
Facsimile: (214) 978-4044

Alan P. Block
California State Bar No. 143783
ablock@mckoolsmith.com
**McKOOL SMITH, P.C.**
300 South Grand Avenue, Suite 2900
Los Angeles, CA 90071
Telephone: (213) 694-1054 Telecopier: (213) 694-1234

ATTORNEYS FOR AMERICAN
AMERICAN AIRLINES, INC.

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served on all counsel of record via the electronic mail with notice via the Court's ECF system on August 27, 2026.

/s/ John B. Campbell
John B. Campbell