**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC, | ) | |
| *Plaintiffs*, | ) | **C.A. No. 4:24-cv-00980-ALM** |
| v. | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| AMERICAN AIRLINES, INC. | ) | |
| *Defendant*. | ) | |

**ORDER GRANTING JOINT MOTION TO EXTEND MEDIATION DEADLINE**

The Court having considered Plaintiffs Intellectual Ventures I LLC and Intellectual Ventures II LLC and Defendant American Airlines, Inc.'s Joint Motion to Extend Mediation Deadline (Dkt. #194) finds that such Motion should be GRANTED.

IT IS THEREFORE ORDERED that parties' deadline to complete mediation is extended from August 27, 2026, to October 7, 2026.

**IT IS SO ORDERED.**

**SIGNED this 1st day of September, 2026.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE