# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC, | § | |
| | § | |
| *Plaintiffs*, | § | Civil Action No. 4:24-cv-00980 |
| v. | § | Judge Mazzant |
| | § | |
| AMERICAN AIRLINES, INC., | § | |
| | § | |
| *Defendant*. | § | |

## ORDER

Pending before the Court is Intellectual Ventures I LLC and Intellectual Ventures II LLC's Corrected Motion to Amend the Protective Order (Dkt. #113) (the "Motion"). Having considered the Motion and the relevant pleadings, the Court finds that the Motion should be **GRANTED in part and DENIED in part** as set forth below.

It is therefore **ORDERED** that the separately entered Amended Protective Order supersedes the Agreed Protective Order, Dkt. #66. To the extent that the Amended Protective Order acts contrary to the Agreed Protective Order, the Amended Protective Order shall govern the parties' actions.

It is further **ORDERED** that all documents previously designated "HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY" be treated as "HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY" under the Amended Protective Order.

Plaintiffs' request that Defendant provide Plaintiffs with the names, employer, and positions of all in-house counsel or any other individuals with whom Defendant shared the RPX Agreements or any documents previously designated as "HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY" within 14 days after the entry of this order is **DENIED**.

It is therefore **ORDERED** that Intellectual Ventures I LLC and Intellectual Ventures II LLC's Corrected Motion to Amend the Protective Order (Dkt. #113) is hereby **GRANTED in part and DENIED in part**.

**IT IS SO ORDERED.**

**SIGNED this 4th day of September, 2026.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE