**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC, | ) | |
| *Plaintiffs*, | ) | **C.A. No. 4:24-cv-00980-ALM** |
| v. | ) | **JURY TRIAL DEMANDED** |
| AMERICAN AIRLINES, INC. | ) | |
| *Defendant*. | ) | |

**ORDER GRANTING JOINT MOTION TO SEVER AND STAY DEADLINES**
**FOR UNITED STATES PATENT NO. 7,721,282**

Before the Court is Plaintiffs Intellectual Ventures I LLC and Intellectual Ventures II LLC and Defendant American Airlines, Inc.'s Joint Motion to Sever and Stay Deadlines for United States Patent No. 7,721,282.

Upon consideration of said joint motion, the Court finds that good cause exists that the joint motion be and is hereby GRANTED.