# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC, | § | |
| | § | |
| *Plaintiffs*, | § | Civil Action No. 4:24-cv-980 |
| v. | § | Judge Mazzant |
| | § | |
| AMERICAN AIRLINES, INC., | § | |
| | § | |
| *Defendant*. | § | |

## ORDER

Pending before the Court is Plaintiffs Intellectual Ventures I LLC and Intellectual Ventures II LLC and Defendant American Airlines, Inc.'s Joint Motion to Sever and Stay Deadlines for United States Patent No. 7,721,282 (Dkt. #203). Having considered the Motion and the relevant pleadings, the Court finds that the Motion should be **GRANTED.**

It is therefore **ORDERED** that Plaintiffs Intellectual Ventures I LLC and Intellectual Ventures II LLC and Defendant American Airlines, Inc.'s Joint Motion to Sever and Stay Deadlines for United States Patent No. 7,721,282 (Dkt. #203) is hereby **GRANTED**.

**IT IS SO ORDERED.**

**SIGNED this 17th day of September, 2026.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE