**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC, | ) | |
| *Plaintiffs*, | ) | **C.A. No. 4:24-cv-00980-ALM** |
| v. | ) | **JURY TRIAL DEMANDED** |
| AMERICAN AIRLINES, INC. | ) | |
| *Defendant*. | ) | |

**ORDER GRANTING JOINT MOTION TO AMEND DEADLINE**

The Court having considered Plaintiffs Intellectual Ventures I LLC and Intellectual Ventures II LLC and Defendant American Airlines, Inc.'s Joint Motion to Amend Deadline finds that such Motion should be GRANTED.

IT IS THEREFORE ORDERED that the deadlines for briefing objections to any expert, including *Daubert* motions, are amended as follows:

| ITEM | CURRENT DEADLINE | AMENDED DEADLINE |
|---|---|---|
| Objections to any expert, including *Daubert* motions | November 11, 2026 | November 20, 2026 |
| Oppositions to objections to any expert, including *Daubert* motions | November 25, 2026 | December 1, 2026 |
| Replies in support of objections to any expert, including *Daubert* motions | December 2, 2026 | December 18, 2026 |