# United States District Court
## EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | | |
|---|---|---|
| INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC, | § | |
| | § | |
| *Plaintiffs*, | § | Civil Action No. 4:24-cv-00980 |
| v. | § | Judge Mazzant |
| | § | |
| AMERICAN AIRLINES, INC., | § | |
| *Defendant*. | | |

## ORDER

Pending before the Court is Plaintiffs Intellectual Ventures I LLC and Intellectual Ventures II LLC and Defendant American Airlines, Inc.'s Joint Motion to Amend Deadline (Dkt. #209). Having considered the Motion and the relevant pleadings, the Court finds that the Motion should be **GRANTED**.

It is therefore **ORDERED** that Plaintiffs Intellectual Ventures I LLC and Intellectual Ventures II LLC and Defendant American Airlines, Inc.'s Joint Motion to Amend Deadline (Dkt. #209) is hereby **GRANTED.**

It is therefore ORDERED that the deadlines for briefing objections to any axpert, including *Daubert* motions, are amended as follows:

| Item | Current Deadline | Amended Deadline |
|---|---|---|
| Objections to any expert, including *Daubert* motions | November 11, 2026 | November 20, 2026 |
| Oppositions to objections to any expert, including *Daubert* motions | November 25, 2026 | December 1, 2026 |

| | | |
|---|---|---|
| Replies in support of objections to any expert, including *Daubert* motions | December 2, 2026 | December 18, 2026 |

**IT IS SO ORDERED.**

**SIGNED this 28th day of September, 2026.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE