**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC, | ) | |
| *Plaintiffs,* | ) | **C.A. No. 4:24-cv-00980-ALM** |
| v. | ) | **JURY TRIAL DEMANDED** |
| AMERICAN AIRLINES, INC. | ) | |
| *Defendant.* | ) | |

**DECLARATION OF JONATHAN K. WALDROP IN SUPPORT OF PLAINTIFFS' MOTION TO STRIKE DEFENDANT'S COUNTERCLAIMS**

I, Jonathan K. Waldrop, declare as follows:

1. I am a Partner with the law firm of Kasowitz LLP. I am one of the attorneys responsible for the representation of Plaintiffs Intellectual Ventures I LLC and Intellectual Ventures II LLC (collectively, "Plaintiffs" or "IV") in this matter and make this declaration in support of Plaintiffs' Motion to Strike Defendant's Counterclaims

2. Attached hereto as Exhibit 1 is a true and correct copy of an email from John Downing to Casey Shomaker, dated August 26, 2026.

3. Attached hereto as Exhibit 2 is a true and correct copy of an email from Heather Kim to Counsel for Defendant, dated September 17, 2026 (without attachment).

4. Attached hereto as Exhibit 3 is a true and correct copy of an email from Heather Kim to Counsel for Defendant, dated September 21, 2026.

Executed on the 1st day of October, 2026, in San Francisco, California.

*/s/ Jonathan K. Waldrop*
Jonathan K. Waldrop