# **Exhibit 1**

**From:** John Downing
**Sent:** Wednesday, August 26, 2026 9:17 PM
**To:** Casey L. Shomaker; Jeceaca An; Intellectual Ventures; Allen Gardner
**Cc:** AA_Intellectual_Ventures
**Subject:** American - Case Narrowing

Counsel,

IV is narrowing the patents it intends to pursue in this case as the parties move toward expert discovery and trial given that claim construction is complete.

First, with respect to the ’722 Patent relating to Kafka, IV requests that American agree to sever and stay that patent in view of the Magistrate Judge’s recent recommendation in the Southwest case that the asserted claims be dismissed under 35 U.S.C. § 101. IV intends to object to that recommendation, but given the current posture, does not intend to proceed on the ’722 Patent in this case at this time.

Second, IV does not intend to proceed on the ’080 and ’582 Patents relating to Spark and Hadoop. IV is making this decision to streamline the case and focus the parties’ and Court’s resources on the patents and issues that will proceed through expert discovery and trial. Given the current schedule and the fact that the case will not be extended to allow the motion to compel to be decided, IV will not have an opportunity before expert reports to obtain the additional discovery it has sought concerning American’s on-premises implementations of these technologies.

Finally, IV does not intend to proceed on the ’785 Patent to streamline the case. IV reserves all rights.

We plan to notify the Court that, as a result of this narrowing, it need not resolve the portions of IV’s pending motion to compel that relate solely to these patents and technologies. Please let us know whether American agrees to sever and stay the ’722 Patent.

Regards,

John

John Downing
Kasowitz LLP
101 California Street,
Suite 3950
San Francisco, California 94111
Tel. (650) 453-5426
Fax. (650) 362-9430
JDowning@kasowitz.com