# Exhibit 2

**From:** Heather Kim
**Sent:** Thursday, September 17, 2026 9:21 PM
**To:** Alan Block; Emily Tannenbaum; AA_Intellectual_Ventures; Kenneth Scott; Kim Jackson; Clara Bourget; Casey L. Shomaker; jcampbell@bkbclaw.com
**Cc:** Intellectual Ventures; Allen Gardner
**Subject:** IV v. AA - Joint Stip Dismissal
**Attachments:** 2026 09 17 IV v. AA - Joint Stipulation to Dismiss.docx

Counsel,

Please see a draft joint stipulation of dismissal of the ’722, ’080, ’582, and ’785 patents attached for your review, which is consistent with our August 26, 2026 email narrowing the asserted patents.

Please let us know if you have any edits to the draft joint stipulation.

Thank you,
Heather

Heather Kim
Kasowitz LLP
101 California Street,
Suite 3950
San Francisco, California 94111
Tel. (650) 453-5419
Fax. (650) 362-9316
HKim@kasowitz.com