**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC, | ) | |
| | ) | **C.A. No. 4:24-cv-00980-ALM** |
| *Plaintiffs*, | ) | |
| v. | ) | **JURY TRIAL DEMANDED** |
| AMERICAN AIRLINES, INC. | ) | |
| *Defendant*. | ) | |

**INTELLECTUAL VENTURES' ANSWER TO**
**DEFENDANT AMERICAN AIRLINES, INC.'S COUNTERCLAIMS**

Plaintiffs and Counterclaim-Defendants Intellectual Ventures I LLC and Intellectual Ventures II LLC (collectively, "Intellectual Ventures" or "Counterclaim-Defendants") hereby answer the Counterclaims asserted by Defendant and Counterclaim-Plaintiff American Airlines, Inc. ("American" or "Counterclaim-Plaintiff") in its Answer to First Amended Complaint and Counterclaims (Dkt. 195) (the "Counterclaims").

## GENERAL DENIAL

Except as expressly admitted below, Intellectual Ventures deny each and every allegation contained in the Counterclaims, including any allegations contained in headings, footnotes, or unnumbered paragraphs. Intellectual Ventures do not respond to American's Answer, defenses, or other matter preceding the Counterclaims, as no response is required under the Federal Rules of Civil Procedure. Capitalized terms not otherwise defined herein have the meanings given in Intellectual Ventures' First Amended Complaint (Dkt. 84). Headings from the Counterclaims are repeated solely for convenience of reference, and to the extent any heading is deemed to contain an allegation, it is denied.

## RESPONSES TO AMERICAN'S COUNTERCLAIMS

1. Intellectual Ventures admits that American purports to bring its Counterclaims under the Federal Declaratory Judgment Act, 28 U.S.C. §§ 2201 and 2202, and the patent laws of the United States, Title 35 of the United States Code. Intellectual Ventures denies that American is entitled to any relief on its Counterclaims and denies any remaining allegations of Paragraph 1.

2. Intellectual Ventures admits that this Court has subject-matter jurisdiction to the extent an actual case or controversy exists between the parties. Intellectual Ventures denies that an actual case or controversy exists as to any patent or patent claim that Intellectual Ventures does not assert or no longer asserts against American. Intellectual Ventures denies that American's Counterclaims have merit and denies any remaining allegations of Paragraph 2.

3. Intellectual Ventures admits, for purposes of this action only, that venue is proper in this District for American's Counterclaims. Intellectual Ventures denies any remaining allegations of Paragraph 3.

4. Upon information and belief, Intellectual Ventures admits the allegations of Paragraph 4.

5. Intellectual Ventures I LLC admits that it is a Delaware limited liability company having its principal place of business at 14360 SE Eastgate Way, Bellevue, WA 98007. Intellectual Ventures denies any remaining allegations of Paragraph 5.

6. Intellectual Ventures II, LLC admits that it is a Delaware limited liability company having its principal place of business at 14360 SE Eastgate Way, Bellevue, WA 98007. Intellectual Ventures denies any remaining allegations of Paragraph 6.

7. Intellectual Ventures admits that it has sued American for infringement and that an actual and justiciable controversy exists as to the patent claims currently asserted by Intellectual Ventures against American. Intellectual Ventures denies that an actual controversy exists as to any

patent or patent claim that Intellectual Ventures does not assert or no longer asserts against American, and denies the remaining allegations of Paragraph 7.

**FIRST COUNTERCLAIM**
**(Non-Infringement of the ’844 Patent)**

8. Intellectual Ventures incorporates by reference its responses to each of the foregoing paragraphs of the Counterclaims as if fully set forth herein.

9. Intellectual Ventures denies the allegations in Paragraph 9.

10. Intellectual Ventures admits that an actual controversy exists as to the claims of the ’844 Patent currently asserted by Intellectual Ventures against American. Intellectual Ventures denies that an actual controversy exists as to any claim that Intellectual Ventures does not assert or no longer asserts against American. Intellectual Ventures denies the remaining allegations of Paragraph 10.

