**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| **INTELLECTUAL VENTURES I LLC AND INTELLECTUAL VENTURES II, LLC,**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**AMERICAN AIRLINES, INC.,**<br><br>**Defendant.** | **Civil Action No. 4:24-cv-00980**<br><br>**JURY TRIAL** |

**DECLARATION OF CASEY L. SHOMAKER IN SUPPORT OF DEFENDANT AMERICAN AIRLINES, INC.'S RESPONSE TO INTELLECTUAL VENTURE'S MOTION TO STRIKE AMERICAN AIRLINES' COUNTERCLAIMS**

I, Casey Shomaker, hereby state as follows:

1. I am an attorney at McKool Smith, P.C., and counsel for Defendant American Airlines, Inc. ("American") in this action.

2. I provide this declaration in support of American's Response to Intellectual Ventures' Motion to Strike American Airlines' Counterclaims.

3. **Exhibit A** is a true and correct copy of an email from H. Kim to Counsel for the Defendant, American Airlines, dated September 17, 2026 with the attachment.

4. **Exhibit B** is a true and correct copy of an email from C. Shomaker to Counsel for Plaintiff, dated September 28, 2026 with the attachment.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 16th day of October, 2026 in Dallas, Texas.

*/s/Casey L. Shomaker*
Casey L. Shomaker