# EXHIBIT B

**From:** Casey L. Shomaker
**To:** Heather Kim; Alan Block; Emily Tannenbaum; AA_Intellectual_Ventures; Kenneth Scott; Kim Jackson; Clara Bourget; American IV
**Cc:** Intellectual Ventures; Allen Gardner
**Subject:** RE: IV v. AA - Joint Stip Dismissal
**Date:** Monday, September 28, 2026 12:04:39 PM
**Attachments:** 2026 09 28 IV v. AA - Joint Stipulation to Dismiss [AA Edits].docx

Heather,

American's edits are attached. If these are acceptable, please circulate a final draft for approval before filing.

Thank you,

**McKool Smith** | Casey L. Shomaker
Associate | Dallas | (214) 978-4218

**From:** Heather Kim <HKim@kasowitz.com>
**Sent:** Friday, September 25, 2026 2:55 PM
**To:** Alan Block <ABlock@McKoolSmith.com>; Emily Tannenbaum <etannenbaum@McKoolSmith.com>; AA_Intellectual_Ventures <AA_Intellectual_Ventures@mckoolsmith.com>; Kenneth Scott <kscott@McKoolSmith.com>; Kim Jackson <kjackson@McKoolSmith.com>; Clara Bourget <cbourget@McKoolSmith.com>; Casey L. Shomaker <cshomaker@McKoolSmith.com>; jcampbell@bkbclaw.com
**Cc:** Intellectual Ventures <IntellectualVentures@kasowitz.com>; Allen Gardner <Allen@allengardnerlaw.com>
**Subject:** RE: IV v. AA - Joint Stip Dismissal

Counsel,

Following up on this again, may we please hear from you?

Thank you,
Heather

Heather Kim
Kasowitz LLP
101 California Street,
Suite 3950
San Francisco, California 94111
Tel. (650) 453-5419
Fax. (650) 362-9316
HKim@kasowitz.com

This e-mail and any files transmitted with it are confidential and may be subject to the attorney-client privilege. Use or disclosure of

this e-mail or any such files by anyone other than a designated addressee is unauthorized. If you are not an intended recipient, please notify the sender by e-mail and delete this e-mail without making a copy.

**From:** Heather Kim
**Sent:** Monday, September 21, 2026 9:44 AM
**To:** 'Alan Block' <ABlock@McKoolSmith.com>; 'Emily Tannenbaum' <etannenbaum@McKoolSmith.com>; 'AA_Intellectual_Ventures' <AA_Intellectual_Ventures@mckoolsmith.com>; 'Kenneth Scott' <kscott@McKoolSmith.com>; 'Kim Jackson' <kjackson@McKoolSmith.com>; 'Clara Bourget' <cbourget@McKoolSmith.com>; 'Casey L. Shomaker' <cshomaker@McKoolSmith.com>; 'jcampbell@bkbclaw.com' <jcampbell@bkbclaw.com>
**Cc:** Intellectual Ventures <IntellectualVentures@kasowitz.com>; 'Allen Gardner' <Allen@allengardnerlaw.com>
**Subject:** RE: IV v. AA - Joint Stip Dismissal

Counsel,

Just following up on this.

Thanks,
Heather

---

**From:** Heather Kim
**Sent:** Thursday, September 17, 2026 6:21 PM
**To:** 'Alan Block' <ABlock@McKoolSmith.com>; 'Emily Tannenbaum' <etannenbaum@McKoolSmith.com>; 'AA_Intellectual_Ventures' <AA_Intellectual_Ventures@mckoolsmith.com>; 'Kenneth Scott' <kscott@McKoolSmith.com>; 'Kim Jackson' <kjackson@McKoolSmith.com>; 'Clara Bourget' <cbourget@McKoolSmith.com>; 'Casey L. Shomaker' <cshomaker@McKoolSmith.com>; 'jcampbell@bkbclaw.com' <jcampbell@bkbclaw.com>
**Cc:** Intellectual Ventures <IntellectualVentures@kasowitz.com>; 'Allen Gardner' <Allen@allengardnerlaw.com>
**Subject:** IV v. AA - Joint Stip Dismissal

Counsel,

Please see a draft joint stipulation of dismissal of the ’722, ’080, ’582, and ’785 patents attached for your review, which is consistent with our August 26, 2026 email narrowing the asserted patents.

