**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| **INTELLECTUAL VENTURES I LLC AND INTELLECTUAL VENTURES II, LLC,**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**AMERICAN AIRLINES, INC.,**<br><br>**Defendant.** | **Civil Action No. 4:24-cv-00980**<br><br>**JURY TRIAL** |

**ORDER ON PLAINTIFFS' MOTION TO STRIKE DEFENDANT'S COUNTERCLAIMS**

BEFORE THE COURT is the Plaintiffs, Intellectual Ventures I LLC and Intellectual Ventures II LLC's ("IV") Motion to Strike Defendant, American Airlines, Inc.;s Counterclaims ("Motion"). The Court has considered the Motion and finds that it should be DENIED.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that Plaintiffs' Motion in its entirety is hereby DENIED.