11. Intellectual Ventures denies the allegations in Paragraph 11.

12. Intellectual Ventures admits that American purports to seek a declaration that it does not infringe any valid and enforceable claim of the ’844 Patent. Intellectual Ventures denies that American is entitled to such a declaration or to any relief, and denies any remaining allegations of Paragraph 12.

**SECOND COUNTERCLAIM**
**(Non-Infringement of the ’722 Patent)**

13. Intellectual Ventures incorporates by reference its responses to each of the foregoing paragraphs of the Counterclaims as if fully set forth herein.

14. Intellectual Ventures denies the allegations in Paragraph 14.

15. Intellectual Ventures denies that an actual controversy exists between Intellectual Ventures and American as to whether American infringes the ’722 Patent. Intellectual Ventures denies that an actual controversy exists as to any claim that Intellectual Ventures does not assert

or no longer asserts against American. Intellectual Ventures denies the remaining allegations of Paragraph 15.

16. Intellectual Ventures denies the allegations in Paragraph 16.

17. Intellectual Ventures admits that American purports to seek a declaration that it does not infringe any valid and enforceable claim of the ’722 Patent. Intellectual Ventures denies that American is entitled to such a declaration or to any relief, and denies any remaining allegations of Paragraph 17.

**THIRD COUNTERCLAIM**
**(Non-Infringement of the ’785 Patent)**

18. Intellectual Ventures incorporates by reference its responses to each of the foregoing paragraphs of the Counterclaims as if fully set forth herein.

19. Intellectual Ventures denies the allegations in Paragraph 19.

20. Intellectual Ventures denies that an actual controversy exists between Intellectual Ventures and American as to whether American infringes the ’785 Patent. Intellectual Ventures denies that an actual controversy exists as to any claim that Intellectual Ventures does not assert or no longer asserts against American. Intellectual Ventures denies the remaining allegations of Paragraph 20.

21. Intellectual Ventures denies the allegations in Paragraph 21.

22. Intellectual Ventures admits that American purports to seek a declaration that it does not infringe any valid and enforceable claim of the ’785 Patent. Intellectual Ventures denies that American is entitled to such a declaration or to any relief, and denies any remaining allegations of Paragraph 22.

**FOURTH COUNTERCLAIM**
**(Non-Infringement of the ’326 Patent)**

23. Intellectual Ventures incorporates by reference its responses to each of the foregoing paragraphs of the Counterclaims as if fully set forth herein.

24. Intellectual Ventures denies the allegations in Paragraph 24.

25. Intellectual Ventures admits that an actual controversy exists between Intellectual Ventures and American as to whether American infringes the ’326 Patent. Intellectual Ventures denies that an actual controversy exists as to any claim that Intellectual Ventures does not assert or no longer asserts against American. Intellectual Ventures denies the remaining allegations of Paragraph 25.

26. Intellectual Ventures denies the allegations in Paragraph 26.

27. Intellectual Ventures admits that American purports to seek a declaration that it does not infringe any valid and enforceable claim of the ’326 Patent. Intellectual Ventures denies that American is entitled to such a declaration or to any relief, and denies any remaining allegations of Paragraph 27.

**FIFTH COUNTERCLAIM**
**(Non-Infringement of the ’469 Patent)**

28. Intellectual Ventures incorporates by reference its responses to each of the foregoing paragraphs of the Counterclaims as if fully set forth herein.

29. Intellectual Ventures denies the allegations in Paragraph 29.

30. Intellectual Ventures denies that an actual controversy exists between Intellectual Ventures and American as to whether American infringes the ’469 Patent. Intellectual Ventures denies that an actual controversy exists as to any claim that Intellectual Ventures does not assert or no longer asserts against American. Intellectual Ventures denies the remaining allegations of Paragraph 30.