Please let us know if you have any edits to the draft joint stipulation.

Thank you,
Heather

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC, | ) | |
| *Plaintiffs*, | ) | **C.A. No. 4:24-cv-00980-ALM** |
| v. | ) | **JURY TRIAL DEMANDED** |
| AMERICAN AIRLINES, INC. | ) | |
| *Defendant*. | ) | |

**JOINT STIPULATION TO DISMISS CLAIMS**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs, Intellectual Ventures I LLC and Intellectual Ventures II LLC (collectively, "Plaintiffs"), and Defendant, American Airlines, Inc., ("Defendant") collectively ("the Parties"), through their respective counsel of record~~, to dismiss in their entirety and with prejudice~~:

1. Plaintiffs' claims against Defendant for with respect to U.S. Patents Nos. 8,407,722 ("the '722 patent"), 7,712,080 (the '080 patent"), 7,257,582 ("the '582 patent), 7,949,785 ("the '785 patent~~").~~") are dismissed in their entirety and with prejudice.

2. Defendant's defenses and counterclaims against Plaintiffs with respect to U.S. Patents Nos. U.S. Patents 8,407,722 ("the '722 patent"), 7,712,080 (the '080 patent"), 7,257,582 ("the '582 patent), 7,949,785 ("the '785 patent~~").~~") are dismissed without prejudice.

~~The Parties further agree~~American Airlines reserves the right to ~~bear their own~~seek attorneys' fees, sanctions, costs, and/or expenses with respect to ~~those~~these claims or any other aspect of the case.

Dated: September 17, 2026

RESPECTFULLY SUBMITTED,

By: */s/ Jonathan K. Waldrop*

Jonathan K. Waldrop (CA Bar No. 297903)
(Admitted in this District)
jwaldrop@kasowitz.com
Marcus A. Barber (CA Bar No. 307361)
(Admitted in this District)
mbarber@kasowitz.com
John W. Downing (CA Bar No. 252850)
(Admitted in this District)
jdowning@kasowitz.com
Heather S. Kim (CA Bar No. 277686)
(Admitted in this District)
hkim@kasowitz.com
ThucMinh Nguyen (CA Bar No. 304382)
(Admitted in this District)
tnguyen@kasowitz.com
**KASOWITZ LLP**
101 California Street, Suite 3950
San Francisco, California 94111
Telephone: (415) 421-6140
Facsimile: (415) 358-4408

Paul G. Williams (GA Bar No. 764925)
(Admitted in this District)
pwilliams@kasowitz.com
**KASOWITZ LLP**
1230 Peachtree Street N.E., Suite 3750
Atlanta, Georgia 30309
Telephone: (404) 260-6080
Facsimile: (404) 260-6081

Jeceaca An (NY Bar No. 5849898)
(Admitted *pro hac vice*)
jan@kasowitz.com
Binta A. Watkins (NY Bar No. 5482492)
(Admitted *pro hac vice*)
bwatkins@kasowitz.com
Kristine Abrenica (NY Bar No. 5781489)
(Admitted *pro hac vice*)
kabrenica@kasowitz.com

Paula Ajumobi (NY Bar No. 6056097)
(Admitted *pro hac vice*)
pajumobi@kasowitz.com
**KASOWITZ LLP**
1633 Broadway
New York, NY 10019
Telephone: (212) 506-1800
Facsimile: (212) 506-1700

Allen F. Gardner (TX Bar No. 24043679)
allen@allengardnerlaw.com
**ALLEN GARDNER LAW, PLLC**
609 S. Fannin
Tyler, Texas 75701
Telephone: (903) 944-7537
Facsimile: (903) 944-7856

**Attorneys for Plaintiffs**
**INTELLECTUAL VENTURES I LLC and**
**INTELLECTUAL VENTURES II LLC**

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was served or delivered electronically to all counsel of record on this 17th day of September, 2026, via the Court's CM/ECF System.

*/s/ Jonathan K. Waldrop*
Jonathan K. Waldrop