31. Intellectual Ventures denies the allegations in Paragraph 31.

32. Intellectual Ventures admits that American purports to seek a declaration that it does not infringe any valid and enforceable claim of the ’469 Patent. Intellectual Ventures denies that American is entitled to such a declaration or to any relief, and denies any remaining allegations of Paragraph 32.

**SIXTH COUNTERCLAIM**
**(Non-Infringement of the ’582 Patent)**

33. Intellectual Ventures incorporates by reference its responses to each of the foregoing paragraphs of the Counterclaims as if fully set forth herein.

34. Intellectual Ventures denies the allegations in Paragraph 34.

35. Intellectual Ventures denies that an actual controversy exists between Intellectual Ventures and American as to whether American infringes the ’582 Patent. Intellectual Ventures denies that an actual controversy exists as to any claim that Intellectual Ventures does not assert or no longer asserts against American. Intellectual Ventures denies the remaining allegations of Paragraph 35.

36. Intellectual Ventures denies the allegations in Paragraph 36.

37. Intellectual Ventures admits that American purports to seek a declaration that it does not infringe any valid and enforceable claim of the ’582 Patent. Intellectual Ventures denies that American is entitled to such a declaration or to any relief, and denies any remaining allegations of Paragraph 37.

**SEVENTH COUNTERCLAIM**
**(Non-Infringement of the ’080 Patent)**

38. Intellectual Ventures incorporates by reference its responses to each of the foregoing paragraphs of the Counterclaims as if fully set forth herein.

39. Intellectual Ventures denies the allegations in Paragraph 39.

40. Intellectual Ventures denies that an actual controversy exists between Intellectual Ventures and American as to whether American infringes the ’080 Patent. Intellectual Ventures denies that an actual controversy exists as to any claim that Intellectual Ventures does not assert or no longer asserts against American. Intellectual Ventures denies the remaining allegations of Paragraph 40.

41. Intellectual Ventures denies the allegations in Paragraph 41.

42. Intellectual Ventures admits that American purports to seek a declaration that it does not infringe any valid and enforceable claim of the ’080 Patent. Intellectual Ventures denies that American is entitled to such a declaration or to any relief, and denies any remaining allegations of Paragraph 42.

**EIGHTH COUNTERCLAIM**
**(Non-Infringement of the ’282 Patent)**

43. Intellectual Ventures incorporates by reference its responses to each of the foregoing paragraphs of the Counterclaims as if fully set forth herein.

44. Intellectual Ventures denies the allegations in Paragraph 44.

45. Intellectual Ventures denies that an actual controversy exists between Intellectual Ventures and American as to whether American infringes the ’282 Patent. Intellectual Ventures denies that an actual controversy exists as to any claim that Intellectual Ventures does not assert or no longer asserts against American. Intellectual Ventures denies the remaining allegations of Paragraph 45.

46. Intellectual Ventures denies the allegations in Paragraph 46.

47. Intellectual Ventures admits that American purports to seek a declaration that it does not infringe any valid and enforceable claim of the ’282 Patent. Intellectual Ventures denies

that American is entitled to such a declaration or to any relief, and denies any remaining allegations of Paragraph 47.

**NINTH COUNTERCLAIM**
**(Non-Infringement of the ’841 Patent)**

48. Intellectual Ventures incorporates by reference its responses to each of the foregoing paragraphs of the Counterclaims as if fully set forth herein.

49. Intellectual Ventures denies the allegations in Paragraph 49.

50. Intellectual Ventures admits that an actual controversy exists between Intellectual Ventures and American as to whether American infringes the ’841 Patent. Intellectual Ventures denies that an actual controversy exists as to any claim that Intellectual Ventures does not assert or no longer asserts against American. Intellectual Ventures denies the remaining allegations of Paragraph 50.

51. Intellectual Ventures denies the allegations in Paragraph 51.

52. Intellectual Ventures admits that American purports to seek a declaration that it does not infringe any valid and enforceable claim of the ’841 Patent. Intellectual Ventures denies that American is entitled to such a declaration or to any relief, and denies any remaining allegations of Paragraph 52.

**TENTH COUNTERCLAIM**
**(Non-Infringement of the ’584 Patent)**

53. Intellectual Ventures incorporates by reference its responses to each of the foregoing paragraphs of the Counterclaims as if fully set forth herein.

54. Intellectual Ventures denies the allegations in Paragraph 54.

55. Intellectual Ventures admits that an actual controversy exists between Intellectual Ventures and American as to whether American infringes the ’584 Patent. Intellectual Ventures denies that an actual controversy exists as to any claim that Intellectual Ventures does not assert

or no longer asserts against American. Intellectual Ventures denies the remaining allegations of Paragraph 55.

56. Intellectual Ventures denies the allegations in Paragraph 56.

57. Intellectual Ventures admits that American purports to seek a declaration that it does not infringe any valid and enforceable claim of the ’584 Patent. Intellectual Ventures denies that American is entitled to such a declaration or to any relief, and denies any remaining allegations of Paragraph 57.

**ELEVENTH COUNTERCLAIM**
**(Non-Infringement of the ’000 Patent)**

58. Intellectual Ventures incorporates by reference its responses to each of the foregoing paragraphs of the Counterclaims as if fully set forth herein.

59. Intellectual Ventures denies the allegations in Paragraph 59.

60. Intellectual Ventures admits that an actual controversy exists between Intellectual Ventures and American as to whether American infringes the ’000 Patent. Intellectual Ventures denies that an actual controversy exists as to any claim that Intellectual Ventures does not assert or no longer asserts against American. Intellectual Ventures denies the remaining allegations of Paragraph 60.

61. Intellectual Ventures denies the allegations in Paragraph 61.

62. Intellectual Ventures admits that American purports to seek a declaration that it does not infringe any valid and enforceable claim of the ’000 Patent. Intellectual Ventures denies that American is entitled to such a declaration or to any relief, and denies any remaining allegations of Paragraph 62.

**TWELFTH COUNTERCLAIM**
**(Non-Infringement of the '845 Patent)**

63. Intellectual Ventures incorporates by reference its responses to each of the foregoing paragraphs of the Counterclaims as if fully set forth herein.

64. Intellectual Ventures denies the allegations in Paragraph 64.

65. Intellectual Ventures admits that an actual controversy exists between Intellectual Ventures and American as to whether American infringes the '845 Patent. Intellectual Ventures denies that an actual controversy exists as to any claim that Intellectual Ventures does not assert or no longer asserts against American. Intellectual Ventures denies the remaining allegations of Paragraph 65.

66. Intellectual Ventures denies the allegations in Paragraph 66.

67. Intellectual Ventures admits that American purports to seek a declaration that it does not infringe any valid and enforceable claim of the '845 Patent. Intellectual Ventures denies that American is entitled to such a declaration or to any relief, and denies any remaining allegations of Paragraph 67.

**THIRTEENTH COUNTERCLAIM**
**(Invalidity of the '844 Patent)**

68. Intellectual Ventures incorporates by reference its responses to each of the foregoing paragraphs of the Counterclaims as if fully set forth herein.

69. Intellectual Ventures denies the allegations in Paragraph 69.

70. Intellectual Ventures admits that American purports to seek a declaratory judgment that the '844 Patent is invalid and/or patent-ineligible. Intellectual Ventures denies that American is entitled to such a declaration or to any relief, and denies any remaining allegations of Paragraph 70.

**FOURTEENTH COUNTERCLAIM**
**(Invalidity of the ’722 Patent)**

71. Intellectual Ventures incorporates by reference its responses to each of the foregoing paragraphs of the Counterclaims as if fully set forth herein.

72. Intellectual Ventures denies the allegations in Paragraph 72.

73. Intellectual Ventures admits that American purports to seek a declaratory judgment that the ’722 Patent is invalid and/or patent-ineligible. Intellectual Ventures denies that American is entitled to such a declaration or to any relief, and denies any remaining allegations of Paragraph 73.

**FIFTEENTH COUNTERCLAIM**
**(Invalidity of the ’785 Patent)**

74. Intellectual Ventures incorporates by reference its responses to each of the foregoing paragraphs of the Counterclaims as if fully set forth herein.

75. Intellectual Ventures denies the allegations in Paragraph 75.

76. Intellectual Ventures admits that American purports to seek a declaratory judgment that the ’785 Patent is invalid and/or patent-ineligible. Intellectual Ventures denies that American is entitled to such a declaration or to any relief, and denies any remaining allegations of Paragraph 76.

**SIXTEENTH COUNTERCLAIM**
**(Invalidity of the ’326 Patent)**

77. Intellectual Ventures incorporates by reference its responses to each of the foregoing paragraphs of the Counterclaims as if fully set forth herein.

78. Intellectual Ventures denies the allegations in Paragraph 78.

79. Intellectual Ventures admits that American purports to seek a declaratory judgment that the ’326 Patent is invalid and/or patent-ineligible. Intellectual Ventures denies that American

is entitled to such a declaration or to any relief, and denies any remaining allegations of Paragraph 79.

**SEVENTEENTH COUNTERCLAIM**
**(Invalidity of the '469 Patent)**

80. Intellectual Ventures incorporates by reference its responses to each of the foregoing paragraphs of the Counterclaims as if fully set forth herein.

81. Intellectual Ventures admits that the Court issued the ruling reflected in Dkt. 127 at 36, which speaks for itself. Intellectual Ventures preserves all rights concerning that ruling, including any right to seek reconsideration or appellate review. Intellectual Ventures otherwise denies the allegations of Paragraph 81 and of footnote 1, and denies that American is entitled to any relief beyond the effect of the Court's ruling.

82. Intellectual Ventures admits that American purports to seek a declaratory judgment that the '469 Patent is invalid and/or patent-ineligible. Intellectual Ventures denies that American is entitled to such a declaration or to any relief, and denies any remaining allegations of Paragraph 82.

**EIGHTEENTH COUNTERCLAIM**
**(Invalidity of the '582 Patent)**

83. Intellectual Ventures incorporates by reference its responses to each of the foregoing paragraphs of the Counterclaims as if fully set forth herein.

84. Intellectual Ventures denies the allegations in Paragraph 84.

85. Intellectual Ventures admits that American purports to seek a declaratory judgment that the '582 Patent is invalid and/or patent-ineligible. Intellectual Ventures denies that American is entitled to such a declaration or to any relief, and denies any remaining allegations of Paragraph 85.

**NINETEENTH COUNTERCLAIM**
**(Invalidity of the '080 Patent)**

86. Intellectual Ventures incorporates by reference its responses to each of the foregoing paragraphs of the Counterclaims as if fully set forth herein.

87. Intellectual Ventures denies the allegations in Paragraph 87.

88. Intellectual Ventures admits that American purports to seek a declaratory judgment that the '080 Patent is invalid and/or patent-ineligible. Intellectual Ventures denies that American is entitled to such a declaration or to any relief, and denies any remaining allegations of Paragraph 88.

**TWENTIETH COUNTERCLAIM**
**(Invalidity of the '282 Patent)**

89. Intellectual Ventures incorporates by reference its responses to each of the foregoing paragraphs of the Counterclaims as if fully set forth herein.

90. Intellectual Ventures admits that the Court issued the ruling reflected in Dkt. 177 at 29, which speaks for itself. Intellectual Ventures preserves all rights concerning that ruling, including any right to seek reconsideration or appellate review. Intellectual Ventures otherwise denies the allegations of Paragraph 90 and of footnote 2, and denies that American is entitled to any relief beyond the effect of the Court's ruling.

91. Intellectual Ventures admits that American purports to seek a declaratory judgment that the '282 Patent is invalid and/or patent-ineligible. Intellectual Ventures denies that American is entitled to such a declaration or to any relief, and denies any remaining allegations of Paragraph 91.

**TWENTY-FIRST COUNTERCLAIM**
**(Invalidity of the ’841 Patent)**

92. Intellectual Ventures incorporates by reference its responses to each of the foregoing paragraphs of the Counterclaims as if fully set forth herein.

93. Intellectual Ventures denies the allegations in Paragraph 93.

94. Intellectual Ventures admits that American purports to seek a declaratory judgment that the ’841 Patent is invalid and/or patent-ineligible. Intellectual Ventures denies that American is entitled to such a declaration or to any relief, and denies any remaining allegations of Paragraph 94.

**TWENTY-SECOND COUNTERCLAIM**
**(Invalidity of the ’584 Patent)**

95. Intellectual Ventures incorporates by reference its responses to each of the foregoing paragraphs of the Counterclaims as if fully set forth herein.

96. Intellectual Ventures denies the allegations in Paragraph 96.

97. Intellectual Ventures admits that American purports to seek a declaratory judgment that the ’584 Patent is invalid and/or patent-ineligible. Intellectual Ventures denies that American is entitled to such a declaration or to any relief, and denies any remaining allegations of Paragraph 97.

**TWENTY-THIRD COUNTERCLAIM**
**(Invalidity of the ’000 Patent)**

98. Intellectual Ventures incorporates by reference its responses to each of the foregoing paragraphs of the Counterclaims as if fully set forth herein.

99. Intellectual Ventures denies the allegations in Paragraph 99.

100. Intellectual Ventures admits that American purports to seek a declaratory judgment that the ’000 Patent is invalid and/or patent-ineligible. Intellectual Ventures denies that American

is entitled to such a declaration or to any relief, and denies any remaining allegations of Paragraph 100.

**TWENTY-FOURTH COUNTERCLAIM**
**(Invalidity of the ’845 Patent)**

101. Intellectual Ventures incorporates by reference its responses to each of the foregoing paragraphs of the Counterclaims as if fully set forth herein.

102. Intellectual Ventures denies the allegations in Paragraph 102.

103. Intellectual Ventures admits that American purports to seek a declaratory judgment that the ’845 Patent is invalid and/or patent-ineligible. Intellectual Ventures denies that American is entitled to such a declaration or to any relief, and denies any remaining allegations of Paragraph 103.

**DEMAND FOR JURY TRIAL**

104. Paragraph 104 contains American’s demand for a jury trial, to which no response is required. Intellectual Ventures likewise demands a trial by jury on all issues so triable.

**FEES AND COSTS**

105. Intellectual Ventures denies the allegations of Paragraph 105, including that this case is exceptional or that Intellectual Ventures knew any asserted patent or claim was not infringed, invalid, or unenforceable. Intellectual Ventures further denies that American has pleaded any independent claim or factual basis for unenforceability Intellectual Ventures denies the remaining allegations of Paragraph 105.

**RESPONSE TO AMERICAN’S PRAYER FOR RELIEF**

Intellectual Ventures hereby incorporates by reference the foregoing paragraphs of this Answer as if fully set forth herein. Intellectual Ventures denies that American is entitled to the relief requested in paragraphs A-D of its Prayer for Relief and denies the allegations therein.

**DEFENSES TO COUNTERCLAIMS**

Without assuming any burden of proof that it would not otherwise bear, and reserving the right to amend this Answer as additional information becomes available, Intellectual Ventures asserts the following defenses to American's Counterclaims:

**First Defense (Failure to State a Claim)**

American's Counterclaims fail, in whole or in part, to state a claim upon which relief can be granted.

**Second Defense (Laches)**

American's Counterclaims are barred, in whole or in part, by the doctrine of laches, to the extent American unreasonably and inexcusably delayed in asserting them, to Intellectual Ventures' material prejudice.

**Second Defense (Lack of Subject-Matter Jurisdiction)**

To the extent American seeks declaratory relief concerning any patent or patent claim as to which no actual and continuing controversy exists, including patents or claims that Intellectual Ventures does not assert or no longer asserts against American, the Counterclaims should be dismissed for lack of subject-matter jurisdiction.

**Third Defense (Untimely and Undisclosed Theories)**

American may not obtain relief on any ground, theory, prior art, combination, non-infringement position, or other basis that it failed to timely disclose as required by the Court's scheduling orders, the Patent Rules, the Federal Rules of Civil Procedure, or its discovery obligations. The assertion of declaratory-judgment Counterclaims in American's Answer does not reopen closed discovery, expand American's previously disclosed contentions or defenses, excuse

compliance with applicable disclosure or case-management deadlines, or permit American to pursue previously undisclosed grounds or theories.

**RESERVATION OF ALL AFFIRMATIVE DEFENSES**

Intellectual Ventures hereby gives notice that it intends to rely upon any other matter constituting an avoidance or affirmative defense as set forth in Rule 8(c) of the Federal Rules of Civil Procedure, and that it reserves the right to seek leave to amend this Answer to add to, amend, withdraw, or modify these defenses as its investigation continues and as discovery may require.

Dated: October 1, 2026

RESPECTFULLY SUBMITTED,

By: *<u>/s/ Jonathan K. Waldrop</u>*

Jonathan K. Waldrop (CA Bar No. 297903)
(Admitted in this District)
jwaldrop@kasowitz.com
Marcus A. Barber (CA Bar No. 307361)
(Admitted in this District)
mbarber@kasowitz.com
John W. Downing (CA Bar No. 252850)
(Admitted in this District)
jdowning@kasowitz.com
Heather S. Kim (CA Bar No. 277686)
(Admitted in this District)
hkim@kasowitz.com
ThucMinh Nguyen (CA Bar No. 304382)
(Admitted in this District)
tnguyen@kasowitz.com
**KASOWITZ LLP**
101 California Street, Suite 3950
San Francisco, California 94111
Telephone: (415) 421-6140
Facsimile: (415) 358-4408

Paul G. Williams (GA Bar No. 764925)
(Admitted in this District)
pwilliams@kasowitz.com
**KASOWITZ LLP**
1230 Peachtree Street N.E., Suite 3750
Atlanta, Georgia 30309
Telephone: (404) 260-6080
Facsimile: (404) 260-6081

Jeceaca An (NY Bar No. 5849898)
(Admitted *pro hac vice*)
jan@kasowitz.com
Binta Watkins (NY Bar No. 5482492)
(Admitted *pro hac vice*)
bwatkins@kasowitz.com
Kristine Abrenica (NY Bar No. 5781489)
(Admitted *pro hac vice*)
kabrenica@kasowitz.com
Paula Ajumobi (NY Bar No. 6056097)
(Admitted *pro hac vice*)
pajumobi@kasowitz.com
**KASOWITZ LLP**
1633 Broadway
New York, NY 10019
Telephone: (212) 506-1800
Facsimile: (212) 506-1700

Allen F. Gardner (TX Bar No. 24043679)
allen@allengardnerlaw.com
**ALLEN GARDNER LAW, PLLC**
609 S. Fannin
Tyler, Texas 75701
Telephone: (903) 944-7537
Facsimile: (903) 944-7856

**Attorneys for Plaintiffs**
**INTELLECTUAL VENTURES I LLC and**
**INTELLECTUAL VENTURES II LLC**

**CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the foregoing document was served on all parties who have appeared in this case on October 1, 2026, via electronic mail.

*/s/ Jonathan K. Waldrop*
Jonathan K. Waldrop